

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMESDIVISION OF STATE COUNSEL
ATTORNEY GENERALLITIGATION BUREAU

Writer Direct:  (518) 776-2293

October 15, 2020

Hon. Lawrence E. Kahn, U.S. District Judge (via ECF)
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NY 12207-2926

Re:   *Young America's Foundation et al v. Stenger et al*
        Northern District of New York – 20-cv-822 (LEK)(ML)
        OAG # 20-0376578-L1

Dear Judge Kahn:

   This office represents Defendants John Pelletier, Brian Rose and Harvey Stenger.

   Presently, the time to respond to the Complaint for Defendants Pelletier, Rose and Stenger is **October 16, 2020**.  (Dkt. 16).  These Defendant plan to file a motion to dismiss tomorrow. Defendants write to request, if necessary, an up to 3-page extension of the 25-page limit for the Memorandum of Law, due to the number of causes of action in the Complaint.

   Thank you for your kind consideration to this request.

                                                                                    Very truly yours,

                                                                                    s/ *John F. Moore*
                                                                                    John F. Moore
                                                                                    Assistant Attorney General
                                                                                    Bar Roll No. 105188

cc (via ECF):  All Counsel.