# EXHIBIT A

| | |
|---|---|
| **From:** | Andrews, Masai X (OPWDD) |
| **To:** | Zales, Joe |
| **Cc:** | Craig, Hamilton; Miller, Steve |
| **Subject:** | RE: Case 3:20-cv-00822-LEK-ML Young America"s Foundation et al v. Stenger et al |
| **Date:** | Friday, November 20, 2020 12:51:51 PM |
| **Attachments:** | image001.png |

**\*\*External Sender\*\***
Good afternoon Mr. Zales,

I was never served with the Plaintiff's complaint, or any other documents related to this case matter, either personally or by mail. Therefore, I do not consent to service of Plaintiff's complaint or the attached motion and related documents via email.

Thank you.

**Masai Andrews**
**Business Officer 2 • Broome DDSO**
**NYS Office for People with Developmental Disabilities**
249 Glenwood Road, Binghamton, NY 13905
(607) 240-4618 | masai.x.andrews@opwdd.ny.gov

---

**From:** Zales, Joe <JZales@KSLAW.com>
**Sent:** Thursday, November 19, 2020 9:00 PM
**To:** Andrews, Masai X (OPWDD) <Masai.X.Andrews@opwdd.ny.gov>
**Cc:** Craig, Hamilton <HCraig@KSLAW.com>; Miller, Steve <SMiller@KSLAW.com>
**Subject:** Case 3:20-cv-00822-LEK-ML Young America's Foundation et al v. Stenger et al

> *ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.*

Mr. Andrews,

Please see the attached motion for entry of default judgment and supporting papers (against PLOT), as filed, in the above-referenced action.

Thank you,
Joe

---

**Joseph L. Zales (Joe)**
*Associate | Special Matters and Government Investigations*

T: +1 212 827 4087  |  E: jzales@kslaw.com  |  www.kslaw.com

**BIO** | **vCARD**

King & Spalding LLP

1185 Avenue of the Americas
34th Floor
New York, NY 10036

King & Spalding Confidentiality Notice:

This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message. Click here to view our Privacy Notice.

IMPORTANT NOTICE : This message and any attachments are solely for the intended recipient and may contain confidential information which is, or may be, legally privileged or otherwise protected by law from further disclosure. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this e-mail and any attachments is prohibited. If you have received this communication in error, please notify the sender by reply e-mail and immediately and permanently delete this e-mail and any attachments.