# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION; BINGHAMTON UNIVERSITY COLLEGE REPUBLICANS; and JON LIZAK, President of the College Republicans of Binghamton University,<br><br>        Plaintiffs,<br><br>v.<br><br>HARVEY STENGER, President of SUNY-Binghamton, in his official and individual capacities; BRIAN ROSE, Vice President for Student Affairs of SUNY-Binghamton, in his official and individual capacities; JOHN PELLETIER, Chief of SUNY-Binghamton UPD, in his official and individual capacities; COLLEGE PROGRESSIVES, a student organization at SUNY-Binghamton; PROGRESSIVE LEADERS OF TOMORROW ("PLOT"); STUDENT ASSOCIATION OF BINGHAMTON UNIVERSITY,<br><br>        Defendants. | Civil Action No. 3:20-cv-822 (LEK/ML)<br><br>Supplemental Affidavit of Service of John Russell |

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF BROOME    )

JOHN RUSSELL, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in the State of New York.

### Service on Aviva Friedman

1. On September 5, 2020, at approximately 6:09 p.m., I arrived at 68 Pine Street in Binghamton, NY to effectuate service of process on Aviva Friedman at her residence.

2. I learned that 68 Pine Street was her residence because I had been provided with that information from a process serving agency.

3. I had a picture of Ms. Friedman with me that I obtained from a public internet search. I looked at the picture before I approached her front door.

4. I then approached the front porch and knocked on the front door. At around 6:10 p.m., a young, white male answered the front door. I asked if I could speak to Aviva Friedman.

5. A woman, who appeared to have tan or dark complexion, came to the door. I looked again at the picture of Ms. Friedman, and the picture appeared to match the woman in front of me. I asked: "Are you Aviva Friedman?" She yes, "Yes."

6. I informed her that I was a process server and had some legal documents to give her. I also informed her that I did not know much about the legal documents, but that there was likely a lawyer listed on them that she could call.

7. The package of legal documents was held together by a binder clip and appeared to number over 100 pages. I handed the documents to Ms. Friedman, and she accepted them.

8. After she accepted the documents, she went back inside her residence.

9. We did not exchange any other words, and I left her front porch to return to my car at around 6:11 p.m. While in my car, I memorialized details of the completed service.

### Service on Masai Andrews

10. On September 14, 2020 at around 1:33 p.m., I called the Broome Developmental Center, which I believe is a local branch of the Office for People with Developmental Disabilities.

11. I learned that was Masai Andrews's last known place of business because I had been provided that information by the above-referenced process serving agency.

12. Due to my drafting error, my original affidavit of service incorrectly listed that business address as 29 Glenwood Road in Binghamton, NY. The correct address is 249 Glenwood Road in Binghamton, NY.

13. To the best of my knowledge, all other details in my original affidavit of service are correct.

14. I spoke to someone who answered the phone for the Broome Developmental Center and asked if Masai Andrews was available. That person said yes and transferred my call to Masai Andrews.

15. The person I spoke to next confirmed that he was Masai Andrews. I informed him that I had some legal documents that I needed to serve on him and would like to come to his place of business to serve the documents.

16. Masai Andrews stated that would be fine with him, and he would come look at the documents when I arrived.

17. At around 1:47 p.m., I arrived at the Broome Developmental Center at 249 Glenwood Road. I had a photograph of Masai Andrews with me that I obtained from a public internet search, and I reviewed that photograph before entering Masai Andrews's place of business.

18. I asked someone at the front desk if I could speak with Masai Andrews. That person called Masai Andrews to the lobby and a person who matched the photograph of Masai Andrews arrived shortly thereafter.

19. I told Masai Andrews that I was a process server and had legal documents to give him. He took the documents from me and quickly reviewed them. At that point, he stated that he had nothing to do with "PLOT" and was not sure why he had anything to do with this situation.

20. While Masai Andrews had the legal documents in his hands, I informed him that I was simply a process server doing my job. I informed Masai Andrews that I did not need anything further from him, and left his place of business at about 1:55 p.m.

_____
JOHN RUSSELL

Sworn to before me this
4th day of January, 2021

_____
NOTARY PUBLIC

ROY E. CONFER
No. 01CO6035808
Notary Public, State of New York
Qualified in Broome County
My Commission Expires 01/03/20 22