# EXHIBIT C

   Facebook    

 **Roderick Douglass** is with **Nicole S Johnson** and **3 others**.

June 19 ·

[Mayor Rich David](#) is manipulating Black folks in this community to work with him because "for too long PLOT has been the only community voice."

He's scared of PLOT.

But PLOT is not even an actual org. And PLOT doesn't speak for the community. PLOT amplifies the community.

Rich David is terrified that a radical group has gotten so much traction in so little time. But at the end of the day, PLOT isn't real. The movement and the struggle are the only thing that matters. Brands and names are just snapshots in time. If PLOT dissolved tomorrow the components in the community would remain.

Don't fall for the okie doke. Mayor David is NOT our friend. Do not work with him. Do not meet with him. Resist the temptation.





      

Like  Comment  Share

**Jess Lyn**
He's a coward a$$ b**ch

Like · Reply · 26w  👍 1

**Jenequa McKan**
Nasty varmint



Like · Reply · 26w  👍 1

**Annie Strain**
(This reminds me of the people who keep telling me "We heard The Antifa was coming to town 😱" 😂)

Like · Reply · 25w  👍 1

**Ken Bkatman Butler**



Like · Reply · 25w

**Celena McDonnell**
That is so dumb. When are they going to realize that PLOT is made up of everybody in the community?

Like · Reply · 25w  ❤️ 2

**Kimmy McLean**
I've had 2 conversations w this man, he's an arrogant, entitled prick! He most definitely has his own agenda, and is NOT for Black people. I Despise this man! The shit





