# EXHIBIT D

      



**Roderick Douglass**
November 21 ·

I can't go into too much detail, but "Roderick Douglass" is named in several pending civil suits and these lawyers really be submitting my shitposts and memes into evidence. If anything ever happens to me, *please* FOIL this stuff because it's hilarious.

Like, judges be spending their afternoons sifting through screenshots of my Facebook posts to determine if I'm one individual or many, and if my true identity can be ascertained from snazzy one-liners.

It's all frivolous, so they're desperate and will try to use anything against me and it never sticks. But they really be lurking my page day and night to try and build charges, mainly of racial discrimination (against whites).

They've even submitted my profile picture and noted that it's actually a "south park caricature" meant to represent me. 😂

Criminal cases are nowhere near as entertaining. I love it.
#WasteTheirTime2020 #SueMe #Please

 334                                11 Comments  12 Shares

 Like           Comment           Share

 **Mark Sando**



Like · Reply · 4w                                                      👍 3

 **Jezz Lynn**



   Facebook    



 12

Like · Reply · 4w

 **Jay Kaine**
Roderick " the dead pirate Roberts" Douglass

Like · Reply · 4w　　 10

↪ Tay Williamson replied · 1 Reply

 **James Betley**



Like · Reply · 4w

 **Karen Hilmy**
No matter what your life and health is more important than the virtual world if the suits become too heavy and intimidating.

Like · Reply · 4w　　 2

 **Renos Georgiou**
Assuming you are from the US, don't you have parody laws like the UK?

Like · Reply · 4w · Edited　　 1

 Renos Georgiou replied · 2 Replies







