# EXHIBIT G



**Roderick Douglass**
January 21

Broome County people, here are four ways to help local Black-led community organizing, as PLOT gears up for 2020:

1) Volunteer: PLOT always needs physical and creative labor. This Saturday, people are needed for the Bing Volunteer Street Team/Canvassing Thing. Sign up for that.

2) Join the mailing list and forward email blasts to people in your network who aren't trash. tinyurl.com/PLOTmail - also follow PLOT's other social media pages "@BingPLOT"

3) Come to PLOT's free community events. You can volunteer to help, but also simply attending is one way to build community. The next one is on the 30th. Free food and child care. RSVP: PLOT Presents: Bystander Intervention Training

4) Give us money for drugs and alcohol. paypal.me/bingplot

If you hate PLOT, find another group of people to organize with. Just make sure the work is focused on empowering the most marginalized people in the community.

39          3 Comments  7 Shares

Like       Comment      Share

**Joanna Colwell**
We are holding a benefit for PLOT on 2/5, in Vermont 💜
Like · Reply · 47w                                    5

**Roderick Douglass**
Nice! Thank you! 1
Like · Reply · 47w

**Sarah Goble**
Number 4 😂 1
Like · Reply · 47w