# EXHIBIT H

**Sign Up**

Email or Phone | Password | **Log In**

Forgot account?

**Roderick Douglass**
November 18, 2019 ·

Students successfully shut down the Trump lecture scheduled tonight at BU, and then rallied (LOUDLY) inside and out.

However, two of our people were arrested—one student and one community member. Both well known.

They were charged and released. Court date is looking like December 3rd, 9am, at Vestal Court. SAVE THE DATE, because we're sure as fuck gonna support them. More details to come.

The police were out in full force. Literally dozens. Their priority was protecting white students and property, and that's exactly what they did.

But for now, at least, everyone is safe, and neo-nazis had their platform taken away. That's a win.

Tonight was hectic and chaotic. People were lost and thankfully found. At times it was both messy and cathartic. Organizing is abstract art. It's perfect in its imperfections. We should learn to embrace that. It's OK.

Two things I want to say real quick:

1) When protesting, make sure you stay with individuals who are arrested. Force them to arrest others, or at the very least move part of the crowd to follow those abducted. Don't let them simply drag and remove one individual at a time. That's how people get killed. STAY TOGETHER.

2) Disperse together as well. Don't straggle behind. The longer you stay on the scene after an action, the more vulnerable you are. Have a definitive ending, and then get gone. You can regroup later at a safe location.

But good work to the organizers and participants. This is it. History is happening right now. We only get one chance to do the right thing. We only get one shot to look back and know we did everything in our power to resist and disrupt for the collective good.

And our community did that tonight.

In solidarity... #WeWillWin

252 | 7 Comments  52 Shares

Share

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2020

**See more of Roderick Douglass on Facebook**

Log In   or   Create New Account