## CERTIFICATE OF SERVICE

The undersigned certifies that on the 4th day of January, 2021, true and correct copies of Plaintiffs' Response to Pro Se Affidavits Denying Effective Service were served upon Counsel of Record via the Court's CM/ECF system, pursuant to FRCP 5(b)(3) and L.R. 5.1.1 (General Order 22 § 5.2). On the 5th day of January 2021, the same were served by certified mail and by email to Masai Andrews and Aviva Friedman, who are leaders of Progressive Leaders of Tomorrow ("PLOT"), in accordance with L.R. 7.1(b)(1). In addition, Plaintiffs served true and correct copies of *Klinghoffer v. S.N.C. Achille Lauro Ed Altri-Gestione Motonave Achille Lauro in Amministrazione Straordinaria*, 739 F. Supp. 854 (S.D.N.Y. 1990) and *Estate of Ungar ex rel. Strachman v. Palestinian Authority*, 153 F. Supp. 2d 90 (D.R.I. 2001) on Andrews and Friedman.

The undersigned also certifies that on the 5th day of January, 2021, true and correct copies of the above-mentioned documents were served via email and Facebook to PLOT.

Counsel of Record:

John F. Moore
Office of the Attorney General – Albany
State of New York
The Capitol
Albany, NY 12224
John.moore@ag.ny.gov

Peter A. Orville
Orville & McDonald Law, P.C.
30 Riverside Drive
Binghamton, NY 13905
peteropc@gmail.com

Thomas A. Saitta
Aswad, Ingraham Law Firm
46 Front Street

Binghamton, NY 13905
Tom.saitta@ailaw.com

PLOT:

**PLOT Website**
Binghamton.plot@gmail.com
**PLOT Facebook**
https://www.facebook.com/BingPLOT/

**Aviva Friedman**
68 Pine Street
Binghamton, NY 13901
afriedman@cityofbinghamton.com

**Masai Andrews**
109 Pierce Ave, Apt 1
Endicott, NY 13760-3114
Masai.x.andrew@opwdd.ny.gov


Respectfully submitted,

 /s/ Andrew C. Hruska
Andrew C. Hruska
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100
ahruska@kslaw.com
*Attorney for Plaintiffs*