Aviva Friedman
68 Pine St
Binghamton, NY 13901

Hon. Lawrence E. Kahn
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NY 12207-2926



Re: YOUNG AMERICA'S FOUNDATION, et.al. v. Harvey Stenger, et.al.
Case 3:20-cv-822

February 26, 2021

Dear Judge Kahn,

I am writing this letter to request a 10-day extension to file a responsive pleading and/or a 12(b)(5) motion in this case. The plaintiff's attorneys have stated they will not object to this.

Thank you,

*Aviva Friedman*
Aviva Friedman