Aviva Friedman
68 Pine St
Binghamton, NY 13901

Hon. Lawrence E. Kahn
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NY 12207-2926



Re: YOUNG AMERICA'S FOUNDATION, et.al. v. Harvey Stenger, et.al.
Case 3:20-cv-822

March 2, 2021

Dear Judge Kahn:

My name is Aviva Friedman, I am a 2014 graduate of Binghamton University. I have been served apparently as a representative of a defendant, PLOT, in the above captioned action. I understand that today, March 2, 2021, is the deadline for PLOT to respond to this lawsuit. It appears as if I am being treated as if I am a representative of PLOT; I am not. Accordingly, I do not have any lawful status to file an Answer to the Complaint on behalf of PLOT.

I sent a letter yesterday (ECF No. 54) seeking an unopposed extension of 10 days to respond with counsel and have not yet received an acknowledgment or ruling from the court as of today, and so in an abundance of caution I am filing this additional letter.

I understand there is a process for objecting to this type of situation. I respectfully request that the Court treat this letter as a Motion to Dismiss pursuant to F.R.C.P 12(b)(5). I am diligently attempting to secure counsel and am at your honor's disposal should the Court have any questions or concerns.

Moreover, nothing in this letter should be deemed in any way to waive any of my rights in respect to this proceeding, nor should anything be imputed to PLOT inasmuch as the very basis of this submission is that I am not an authorized representative or agent of PLOT.

Thank you in advance for your consideration and understanding.

*Aviva Friedman*
Aviva Friedman