**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 4th day of March, 2021, true and correct copies of Plaintiffs' Response to Andrews' Rule 12(b)(5) Motion to Dismiss for Insufficient Service of Process were served upon Counsel of Record via the Court's CM/ECF system, pursuant to FRCP 5(b)(3) and L.R. 5.1.1 (General Order 22 § 5.2). On the 4th day of March, 2021, copies of the same were also served by certified mail and email to Masai Andrews and Aviva Friedman and by email and Facebook to PLOT in accordance with L.R. 7.1(b)(1), at the following addresses:

**PLOT Website**
Binghamton.plot@gmail.com
**PLOT Facebook**
https://www.facebook.com/BingPLOT/

**Aviva Friedman**
68 Pine Street
Binghamton, NY 13901
afriedman@cityofbinghamton.com

**Masai Andrews**
109 Pierce Ave, Apt 1
Endicott, NY 13760-3114
Masai.x.andrew@opwdd.ny.gov

Respectfully submitted,

*/s/ Andrew C. Hruska*
Andrew C. Hruska
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556–2100
ahruska@kslaw.com
*Attorney for Plaintiffs*

1