

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2293

September 15, 2021

Hon. Miroslav Lovric, U.S. Magistrate Judge (via ECF)
Federal Building and U.S. Courthouse
15 Henry Street
Binghamton, NY 13901

Re:   *Young America's Foundation et al v. Stenger et al*
      Northern District of New York – 20-cv-822 (LEK)(ML)
      OAG # 20-0376578-L1

Dear Judge Lovric:

This office represents Defendants John Pelletier, Brian Rose and Harvey Stenger.

Defendants write to request an extension to respond to serve an Answer.  I requested consent from Plaintiffs' counsel to set a response date for early October.  Plaintiffs' counsel will consent to September 30, 2021.

Defendants request an extension until **October 7, 2021**, due to scheduling conflicts during the prior week.

Thank you for your kind consideration to this request.

Very truly yours,

s/ *John F. Moore*

John F. Moore
Assistant Attorney General
Bar Roll No. 105188

cc (via ECF):  All Counsel.