UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION; BINGHAMTON UNIVERSITY COLLEGE REPUBLICANS; and JON LIZAK, President of the College Republicans of Binghamton University,<br><br>    Plaintiffs,<br><br>    v.<br><br>HARVEY STENGER, President of SUNY-Binghamton, in his official and individual capacities; BRIAN ROSE, Vice President for Student Affairs of SUNY-Binghamton, in his official and individual capacities; JOHN PELLETIER, Chief of SUNY-Binghamton UPD, in his official and individual capacities; COLLEGE PROGRESSIVES, a student organization at SUNY-Binghamton; PROGRESSIVE LEADERS OF TOMORROW ("PLOT"); STUDENT ASSOCIATION OF BINGHAMTON UNIVERSITY,<br><br>    Defendants. | Civil Action No. 3:20-cv-822 (LEK/ML) |

    PLEASE TAKE NOTICE, that non-party, Aviva Friedman, by and through her attorney, Melissa Wischerath, will bring a motion for a protective order regarding plaintiff's discovery requests and deposition questions pursuant to Fed. R. Civ. Proc. 26(c) before this Court on a date and time which will be provided by the Court later, hereby requesting that the Court issue a protective order regarding plaintiff's discovery requests and deposition questions pursuant to Fed. R. Civ. Proc. 26(c).

DATED this 3rd day of November, 2021.

/s/ Melissa D. Wischerath
Melissa D. Wischerath, Esq.
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, #120
Buffalo, NY 14202
(716) 849-1333
mwischerath@lglaw.com
