**UNITED STATES DISTRICT COURT**
<u>**NORTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| YOUNG AMERICA'S FOUNDATION; BINGHAMTON UNIVERSITY COLLEGE REPUBLICANS; and JON LIZAK, President of the College Republicans of Binghamton University,<br><br>   Plaintiffs,<br><br>    v.<br><br>HARVEY STENGER, President of SUNY-Binghamton, in his official and individual capacities; BRIAN ROSE, Vice President for Student Affairs of SUNY-Binghamton, in his official and individual capacities; JOHN PELLETIER, Chief of SUNY-Binghamton UPD, in his official and individual capacities; COLLEGE PROGRESSIVES, a student organization at SUNY-Binghamton; PROGRESSIVE LEADERS OF TOMORROW ("PLOT"); STUDENT ASSOCIATION OF BINGHAMTON UNIVERSITY,<br><br>   Defendants. | Civil Action No. 3:20-cv-822 (LEK/ML)<br><br>**Notice of Motion for Entry of Default Judgment** |

| | |
|---|---|
| MOTION BY: | Plaintiffs Young America's Foundation, Binghamton University College Republicans, and Jon Lizak. |
| DATE, TIME AND PLACE OF HEARING: | May 23, 2022 at 9:30 a.m., or as soon thereafter as counsel can be heard, at the U.S. District Courthouse, Northern District of New York, James T. Foley Courthouse, 445 Broadway, Albany, NY, 12207. |
| SUPPORTING PAPERS: | Motion for Entry of Default Judgment, Declaration in Support of Motion and Exhibits 1-6, and Memorandum of Law. |
| NATURE OF ACTION: | Action seeking money damages and declaratory and injunctive relief stemming from violations of constitutional rights pursuant to the First Amendment of the U.S. Constitution, the Fourteenth Amendment's Equal Protection Clause, and under 42 U.S.C § 1985(3) for the violation of free speech rights and equal protections violations. |
| RELIEF DEMANDED: | Entry of default judgment against Defendant PLOT for compensatory, nominal, and punitive damages, attorneys' fees, and declaratory relief under 42 U.S.C § 1985(3) and 42 U.S.C § 1988. |
| APPEARANCES: | Moving Plaintiffs do not request oral argument and, unless the Court so orders, no personal appearance is necessary. |

ANSWERING PAPERS:                    Answering papers, if any, must be served
                                     as per NDNY Local Rule 7.1(b)(1), or as
                                     directed by the Court.


DATED: May 9, 2022


                                            /s/ Andrew C. Hruska
                                          Andrew C. Hruska
                                          King & Spalding LLP
                                          1185 Avenue of the Americas
                                          New York, NY 10036
                                          (212) 556-2100
                                          ahruska@kslaw.com
                                          *Attorney for Plaintiffs*