UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

In the Matter of the reassignment of　　　　　　　　　ORDER
Civil Case to the Honorable Thérèse W. Dancks　　　OF REASSIGNMENT

_____

      **ORDERED** that the following case has been randomly reassigned to the Honorable Thérèse W. Dancks, U.S. Magistrate Judge.  It will remain assigned to the Honorable Lawrence E. Kahn, Senior U.S. District Judge:

| Case Number | Caption |
|---|---|
| 3:20-cv-822 (LEK/ML) | Young America's Foundation, et al v. Stenger, et al |

**IT IS SO ORDERED.**

Dated: October 26, 2022
Syracuse, New York

*Brenda K. Sannes*
Brenda K. Sannes
Chief U.S. District Judge