**ASWAD & INGRAHAM, LLP**
ATTORNEYS AT LAW
46 FRONT STREET
BINGHAMTON, NEW YORK 13905

TELEPHONE: 607-722-3495
FAX: 607-722-2566
Tom.saitta@ailaw.com

Richard N. Aswad
Thomas A. Saitta
James F. Haley, Jr.*
Angelina Cutrona
William M. Thomas *
Kimberlee N. DeFazio
Rachel E. Miller**
Mary E. Saitta

Cosette G. Troidl

*Also Admitted in Pennsylvania
**Also Admitted in Maryland

Charles O. Ingraham
James F. Moran
Retired

Alan M. Hess
Joan M. Ruddy
Special Counsel

January 23, 2023

Hon. Therese Wiley Dancks (via MC/ECF filing)
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

      Re: Young America's Foundation et al v. Stenger et al
         Northern District of New York; 3:20-cv-00822 (LEK/TWD)

Dear Judge Dancks:

      My office represents the Defendant Binghamton University Student Association in the above-referenced matter. They have recently informed me that they are unhappy with the way their case has been handled and wish to retain new counsel. Additionally, they have requested permission to have their depositions rescheduled. Pursuant to the Court's text order of 1/13/23, depositions of the Student Association witnesses are currently scheduled for 1/26/23 and 1/27/23. Accordingly, on behalf of the Student Association I would request they be permitted to reschedule their depositions.

                                                Respectfully submitted,

                                                Thomas A. Saitta, Esq.
                                                Bar Roll No. 102510

TAS
cc: (via ECF): All Counsel