**ASWAD & INGRAHAM, LLP**
ATTORNEYS AT LAW
46 FRONT STREET
BINGHAMTON, NEW YORK 13905

TELEPHONE: 607-722-3495
FAX: 607-722-2566
Tom.saitta@ailaw.com

Richard N. Aswad
Thomas A. Saitta
James F. Haley, Jr.*
Angelina Cutrona
William M. Thomas *
Kimberlee N. DeFazio
Rachel E. Miller**
Mary E. Saitta
---------------
Cosette G. Troidl

*Also Admitted in Pennsylvania
**Also Admitted in Maryland

Charles O. Ingraham
James F. Moran
Retired

Alan M. Hess
Joan M. Ruddy
Special Counsel

January 30, 2023

Hon. Therese Wiley Dancks (via MC/ECF filing)
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

    Re: Young America's Foundation et al v. Stenger et al
       Northern District of New York; 3:20-cv-00822 (LEK/TWD)

Dear Judge Dancks:

    This is to advise that my firm will continue to represent Defendant Student Association in this matter. To that end, depositions of Daniel Croce, Daniel Robababo and Matthew Johnson were held on 2/26/23 and 2/27/23.

Respectfully submitted,

Thomas A. Saitta

TAS
cc: (via ECT): all counsel