# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

YOUNG AMERICA'S FOUNDATION; and BINGHAMTON UNIVERSITY COLLEGE REPUBLICANS,

Plaintiffs,

v.

HARVEY STENGER, President of SUNY-Binghamton, in his official and individual capacities; BRIAN ROSE, Vice President for Student Affairs of SUNY-Binghamton, in his official and individual capacities; JOHN PELLETIER, Chief of SUNY-Binghamton UPD, in his official and individual capacities; COLLEGE PROGRESSIVES, a student organization at SUNY-Binghamton; and STUDENT ASSOCIATION OF BINGHAMTON UNIVERSITY,

Defendants.

Civil Action No. 3:20-cv-822 (LEK/TWD)

**Declaration of Rein Bey in Support of Plaintiffs' Memorandum of Law in Response to Court's Order to Show Cause**

I, Rein Bey, hereby do state and testify as follows:

1. I am a student at Binghamton University ("BU"). I currently serve as the President of BU College Republicans ("College Republicans"). I submit this Declaration in support of Plaintiffs' Memorandum of Law in

Response to Court's Order to Show Cause in this matter. I have personal knowledge of the facts set forth herein.

2. I began attending BU in August 2017. I became a member of College Republicans that same month, and I have been a member of the group since that time.

3. I was elected Vice President of College Republicans in April 2019 and served in that role until the end of the Fall 2019 semester. I was elected as President of College Republicans in October 2022. My current term as President is set to expire at the end of the Spring 2023 semester. The current Vice President of College Republicans is Logan Blakeslee.

4. I expect to graduate from BU with a bachelor's degree in May 2024.

5. College Republicans is an unincorporated association whose purpose is to promote the principles of the Republican Party among BU students and others within the BU community by engaging in politically expressive activities, such as posting flyers and signs, hosting tables with information, inviting speakers to campus, and talking with fellow students about Republican Party principles.

6. College Republicans hold weekly meetings and routinely post flyers in connection with those weekly meetings.

7. In the Fall 2019 semester, I served as Vice President of College Republicans. During my term as Vice President, the destructive incidents set forth in the Verified Complaint submitted in this action – including the November 14, 2019 "Tabling Incident" and the November 18, 2019 "Laffer Event" – occurred. I assisted with promotion of the Laffer Event by making flyers and sharing them with members of the BU Economics and Political Science Departments.

8. On November 14, 2019, members of College Republicans had set up a table at the Spine, which is a curved sidewalk on BU campus where student groups are permitted to table. At the table, members of College Republicans were passing

out hot chocolate and passing out flyers to promote the Laffer Event. While I did not participate in the tabling activities that day, I did see these members of College Republicans working the table on my way to class, and I have personal knowledge of the harm to College Republicans and its members that thereafter occurred, including the destruction of College Republicans' flyers and overturning of College Republicans' table by the riotous crowd and BU's removal of the College Republicans from the Spine.

9. On November 18, 2019, I showed up for the Laffer Event a few minutes before it began. But I was refused entry by uniformed BU police officers as numerous activists protested outside, over half of whom were wearing masks. I explained to BU police that I was the Vice President of College Republicans and needed to be let into the event, but they denied me entry until after Dr. Laffer had been removed from the lecture hall.

10. At some point, the BU police let persons standing outside the lecture hall, including me and many protesters, into the lecture hall. I walked to the front of the room and saw members of College Republicans as well as students from the economics and political science departments sitting in the room in the midst of a very loud disruption to what was supposed to be a peaceful discussion of tariffs. Some of these students told me they were scared and that the police were not doing much to quell the ongoing disruption. At this point, many of the people in the room were wearing masks and screaming. I tried to console these students by telling them that College Republicans never intended this to happen, that I was sorry, and that everything was going to be okay. After speaking with worried students for some period of time, and while the protesters were still screaming, I told these students they should leave. I thereafter conferred with other members of College Republicans about this forced cancellation of the event that our organization helped organize and attempted to hold.

11. As of November 2019, College Republicans used BU's "B-There" platform to reserve rooms for expressive events, and College Republicans had its own account. Immediately after the Laffer Event, on November 19, 2019, College Republicans' B-There account was suspended, and it remained suspended for over two years.

12. As of November 2019, College Republicans was a fully chartered BU Registered Student Organization. As a fully chartered BU Registered Student Organization, College Republicans received funding from the BU Student Association.

13. After the Laffer Event, the BU Student Association revoked College Republicans' full charter and replaced it with a provisional charter.

14. As a consequence of the revocation of its full charter, College Republicans has been prevented from holding regular meetings on BU campus in a reserved room, receiving funds from the BU Student Association, and accessing its B-There account.

15. College Republicans are maintaining this lawsuit to hold BU officials and activist organizations responsible for the disruption that occurred at the Tabling Incident, the disruption and forced cancellation of the Laffer Event, and the attendant suppression of its speech and deprivation of equal protection. College Republicans also seek through this lawsuit full restoration of its rights as a registered student organization and damages for the pecuniary and non-pecuniary losses and injuries it sustained as a result of Defendants' unconstitutional and illegal conduct.

16. I understand that Jon Lizak, who served as President of College Republicans when the Complaint was filed and who verified the Complaint, has been dismissed as a plaintiff in this case. As the current President, I have authorized counsel representing College Republicans to add me as a plaintiff in this matter in my capacity as current President of College Republicans.

I declare under penalty of perjury under 28 U.S.C. § 1746 that the above is true and correct to the best of my knowledge.

Executed this 5th day of April 2023, in Binghamton, New York.

Rein I. Bey