AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| Young America's Foundation et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:20-cv-00822-LEK-TWD |
| Stenger et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Young America's Foundation et al. (Plaintiffs)   .

Date:   04/26/2023

/s/ Thomas J Scrivo
*Attorney's signature*

Thomas J Scrivo, NYND Bar No. 704464
*Printed name and bar number*

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
*Address*

tscrivo@kslaw.com
*E-mail address*

212-556-2179
*Telephone number*

212-556-2222
*FAX number*