# Exhibit 8

Page 1

3/03/2023 - Young America's v Stenger - Rein Bey

UNITED STATES DISTRICT COURT

        NORTHERN DISTRICT OF NEW YORK


YOUNG AMERICA'S FOUNDATION, BINGHAMTON UNIVERSITY COLLEGE

REPUBLICANS and JON LIZAK, President of the College

Republicans of Binghamton University,

       Plaintiff,

v                   Index #: 20-CV-822(LEK/ML)

HARVEY STENGER, President of SUNY Binghamton,

in his Official and Individual Capacities; BRIAN ROSE,

V.P. for Student Affairs of SUNY Binghamton, in his

Official and Individual Capacities; JOHN PELLETIER, Chief

of SUNY Binghamton U.P.D., in his Official and Individual

Capacities, COLLEGE PROGRESSIVES, A Student Organization

at SUNY Binghamton; PROGRESSIVE LEADERS OF TOMORROW

"PLOT", Student Association of Binghamton University

      Defendants.

_____X

      DEPOSITION OF: REIN BEY

      DATE:        March 3, 2023

      TIME:        10:07 a.m. to 1:44 p.m.

      VENUE:       Webex


Reported by Monique Hines

800.523.7887                          Associated Reporters Int'l., Inc.

Page 2

1        3/03/2023 - Young America's v Stenger - Rein Bey

2    APPEARANCES:

3        FOR THE PLAINTIFFS:

4             ALLIANCE DEFENDING FREEDOM

5             BY: PHILIP SECHLER, ESQ.

6             15100 North 90th Street

7             Scottsdale, Arizona 85260

8

9        FOR DEFENDANTS HARVEY STENGER, BRIAN ROSE and JOHN

10       PELLETIER:

11            OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL

12            BY:  JOHN MOORE, A.A.G.

13            The Capitol

14            Albany, New York 12224

15

16       FOR DEFENDANTS STUDENT ASSOCIATION OF BINGHAMTON

17       UNIVERSITY:

18            ASWAD & INGRAHAM, ATTORNEYS AT LAW

19            BY:  THOMAS A. SAITTA, ESQ.

20            46 Front Street

21            Binghamton, New York 13905

22

23

24

25

Page 3

1        3/03/2023 - Young America's v Stenger - Rein Bey

2            I N D E X   O F   P R O C E E D I N G S

3   REIN BEY: Sworn

4   Direct Examination by Mr. Moore                        6

5   Cross Examination by Mr. Saitta                      168

6   Redirect Examination by Mr. Moore                   177

7

8

9                 R E Q U E S T   L I S T

10     . Mr. Moore requests flyers that are maintained   47

11        by the Deponent

12     . Mr. Moore requests the email address for Kyle   73

13        Nelson

14

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                   Associated Reporters Int'l., Inc.

Page 4

1       3/03/2023 - Young America's v Stenger - Rein Bey

2                    E X H I B I T   I N D E X

3       Marked as

4       Described as

5       One                                                13

6       Complaint

7       Six                                                90

8       10/21/2019 and 10/22/2019 Emails from Jeff Coghlan

9       Seven                                              97

10      10/25/2019 email from Joseph Gallagher

11      Twelve                                             119

12      Facebook Post

13      Thirteen                                           152

14      11/19/2019 Email from Executive Vice President S.A.

15      Seventeen                                          114

16      Photograph

17      Nineteen                                           121

18      11/18/2019 B Line Post

19      Thirty-two                                         160

20      7/10/2020 Email from Kyle Nelson

21

22

23

24

25

1      3/03/2023 - Young America's v Stenger - Rein Bey

2                      STIPULATIONS

3          It is HEREBY STIPULATED by and among the attorneys

4      for the respective parties, in accordance with the Federal

5      Rules of Civil Procedure, that this deposition may be

6      taken by the Defendant at this time, pursuant to subpoena;

7          FURTHER STIPULATED, that all objections except as to

8      the form of the questions and responsiveness of the

9      answers, be reserved until trial;

10         FURTHER STIPULATED, that the witness may read and

11     sign the deposition and make any corrections to same

12     before any Notary Public;

13         AND FURTHER STIPULATED, that if the original

14     deposition has not been duly signed by the witness and

15     returned to the attorney taking the deposition by the time

16     of trial or any hearing in this cause, a certified copy of

17     the deposition may be used as though it were the original.

18

19

20

21

22

23

24

25

Page 6

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2                      (The deposition commenced at 10:07
 3      a.m.)
 4                      THE REPORTER:  So then we are on the
 5      record.  And Ms. Bey, if you could raise your right
 6      hand for me please.  And do you swear or affirm the
 7      testimony you're going to give today in this cause
 8      will be the truth, the whole truth and nothing but
 9      the truth?
10                      MS. BEY:   Yes.
11                      WITNESS; REIGN BEY; Sworn
12                      THE REPORTER:  And can you just state
13      and spell your full name for the record please?
14                      THE WITNESS:  My name is Rein Bey.
15      That is R-E-I-N B-E-Y.
16                      THE REPORTER:  Okay, thank you.  The
17      witness has been sworn.  It's your witness.
18                      MR. MOORE:  Okay.  Thank you.
19                      DIRECT EXAMINATION
20                      BY MR. MOORE:
21                      Q.   Good morning, ma'am, my name is
22      John Moore.  I'm an Assistant Attorney General at the
23      A.G.'s Office in Albany in New York.  And I represent
24      three of the defendants in this case, the Defendants
25      Rose, Stenger and Pelletier.  I'm going to be asking
```

Associated Reporters Int'l., Inc.

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey

 2       you some questions about a lawsuit in the Northern

 3       District of New York.

 4                    The first plaintiff is Young America's

 5       Foundation.  The first Defendant is Harvey Stenger.

 6       The CV number is twenty CV eight twenty-two.  Are you

 7       familiar with this lawsuit, ma'am?

 8                    A.   Yes, I am.

 9                    Q.   Okay.  Is there any reason you

10       can't testify honestly today to the questions that

11       I'm asking you?

12                    A.   No.

13                    Q.   Okay.  And have you ever been

14       deposed before today?  Have you ever been in a civil

15       deposition?

16                    A.   I haven't, no.

17                    Q.   Have you ever given testimony in

18       any kind of court proceeding before?

19                    A.   Not in something like this.  In

20       family court, but not something like this.

21                    Q.   Okay.  Fair enough.  I'll just

22       give you the rules, so you understand how we're

23       proceeding and particularly since it's your first

24       time.  I'll be asking you questions and showing you

25       documents.  You'll be giving me answers.  I will do
```

Page 8

1      3/03/2023 - Young America's v Stenger - Rein Bey

2      my absolute best not to interrupt you while you're

3      answering.

4                      And if you can do the same, that will

5      make us -- that will give us a clearer record and

6      Monique will not yell at us.  The -- the second thing

7      is if you -- if you don't understand my question at

8      any time or you can't hear me because I know these --

9      these remote depositions can sometimes lead to

10     difficulty.  Just let me know that you didn't hear me

11     or you didn't understand me.

12                     And I'll rephrase the question until

13     you can -- until you get it correctly, okay?

14                     A.   Okay.

15                     Q.   If at any time, you -- I don't

16     think your attorney wants you to guess.  So if you

17     don't know something, you don't remember something,

18     please let us know.  We don't want you to -- to try

19     to come up with an answer if you don't know the

20     answer.  We just want what you know and what you have

21     personal knowledge regarding.

22                     And finally, if at any point during

23     the deposition you want to take a break, the only

24     thing I'd ask is that you just finish answering

25     whatever the pending question is and then we can take

Page 9

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        whatever breaks necessary.

3                      A.   That sounds great.

4                      Q.   Okay.  And we'll try to get our

5        work here done quickly.  I think you're ready.  Can

6        you give us your full name and the spelling because

7        I've seen a couple different spellings of your first

8        name?

9                      A.   Yeah, yeah.  It is R-E-I-N B-E-Y.

10       And I'm in the middle of a name change and it's

11       almost complete, so I guess, whichever one works for

12       me, but it's probably better to use the one without

13       the G.

14                     Q.   Okay.  All right.  Did -- did you

15       go by a different name in November 2019?

16                     A.    I -- I had started the name

17       change back then, so it -- it's -- the only

18       difference is the G.

19                     Q.   Okay.  So I -- I've seen your

20       first name is spelled R-E-I-G-N?

21                     A.   Yes.

22                     Q.   And that -- that's -- that was

23       your legal name in -- in November of 2019, is that a

24       fair statement?

25                     A.   The legal -- the legal name was

Page 10

1       3/03/2023 - Young America's v Stenger - Rein Bey

2       without the G.

3                       Q.   Okay, got you.  All right.  So

4       you're changing it to add the G, is that -- is that

5       correct?

6                       A.   Yes.

7                       Q.   Okay.  I understand.  All right.

8       Thank you.  Have you ever gone by any other names

9       other than the two spellings of Reign?

10                      A.   No.

11                      Q.   Okay.  And what's your date of

12      birth?

13                      A.   September 1st, 1999.

14                      Q.   And what is your current address

15      as you sit here today?

16                      A.   144 Beethoven Street, Apartment

17      three, Binghamton, New York 13905.

18                      Q.   Okay.  And how long have you

19      lived at that address?

20                      A.   I just moved in a month ago.

21                      Q.   Okay.  So what we're going to be

22      talking about here is events that occurred mostly

23      during 2019.  Can you give me all of the addresses

24      you lived at between?

25                      THE REPORTER:  Wait.  Wait, we lost --

Page 11

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      I'm so sorry.  We lost Mr. Sechler.  I don't see him
 3      anymore.
 4                  MR. MOORE:  Oh yeah, he popped off.
 5      Okay.  We're going to -- we're going to put a hold
 6      on.
 7                  (Off the record 10:12 a.m. to 10:17
 8      a.m.)
 9                  THE REPORTER:  On record.
10                  BY MR. MOORE:  (Cont'g.)
11                  Q.   Okay.  Ms. Bey, sorry about the
12      delay.  I'm going to re-ask the question that was
13      pending at the time we -- we lost your attorney. So
14      he's back now, so we'll -- we'll proceed.  Can you
15      give me all of the addresses you've lived at between
16      November 2019 and present?
17                  A.   Sure.  So though do you need me
18      to repeat my current one?
19                  Q.   We -- we already have 144
20      Beethoven Street.  So let's go back to where you
21      lived in November of 2019.
22                  A.   I believe I lived on campus.  So
23      that's 4400 Vestal Parkway East, Binghamton
24      University, Vestal, New York 13850, I think it was.
25                  Q.   Okay.  And where did you live
```

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2        after that?  What dates were you on campus, let's ask
3        that.
4                        A.   When I lived on campus, I believe
5        I lived there.  Oh, actually, no, I apologize.  I --
6        I got that wrong.  May 2019, I moved into 1 -- 1145
7        Vestal Avenue, Binghamton, New York 13903.  That's
8        where I was living in November 2019.
9                        Q.   Okay.  Who did you live with at
10       that point?
11                       A.   I did not live with anyone else.
12                       Q.   Okay.  And how long did you live
13       at 1145 Vestal Avenue Binghamton?
14                       A.   I lived there until May -- May
15       2021.
16                       Q.   Okay.  And where did you live
17       after May of 2021?
18                       A.   I lived at 16 Martha Street,
19       Binghamton, New York 13903.
20                       Q.   Okay.  And how long did you live
21       at 16 Martha Street?
22                       A.   Until January of this year.
23                       Q.   And was the next place you lived
24       144 Beethoven Street?
25                       A.   Yes.
```

Page 13

```
 1          3/03/2023 - Young America's v Stenger - Rein Bey
 2                       Q.   Do you currently live with
 3      anyone?
 4                       A.   No.
 5                       Q.   And did you live with anybody at
 6      16 Martha Street?
 7                       A.   No.
 8                       Q.   Okay.
 9                       MR. MOORE:   Monique, can we put
10      exhibit -- the first page of Exhibit One up on the
11      screen?
12                       BY MR. MOORE:   (Cont'g.)
13                       Q.   And I'm going to be referring to
14      this complaint throughout the deposition, Ms. Bey.
15      So I'm just going to first ask the stenographer to
16      put the -- the full caption up on the screen.   And
17      I'll ask you some questions about that.   We marked
18      this as Defendant's Exhibit One in -- at prior
19      depositions.
20                       THE REPORTER:   Can you see it?
21                       THE WITNESS:   I can.   I -- I -- I'm
22      aware of that part of the --.
23                       BY MR. MOORE:   (Cont'g.)
24                       Q.   Okay.   That -- that was my first
25      question.   Do you recognize this document?
```

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey

 2                        A.   I do.

 3                        Q.   And how is it that you recognize

 4        it?  When did you first see it before today?

 5                        A.   I can tell you how I recognize

 6        it.  And I don't believe I can tell you how I

 7        recognize it, I apologize.  I do not remember the

 8        first time that I've seen it.  But I know that I have

 9        seen it on multiple occasions particularly as of

10        recent.

11                        Q.   Particularly, what was the answer

12        there?

13                        A.   Particularly as of recent.

14                        Q.   Okay.  Were you given a draft of

15        this document before it was filed, if you know?

16                        A.   No.

17                        Q.   Okay.  And is it fair to say that

18        the allegations in the complaint -- complaint of

19        incidents that occurred sometime around November of

20        2019?

21                        A.   Yes.

22                        Q.   And were you a student at

23        Binghamton University during the fall semester of

24        2019?

25                        A.   I was.
```

Page 15

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                        Q.   Are you currently a student at
 3        B.U.?
 4                        A.   Yes, I am.
 5                        Q.   Okay.  Let's -- let's talk about
 6        your -- your history at Binghamton as a student.  How
 7        long have you been a college student?
 8                        A.   This is my fifth year at
 9        Binghamton in total.
10                        Q.   Did you go to college anywhere
11        else before Binghamton?
12                        A.   I occasionally attended a class
13        at Stony Brook, but I did not officially go to
14        college there, no.
15                        Q.   Okay.  So when did you start at
16        Binghamton University?
17                        A.   August of 2017.
18                        Q.   And have you been regularly a
19        student every semester between August of 2017 and
20        spring 2023, which is the current semester?
21                        A.   No, I -- I was not consistently a
22        student.
23                        Q.   Okay.  So let's talk about when
24        you were a student at Binghamton University and when
25        you were not.
```

Associated Reporters Int'l., Inc.

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2                      MR. SECHLER:  Objection.  Is that a
 3      question, Mr. Moore?
 4                      MR. MOORE:  Okay.  I -- it -- it is,
 5      but I'll rephrase it.
 6                      BY MR. MOORE:  (Cont'g.)
 7              Q.  Can you tell me during what time
 8      periods you were a student at Binghamton University
 9      and in answering that question, you can let me know
10      whether you were a part-time student or a full-time
11      student.
12              A.  Sure.  I was a student from -- I
13      was a -- a full-time student from August 2017 to May
14      of, I believe, 2020 during -- that's when the
15      pandemic started.  So I did not go to school for a
16      year due to that.  And then I came back as a full-
17      time student in the fall semester of 2021.
18              Q.  Okay.  And have you been a full
19      time student for every semester between fall 2021 and
20      spring 2023?
21              A.  I have, yes.
22              Q.  Okay.  And have you received any
23      degrees at this point from B.U.?
24              A.  No, I have not.  I'm -- I intend
25      to finish all three of my degrees next year.
```

Page 17

1          3/03/2023 - Young America's v Stenger - Rein Bey

2                    Q.    Okay.  When you say next year, is

3          there a projected graduation date?

4                    A.    May 2024.

5                    Q.    Okay.  And what degrees are you

6          seeking at B.U.?

7                    A.    Computer Science, Russian

8          Studies, and Mathematics.

9                    Q.    Okay.  And what -- what year were

10         you in, you know, when -- when I say year, I mean,

11         freshman, sophomore, junior, et cetera.  What class

12         year were you in at B.U. in fall 2019?

13                   A.    I was a junior.

14                   Q.    Okay.  Do you see in this caption

15         that we have up on the screen, one of the plaintiffs

16         is college -- Binghamton University College

17         Republicans, do you see that?

18                   A.    Yes, I do.

19                   Q.    Okay.  Are you or were you a

20         member of the B.U. College Republicans?

21                   A.    Yes, I was.

22                   Q.    Okay.  And can you give to us

23         your dates of membership in that organization?

24                   A.    I have been enrolled in College

25         Republicans since August 2017.

Page 18

1          3/03/2023 - Young America's v Stenger - Rein Bey

2                         Q.    Okay.  And have you been

3          consistently a member of that organization since your

4          -- during your entire time as a student at B.U.?

5                         A.    Yes.

6                         Q.    And have you ever held any

7          offices in that organization?

8                         A.    Yes.  During fall 2019, I was the

9          vice president and I -- I'm currently the president.

10                        Q.    Okay.  What time period were you

11         the vice president of College Republicans?

12                        A.    I was vice president only fall of

13         2019.

14                        Q.    Okay.  So it's just that -- that

15         one semester?

16                        A.    Just the one semester.

17                        Q.    Okay.  Why did you stop acting as

18         vice president at the end of fall 2019?

19                        A.    There was a clause in our

20         constitution that stated if the president were to

21         leave on an off semester, the -- the entire e-board

22         must be reassembled.  So John Restuccia left to take

23         an internship.  So therefore the government was

24         disassembled.

25                        Q.    Okay.  And John Restuccia is the

Page 19

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2        -- or was the president during fall 2019?
 3                    A.   Yes, he was.
 4                    Q.   Okay.  How did you attain the
 5        post of vice president in fall of 2019?
 6                    A.   I was voted in.
 7                    Q.   Okay.  When did that vote take
 8        place?
 9                    A.    April 2019.
10                    Q.   Okay.  And then when John left,
11        there was a new vote and you were -- did you run for
12        the office of vice president at that point?
13                    A.   I did, yes.
14                    Q.   Okay.  But someone else was voted
15        in other than you?
16                    A.   Yes.  And when did that vote take
17        place?
18                    A.   I want to say in December of
19        2019.
20                    Q.   And do you know who was elected
21        to the -- what -- what -- what offices are maintained
22        by the College Republicans?
23                    A.   Sure.  It depends on the e-board,
24        but consistently there is always a president, vice
25        president and treasurer.  Sometimes there can be a
```

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2        secretary, sometimes there can be a social media
 3        manager.  During that specific time, for -- for my
 4        administration, it was only a president, vice
 5        president and treasurer.
 6                    For the next administration, I believe
 7        that there was a president, vice president, treasurer
 8        and the secretary.
 9                    Q.   Okay.  So during your
10        administration, the president was John Restuccia,
11        correct?
12                    A.   Yes.
13                    Q.   And you were the vice president?
14                    A.   Yes.
15                    Q.   And who -- who was the treasurer
16        during that time?
17                    A.   His name was Tommy.  I do not
18        remember his last name.
19                    Q.   Was that Gagliano?
20                    A.   Gagliano, that's the one.
21                    Q.   And there was no secretary during
22        that time period?
23                    A.   No, we did not have enough
24        members for a secretary.
25                    Q.   Got you.  And how many members
```

```
1      3/03/2023 - Young America's v Stenger - Rein Bey
2      did the College Republicans have in fall of 2019 when
3      the semester began?
4                   A.   When the semester began, we only
5      had three members, so it was only the e-board.
6                   Q.   Okay.  And as the semester
7      progressed, did the College Republicans attain other
8      members?
9                   A.   Yes.
10                  Q.   And who were those members and
11     when did they join?
12                  A.   I could not list all of them for
13     you.  I -- I say approximately twenty-eight to thirty
14     people joined.  I was not familiar with all of them.
15                  Q.   Okay.  Do you remember any of
16     their names?
17                  A.   Yes.  I remember Laran (phonetic
18     spelling), Jon Lizak, Lacey, cannot pronounce her
19     last name, I'm sorry.
20                  Q.   Kestecher?
21                  A.   Yeah, Kestecher.  Lacey
22     Kestecher, Logan Blakeslee --.
23                  Q.   What was the name you said before
24     Logan Blakeslee?
25                  A.   Lacey.
```

Page 22

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                    Q.    Lacey Kestecher, okay.  Sorry, I

3        -- I didn't know if there was a name in between.  Are

4        there any other names you remember of those twenty to

5        thirty people who joined?

6                    A.    There's one I'm trying to

7        remember.  I believe his name was Sebastian.  But I

8        do not remember his last name.

9                    Q.    Okay.  All right.  So in December

10       of 2019, there was a vote, correct?

11                   A.    Yes.

12                   Q.    And a new e-board was elected?

13                   A.    Yes.

14                   Q.    And who were the individuals

15       elected to the e-board as of December 2019?

16                   A.    I believe Jon Lizak was elected

17       president, Logan Blakeslee who was elected vice

18       president.  I cannot recall who was elected

19       treasurer.  And I know that Lacey Kestecher was

20       elected as secretary.

21                   Q.    Okay.  Fair enough.  Now, you are

22       currently the president of the organization, correct?

23                   A.    Yes.

24                   Q.    And but -- when were you elected

25       president of the College Republicans?

Associated Reporters Int'l., Inc.

                                                                    Page 23
1       3/03/2023 - Young America's v Stenger - Rein Bey

2                       A.   I was elected President October

3       2022.

4                       Q.   And does your term run for a

5       specific period?

6                       A.   It runs until the end of the

7       spring semester.

8                       Q.   Do you intend to run for that

9       office again or are you going to --?

10                      A.   I intend to run --.

11                      MR. SECHLER:  Objection to form.

12                      THE WITNESS:  Okay.

13                      BY MR. MOORE:  (Cont'g.)

14                      Q.   Who are the -- who are the

15      current e-board members?

16                      A.   So I'm President, Logan Blakeslee

17      is vice president, treasurer is Arthur O'Sullivan,

18      the Secretary is Kevin, the social media manager is

19      Ariana Kastanza (phonetic spelling) and the club

20      advisor is Sean Harrigan.

21                      Q.   And what is a club advisor?

22                      A.   So he just assists with all of

23      the other roles.

24                      Q.   Okay.  Is he a -- a faculty

25      member or a student?

Page 24

```
 1          3/03/2023 - Young America's v Stenger - Rein Bey

 2                      A.   Oh, no, no, he was a student.

 3                      Q.   Okay.  So when you joined the

 4      College Republicans in August 2017, how many members

 5      were -- were there?

 6                      A.   Perhaps fifteen to twenty.

 7                      Q.   And did the group hold regular

 8      meetings when you joined in August 2017?

 9                      A.   Oh, they did, yes.

10                      Q.   And how -- how frequent are those

11      meetings?

12                      A.   Weekly.

13                      Q.   And how were they organized?

14                      A.   Within a classroom on campus.

15                      Q.   Was a -- was the room reserved by

16      someone in the College Republicans or did you just

17      use it --?

18                      A.   The room was reserved.

19                      Q.   I'm sorry?

20                      A.   The room was reserved.

21                      Q.   Okay, got you.  Let's move to

22      fall 2019.  Did the group regularly meet during that

23      semester?

24                      A.   Yes.

25                      Q.   Okay.  And where did the group
```

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2    meet during the fall semester of 2019?
 3              A.   I believe the classrooms that
 4    were chosen were at random.  I couldn't tell you.
 5    And I don't believe that there was a lot of
 6    consistency.
 7              Q.   Okay.  And were those classrooms
 8    reserved for use before meetings?
 9              A.   Yes.
10              Q.   And who would make such
11    reservations?
12              A.   I believe the president John
13    Restuccia did.
14              Q.   Were you ever involved in
15    reserving classrooms for meetings?
16              A.   No, the system does not allow for
17    multiple people to be responsible for making
18    reservations.
19              Q.   Okay.  So the system requires
20    that the leader of the group, the -- in this case,
21    the president would reserve the room?
22              A.   No, it just requires that
23    somebody designated must make the reservations.  It
24    cannot be multiple people at once.  It can only be
25    one person throughout the entire year.
```

1      3/03/2023 - Young America's v Stenger - Rein Bey

2                    Q.   Okay.  And during fall 2019,

3      during your vice presidency, how many meetings would

4      be held during the -- during that semester?

5                    A.   There were held in a --.

6                    Q.   Particular frequency or something

7      like that or something else?

8                    A.   There were -- there were held

9      weekly.  And there are sixteen week in a semester.

10     So I'd say approximately thirteen, maybe twelve.

11                   Q.   And were regular minutes or other

12     records maintained regarding these meetings?

13                   A.   No, we didn't have a secretary,

14     so we couldn't have the minutes taken.

15                   Q.   Okay.  So is it a fair statement

16     that no meeting minutes are maintained regarding fall

17     2019 as it pertains to the College Republicans?

18                   A.   Yes.

19                   Q.   Are there any other records

20     maintained by the College Republicans regarding

21     events that occurred during fall of 2019?

22                   A.   No.

23                   Q.   Okay.  Were meetings organized --

24     how were -- how was the group advised that a meeting

25     would be occur -- would be occurring and where it

Page 27

```
 1       3/03/2023 - Young America's v Stenger - Rein Bey
 2      would be occurring, if that makes sense?
 3                      A.   Flyer hanging in a LISTSERV.
 4                      Q.   Okay.  So there'd be a listing in
 5      the LISTSERV?
 6                      A.   Yes.
 7                      Q.   And everybody in the group would
 8      get that?
 9                      A.   Yes.
10                      Q.   Does the group maintain copies of
11      those -- those communications?
12                      A.   I believe so.  I believe so
13      through the system at Binghamton, their -- if they
14      were sent through an official channel, they should be
15      maintained.
16                      Q.   Okay.  By the university, not by
17      the College Republicans?
18                      A.   By the university, yes.
19                      Q.   Does the College Republicans
20      maintain records?  Do you -- does the group have an
21      office or something like that, a file cabinet
22      anything of this sort?
23                      A.   We do not have an office.  We
24      don't maintain records as opposed to any, perhaps,
25      record in their emails.  But I -- I wouldn't
```

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2        necessarily refer to them as records.
3                    Q.   Okay.  And do you personally
4        maintain emails from the fall 2019 semester regarding
5        any of your involvement with the College Republicans?
6                    A.   No, I don't -- I don't email on
7        about the club on my personal emails, so no.
8                    Q.   Okay.  How about on your
9        Binghamton University email?
10                   A.   Oh, no, no, I -- I -- that --
11       that's what I meant.
12                   Q.   Okay.  I'm sorry.  During fall
13       semester 2019, were you a member of any other student
14       groups at B.U.?
15                   A.   Not at the moment, no.
16                   Q.   Okay.
17                   MR. MOORE:  Monique, could we turn to
18       paragraph twelve of the complaint please?
19                   THE REPORTER:  Okay.
20                   MR. SECHLER:  And John, let me just
21       ask you this for one minute.  Are you guys all
22       getting video of --?
23                   MR. MOORE:  Yeah.
24                   MR. SECHLER:  What's that?
25                   MR. MOORE:  No, we're -- we're not
```

Page 29

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      videoing, yes.
 3                   MR. SECHLER:  What do you mean we're
 4      not videoing?  Do you see -- no, no.  Can you see me
 5      for instance?
 6                   MR. MOORE:  I cannot.  You're -- it
 7      doesn't look like your camera is on.  And I believe
 8      Rein just went off the camera to look at that
 9      paragraph.
10                   MR. SECHLER:  Okay.  But you're --
11      you're on and Monique's on.
12                   MR. MOORE:  I see myself and Monique.
13      Kevin Hayden from Binghamton University's council
14      office is listening but I do not see him.  And so the
15      only people on the screen right now are myself and --
16      and Monique.
17                   MR. SECHLER:  Okay.  Well, the next --
18      and -- and when we do take a break, I would like to
19      call my I.T. person because my video services have
20      been disconnected.  You know, I don't typically use
21      WebEx which is probably why there's an issue because
22      I don't have a problem with Zoom or Teams.
23                   Anyway, so if we could take a break at
24      some point.  I'm going to see if I can get video --
25      because I don't see anybody.  I -- you know, I can't
```

Associated Reporters Int'l., Inc.

1       3/03/2023 - Young America's v Stenger - Rein Bey

2       see.  My camera's been -- my video feed has been shut

3       off by --

4                       MR. MOORE:  Okay.  Well, I -- I mean,

5       I'll -- I'll do whatever you want.  If you want to

6       take a break now, we can do that.  If you want to

7       take a break at eleven, usually what we do is try to

8       go for an hour and then take a break.

9                       MR. SECHLER:  Yeah, why don't we go

10      till eleven?  That's fine.  I can actually -- oddly,

11      I can see the complaint.  I just can't see anybody's

12      video feed.

13                      MR. MOORE:  Huh, okay.  Weird.  Well,

14      we're not videoing it, so it's really, I guess that's

15      the important part of, so.

16                      MR. SECHLER:  Yeah, okay.

17                      THE REPORTER:  All good.

18                      BY MR. MOORE:  (Cont'g.)

19                      Q.   Rein, I'm going to read this

20      paragraph into the record and then, let me know if

21      you -- if I read it right.  This is paragraph twelve

22      of Exhibit One which is the complaint on page four of

23      that document.  And it says, Plaintiff Binghamton

24      University College Republicans.

25                      And in parentheses, it says, College

Page 31

1        3/03/2023 - Young America's v Stenger - Rein Bey

2     Republicans, is an expressive registered but

3     suspended student organization at the State

4     University of New York at Binghamton, SUNY

5     Binghamton, and an unincorporated association of SUNY

6     Binghamton students.  It has approximately twenty

7     members.  Did I read that correctly, ma'am?

8                    A.   You read it correctly, yes.

9                    Q.   Okay.  When it says expressive,

10    what does that mean?

11                   A.   I am not the one who made that

12    statement, so I am unsure of what they mean.

13                   Q.   Okay.  That's fair enough.  Is it

14    accurate that the B.U. Republicans are currently

15    suspended as a student organization?

16                   A.   No.

17                   Q.   Okay.  Was that student group

18    suspended in July 2020?

19                   A.   Yes.

20                   Q.   Okay.  And what -- when you say

21    suspended, what do you mean?

22                   A.   Loss of an S.A. charter -- a

23    Student Association charter.  So loss of recognition

24    by the university.

25                   Q.   Okay.  And how -- how did you

1      3/03/2023 - Young America's v Stenger - Rein Bey

2      become aware that the College Republicans were --

3      charter was suspended by not recognized by the

4      university?

5                     A.   I was made aware sometime into

6      December, I'd say.  Perhaps end of November, I was

7      made aware by the president at the time.

8                     Q.   Okay.  When in November or

9      December did you become made aware of that?

10                    A.   I am not sure.

11                    Q.   Okay.  Did you receive any emails

12     from anybody at the university regarding that?

13                    A.   No.  The email I believe was most

14     likely maintained by John Restuccia at the moment.

15                    Q.   Okay.  Did he ever show you that

16     email?

17                    A.   No.

18                    Q.   Okay.  Did you ever have any

19     communications with anybody at the university

20     including Harvey Stenger, Brian Rose or John

21     Pelletier about the suspension of the College

22     Republicans?

23                    A.   Only when I was -- getting back

24     the charter is when I had a conversation about it,

25     but not at the time in fall of 2019, no.

Associated Reporters Int'l., Inc.

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                         Q.    Okay.  When did -- when you say

3        when I was getting back the charter, can you describe

4        that for me?

5                         A.    Sure.  I -- when I wanted to

6        start back up the club along with other members, we

7        had to get a charter in order to become recognized by

8        the university again.  So in order to get back the

9        charter, I went back to the student association and

10       asked them what needed to be done in order to get it

11       back.

12                        Q.    When did that process take place?

13                        A.    September, it was 2022.

14                        Q.    Okay.  Was the College

15       Republicans -- you say charter, but did the College

16       Republicans have B-There access at any time it's

17       following --.

18                        A.    No.

19                        Q.    Let me finish the question.  Did

20       the College Republicans regain B-There access at any

21       time following July 2020 -- or any time before fall

22       of 2022?

23                        A.    I wouldn't know because I was not

24       a member of the e-board.  Only the e-board is privy

25       to that.  But without -- with a suspended

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      organization, you won't have access to B-There.  So
 3      my assumption is no.
 4                   Q.   Okay.  But -- do you have any
 5      personal knowledge of whether the College Republicans
 6      had B-There access before fall of 2002?
 7                   MR. SECHLER:  Objection to the form of
 8      the question.
 9                   BY MR. MOORE:   (Cont'g.)
10                   Q.   You can answer.
11                   A.   No.
12                   Q.   Okay.
13                   A.   I don't believe that we did.
14                   Q.   Okay.  Let's go to paragraph
15      thirteen and fourteen of the complaint.  And I'll
16      read those into the record then ask you some
17      questions.  Paragraph thirteen of Exhibit One reads
18      the purpose of College Republicans is to make note
19      and promote the principles of the Republican party
20      among members of the SUNY Binghamton campus and
21      community, to aid in the election of Republican
22      candidates at all levels of government, to encourage
23      and assist in the organization and active functioning
24      of the Republican party at local, state and national
25      levels.  And to develop political skills and
```

Associated Reporters Int'l., Inc.

Page 35

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      leadership abilities among Republican students as
 3      preparation for future service by them to the
 4      Republican party and community.
 5                     Paragraph fourteen reads, College
 6      Republicans achieves this purpose primarily by being
 7      an expressive organization.  It engages in a wide
 8      variety -- variety of expressive activities including
 9      posting flyers and signs, hosting tables with
10      information, inviting speakers to campus and talking
11      with fellow students about Republican party
12      principles.  Did I read that correctly, ma'am?
13                     A.   Yes.
14                     Q.   Okay.  From the time you joined
15      the College Republicans in 2017 up to and including
16      November 2019, had the B.U. Republicans hosted or
17      held any events on campus?
18                     MR. SECHLER:  Objection, form.
19                     BY MR. MOORE:  (Cont'g.)
20                     Q.   You can answer.
21                     A.   Small events, yes, you know, with
22      other clubs such as College Democrats and we have
23      small speakers occasionally.  Perhaps a local
24      politician or so.
25                     Q.   Okay.  Well, let's get a little
```

Page 36

1       3/03/2023 - Young America's v Stenger - Rein Bey

2       more specific than that.  What's the first event you

3       remember the B.U. Republicans hosting from the time

4       you joined the organization?

5                    A.   There was a fireside debate with

6       college Republic -- College Democrats.  I believe it

7       was in September of 2017 -- perhaps October.

8                    Q.   Okay.  So was that a -- a joint

9       event with the College Democrats?

10                   A.   Yes.

11                   Q.   Okay.  And do records exist

12      regarding that event?

13                   MR. SECHLER:  Objection to form.

14                   THE WITNESS:  I believe --.

15                   BY MR. MOORE:  (Cont'g.)

16                   Q.   I'm sorry.  I didn't hear your

17      answer.

18                   A.   Oh, I believe a fire was made for

19      it, but I wouldn't have that --.

20                   Q.   Okay.  And where on campus was

21      the event held?

22                   A.   On the Apalachin Firepit.

23                   Q.   On the what?

24                   A.   Apalachin Firepit.

25                   Q.   Okay.  And that's on campus?

```
 1       3/03/2023 - Young America's v Stenger - Rein Bey
 2                    A.   Yes.
 3                    Q.   What's the next event you
 4       remember the College Republicans being involved in
 5       after the fall 2017 fireside debate?
 6                    A.   I believe Larry Sharpe came to
 7       speak to us.
 8                    Q.   Sharpe, how do you spell that?
 9                    A.   I -- I want to say S-H-A-R-P-E.
10       He's the head of the Libertarian party for the
11       university.
12                    Q.   When did that event occur?
13                    A.   I do not remember.  I remember it
14       occurring shortly after -- I think before the
15       elections that year.
16                    Q.   And what -- what year is that
17       year?
18                    A.   2017.
19                    Q.   And where was that event held?
20                    A.   On campus.
21                    Q.   How many people attended?
22                    A.   I do not remember.
23                    Q.   Does any paperwork exist
24       regarding that event?
25                    A.   If it does, I do not know.
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 38

1      3/03/2023 - Young America's v Stenger - Rein Bey

2                     Q.   Okay.  Following Larry Sharpe's

3      appearance, do you remember any other events

4      occurring that the College Republicans hosted or were

5      involved in?

6                     A.   I don't remember specific dates.

7      But I'm sure that we brought in a speaker about

8      fracking.  We had discussions with College Democrats

9      again.  Nothing much really, I think we had a movie

10     night, perhaps.

11                    Q.   Okay.  Was that with another

12     group or just your group?

13                    A.   Just our group.

14                    Q.   Okay.  When did -- when did the

15     fracking speaker take place?

16                    A.   There were two different ones.

17     One did happen in fall 2019.  The other one, I do not

18     remember when it happened.  I believe it occurred

19     sometime in 2018.

20                    Q.   Okay.  And how about the -- the -

21     - meeting with the College Democrats?

22                    A.   It was frequent.  I do not

23     remember when exactly, I'd say, at least once every

24     two months, three months.

25                    Q.   Okay.  And when was the movie

Page 39

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2   night you reference?
 3                     A.   I cannot recall.
 4                     Q.   Okay.  Are you familiar with two
 5   events that are described in the complaint, one of
 6   which we'll call the tabling event on November 14th,
 7   2019?
 8                     A.   I'm familiar with it, yes.
 9                     Q.   Okay.  And are you familiar with
10   what's been called the Dr. Laffer event on November
11   18th, 2019?
12                     A.   Yes.
13                     Q.   And let's just concentrate on
14   fall 2019 before those two events.  Did the College
15   Republicans host any events on campus before the
16   tabling event?
17                     A.   Sure.  We had the fracking
18   speaker.
19                     Q.   Okay.  You just don't remember
20   that person's name.
21                     MR. SECHLER:  I -- I'm sorry, Mr.
22   Moore.  Please don't interrupt the witness.  I think
23   she was in the middle of an answer and you cut her
24   off.
25                     BY MR. MOORE:  (Cont'g.)
```

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                     Q.   Okay, sir.  If you haven't
 3        finished go ahead and finish.
 4                     A.   Oh, no.  It's all right.  I -- I
 5        do -- I do not -- it was a woman.  I do not remember
 6        her name.  She was from Pennsylvania.  That's all I
 7        remember about her.  John Restuccia would probably
 8        know, he's the one who invited her.
 9                     Q.   Okay.  Do you remember any other
10        events on campus in fall of 2019 before the tabling
11        event?
12                     A.   No.
13                     Q.   Okay.  From November of 2019,
14        after the Dr. Laffer event, did the College
15        Republicans hold any events on campus?
16                     MR. SECHLER:  Objection, foundation.
17                     BY MR. MOORE:  (Cont'g.)
18                     Q.   You can answer.
19                     A.   I -- I -- I -- I need you to
20        repeat the question.
21                     Q.   Okay.  All right.  You're
22        familiar with the Dr. Laffer event on November 18th,
23        2019, correct?
24                     A.   Yes.
25                     Q.   Okay.  My first question is,
```

Page 41

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      after the Dr. Laffer event, did the College
 3      Republicans hold any meetings, any group meetings
 4      after the Dr. Laffer event?
 5                      MR. SECHLER:  And Mr. Moore, are you
 6      asking all the way up until today or is there --?
 7                      MR. MOORE:  During the fall 2019
 8      semester.
 9                      MR. SECHLER:  Okay, thank you.
10                      THE WITNESS:  Immediately after our
11      meetings were canceled for a while.
12                      BY MR. MOORE:  (Cont'g.)
13              Q.   Who canceled them?
14              A.   I do not know.  I believe John
15      Restuccia did.
16              Q.   Okay.
17              A.   I was -- I'm not aware.  I don't
18      know if it's because we lost our charter at that
19      specific moment or if it's because it was just his
20      own choice due to what happened.
21              Q.   Okay.  So do you recall any
22      meetings during 2019 after the Dr. Laffer event of
23      the College Republicans?
24              A.   I believe the next meeting we had
25      was that the -- the election.  I can't remember.  I -
```

Page 42

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        - I can't recall anything that happened -- anything

3        else that might have happened.

4                    Q.   Okay, got you.  And then, we're

5        going beyond the fall of 2019.  From fall 2019 until

6        the present time, had the B.U. Republicans hosted or

7        held any events on campus?

8                    MR. SECHLER:  Objection, lack of

9        foundation.

10                   BY MR. MOORE:  (Cont'g.)

11                   Q.   You can answer.

12                   A.   Yes.

13                   Q.   Okay.

14                   A.   Small events I have organized

15       during my tenure as president.

16                   Q.   And what events were those and

17       when did they occur?

18                   A.   I organized a speaker from

19       students for us to come -- I believe in November

20       2022.  I organized a speaking event with Sophia

21       Resciniti before the elections.  I believe that's it.

22                   Q.   Okay.  So --.

23                   MR. SECHLER:  Wait, I -- I'm sorry.

24       Is the witness still answering?

25                   BY MR. MOORE:  (Cont'g.)

Page 43

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                    Q.   I believe that's it, were her

3        last words.  Were you still answering, ma'am?

4                    A.   No, I wasn't.

5                    MR. SECHLER:  Okay, thank you.  Sorry

6        about that.

7                    BY MR. MOORE:  (Cont'g.)

8                    Q.   Okay.  So is it fair to say you

9        hosted two speakers on campus during fall 2022?

10                   A.   Yes.  Not to a large scale, but

11       yes.

12                   Q.   Okay.  Do you know between

13       November 18th, 2019, and when you became president in

14       2022, do you know if the Binghamton University

15       College Republicans hosted any events or speakers on

16       campus?

17                   A.   We did not.

18                   Q.   Okay.  Did the College

19       Republicans hold any meetings between November 2019

20       and fall 2022?

21                   MR. SECHLER:  Objection, lack of

22       foundation.

23                   BY MR. MOORE:  (Cont'g.)

24                   Q.   You can answer.

25                   A.   In fall 2020 -- sorry, in

Associated Reporters Int'l., Inc.

1          3/03/2023 - Young America's v Stenger - Rein Bey
2          February of 2020, we had an informal meeting.  I
3          don't believe it was S.A. recognized.  And in
4          September of 2022, we had another informal meeting.
5          However, I was not aware at the time that it was not
6          S.A. recognized.
7                         Q.   You weren't an officer during
8          2020 and 2021, correct?
9                         A.   No.
10                        Q.   And you stated during some of
11         that time you were not a student?
12                        A.   Yes.
13                        Q.   Is it fair to say that during the
14         time you were not a B.U. student, you don't know if
15         the group had any meetings?
16                        A.   I would have known because I was
17         still in the group chat.  For the College
18         Republicans, I would have known if they had held a
19         meeting.  Due to losing the chart -- charter, I don't
20         believe that they had access to B-There or their
21         LISTSERV or the Republicans email.  So the only way
22         of informing people would have been through that
23         group chat.  So they did not have a meeting.
24                        Q.   Okay.
25                        A.   From what I know.

```
1              3/03/2023 - Young America's v Stenger - Rein Bey

2                          Q.   From what you know?

3                          A.   Yes.

4                          Q.   From the time you joined the B.U.

5         Republicans in 2017 up until November of 2019, had

6         the B.U. Republicans posted flyers or signs on

7         campus?

8                          MR. SECHLER:  Objection, form.

9                          THE WITNESS:  Yes.

10                         BY MR. MOORE:  (Cont'g.)

11                         Q.   And can you tell me about those?

12                         A.   It was rare -- rarely did we post

13        flyers.  I think it was just to inform people about

14        meetings.

15                         Q.   And would a post the flyer for

16        every meeting?

17                         A.   No, not as far as I was

18        concerned, but I was not on the e-board, so I did not

19        know officially.

20                         Q.   Okay.  Well, I'm asking about

21        what you know.  Do you know from the time you joined

22        the B.U. Republicans in 2017 up to and including

23        November 2019, can you specify for me any times that

24        the B.U. Republicans posted flyers on campus?

25                         MR. SECHLER:  Objection, asked and
```

Page 46

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        answered.

3                        BY MR. MOORE:  (Cont'g.)

4                        Q.   You can answer.

5                        A.   No, in that case then, no.

6                        Q.   Okay.  From November 2019 after

7        the Dr. Laffer event until the present time which is

8        March 2023, have the B.U. Republicans posted any

9        flyers or signs on campus that you're aware of?

10                       MR. SECHLER:  Objection, form.

11                       THE WITNESS:  Yes.

12                       BY MR. MOORE:  (Cont'g.)

13                       Q.   Okay.  Can you tell me about all

14       of those?

15                       A.   We have weekly meetings, so every

16       week we posted flyers.

17                       Q.   And where would you post flyers?

18                       A.   All around campus.

19                       Q.   Would there be a flyer posted for

20       every meeting held on campus?

21                       A.   Yes.

22                       Q.   And were -- are copies maintained

23       of those flyers?

24                       A.   Can you repeat that?

25                       Q.   Are copies maintained of the

Page  47

```
1      3/03/2023 - Young America's v Stenger - Rein Bey
2      flyers posted by the College Republicans organization
3      on campus between November 2019 and the present time?
4                    A.   I do not.  I can't refer to any
5      flyers before my time as president, so I would not
6      know.  But forward from my time as president, I do
7      have records of every single flyer that we've posted.
8                    Q.   Okay.  I'm going to make a
9      request on the record for copies of flyers that
10     you've maintained.
11                   MR. SECHLER:  Yeah.  And Ms. Bey, let
12     me respond to that.  Mr. Moore, I appreciate a follow
13     up of anything that comes out of this that you'd like
14     us to consider and we will.
15                   MR. MOORE:  Yes, I will -- I will put
16     every request in writing.
17                   MR. SECHLER:  Thank you.
18                   MR. MOORE:  And copy you, Phil.
19                   MR. SECHLER:  Yeah.  And Ms. Bey, you
20     do not need to respond to that request.  Thank you.
21                   MR. MOORE:  Yeah, I will not make the
22     request directly to Ms. Bey.  I will make it to
23     counsel.  I'm putting a request on the record so the
24     witness can be aware that the request is coming.
25                   BY MR. MOORE:  (Cont'g.)
```

Page 48

1          3/03/2023 - Young America's v Stenger - Rein Bey

2                          Q.     Have the College Republicans

3      ever been prevented from anyone by -- from posting

4      flyers on campus during your time as president?

5                          A.     During the first week, our flyers

6      were ripped down.  It was reported by my vice

7      president.  And since then, they have seemingly done

8      better in terms of the flyers being ripped down.

9      However, other -- other students have tried to either

10     rip our flyers while they're on the wall or turn them

11     over or other things to make sure that it's not --

12     our club is not promoted, so.

13                         Q.    Do you know who ripped your

14     flyers down on the occasion that occurred?

15                         A.     Apparently the -- according, I

16     believe TUPD.  The -- the camera was too blurry.

17                         Q.    Okay.  So is the answer you don't

18     know who ripped it down?

19                         A.    No, I do not.

20                         Q.    And this was during the calendar

21     year 2022?

22                         A.    Yes.

23                         Q.    From the time you joined the B.U.

24     Republicans in 2017 up to and including November of

25     2019, had the B.U. Republicans hosted tables with

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2      information?
 3                      MR. SECHLER:  Objection.
 4                      THE WITNESS:  Yeah.
 5                      BY MR. MOORE:  (Cont'g.)
 6              Q.   Okay.  How many times?
 7              A.   I was not a member of the e-board
 8      at the moment, so I cannot recall.
 9              Q.   How do you know that the College
10      Republicans hosted tables then?
11              A.   They would state that they were
12      going to host tables in -- in the meeting.
13              Q.   Okay.  Were you present at any of
14      these tabling events?
15              A.   I have only -- I've only been
16      present once and I was tabling.  This is when I first
17      became vice president.
18              Q.   Okay.  What tabling event did you
19      attend?
20              A.   U-Fest in 2000 -- August 2019.
21              Q.   What is U-Fest?
22              A.   It's a festival held by the
23      university to promote the clubs that had passed.
24              Q.   Okay.  Where -- that was in
25      August 2019?
```

800.523.7887                           Associated Reporters Int'l., Inc.

Page 50

 1        3/03/2023 - Young America's v Stenger - Rein Bey

 2                    A.   Yes.

 3                    Q.   And where on campus was that

 4        tabling located?

 5                    A.   In the Peace Quad.

 6                    Q.   And you were present for this

 7        tabling?

 8                    A.   Yes.

 9                    Q.   And does any paperwork or records

10        exist regarding this tabling?

11                    A.   I wouldn't know.

12                    Q.   Was this a general tabling where

13        every student group was given a table?

14                    A.   Yes.

15                    Q.   Okay.  Did you need to make

16        reservations for those tables, or -- or how did --

17        how did this -- you become aware of this tabling?

18                    A.   John Restuccia asked me to table

19        with him.

20                    Q.   Okay.  So is it fair to say that

21        Mr. Restuccia was involved in organizing that?

22                    A.   Yes.

23                    MR. SECHLER:  Object to form.

24                    BY MR. MOORE:  (Cont'g.)

25                    Q.   Okay.

Page 51

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2                    A.   Actually I wouldn't say that it
 3      was fair.  I don't -- I technically do not know if
 4      he's the person who reserved the table or not.
 5                    Q.   Okay, got you.  Other than the U-
 6      Fest in August of 2019, was there any other occasion
 7      during the fall of 2019 or before when the College
 8      Republicans participated in a tabling event?
 9                    A.   U-Fest 2018 and U-Fest 2017, I
10      discovered the College Republicans through U-Fest in
11      August 2017.
12                    Q.   Okay.  So you -- you had a
13      conversation with someone at the table?
14                    A.   Yes.
15                    Q.   Okay.  Were you involved in the
16      tabling event at U-Fest in 2018?
17                    A.   I stopped by, but I was not
18      involved in it.
19                    Q.   Okay.  Were you involved in any
20      other tabling events that the College Republicans
21      have hosted before November 2019?
22                    A.   No.
23                    Q.   And are you aware of any other
24      tabling event other than what you've specified hosted
25      by the College Republicans before November 2019?
```

```
 1          3/03/2023 - Young America's v Stenger - Rein Bey
 2                    A.    Yeah.
 3                    Q.    Okay.  From -- after the Dr.
 4     Laffer event in November 2019 until the present time,
 5     have the B.U. Republicans hosted any tables with
 6     information?
 7                    MR. SECHLER:  Objection, lack of
 8     foundation.
 9                    BY MR. MOORE:  (Cont'g.)
10                    Q.    You can answer.
11                    A.    Can you repeat the questions?
12                    Q.    Sure.  From November 2019, after
13     the Dr. Laffer event, until the present time, had the
14     B.U. Republicans hosted any tables with information
15     on the Binghamton University campus?
16                    MR. SECHLER:  Same objection.
17                    BY MR. MOORE:  (Cont'g.)
18                    Q.    Did you hear the question, ma'am?
19                    A.    I did.  I wasn't sure.  I -- I
20     wasn't sure if I should answer you.
21                    Q.    Oh, you can answer, ma'am.
22                    A.    Yes, within the past week we had
23     bake sales.  And that is all.
24                    Q.    Where was the bake sale held?
25                    A.    Three times in the library
```

Page 53

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2     breezeway and once in the union lobby.
 3                    Q.   You said three times in the
 4     library breezeway?
 5                    A.   Yes.
 6                    Q.   And you said once somewhere else,
 7     what was the other place?
 8                    A.   In the union lobby.
 9                    Q.   These were all within the last
10     week?
11                    A.   Yes.
12                    Q.   Okay.
13                    A.   Not this week -- sorry, I should
14     -- yes, last week.  Like Mon -- Mon -- so Monday,
15     Tuesday, Thursday, Friday.
16                    Q.   Okay.  So those have all been
17     this week?
18                    A.   Last week until the -- the 24th,
19     I believe.
20                    Q.   Okay.  Was this bake sale held to
21     promote any kind of event or raise money for
22     something?
23                    A.   To raise money.
24                    Q.   Okay.  And what was it to raise
25     money for?
```

Associated Reporters Int'l., Inc.

Page 54

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                      A.   Hopefully to attain a -- a
 3        speaker.
 4                      Q.   Okay.  And was the bake sale --
 5        were there any other groups involved in the bake
 6        sale?
 7                      A.   No.
 8                      Q.   Okay.  And did you reserve space
 9        to the library breezeway for the three days you were
10        there?
11                      A.   Yes.
12                      Q.   Okay.  And how did you do so?
13                      A.   Through B-There -- I don't
14        currently have access to B-There.
15                      Q.   Got you.  And did you reserve
16        space in the union lobby for the bake sale?
17                      A.   Yes.
18                      Q.   Okay.  How did you do that?
19                      A.   Through B-There.
20                      Q.   Are there any other tabling
21        events that you're aware of from the date of the Dr.
22        Laffer event until the present time other than those
23        bake sales you just testified for me?
24                      A.   No.
25                      Q.   Okay.
```

Page 55

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2                       MR. MOORE:  Philip, it's eleven zero
3        five.  Do you want to take a break?
4                       MR. SECHLER:  Yeah, John, thank you.
5        That would be great.  I will -- I'm going to -- I
6        think restart my computer, so I'll probably be off.
7        Or I'm not going to restart my computer.  I'm going
8        to sign back into the WebEx link.  And I'm going to
9        call my I.T. person to see if I can get video re-
10       established.
11                      MR. MOORE:  I'm pretty sure you could
12       go on as a guest and that will -- that's how I
13       generally do it.
14                           (Off the record, 11:06 a.m.)
15                           (On the record; 11:17 a.m.)
16                      THE REPORTER:  .
                                        On the record.
17                      BY MR. MOORE:  (Cont'g.)
18                      Q.   Ms. Bey, do you understand that
19       you're still under oath?
20                      A.   Yes.
21                      Q.   Okay.  I'm not asking you about
22       any communications you've had with the plaintiff's
23       attorneys in this matter, but did you meet with or
24       communicate with anyone to prepare for today's
25       deposition?
```

Page 56

```
1          3/03/2023 - Young America's v Stenger - Rein Bey
2                    MR. SECHLER:  That's a yes or no, Ms.
3     Bey.
4                    THE WITNESS:  Yes.
5                    BY MR. MOORE:  (Cont'g.)
6                    Q.   And did you meet with anybody
7     other than attorneys for the Plaintiffs in this
8     matter?
9                    A.   No.
10                   Q.   Okay.  You understand that the
11    College Republicans are still a plaintiff in this
12    litigation, correct?
13                   A.   Yes.
14                   Q.   Is your understanding that all of
15    the club's members are aware of the suit?
16                   A.   As of current, yes.
17                   Q.   Okay.  And how many members does
18    the club currently have?
19                   A.   I would say, it's hovering over
20    thirty.
21                   Q.   Okay.  Have the College
22    Republicans ever held meetings to talk about this
23    lawsuit?
24                   A.   No.
25                   Q.   That didn't involve plaintiff's
```

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      attorneys being involved in it.
 3                      A.   No.  Majority of them were not
 4      there at the time, so there was no need to speak
 5      about it with them.
 6                      Q.   Okay.  Well, how did the current
 7      club membership become aware of the lawsuit then?
 8                      A.   I made anyone who joined that --
 9      I made anyone who joined aware that we were in a
10      lawsuit.
11                      Q.   And how would you do that?
12                      A.   I would just simply tell them
13      that we were in a lawsuit due to events back in 2019.
14                      Q.   But there's never been any formal
15      discussion of that lawsuit at a meeting which you
16      were involved in -- at the College Republicans that
17      did not involve the plaintiff's attorneys?
18                      A.   No.
19                      Q.   Okay.  As president or vice
20      president of the College Republicans, did you ever
21      meet with any members of the B.U. Administration?
22                      A.   Not as vice president.  As -- as
23      president, if we are counting the Student Association
24      as part of the Administration, then, yes.
25                      Q.   Okay.  Well, the Student
```

Page 58

1          3/03/2023 - Young America's v Stenger - Rein Bey

2          Association is a different group and their attorney

3          just appeared, Mr. Saitta.  We do not represent the

4          Student Association.

5                    A.   Okay.

6                    Q.   What I'm asking about is the

7          Binghamton University Administration, not including

8          the Student Association.  Are you aware of that?

9                    A.   No.

10                   Q.   Okay.  The answer's, no?  Thanks.

11         Did you review any documents to prepare for today's

12         deposition?

13                   A.   No.  No, I mean, well, not -- not

14         today.

15                   Q.   Well --

16                   A.   And --.

17                   Q.   -- at any time before today, did

18         you review any documents to prepare for today's

19         deposition?

20                   A.   Yes.

21                   Q.   Okay.  What documents did you

22         review?

23                   A.   The lawyers had sent over -- my

24         lawyers had sent over documents to me.

25                   Q.   And I'm not asking you about any

Associated Reporters Int'l., Inc.

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      communications with the lawyers, but I am asking you
 3      what documents you reviewed.
 4                    MR. SECHLER:  And Mr. Moore, let me
 5      just state an objection on that question for you
 6      because in my experience that question seeks work
 7      product.  And I don't know if you have taken a
 8      position on this or whether the lawyers have.
 9                    I certainly want to make sure that
10      whatever I say is consistent with what you guys have
11      agreed in the past.  But I would -- if -- if there
12      was no precedent on that, I'm willing to object and
13      instruct the witness not to answer on grounds of work
14      product.
15                    MR. MOORE:  Well, I don't think that's
16      a valid objection.
17                    BY MR. MOORE:  (Cont'g.)
18                    Q.   I'm not asking for any
19      communications or emails that you've had with
20      attorneys.  What I'm asking is if you reviewed any
21      documents to prepare for the deposition.  For
22      example, when I sent a number of exhibits.  Did you
23      review those exhibits that I sent before today's
24      deposition?
25                    MR. SECHLER:  And let me just
```

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      interject, Ms. Bey.
 3                      THE WITNESS:  No.
 4                      MR. SECHLER:  I'm sorry.  Mr. Moore,
 5      you can certainly ask that question.  My objection
 6      goes to another question, which is what did your
 7      attorneys select for you to review?  I don't know.
 8      Certainly, there are a number of cases that would
 9      regard that as work product.  I don't know what you
10      have done in the past in these depositions.
11                      As you know, this is my first
12      deposition in the case.  I just want to make sure
13      that whatever we're doing is consistent with what the
14      parties have done in the past with respect to that
15      question.
16                      MR. MOORE:  That -- this issue has not
17      come up in the -- in the context of an objection, I
18      believe.  Every deposition we've had, the witness has
19      been asked, what documents did you prepare, did you
20      review to prepare for today's deposition?  In the
21      context of, it does not involve your discussions with
22      counsel.
23                      MR. SECHLER:  Yeah.
24                      MR. MOORE:  I don't believe, for
25      example, reading the complaint or reviewing her own
```

Page 61

1          3/03/2023 - Young America's v Stenger - Rein Bey

2     emails or something like that is -- is guarded by any

3     privilege.  Certainly, your emails to her would be,

4     but I don't believe that reviewing documents is co --

5     covered by any privilege.  Communications with

6     attorneys are.

7                    MR. SECHLER:  Well, we can disagree on

8     that evidentiary point.  But the question you just

9     asked about whether she has reviewed the exhibits you

10     selected, I'm fine with.

11                    MR. MOORE:  Okay.  We'll -- we'll get

12     to that.

13                    BY MR. MOORE:  (Cont'g.)

14                    Q.   My first question is, other than

15     communications with counsel, did you review any

16     documents to prepare for today's delete -- today's

17     deposition?

18                    A.   None of the exhibits, no.

19                    Q.   Okay.  Other than the exhibits,

20     did you review any documents to prepare for today's

21     deposition?

22                    A.   The complaint.

23                    Q.   Okay.  Other than the complaint,

24     which is up on the screen right now, did you review

25     any other documents to prepare for today's

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2     deposition?
 3                    A.   No.
 4                    Q.   Okay.  Fair enough.  You told me
 5     earlier that some flyers that you prepared were
 6     ripped down?
 7                    A.   Yes.
 8                    Q.   What did those flyers say?
 9                    A.   I believe it was just our -- our
10     first meeting of the semester.  I think that's all
11     that they said.
12                    Q.   Okay.  And you said you
13     complained to the police about those flyers being
14     ripped out?
15                    A.   My vice president complained to
16     the police, yes.
17                    Q.   Was a police report filed?
18                    A.   I am not aware.
19                    Q.   Okay.  And is it fair to say, you
20     wouldn't maintain a copy of that police report?
21                    A.   Yes.
22                    MR. SECHLER:  Objection to form.
23                    BY MR. SULLIVAN:  (Cont'g.)
24                    Q.   Have you ever been involved in
25     any other student group on campus other than the
```

Associated Reporters Int'l., Inc.

```
 1          3/03/2023 - Young America's v Stenger - Rein Bey
 2     College Republicans during your time at Binghamton
 3     University?
 4                    A.   Yes.
 5                    Q.   What other groups have you been a
 6     member of at Binghamton University?
 7                    A.   Economics Club, Knitwits, Video
 8     Game Association.  I'd say that that's it.  And I'm
 9     currently a member of S.A. Congress.
10                    Q.   Okay.  I want to ask about the
11     video game club or the Economics Club.  What is
12     Knitwits?
13                    A.   You crochet or knit.
14                    Q.   Okay.  Got you.  Knit as in K-N-
15     I-T-W-I-T-S?
16                    A.   Yes.
17                    Q.   Understood.  And what is your
18     involvement in the S.A. Congress?
19                    A.   We simply vote on legislation or
20     discuss legislation that we feel aids the school.
21                    Q.   Okay.  Got you.  And how did you
22     become a member of the S.A. Congress?
23                    A.   I went to a meeting a -- a
24     general body meeting that they had.
25                    Q.   Okay.  Is there an election that
```

1      3/03/2023 - Young America's v Stenger - Rein Bey

2      by which you're appointed to that position, do you

3      volunteer, how -- how is that, how do you become a

4      member?

5                    A.   You volunteer.

6                    Q.   Okay.  Got you.  All right.

7      Let's go back to the ca -- the -- the caption of this

8      lawsuit, which is the first page.

9                    MR. MOORE:  Monique, if you could put

10     that up on the page?

11                   BY MR. MOORE:  (Cont'g.)

12                   Q.   And there is an individual named

13     in the plaintiff's portion of the caption, John

14     Lizak.  Do you see that?

15                   A.   Yes.

16                   Q.   Do you know Mr. Lizak?

17                   A.   Not personally, but I know Mr.

18     Lizak, yes.

19                   Q.   How long have you known him?

20                   A.   Since 2019.

21                   Q.   When's the last time you spoke

22     with him?

23                   A.   Perhaps, February of 2020, at

24     that informal meeting, I think.  Other than within

25     that group chat, we spoke generally to everybody.  I

Page 65

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2    did not have a personal conversation with him --
3                    Q.   Okay.
4                    A.   -- since 20 -- February 2020.
5                    Q.   Got you.  Is he a current B.U.
6    Republicans member?
7                    A.   No.
8                    Q.   Do you know when he left that
9    organization?
10                   A.   He left when he was elected out
11   of office.
12                   Q.   When did that occur?
13                   A.   May 2022.  Sorry, not May 2022.
14   Was it from -- no, that is correct.  May 2022.
15                   Q.   So is it fair to say that Mr.
16   Lizak was the President of that organization from the
17   time he was elected in December 2019, until May of
18   2022?
19                   MR. SECHLER:  Objection.
20                   MR. MOORE:  Okay.  Your objection is
21   on the record, but I didn't hear the witness' answer.
22                   THE WITNESS:  Yes.
23                   BY MR. MOORE:  (Cont'g.)
24                   Q.   Have you ever discussed this
25   lawsuit with Mr. Lizak?
```

 1      3/03/2023 - Young America's v Stenger - Rein Bey

 2                      A.   He reached out to me, I believe,

 3      also in February of 2020 and asked me for my number

 4      to give to somebody about the lawsuit, but I've never

 5      personally discussed the lawsuit with him, no.

 6                      Q.   Okay.  All right.  Are you aware

 7      that he made a request to withdraw as a plaintiff?

 8                      A.   I've been made aware of this,

 9      yes.

10                      Q.   Do you know why he moved to

11      withdraw as a plaintiff?

12                      MR. SECHLER:  And -- and I would

13      object at this point.  I'm sorry, Ms. Bey.  I need to

14      interrupt and just instruct you not to reveal the

15      contents of any conversations you've had with

16      counsel.

17                      MR. MOORE:  Okay.  Again, I want this

18      to be an over -- overarching statement.  I'm not

19      asking about any communications with counsel.  What

20      I'm asking is, are you aware why he made a request to

21      withdraw?

22                      MR. SECHLER:  And Ms. Bey, if you can

23      answer that without revealing conversations with

24      counsel, go ahead.  But if you only can answer that

25      question with respect to conversations with counsel,

1     3/03/2023 - Young America's v Stenger - Rein Bey

2     then I instruct you not to.

3                    THE WITNESS:  No, it's -- it's okay.

4     It's okay.  I was just made aware of the fact that he

5     withdrew.  I -- I would say, I was not told why.  I

6     do not know him personally, so I do not know why.  So

7     I -- I don't know why he withdrew.  I was just made

8     aware that he was withdrew sometime recently.

9                    MR. MOORE:  Okay.

10                   BY MR. MOORE:  (Cont'g.)

11                   Q.   Do you know John Restuccia?  You

12    mentioned his name --.

13                   A.   Yes, I do.

14                   Q.   Okay.  How long have you known

15    John?

16                   A.   I'd say since 2018.  I forgot

17    when -- I -- I forgot when I met him, but he was a

18    member of the club sometime around the time that I

19    first joined, I believe.

20                   Q.   Okay.  When's the last time you

21    spoke with John?

22                   A.   Last year.  I'd say in perhaps,

23    maybe November.

24                   Q.   Did you discuss his deposition in

25    this case?

1           3/03/2023 - Young America's v Stenger - Rein Bey

2                        A.   I was not -- I was not aware that

3      I knew he was involved, but I -- I don't know

4      anything about a deposition.

5                        Q.   Okay.  But my question was, did

6      you discuss with John Restuccia, your de -- his

7      deposition in this case?

8                        A.   No.

9                        Q.   Okay.  Is he a current B.U.

10     Republicans member?

11                       A.   No.

12                       Q.   And did he leave in December of

13     2019 as you previously mentioned?

14                       A.   Yes.

15                       Q.   Have you discussed this lawsuit

16     with him?

17                       A.   Other than -- I'm saying no.

18                       Q.   Okay.  You mentioned her name

19     before, but do you know Lacey Kestecher?

20                       A.   Yes.

21                       Q.   And how long have you known

22     Lacey?

23                       A.   Since 2019.  ... in 2019.

24                       Q.   Okay.  When's the last time you

25     spoke with Lacey?

Page 69

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                         A.    Probably that same February of
 3        2021 when I also spoke with Lizak -- Lizak.
 4                         Q.    Okay.  It's fair to say, Lacey is
 5        not a current B.U. Republicans member?
 6                         A.    Yes.
 7                         Q.    What years was she a member, if
 8        you know?
 9                         A.    From fall of 2019, I do not
10        remember.  She transferred at some point in time, but
11        I do not recall when she transferred.
12                         Q.    Do you know what year she was an
13        officer of the organization?
14                         A.    I'd say at least from December
15        2019 to May 2021, if not longer.  As I mentioned, I
16        don't remember when she transferred.
17                         Q.    Okay.  Have you discussed this
18        lawsuit with her?
19                         A.    No.
20                         Q.    She is identified as a witness in
21        this matter.  Do you have any personal knowledge of
22        what event she was a witness to?
23                         A.    Can you rephrase the question?
24                         Q.    Well, do you have any knowledge
25        of what incidents alleged in the complaint Lacy
```

1            3/03/2023 - Young America's v Stenger - Rein Bey

2       Kestecher was a witness to?

3                      MR. SECHLER:  Objection to form.

4                      THE WITNESS:  Can you rephrase the

5       question again?  I'm sorry.  I'm a little unsure how

6       to answer.

7                      MR. MOORE:  Okay.

8                      BY MR. MOORE:  (Cont'g.)

9                      Q.   You've read the complaint,

10      correct?

11                     A.   Yes.

12                     Q.   Do you know what allegations in

13      the complaint Lacy Kestecher would've been a witness

14      to?

15                     MR. SECHLER:  Same objection.

16                     THE WITNESS:  The tabling event and

17      the Laffer event.

18                     MR. MOORE:  I'm sorry.

19                     THE WITNESS:  Sorry.  The tabling

20      event and the Laffer event, correct.

21                     BY MR. MOORE:  (Cont'g.)

22                     Q.   I'm going to ask you about some

23      other witnesses who have been identified by

24      Plaintiff's attorneys in this -- in discovery in this

25      case.  And I'm going to ask you what you know about

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2        them.  You mentioned this individual, Logan
 3        Blakeslee.  And that's B-L-A-K-E-S-L-E-E.  Do you
 4        know Logan?
 5                    A.   Yes.
 6                    Q.   Who is he?
 7                    A.   He's currently the vice president
 8        of College Republicans.
 9                    Q.   What information about the
10        allegations in the complaint, if you know, does Logan
11        have?
12                    A.   I believe he was a witness to the
13        Laffer event.
14                    Q.   Okay.  Have you discussed the
15        claims of the case with Logan outside the presence of
16        attorneys?
17                    A.   No.
18                    Q.   Are you in current -- you're --
19        you're currently in contact with Logan though,
20        correct?
21                    A.   Yes.
22                    Q.   You've never discussed the
23        lawsuit with him?
24                    MR. SECHLER:  Objection.  Asked and
25        answered.
```

1      3/03/2023 - Young America's v Stenger - Rein Bey

2                    THE WITNESS:  No.  He -- I'm -- I'm

3      aware he's going to -- he's going to do a deposition,

4      but we discussed that in front of the lawyers.  There

5      is not much point to talk about the lawsuit outside

6      of the lawyers -- outside of the presence of the

7      lawyers.

8                    BY MR. MOORE:  (Cont'g.)

9            Q.   Do you know Kyle Nelson?

10           A.   Not well, but yes.

11           Q.   How do you know Kyle?

12           A.   I believe he was -- he was

13     technically the president that was elected after John

14     Lizak was no longer president.

15           Q.   Do you know what time period he

16     was president of the B.U. Republicans?

17           A.   I suppose from May 2019 to

18     September 2020.  Sorry -- sorry, May -- sorry --

19     sorry.  May -- in May 2022 to September 2022.  I am

20     so sorry.

21           Q.   Okay.  Got you.  Have you

22     discussed the claims in this case with Kyle?

23           A.   No.

24           Q.   Do you know what information

25     about the allegations in the complaint Kyle has?

```
1        3/03/2023 - Young America's v Stenger - Rein Bey

2                    MR. SECHLER:  Objection to form.

3                    THE WITNESS:  I cannot recall.

4                    BY MR. MOORE:  (Cont'g.)

5                    Q.   Did you ever know what

6        information Kyle had?

7                    MR. SECHLER:  Same objection.

8                    THE WITNESS:  No.

9                    MR. MOORE:  Okay.

10                   BY MR. MOORE:  (Cont'g.)

11                   Q.   Are you currently in contact with

12       Kyle?

13                   A.   No.

14                   Q.   Do you have an address, a phone

15       number or an email address for Kyle Nelson?

16                   A.   Perhaps, I believe he's still on

17       the LISTSERV, so I have an email address for him.

18       But not -- no, nothing -- no other information

19       regarding Kyle.

20                   Q.   Okay.

21                   MR. MOORE:  I'm going to make a

22       request on the record that you provide that email

23       address to your attorneys.  I will tell you before

24       you start objecting, Phil, that I've had

25       communication with Steve Miller earlier today.
```

1       3/03/2023 - Young America's v Stenger - Rein Bey

2                       And he communicated to me that he does

3       not have Kyle Nelson's contact information.  So to

4       the extent that this witness is a member of the B.U.

5       Republican and is possession of any of that, I would

6       like that information.  So I'm going to make a

7       request and I'll follow up by letter.

8                       MR. SECHLER:  That sounds fine, Mr.

9       Moore.  Thank you.  And Ms. Bey, you do not need to

10      respond to that request.  On the record.

11                      MR. MOORE:  I'm not making the request

12      to her, Phil.  I'm making it you.

13                      MR. SECHLER:  Okay.  I --I -- I will

14      respond to what I hear -- get from you after this

15      deposition.  Thank you, Mr. Moore.

16                      MR. MOORE:  Okay.  Fair enough.

17                      BY MR. MOORE:  (Cont'g.)

18                      Q.   Do you know the name Sebastian

19      Roman, Ms. Bey?

20                      A.   Yes.

21                      Q.   Who is Sebastian Roman?

22                      A.   He was a club member during -- he

23      -- he -- he -- he -- he's been a club member since --

24      since I've joined.  And I believe he was a club

25      member up -- up until fall of 2020.  I believe he

Page 75

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        graduated in 2020, actually.

3                    Q.   Okay.  Got you.  Do you know what

4        information about the allegations in the complaint

5        Sebastian would have?

6                    A.   A witness of the Art Laffer -- at

7        the Art Laffer event.

8                    Q.   Okay.  Have you discussed the

9        claims in this case with Sebastian?

10                   A.   I have not seen him since then.

11       So no.

12                   Q.   When's the last time you spoke

13       with Sebastian?

14                   A.   I believe when -- I believe when

15       we voted for a new government in two thousand --

16       December 2019.

17                   Q.   December 2019?

18                   A.   Yes.

19                   Q.   Do you have a current address,

20       phone number or email address for Sebastian Roman?

21                   A.   I do not know.

22                   Q.   Okay.  I also briefly mentioned

23       this person, Thomas Gagliano.  Do you recognize that

24       name?

25                   A.   Yes.

Page 76

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2                    Q.   Who is Thomas Gagliano?
 3                    A.   He was the treasurer of College
 4      Republicans on fall 2019.
 5                    Q.   And what information about the
 6      allegations in the complaint does Thomas have, if you
 7      know?
 8                    MR. SECHLER:  Objection to form.
 9                    MR. MOORE:  You can answer.
10                    THE WITNESS:  I believe he was also a
11      witness to the Art Laffer event, I -- I believe.  I
12      cannot recall well.
13                    Q.   Okay.  Have you ever discussed
14      the claims in this case with Thomas?
15                    A.   No, I also have not spoken to him
16      since December 2019.
17                    Q.   Okay.  Do you know what -- what -
18      - what time period he was a club member?
19                    A.   He was a club member for -- for
20      an unspecified amount of time before fall of 2019.  I
21      do not remember when he joined, but I do remember him
22      being present in 2018.
23                    Q.   Okay.  Is he still a club member?
24      I guess what I said.
25                    A.   No, I believe he's graduated.
```

Page 77

1      3/03/2023 - Young America's v Stenger - Rein Bey

2                       Q.   Do you know when he left the

3      organization?

4                       A.   I do not.

5                       Q.   And do you have an address, phone

6      number or email address for Thomas Gagliano?

7                       A.   No.

8                       Q.   You know the name Spencer Haynes,

9      that's H-A-Y-N-E-S?

10                      A.   Yes, I do.

11                      Q.   Who is Spencer Haynes?

12                      A.   He was a club member since the

13     time I joined College Republicans.

14                      Q.   So he was there in 2017 when you

15     joined?

16                      A.   Yes, he was.

17                      Q.   Is he still a club member?

18                      A.   No, he's not.  I believe he's

19     graduated.  I'm sorry.

20                      Q.   Are you ready to proceed?

21                      A.   Yes.  It just gave me a

22     notification.  I apologize.

23                      Q.   It's okay.  What time period was

24     Spencer Haynes a club member?

25                      MR. SECHLER:  Objection to form.

Page 78

1          3/03/2023 - Young America's v Stenger - Rein Bey

2                     MR. MOORE:  If you know?

3                     THE WITNESS:  I believe he was a club

4          member before 2017, but I -- I'll -- I will say, no,

5          I do not know.

6                     BY MR. MOORE:  (Cont'g.)

7                     Q.   Do you know -- you said he

8          graduated, right?

9                     A.   He graduated, yes.

10                    Q.   Do you know when he graduated?

11                    A.   Either in 2020 or 2021.  I cannot

12         recall.

13                    Q.   And do you know if he was an

14         active club member up until his graduation?

15                    A.   No, he was not.

16                    Q.   He was not.  When did he leave

17         the organization?

18                    A.   He started disassociating after

19         twen -- two -- December 2019.

20                    Q.   Do you know why he started

21         disassociating after December 2019?

22                    MR. SECHLER:  Objection.  Foundation.

23                    BY MR. MOORE:  (Cont'g.)

24                    Q.   Your attorney was speaking.  What

25         was your answer?

Associated Reporters Int'l., Inc.

Page 79

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                      A.   I simply believe it wasn't be --
 3        it was because he didn't have -- that there were no
 4        club meetings.  So he had no reasons to --
 5                      Q.   ...
 6                      A.   -- continue associating.
 7                      Q.   Okay.  Understand.  Sorry to
 8        interrupt.  Have you ever discussed the claims in
 9        this case with Spencer Haynes?
10                      A.   No.
11                      Q.   Are you currently in contact with
12        Spencer Haynes?
13                      A.   No.
14                      Q.   Do you have an address, phone
15        number, social media, contact or email address for
16        Spencer Haynes?
17                      A.   I have a social media contact for
18        Spencer Haynes.
19                      Q.   And what social media contact do
20        you have with him?
21                      A.   Facebook.
22                      Q.   Okay.  Do you have social media
23        contact with Thomas Gagliano?
24                      A.   I think he -- I think I might
25        have a contact with him on Facebook, but I can't
```

Page 80

1           3/03/2023 - Young America's v Stenger - Rein Bey

2       recall though.

3                       Q.   Okay.  How about Sebastian Roman?

4                       A.   I don't believe I have any

5       contact with him.

6                       Q.   And Kyle Nelson?

7                       A.   I don't have any contact with him

8       either.

9                       Q.   Do you know the name Dylak Roth

10      (phonetic spelling)?

11                      A.   No, I do not.

12                      Q.   Do you know the name Samuel

13      Kessler, K-E-S-S-L-E-R?

14                      A.   Yes.

15                      Q.   Who is Samuel Kessler?

16                      A.   He was a member of College

17      Republicans in fall of 2018.  And he was also a

18      member briefly in fall of 2022.

19                      Q.   Okay.  Was he a member in fall of

20      2019?

21                      A.   Yes.

22                      Q.   Okay.  So you said 2018 and 2019.

23      Did he --?

24                      A.   Oh, no, I meant 2019.  I

25      apologize.  I meant 2019 and 2022.

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                      Q.   Okay.  Was he consistently a
 3        member of that group between fall of 2019 and fall of
 4        2022, if you know?
 5                      MR. SECHLER:  Objection -- objection.
 6        Foundation.
 7                      MR. MOORE:  You can answer.
 8                      THE WITNESS:  I can't recall.
 9                      MR. MOORE:  Okay.
10                      BY MR. MOORE:  (Cont'g.)
11                      Q.   Have you ever discussed the
12        claims in this case with Samuel Kessler?
13                      A.   No.
14                      Q.   Do you have any contact with
15        Samuel Kessler as -- as such as, have you had any
16        contact with Samuel Kessler since the events in this
17        lawsuit?
18                      A.   Yes, I -- he enrolled as a
19        member, again, when I rechartered the organization.
20        However, he -- he left shortly after.
21                      Q.   Did he leave because he
22        graduated, for some other reason?
23                      A.   He left because of -- he left
24        because --.
25                      MR. SECHLER:  I'm sorry.  Objection as
```

Page 82

1         3/03/2023 - Young America's v Stenger - Rein Bey

2     to form.  Calls for speculation.

3                     MR. MOORE:  Okay.  You can answer.

4                     THE WITNESS:  I cannot say that I'm

5     fully aware of what -- what -- what is one hundred

6     percent definitively the reason that he left.

7                     BY MR. MOORE:  (Cont'g.)

8                     Q.  Well, did he have any

9     communications with you as to why he left?

10                    A.  Not me personally, no.

11                    Q.  Did he have communications with

12    anyone else regarding why he left?

13                    MR. SECHLER:  Objection.  Calls for

14    speculation.

15                    THE WITNESS:  I -- no, I -- I can't

16    say who exactly.  I think -- just hearing it through

17    different people.

18                    BY MR. MOORE:  (Cont'g.)

19                    Q.  And what people did you hear it

20    from?

21                    A.  Multiple club members, so I can't

22    recall --

23                    Q.  Do you remember their names?

24                    A.  -- who exactly.

25                    Q.  You can't remember any of these

Page 83

```
 1       3/03/2023 - Young America's v Stenger - Rein Bey
 2    club members' names?
 3                     A.   I -- no, I'm saying like, I -- I
 4    cannot recall who exactly told me that he was not
 5    going to be coming back.
 6                     Q.   And what did they tell you about
 7    why he was not going to come back?
 8                     A.   He did not want to deal with
 9    anybody from club organizations such as the Young
10    Democratic Socialists of America.
11                     Q.   Okay.  Why -- in the context of
12    the College Republicans, why would he have to deal
13    with the Young Democratic Socialists?
14                     A.   So the college progressives
15    morphed into that club, so he did not want to deal
16    with any attacks or essentially fearing for the
17    club's safety and his own safety just by simply
18    existing on campus.
19                     Q.   Okay.  Do you have a current
20    address, phone number or email address for Samuel
21    Kessler?
22                     A.   No, I do not.
23                     Q.   Do you know what information
24    about the allegations and the complaint Samuel has?
25                     A.   I believe he was a witness in the
```

Page 84

1          3/03/2023 - Young America's v Stenger - Rein Bey

2     Art Laffer event as well.

3                    Q.   Okay.  And do you have social

4     media contact with Samuel Kessler?

5                    A.   I do not.

6                    Q.   Do you know the name Joe McCarty?

7                    A.   No, I do not.

8                    Q.   Are you aware of any other

9     witnesses to the tabling event, what we've called the

10    tabling event, of November 14th, 2019?

11                   A.   Other than John Restuccia, John

12    Lizak and Lacey Kestecher, I am not aware of any

13    other witnesses.

14                   Q.   And how about the Dr. Laffer

15    event, who are you -- are you aware of the identity

16    of any witnesses to the Dr. Laffer event of November

17    18th, 2019?

18                   MR. SECHLER:  And Mr. Moore, apart

19    from everybody you already mentioned, are you going

20    to go over that all again?

21                   BY MR. MOORE:  (Cont'g.)

22                   Q.   I'm -- what I'm asking about is,

23    anybody other than you've already told me about, are

24    you aware of any other witnesses to the Laffer event?

25                   A.   No, none that I know personally,

Page 85

1        3/03/2023 - Young America's v Stenger - Rein Bey

2    no.  Not that I --

3                    Q.   I'm not asking about your

4    personal relationship with them, I'm asking --.

5                    A.   I just -- like none that I could

6    provide names of like I'm aware of like -- like on

7    that day of other people who went, but I don't know

8    their names or any information about them.

9                    Q.   Okay.  Going back to the caption,

10   which is up on the screen, do you have an

11   understanding of what Plaintiff Young America's

12   Foundation is?

13                   A.   Do I know who they are?

14                   Q.   Yes.

15                   A.   Yes, I do.

16                   Q.   Do you hold any kind of role,

17   position or membership in Young America's Foundation?

18                   A.   I do not.

19                   Q.   Did you have any contact or

20   communication with Young America's Foundation before

21   November 2019?

22                   A.   No.

23                   Q.   Did Young America's Foundation

24   have some kind of involvement with either the tabling

25   event or the Laffer event, if you know?

Page 86

1            3/03/2023 - Young America's v Stenger - Rein Bey

2                         A.   I do not know.

3                         Q.   Do you know if the col -- B.U.

4      College Republicans had any involvement with Young

5      America's Foundation before the Laffer event?

6                         A.   I do not know.

7                         Q.   You were the vice president of

8      the organization, correct?

9                         A.   Yes.

10                        Q.   Did John Restuccia ever tell you

11     that Young America's Foundation had any involvement

12     in bringing Dr. Laffer to campus?

13                        A.   No.  I -- I believe I only found

14     that out as of more recent.

15                        Q.   Okay.  Do you know an individual

16     named Raj Kannappan?

17                        A.   No, I do not.

18                        Q.   Did you ever have any discussions

19     with Mr. Kannappan before the Laffer event, if you

20     know?

21                        MR. SECHLER:  Objection to form.

22                        THE WITNESS:  I don't know who that

23     is, so I don't know.

24                        MR. MOORE:  Okay.  Fair enough.

25                        BY MR. MOORE:  (Cont'g.)

Associated Reporters Int'l., Inc.

1      3/03/2023 - Young America's v Stenger - Rein Bey

2                         Q.   When did you become aware of that

3      Dr. Laffer was coming to campus?

4                         A.   I was told in August of 2019,

5      that we were going to host a big speaker. I was not

6      given the name until October, I believe.

7                         Q.   Okay.  Did you have any

8      involvement in facilitating the speaker's appearance?

9                         A.   Other than promotion, no.  That

10     was mostly John Restuccia.

11                        Q.   Okay.  What involvement did you

12     have in promotion?

13                        A.   I promoted the event to the

14     economics department and the political science

15     department.

16                        Q.   How did you do that?

17                        A.   We made flyers and I gave it to

18     the -- both departments and I asked them to share it

19     throughout --.

20                        Q.   Do you have copies of those

21     flyers?

22                        A.   I do not have copies of those

23     flyers.  They were physical flyers, so I don't have

24     them anymore.

25                        Q.   Was the room for the speaker's

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2     appearance selected?
3               A.   When the flyers were made?
4               Q.   At any time.
5               MR. SECHLER:  Objection to form.
6               THE WITNESS:  I don't understand the
7     question.
8               MR. MOORE:  Okay.  I'll try to clarify
9     it.
10              BY MR. MOORE:  (Cont'g.)
11              Q.   Were you made aware that the
12    speaker would be -- Dr. Laffer, were you aware that
13    Dr. Laffer would be speaking somewhere on campus?
14              A.   Yes.
15              Q.   And where were you made aware
16    that he would be speaking?
17              A.   As far as I was concerned, I
18    believe that he was speaking in the basement, the
19    back -- the academic aid building.  I believe it was
20    switched last minute though.
21              Q.   Okay.  So when you say the
22    basement, was he -- was a room reserved for his
23    speech prior to the speech?
24              A.   A room was reserved prior.
25              Q.   Okay.  And how did the College
```

1      3/03/2023 - Young America's v Stenger - Rein Bey

2      Republicans select that room, if you know?

3                    A.   No, I do not know.  That was John

4      Restuccia.

5                    Q.   Okay.  So John Restuccia was

6      involved in reserving the room.  Is that correct?

7                    MR. SECHLER:  Objection to form.

8                    THE WITNESS:  Yes, I think he only

9      reserved a room.  He -- he did not expect many

10     people, so he reserved a small room on campus.

11                   MR. MOORE:  Okay.

12                   BY MR. MOORE:  (Cont'g.)

13                   Q.   Was approval from anyone required

14     to select that room?

15                   MR. SECHLER:  Objection.

16                   THE WITNESS:  I'm sure it was to be

17     there, yes.  It has to be approved before.

18                   BY MR. MOORE:  (Cont'g.)

19                   Q.   But you had no involvement in --

20     in that process?

21                   A.   I did not, no.

22                   Q.   What is your general

23     understanding of the procedures required to secure a

24     room for a speaker or other event at Binghamton

25     University?

Associated Reporters Int'l., Inc.

1       3/03/2023 - Young America's v Stenger - Rein Bey

2                       A.   It's not specific to a speaker

3       unless you are requesting certain rooms.  For -- for

4       most rooms, you have to go on to B-There, you have to

5       check if the room is available.  You can make the

6       request.  Currently, right now, the head of B-There

7       is Catherine Ron.

8                       So Catherine will receive the request

9       and she will approve it, typically, within a day,

10      perhaps up to maybe a week.  That is how most rooms

11      are organized.  Bigger rooms such as the ... require

12      special permission.

13                      Q.   Okay.  Got you.  And just to be

14      clear, you had no email contact with anyone from

15      Young America's Foundation to prepare for the Laffer

16      event?

17                      A.   No, I did not.

18                      Q.   Okay.  I'm going to show you an

19      exhibit.

20                      MR. MOORE:  If we can put Exhibit Six

21      up on the screen?

22                      BY MR. MOORE:  (Cont'g.)

23                      Q.   And I'll ask you to -- to have a

24      look at that exhibit.  If you need the stenographer

25      to scroll down.  If you could take a moment and just

1      3/03/2023 - Young America's v Stenger - Rein Bey

2      read the exhibit before I ask any questions, I'd

3      appreciate it.

4                          A.   Okay.

5                          MR. SECHLER:  I would just ask the

6      court reporter to scroll down to the bottom just to

7      make sure that Ms. Bey can see the whole document.  I

8      don't think Mr. Moore and Ms. Bey has the hard copy.

9                          MR. MOORE:  Okay.  That's why I -- I

10     would just like her to look at it before we start

11     asking questions.

12                         MR. SECHLER:  Okay.  Thank you very

13     much.

14                         THE WITNESS:  Okay.  I can look at it.

15                         BY MR. MOORE:  (Cont'g.)

16                         Q.   Okay.  We can scroll back up a

17     little to the top of the document.  And you'll see

18     that this appears to be an -- an email titled

19     Binghamton University College Republicans.  And other

20     than a forwarding email between Restuccia and Lizak

21     at the top of this document, it appears to be an

22     email from someone named Jeff Coghlan, C-O-G-H-L-A-N,

23     to undisclosed recipients.  These are two emails

24     dated October 21 and 22, 2019.  Would you agree with

25     me there, ma'am?

Page 92

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                    A.   Yes.

3                    Q.   Okay.  Do you recognize this

4        email from Mr. Coghlan?

5                    A.   I do not know who Mr. Coghlan is.

6                    Q.   Okay.  That was my next question.

7        You don't know who Mr. Coghlan is?

8                    A.   I don't.

9                    Q.   Do you remember him having any

10       involvement with the Binghamton University College

11       Republicans in 2019?

12                   MR. SECHLER:  Objection to form.

13                   THE WITNESS:  He did not.  I

14       understand what the email is saying, but he did not.

15                   BY MR. MOORE:  (Cont'g.)

16                   Q.   And were you aware of any -- this

17       refers to number two, sort of halfway down the page,

18       it says, we will all be a part of the B.U. College

19       Republicans advisory board.  As Vice President of the

20       College Republicans in fall of 2019, were you aware

21       that there was a B.U. College Republicans advisory

22       board?

23                   A.   So when he started the advisory

24       board, I -- I assume that he's simply referring to

25       the e-board.  I do not know what else he would be

Page 93

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        referring to.

3                        Q.   Well, he says, we will all be

4        part of the B.U. College Republicans advisory board.

5        Our challenge will be to assist them in growing their

6        membership and developing their leaders.  And then,

7        it goes on.  Do you have any recollection of Mr.

8        Coghlan or anyone else being involved in the B.U.

9        Republicans?

10                       A.   Well, I apologize about that.  I

11       thought that -- I thought that that was a part that

12       John Restuccia had written.  Other than that, no.  I

13       understand -- I -- I -- I -- I understood that who --

14       I didn't understand who was saying that part.

15                       MR. SECHLER:  And -- and Ms. Bey, let

16       me just caution you to make sure Mr. Moore gets his

17       question done for Monique's sake, because it's going

18       to be really hard for her to take this all down.

19                       THE WITNESS:  I apologize.

20                       BY MR. MOORE:  (Cont'g.)

21                       Q.   So just to repeat, Mr. Coghlan

22       writes on October 21, 2019, according to this email,

23       next to the number two, we will all be part of the

24       B.U. College Republicans advisory board.  Our

25       challenge will be to assist them in growing their

Associated Reporters Int'l., Inc.

```
1        3/03/2023 - Young America's v Stenger - Rein Bey

2        membership and developing their leaders.

3                        And then, a little farther down, he

4        says, our introductory meeting will be held at the

5        Binghamton Club next Wednesday, October 30th, 2019,

6        at twelve o'clock.  So my first question is, do you

7        remember Mr. Coghlan or anybody else being part of a

8        B.U. College Republicans advisory board?

9                        A.   No.  The only dinner that we had

10       with anybody, and I believe it was in October, we had

11       a -- a dinner with the, I believe, President of the

12       SUNY Binghamton -- sorry, SUNY ... College

13       Republicans.  But I don't re -- I don't recognize Mr.

14       Coghlan's name or the advisory board that he's

15       talking about in any sort of way.

16                       Q.   Okay.  Do you know where the

17       meeting you did attend was held?

18                       A.   It was at Park Diner.

19                       Q.   I'm sorry?

20                       A.   It was at Park Diner.

21                       Q.   Okay.  If we scroll up a little

22       on this, it's the top of the page, it says, Mr.

23       Coghlan sends another email that says, due to my lack

24       of planning, we will be changing the location of the

25       meeting next week, October 30th, 2019, to Little
```

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        Venice.  Ma'am, my question for you is, did you

3        attend a meeting at Little Venice on or about October

4        30th, 2019?

5                        A.   No, I did not.

6                        Q.   Okay.  And then, a little farther

7        down in that email, it says -- under next to number

8        one, it says, from Mr. Coghlan, along with the Young

9        America's Foundation, we will be underwriting a

10       speaking engagement with Economist and Presidential

11       Medal of Freedom Winner Art Laffer.  Dr. Laffer will

12       be speaking to and dining with the B.U. students on

13       November 18th.  Did I read that correctly, ma'am?

14                       A.   Yes.

15                       Q.   Do you know how Mr. Coghlan and

16       whoever the addressees of this email were underwrote

17       the speaking of engagement of Dr. Laffer?

18                       MR. SECHLER:  Objection.  Foundation.

19                       THE WITNESS:  I'm not even sure what

20       they mean by underwrite.  And I do not know who Mr.

21       Coghlan is, so I can't answer that question.  This is

22       simply something I was unaware of.

23                       MR. MOORE:  Okay.  That's fine.

24                       THE WITNESS:  I assume that, perhaps,

25       they may have been donors, but I do not know.

1      3/03/2023 - Young America's v Stenger - Rein Bey

2                      MR. MOORE:  Okay.  I just want to know

3      what you know.

4                      BY MR. MOORE:  (Cont'g.)

5                      Q.  It also says Dr. Laffer will be

6      speaking to and dining with the B.U. students on

7      November 18th.  Were you present when Dr. Laffer

8      dined with B.U. students on November 18th?

9                      A.  I was not.  What they're

10     referring to is the standard practice at least for

11     when a Republican club out typically invites someone

12     to campus, they all go out to dinner after typically

13     done on the e-board.

14                     I was aware that this should have

15     happened, of course, it did not.  And I believe that

16     they ended up going to Denny's, actually, not Little

17     Venice.

18                     Q.  Okay.  There's been some

19     testimony in this case, which I know you weren't

20     present for, that some College Republican students

21     dined with Dr. Laffer before his speech.  Were you

22     present for that?

23                     MR. SECHLER:  Objection.

24                     THE WITNESS:  (Overspeaking).

25                     BY MR. MOORE:  (Cont'g.)

Page 97

1          3/03/2023 - Young America's v Stenger - Rein Bey

2                    Q.   Okay.  Your attorney talked over

3          you, so can you answer the question again?

4                    A.   I -- I did not dine with him.  I

5          was not made aware of this.

6                    Q.   Okay.  Another thing I wanted to

7          ask you about would be --.

8                    MR. MOORE:  I'm done with Defendant's

9          Exhibit Six.  Thank you, Monique.  Monique, could you

10         put Exhibit Seven up on the screen?  This is a short

11         email which we previously marked in an earlier

12         deposition as Defendant's Exhibit Seven.  And I'll

13         state for the record that this is Bates stamped

14         twelve ninety-one from defendant's disclosures.

15                   The previous email Exhibit Six was

16         Bates stamped one nineteen and one twenty from the

17         Plaintiff's disclosure.  I didn't put that on the

18         record.  I apologize.  I'm going to ask if you could

19         look at this email, Ms. Bey?

20                   And Monique, if you could scroll down

21         just a little so the whole thing can fit on the

22         screen for her.  I think it's pretty short.

23                   BY MR. MOORE:  (Cont'g.)

24                   Q.   And Ms. Bey, when you've had a

25         chance to review the document, you can let me know

Page 98

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2        and I'll ask you questions.
3                    MR. SECHLER:  And Ms. Bey, don't
4        hesitate to let us know if you -- if you're having
5        trouble reading it.  It's kind of faint and we -- we
6        probably can enlarge it, if you need it.
7                    THE WITNESS:  Oh, I can -- I can zoom
8        up on the top, but it is all right.
9                    MR. SECHLER:  Oh, great.
10                   MR. MOORE:  Okay.
11                   BY MR. MOORE:  (Cont'g.)
12                   Q.   Have you ever seen this email
13       before today, ma'am?
14                   A.   I haven't, no.
15                   Q.   Okay.  Do you know who Joe
16       Gallagher is, Joseph T. Gallagher?
17                   A.   I don't know.
18                   Q.   You have to speak up, I -- I
19       can't quite hear you.
20                   A.   Oh, I don't know who he is.
21                   Q.   Okay.  You'll see he has an email
22       that is dated Friday, October 25th, 2019.  And about
23       the middle of the page, and it says, John, I
24       understand that the Binghamton University College
25       Republicans will be holding a round table event in
```

Page 99

1          3/03/2023 - Young America's v Stenger - Rein Bey

2      LH9 on October 28th.

3                     Are you anticipating any issues or

4      attendance from the members of PLOT or their

5      associating student groups?  Let me know when you can

6      and have a great weekend.  Did I read that correctly,

7      ma'am?

8                     A.   Yes.

9                     Q.   And I think you have to speak up.

10     We can barely hear you here, okay?

11                    A.   I'm so sorry.  I -- you did read

12     that correctly.

13                    Q.   Okay.  Do you know what events he

14     is referring to here, the October 28th event?

15                    A.   I do not know what event he's

16     referring to.  It sounds like that was a meeting that

17     day and I feel that most likely I would've attended.

18     I only missed, I believe, two meetings that semester.

19     But I do not remember a round table discussion of any

20     type.

21                    Q.   Okay.  There's been some prior

22     testimony that indicated that this may have been

23     titled, The Case Against Socialism.  Do you remember

24     that event?

25                    A.   I do remember that, yes.

Page 100

```
 1         3/03/2023 - Young America's v Stenger - Rein Bey
 2                     Q.   Were you present for that event?
 3                     A.   I believe I was.
 4                     Q.   Did you ever meet with Officer
 5         Gallagher before that event?
 6                     A.   I did not.
 7                     Q.   But that event did occur?
 8                     A.   I believe so, yes.
 9                     Q.   And what occurred at the event,
10         if you recall?
11                     A.   I believe it was conducted as a
12         general body meeting, so nothing particularly
13         different from any meeting.
14                     Q.   Okay.  Were any university or
15         university police representatives present, if you
16         know?
17                     A.   Not that I can recall.
18                     Q.   Okay.  In Investigator
19         Gallagher's email, do you see that it refers to PLOT
20         and associated student groups.  Do you see that?
21                     A.   I do.
22                     Q.   And do you know what PLOT is?
23                     A.   I do.
24                     Q.   What is PLOT?
25                     A.   I believe that they are the
```

Page 101

1        3/03/2023 - Young America's v Stenger - Rein Bey

2     Progressive Leaders of Tomorrow.  It's a local

3     section of an anti-fascist group that works to spread

4     left-leaning politics.

5                    Q.   Do you have any knowledge of who

6     any of the members are?

7                    A.   No, I do not.

8                    Q.   Do you know what associated

9     student groups are referred to there?

10                   MR. SECHLER:  Objection to form.

11                   THE WITNESS:  I think when they say

12    associated student groups, I think they could just

13    mean a political lean.

14                   BY MR. MOORE:  (Cont'g.)

15                   Q.   You think what?  I'm sorry, we

16    couldn't hear you there.

17                   A.   When they speak about associated

18    groups, I think that they are just referring to

19    associated political leaning.

20                   Q.   Okay.  But do you know what

21    particular student groups are referred to in that

22    sentence?

23                   A.   Yes.

24                   MR. SECHLER:  Object.  Objection to

25    form.

Page 102

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                    THE WITNESS:  I imagine that they're

3        referring to college progressives.  Perhaps, women's

4        student union.  Like, as I said, when I -- when I --

5        when they say associated groups, I believe that they

6        simply mean groups on campus who also have similar

7        politics.

8                    MR. MOORE:  Okay.  Got you.

9                    BY MR. MOORE:  (Cont'g.)

10                   Q.   Do you have any personal

11       knowledge regarding whether Defendant Brian Rose had

12       any direct contact or communication with any

13       representative of PLOT or associated student groups

14       during the calendar year 2019 up to and including the

15       tabling event and Laffer event?

16                   A.   Not -- not to my knowledge, no.

17                   Q.   Okay.  Do you have any personal

18       knowledge regarding whether Defendant Harvey Stenger

19       had any direct contact or communication with any

20       representative of PLOT or associated student groups

21       during the calendar year 2019 up to and including the

22       tabling event and Laffer event?

23                   A.   Not to my knowledge, no.

24                   Q.   Okay.  Same question as to John

25       Pelletier, do you have any personal knowledge that

Associated Reporters Int'l., Inc.

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        defen -- whether Defendant John Pelletier had any

3        direct contact or communication with any

4        representative of PLOT or any associated student

5        group during the calendar year 2019 up to and

6        including the tabling event and Laffer event?

7                    A.   I'm actually not aware of who

8        Pelletier is, so I can't answer that.

9                    Q.   Okay.  That's fair enough.  Let's

10       go back to Exhibit One, which is the complaint in

11       this matter.

12                   MR. MOORE:  And I'm going to ask,

13       Monique, if you could go to paragraphs forty-seven

14       and forty-eight, please?

15                   BY MR. MOORE:  (Cont'g.)

16                   Q.   That's located at the bottom of

17       page twelve and the top of page thirteen of the

18       complaint.  And if you want to take your time and

19       read that.  I'll read it into the record.

20                   Paragraph forty-seven of Exhibit One

21       reads, on Thursday, November 14th, 2019, College

22       Republicans organized a tabling event in a high

23       traffic area of SUNY Binghamton's campus known as the

24       Spine.  College Republicans' table was not blocking

25       access to buildings or pedestrian traffic.

800.523.7887                          Associated Reporters Int'l., Inc.

Page 104

1       3/03/2023 - Young America's v Stenger - Rein Bey

2                       And then, paragraph forty-eight at the

3       top of page thirteen of Exhibit One reads, as they

4       and many other student organizations had done

5       previously, College Republicans did not obtain a

6       permit from Student Association to table on this

7       date.

8                       Did I read that correctly, ma'am?

9                       A.   You did, yes.

10                      Q.   Okay.  Where was this tabling

11      event held, if you know?

12                      A.   I believe it was held on the

13      Spine that day, yes.

14                      Q.   Okay.  Next question, what is the

15      Spine?

16                      A.   The Spine is a curved sidewalk in

17      front of the I.T.S. building and -- in front of the

18      I.T.S. building and finance building on campus.

19                      Q.   Okay.  Got you.  And if you know,

20      what time did that table get set up?

21                      A.   I do not know.  I believe it was

22      in the morning.

23                      Q.   Okay.  Were you personally

24      present for any of this tabling event?

25                      A.   I was not.

Page 105

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                      Q.   You were not there at any point

3        during the event?

4                      A.   I saw the table while walking to

5        classes, but I did not stop by the table.

6                      Q.   Okay.  Did you see what was --

7        how many tables -- table or tables were there?

8                      A.   I believe there were one -- I

9        believe that there was one.

10                     Q.   Okay.  Were there any tables next

11       to the College Republicans' table?

12                     A.   As far as I could see, there was

13       another table or either a shared table with Turning

14       Point, yes.

15                     Q.   And what -- what is Turning

16       Point?

17                     A.   I'm sorry.  I'm so sorry about

18       that.

19                     MR. SECHLER:  Okay.

20                     THE WITNESS:  Can you repeat the

21       question?

22                     BY MR. MOORE:  (Cont'g.)

23                     Q.   Well, let -- let's strike that

24       question and -- and I'm referring now to paragraph

25       forty-eight.  And I'll read that again into the

800.523.7887                          Associated Reporters Int'l., Inc.

Page 106

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      record.  It says, as they and many other student
 3      organizations had done previously, College
 4      Republicans did not obtain a permit from the Student
 5      Association to table on this date.
 6                      Were you aware of the process of
 7      obtaining a permit for tabling on the Spine?
 8                      A.   At the moment, I was not aware of
 9      the -- of the process of -- of obtaining a permit,
10      but I was aware that John Restuccia had applied for a
11      permit.
12                      Q.   Okay.  So is it your
13      understanding that John Restuccia tried to get a
14      permit for the tabling event on the Spine?
15                      A.   He did.  Yes, he made me aware of
16      that.
17                      Q.   Okay.  It says here, College
18      Republicans did not obtain a permit from the Student
19      Association to table on this date.  Is that
20      inaccurate?
21                      MR. SECHLER:  Objection.  Foundation.
22                      THE WITNESS:  I -- it -- it -- I
23      believe that it is accurate.  Just because he applied
24      does not mean that he received one.
25                      MR. MOORE:  Okay.
```

Page 107

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                        BY MR. MOORE:  (Cont'g.)

3                        Q.   But Mr. Restuccia would know

4        that, correct?

5                        A.   Yes, Restuccia would know that.

6                        Q.   Do you have any personal

7        knowledge, as you sit here today, whether Mr.

8        Restuccia attempted to get a permit on the Spine for

9        that day?

10                        A.   On the Spine.

11                        Q.   I -- I can't hear you.  You have

12        to speak up, please.

13                        A.   He did tell me that he attempted

14        to get a permit.

15                        Q.   Okay.  I know he told you that,

16        but do you have any personal knowledge whether he

17        actually did so?

18                        MR. SECHLER:  Objection to form.

19                        THE WITNESS:  Oh, I -- I do not know,

20        no.  Not in that case, no.

21                        MR. MOORE:  All right.

22                        BY MR. MOORE:  (Cont'g.)

23                        Q.   You were familiar with the B-

24        There system, correct?

25                        A.   I am, yes.

Page 108

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                        Q.   And you testified earlier that
 3        the College Republicans had utilized this to reserve
 4        the room for Dr. Laffer, correct?
 5                        A.   I do not know.
 6                        Q.   Okay.  All right.  Referring back
 7        to this paragraph, when had the College Republicans
 8        tabled on the Spine without a reservation before
 9        November 14th, 2019?
10                        MR. SECHLER:  Objection.  Foundation.
11                        THE WITNESS:  I couldn't answer that
12        because I was not -- as I mentioned earlier, I was
13        not involved in tabling prior to that other than ...
14                        MR. MOORE:  Okay.
15                        BY MR. MOORE:  (Cont'g.)
16                        Q.   So is the answer, you don't know
17        of any occasions before November 14th, 2019, when the
18        College Republicans tabled without a permit?
19                        MR. SECHLER:  Mr. Moore, objection.
20        That misstates what she just said.
21                        MR. MOORE:  Trying to clarify.
22                        MR. SECHLER:  Objection to the
23        question.
24                        MR. MOORE:  Well, you can object all
25        you want.
```

Page 109

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                   BY MR. MOORE:  (Cont'g.)
 3                   Q.   Did you understand the question,
 4        ma'am?
 5                   A.   I believe I did.  I do not know
 6        because I was not -- I did not table, so I would not
 7        know.
 8                   Q.   Okay.  All right.  So my
 9        question, what your attorney interrupted was, are you
10        -- is it fair to say, you are not aware of any other
11        incidents where the College Republicans tabled at
12        Binghamton University without a permit before
13        November 14th, 2019?
14                   MR. SECHLER:  And Mr. Moore,
15        objection.  You -- you just said I interrupted your
16        question.  I did not.  I plainly waited for you to
17        finish your question before I stated my objection.  I
18        object to this question too.
19                   MR. MOORE:  Okay.
20                   MR. SECHLER:  You can answer.
21                   THE WITNESS:  Not to my knowledge, no.
22                   MR. SECHLER:  Thank you.
23                   BY MR. MOORE:  (Cont'g.)
24                   Q.   Do you know who was working the
25        tables at the Spine on November 14th, 2019?
```

1      3/03/2023 - Young America's v Stenger - Rein Bey

2                    A.   I believe John Restuccia, Lacey

3      Kestecher -- no, technically, for our club, just John

4      Restuccia.  I was not able to attend that day, but I

5      was busy.

6                    Q.   Okay.  Got you.  You said you

7      passed by the table at some point that morning?

8                    A.   Yes.

9                    Q.   Do you know what time that

10     occurred?

11                   A.   I can't recall.

12                   Q.   Okay.  Was there any kind of

13     protest going on at the time you passed by the table?

14                   A.   No.

15                   Q.   And can you describe what, if

16     anything, was displayed at the College Republicans'

17     table?

18                   A.   At the College Republicans' table

19     there was a yellow tablecloth with hot chocolate and

20     the -- the small flyers I referred to earlier that I

21     was using for promotion.

22                   Q.   Okay.  And what flyers -- were

23     those flyers for the Dr. Laffer event?

24                   A.   They were, yes.

25                   Q.   How many flyers were prepared for

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      the tabling event?
 3                      A.   I don't know.
 4                      Q.   Do you know how many flyers were
 5      handed out for the Laffer event at the tabling event?
 6                      A.   I don't know.
 7                      Q.   And you said there was another
 8      table set up at the proximity of the College
 9      Republicans' table by, you said, Turning Point?
10                      MR. SECHLER:  Objection to form.
11                      MR. MOORE:  Well, I'm try to clarify
12      that is what she said.
13                      MR. SECHLER:  Well, why don't you just
14      ask her a question and not try and restate the
15      testimony so that we get a clear record.
16                      MR. MOORE:  I'm trying to get a clear
17      record, Phil.
18                      BY MR. MOORE:  (Cont'g.)
19                      Q.   You mentioned a group named
20      Turning Point earlier in your testimony, ma'am.  Do
21      you recall that?
22                      A.   Yes.
23                      Q.   What is Turning Point?
24                      MR. SECHLER:  Objection.  Foundation.
25                      THE WITNESS:  Turning Point is a
```

Page 112

1      3/03/2023 - Young America's v Stenger - Rein Bey

2      conservative organization.  That's all I'm really

3      aware of.

4                      BY MR. MOORE:  (Cont'g.)

5                      Q.   Are they a stu -- a -- a student

6      group sanctioned by the S.A. at Binghamton

7      University?

8                      MR. SECHLER:  Objection, foundation.

9                      THE WITNESS:  They're not a student

10     group sanctioned by the S.A.

11                     MR. MOORE:  Okay.

12                     BY MR. MOORE:  (Cont'g.)

13                     Q.   Do you know whether anybody from

14     the organization Turning Point U.S.A. was at the

15     tabling event on November 14th, 2019?

16                     A.   Lacey Kestecher and John Li --

17     Lizak, yes.

18                     Q.   Okay.  And those individuals were

19     also members of the College Republicans, correct?

20                     A.   Yes.

21                     Q.   All right.  Were there any other

22     people there other than John Restuccia, John Lizak

23     and Lacey Kestecher, that you are aware of?

24                     A.   That no -- not that I'm aware of,

25     no.

Page 113

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                    Q.   Okay.  And do you know if the

3     College Republicans coordinated the tabling event

4     with Turning Point U.S.A. before November 14th, 2019?

5                    A.   I would not know.

6                    Q.   Okay.  As Vice President, no one

7     kept you up to date on that?

8                    A.   As far as I was concerned, John

9     had asked me if I could table with him.  I'm so

10    sorry.  If I can table with him, I told him I was not

11    able to.  And he said that he would ask somebody else

12    for assistance for setting up the table that day.

13    That is all I was made aware of.

14                    Q.   Okay.  Were you involved in any

15    other conversations other than the conversation you

16    referred to with John about the tabling event before

17    the tabling event?

18                    A.   No.  And I believe it was almost

19    at the same week.

20                    Q.   Did you discuss the tabling event

21    with Lacey before the tabling event?

22                    A.   No.

23                    Q.   The answer's no?

24                    A.   Oh, no.  Yeah, the answer's no.

25                    Q.   How far away from the College

Page 114

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2     Republicans' table was the Turning Point table
3     located, if you know?
4                    MR. SECHLER:  Objection to form.
5                    THE WITNESS:  I don't know.
6                    MR. MOORE:  Okay.
7                    BY MR. MOORE:  (Cont'g.)
8                    Q.   You passed by and looked at it
9     that day and you gave me a description of the College
10    Republicans' table, correct?
11                   A.   Yes.
12                   Q.   What was at the Turning Point
13    table, if you know?
14                   MR. SECHLER:  Objection to form.
15                   THE WITNESS:  I think Lacey was there,
16    but I was not paying attention to the Turning Point
17    table.
18                   MR. MOORE:  Okay.
19                   BY MR. MOORE:  (Cont'g.)
20                   Q.   So you don't know what was
21    displayed there?
22                   A.   No, I don't.
23                   MR. MOORE:  Okay.  Let's look at
24    Exhibit Seventeen, which is a photograph.  And this
25    was previously marked at prior depositions.
```

Page 115

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                        THE WITNESS:  If -- if nobody minds,

3        I'm ... break at twelve thirty by any chance?

4                        MR. MOORE:  I -- I'm sorry, I didn't

5        hear you.

6                        THE WITNESS:  If nobody would mind,

7        can we call for a break at twelve thirty?

8                        MR. MOORE:  Absolutely.  Sure thing.

9                        THE WITNESS:  Thank you.

10                       BY MR. MOORE:  (Cont'g.)

11                       Q.   And have a look at that photo,

12       ma'am.  Do you recognize that photo?

13                       A.   I actually don't, no.

14                       Q.   Okay.  Do you recognize what's

15       depicted in that table -- rather that photo, do you

16       see a table there?

17                       A.   I can tell that that's Lacey in

18       the red hat.  I don't know who the other person is.

19       It kind of looks like John Lizak, but I cannot tell.

20                       Q.   Okay.  You see there's a table

21       there that these two individuals are standing behind?

22                       A.   Yes.

23                       Q.   And there's a sign that says, I'm

24       pro-choice, pick your gun and there's a picture of

25       three guns.  Do you see that?

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey

 2                        A.   I do.

 3                        Q.   Did you see that sign on November

 4        14th, 2019?

 5                        A.   As I mentioned, I was not paying

 6        attention to the second table, so I do not know.

 7                        Q.   Okay.  And next to it, there

 8        appears to be another table on the right side of the

 9        photo, correct?

10                        A.   I can see it.  Yes, I can kind of

11        see it.

12                        Q.   You can only see a small part of

13        it, would you agree?

14                        A.   Yes.

15                        Q.   And there appears to be a

16        cardboard cutout of what appears to be former

17        President Trump.  Is that correct?

18                        A.   Yes.

19                        Q.   Was that displayed at the College

20        Republicans table?

21                        A.   I cannot recall.

22                        Q.   Okay.  Is that table on the right

23        side of the photo, the College Republicans table?

24                        A.   It looks to have the -- the

25        yellow tablecloth I was referring to, so yes, I
```

Page 117

1          3/03/2023 - Young America's v Stenger - Rein Bey

2     believe so.

3                    Q.   Okay.  Got you.  All right.

4     Let's go to paragraph fifty of the complaint.  Well,

5     I -- I might be able to save time on this.  You were

6     not present when any protest occurred at the -- at

7     the November 14th tabling event?

8                    A.   I was not.

9                    Q.   Did you ever become aware of the

10    protest?

11                   A.   Yes, I was.  I did become aware

12    of it shortly after they happened.

13                   Q.   Okay.  And how were you made

14    aware of the -- the event?

15                   A.   Through John Restuccia.

16                   Q.   Okay.  Had the tabling event

17    concluded at the time he told you about it?

18                   A.   Yes.

19                   Q.   Okay.  And were you present at

20    any point at the tabling event while the Binghamton

21    University police officers were present?

22                   A.   I was not.

23                   Q.   And is it fair to say, you didn't

24    hear any communications between those police officers

25    and anybody else at the scene on November 14th, 2019?

Associated Reporters Int'l., Inc.

Page 118

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                      A.   I didn't.
 3                      Q.   Do you know Brian Rose by sight,
 4        the defendant in this case?
 5                      A.   By sight?
 6                      Q.   Would you know him if you saw
 7        him?
 8                      A.   I've seen a few pictures of him,
 9        so perhaps.
10                      Q.   Have you ever met him before
11        today?
12                      A.   No, I have not met him.
13                      Q.   And do you know if he was present
14        at the November 14th, 2019, tabling event?
15                      A.   No, I do not know.
16                      Q.   Do you know the B.U. President,
17        Harvey Stenger, who's also a defendant in this case?
18                      A.   Yes, I do know who he is.
19                      Q.   Have you met him before today?
20                      A.   I've seen him in person, but I
21        have never met him personally.
22                      Q.   Okay.  Do you know if he was
23        present at the November 2019 tabling event?
24                      A.   I do not.
25                      Q.   And you've already testified that
```

Associated Reporters Int'l., Inc.

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        you don't know John Pelletier?

3                        A.   I don't know who he is.

4                        Q.   And is it also fair to say, you

5        wouldn't know whether or not he was located --

6        whether he was present at the November 14th, 2019,

7        tabling event?

8                        A.   That's fair to say.

9                        Q.   Okay.  All right.  Trying to save

10       you some time here.  Before we break at twelve

11       thirty, let's have a look at Defendant's Exhibit

12       Twelve.  And this is a little hard to see on the

13       screen, so if you need our stenographer to make it

14       bigger, we can do that.

15                       A.   That's okay.  I recognize it

16       actually.

17                       Q.   Okay.  Fair enough.  So you do

18       recognize this statement, which appears to be a

19       Facebook post with the title Binghamton University

20       College Republicans Official statement by B.U.C.R.

21       President John Restuccia regarding November 14th

22       incident.  Do you see that?

23                       A.   I see --

24                       Q.   This refer --.

25                       A.   -- it and recognize it.

Page 120

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2                        Q.   I'm sorry?
3                        A.   I see it and I recognize it.
4                        Q.   Okay.  When's the first time you
5        saw this statement?
6                        A.   Before it was posted to the
7        internet.
8                        Q.   I'm sorry I can't hear you,
9        ma'am.
10                       A.   Before it was posted to the
11       internet.
12                       Q.   Okay.  Did you have any input
13       into drafting this statement?
14                       A.   He asked me what I -- John
15       Restuccia asked me what I thought of it.
16                       Q.   Okay.  And what did you tell him?
17                       A.   I thought it looked good.
18                       Q.   Okay.  Did you make any changes
19       to it?
20                       A.   I didn't.  I don't believe so at
21       the moment.
22                       Q.   And is it a fair statement that
23       John -- as far as you know, John Restuccia authored
24       this statement?
25                       A.   Yes.
```

Page 121

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2                        Q.   Do you know if anybody else other
3        than you had input into the statement's content?
4                        A.   No, I'm not aware of anyone else.
5                        Q.   Okay.  Are you aware of a
6        statement authored by Defendant Brian Rose, following
7        the tabling event?
8                        A.   Yes, I am.  It was ...
9                        Q.   Okay.
10                       MR. SECHLER:  I'm sorry, Mr. Moore.
11       You -- Ms. Bey was in the middle of an answer.  Ms.
12       Bey, continue.
13                       THE WITNESS:  Oh.  I believe that
14       you're referring to an email that he had sent out
15       after the -- after the Art Laffer event about it.  I
16       believe also after the tabling event, I received both
17       emails because they were school-wide emails.
18                       MR. MOORE:  Okay.  Got you.
19                       BY MR. MOORE:  (Cont'g.)
20                       Q.   All right.  Well, let's go to
21       Exhibit Nineteen, which is Brian Rose's statement
22       about the tabling event.  And I'm going to direct
23       your attention to the third paragraph of that
24       statement.
25                       A.   Sure.
```

1       3/03/2023 - Young America's v Stenger - Rein Bey

2                       Q.   And I'll read it into the record.

3       The College Republicans and organization chartered by

4       the Student Association, S.A., was joined by another

5       group known as Turning Point that by its own choice

6       was not chartered by the S.A. or otherwise recognized

7       by the University.  Is -- is that statement accurate,

8       ma'am?

9                       MR. SECHLER:  Objection.

10                      THE WITNESS:  (Overspeaking)

11                      MR. SECHLER:  I'm sorry, Ms. Bey.  I

12      may have objections.  And -- and if you could just

13      pause for a moment after the question just so I can

14      give an objection, that would be awesome.  Thank you.

15                      THE WITNESS:  Sure.  Sorry.

16                      MR. MOORE:  I didn't hear your answer.

17                      THE WITNESS:  That is accurate, yes.

18                      MR. MOORE:  Okay.  Thank you.

19                      BY MR. MOORE:  (Cont'g.)

20                      Q.   The next sentence says,

21      representatives of the two groups set up tables

22      outside the union in a reservable space without

23      having followed procedures to properly secure use of

24      the space.  Did I read that correctly, ma'am?

25                      A.   You did read it correctly.

Page 123

1      3/03/2023 - Young America's v Stenger - Rein Bey

2                      Q.   Do you know if the two groups

3      followed procedures to properly secure use of the

4      space?

5                      MR. SECHLER:  Objection.  Foundation.

6                      THE WITNESS:  As for Turning Point

7      being that they were not a chartered organization, I

8      believe it's safe to assume that they didn't.  And as

9      I had mentioned I -- and I was under the impression

10     that we had, and it turned out that we hadn't secured

11     a permit to table.  But as also mentioned earlier, it

12     is extremely common practice for S.A. chartered

13     organizations to table without a permit.

14                     BY MR. MOORE:  (Cont'g.)

15                     Q.   Okay.  Well, I don't think you

16     mentioned that before.  How do you know it's

17     extremely common practice for S.A. chartered

18     organizations to table without a permit?

19                     A.   I ... ask not whether I ... if I

20     -- if I go around and I stop at tables that are on

21     the Spine or at the Peace Quad randomly and I ask

22     them -- I've asked, how do you get a table date.

23     Simply responded to me that we just set up.

24                     So -- and -- and as I mentioned, I was

25     not aware of the B-There system at the moment.  So I

Page 124

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2        wasn't even aware how to get a table, but I do know
 3        that a lot of organizations set up without a permit.
 4                      Q.   Okay.  Do you have any personal
 5        or -- personal knowledge of any organizations setting
 6        up a table on the Spine without a permit before
 7        November 2019?
 8                      A.   I cannot name specific
 9        organizations, no.
10                      Q.   Can you give me details of any
11        organizations who have set up a table on the Spine
12        without a permit after November 2019?
13                      A.   After, no.  Being that it was
14        winter, tables typically do not set up at that time,
15        so.
16                      Q.   Okay.  Well, that was a broad
17        question I was asking.  Following November 2019, up
18        until the present date, are you aware of any
19        organizations that have tabled on the Spine without a
20        permit?
21                      A.   With winter and with the
22        pandemic, and then restrictions, it hadn't -- tabling
23        has not really come back until as of very recent and
24        I believe that they are very strict about tabling
25        with permits now.
```

1      3/03/2023 - Young America's v Stenger - Rein Bey

2                    Q.   Okay.  So is the answer to your

3      question, no, you don't know of any other

4      organizations after November 14th, 2019, that have

5      tabled on the Spine without a permit?

6                    MR. SECHLER:  Objection to form.

7                    MR. MOORE:  You can answer.

8                    THE WITNESS:  Actually, I do.  Now

9      that I think about it.  There is an organization

10     currently petitioning to bring electric scooters on

11     campus.  They're not an S.A. chartered organization.

12     And they -- they are tabling.  They do actually table

13     -- they were tabling quite frequently last semester.

14     So I do know of an incident where an organization was

15     tabling without a permit.

16                    BY MR. MOORE:  (Cont'g.)

17                    Q.   What's the name of that

18     organization?

19                    A.   I do not know of the name of the

20     organization.  All I know is that they were -- in

21     order to bring electric scooters on campus that they

22     were giving out Krispy Kreme Donuts.

23                    Q.   Okay.  And do you have personal

24     knowledge whether or not they attempted to table --

25     attempted to get a permit for that tabling?

Page 126

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                      A.    No.  But being that you need to

3        be a club on campus in order to get a table, it's

4        safe to assume that they could -- they did it without

5        a permit.

6                      Q.    Well, what I'm asking is --.

7                      A.    ...

8                      Q.    Okay.  You do not have personal

9        knowledge.  And are you aware of any chartered

10       student groups who did a tabling on the Spine either

11       before or after November 14th, 2019, without a permit

12       other than the College Republicans?

13                     A.    Huh-uh.

14                     Q.    Okay.  The next sentence in

15       Exhibit Nineteen says, representatives of the union

16       professional staff and of the S.A. notified the

17       tabling students that they were tabling without a

18       reservation in a space that had to be reserved in

19       advance and asked them to relocate.  The groups

20       refused twice to move.  Did I read that correctly,

21       ma'am?

22                     A.    Yes, you did.

23                     Q.    Were you present when this

24       occurred?

25                     A.    I was not.

Page 127

```
1       3/03/2023 - Young America's v Stenger - Rein Bey
2                    MR. SECHLER:  Objection to form.
3                    BY MR. MOORE:  (Cont'g.)
4                    Q.   Do you have any knowledge of
5       whether or not this occurred?
6                    MR. SECHLER:  Same objection.
7                    THE WITNESS:  I don't have any
8       knowledge of this occurring.
9                    BY MR. MOORE:  (Cont'g.)
10                   Q.   Okay.  And then, the next
11      sentence says, the group's display included
12      provocative posters with gun imagery.  This being the
13      same day as the Saugus High School shooting.  My
14      question is, did T.P.U.S.A.'s table include posters
15      with gun imagery, if you know?
16                   MR. SECHLER:  Objection.  Asked and
17      answered.
18                   MR. MOORE:  You can answer, ma'am.
19                   THE WITNESS:  I do not personally
20      know.  But from the photo that you showed, it does
21      seem to be -- to appear that way.
22                   MR. MOORE:  Okay.
23                   BY MR. MOORE:  (Cont'g.)
24                   Q.   Was there a school shooting the
25      same day?
```

```
1        3/03/2023 - Young America's v Stenger - Rein Bey

2                         A.   I was made aware afterwards, yes.

3                         Q.   Okay.  Got you.  Did you attend

4        the Arthur Laffer event?

5                         A.   I attempted to, yes.

6                         Q.   Okay.  It's twelve thirty now,

7        you had said you wanted to take a break?

8                         A.   Yes.

9                         MR. MOORE:  Okay.  Phil, Thom, where -

10       - do you want a break for lunch now?

11                        (Off the record; 12:30 a.m.)

12                        (On the record; 12:46 p.m.)

13                        THE REPORTER:  We're on the record.

14                        BY MR. MOORE:  (Cont'g.)

15                        Q.   Ms. Bey, are you ready to

16       proceed?  Okay.  We're back on the record.  You

17       understand you're still under oath, ma'am?

18                        A.   I understand.

19                        Q.   Okay.  I can't quite hear you.

20       If you can speak up.  We need to hear everything you

21       said.

22                        A.   I understand.

23                        Q.   We're still not getting what

24       you're saying.

25                        A.   I do.
```

Associated Reporters Int'l., Inc.

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                         Q.   Okay.  I hear you now.  I am

3        going to direct your attention back to the complaint

4        which is Exhibit One.  I'm now going to page

5        nineteen, paragraph seventy-seven.

6                         MR. MOORE:  And if I can ask Monique

7        to put it up on the screen for you.

8                         BY MR. MOORE:  (Cont'g.)

9                         Q.   And I will read paragraph

10       seventy-seven into the record.  It says on the day of

11       the Dr. Laffer event, it's Monday, November 18th,

12       2019.  Plaintiffs Y.A.F. and College Republicans met

13       with U.P.D. and certain SUNY Binghamton

14       Administrators acting at the direction of defendants

15       Stenger, Rose and Pelletier.  Did I read that

16       correctly, ma'am?

17                        A.   You did, yes.

18                        Q.   Were you present at this meeting?

19                        A.   I was not present at this

20       meeting.  No.

21                        Q.   Okay.  And let's move on to

22       paragraph eighty-nine of the complaint which is at

23       page twenty.  And paragraph eighty-nine reads a few

24       hours before the Dr. Laffer events, Dr. Laffer and

25       his aides arrived at a nearby airport.

Associated Reporters Int'l., Inc.

Page 130

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                         And I'll read paragraph ninety in as

3        well, that says, Y.A.F. was not the only party there

4        to greet them.  However, as two officers from U.P.D.

5        arrived and intersected Dr. Laffer.  Did I read those

6        paragraphs correctly, ma'am?  Did you hear my

7        question?

8                         A.   Oh, I hear it.  I'm so sorry.

9        You did read those correctly.

10                        Q.   Okay.  Were you present for the

11       airport meeting described in the complaint?

12                        A.   No.  I had class at the time.

13                        MR. SECHLER:  Just a -- let me just

14       point out that I think your microphone is not -- all

15       that effective when you're further away from your

16       device.  So the closer you are, I think the better

17       chance we have of the court reporter picking you up.

18                        THE WITNESS:  That was read correctly

19       and -- no, I was not present.  I was busy.

20                        BY MR. MOORE:  (Cont'g.)

21                        Q.   Okay.  Paragraph ninety-four of

22       the complaint, a couple paragraphs down.  It reads

23       approximately one hour before the Dr. Laffer event,

24       the two Pinkerton agents hired by Y.A.F. met with

25       U.P.D.  Were you present at this meeting, ma'am?

1       3/03/2023 - Young America's v Stenger - Rein Bey

2                    A.   I was not.

3                    Q.   Okay.  Let's go to paragraph

4       ninety-seven of the complaint.  It's on the screen,

5       ma'am.  It reads as follows.  Ninety-seven from

6       Exhibit One.  U.P.D. was so convinced of inevitable

7       disruption that it also had formed Y.A.F. donor and

8       Dr. Laffer's driver for the day, Geffery Kotlin.

9                    They should stay with the vehicle

10      since Dr. Laffer may need to made a quick getaway if

11      the event was effectively cancelled by the

12      disruptors.  Did I read that correctly, ma'am?

13                   A.   You did read that correctly.

14      Yes.

15                   Q.   Were you there when this

16      occurred, ma'am?

17                   A.   I wasn't.

18                   Q.   I didn't hear you.

19                   A.   I was not.

20                   Q.   Okay.  Got you.  Okay.  We're

21      going to the next page, which is page twenty-two of

22      Exhibit One.  And I'm going to direct your attention

23      to paragraphs ninety-eight and ninety-nine of the

24      complaint and I will read those into the record.

25                   Ninety-eight, at least one hour before

Page 132

1       3/03/2023 - Young America's v Stenger - Rein Bey

2       the Dr. Laffer event was scheduled to begin, College

3       Progressives and PLOT entered co-conspirators when

4       lined up outside the lecture hall and packed into the

5       adjacent lecture hall provided to College

6       Progressives by SUNY Binghamton Administrators.

7                       Ninety-nine, once the doors to the Dr.

8       Laffer event were opened, hundreds of students and

9       non-students, many of them members of College

10      Progressives and PLOT, flooded in and packed the

11      room.  Did I read those paragraphs correctly, ma'am?

12                      A.   You read that correctly, yes.

13                      Q.   Okay.  I'm having trouble hearing

14      you.  So if you could try to keep your voice up for

15      the stenographer, we would appreciate it.  Were you

16      present when this occurred, ma'am?

17                      A.   No.  I arrived very shortly

18      after.

19                      Q.   Okay.  Were you present for any

20      meetings between College Republicans and the U.P.D.

21      before the Laffer event commenced?

22                      A.   I was not.

23                      Q.   Were you present for any meetings

24      or discussions between College Republicans and any

25      SUNY Binghamton employees or administration before

1          3/03/2023 - Young America's v Stenger - Rein Bey

2      the Dr. Laffer event commenced?

3                    A.   No.

4                    Q.   Do you have any personal

5      knowledge as indicated in paragraph ninety-nine

6      whether the individuals who entered the room were

7      members of College Progressives and/or PLOT?

8                    A.   No.

9                    Q.   Okay.  Do you know -- did you

10     know any of the College Progressives members

11     personally?

12                   A.   I did not.

13                   Q.   Do you know any of the PLOT

14     members personally or did you in November 2019?

15                   A.   I did not.

16                   Q.   Did you observe any individuals

17     in the crowd at the Dr. Laffer event wearing masks on

18     November 18th, 2019?

19                   A.   Yes.  Many of them wear.

20                   Q.   Okay.  How many?

21                   A.   Technically, I was outside of the

22     door so I was with the protesters outside.  Almost

23     all of them were black-clad and wearing mask ... into

24     the room, I would say over half were wearing masks.

25                   Q.   So is it your testimony -- your

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2        sworn testimony as you sit here today that over half
 3        of the people present in the room at the Dr. Laffer
 4        event were wearing black and wearing masks?
 5                      MR. SECHLER:  Objection.  Misstates
 6        testimony.
 7                      MR. MOORE:  I'm trying to clarify,
 8        sir.
 9                      BY MR. MOORE:  (Cont'g.)
10                      Q.   Did you understand the question,
11        ma'am?
12                      A.   Can you rephrase it?
13                      Q.   Okay.  Is it your testimony that
14        over half of the persons present in the room at the
15        Dr. Laffer event were wearing black?
16                      A.   At the time that I was there,
17        yes.
18                      Q.   Okay.  Is it your testimony that
19        at the time you were present at the Dr. Laffer event,
20        over half of the individuals present were wearing
21        masks?  I didn't hear your answer, ma'am.
22                      A.   Yes.
23                      Q.   Okay.  When were you present at
24        the Dr. Laffer event?  When did you arrive?
25                      A.   I arrived when -- I believe a few
```

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      minutes before he started talking.  The doors were
 3      already shut.  But there were protestors outside.  I
 4      was not aware that --.
 5                  Q.   And you were not what?  I didn't
 6      hear your answer.
 7                  A.   I was not aware that the room was
 8      changed.
 9                  Q.   Okay.  Were you --?
10                  MR. SECHLER:  Mr. Moore, let me just
11      ask the witness to stay a little closer to her
12      microphone.  Because Ms. Bey, I just want to make
13      sure that your answers are being recorded in full.
14      And it's a little choppy from our end because I think
15      the microphone that you're using needs you to be
16      close to it.
17                  THE WITNESS:  Yeah.  I'm trying to
18      speak directly into it.  I don't know if it's
19      helping.
20                  MR. SECHLER:  Okay.  Thanks.
21                  BY MR. MOORE:  (Cont'g.)
22                  Q.   Okay.  Let me ask this.  Were you
23      at the Dr. Laffer event in the lecture hall?
24                  A.   No.  Not while he was there.
25      They let me after they --.
```

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                        Q.   Okay.  So when Dr. Laffer was in
 3        the room, in the lecture hall in which he was
 4        supposed to speak, were you present at all?
 5                        A.   I was not.  No.
 6                        Q.   Okay.  So when the events that
 7        occurred that are described in paragraphs ninety-
 8        eight and ninety-nine occurred which described people
 9        entering the room an hour before the Dr. Laffer
10        event, you were not present for any of this, correct?
11                        A.   I was not.
12                        Q.   Okay.  Do you know who was
13        present at the Dr. Laffer event from the College
14        Republicans group?
15                        MR. SECHLER:  Objection.  Asked and
16        answered.
17                        MR. MOORE:  Well, I don't know if I
18        have the full list.  So we're going to go through it
19        again, Philip.
20                        MR. SECHLER:  No, this is the third
21        time, Mr. Moore, you've done this.
22                        MR. MOORE:  It's not the third time,
23        but go ahead.  You've made your objection.
24                        THE WITNESS:  It's everyone that
25        you've mentioned so far and so John Restuccia, Lacey
```

Page 137

1        3/03/2023 - Young America's v Stenger - Rein Bey

2    Kestecher, Jon Lizak, oh, Blakeslee.

3                    BY MR. MOORE:   (Cont'g.)

4                    Q.   What was the name after Lizak?

5    Logan?

6                    A.   Yeah.  Logan.  Yeah.  As far as I

7    was concerned, they were at the event.

8                    Q.   Okay.  Do you know anyone else

9    personally that you have told -- haven't told me

10   about today who was present at the Laffer event?

11                   A.   I think perhaps Kevin Mora -- no,

12   no.

13                   Q.   Okay.  So let's go to paragraph

14   one zero four.  And I'll read it into the record.  At

15   the insistence of College Republicans and Y.A.F.,

16   U.P.D. made one statement about the size of the crowd

17   and SUNY Binghamton's fire code and asked those

18   standing to take her seats.  Did I read that

19   correctly, ma'am?

20                   A.   You did.

21                   Q.   Were you present when this

22   occurred?

23                   A.   I -- I believe I -- when I was

24   standing outside of the door, I did hear speaking,

25   but I was not sure who.

Page 138

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                      Q.   Okay.  Got you.  Were the doors
 3        closed when you were standing outside the doors?
 4                      A.   Yes.  PLOT protestors were
 5        blocking the doors.
 6                      Q.   Okay.  Let's go down to
 7        paragraphs one zero eight, and one zero nine of the
 8        complaint.
 9                      MR. SECHLER:  Mr. Moore, let me just
10        ask for the court reporter to read back the answer.
11        I just want to make sure -- I'm having a hard time
12        hearing the witness.  I'm not sure if it's ... right
13        speaker.
14                      Madam court reporter, could you read
15        back the last answer just to make sure you got the
16        whole thing?
17                      THE REPORTER:  Yes.  Give me one
18        moment.
19                      (Reporter complied with request)
20                      (Off the record; 01:06 p.m.)
21                      (On the record, 01:08 p.m.)
22        BY MR. MOORE:  (Cont'g)
23                      Q.   The question was, Ms. Bey, were
24        the doors open to the Dr. Laffer event when you
25        arrived?
```

```
1      3/03/2023 - Young America's v Stenger - Rein Bey

2                    A.    No, they were not.  They were

3      blocked by protesters and U.P.D. officers.

4                    Q.    Okay.  Well, I'm going to -- I'm

5      going to read a little more of the complaint into the

6      record.  And now directing your attention to

7      paragraph one zero eight.

8                    MR. MOORE:   I think they need it on

9      the screen, Monique.

10                   BY MR. MOORE:  (Cont'g)

11                   Q.    And that reads as follows.

12     Paragraph one zero eight of Exhibit One, the Dr.

13     Laffer events started promptly at seven thirty

14     E.S.T., with John Restuccia the then president of

15     College Republicans providing a brief two-minute

16     introduction of Dr. Laffer.  Did I read that

17     correctly, ma'am?

18                   A.    You did.

19                   Q.    Okay.  Were you present when this

20     occurred?

21                   A.    Not in the room.

22                   Q.    Okay.

23                   A.    It's not -- I was not present.

24                   Q.    Did you hear what Mr. Restuccia

25     said when he made a remark?
```

Associated Reporters Int'l., Inc.

Page 140

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey

 2                      A.   Not clearly, no.

 3                      Q.   Okay.  Let's go to paragraphs one

 4      ten through one thirteen, I'll read these into the

 5      record and then ask you questions.  One ten reads as

 6      follows from Exhibit One, Dr. Laffer took the podium

 7      and just a few minutes -- a few seconds in a member

 8      of Defendant College Progressives and/or defendant

 9      PLOT stood up at the second row and began shouting

10      accusations -- accusations at Dr. Laffer.  Yelling

11      we're tired of being oppressed and we are tired of

12      getting murdered by this Trump administration.  And

13      you, this man, this ... Arthur Laffer supports.

14                      One eleven, the disrupter then accused

15      Dr. Laffer of helping the Trump administration

16      further racial oppression in a justice system that he

17      equated with modern-day slavery.  One twelve, the

18      majority of those presents -- present greeted these

19      accusations with applause and the disrupting student

20      was soon handed a megaphone and urged to continue.

21                      One thirteen, although Pelletier and

22      U.P.D. had stationed several officers in the room,

23      pursuant to the speech suppression policy, they took

24      no action to prevent this student from disrupting the

25      event.  Did I read that correctly, ma'am?
```

Page 141

1    3/03/2023 - Young America's v Stenger - Rein Bey

2                    A.    That was read correctly, yes.

3                    Q.    Were you present when these

4        events occurred?

5                    A.    I was not in the room, so I was

6        not present.

7                    Q.    Okay.  The individual who we

8        could refer to as the megaphone disruptor, did you

9        ever see this individual?

10                    A.    No.  Again, most people were

11        black-clad and wearing masks.  So if they were in the

12        room when I did come into the room, I could not have

13        recognized them.

14                    Q.    Okay.  Do you know if the

15        megaphone disruptor was wearing a mask when he was

16        reading his statement?

17                    A.    I was not in the room, so no.

18                    Q.    Okay.  Do you know if the

19        individual we've identified as the megaphone

20        disrupter was arrested by the U.P.D.?

21                    A.    I was not aware, no.

22                    Q.    Let's go to paragraph one

23        fourteen which is up on the screen right now.  And

24        I'll read it into the record.  College Republicans

25        who were sitting in the front row stood up and

Page 142

1          3/03/2023 - Young America's v Stenger - Rein Bey

2     displayed free speech signs in response to the

3     disruptors.  Did I read that correctly, ma'am?

4                         A.   Yes.

5                         Q.   Were you present when this

6     occurred?

7                         A.   No.

8                         Q.   Were those free speech signs

9     prepared prior to the Laffer event?

10                        MR. SECHLER:  Objection, lack of

11    foundation.

12                        THE WITNESS:  I don't know.

13                        BY MR. MOORE:  (Cont'g.)

14                        Q.   Were you aware that there were

15    free speech signs provided to the College Republicans

16    or prepared by the College Republicans prior to the

17    Laffer event?

18                        A.   I was not aware prior to the

19    Laffer event.

20                        Q.   Okay.  Did you become aware of

21    the free speech signs after the Laffer event?

22                        A.   Through pictures, yes.

23                        Q.   Okay.  And did you ever become

24    aware for many of your co-members of the College

25    Republicans group, which you were vice president of,

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2     where those free speech signs came from?
 3                    A.   No.
 4                    Q.   Did you ever ask?
 5                    A.   No.  I just assumed it was one of
 6     our materials.
 7                    Q.   Okay.  Were you -- but you had no
 8     involvement in the preparation of those materials?
 9                    A.   I didn't, no.
10                    Q.   Okay.  Do you know if defendant
11     Brian Rose was present at the Laffer event?
12                    A.   I don't know if he was.
13                    Q.   Do you know if Defendant Harvey
14     Stenger was present at the Laffer event?
15                    A.   I don't know if he was.
16                    Q.   And do you know if Defendant John
17     Pelletier was present at the Laffer event?
18                    A.   I don't know if he was.
19                    Q.   Okay.  Let's go to paragraphs one
20     fifteen and one sixteen of the complaint and I'll
21     read that into the record.  One fifteen, the member
22     of College Progressives and/or PLOT spoke through the
23     megaphone for nearly two minutes before U.P.D. took
24     any action to restrain him.  One sixteen, ten to
25     fifteen members of College Progressives and PLOT then
```

1          3/03/2023 - Young America's v Stenger - Rein Bey

2          formed a protective barrier around the megaphone

3          wielding disruptor.  Did I read that correctly,

4          ma'am?

5                          A.   You did read that correctly, yes.

6                          Q.   Were you present when any of this

7          occurred?

8                          A.   I was not.

9                          Q.   Okay.  Paragraph one eighteen is

10         on the next page.  I'll read that into the record.

11         One eighteen reads during these events, Pelletier

12         acting pursuant to the speech suppression policy,

13         directed the Pinkerton agents to remove Dr. Laffer

14         from the lecture hall.  Did I read this correctly,

15         ma'am?

16                         A.   You did.

17                         Q.   Did you hear that occur?

18                         A.   No, I did not hear that occur.

19                         Q.   Did you -- were you present when

20         Dr. Laffer left the -- left the event?

21                         A.   No, I -- I -- yeah, no, I will

22         just say no.  Yes.

23                         Q.   Okay.  Did you ever see Dr.

24         Laffer at all on November 18, 2019?

25                         A.   I did not, no.

Associated Reporters Int'l., Inc.

1          3/03/2023 - Young America's v Stenger - Rein Bey

2                         Q.   Okay.  Did you ever have any

3          conversations with him at all on that date?

4                         A.   I did not, no.

5                         Q.   Did you see him after he had left

6          the lecture hall?

7                         A.   I did not.

8                         Q.   Okay.  Did you talk to any

9          members of the University Police Department on

10         November 18, 2019?

11                        A.   I believe I did, yes.

12                        Q.   Okay.  Who did you speak to?

13                        A.   I do not know the name of the

14         officer.

15                        Q.   And where was that officer?

16                        A.   In front of the door.

17                        Q.   Okay.  And did you -- was he

18         uniformed or non -- non-uniformed?

19                        A.   He was uniformed.

20                        Q.   And what was the subject matter

21         of your conversation?

22                        A.   I told him that I was the Vice

23         President of College Republicans and I needed to be

24         let into the event.

25                        Q.   And what did he say?

Associated Reporters Int'l., Inc.

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                    A.   He said no.
 3                    Q.   Okay.  Did he mention the fire
 4        code at all?
 5                    A.   He did not mention the fire code,
 6        no.
 7                    Q.   Okay.  Did you enter the lecture
 8        hall at any point on the evening of November 18,
 9        2019?
10                    A.   I did.
11                    Q.   And what did you observe when you
12        entered the lecture hall?
13                    A.   As the officer that I was
14        speaking to got a call on the radio, he then promptly
15        led everyone, all the protesters that were outside
16        in.  I observed many, many protesters.  They were --
17        I also observed, I think, maybe one or two officers
18        left.  I believe Art Laffer had left just seconds
19        before.  And I observed a lot of scared students who
20        I went over to console them.
21                    Q.   Okay.  Where did you go in the
22        lecture hall?
23                    A.   Towards the bottom, near the
24        front.
25                    Q.   Okay.  Who did you speak with
```

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2        there?
 3                      A.   I do not know their names.
 4                      Q.   Do you remember what you were
 5        wearing that day?
 6                      A.   I was wearing a red dress with a
 7        white bow tie and black tights.
 8                      Q.   Okay, got you.  Because we do
 9        have video of this.  And do you remember who you
10        spoke to?
11                      A.   I do not know.
12                      MR. SECHLER:  Objection.  Counsel --
13        sorry, go ahead.
14                      BY MR. MOORE:  (Cont'g.)
15                      Q.   I'm sorry.  I didn't catch your
16        answer before --.
17                      A.   I said that I didn't know.
18                      MR. SECHLER:  Mr. Moore, I think you
19        you'll have start that again, sorry.  I would just
20        ask Mr. Moore, for you to restate the question, I
21        object --.
22                      MR. MOORE:  Sorry, we have some
23        confusion here.
24                      BY MR. MOORE:  (Cont'g.)
25                      Q.   Do you remember who you spoke to
```

Page 148

```
 1       3/03/2023 - Young America's v Stenger - Rein Bey
 2       if anyone in the lecture hall when you entered?
 3                      A.   I don't know any of the names of
 4       the individuals I spoke to, no.
 5                      Q.   Were they College Republicans or
 6       someone else?
 7                      A.   They were simply members of the
 8       economics and political science department.
 9                      Q.   Okay.  And did they tell you
10       anything about that evenings events?
11                      A.   They told me that they were
12       scared and that the police was not doing much at the
13       moment.
14                      Q.   Okay.  And did you -- were there
15       any College Republicans in the room when you entered?
16                      A.   I can't recall.
17                      Q.   Were there any -- anybody you
18       recognize to be a member of College Progressives in
19       the room?
20                      A.   I did not know the members of
21       College Progressives so I would not know.
22                      Q.   Okay.  And you've already said
23       you didn't see Dr. Laffer?
24                      A.   I did not.
25                      Q.   Did you have any other
```

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2        conversations you can tell us about while you were in
3        the room?
4                      A.   That is all I what I look for --
5        I look for students because majority of the people
6        there were black-clad wearing masks.  They were still
7        screaming, I -- I could tell that they were not
8        university students.  They were much older, a lot of
9        them.  I went down to who I identified as students, I
10       introduced myself and I told them to calm down and
11       everything was going to be okay.
12                      They recounted to me what had happened
13       a few minutes prior.  And I spoke to them, just
14       telling them that we never intended for this to
15       happen.  And I was sorry for what had happened to
16       them.
17                      Q.   And where were you located in the
18       lecture hall at that point in comparison to the
19       podium, let's say that.
20                      A.   Perhaps a couple of several feet
21       in front of the podium.
22                      Q.   Okay.
23                      A.   I think I was in between the
24       chairs, maybe in the first second room, perhaps.  I
25       was facing -- my back was facing the podium when I
```

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        was speaking to students.

3                        Q.   Okay.  Were you -- the direction

4        you were facing in, were you on the right side of the

5        lecture hall as you look up towards the back wall or

6        the left side?

7                        A.   I think I was more toward the

8        left side.

9                        Q.   Okay.

10                       A.   Center left.

11                       Q.   Okay.  Understood.  What did you

12       do next?

13                       A.   I spoke with them for perhaps

14       maybe ten to fifteen minutes and I told them that

15       they should leave.  The protestors were still there,

16       they were still screaming.  I believe afterward I did

17       meet up with College Republicans that I was able to

18       find such -- I think Spencer Hayes was one of them.

19                       Q.   Okay.  And where did you go?

20       Where did you meet up with them?

21                       A.   Somewhere in the lecture hall,

22       the hallway that is of course.

23                       Q.   Okay.  Where did you go next?

24                       A.   I believe I went home after I

25       spoke to members of College Republicans.

Associated Reporters Int'l., Inc.

Page 151

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                         Q.   Okay.  You didn't go out to

3        dinner with anyone afterwards?

4                         A.   I did not.

5                         Q.   All right.  Do you remember any

6        of the College Republicans you talked to after the

7        event, other than Spencer Hayes?

8                         A.   Other than Spencer Hayes, I can't

9        recall who else I spoke to.

10                        Q.   Okay.  All right, let's go to

11       paragraph one-thirty of the complaint.  And this

12       reads as follows.  This is located at Exhibit One,

13       the bottom of page twenty-six, going on to page

14       twenty-seven.  Before I ask this question, are you

15       aware if anyone was arrested at the scene of the

16       Laffer event?

17                        A.   I was not aware that anyone was

18       arrested at the scene of the Laffer event.

19                        Q.   Okay.  In other words, are you

20       aware whether they were or whether they weren't or

21       you just don't know?

22                        A.   I do believe I was made aware

23       that I think up to three people were arrested after

24       the Laffer event, but during, I do not know, no.

25                        Q.   Okay.  Got you.  Let's go back to

Page 152

```
 1       3/03/2023 - Young America's v Stenger - Rein Bey
 2       paragraph one thirty, it reads as follows.  Stenger
 3       and Rose did, however, cause SUNY Binghamton to take
 4       action against College Republicans.  The day after
 5       the university had once again violated their
 6       constitutional rights, the Student Association, which
 7       is controlled by the SUNY Binghamton administration,
 8       sent College Republicans a two-line email informing
 9       them they were being suspended due to their violation
10       with both the University and Student Association
11       policy in regards to tabling without proper approval
12       on Thursday, November 14.  Did I read that correctly,
13       ma'am?
14                       A.   Yes.
15                       Q.   Okay.  Have you ever seen that
16       email?
17                       A.   No.
18                       Q.   Okay.  I'll put it up on the
19       screen for you.  This is Exhibit Thirteen.  Do you
20       recognize that document, ma'am?
21                       A.   I don't believe so.
22                       Q.   Okay.  Would College Republicans
23       S.A. be an email you had access to?
24                       A.   No.
25                       Q.   As vice president?
```

Page 153

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                        A.   No, I believe only John Restuccia

3        had access to it at that time.

4                        Q.   Okay.  Fair enough.  Do you

5        currently have access to that email address?

6                        A.   I do currently have access to

7        that email address.

8                        Q.   And how far back does that email

9        address go?  I mean, can you access emails going back

10       to November of 2019?

11                       A.   I believe that I can, yes.

12                       Q.   Okay.  Do you know who Erin

13       Bishop is there who appears to be the person who sent

14       this email?

15                       A.   I've heard of her name.  I've

16       never met her.

17                       Q.   Okay.  Got you.  Do you see any

18       defendants and by defendants I mean, University

19       Defendants, do you see whether Harvey Stenger, Brain

20       Rose or John Pelletier were copied on this email?

21                       A.   I do not see where they're copied

22       on this email.

23                       Q.   Okay.  Do you have any personal

24       knowledge whether defendant Stenger caused SUNY

25       Binghamton to take action against the College

1      3/03/2023 - Young America's v Stenger - Rein Bey

2      Republicans by having the S.A. suspend the College

3      Republicans?

4                    A.   I can't say definitively.

5                    Q.   Okay.  Do you have any personal

6      knowledge that Defendant Brian Rose caused SUNY

7      Binghamton to take action against College Republicans

8      by having the S.A. suspend the College Republicans?

9                    A.   I can't say.  I --.

10                   Q.   Well, my question is do you have

11     any personal knowledge of that?

12                   MR. SECHLER:  I'm -- sorry, Mr. Moore,

13     I think she was still talking.

14                   MR. MOORE:  Okay, go ahead.

15                   THE WITNESS:  I -- I was just thinking

16     of how to phrase my answer, so my -- I cannot say.  I

17     don't have any personal knowledge.

18                   MR. SECHLER:  Yeah, Ms. Bey, certainly

19     don't reveal anything you've learned from counsel.

20                   THE WITNESS:  Oh, no -- no -- no -- no

21     -- no, I'm --.

22                   MR. SECHLER:  Okay.  That's fine, you

23     don't need to respond to my -- you don't need to

24     respond to my question, thank you.

25                   BY MS. MOORE:  (Cont'g.)

1       3/03/2023 - Young America's v Stenger - Rein Bey

2                       Q.   I'm not asking about anything you

3       learned from counsel.  I'm asking do you have any

4       personal knowledge whether defendant Stenger or Rose

5       had any involvement whatsoever in the decision to

6       send the email that we've marked as Exhibit Thirteen.

7                       A.   No, I can't say that they had any

8       direct involvement specifically.

9                       Q.   Okay.  Just to read that email,

10      it says, good morning.  I am emailing to inform you

11      that the B-There account for College Republicans has

12      been suspended.  That's the first sentence, correct?

13                      A.   Yes, it is.

14                      Q.   Is it your understanding that the

15      B-There account for College Republicans was suspended

16      as of November 19, 2019?

17                      A.   Yes, I was told this by John

18      Restuccia immediately.

19                      Q.   Okay, got you.  Is the B-There

20      account the same thing as the charter for the College

21      Republicans?

22                      A.   It is not, no.  It is the

23      reservation system.

24                      Q.   Do you know in November 2019,

25      whether any other action was taken against the

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        College Republicans, other than that detailed in

3        Exhibit Thirteen?

4                     A.   On the 19th, no.

5                     Q.   Okay.  Was there any other action

6        taken during the calendar year 2019?

7                     A.   I believe during the calendar

8        year 2019, our full charter was removed and knocked

9        down to a professional charter.

10                    Q.   Okay.  And how do you -- what is

11       this -- your source of knowledge for that?

12                    A.   John Restuccia.

13                    Q.   Do you -- are you in possession

14       of any documents which would support the contention

15       that the College Republicans charter was removed?

16                    MR. SECHLER:  Objection to form.  I'm

17       sorry, Ms. Bey, just if you can give me a second to

18       make an objection.

19                    THE WITNESS:  Okay.

20                    MR. SECHLER:  Objection to form, go

21       ahead.

22                    THE WITNESS:  This was a verbal

23       conversation.

24                    BY MR. MOORE:  (Cont'g.)

25                    Q.   Okay.  You don't have any

Page 157

```
1        3/03/2023 - Young America's v Stenger - Rein Bey

2        documentation to support that in other words?

3                    A.   I don't.

4                    Q.   Okay.  Got you.  Do you know if

5        John Restuccia responded to the email marked as

6        Exhibit Thirteen?

7                    A.   I wouldn't know.

8                    Q.   Okay.  Let's go to paragraph one

9        thirty-one of the complaint?  And that reads as

10       follows.  Exhibit One, paragraph one thirty-one.

11       Upon information and belief, Stenger, Rose and the

12       Student Association have not required other groups to

13       obtain approval before tabling on campus.  Did I read

14       that correctly, ma'am?

15                   A.   Yes, you did.

16                   Q.   Do you have any personal

17       knowledge of the contentions set forth in paragraph

18       one thirty-one of the complaint?

19                   A.   It's a little strangely worded.

20                   Q.   Okay.  Well, do you have any

21       personal knowledge that Stenger or Rose have not

22       required other groups to obtain approval before

23       tabling on campus?

24                   A.   I don't have any direct knowledge

25       of that, no.
```

800.523.7887                                          Associated Reporters Int'l., Inc.

Page 158

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                        Q.    Okay.   Do you have any knowledge

3        whether the Student Association have not required

4        other groups to obtain approval before tabling on

5        campus?

6                        A.    I don't have any direct

7        knowledge, no.

8                        Q.    Okay, thank you.   Paragraph one

9        thirty-two, is -- I will read that into the record

10       from Exhibit One, this punishment was an

11       unconstitutional enforcement of the University's

12       tabling policy because it was motivated not by

13       College Republicans' decision not to obtain a permit,

14       but by Stenger, Rose and the Student Association's

15       disagreement with College Republicans and Y.A.S.

16       views.   Did I read that correctly, ma'am?

17                       A.    Yes, you did.

18                       Q.    Do you have any personal

19       knowledge whether Defendant Stenger disagreed with

20       the College Republicans' views?

21                       A.    I don't have any personal

22       knowledge of this, no.

23                       Q.    Do you have any personal

24       knowledge whether Defendant Stenger disagreed with

25       the Young America's Foundation's views?

Page 159

1       3/03/2023 - Young America's v Stenger - Rein Bey

2                     A.   No, I don't have any personal

3       knowledge of this, no.

4                     Q.   Do you have any personal

5       knowledge of whether Defendant Rose disagreed with

6       the College Republicans' views?

7                     A.   I don't have any personal

8       knowledge of this, no.

9                     Q.   Do you have any personal

10      knowledge whether Defendant Rose disagreed with Young

11      America's Foundation's views?

12                    A.   I don't have any knowledge of

13      that, no.

14                    Q.   Okay.  How long was the College

15      Republicans' B-There account suspended for?

16                    A.   For over two years.

17                    Q.   Okay.  Was any effort made to

18      appeal that suspension or to reinstate the College

19      Republicans' B-There account?

20                    MR. SECHLER:  Objection.

21                    MR. MOORE:  During that two-year

22      period.

23                    MR. SECHLER:  Objection, lack of

24      foundation.

25                    BY MR. MOORE:  (Cont'g.)

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey

 2                    Q.   I didn't hear your answer, ma'am.

 3                    A.   I would not know.  I was not on

 4      the e-board.

 5                    Q.   Okay.  Let's go to Exhibit

 6      Thirty-two.  And you can scroll down a little and

 7      this appears to be an email from Kyle Nelson to two

 8      email addresses at the Binghamton S.A.  Would you

 9      agree with me there?

10                    A.   Yes, actually no, it appears --

11      okay, there it is, okay, it was appearing great for

12      me.  ... looks like.

13                    Q.   Can you take a moment and read

14      that email, please, ma'am, and then tell me when

15      you've read it and I'll ask questions.

16                    A.   Okay.

17                    Q.   Thank you.

18                    A.   I read it.

19                    Q.   Okay.  Have you ever seen this

20      email before today, ma'am?

21                    A.   I've never seen this email before

22      today.

23                    Q.   Okay.  Would you agree with me

24      that it's dated Friday, July 10, 2020?

25                    A.   It is, yes.
```

Page 161

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2                    Q.   And you know who Kyle Nelson is,
3        correct?
4                    A.   I do.
5                    Q.   And is it -- do you -- do you
6        agree with the fact that he was the treasurer of the
7        College Republicans at Binghamton University on that
8        date?
9                    A.   I now recall, yes.
10                   Q.   Okay.  Is it your understanding
11       that the executive board members are set forth -- at
12       that time were as set forth in that email address?
13                   A.   Yes.
14                   Q.   And do you see the email that
15       starts during the previous school year?
16                   A.   Yes.
17                   Q.   It says during the previous
18       school year in between semesters extenuating
19       circumstances led to our club selecting a new
20       executive board to represent and oversee our club's
21       activities.  This created confusion surrounding vital
22       club information, such as account information,
23       passwords and overall familiarity with the current
24       situation following the S.A.'s decision to give our
25       club a one-semester ban as a result of what unfolded
```

Associated Reporters Int'l., Inc.

Page 162

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2        during our tabling speaking events.
 3                        This confusion and lack of clarity for
 4        our club's new officers prevented us from completing
 5        the necessary steps in a timely fashion as well as
 6        limited our ability to maintain consistent account
 7        activity.  Did I read that correctly, ma'am?
 8                        A.   You did read it correctly.
 9                        Q.   Do you know if this is an
10        accurate statement by Mr. Nelson?
11                        MR. SECHLER:  Objection, foundation.
12                        BY MR. MOORE:  (Cont'g.)
13                        Q.   I didn't hear your answer, ma'am.
14                        A.   I can't.  I -- I -- I believe
15        that it's a question for Kyle to answer.  I cannot
16        say.  I was not on the board at the moment.
17                        Q.   Okay, all right.  Do you know if
18        any of those four individuals on the executive board
19        members for the College Republicans went through any
20        steps to reestablish the College Republicans' B-There
21        account following this email address?
22                        A.   I personally do not know.
23                        Q.   Okay.  So it might have happened,
24        it might not have happened, you just don't know?
25                        A.   I might not know, and with COVID,
```

Associated Reporters Int'l., Inc.

Page 163

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2      B-There was a useless system, so I don't know.
3                      Q.   Okay.  But you weren't there at
4      the time, correct?
5                      A.   At the time I believe, yes.  This
6      is when I began to take off, yes.
7                      Q.   You were not a student at B.U.
8      during the 2020-2021 school year.  Is that correct?
9                      A.   Yes.
10                     Q.   Okay.  So what occurred with the
11     College Republicans during that time would that have
12     been something you were aware of?  Is that a fair
13     statement?
14                     A.   Sorry, other -- other than what
15     happened in the chat between -- for College
16     Republicans, I'm -- no, I was not aware of anything
17     that happened --
18                     Q.   Okay.
19                     A.   -- during official channels.
20                     Q.   Okay.  Got you.
21                     MR. MOORE:  Can we go to paragraph one
22     thirty-four of the complaint, please, Monique?  And
23     this is at page twenty-seven, which I believe is up
24     there.
25                     BY MR. MOORE:  (Cont'g.)
```

Page 164

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2                        Q.   And it reads as follows,
 3        paragraph one thirty-four, Exhibit One, Plaintiff's
 4        College Republicans and Lizak met with Defendants
 5        Stenger, Rose on January 20, 2020, to discuss the
 6        tabling incident and the Dr. Laffer event.  This
 7        meeting was facilitated by Congress -- Congressman
 8        Thomas Reid, the U.S. representative for New York's
 9        23rd congressional district, who also attended.  Did
10        I read that correctly, ma'am?
11                        A.   You did, yes.
12                        Q.   Were you present for this
13        meeting?
14                        A.   I was not present for this
15        meeting, no.
16                        Q.   Okay.  Let's move on to paragraph
17        one forty-five of the complaint.  I'll read that into
18        the record, this is Exhibit one paragraph one forty-
19        five.  By failing to perform their constitutional
20        duty to protect Plaintiff's free speech activity in
21        the form of the Dr. Laffer event and by actively
22        encouraging participating and permitting the
23        disruption of that event, Stenger, Rose and Pelletier
24        caused financial damages to Plaintiffs totaling
25        thirty-seven thousand seven hundred and seventeen
```

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        dollars and ninety-three cents.

3                        This total includes Dr. Laffer's

4        honorarium, transportation and private security,

5        Y.A.S. flights, transportation, meals and

6        accommodations, and the hiring of an event

7        photographer and mailing and marketing materials.

8        Did I read that correctly, ma'am?

9                        A.   Yes.

10                       Q.   Do you know who paid the thirty-

11       seven thousand dollars seven hundred and seventeen

12       thousand dollars and ninety-three cents that are

13       specified in that paragraph?

14                       A.   I do not know the specific

15       individuals.  I was told by John Restuccia that they

16       were donors.

17                       Q.   You were told by whom?

18                       A.   John Restuccia.

19                       Q.   Okay.  Did any of that thirty-

20       seven thousand dollars and change come from College

21       Republicans' funds?

22                       MR. SECHLER:  Objection to form.

23                       THE WITNESS:  I would not know.  I was

24       not treasurer.

25                       BY MR. MOORE:  (Cont'g.)

Page 166

1          3/03/2023 - Young America's v Stenger - Rein Bey

2                    Q.   Okay, got you.  Did you have any

3          personal knowledge regarding who paid that amount

4          that is specified in that paragraph?

5                    A.   I do not know.

6                    Q.   Okay.  Paragraph one forty-six,

7          it reads as follows.  Plaintiffs' desire to once

8          again host Dr. Laffer and similar speakers on SUNY

9          Binghamton's campus.  However, Plaintiffs reasonably

10         fear if they do Stenger, Rose and Pelletier will

11         again enforce the speech suppression policy to

12         conspire with, encourage and permit disruptors,

13         including College Progressives and PLOT to engage in

14         disruptive and disorderly conduct designed to

15         suppress Plaintiff's message.  Did I read that

16         correctly, ma'am?

17                   A.   Yes, you did.

18                   Q.   Have -- the College Republicans

19         have hosted some speakers on campus during the -- the

20         fall semester 2022, correct?

21                   A.   Yes.

22                   Q.   And that included Taylor McGee

23         from Students for Life, correct?

24                   A.   Yes.

25                   Q.   And the New York assembly

Page 167

```
 1        3/03/2023 - Young America's v Stenger - Rein Bey
 2     candidates Sophia Resciniti, is that correct?
 3                     A.   Resciniti, yes.
 4                     Q.   Okay.  R-E-S-C-I-N-I-T-I, is that
 5     correct?
 6                     A.   Yes.
 7                     Q.   All right.  And former
 8     congressional candidate George Phillips also spoke up
 9     on --
10                     A.   Yes.
11                     Q.   -- a couple of occasions.  Is
12     that correct?
13                     A.   Twice, yes.
14                     Q.   Okay.  Got you.  All right.  Did
15     you ever attempt to host any other speakers before
16     October 2022?
17                     MR. SECHLER:  Objection, foundation.
18                     MR. MOORE:  You can answer.
19                     THE WITNESS:  No, as we were just
20     starting back on.
21                     BY MR. MOORE:  (Cont'g.)
22                     Q.   Okay.  Did the College
23     Republicans make any effort to bring Dr. Laffer back
24     to campus --
25                     MR. SECHLER:  Objection.
```

Page 168

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2                    BY MR. MOORE:  (Cont'g.)
3                    Q.   -- in November 2019.
4                    A.   No, due to no longer having
5        funding, no.
6                    Q.   Okay.
7                    MR. MOORE:  Tom, do you have any
8        questions?
9                    THE WITNESS:  Do -- do I have any
10       questions?
11                   MR. MOORE:  No, there's -- there's an
12       attorney for the Student Association, who I see on
13       our screen.  I don't know if he's going to ask any
14       questions.  But Tom, do you have any questions?
15                   MR. SECHLER:  Yeah, I just have a few.
16                   MR. MOORE:  Okay, go ahead.
17                   MR. SECHLER:  I'm going to -- I'm
18       going to pass it off to Thomas.
19                   CROSS-EXAMINATION
20                   BY MR. SAITTA:
21                   Q.   Okay.  Ms. Bey, you mentioned
22       that the charter was revoked after the Laffer event.
23       When you use the term revoking the charter, what do
24       you mean by that?
25                   A.   I believe that it was knocked
```

Page 169

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        down to a provisional charter.

3                        Q.   Okay.  And what do you mean by

4        provisional charter?

5                        A.   I am not the S.A. e-board, so I

6        don't believe I can properly define provisional

7        charter.  It is simply the charter that comes before

8        a full charter.

9                        Q.   Okay.  But at -- at the time in

10       2019, the College Republicans was fully chartered,

11       correct?

12                       A.   Yes.

13                       Q.   Do you have any first-hand

14       knowledge that the S.A. revoked their charter after

15       2019?

16                       A.   No, I do not.

17                       Q.   Okay.  And -- and is it fair to

18       say that revoking the charter is more than just

19       suspending their B-There account, correct?

20                       A.   I cannot say.

21                       Q.   So you don't know that -- what

22       you're saying is you don't know the difference

23       between suspending the B-There account and revoking

24       the organization's charter?

25                       A.   I assume that suspending of B-

Associated Reporters Int'l., Inc.

1      3/03/2023 - Young America's v Stenger - Rein Bey

2      There account is in line with revoking an

3      organization's charter.  But I do not -- I did not

4      handle that.  So I do not know the full provisions of

5      that.  I -- I can only speak about my experience

6      getting back the full charter.

7                     Q.   Okay.  When you say getting back

8      to full charter, did you have to reapply for a

9      charter?

10                    A.   Since we had a provisional

11     charter, we did not have to reapply.  We didn't have

12     to go through the process of starting with no charter

13     getting a provisional charter and then waiting the

14     period to get a full charter.  But we did have to

15     apply to reregister organization and receive a full

16     charter again, yes.

17                    Q.   Okay.  Are you aware of the fact

18     that all student organizations, not just the College

19     Republicans, have to recertify in the spring of every

20     school semester for the next semester?

21                    MR. MOORE:  Objection, lack of --.

22                    THE WITNESS:  They have to -- I'm

23     sorry.

24                    MR. MOORE:  Objection, lack of

25     foundation.  Go ahead, Ms. Bey.

Associated Reporters Int'l., Inc.

1        3/03/2023 - Young America's v Stenger - Rein Bey

2                        THE WITNESS:  I understand that all

3        organizations have to re-register, not all

4        organizations has to re-charter.

5                        BY MR. SAITTA:  (Cont'g.)

6                        Q.   Okay.  And are you aware that in

7        the -- do you know whether or not the College

8        Republicans reregistered or recertified in the spring

9        of 2020?

10                       MR. MOORE: Objection.

11                       THE WITNESS:  I do not know.

12                       BY MR. SAITTA:  (Cont'g.)

13                       Q.   Okay.  And I'll ask you again to

14       look at Exhibit Thirty-two.

15                       A.   Okay.

16                       Q.   And that's from Kyle Nelson, who

17       was a College Republican board member?

18                       A.   It is from him, yes.

19                       Q.   Okay.  And he refers to the

20       accounts being frozen due to failure to re-register

21       or inactivity.  Do you see that?

22                       A.   I see that, yes.

23                       Q.   Okay.  Do you have any knowledge

24       as to whether or not the College Republicans failed

25       to register and they were put on inactive status as

Page 172

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        opposed to provisional?

3                     MR. MOORE:  Objection, foundation.

4                     THE WITNESS:  I was not a member of

5        the e-board at the time so I cannot say.

6                     BY MR. SAITTA:  (Cont'g.)

7                     Q.   Okay.  As a member of the e-

8        board, do you -- are you familiar with the policy of

9        making a student -- student organization inactive if

10       they don't re-register in a timely fashion?

11                    A.   I believe so yes.

12                    Q.   Okay.  And in fact, wasn't it the

13       case in this -- with the College Republicans that

14       they were able -- taken off of inactive status in the

15       fall of 2020 because they met with Ms.

16       (unintelligible)?

17                    MR. MOORE:  Objection, lack of

18       foundation.

19                    THE WITNESS:  I don't who that is.

20                    BY MR. SAITTA:  (Cont'g.)

21                    Q.   Excuse me?

22                    A.   I don't know who that is.

23                    Q.   Okay.  Are you -- are you aware

24       of whether or not the College Republican e-board met

25       with your representative with the Student Association

Page 173

```
 1       3/03/2023 - Young America's v Stenger - Rein Bey
 2       so that they can be taken off of inactive status?
 3                    A.   I was not a part of the e-board.
 4       So I'm not aware.
 5                    Q.   So you don't know one way or the
 6       other, do you?
 7                    A.   I -- I don't know.  That's a
 8       matter for the e-board.
 9                    Q.   Okay.  And where do you -- if you
10       know, if -- if a student organization is put on
11       inactive status, does that also affect their B-There
12       account and other accounts with the university?
13                    MR. MOORE:  Objection, foundation
14                    THE WITNESS:  I don't know.
15                    BY MR. SAITTA:  (Cont'g.)
16                    Q.   Okay.  Now, you mentioned that
17       the B-There account was suspended for two years and
18       is it your testimony that it was suspended for two
19       years starting with the suspension in 2019 in the
20       fall?
21                    A.   Yes.
22                    Q.   Okay.  And what's your basis of
23       your knowledge that it last for -- the suspension
24       extended for two years?
25                    A.   When Kyle Nelson was the
```

Associated Reporters Int'l., Inc.

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        President of College Republicans, I had to -- I

3        confronted him and I asked him why we were not

4        meeting -- why we were not meeting in a registered

5        room as he informed me that we did not have either

6        status due to not having registration and not having

7        a full charter either that I had to deal with when I

8        became president.

9                    Q.   Okay.  So he -- so he basically

10       told you that that issue was not -- was deal with the

11       fact that he -- withdrawn.  What he told you was that

12       the lack of the B-There account was due to their not

13       having re-registered.  Is that correct?

14                    MR. MOORE:   Objection,

15       mischaracterizes testimony.

16                    BY MR. SAITTA:   (Cont'g.)

17                    Q.   If you can answer.

18                    A.   No, that is not what he told me.

19                    Q.   Okay.  And what did he tell you

20       was the reason why the B-There account was not

21       available?

22                    A.   He simply told me it was to -- he

23       just told me that it wasn't available as I mentioned,

24       I learned when I tried to and I had to re-register,

25       why we did not have a B-There account.  He was not

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2      the person who informed me that.
 3                      Q.   Who would inform you?
 4                      A.   Charter.
 5                      Q.   Okay.  Who informed you when --
 6      why the account had been suspended?
 7                      A.   The current E.V.P.
 8                      Q.   Who was that?
 9                      A.   Daniel Rockenboggle.
10                      Q.   Okay.  You're talking about the
11      E.V.P. of the S.A.?
12                      A.   Yes.
13                      Q.   And -- and you're claiming he
14      told you that the B-There account for the College
15      Republican was suspended because of the tabling
16      incident or for some other reason?
17                      A.   No, he simply told us that we
18      don't have a B-There account due to not having a --
19      due to one, not being registered and two, due to not
20      having a full charter.
21                      Q.   Okay.  And he specifically told
22      you you didn't have a full charter?
23                      A.   Yes.
24                      Q.   Okay.  All right.  And are you --
25      and if you've already answered this I apologize.
```

Page 176

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2       Were you at SUNY Binghamton during the summer of
3       2020?
4                      A.   I was not, no.
5                      Q.   Okay.  And how about in the fall
6       of 2020?
7                      A.   I was not, no.
8                      Q.   Okay.  So you would have no
9       personal knowledge as to whether or not the college
10      Republican status was put back to a full status
11      during that semester, the fall of 2020?
12                     A.   I would not know, no.
13                     Q.   Okay.  Just finally, when we
14      talked about getting the permit for the B-There
15      account, the -- the S.A. does not approve those
16      requests, correct?
17                     MR. MOORE:  Objection, foundation.
18                     BY MR. SAITTA:  (Cont'g.)
19                     Q.   If you can answer.
20                     A.   As far as I am concerned, the
21      current system -- the way that the current system
22      works is that a person from the dean's office,
23      currently her name is Catherine Vaughn, when you
24      submit a request for a permit for a room or for a
25      table, she approves it -- approves of it unless for
```

Associated Reporters Int'l., Inc.

1       3/03/2023 - Young America's v Stenger - Rein Bey

2       certain tables, the Multicultural Center.  But I do

3       not know because I -- I did not have access to B-

4       There in 2019, so I do not know how the system worked

5       back then.

6                       Q.   Okay.  So is it fair to say you

7       have no knowledge in 2000 -- as of 2019 whether the

8       S.A. had any role in approving requests for tabling?

9                       A.   I do not know.

10                      MR. SAITTA:  Okay.  Those are the all

11      the questions I have, thank you.

12                      MR. MOORE:  I have a couple of quick

13      follow-ups, Ms. Bey, and we'll try and get you out of

14      here.

15                      RE-DIRECT EXAMINATION

16                      BY MR. MOORE:

17                      Q.   Do you have any personal

18      knowledge of what a speech suppression policy at

19      Binghamton University is?

20                      A.   I do not have any personal

21      knowledge.

22                      Q.   Okay.  You -- you spoke about

23      S.A.'s Daniel Rockenboggle advising you that the

24      College Republicans did not have a B-There account,

25      would you assume -- we assume ... of president,

```
1        3/03/2023 - Young America's v Stenger - Rein Bey
2    correct?
3                    A.   Yes.
4                    Q.   And he said that the College
5    Republicans were not registered and had no full
6    charter, is that your testimony?
7                    A.   Yes.
8                    Q.   And did -- do you have any
9    personal knowledge whether Defendant Stenger was
10   involved in that, the fact that the College
11   Republicans were not registered?
12                   A.   I would not know.
13                   Q.   Do you have any personal
14   knowledge whether Defendant Stenger is involved in
15   whether or not the College Republicans were at that
16   time chartered?
17                   A.   I do not know.
18                   Q.   Do you have any personal
19   knowledge whether Defendant Brian Rose had any
20   involvement in the registration of the College
21   Republicans as of the time you had that conversation
22   with Daniel, the E.V.P. of Binghamton S.A.?
23                   A.   No, I don't believe so.
24                   Q.   And do you have any personal
25   knowledge whether Defendant Rose was involved in the
```

1     3/03/2023 - Young America's v Stenger - Rein Bey

2     status of the College Republican's charter when you

3     have that conversation with Daniel from S.A.?

4                    A.   I'm not aware of such a thing

5     happening.

6                    Q.   Okay.  You testified about Logan

7     Blakeslee a little earlier, do you remember that?

8                    A.   Yes.

9                    Q.   You -- did you read Mr.

10    Blakeslee's op-ed about John Lizak?  It was written

11    in the school paper.

12                   MR. SECHLER:  Objection.  I'm sorry,

13    you tendered the witness, I thought you were going to

14    just ask follow-ups to Mr. Saitta's questioning.

15                   MR. MOORE:  I'm asking another

16    question, Phil.  It's my deposition, I can ask

17    another question.

18                   MR. SECHLER:  Well, not --.

19                   MR. MOORE:  I don't need to redirect,

20    there's -- there's no rule against this.

21                   MR. SECHLER:  I do think when you

22    tender the witness, you tender the witness.  But I'm

23    not going to instruct the witness not to answer but I

24    don't think you can go back and forth like this.  I

25    think that's inappropriate.

Page 180

```
 1      3/03/2023 - Young America's v Stenger - Rein Bey
 2                    MR. MOORE:  It hasn't been our
 3      practice, but your objection is noted.
 4                    BY MR. MOORE:  (Cont'g.)
 5                    Q.  Ma'am, did you read that article?
 6                    A.  I did, but it was a very long
 7      time ago when I did.
 8                    Q.  Okay.  All right.
 9                    MR. MOORE:  That's all I have, thanks.
10                    MR. SECHLER:  Thank you, Ms. Bey, we
11      have nothing.
12                    (The deposition concluded at 1:44
13      p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1          3/03/2023 - Young America's v Stenger - Rein Bey

 2    STATE OF                )
      COUNTY OF               )
 3
                I, REIN BEY, have read the foregoing record of
 4    my testimony taken at the time and place noted in the
      heading hereof and do hereby acknowledge:
 5    (Please check one)
                ( ) That it is a true and correct transcript of
 6    same.
                ( ) With the exceptions noted in the attached
 7    errata sheet, it is a true and correct transcript of same.

 8
                              X
                                REIN BEY
 9
      Sworn to before me this
10    _____day of _____, 2023.
      X_____
11    NOTARY PUBLIC
      My Commission Expires:
12    _____

13

14

15

16

17

18

19

20

21

22

23

24

25
```

800.523.7887                                  Associated Reporters Int'l., Inc.

1        3/03/2023 - Young America's v Stenger - Rein Bey

2        I, MONIQUE HINES, do hereby certify that the

3    foregoing testimony of REIN BEY was taken by me, in the

4    cause, at the time and place, and in the presence of

5    counsel, as stated in the caption hereto, at Page 1

6    hereof; that before giving testimony said witness was duly

7    sworn to testify the truth, the whole truth and nothing

8    but the truth; that the foregoing typewritten

9    transcription, consisting of pages number 1 to 180,

10   inclusive, is a true record prepared by me and completed

11   by Associated Reporters Int'l., Inc. from materials

12   provided by me.

13

14   MONIQUE HINES, Reporter

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                   Associated Reporters Int'l., Inc.

                                                           Page 183

1        3/03/2023 - Young America's v Stenger - Rein Bey

2            ASSOCIATED REPORTERS INTERNATIONAL, INC.
                          (800) 523-7887
3
     Date:
4    Case Name:  Young America's, et al v Stenger, et al
     Index Number:  20-CV-822(LEK/ML)
5    Deponent:  Rein Bey
     Deposition Date: 3/03/2023
6    Examining Attorney:  John Moore, A.A.G.

7    Dear Rein Bey:

8

     Please read and make any changes and/or corrections in
     your testimony and sign the transcript in the presence of
9
     a notary public.  Please do so within thirty (30) days.
10   If you fail to sign the transcript within thirty (30)
     days, it will be delivered to the appropriate parties
11   without signature.  Return the transcript with
     corrections, if any, to:
12
                 OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
13               BY:  JOHN MOORE, A.A.G.
                 The Capitol
14               Albany, New York 12224

15
     CORRECTIONS:
16
     _____      Word or phrase: _____
                   Corrected to:   _____
17
     _____      Word or phrase: _____
18                 Corrected to:   _____
     _____      Word or phrase: _____
19                 Corrected to:   _____
     _____      Word or phrase: _____
20                 Corrected to:   _____
     _____      Word or phrase: _____
21                 Corrected to:   _____
     _____      Word or phrase:
22   _____
                   Corrected to:   _____
23   _____      Word or phrase: _____
                   Corrected to:   _____
24

25   ARII@courtsteno.com                        www.courtsteno.com
         Date Signed                            _____

Page 184

```
                    A
A.A.G 2:12 183:6,13
A.G.'s 6:23
a.m 1:22 6:3 11:7,8 55:14,15
   128:11
abilities 35:2
ability 162:6
able 110:4 113:11 117:5 150:17
   172:14
absolute 8:2
Absolutely 115:8
academic 88:19
access 33:16,20 34:2,6 44:20
   54:14 103:25 152:23 153:3,5,6
   153:9 177:3
accommodations 165:6
account 155:11,15,20 159:15,19
   161:22 162:6,21 169:19,23
   170:2 173:12,17 174:12,20,25
   175:6,14,18 176:15 177:24
accounts 171:20 173:12
accurate 31:14 106:23 122:7,17
   162:10
accusations 140:10,10,19
accused 140:14
achieves 35:6
acknowledge 181:4
acting 18:17 129:14 144:12
action 140:24 143:24 152:4
   153:25 154:7 155:25 156:5
active 34:23 78:14
actively 164:21
activities 35:8 161:21
activity 162:7 164:20
add 10:4
address 3:12 10:14,19 73:14,15
   73:17,23 75:19,20 77:5,6
   79:14,15 83:20,20 153:5,7,9
   161:12 162:21
addressees 95:16
addresses 10:23 11:15 160:8
adjacent 132:5
administration 20:4,6,10 57:21
   57:24 58:7 132:25 140:12,15
   152:7
Administrators 129:14 132:6
advance 126:19
advised 26:24
advising 177:23
```

```
advisor 23:20,21
advisory 92:19,21,23 93:4,24
   94:8,14
Affairs 1:12
affect 173:11
affirm 6:6
afterward 150:16
agents 130:24 144:13
ago 10:20 180:7
agree 91:24 116:13 160:9,23
   161:6
agreed 59:11
ahead 40:3 66:24 136:23 147:13
   154:14 156:21 168:16 170:25
aid 34:21 88:19
aides 129:25
aids 63:20
airport 129:25 130:11
al 183:4,4
Albany 2:14 6:23 183:14
allegations 14:18 70:12 71:10
   72:25 75:4 76:6 83:24
alleged 69:25
ALLIANCE 2:4
allow 25:16
America 83:10
America's 1:1 2:1 3:1 4:1 5:1
   6:1 7:1,4 8:1 9:1 10:1 11:1
   12:1 13:1 14:1 15:1 16:1 17:1
   18:1 19:1 20:1 21:1 22:1 23:1
   24:1 25:1 26:1 27:1 28:1 29:1
   30:1 31:1 32:1 33:1 34:1 35:1
   36:1 37:1 38:1 39:1 40:1 41:1
   42:1 43:1 44:1 45:1 46:1 47:1
   48:1 49:1 50:1 51:1 52:1 53:1
   54:1 55:1 56:1 57:1 58:1 59:1
   60:1 61:1 62:1 63:1 64:1 65:1
   66:1 67:1 68:1 69:1 70:1 71:1
   72:1 73:1 74:1 75:1 76:1 77:1
   78:1 79:1 80:1 81:1 82:1 83:1
   84:1 85:1,11,17,20,23 86:1,5
   86:11 87:1 88:1 89:1 90:1,15
   91:1 92:1 93:1 94:1 95:1,9
   96:1 97:1 98:1 99:1 100:1
   101:1 102:1 103:1 104:1 105:1
   106:1 107:1 108:1 109:1 110:1
   111:1 112:1 113:1 114:1 115:1
   116:1 117:1 118:1 119:1 120:1
   121:1 122:1 123:1 124:1 125:1
   126:1 127:1 128:1 129:1 130:1
```

Page 185

```
131:1 132:1 133:1 134:1 135:1
136:1 137:1 138:1 139:1 140:1
141:1 142:1 143:1 144:1 145:1
146:1 147:1 148:1 149:1 150:1
151:1 152:1 153:1 154:1 155:1
156:1 157:1 158:1,25 159:1,11
160:1 161:1 162:1 163:1 164:1
165:1 166:1 167:1 168:1 169:1
170:1 171:1 172:1 173:1 174:1
175:1 176:1 177:1 178:1 179:1
180:1 181:1 182:1 183:1
```
**America's** 1:5 183:4
**amount** 76:20 166:3
**and/or** 133:7 140:8 143:22 183:8
**answer** 8:19,20 14:11 34:10
  35:20 36:17 39:23 40:18 42:11
  43:24 46:4 48:17 52:10,20,21
  59:13 65:21 66:23,24 70:6
  76:9 78:25 81:7 82:3 95:21
  97:3 103:8 108:11,16 109:20
  121:11 122:16 125:2,7 127:18
  134:21 135:6 138:10,15 147:16
  154:16 160:2 162:13,15 167:18
  174:17 176:19 179:23
**answer's** 113:23,24
**answer's** 58:10
**answered** 46:2 71:25 127:17
  136:16 175:25
**answering** 8:3,24 16:9 42:24
  43:3
**answers** 5:9 7:25 135:13
**anti-fascist** 101:3
**anticipating** 99:3
**anybody** 13:5 29:25 32:12,19
  56:6 83:9 84:23 94:7,10
  112:13 117:25 121:2 148:17
**anybody's** 30:11
**anymore** 11:3 87:24
**Anyway** 29:23
**Apalachin** 36:22,24
**apart** 84:18
**Apartment** 10:16
**apologize** 12:5 14:7 77:22 80:25
  93:10,19 97:18 175:25
**Apparently** 48:15
**appeal** 159:18
**appear** 127:21
**appearance** 38:3 87:8 88:2
**APPEARANCES** 2:2

**appeared** 58:3
**appearing** 160:11
**appears** 91:18,21 116:8,15,16
  119:18 153:13 160:7,10
**applause** 140:19
**applied** 106:10,23
**apply** 170:15
**appointed** 64:2
**appreciate** 47:12 91:3 132:15
**appropriate** 183:10
**approval** 89:13 152:11 157:13,22
  158:4
**approve** 90:9 176:15
**approved** 89:17
**approves** 176:25,25
**approving** 177:8
**approximately** 21:13 26:10 31:6
  130:23
**April** 19:9
**area** 103:23
**Ariana** 23:19
**Arizona** 2:7
**arrested** 141:20 151:15,18,23
**arrive** 134:24
**arrived** 129:25 130:5 132:17
  134:25 138:25
**Art** 75:6,7 76:11 84:2 95:11
  121:15 146:18
**Arthur** 23:17 128:4 140:13
**article** 180:5
**asked** 33:10 45:25 50:18 60:19
  61:9 66:3 71:24 87:18 113:9
  120:14,15 123:22 126:19
  127:16 136:15 137:17 174:3
**asking** 6:25 7:11,24 41:6 45:20
  55:21 58:6,25 59:2,18,20
  66:19,20 84:22 85:3,4 91:11
  124:17 126:6 155:2,3 179:15
**assembly** 166:25
**assist** 34:23 93:5,25
**assistance** 113:12
**Assistant** 6:22
**assists** 23:22
**associated** 100:20 101:8,12,17
  101:19 102:5,13,20 103:4
  182:11 183:2
**associating** 79:6 99:5
**association** 1:17 2:16 31:5,23
  33:9 57:23 58:2,4,8 63:8
  104:6 106:5,19 122:4 152:6,10

157:12 158:3 168:12 172:25
**Association's** 158:14
**assume** 92:24 95:24 123:8 126:4
  169:25 177:25,25
**assumed** 143:5
**assumption** 34:3
**ASWAD** 2:18
**attached** 181:6
**attacks** 83:16
**attain** 19:4 21:7 54:2
**attempt** 167:15
**attempted** 107:8,13 125:24,25
  128:5
**attend** 49:19 94:17 95:3 110:4
  128:3
**attendance** 99:4
**attended** 15:12 37:21 99:17
  164:9
**attention** 114:16 116:6 121:23
  129:3 131:22 139:6
**attorney** 2:11 5:15 6:22 8:16
  11:13 58:2 78:24 97:2 109:9
  168:12 183:6,12
**attorneys** 2:18 5:3 55:23 56:7
  57:2,17 59:20 60:7 61:6 70:24
  71:16 73:23
**August** 15:17,19 16:13 17:25
  24:4,8 49:20,25 51:6,11 87:4
**authored** 120:23 121:6
**available** 90:5 174:21,23
**Avenue** 12:7,13
**aware** 13:22 32:2,5,7,9 41:17
  44:5 46:9 47:24 50:17 51:23
  54:21 56:15 57:7,9 58:8 62:18
  66:6,8,20 67:4,8 68:2 72:3
  82:5 84:8,12,15,24 85:6 87:2
  88:11,12,15 92:16,20 96:14
  97:5 103:7 106:6,8,10,15
  109:10 112:3,23,24 113:13
  117:9,11,14 121:4,5 123:25
  124:2,18 126:9 128:2 135:4,7
  141:21 142:14,18,20,24 151:15
  151:17,20,22 163:12,16 170:17
  171:6 172:23 173:4 179:4
**awesome** 122:14

---

**B**

---

**B** 4:2,18
**B-** 107:23 169:25 177:3
**B-E-Y** 6:15 9:9

**B-L-A-K-E-S-L-E-E** 71:3
**B-There** 33:16,20 34:2,6 44:20
  54:13,14,19 90:4,6 123:25
  155:11,15,19 159:15,19 162:20
  163:2 169:19,23 173:11,17
  174:12,20,25 175:14,18 176:14
  177:24
**B.U** 15:3 16:23 17:6,12,20 18:4
  28:14 31:14 35:16 36:3 42:6
  44:14 45:4,6,22,24 46:8 48:23
  48:25 52:5,14 57:21 65:5 68:9
  69:5 72:16 74:4 86:3 92:18,21
  93:4,8,24 94:8 95:12 96:6,8
  118:16 163:7
**B.U.C.R** 119:20
**back** 9:17 11:14,20 16:16 32:23
  33:3,6,8,9,11 55:8 57:13 64:7
  83:5,7 85:9 88:19 91:16
  103:10 108:6 124:23 128:16
  129:3 138:10,15 149:25 150:5
  151:25 153:8,9 167:20,23
  170:6,7 176:10 177:5 179:24
**bake** 52:23,24 53:20 54:4,5,16
  54:23
**ban** 161:25
**barely** 99:10
**barrier** 144:2
**basement** 88:18,22
**basically** 174:9
**basis** 173:22
**Bates** 97:13,16
**Beethoven** 10:16 11:20 12:24
**began** 21:3,4 140:9 163:6
**belief** 157:11
**believe** 11:22 12:4 14:6 16:14
  20:6 22:7,16 25:3,5,12 27:12
  27:12 29:7 32:13 34:13 36:6
  36:14,18 37:6 38:18 41:14,24
  42:19,21 43:2 44:3,20 48:16
  53:19 60:18,24 61:4 62:9 66:2
  67:19 71:12 72:12 73:16 74:24
  74:25 75:14,14 76:10,11,25
  77:18 78:3 79:2 80:4 83:25
  86:13 87:6 88:18,19 94:10,11
  96:15 99:18 100:3,8,11,25
  102:5 104:12,21 105:8,9
  106:23 109:5 110:2 113:18
  117:2 120:20 121:13,16 123:8
  124:24 134:25 137:23 145:11
  146:18 150:16,24 151:22

152:21 153:2,11 156:7 162:14
163:5,23 168:25 169:6 172:11
178:23
**best** 8:2
**better** 9:12 48:8 130:16
**Bey** 1:1,20 2:1 3:1,3 4:1 5:1
6:1,5,10,11,14 7:1 8:1 9:1
10:1 11:1,11 12:1 13:1,14
14:1 15:1 16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1,11,19,22
48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1,18 56:1,3 57:1 58:1
59:1 60:1,2 61:1 62:1 63:1
64:1 65:1 66:1,13,22 67:1
68:1 69:1 70:1 71:1 72:1 73:1
74:1,9,19 75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1 89:1 90:1
91:1,7,8 92:1 93:1,15 94:1
95:1 96:1 97:1,19,24 98:1,3
99:1 100:1 101:1 102:1 103:1
104:1 105:1 106:1 107:1 108:1
109:1 110:1 111:1 112:1 113:1
114:1 115:1 116:1 117:1 118:1
119:1 120:1 121:1,11,12 122:1
122:11 123:1 124:1 125:1
126:1 127:1 128:1,15 129:1
130:1 131:1 132:1 133:1 134:1
135:1,12 136:1 137:1 138:1,23
139:1 140:1 141:1 142:1 143:1
144:1 145:1 146:1 147:1 148:1
149:1 150:1 151:1 152:1 153:1
154:1,18 155:1 156:1,17 157:1
158:1 159:1 160:1 161:1 162:1
163:1 164:1 165:1 166:1 167:1
168:1,21 169:1 170:1,25 171:1
172:1 173:1 174:1 175:1 176:1
177:1,13 178:1 179:1 180:1,10
181:1,3,8 182:1,3 183:1,5,7
**beyond** 42:5
**big** 87:5
**bigger** 90:11 119:14
**Binghamton** 1:5,7,10,12,14,16,17
2:16,21 10:17 11:23 12:7,13
12:19 14:23 15:6,9,11,16,24
16:8 17:16 27:13 28:9 29:13

30:23 31:4,5,6 34:20 43:14
52:15 58:7 63:2,6 89:24 91:19
92:10 94:5,12 98:24 109:12
112:6 117:20 119:19 129:13
132:6,25 152:3,7 153:25 154:7
160:8 161:7 176:2 177:19
178:22
**Binghamton's** 103:23 137:17
**Binghamton's** 166:9
**birth** 10:12
**Bishop** 153:13
**black** 134:4,15 147:7
**black-clad** 133:23 141:11 149:6
**Blakeslee** 21:22,24 22:17 23:16
71:3 137:2 179:7
**Blakeslee's** 179:10
**blocked** 139:3
**blocking** 103:24 138:5
**blurry** 48:16
**board** 92:19,22,24 93:4,24 94:8
94:14 161:11,20 162:16,18
171:17 172:8
**body** 63:24 100:12
**bottom** 91:6 103:16 146:23
151:13
**bow** 147:7
**Brain** 153:19
**break** 8:23 29:18,23 30:6,7,8
55:3 115:3,7 119:10 128:7,10
**breaks** 9:2
**breezeway** 53:2,4 54:9
**Brian** 1:11 2:9 32:20 102:11
118:3 121:6,21 143:11 154:6
178:19
**brief** 139:15
**briefly** 75:22 80:18
**bring** 125:10,21 167:23
**bringing** 86:12
**broad** 124:16
**Brook** 15:13
**brought** 38:7
**building** 88:19 104:17,18,18
**buildings** 103:25
**busy** 110:5 130:19

---
### C
**C** 3:2
**C-O-G-H-L-A-N** 91:22
**ca** 64:7
**cabinet** 27:21

calendar 48:20 102:14,21 103:5
 156:6,7
call 29:19 39:6 55:9 115:7
 146:14
called 39:10 84:9
Calls 82:2,13
calm 149:10
camera 29:7,8 48:16
camera's 30:2
campus 11:22 12:2,4 24:14 34:20
 35:10,17 36:20,25 37:20 39:15
 40:10,15 42:7 43:9,16 45:7,24
 46:9,18,20 47:3 48:4 50:3
 52:15 62:25 83:18 86:12 87:3
 88:13 89:10 96:12 102:6
 103:23 104:18 125:11,21 126:3
 157:13,23 158:5 166:9,19
 167:24
canceled 41:11,13
cancelled 131:11
candidate 167:8
candidates 34:22 167:2
Capacities 1:11,13,15
Capitol 2:13 183:13
caption 13:16 17:14 64:7,13
 85:9 182:5
cardboard 116:16
case 6:24 25:20 46:5 60:12
 67:25 68:7 70:25 71:15 72:22
 75:9 76:14 79:9 81:12 96:19
 99:23 107:20 118:4,17 172:13
 183:4
cases 60:8
catch 147:15
Catherine 90:7,8 176:23
cause 5:16 6:7 152:3 182:4
caused 153:24 154:6 164:24
caution 93:16
Center 150:10 177:2
cents 165:2,12
certain 90:3 129:13 177:2
certainly 59:9 60:5,8 61:3
 154:18
certified 5:16
certify 182:2
cetera 17:11
chairs 149:24
challenge 93:5,25
chance 97:25 115:3 130:17

change 9:10,17 165:20
changed 135:8
changes 120:18 183:8
changing 10:4 94:24
channel 27:14
channels 163:19
chart 44:19
charter 31:22,23 32:3,24 33:3,7
 33:9,15 41:18 44:19 155:20
 156:8,9,15 168:22,23 169:2,4
 169:7,7,8,14,18,24 170:3,6,8
 170:9,11,12,13,14,16 174:7
 175:4,20,22 178:6 179:2
chartered 122:3,6 123:7,12,17
 125:11 126:9 169:10 178:16
chat 44:17,23 64:25 163:15
check 90:5 181:5
Chief 1:13
chocolate 110:19
choice 41:20 122:5
choppy 135:14
chosen 25:4
circumstances 161:19
civil 5:5 7:14
claiming 175:13
claims 71:15 72:22 75:9 76:14
 79:8 81:12
clarify 88:8 108:21 111:11
 134:7
clarity 162:3
class 15:12 17:11 130:12
classes 105:5
classroom 24:14
classrooms 25:3,7,15
clause 18:19
clear 90:14 111:15,16
clearer 8:5
clearly 140:2
close 135:16
closed 138:3
closer 130:16 135:11
club 23:19,21 28:7 33:6 48:12
 56:18 57:7 63:7,11,11 67:18
 74:22,23,24 76:18,19,23 77:12
 77:17,24 78:3,14 79:4 82:21
 83:2,9,15 94:5 96:11 110:3
 126:3 161:19,22,25
club's 56:15 83:17 161:20 162:4
clubs 35:22 49:23

800.523.7887                                          Associated Reporters Int'l., Inc.

Page 189

co-conspirators 132:3
co-members 142:24
code 137:17 146:4,5
Coghlan 4:8 91:22 92:4,5,7 93:8
  93:21 94:7,23 95:8,15,21
Coghlan's 94:14
col 86:3
college 1:5,6,15 15:7,10,14
  17:16,16,20,24 18:11 19:22
  21:2,7 22:25 24:4,16 26:17,20
  27:17,19 28:5 30:24,25 32:2
  32:21 33:14,15,20 34:5,18
  35:5,15,22 36:6,6,9 37:4 38:4
  38:8,21 39:14 40:14 41:2,23
  43:15,18 44:17 47:2 48:2 49:9
  51:7,10,20,25 56:11,21 57:16
  57:20 63:2 71:8 76:3 77:13
  80:16 83:12,14 86:4 88:25
  91:19 92:10,18,20,21 93:4,24
  94:8,12 96:20 98:24 102:3
  103:21,24 104:5 105:11 106:3
  106:17 108:3,7,18 109:11
  110:16,18 111:8 112:19 113:3
  113:25 114:9 116:19,23 119:20
  122:3 126:12 129:12 132:2,5,9
  132:20,24 133:7,10 136:13
  137:15 139:15 140:8 141:24
  142:15,16,24 143:22,25 145:23
  148:5,15,18,21 150:17,25
  151:6 152:4,8,22 153:25 154:2
  154:7,8 155:11,15,20 156:2,15
  158:13,15,20 159:6,14,18
  161:7 162:19,20 163:11,15
  164:4 165:20 166:13,18 167:22
  169:10 170:18 171:7,17,24
  172:13,24 174:2 175:14 176:9
  177:24 178:4,10,15,20 179:2
come 8:19 42:19 60:17 83:7
  124:23 141:12 165:20
comes 47:13 169:7
coming 47:24 83:5 87:3
commenced 6:2 132:21 133:2
Commission 181:11
common 123:12,17
communicate 55:24
communicated 74:2
communication 73:25 85:20
  102:12,19 103:3
communications 27:11 32:19
  55:22 59:2,19 61:5,15 66:19

82:9,11 117:24
community 34:21 35:4
comparison 149:18
complained 62:13,15
complaint 4:6 13:14 14:18,18
  28:18 30:11,22 34:15 39:5
  60:25 61:22,23 69:25 70:9,13
  71:10 72:25 75:4 76:6 83:24
  103:10,18 117:4 129:3,22
  130:11,22 131:4,24 138:8
  139:5 143:20 151:11 157:9,18
  163:22 164:17
complete 9:11
completed 182:10
completing 162:4
complied 138:19
computer 17:7 55:6,7
concentrate 39:13
concerned 45:18 88:17 113:8
  137:7 176:20
concluded 117:17 180:12
conduct 166:14
conducted 100:11
confronted 174:3
confusion 147:23 161:21 162:3
Congress 63:9,18,22 164:7
congressional 164:9 167:8
Congressman 164:7
conservative 112:2
consider 47:14
consistency 25:6
consistent 59:10 60:13 162:6
consistently 15:21 18:3 19:24
  81:2
consisting 182:9
console 146:20
conspire 166:12
constitution 18:20
constitutional 152:6 164:19
Cont'g 11:10 13:12,23 16:6
  23:13 30:18 34:9 35:19 36:15
  39:25 40:17 41:12 42:10,25
  43:7,23 45:10 46:3,12 47:25
  49:5 50:24 52:9,17 55:17 56:5
  59:17 61:13 62:23 64:11 65:23
  67:10 70:8,21 72:8 73:4,10
  74:17 78:6,23 81:10 82:7,18
  84:21 86:25 88:10 89:12,18
  90:22 91:15 92:15 93:20 96:4
  96:25 97:23 98:11 101:14

102:9 103:15 105:22 107:2,22
108:15 109:2,23 111:18 112:4
112:12 114:7,19 115:10 121:19
122:19 123:14 125:16 127:3,9
127:23 128:14 129:8 130:20
134:9 135:21 137:3 138:22
139:10 142:13 147:14,24
154:25 156:24 159:25 162:12
163:25 165:25 167:21 168:2
171:5,12 172:6,20 173:15
174:16 176:18 180:4
**contact** 71:19 73:11 74:3 79:11
79:15,17,19,23,25 80:5,7
81:14,16 84:4 85:19 90:14
102:12,19 103:3
**content** 121:3
**contention** 156:14
**contentions** 157:17
**contents** 66:15
**context** 60:17,21 83:11
**continue** 79:6 121:12 140:20
**controlled** 152:7
**conversation** 32:24 51:13 65:2
113:15 145:21 156:23 178:21
179:3
**conversations** 66:15,23,25
113:15 145:3 149:2
**convinced** 131:6
**coordinated** 113:3
**copied** 153:20,21
**copies** 27:10 46:22,25 47:9
87:20,22
**copy** 5:16 47:18 62:20 91:8
**correct** 10:5 20:11 22:10,22
40:23 44:8 56:12 65:14 70:10
70:20 71:20 86:8 89:6 107:4
107:24 108:4 112:19 114:10
116:9,17 136:10 155:12 161:3
163:4,8 166:20,23 167:2,5,12
169:11,19 174:13 176:16 178:2
181:5,7
**Corrected** 183:16,18,19,20,21,22
183:23
**corrections** 5:11 183:8,11,15
**correctly** 8:13 31:7,8 35:12
95:13 99:6,12 104:8 122:24,25
126:20 129:16 130:6,9,18
131:12,13 132:11,12 137:19
139:17 140:25 141:2 142:3
144:3,5,14 152:12 157:14

158:16 162:7,8 164:10 165:8
166:16
**council** 29:13
**counsel** 47:23 60:22 61:15 66:16
66:19,24,25 147:12 154:19
155:3 182:5
**counting** 57:23
**COUNTY** 181:2
**couple** 9:7 130:22 149:20 167:11
177:12
**course** 96:15 150:22
**court** 1:2 7:18,20 91:6 130:17
138:10,14
**covered** 61:5
**COVID** 162:25
**created** 161:21
**crochet** 63:13
**Cross** 3:5
**CROSS-EXAMINATION** 168:19
**crowd** 133:17 137:16
**current** 10:14 11:18 15:20 23:15
56:16 57:6 65:5 68:9 69:5
71:18 75:19 83:19 161:23
175:7 176:21,21
**currently** 13:2 15:2 18:9 22:22
31:14 54:14 56:18 63:9 71:7
71:19 73:11 79:11 90:6 125:10
153:5,6 176:23
**curved** 104:16
**cut** 39:23
**cutout** 116:16
**CV** 7:6,6

---

**D**

---

**D** 3:2,2 4:2
**damages** 164:24
**Daniel** 175:9 177:23 178:22
179:3
**date** 1:21 10:11 17:3 54:21
104:7 106:5,19 113:7 123:22
124:18 145:3 161:8 183:3,5,25
**dated** 91:24 98:22 160:24
**dates** 12:2 17:23 38:6
**day** 85:7 90:9 99:17 104:13
107:9 110:4 113:12 114:9
127:13,25 129:10 131:8 147:5
152:4 181:10
**days** 54:9 183:9,10
**de** 68:6
**deal** 83:8,12,15 174:7,10

dean's 176:22
Dear 183:7
debate 36:5 37:5
December 19:18 22:9,15 32:6,9
  65:17 68:12 69:14 75:16,17
  76:16 78:19,21
decision 155:5 158:13 161:24
defen 103:2
defendant 5:6 7:5 102:11,18
  103:2 118:4,17 121:6 140:8,8
  143:10,13,16 153:24 154:6
  155:4 158:19,24 159:5,10
  178:9,14,19,25
defendant's 13:18 97:8,12,14
  119:11
defendants 1:18 2:9,16 6:24,24
  129:14 153:18,18,19 164:4
DEFENDING 2:4
define 169:6
definitively 82:6 154:4
degrees 16:23,25 17:5
delay 11:12
delete 61:16
delivered 183:10
Democratic 83:10,13
Democrats 35:22 36:6,9 38:8,21
Denny's 96:16
department 87:14,15 145:9 148:8
departments 87:18
depends 19:23
depicted 115:15
Deponent 3:11 183:5
deposed 7:14
deposition 1:20 5:5,11,14,15,17
  6:2 7:15 8:23 13:14 55:25
  58:12,19 59:21,24 60:12,18,20
  61:17,21 62:2 67:24 68:4,7
  72:3 74:15 97:12 179:16
  180:12 183:5
depositions 8:9 13:19 60:10
  114:25
describe 33:3 110:15
described 4:4 39:5 130:11 136:7
  136:8
description 114:9
designated 25:23
designed 166:14
desire 166:7
detailed 156:2

details 124:10
develop 34:25
developing 93:6 94:2
device 130:16
difference 9:18 169:22
different 9:7,15 38:16 58:2
  82:17 100:13
difficulty 8:10
dine 97:4
dined 96:8,21
Diner 94:18,20
dining 95:12 96:6
dinner 94:9,11 96:12 151:3
direct 3:4 6:19 102:12,19 103:3
  121:22 129:3 131:22 155:8
  157:24 158:6
directed 144:13
directing 139:6
direction 129:14 150:3
directly 47:22 135:18
disagree 61:7
disagreed 158:19,24 159:5,10
disagreement 158:15
disassembled 18:24
disassociating 78:18,21
disclosure 97:17
disclosures 97:14
disconnected 29:20
discovered 51:10
discovery 70:24
discuss 63:20 67:24 68:6 113:20
  164:5
discussed 65:24 66:5 68:15
  69:17 71:14,22 72:4,22 75:8
  76:13 79:8 81:11
discussion 57:15 99:19
discussions 38:8 60:21 86:18
  132:24
disorderly 166:14
display 127:11
displayed 110:16 114:21 116:19
  142:2
disrupter 140:14 141:20
disrupting 140:19,24
disruption 131:7 164:23
disruptive 166:14
disruptor 141:8,15 144:3
disruptors 131:12 142:3 166:12
district 1:2,3 7:3 164:9

800.523.7887                                                    Associated Reporters Int'l., Inc.

Page 192

document 13:25 14:15 30:23 91:7
  91:17,21 97:25 152:20
documentation 157:2
documents 7:25 58:11,18,21,24
  59:3,21 60:19 61:4,16,20,25
  156:14
doing 60:13 148:12
dollars 165:2,11,12,20
don't 154:19
donor 131:7
donors 95:25 165:16
Donuts 125:22
door 133:22 137:24 145:16
doors 132:7 135:2 138:2,3,5,24
Dr 39:10 40:14,22 41:2,4,22
  46:7 52:3,13 54:21 84:14,16
  86:12 87:3 88:12,13 95:11,17
  96:5,7,21 108:4 110:23 129:11
  129:24,24 130:5,23 131:8,10
  132:2,7 133:2,17 134:3,15,19
  134:24 135:23 136:2,9,13
  138:24 139:12,16 140:6,10,15
  144:13,20,23 148:23 164:6,21
  165:3 166:8 167:23
draft 14:14
drafting 120:13
dress 147:6
driver 131:8
due 16:16 41:20 44:19 57:13
  94:23 152:9 168:4 171:20
  174:6,12 175:18,19,19
duly 5:14 182:6
duty 164:20
Dylak 80:9

---
**E**

e- 172:7
E 3:2,2,2,9,9 4:2,2
e-board 18:21 19:23 21:5 22:12
  22:15 23:15 33:24,24 45:18
  49:7 92:25 96:13 160:4 169:5
  172:5,24 173:3,8
E.S.T 139:14
E.V.P 175:7,11 178:22
earlier 62:5 73:25 97:11 108:2
  108:12 110:20 111:20 123:11
  179:7
East 11:23
economics 63:7,11 87:14 148:8
Economist 95:10

effective 130:15
effectively 131:11
effort 159:17 167:23
eight 7:6 136:8 138:7 139:7,12
eighteen 144:9,11
eighty-nine 129:22,23
either 48:9 78:11 80:8 85:24
  105:13 126:10 174:5,7
elected 19:20 22:12,15,16,17,18
  22:20,24 23:2 65:10,17 72:13
election 34:21 41:25 63:25
elections 37:15 42:21
electric 125:10,21
eleven 30:7,10 55:2 140:14
email 3:12 4:10,14,20 28:6,9
  32:13,16 44:21 73:15,17,22
  75:20 77:6 79:15 83:20 90:14
  91:18,20,22 92:4,14 93:22
  94:23 95:7,16 97:11,15,19
  98:12,21 100:19 121:14 152:8
  152:16,23 153:5,7,8,14,20,22
  155:6,9 157:5 160:7,8,14,20
  160:21 161:12,14 162:21
emailing 155:10
emails 4:8 27:25 28:4,7 32:11
  59:19 61:2,3 91:23 121:17,17
  153:9
employees 132:25
encourage 34:22 166:12
encouraging 164:22
ended 96:16
enforce 166:11
enforcement 158:11
engage 166:13
engagement 95:10,17
engages 35:7
enlarge 98:6
enrolled 17:24 81:18
enter 146:7
entered 132:3 133:6 146:12
  148:2,15
entering 136:9
entire 18:4,21 25:25
equated 140:17
Erin 153:12
errata 181:7
ESQ 2:5,19
essentially 83:16
established 55:10

**et** 17:11 183:4,4
**evening** 146:8
**evenings** 148:10
**event** 36:2,9,12,21 37:3,12,19
  37:24 39:6,10,16 40:11,14,22
  41:2,4,22 42:20 46:7 49:18
  51:8,16,24 52:4,13 53:21
  54:22 69:22 70:16,17,20,20
  71:13 75:7 76:11 84:2,9,10,15
  84:16,24 85:25,25 86:5,19
  87:13 89:24 90:16 98:25 99:14
  99:15,24 100:2,5,7,9 102:15
  102:15,22,22 103:6,6,22
  104:11,24 105:3 106:14 110:23
  111:2,5,5 112:15 113:3,16,17
  113:20,21 117:7,14,16,20
  118:14,23 119:7 121:7,15,16
  121:22 128:4 129:11 130:23
  131:11 132:2,8,21 133:2,17
  134:4,15,19,24 135:23 136:10
  136:13 137:7,10 138:24 140:25
  142:9,17,19,21 143:11,14,17
  144:20 145:24 151:7,16,18,24
  164:6,21,23 165:6 168:22
**events** 10:22 26:21 35:17,21
  38:3 39:5,14,15 40:10,15 42:7
  42:14,16 43:15 49:14 51:20
  54:21 57:13 81:16 99:13
  129:24 136:6 139:13 141:4
  144:11 148:10 162:2
**everybody** 27:7 64:25 84:19
**evidentiary** 61:8
**exactly** 38:23 82:16,24 83:4
**Examination** 3:4,5,6 6:19 177:15
**Examining** 183:6
**example** 59:22 60:25
**exceptions** 181:6
**Excuse** 172:21
**executive** 4:14 161:11,20 162:18
**exhibit** 13:10,10,18 30:22 34:17
  90:19,20,24 91:2 97:9,10,12
  97:15 103:10,20 104:3 114:24
  119:11 121:21 126:15 129:4
  131:6,22 139:12 140:6 151:12
  152:19 155:6 156:3 157:6,10
  158:10 160:5 164:3,18 171:14
**exhibits** 59:22,23 61:9,18,19
**exist** 36:11 37:23 50:10
**existing** 83:18

**expect** 89:9
**experience** 59:6 170:5
**Expires** 181:11
**expressive** 31:2,9 35:7,8
**extended** 173:24
**extent** 74:4
**extenuating** 161:18
**extremely** 123:12,17

---

## F

**F** 3:2
**Facebook** 4:12 79:21,25 119:19
**facilitated** 164:7
**facilitating** 87:8
**facing** 149:25,25 150:4
**fact** 67:4 161:6 170:17 172:12
  174:11 178:10
**faculty** 23:24
**fail** 183:10
**failed** 171:24
**failing** 164:19
**failure** 171:20
**faint** 98:5
**fair** 7:21 9:24 14:17 22:21
  26:15 31:13 43:8 44:13 50:20
  51:3 62:4,19 65:15 69:4 74:16
  86:24 103:9 109:10 117:23
  119:4,8,17 120:22 153:4
  163:12 169:17 177:6
**fall** 14:23 16:17,19 17:12 18:8
  18:12,18 19:2,5 21:2 24:22
  25:2 26:2,16,21 28:4,12 32:25
  33:21 34:6 37:5 38:17 39:14
  40:10 41:7 42:5,5 43:9,20,25
  51:7 69:9 74:25 76:4,20 80:17
  80:18,19 81:3,3 92:20 166:20
  172:15 173:20 176:5,11
**familiar** 7:7 21:14 39:4,8,9
  40:22 107:23 172:8
**familiarity** 161:23
**family** 7:20
**far** 45:17 88:17 105:12 113:8,25
  120:23 136:25 137:6 153:8
  176:20
**farther** 94:3 95:6
**fashion** 162:5 172:10
**fear** 166:10
**fearing** 83:16
**February** 44:2 64:23 65:4 66:3
  69:2

800.523.7887                                Associated Reporters Int'l., Inc.

**Federal** 5:4
**feed** 30:2,12
**feel** 63:20  99:17
**feet** 149:20
**fellow** 35:11
**Fest** 51:6
**festival** 49:22
**fifteen** 24:6  143:20,21,25
  150:14
**fifth** 15:8
**fifty** 117:4
**file** 27:21
**filed** 14:15  62:17
**finally** 8:22  176:13
**finance** 104:18
**financial** 164:24
**find** 150:18
**fine** 30:10  61:10  74:8  95:23
  154:22
**finish** 8:24  16:25  33:19  40:3
  109:17
**finished** 40:3
**fire** 36:18  137:17  146:3,5
**Firepit** 36:22,24
**fireside** 36:5  37:5
**first** 7:4,5,23  9:7,20  13:10,15
  13:24  14:4,8  36:2  40:25  48:5
  49:16  60:11  61:14  62:10  64:8
  67:19  94:6  120:4  149:24
  155:12
**first-hand** 169:13
**fit** 97:21
**five** 55:3  164:19
**flights** 165:5
**flooded** 132:10
**flyer** 27:3  45:15  46:19  47:7
**flyers** 3:10  35:9  45:6,13,24
  46:9,16,17,23  47:2,5,9  48:4,5
  48:8,10,14  62:5,8,13  87:17,21
  87:23,23  88:3  110:20,22,23,25
  111:4
**follow** 47:12  74:7
**follow-ups** 177:13  179:14
**followed** 122:23  123:3
**following** 33:17,21  38:2  121:6
  124:17  161:24  162:21
**follows** 131:5  139:11  140:6
  151:12  152:2  157:10  164:2
  166:7

**foregoing** 181:3  182:3,8
**forgot** 67:16,17
**form** 5:8  23:11  34:7  35:18  36:13
  45:8  46:10  50:23  62:22  70:3
  73:2  76:8  77:25  82:2  86:21
  88:5  89:7  92:12  101:10,25
  107:18  111:10  114:4,14  125:6
  127:2  156:16,20  164:21  165:22
**formal** 57:14
**formed** 131:7  144:2
**former** 116:16  167:7
**forth** 157:17  161:11,12  179:24
**forty-** 164:18
**forty-eight** 103:14  104:2  105:25
**forty-five** 164:17
**forty-seven** 103:13,20
**forty-six** 166:6
**forward** 47:6
**forwarding** 91:20
**found** 86:13
**foundation** 1:5  7:5  40:16  42:9
  43:22  52:8  78:22  81:6  85:12
  85:17,20,23  86:5,11  90:15
  95:9,18  106:21  108:10  111:24
  112:8  123:5  142:11  159:24
  162:11  167:17  170:25  172:3,18
  173:13  176:17
**Foundation's** 158:25  159:11
**four** 30:22  137:14  162:18
**fourteen** 34:15  35:5  141:23
**fracking** 38:8,15  39:17
**free** 142:2,8,15,21  143:2  164:20
**Freedom** 2:4  95:11
**frequency** 26:6
**frequent** 24:10  38:22
**frequently** 125:13
**freshman** 17:11
**Friday** 53:15  98:22  160:24
**front** 2:20  72:4  104:17,17
  141:25  145:16  146:24  149:21
**frozen** 171:20
**full** 6:13  9:6  13:16  16:18
  135:13  136:18  156:8  169:8
  170:4,6,8,14,15  174:7  175:20
  175:22  176:10  178:5
**full-** 16:16
**full-time** 16:10,13
**fully** 82:5  169:10
**functioning** 34:23

**funding** 168:5
**funds** 165:21
**further** 5:7,10,13 130:15 140:16
**future** 35:3

**G**

**G** 3:2 9:13,18 10:2,4
**Gagliano** 20:19,20 75:23 76:2
  77:6 79:23
**Gallagher** 4:10 98:16,16 100:5
**Gallagher's** 100:19
**game** 63:8,11
**Geffery** 131:8
**general** 2:11 6:22 50:12 63:24
  89:22 100:12 183:12
**generally** 55:13 64:25
**George** 167:8
**getaway** 131:10
**getting** 28:22 32:23 33:3 128:23
  140:12 170:6,7,13 176:14
**give** 6:7 7:22 8:5 9:6 10:23
  11:15 17:22 66:4 122:14
  124:10 138:17 156:17 161:24
**given** 7:17 14:14 50:13 87:6
**giving** 7:25 125:22 182:6
**go** 9:15 11:20 15:10,13 16:15
  30:8,9 34:14 40:3 55:12 64:7
  66:24 84:20 90:4 96:12 103:10
  103:13 117:4 121:20 123:20
  131:3 136:18,23 137:13 138:6
  140:3 141:22 143:19 146:21
  147:13 150:19,23 151:2,10,25
  153:9 154:14 156:20 157:8
  160:5 163:21 168:16 170:12,25
  179:24
**goes** 60:6 93:7
**going** 6:7,25 10:21 11:5,5,12
  13:13,15 23:9 29:24 30:19
  42:5 47:8 49:12 55:5,7,7,8
  70:22,25 72:3,3 73:21 74:6
  83:5,7 84:19 85:9 87:5 90:18
  93:17 96:16 97:18 103:12
  110:13 121:22 129:3,4 131:21
  131:22 136:18 139:4,5 149:11
  151:13 153:9 168:13,17,18
  179:13,23
**good** 6:21 30:17 120:17 155:10
**government** 18:23 34:22 75:15
**graduated** 75:2 76:25 77:19 78:8
  78:9,10 81:22

**graduation** 17:3 78:14
**great** 9:3 55:5 98:9 99:6 160:11
**greet** 130:4
**greeted** 140:18
**grounds** 59:13
**group** 24:7,22,25 25:20 26:24
  27:7,10,20 31:17 38:12,12,13
  41:3 44:15,17,23 50:13 58:2
  62:25 64:25 81:3 101:3 103:5
  111:19 112:6,10 122:5 136:14
  142:25
**group's** 127:11
**groups** 28:14 54:5 63:5 99:5
  100:20 101:9,12,18,21 102:5,6
  102:13,20 122:21 123:2 126:10
  126:19 157:12,22 158:4
**growing** 93:5,25
**guarded** 61:2
**guess** 8:16 9:11 30:14 76:24
**guest** 55:12
**gun** 115:24 127:12,15
**guns** 115:25
**guys** 28:21 59:10

**H**

**H** 4:2
**H-A-Y-N-E-S** 77:9
**half** 133:24 134:2,14,20
**halfway** 92:17
**hall** 132:4,5 135:23 136:3
  144:14 145:6 146:8,12,22
  148:2 149:18 150:5,21
**hallway** 150:22
**hand** 6:6
**handed** 111:5 140:20
**handle** 170:4
**hanging** 27:3
**happen** 38:17 149:15
**happened** 38:18 41:20 42:2,3
  96:15 117:12 149:12,15 162:23
  162:24 163:15,17
**happening** 179:5
**hard** 91:8 93:18 119:12 138:11
**Harrigan** 23:20
**Harvey** 1:10 2:9 7:5 32:20
  102:18 118:17 143:13 153:19
**hat** 115:18
**Hayden** 29:13
**Hayes** 150:18 151:7,8
**Haynes** 77:8,11,24 79:9,12,16,18

**head** 37:10  90:6
**heading** 181:4
**hear** 8:8,10  36:16  52:18  65:21
  74:14  82:19  98:19  99:10
  101:16  107:11  115:5  117:24
  120:8  122:16  128:19,20  129:2
  130:6,8  131:18  134:21  135:6
  137:24  139:24  144:17,18  160:2
  162:13
**heard** 153:15
**hearing** 5:16  82:16  132:13
  138:12
**held** 18:6  26:4,5,8  35:17  36:21
  37:19  42:7  44:18  46:20  49:22
  52:24  53:20  56:22  94:4,17
  104:11,12
**helping** 135:19  140:15
**hereof** 181:4  182:6
**hereto** 182:5
**hesitate** 98:4
**high** 103:22  127:13
**Hines** 1:25  182:2,14
**hired** 130:24
**hiring** 165:6
**history** 15:6
**hold** 11:5  24:7  40:15  41:3  43:19
  85:16
**holding** 98:25
**home** 150:24
**honestly** 7:10
**honorarium** 165:4
**Hopefully** 54:2
**host** 39:15  49:12  87:5  166:8
  167:15
**hosted** 35:16  38:4  42:6  43:9,15
  48:25  49:10  51:21,24  52:5,14
  166:19
**hosting** 35:9  36:3
**hot** 110:19
**hour** 30:8  130:23  131:25  136:9
**hours** 129:24
**hovering** 56:19
**Huh** 30:13
**Huh-uh** 126:13
**hundred** 82:5  164:25  165:11
**hundreds** 132:8

---

**I**

**I-T-W-I-T-S** 63:15
**I.T** 29:19  55:9

**I.T.S** 104:17,18
**I'll** 152:18
**I'm** 9:10  23:16  85:3
**identified** 69:20  70:23  141:19
  149:9
**identity** 84:15
**imagery** 127:12,15
**imagine** 102:2
**immediately** 41:10  155:18
**important** 30:15
**impression** 123:9
**inaccurate** 106:20
**inactive** 171:25  172:9,14  173:2
  173:11
**inactivity** 171:21
**inappropriate** 179:25
**incident** 119:22  125:14  164:6
  175:16
**incidents** 14:19  69:25  109:11
**include** 127:14
**included** 127:11  166:22
**includes** 165:3
**including** 32:20  35:8,15  45:22
  48:24  58:7  102:14,21  103:6
  166:13
**inclusive** 182:10
**Index** 1:9  183:4
**indicated** 99:22  133:5
**individual** 1:11,13,14  64:12
  71:2  86:15  141:7,9,19
**individuals** 22:14  112:18  115:21
  133:6,16  134:20  148:4  162:18
  165:15
**inevitable** 131:6
**inform** 45:13  155:10  175:3
**informal** 44:2,4  64:24
**information** 35:10  49:2  52:6,14
  71:9  72:24  73:6,18  74:3,6
  75:4  76:5  83:23  85:8  157:11
  161:22,22
**informed** 174:5  175:2,5
**informing** 44:22  152:8
**INGRAHAM** 2:18
**input** 120:12  121:3
**insistence** 137:15
**instance** 29:5
**instruct** 59:13  66:14  67:2
  179:23
**Int'l** 182:11

800.523.7887

Associated Reporters Int'l., Inc.

Page 197

**intend** 16:24 23:8,10
**intended** 149:14
**interject** 60:2
**INTERNATIONAL** 183:2
**internet** 120:7,11
**internship** 18:23
**interrupt** 8:2 39:22 66:14 79:8
**interrupted** 109:9,15
**intersected** 130:5
**introduced** 149:10
**introduction** 139:16
**introductory** 94:4
**Investigator** 100:18
**invited** 40:8
**invites** 96:11
**inviting** 35:10
**involve** 56:25 57:17 60:21
**involved** 25:14 37:4 38:5 50:21
  51:15,18,19 54:5 57:2,16
  62:24 68:3 89:6 93:8 108:13
  113:14 178:10,14,25
**involvement** 28:5 63:18 85:24
  86:4,11 87:8,11 89:19 92:10
  143:8 155:5,8 178:20
**issue** 29:21 60:16 174:10
**issues** 99:3
**it's** 138:12 179:16

### J
**January** 12:22 164:5
**Jeff** 4:8 91:22
**Joe** 84:6 98:15
**John** 1:13 2:9,12 6:22 18:22,25
  19:10 20:10 25:12 28:20 32:14
  32:20 40:7 41:14 50:18 55:4
  64:13 67:11,15,21 68:6 72:13
  84:11,11 86:10 87:10 89:3,5
  93:12 98:23 102:24 103:2
  106:10,13 110:2,3 112:16,22
  112:22 113:8,16 115:19 117:15
  119:2,21 120:14,23,23 136:25
  139:14 143:16 153:2,20 155:17
  156:12 157:5 165:15,18 179:10
  183:6,13
**join** 21:11
**joined** 21:14 22:5 24:3,8 35:14
  36:4 45:4,21 48:23 57:8,9
  67:19 74:24 76:21 77:13,15
  122:4
**joint** 36:8

**Jon** 1:6 21:18 22:16 137:2
**Joseph** 4:10 98:16
**July** 31:18 33:21 160:24
**junior** 17:11,13
**justice** 140:16

### K
**K-E-S-S-L-E-R** 80:13
**K-N-** 63:14
**Kannappan** 86:16,19
**Kastanza** 23:19
**keep** 132:14
**kept** 113:7
**Kessler** 80:13,15 81:12,15,16
  83:21 84:4
**Kestecher** 21:20,21,22 22:2,19
  68:19 70:2,13 84:12 110:3
  112:16,23 137:2
**Kevin** 23:18 29:13 137:11
**kind** 7:18 53:21 85:16,24 98:5
  110:12 115:19 116:10
**knew** 68:3
**knit** 63:13,14
**Knitwits** 63:7,12
**knocked** 156:8 168:25
**know** 8:8,10,17,18,19,20 14:8,15
  16:9 17:10 19:20 22:3,19
  29:20,25 30:20 33:23 35:21
  37:25 40:8 41:14,18 43:12,14
  44:14,25 45:2,19,21,21 47:6
  48:13,18 49:9 50:11 51:3 59:7
  60:7,9,11 64:16,17 65:8 66:10
  67:6,6,7,11 68:3,19 69:8,12
  70:12,25 71:4,10 72:9,11,15
  72:24 73:5 74:18 75:3,21 76:7
  76:17 77:2,8 78:2,5,7,10,13
  78:20 80:9,12 81:4 83:23 84:6
  84:25 85:7,13,25 86:2,3,6,15
  86:20,22,23 89:2,3 92:5,7,25
  94:16 95:15,20,25 96:2,3,19
  97:25 98:4,15,17,20 99:5,13
  99:15 100:16,22 101:8,20
  104:11,19,21 107:3,5,15,19
  108:5,16 109:5,7,24 110:9
  111:3,4,6 112:13 113:2,5
  114:3,5,13,20 115:18 116:6
  118:3,6,13,15,16,18,22 119:2
  119:3,5 120:23 121:2 123:2,16
  124:2 125:3,14,19,20 127:15
  127:20 133:9,10,13 135:18

136:12,17 137:8 141:14,18
142:12 143:10,12,13,15,16,18
145:13 147:3,11,17 148:3,20
148:21 151:21,24 153:12
155:24 157:4,7 160:3 161:2
162:9,17,22,24,25 163:2
165:10,14,23 166:5 168:13
169:21,22 170:4 171:7,11
172:22 173:5,7,10,14 176:12
177:3,4,9 178:12,17
**knowledge** 8:21 34:5 69:21,24
101:5 102:11,16,18,23,25
107:7,16 109:21 124:5 125:24
126:9 127:4,8 133:5 153:24
154:6,11,17 155:4 156:11
157:17,21,24 158:2,7,19,22,24
159:3,5,8,10,12 166:3 169:14
171:23 173:23 176:9 177:7,18
177:21 178:9,14,19,25
**known** 44:16,18 64:19 67:14
68:21 103:23 122:5
**Kotlin** 131:8
**Kreme** 125:22
**Krispy** 125:22
**Kyle** 3:12 4:20 72:9,11,22,25
73:6,12,15,19 74:3 80:6 160:7
161:2 162:15 171:16 173:25

---

**L**

**L** 3:9
**Lacey** 21:18,21,25 22:2,19 68:19
68:22,25 69:4 84:12 110:2
112:16,23 113:21 114:15
115:17 136:25
**lack** 42:8 43:21 52:7 94:23
142:10 159:23 162:3 170:21,24
172:17 174:12
**Lacy** 69:25 70:13
**Laffer** 39:10 40:14,22 41:2,4,22
46:7 52:4,13 54:22 70:17,20
71:13 75:6,7 76:11 84:2,14,16
84:24 85:25 86:5,12,19 87:3
88:12,13 90:15 95:11,11,11
96:5,7,21 102:15,22 103:6
108:4 110:23 111:5 121:15
128:4 129:11,24,24 130:5,23
131:10 132:2,8,21 133:2,17
134:3,15,19,24 135:23 136:2,9
136:13 137:10 138:24 139:13
139:16 140:6,10,13,15 142:9

142:17,19,21 143:11,14,17
144:13,20,24 146:18 148:23
151:16,18,24 164:6,21 166:8
167:23 168:22
**Laffer's** 131:8 165:3
**Laran** 21:17
**large** 43:10
**Larry** 37:6 38:2
**LAW** 2:18
**lawsuit** 7:2,7 56:23 57:7,10,13
57:15 64:8 65:25 66:4,5 68:15
69:18 71:23 72:5 81:17
**lawyers** 58:23,24 59:2,8 72:4,6
72:7
**lead** 8:9
**leader** 25:20
**leaders** 1:16 93:6 94:2 101:2
**leadership** 35:2
**lean** 101:13
**leaning** 101:19
**learned** 154:19 155:3 174:24
**leave** 18:21 68:12 78:16 81:21
150:15
**lecture** 132:4,5 135:23 136:3
144:14 145:6 146:7,12,22
148:2 149:18 150:5,21
**led** 146:15 161:19
**left** 18:22 19:10 65:8,10 77:2
81:20,23,23 82:6,9,12 144:20
144:20 145:5 146:18,18 150:6
150:8,10
**left-leaning** 101:4
**legal** 9:23,25,25
**legislation** 63:19,20
**let's** 11:20 12:2 15:5,5,23
24:21 34:14 35:25 39:13 64:7
103:9 105:23 114:23 117:4
119:11 121:20 129:21 131:3
137:13 138:6 140:3 141:22
143:19 149:19 151:10,25 157:8
160:5 164:16
**letter** 74:7
**levels** 34:22,25
**LH9** 99:2
**Li** 112:16
**Libertarian** 37:10
**library** 52:25 53:4 54:9
**Life** 166:23
**limited** 162:6

800.523.7887                                              Associated Reporters Int'l., Inc.

line 4:18 170:2
lined 132:4
link 55:8
list 21:12 136:18
listening 29:14
listing 27:4
LISTSERV 27:3,5 44:21 73:17
litigation 56:12
little 35:25 70:5 91:17 94:3,21
  94:25 95:3,6 96:16 97:21
  119:12 135:11,14 139:5 157:19
  160:6 179:7
live 11:25 12:9,11,12,16,20
  13:2,5
lived 10:19,24 11:15,21,22 12:4
  12:5,14,18,23
living 12:8
Lizak 1:6 21:18 22:16 64:14,16
  64:18 65:16,25 69:3,3 72:14
  84:12 91:20 112:17,22 115:19
  137:2,4 164:4 179:10
lobby 53:2,8 54:16
local 34:24 35:23 101:2
located 50:4 103:16 114:3 119:5
  149:17 151:12
location 94:24
Logan 21:22,24 22:17 23:16 71:2
  71:4,10,15,19 137:5,6 179:6
long 10:18 12:12,20 15:7 64:19
  67:14 68:21 159:14 180:6
longer 69:15 72:14 168:4
look 29:7,8 90:24 91:10,14
  97:19 114:23 115:11 119:11
  149:4,5 150:5 171:14
looked 114:8 120:17
looks 115:19 116:24 160:12
losing 44:19
loss 31:22,23
lost 10:25 11:2,13 41:18
lot 25:5 124:3 146:19 149:8
lunch 128:10

---

**M**

ma'am 6:21 7:7 31:7 35:12 43:3
  52:18,21 91:25 95:2,13 98:13
  99:7 104:8 109:4 111:20
  115:12 120:9 122:8,24 126:21
  127:18 128:17 129:16 130:6,25
  131:5,12,16 132:11,16 134:11
  134:21 137:19 139:17 140:25

142:3 144:4,15 152:13,20
  157:14 158:16 160:2,14,20
  162:7,13 164:10 165:8 166:16
  180:5
Madam 138:14
mailing 165:7
maintain 27:10,20,24 28:4 62:20
  162:6
maintained 3:10 19:21 26:12,16
  26:20 27:15 32:14 46:22,25
  47:10
majority 57:3 140:18 149:5
making 25:17 74:11,12 172:9
man 140:13
manager 20:3 23:18
March 1:21 46:8
marked 4:3 13:17 97:11 114:25
  155:6 157:5
marketing 165:7
Martha 12:18,21 13:6
mask 133:23 141:15
masks 133:17,24 134:4,21 141:11
  149:6
materials 143:6,8 165:7 182:11
Mathematics 17:8
matter 55:23 56:8 69:21 103:11
  145:20 173:8
McCarty 84:6
McGee 166:22
meals 165:5
mean 17:10 29:3 30:4 31:10,12
  31:21 58:13 95:20 101:13
  102:6 106:24 153:9,18 168:24
  169:3
meant 28:11 80:24,25
Medal 95:11
media 20:2 23:18 79:15,17,19,22
  84:4
meet 24:22 25:2 55:23 56:6
  57:21 100:4 150:17,20
meeting 26:16,24 38:21 41:24
  44:2,4,19,23 45:16 46:20
  49:12 57:15 62:10 63:23,24
  64:24 94:4,17,25 95:3 99:16
  100:12,13 129:18,20 130:11,25
  164:7,13,15 174:4,4
meetings 24:8,11 25:8,15 26:3
  26:12,23 41:3,3,11,22 43:19
  44:15 45:14 46:15 56:22 79:4
  99:18 132:20,23

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 200

megaphone 140:20 141:8,15,19
  143:23 144:2
member 17:20 18:3 23:25 28:13
  33:24 49:7 63:6,9,22 64:4
  65:6 67:18 68:10 69:5,7 74:4
  74:22,23,25 76:18,19,23 77:12
  77:17,24 78:4,14 80:16,18,19
  81:3,19 140:7 143:21 148:18
  171:17 172:4,7
members 20:24,25 21:5,8,10
  23:15 24:4 31:7 33:6 34:20
  56:15,17 57:21 82:21 99:4
  101:6 112:19 132:9 133:7,10
  133:14 143:25 145:9 148:7,20
  150:25 161:11 162:19
members' 83:2
membership 17:23 57:7 85:17
  93:6 94:2
mention 146:3,5
mentioned 67:12 68:13,18 69:15
  71:2 75:22 84:19 108:12
  111:19 116:5 123:9,11,16,24
  136:25 168:21 173:16 174:23
message 166:15
met 67:17 118:10,12,19,21
  129:12 130:24 153:16 164:4
  172:15,24
microphone 130:14 135:12,15
middle 9:10 39:23 98:23 121:11
Miller 73:25
mind 115:6
minds 115:2
minute 28:21 88:20
minutes 26:11,14,16 135:2 140:7
  143:23 149:13 150:14
mischaracterizes 174:15
missed 99:18
misstates 108:20 134:5
modern-day 140:17
moment 28:15 32:14 41:19 49:8
  90:25 106:8 120:21 122:13
  123:25 138:18 148:13 160:13
  162:16
Mon 53:14,14
Monday 53:14 129:11
money 53:21,23,25
Monique 1:25 8:6 13:9 28:17
  29:12,16 64:9 97:9,9,20
  103:13 129:6 139:9 163:22
  182:2,14

Monique's 29:11 93:17
month 10:20
months 38:24,24
Moore 2:12 3:4,6,10,12 6:18,20
  6:22 11:4,10 13:9,12,23 16:3
  16:4,6 23:13 28:17,23,25 29:6
  29:12 30:4,13,18 34:9 35:19
  36:15 39:22,25 40:17 41:5,7
  41:12 42:10,25 43:7,23 45:10
  46:3,12 47:12,15,18,21,25
  49:5 50:24 52:9,17 55:2,11,17
  56:5 59:4,15,17 60:4,16,24
  61:11,13 64:9,11 65:20,23
  66:17 67:9,10 70:7,8,18,21
  72:8 73:4,9,10,21 74:9,11,15
  74:16,17 76:9 78:2,6,23 81:7
  81:9,10 82:3,7,18 84:18,21
  86:24,25 88:8,10 89:11,12,18
  90:20,22 91:8,9,15 92:15
  93:16,20 95:23 96:2,4,25 97:8
  97:23 98:10,11 101:14 102:8,9
  103:12,15 105:22 106:25 107:2
  107:21,22 108:14,15,19,21,24
  109:2,14,19,23 111:11,16,18
  112:4,11,12 114:6,7,18,19,23
  115:4,8,10 121:10,18,19
  122:16,18,19 123:14 125:7,16
  127:3,9,18,22,23 128:9,14
  129:6,8 130:20 134:7,9 135:10
  135:21 136:17,21,22 137:3
  138:9,22 139:8,10 142:13
  147:14,18,20,22,24 154:12,14
  154:25 156:24 159:21,25
  162:12 163:21,25 165:25
  167:18,21 168:2,7,11,16
  170:21,24 171:10 172:3,17
  173:13 174:14 176:17 177:12
  177:16 179:15,19 180:2,4,9
  183:6,13
Mora 137:11
morning 6:21 104:22 110:7
  155:10
morphed 83:15
motivated 158:12
move 24:21 126:20 129:21 164:16
moved 10:20 12:6 66:10
movie 38:9,25
Multicultural 177:2
multiple 14:9 25:17,24 82:21

**murdered** 140:12

**N**

**N** 3:2,2 4:2
**name** 6:13,14,21 9:6,8,10,15,16
   9:20,23,25 20:17,18 21:19,23
   22:3,7,8 39:20 40:6 67:12
   68:18 74:18 75:24 77:8 80:9
   80:12 84:6 87:6 94:14 124:8
   125:17,19 137:4 145:13 153:15
   176:23 183:4
**named** 64:12 86:16 91:22 111:19
**names** 10:8 21:16 22:4 82:23
   83:2 85:6,8 147:3 148:3
**national** 34:24
**near** 146:23
**nearby** 129:25
**nearly** 143:23
**necessarily** 28:2
**necessary** 9:2 162:5
**need** 11:17 40:19 47:20 50:15
   57:4 66:13 74:9 90:24 98:6
   119:13 126:2 128:20 131:10
   139:8 154:23,23 179:19
**needed** 33:10 145:23
**needs** 135:15
**Nelson** 3:13 4:20 72:9 73:15
   80:6 160:7 161:2 162:10
   171:16 173:25
**Nelson's** 74:3
**never** 57:14 66:4 71:22 118:21
   149:14 153:16 160:21
**new** 1:3 2:11,14,21 6:23 7:3
   10:17 11:24 12:7,19 19:11
   22:12 31:4 75:15 161:19 162:4
   164:8 166:25 183:12,14
**night** 38:10 39:2
**nine** 138:7
**nineteen** 4:17 97:16 121:21
   126:15 129:5
**ninety** 130:2
**ninety-** 136:7
**ninety-eight** 131:23,25
**ninety-four** 130:21
**ninety-nine** 131:23 132:7 133:5
   136:8
**ninety-one** 97:14
**ninety-seven** 131:4,5
**ninety-three** 165:2,12
**non** 145:18

**non-students** 132:9
**non-uniformed** 145:18
**North** 2:6
**Northern** 1:3 7:2
**notary** 5:12 181:11 183:9
**note** 34:18
**noted** 180:3 181:4,6
**notification** 77:22
**notified** 126:16
**November** 9:15,23 11:16,21 12:8
   14:19 32:6,8 35:16 39:6,10
   40:13,22 42:19 43:13,19 45:5
   45:23 46:6 47:3 48:24 51:21
   51:25 52:4,12 67:23 84:10,16
   85:21 95:13 96:7,8 103:21
   108:9,17 109:13,25 112:15
   113:4 116:3 117:7,25 118:14
   118:23 119:6,21 124:7,12,17
   125:4 126:11 129:11 133:14,18
   144:24 145:10 146:8 152:12
   153:10 155:16,24 168:3
**number** 7:6 59:22 60:8 66:3
   73:15 75:20 77:6 79:15 83:20
   92:17 93:23 95:7 182:9 183:4

**O**

**O** 3:2,2
**o'clock** 94:6
**O'Sullivan** 23:17
**oath** 55:19 128:17
**object** 50:23 59:12 66:13 101:24
   108:24 109:18 147:21
**objecting** 73:24
**objection** 16:2 23:11 34:7 35:18
   36:13 40:16 42:8 43:21 45:8
   45:25 46:10 49:3 52:7,16 59:5
   59:16 60:5,17 62:22 65:19,20
   70:3,15 71:24 73:2,7 76:8
   77:25 78:22 81:5,5,25 82:13
   86:21 88:5 89:7,15 92:12
   95:18 96:23 101:10,24 106:21
   107:18 108:10,19,22 109:15,17
   111:10,24 112:8 114:4,14
   122:9,14 123:5 125:6 127:2,6
   127:16 134:5 136:15,23 142:10
   147:12 156:16,18,20 159:20,23
   162:11 165:22 167:17,25
   170:21,24 171:10 172:3,17
   173:13 174:14 176:17 179:12
   180:3

objections 5:7 122:12
observe 133:16 146:11
observed 146:16,17,19
obtain 104:5 106:4,18 157:13,22
 158:4,13
obtaining 106:7,9
occasion 48:14 51:6
occasionally 15:12 35:23
occasions 14:9 108:17 167:11
occur 26:25 37:12 42:17 65:12
 100:7 144:17,18
occurred 10:22 14:19 26:21
 38:18 48:14 100:9 110:10
 117:6 126:24 127:5 131:16
 132:16 136:7,8 137:22 139:20
 141:4 142:6 144:7 163:10
occurring 26:25 27:2 37:14 38:4
 127:8
October 23:2 36:7 87:6 91:24
 93:22 94:5,10,25 95:3 98:22
 99:2,14 167:16
oddly 30:10
office 2:11 6:23 19:12 23:9
 27:21,23 29:14 65:11 176:22
 183:12
officer 44:7 69:13 100:4 145:14
 145:15 146:13
officers 117:21,24 130:4 139:3
 140:22 146:17 162:4
offices 18:7 19:21
official 1:11,13,14 27:14
 119:20 163:19
officially 15:13 45:19
oh 11:4 12:5 24:2,9 28:10 36:18
 40:4 52:21 80:24 98:7,9,20
 107:19 113:24 121:13 130:8
 137:2 154:20
okay 6:16,18 7:9,13,21 8:13,14
 9:4,14,19 10:3,7,11,18,21
 11:5,11,25 12:9,12,16,20 13:8
 13:24 14:14,17 15:5,15,23
 16:4,18,22 17:2,5,9,14,19,22
 18:2,10,14,17,25 19:4,7,10,14
 20:9 21:6,15 22:2,9,21 23:12
 23:24 24:3,21,25 25:7,19 26:2
 26:15,23 27:4,16 28:3,8,12,16
 28:19 29:10,17 30:4,13,16
 31:9,13,17,20,25 32:8,11,15
 32:18 33:2,14 34:4,12,14
 35:14,25 36:8,11,20,25 38:2

38:11,14,20,25 39:4,9,19 40:2
40:9,13,21,25 41:9,16,21 42:4
42:13,22 43:5,8,12,18 44:24
45:20 46:6,13 47:8 48:17 49:6
49:13,18,24 50:15,20,25 51:5
51:12,15,19 52:3 53:12,16,20
53:24 54:4,8,12,18,25 55:21
56:10,17,21 57:6,19,25 58:5
58:10,21 61:11,19,23 62:4,12
62:19 63:10,14,21,25 64:6
65:3,20 66:6,17 67:3,4,9,14
67:20 68:5,9,18,24 69:4,17
70:7 71:14 72:21 73:9,20
74:13,16 75:3,8,22 76:13,17
76:23 77:23 79:7,22 80:3,19
80:22 81:2,9 82:3 83:11,19
84:3 85:9 86:15,24 87:7,11
88:8,21,25 89:5,11 90:13,18
91:4,9,12,14,16 92:3,6 94:16
94:21 95:6,23 96:2,18 97:2,6
98:10,15,21 99:10,13,21
100:14,18 101:20 102:8,17,24
103:9 104:10,14,19,23 105:6
105:10,19 106:12,17,25 107:15
108:6,14 109:8,19 110:6,12,22
112:11,18 113:2,6,14 114:6,18
114:23 115:14,20 116:7,22
117:3,13,16,19 118:22 119:9
119:15,17 120:4,12,16,18
121:5,9,18 122:18 123:15
124:4,16 125:2,23 126:8,14
127:10,22 128:3,6,9,16,19
129:2,21 130:10,21 131:3,20
131:20 132:13,19 133:9,20
134:13,18,23 135:9,20,22
136:2,6,12 137:8,13 138:2,6
139:4,19,22 140:3 141:7,14,18
142:20,23 143:7,10,19 144:9
144:23 145:2,8,12,17 146:3,7
146:21,25 147:8 148:9,14,22
149:11,22 150:3,9,11,19,23
151:2,10,19,25 152:15,18,22
153:4,12,17,23 154:5,14,22
155:9,19 156:5,10,19,25 157:4
157:8,20 158:2,8 159:14,17
160:5,11,11,16,19,23 161:10
162:17,23 163:3,10,18,20
164:16 165:19 166:2,6 167:4
167:14,22 168:6,16,21 169:3,9
169:17 170:7,17 171:6,13,15

171:19,23 172:7,12,23 173:9
173:16,22 174:9,19 175:5,10
175:21,24 176:5,8,13 177:6,10
177:22 179:6 180:8
**older** 149:8
**once** 25:24 38:23 49:16 53:2,6
132:7 152:5 166:7
**one-semester** 161:25
**one-thirty** 151:11
**ones** 38:16
**op-ed** 179:10
**open** 138:24
**opened** 132:8
**opposed** 27:24 172:2
**oppressed** 140:11
**oppression** 140:16
**order** 33:7,8,10 125:21 126:3
**organization** 1:15 17:23 18:3,7
22:22 31:3,15 34:2,23 35:7
36:4 47:2 65:9,16 69:13 77:3
78:17 81:19 86:8 112:2,14
122:3 123:7 125:9,11,14,18,20
170:15 172:9 173:10
**organization's** 169:24 170:3
**organizations** 83:9 104:4 106:3
123:13,18 124:3,5,9,11,19
125:4 170:18 171:3,4
**organized** 24:13 26:23 42:14,18
42:20 90:11 103:22
**organizing** 50:21
**original** 5:13,17
**outside** 71:15 72:5,6 122:22
132:4 133:21,22 135:3 137:24
138:3 146:15
**overall** 161:23
**overarching** 66:18
**oversee** 161:20
**Overspeaking** 96:24 122:10

### P

**P** 3:2
**p.m** 1:22 128:12 138:20,21
180:13
**packed** 132:4,10
**page** 13:10 30:22 64:8,10 92:17
94:22 98:23 103:17,17 104:3
129:4,23 131:21,21 144:10
151:13,13 163:23 182:5
**pages** 182:9
**paid** 165:10 166:3

**pandemic** 16:15 124:22
**paper** 179:11
**paperwork** 37:23 50:9
**paragraph** 28:18 29:9 30:20,21
34:14,17 35:5 103:20 104:2
105:24 108:7 117:4 121:23
129:5,9,22,23 130:2,21 131:3
133:5 137:13 139:7,12 141:22
144:9 151:11 152:2 157:8,10
157:17 158:8 163:21 164:3,16
164:18 165:13 166:4,6
**paragraphs** 103:13 130:6,22
131:23 132:11 136:7 138:7
140:3 143:19
**parentheses** 30:25
**Park** 94:18,20
**Parkway** 11:23
**part** 13:22 30:15 57:24 92:18
93:4,11,14,23 94:7 116:12
173:3
**part-time** 16:10
**participated** 51:8
**participating** 164:22
**particular** 26:6 101:21
**particularly** 7:23 14:9,11,13
100:12
**parties** 5:4 60:14 183:10
**party** 34:19,24 35:4,11 37:10
130:3
**pass** 168:18
**passed** 49:23 110:7,13 114:8
**passwords** 161:23
**pause** 122:13
**paying** 114:16 116:5
**Peace** 50:5 123:21
**pedestrian** 103:25
**Pelletier** 1:13 2:10 6:25 32:21
102:25 103:2,8 119:2 129:15
140:21 143:17 144:11 153:20
164:23 166:10
**pending** 8:25 11:13
**Pennsylvania** 40:6
**people** 21:14 22:5 25:17,24
29:15 37:21 44:22 45:13 82:17
82:19 85:7 89:10 112:22 134:3
136:8 141:10 149:5 151:23
**percent** 82:6
**perform** 164:19
**period** 18:10 20:22 23:5 72:15
76:18 77:23 159:22 170:14

800.523.7887

Associated Reporters Int'l., Inc.

**periods** 16:8
**permission** 90:12
**permit** 104:6 106:4,7,9,11,14,18
  107:8,14 108:18 109:12 123:11
  123:13,18 124:3,6,12,20 125:5
  125:15,25 126:5,11 158:13
  166:12 176:14,24
**permits** 124:25
**permitting** 164:22
**person** 25:25 29:19 51:4 55:9
  75:23 115:18 118:20 153:13
  175:2 176:22
**person's** 39:20
**personal** 8:21 28:7 34:5 65:2
  69:21 85:4 102:10,17,25 107:6
  107:16 124:4,5 125:23 126:8
  133:4 153:23 154:5,11,17
  155:4 157:16,21 158:18,21,23
  159:2,4,7,9 166:3 176:9
  177:17,20 178:9,13,18,24
**personally** 28:3 64:17 66:5 67:6
  82:10 84:25 104:23 118:21
  127:19 133:11,14 137:9 162:22
**persons** 134:14
**pertains** 26:17
**petitioning** 125:10
**Phil** 47:18 73:24 74:12 111:17
  128:9 179:16
**Philip** 2:5 55:2 136:19
**Phillips** 167:8
**phone** 73:14 75:20 77:5 79:14
  83:20
**phonetic** 21:17 23:19 80:10
**photo** 115:11,12,15 116:9,23
  127:20
**photograph** 4:16 114:24
**photographer** 165:7
**phrase** 154:16 183:16,17,18,19
  183:20,21,23
**physical** 87:23
**pick** 115:24
**picking** 130:17
**picture** 115:24
**pictures** 118:8 142:22
**Pinkerton** 130:24 144:13
**place** 12:23 19:8,17 33:12 38:15
  53:7 181:4 182:4
**plainly** 109:16
**plaintiff** 1:8 7:4 30:23 56:11
  66:7,11 85:11

**plaintiff's** 55:22 56:25 57:17
  64:13 70:24 164:3,20 166:15
**Plaintiff's** 97:17
**plaintiffs** 2:3 17:15 56:7
  129:12 164:24 166:9
**Plaintiffs'** 166:7
**planning** 94:24
**please** 6:6,13 8:18 28:18 39:22
  103:14 107:12 160:14 163:22
  181:5 183:8,9
**PLOT** 1:17 99:4 100:19,22,24
  102:13,20 103:4 132:3,10
  133:7,13 138:4 140:9 143:22
  143:25 166:13
**podium** 140:6 149:19,21,25
**point** 8:22 12:10 16:23 19:12
  29:24 61:8 66:13 69:10 72:5
  105:2,14,16 110:7 111:9,20,23
  111:25 112:14 113:4 114:2,12
  114:16 117:20 122:5 123:6
  130:14 146:8 149:18
**police** 62:13,16,17,20 100:15
  117:21,24 145:9 148:12
**policy** 140:23 144:12 152:11
  158:12 166:11 172:8 177:18
**political** 34:25 87:14 101:13,19
  148:8
**politician** 35:24
**politics** 101:4 102:7
**popped** 11:4
**portion** 64:13
**position** 59:8 64:2 85:17
**possession** 74:5 156:13
**post** 4:12,18 19:5 45:12,15
  46:17 119:19
**posted** 45:6,24 46:8,16,19 47:2
  47:7 120:6,10
**posters** 127:12,14
**posting** 35:9 48:3
**practice** 96:10 123:12,17 180:3
**precedent** 59:12
**preparation** 35:3 143:8
**prepare** 55:24 58:11,18 59:21
  60:19,20 61:16,20,25 90:15
**prepared** 62:5 110:25 142:9,16
  182:10
**presence** 71:15 72:6 182:4 183:8
**present** 11:16 42:6 46:7 47:3
  49:13,16 50:6 52:4,13 54:22
  76:22 96:7,20,22 100:2,15

104:24 117:6,19,21 118:13,23
119:6 124:18 126:23 129:18,19
130:10,19,25 132:16,19,23
134:3,14,19,20,23 136:4,10,13
137:10,21 139:19,23 140:18
141:3,6 142:5 143:11,14,17
144:6,19 164:12,14
**presents** 140:18
**presidency** 26:3
**president** 1:6,10 4:14 18:9,9,11
18:12,18,20 19:2,5,12,24,25
20:4,5,7,7,10,13 22:17,18,22
22:25 23:2,16,17 25:12,21
32:7 42:15 43:13 47:5,6 48:4
48:7 49:17 57:19,20,22,23
62:15 65:16 71:7 72:13,14,16
86:7 92:19 94:11 113:6 116:17
118:16 119:21 139:14 142:25
145:23 152:25 174:2,8 177:25
**Presidential** 95:10
**pretty** 55:11 97:22
**prevent** 140:24
**prevented** 48:3 162:4
**previous** 97:15 161:15,17
**previously** 68:13 97:11 104:5
106:3 114:25
**primarily** 35:6
**principles** 34:19 35:12
**prior** 13:18 88:23,24 99:21
108:13 114:25 142:9,16,18
149:13
**private** 165:4
**privilege** 61:3,5
**privy** 33:24
**pro-choice** 115:24
**probably** 9:12 29:21 40:7 55:6
69:2 98:6
**problem** 29:22
**Procedure** 5:5
**procedures** 89:23 122:23 123:3
**proceed** 11:14 77:20 128:16
**proceeding** 7:18,23
**process** 33:12 89:20 106:6,9
170:12
**product** 59:7,14 60:9
**professional** 126:16 156:9
**progressed** 21:7
**Progressive** 1:16 101:2
**progressives** 1:15 83:14 102:3
132:3,6,10 133:7,10 140:8

143:22,25 148:18,21 166:13
**projected** 17:3
**promote** 34:19 49:23 53:21
**promoted** 48:12 87:13
**promotion** 87:9,12 110:21
**promptly** 139:13 146:14
**pronounce** 21:18
**proper** 152:11
**properly** 122:23 123:3 169:6
**protect** 164:20
**protective** 144:2
**protest** 110:13 117:6,10
**protesters** 133:22 139:3 146:15
146:16
**protestors** 135:3 138:4 150:15
**provide** 73:22 85:6
**provided** 132:5 142:15 182:12
**providing** 139:15
**provisional** 169:2,4,6 170:10,13
172:2
**provisions** 170:4
**provocative** 127:12
**proximity** 111:8
**public** 5:12 181:11 183:9
**punishment** 158:10
**purpose** 34:18 35:6
**pursuant** 5:6 140:23 144:12
**put** 11:5 13:9,16 47:15 64:9
90:20 97:10,17 129:7 152:18
171:25 173:10 176:10
**putting** 47:23

**Q**

**Quad** 50:5 123:21
**question** 8:7,12,25 11:12 13:25
16:3,9 33:19 34:8 40:20,25
52:18 59:5,6 60:5,6,15 61:8
61:14 66:25 68:5 69:23 70:5
88:7 92:6 93:17 94:6 95:2,21
97:3 102:24 104:14 105:21,24
108:23 109:3,9,16,17,18
111:14 122:13 124:17 125:3
127:14 130:7 134:10 138:23
147:20 151:14 154:10,24
162:15 179:16,17
**questioning** 179:14
**questions** 5:8 7:2,10,24 13:17
34:17 52:11 91:2,11 98:2
140:5 160:15 168:8,10,14,14
177:11

**quick** 131:10 177:12
**quickly** 9:5
**quite** 98:19 125:13 128:19

## R

**R** 3:2,9
**R-E-I-G-N** 9:20
**R-E-I-N** 6:15 9:9
**R-E-S-C-I-N-I-T-I** 167:4
**racial** 140:16
**radio** 146:14
**raise** 6:5 53:21,23,24
**Raj** 86:16
**random** 25:4
**randomly** 123:21
**rare** 45:12
**rarely** 45:12
**re-** 55:9
**re-ask** 11:12
**re-charter** 171:4
**RE-DIRECT** 177:15
**re-register** 171:3,20 172:10
  174:24
**re-registered** 174:13
**reached** 66:2
**read** 5:10 30:19,21 31:7,8 34:16
  35:12 70:9 91:2 95:13 99:6,11
  103:19,19 104:8 105:25 122:2
  122:24,25 126:20 129:9,15
  130:2,5,9,18 131:12,13,24
  132:11,12 137:14,18 138:10,14
  139:5,16 140:4,25 141:2,24
  142:3 143:21 144:3,5,10,14
  152:12 155:9 157:13 158:9,16
  160:13,15,18 162:7,8 164:10
  164:17 165:8 166:15 179:9
  180:5 181:3 183:8
**reading** 60:25 98:5 141:16
**reads** 34:17 35:5 103:21 104:3
  129:23 130:22 131:5 139:11
  140:5 144:11 151:12 152:2
  157:9 164:2 166:7
**ready** 9:5 77:20 128:15
**really** 30:14 38:9 93:18 112:2
  124:23
**reapply** 170:8,11
**reason** 7:9 81:22 82:6 174:20
  175:16
**reasonably** 166:9
**reasons** 79:4

**reassembled** 18:22
**recall** 22:18 39:3 41:21 42:2
  49:8 69:11 73:3 76:12 78:12
  80:2 81:8 82:22 83:4 100:10
  100:17 110:11 111:21 116:21
  148:16 151:9 161:9
**receive** 32:11 90:8 170:15
**received** 16:22 106:24 121:16
**recertified** 171:8
**recertify** 170:19
**rechartered** 81:19
**recipients** 91:23
**recognition** 31:23
**recognize** 13:25 14:3,5,7 75:23
  92:3 94:13 115:12,14 119:15
  119:18,25 120:3 148:18 152:20
**recognized** 32:3 33:7 44:3,6
  122:6 141:13
**recollection** 93:7
**record** 6:5,13 8:5 11:7,9 27:25
  30:20 34:16 47:9,23 55:14,15
  55:16 65:21 73:22 74:10 97:13
  97:18 103:19 106:2 111:15,17
  122:2 128:11,12,13,16 129:10
  131:24 137:14 138:20,21 139:6
  140:5 141:24 143:21 144:10
  158:9 164:18 181:3 182:10
**recorded** 135:13
**records** 26:12,19 27:20,24 28:2
  36:11 47:7 50:9
**recounted** 149:12
**red** 115:18 147:6
**redirect** 3:6 179:19
**reestablish** 162:20
**refer** 28:2 47:4 119:24 141:8
**reference** 39:2
**referred** 101:9,21 110:20 113:16
**referring** 13:13 92:24 93:2
  96:10 99:14,16 101:18 102:3
  105:24 108:6 116:25 121:14
**refers** 92:17 100:19 171:19
**refused** 126:20
**regain** 33:20
**regard** 60:9
**regarding** 8:21 26:12,16,20 28:4
  32:12 36:12 37:24 50:10 73:19
  82:12 102:11,18 119:21 166:3
**regards** 152:11
**register** 171:25

**registered** 31:2 174:4 175:19
  178:5,11
**registration** 174:6 178:20
**regular** 24:7 26:11
**regularly** 15:18 24:22
**Reid** 164:8
**Reign** 6:11 10:9
**Rein** 1:1,20 2:1 3:1,3 4:1 5:1
  6:1,14 7:1 8:1 9:1 10:1 11:1
  12:1 13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1 28:1 29:1
  29:8 30:1,19 31:1 32:1 33:1
  34:1 35:1 36:1 37:1 38:1 39:1
  40:1 41:1 42:1 43:1 44:1 45:1
  46:1 47:1 48:1 49:1 50:1 51:1
  52:1 53:1 54:1 55:1 56:1 57:1
  58:1 59:1 60:1 61:1 62:1 63:1
  64:1 65:1 66:1 67:1 68:1 69:1
  70:1 71:1 72:1 73:1 74:1 75:1
  76:1 77:1 78:1 79:1 80:1 81:1
  82:1 83:1 84:1 85:1 86:1 87:1
  88:1 89:1 90:1 91:1 92:1 93:1
  94:1 95:1 96:1 97:1 98:1 99:1
  100:1 101:1 102:1 103:1 104:1
  105:1 106:1 107:1 108:1 109:1
  110:1 111:1 112:1 113:1 114:1
  115:1 116:1 117:1 118:1 119:1
  120:1 121:1 122:1 123:1 124:1
  125:1 126:1 127:1 128:1 129:1
  130:1 131:1 132:1 133:1 134:1
  135:1 136:1 137:1 138:1 139:1
  140:1 141:1 142:1 143:1 144:1
  145:1 146:1 147:1 148:1 149:1
  150:1 151:1 152:1 153:1 154:1
  155:1 156:1 157:1 158:1 159:1
  160:1 161:1 162:1 163:1 164:1
  165:1 166:1 167:1 168:1 169:1
  170:1 171:1 172:1 173:1 174:1
  175:1 176:1 177:1 178:1 179:1
  180:1 181:1,3,8 182:1,3 183:1
  183:5,7
**reinstate** 159:18
**relationship** 85:4
**relocate** 126:19
**remark** 139:25
**remember** 8:17 14:7 20:18 21:15
  21:17 22:4,7,8 36:3 37:4,13
  37:13,22 38:3,6,18,23 39:19
  40:5,7,9 41:25 69:10,16 76:21

76:21 82:23,25 92:9 94:7
  99:19,23,25 147:4,9,25 151:5
  179:7
**remote** 8:9
**remove** 144:13
**removed** 156:8,15
**repeat** 11:18 40:20 46:24 52:11
  93:21 105:20
**rephrase** 8:12 16:5 69:23 70:4
  134:12
**report** 62:17,20
**reported** 1:25 48:6
**reporter** 6:4,12,16 10:25 11:9
  13:20 28:19 30:17 55:16 91:6
  128:13 130:17 138:10,14,17,19
  182:14
**Reporters** 182:11 183:2
**represent** 6:23 58:3 161:20
**representative** 102:13,20 103:4
  164:8 172:25
**representatives** 100:15 122:21
  126:15
**Republic** 36:6
**Republican** 34:19,21,24 35:2,4
  35:11 74:5 96:11,20 171:17
  172:24 175:15 176:10
**Republican's** 179:2
**Republicans** 1:6,7 17:17,20,25
  18:11 19:22 21:2,7 22:25 24:4
  24:16 26:17,20 27:17,19 28:5
  30:24 31:2,14 32:2,22 33:15
  33:16,20 34:5,18 35:6,15,16
  36:3 37:4 38:4 39:15 40:15
  41:3,23 42:6 43:15,19 44:18
  44:21 45:5,6,22,24 46:8 47:2
  48:2,24,25 49:10 51:8,10,20
  51:25 52:5,14 56:11,22 57:16
  57:20 63:2 65:6 68:10 69:5
  71:8 72:16 76:4 77:13 80:17
  83:12 86:4 89:2 91:19 92:11
  92:19,20,21 93:4,9,24 94:8,13
  98:25 103:22 104:5 106:4,18
  108:3,7,18 109:11 112:19
  113:3 116:20,23 119:20 122:3
  126:12 129:12 132:20,24
  136:14 137:15 139:15 141:24
  142:15,16,25 145:23 148:5,15
  150:17,25 151:6 152:4,8,22
  154:2,3,7,8 155:11,15,21
  156:2,15 158:15 161:7 162:19

163:11,16 164:4 165:21 166:18
167:23 169:10 170:19 171:8,24
172:13 174:2 177:24 178:5,11
178:15,21
**Republicans'** 103:24 105:11
110:16,18 111:9 114:2,10
158:13,20 159:6,15,19 162:20
**request** 47:9,16,20,22,23,24
66:7,20 73:22 74:7,10,11 90:6
90:8 138:4,21 176:24
**requesting** 90:3
**requests** 3:10,12 176:16 177:8
**require** 90:11
**required** 89:13,23 157:12,22
158:3
**requires** 25:19,22
**reregister** 170:15
**reregistered** 171:8
**Resciniti** 42:21 167:2,3
**reservable** 122:22
**reservation** 108:8 126:18 155:23
**reservations** 25:11,18,23 50:16
**reserve** 25:21 54:8,15 108:3
**reserved** 5:9 24:15,18,20 25:8
51:4 88:22,24 89:9,10 126:18
**reserving** 25:15 89:6
**respect** 60:14 66:25
**respective** 5:4
**respond** 47:12,20 74:10,14
154:23,24
**responded** 123:23 157:5
**response** 142:2
**responsible** 25:17
**responsiveness** 5:8
**restart** 55:6,7
**restate** 111:14 147:20
**restrain** 143:24
**restrictions** 124:22
**Restuccia** 18:22,25 20:10 25:13
32:14 40:7 41:15 50:18,21
67:11 68:6 84:11 86:10 87:10
89:4,5 91:20 93:12 106:10,13
107:3,5,8 110:2,4 112:22
117:15 119:21 120:15,23
136:25 139:14,24 153:2 155:18
156:12 157:5 165:15,18
**result** 161:25
**Return** 183:11
**returned** 5:15

**reveal** 66:14 154:19
**revealing** 66:23
**review** 58:11,18,22 59:23 60:7
60:20 61:15,20,24 97:25
**reviewed** 59:3,20 61:9
**reviewing** 60:25 61:4
**revoked** 168:22 169:14
**revoking** 168:23 169:18,23 170:2
**right** 6:5 9:14 10:3,7 22:9
29:15 30:21 40:4,21 61:24
64:6 66:6 78:8 90:6 98:8
107:21 108:6 109:8 112:21
116:8,22 117:3 119:9 121:20
138:12 141:23 150:4 151:5,10
162:17 167:7,14 175:24 180:8
**rights** 152:6
**rip** 48:10
**ripped** 48:6,8,13,18 62:6,14
**Rockenboggle** 175:9 177:23
**role** 85:16 177:8
**roles** 23:23
**Roman** 74:19,21 75:20 80:3
**Ron** 90:7
**room** 24:15,18,20 25:21 87:25
88:22,24 89:2,6,9,10,14,24
90:5 108:4 132:11 133:6,24
134:3,14 135:7 136:3,9 139:21
140:22 141:5,12,12,17 148:15
148:19 149:3,24 174:5 176:24
**rooms** 90:3,4,10,11
**Rose** 1:11 2:9 6:25 32:20 102:11
118:3 121:6 129:15 143:11
152:3 153:20 154:6 155:4
157:11,21 158:14 159:5,10
164:5,23 166:10 178:19,25
**Rose's** 121:21
**Roth** 80:9
**round** 98:25 99:19
**row** 140:9 141:25
**rule** 179:20
**rules** 5:5 7:22
**run** 19:11 23:4,8,10
**runs** 23:6
**Russian** 17:7

**S**
**S** 3:2,9,9
**S-H-A-R-P-E** 37:9
**S.A** 4:14 31:22 44:3,6 63:9,18
63:22 112:6,10 122:4,6 123:12

**S.A.'s** 161:24 177:23
**safe** 123:8 126:4
**safety** 83:17,17
**Saitta** 2:19 3:5 58:3 168:20
 171:5,12 172:6,20 173:15
 174:16 176:18 177:10
**Saitta's** 179:14
**sake** 93:17
**sale** 52:24 53:20 54:4,6,16
**sales** 52:23 54:23
**Samuel** 80:12,15 81:12,15,16
 83:20,24 84:4
**sanctioned** 112:6,10
**Saugus** 127:13
**save** 117:5 119:9
**saw** 105:4 118:6 120:5
**saying** 68:17 83:3 92:14 93:14
 128:24 169:22
**says** 30:23,25 31:9 92:18 93:3
 94:4,22,23 95:7,8 96:5 98:23
 106:2,17 115:23 122:20 126:15
 127:11 129:10 130:3 155:10
 161:17
**scale** 43:10
**scared** 146:19 148:12
**scene** 117:25 151:15,18
**scheduled** 132:2
**school** 16:15 63:20 127:13,24
 161:15,18 163:8 170:20 179:11
**school-wide** 121:17
**science** 17:7 87:14 148:8
**scooters** 125:10,21
**Scottsdale** 2:7
**screaming** 149:7 150:16
**screen** 13:11,16 17:15 29:15
 61:24 85:10 90:21 97:10,22
 119:13 129:7 131:4 139:9
 141:23 152:19 168:13
**scroll** 90:25 91:6,16 94:21
 97:20 160:6
**Sean** 23:20
**seats** 137:18
**Sebastian** 22:7 74:18,21 75:5,9
 75:13,20 80:3
**Sechler** 2:5 11:2 16:2 23:11
 28:20,24 29:3,10,17 30:9,16
 34:7 35:18 36:13 39:21 40:16

123:17 125:11 126:16 152:23
 154:2,8 160:8 169:5,14 175:11
 176:15 177:8 178:22 179:3

41:5,9 42:8,23 43:5,21 45:8
 45:25 46:10 47:11,17,19 49:3
 50:23 52:7,16 55:4 56:2 59:4
 59:25 60:4,23 61:7 62:22
 65:19 66:12,22 70:3,15 71:24
 73:2,7 74:8,13 76:8 77:25
 78:22 81:5,25 82:13 84:18
 86:21 88:5 89:7,15 91:5,12
 92:12 93:15 95:18 96:23 98:3
 98:9 101:10,24 105:19 106:21
 107:18 108:10,19,22 109:14,20
 109:22 111:10,13,24 112:8
 114:4,14 121:10 122:9,11
 123:5 125:6 127:2,6,16 130:13
 134:5 135:10,20 136:15,20
 138:9 142:10 147:12,18 154:12
 154:18,22 156:16,20 159:20,23
 162:11 165:22 167:17,25
 168:15,17 179:12,18,21 180:10
**second** 8:6 116:6 140:9 149:24
 156:17
**seconds** 140:7 146:18
**secretary** 20:2,8,21,24 22:20
 23:18 26:13
**section** 101:3
**secure** 89:23 122:23 123:3
**secured** 123:10
**security** 165:4
**see** 11:2 13:20 14:4 17:14,17
 29:4,4,12,14,24,25 30:2,11,11
 55:9 64:14 91:7,17 98:21
 100:19,20 105:6,12 115:16,20
 115:25 116:3,10,11,12 119:12
 119:22,23 120:3 141:9 144:23
 145:5 148:23 153:17,19,21
 161:14 168:12 171:21,22
**seeking** 17:6
**seeks** 59:6
**seemingly** 48:7
**seen** 9:7,19 14:8,9 75:10 98:12
 118:8,20 152:15 160:19,21
**select** 60:7 89:2,14
**selected** 61:10 88:2
**selecting** 161:19
**semester** 14:23 15:19,20 16:17
 16:19 18:15,16,21 21:3,4,6
 23:7 24:23 25:2 26:4,9 28:4
 28:13 41:8 62:10 99:18 125:13
 166:20 170:20,20 176:11

800.523.7887

Associated Reporters Int'l., Inc.

Page 210

```
semesters 161:18
send 155:6
sends 94:23
sense 27:2
sent 27:14 58:23,24 59:22,23
  121:14 152:8 153:13
sentence 101:22 122:20 126:14
  127:11 155:12
September 10:13 33:13 36:7 44:4
  72:18,19
service 35:3
services 29:19
set 104:20 111:8 122:21 123:23
  124:3,11,14 157:17 161:11,12
setting 113:12 124:5
seven 4:9 97:10,12 139:13
  164:25 165:11,11,20
seventeen 4:15 114:24 164:25
  165:11
seventy-seven 129:5,10
share 87:18
shared 105:13
Sharpe 37:6,8
Sharpe's 38:2
sheet 181:7
shooting 127:13,24
short 97:10,22
shortly 37:14 81:20 117:12
  132:17
shouting 140:9
show 32:15 90:18
showed 127:20
showing 7:24
shut 30:2 135:3
side 116:8,23 150:4,6,8
sidewalk 104:16
sight 118:3,5
sign 5:11 55:8 115:23 116:3
  183:8,10
signature 183:11
signed 5:14 183:25
signs 35:9 45:6 46:9 142:2,8,15
  142:21 143:2
similar 102:6 166:8
simply 57:12 63:19 79:2 83:17
  92:24 95:22 102:6 123:23
  148:7 169:7 174:22 175:17
single 47:7
sir 40:2 134:8
```

```
sit 10:15 107:7 134:2
sitting 141:25
situation 161:24
Six 4:7 90:20 97:9,15
sixteen 26:9 143:20,24
size 137:16
skills 34:25
slavery 140:17
small 35:21,23 42:14 89:10
  110:20 116:12
social 20:2 23:18 79:15,17,19
  79:22 84:3
Socialism 99:23
Socialists 83:10,13
somebody 25:23 66:4 113:11
soon 140:20
Sophia 42:20 167:2
sophomore 17:11
sorry 11:2,11 21:19 22:2 24:19
  28:12 36:16 39:21 42:23 43:5
  43:25 53:13 60:4 65:13 66:13
  70:5,18,19 72:18,18,18,19,20
  77:19 79:7 81:25 94:12,19
  99:11 101:15 105:17,17 113:10
  115:4 120:2,8 121:10 122:11
  122:15 130:8 147:13,15,19,22
  149:15 154:12 156:17 163:14
  170:23 179:12
sort 27:22 92:17 94:15
sounds 9:3 74:8 99:16
source 156:11
space 54:8,16 122:22,24 123:4
  126:18
speak 37:7 57:4 98:18 99:9
  101:17 107:12 128:20 135:18
  136:4 145:12 146:25 170:5
speaker 38:7,15 39:18 42:18
  54:3 87:5 88:12 89:24 90:2
  138:13
speaker's 87:8,25
speakers 35:10,23 43:9,15 166:8
  166:19 167:15
speaking 42:20 78:24 88:13,16
  88:18 95:10,12,17 96:6 137:24
  146:14 150:2 162:2
special 90:12
specific 20:3 23:5 36:2 38:6
  41:19 90:2 124:8 165:14
specifically 155:8 175:21
```

specified 51:24 165:13 166:4
specify 45:23
speculation 82:2,14
speech 88:23,23 96:21 140:23
  142:2,8,15,21 143:2 144:12
  164:20 166:11 177:18
spell 6:13 37:8
spelled 9:20
spelling 9:6 21:18 23:19 80:10
spellings 9:7 10:9
Spencer 77:8,11,24 79:9,12,16
  79:18 150:18 151:7,8
Spine 103:24 104:13,15,16 106:7
  106:14 107:8,10 108:8 109:25
  123:21 124:6,11,19 125:5
  126:10
spoke 64:21,25 67:21 68:25 69:3
  75:12 143:22 147:10,25 148:4
  149:13 150:13,25 151:9 167:8
  177:22
spoken 76:15
spread 101:3
spring 15:20 16:20 23:7 170:19
  171:8
staff 126:16
stamped 97:13,16
standard 96:10
standing 115:21 137:18,24 138:3
start 15:15 33:6 73:24 91:10
  147:19
started 9:16 16:15 78:18,20
  92:23 135:2 139:13
starting 167:20 170:12 173:19
starts 161:15
state 2:11 6:12 31:3 34:24
  49:11 59:5 97:13 181:2 183:12
stated 18:20 44:10 109:17 182:5
statement 9:24 26:15 31:12
  66:18 119:18,20 120:5,13,22
  120:24 121:6,21,24 122:7
  137:16 141:16 162:10 163:13
statement's 121:3
STATES 1:2
stationed 140:22
status 171:25 172:14 173:2,11
  174:6 176:10,10 179:2
stay 131:9 135:11
Stenger 1:1,10 2:1,9 3:1 4:1
  5:1 6:1,25 7:1,5 8:1 9:1 10:1
  11:1 12:1 13:1 14:1 15:1 16:1

17:1 18:1 19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1,20 33:1
34:1 35:1 36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1 98:1 99:1
100:1 101:1 102:1,18 103:1
104:1 105:1 106:1 107:1 108:1
109:1 110:1 111:1 112:1 113:1
114:1 115:1 116:1 117:1 118:1
118:17 119:1 120:1 121:1
122:1 123:1 124:1 125:1 126:1
127:1 128:1 129:1,15 130:1
131:1 132:1 133:1 134:1 135:1
136:1 137:1 138:1 139:1 140:1
141:1 142:1 143:1,14 144:1
145:1 146:1 147:1 148:1 149:1
150:1 151:1 152:1,2 153:1,19
153:24 154:1 155:1,4 156:1
157:1,11,21 158:1,14,19,24
159:1 160:1 161:1 162:1 163:1
164:1,5,23 165:1 166:1,10
167:1 168:1 169:1 170:1 171:1
172:1 173:1 174:1 175:1 176:1
177:1 178:1,9,14 179:1 180:1
181:1 182:1 183:1,4
stenographer 13:15 90:24 119:13
  132:15
steps 162:5,20
Steve 73:25
STIPULATED 5:3,7,10,13
STIPULATIONS 5:2
Stony 15:13
stood 140:9 141:25
stop 18:17 105:5 123:20
stopped 51:17
strangely 157:19
Street 2:6,20 10:16 11:20 12:18
  12:21,24 13:6
strict 124:24
strike 105:23

**stu** 112:5
**student** 1:12,15,17 2:16 14:22
   15:2,6,7,19,22,24 16:8,10,11
   16:12,13,17,19 18:4 23:25
   24:2 28:13 31:3,15,17,23 33:9
   44:11,14 50:13 57:23,25 58:4
   58:8 62:25 99:5 100:20 101:9
   101:12,21 102:4,13,20 103:4
   104:4,6 106:2,4,18 112:5,9
   122:4 126:10 140:19,24 152:6
   152:10 157:12 158:3,14 163:7
   168:12 170:18 172:9,9,25
   173:10
**students** 31:6 35:2,11 42:19
   48:9 95:12 96:6,8,20 126:17
   132:8 146:19 149:5,8,9 150:2
   166:23
**Studies** 17:8
**subject** 145:20
**submit** 176:24
**subpoena** 5:6
**suit** 56:15
**SULLIVAN** 62:23
**summer** 176:2
**SUNY** 1:10,12,14,16 31:4,5 34:20
   94:12,12 103:23 129:13 132:6
   132:25 137:17 152:3,7 153:24
   154:6 166:8 176:2
**support** 156:14 157:2
**supports** 140:13
**suppose** 72:17
**supposed** 136:4
**suppress** 166:15
**suppression** 140:23 144:12
   166:11 177:18
**sure** 11:17 16:12 19:23 32:10
   33:5 38:7 39:17 48:11 52:12
   52:19,20 55:11 59:9 60:12
   89:16 91:7 93:16 95:19 115:8
   121:25 122:15 135:13 137:25
   138:11,12,15
**surrounding** 161:21
**suspend** 154:2,8
**suspended** 31:3,15,18,21 32:3
   33:25 152:9 155:12,15 159:15
   173:17,18 175:6,15
**suspending** 169:19,23,25
**suspension** 32:21 159:18 173:19
   173:23

**swear** 6:6
**switched** 88:20
**sworn** 3:3 6:11,17 134:2 181:9
   182:7
**system** 25:16,19 27:13 107:24
   123:25 140:16 155:23 163:2
   176:21,21 177:4

--- 
**T**

**T** 3:9,9 4:2 98:16
**T.P.U.S.A.'s** 127:14
**table** 50:13,18 51:4,13 98:25
   99:19 103:24 104:6,20 105:4,5
   105:7,11,13,13 106:5,19 109:6
   110:7,13,17,18 111:8,9 113:9
   113:10,12 114:2,2,10,13,17
   115:15,16,20 116:6,8,20,22,23
   123:11,13,18,22 124:2,6,11
   125:12,24 126:3 127:14 176:25
**tablecloth** 110:19 116:25
**tabled** 108:8,18 109:11 124:19
   125:5
**tables** 35:9 48:25 49:10,12
   50:16 52:5,14 105:7,7,10
   109:25 122:21 123:20 124:14
   177:2
**tabling** 39:6,16 40:10 49:14,16
   49:18 50:4,7,10,12,17 51:8,16
   51:20,24 54:20 70:16,19 84:9
   84:10 85:24 102:15,22 103:6
   103:22 104:10,24 106:7,14
   108:13 111:2,5 112:15 113:3
   113:16,17,20,21 117:7,16,20
   118:14,23 119:7 121:7,16,22
   124:22,24 125:12,13,15,25
   126:10,17,17 152:11 157:13,23
   158:4,12 162:2 164:6 175:15
   177:8
**take** 8:23,25 18:22 19:7,16
   29:18,23 30:6,7,8 33:12 38:15
   55:3 90:25 93:18 103:18 128:7
   137:18 152:3 153:25 154:7
   160:13 163:6
**taken** 5:6 26:14 59:7 155:25
   156:6 172:14 173:2 181:4
   182:3
**talk** 15:5,23 56:22 72:5 145:8
**talked** 97:2 151:6 176:14
**talking** 10:22 35:10 94:15 135:2
   154:13 175:10

**Taylor** 166:22
**Teams** 29:22
**technically** 51:3 72:13 110:3
133:21
**tell** 14:5,6 16:7 25:4 45:11
46:13 57:12 73:23 83:6 86:10
107:13 115:17,19 120:16 148:9
149:2,7 160:14 174:19
**telling** 149:14
**ten** 140:4,5 143:24 150:14
**tender** 179:22,22
**tendered** 179:13
**tenure** 42:15
**term** 23:4 168:23
**terms** 48:8
**testified** 54:23 108:2 118:25
179:6
**testify** 7:10 182:7
**testimony** 6:7 7:17 96:19 99:22
111:15,20 133:25 134:2,6,13
134:18 173:18 174:15 178:6
181:4 182:3,6 183:8
**thank** 6:16,18 10:8 41:9 43:5
47:17,20 55:4 74:9,15 91:12
97:9 109:22 115:9 122:14,18
154:24 158:8 160:17 177:11
180:10
**thanks** 58:10 135:20 180:9
**thing** 8:6,24 97:6,21 115:8
138:16 155:20 179:4
**things** 48:11
**think** 8:16 9:5 11:24 37:14 38:9
39:22 45:13 55:6 59:15 62:10
64:24 79:24,24 82:16 89:8
91:8 97:22 99:9 101:11,12,15
101:18 114:15 123:15 125:9
130:14,16 135:14 137:11 139:8
146:17 147:18 149:23 150:7,18
151:23 154:13 179:21,24,25
**thinking** 154:15
**third** 121:23 136:20,22
**thirteen** 4:13 26:10 34:15,17
103:17 104:3 140:4,21 152:19
155:6 156:3 157:6
**thirty** 21:13 22:5 56:20 115:3,7
119:11 128:6 139:13 152:2
183:9,10
**thirty-** 165:10,19
**thirty-four** 163:22 164:3

**thirty-one** 157:9,10,18
**thirty-seven** 164:25
**thirty-two** 4:19 158:9 160:6
171:14
**Thom** 128:9
**Thomas** 2:19 75:23 76:2,6,14
77:6 79:23 164:8 168:18
**thought** 93:11,11 120:15,17
179:13
**thousand** 75:15 164:25 165:11,12
165:20
**three** 6:24 10:17 16:25 21:5
38:24 52:25 53:3 54:9 115:25
151:23
**Thursday** 53:15 103:21 152:12
**tie** 147:7
**tights** 147:7
**till** 30:10
**time** 1:22 5:6,15 7:24 8:8,15
11:13 14:8 16:7,17,19 18:4,10
20:3,16,22 32:7,25 33:16,21
33:21 35:14 36:3 42:6 44:5,11
44:14 45:4,21 46:7 47:3,5,6
48:4,23 52:4,13 54:22 57:4
58:17 63:2 64:21 65:17 67:18
67:20 68:24 69:10 72:15 75:12
76:18,20 77:13,23 88:4 103:18
104:20 110:9,13 117:5,17
119:10 120:4 124:14 130:12
134:16,19 136:21,22 138:11
153:3 161:12 163:4,5,11 169:9
172:5 178:16,21 180:7 181:4
182:4
**timely** 162:5 172:10
**times** 45:23 49:6 52:25 53:3
**tired** 140:11,11
**title** 119:19
**titled** 91:18 99:23
**today** 6:7 7:10,14 10:15 14:4
41:6 58:14,17 73:25 98:13
107:7 118:11,19 134:2 137:10
160:20,22
**today's** 55:24 58:11,18 59:23
60:20 61:16,16,20,25
**told** 62:4 67:5 83:4 84:23 87:4
107:15 113:10 117:17 137:9,9
145:22 148:11 149:10 150:14
155:17 165:15,17 174:10,11,18
174:22,23 175:14,17,21

**Tom** 168:7,14
**Tommy** 20:17
**Tomorrow** 1:16 101:2
**top** 91:17,21 94:22 98:8 103:17
  104:3
**total** 15:9 165:3
**totaling** 164:24
**traffic** 103:23,25
**transcript** 181:5,7 183:8,10,11
**transcription** 182:9
**transferred** 69:10,11,16
**transportation** 165:4,5
**treasurer** 19:25 20:5,7,15 22:19
  23:17 76:3 161:6 165:24
**trial** 5:9,16
**tried** 48:9 106:13 174:24
**trouble** 98:5 132:13
**true** 181:5,7 182:10
**Trump** 116:17 140:12,15
**truth** 6:8,8,9 182:7,7,8
**try** 8:18 9:4 30:7 88:8 111:11
  111:14 132:14 177:13
**trying** 22:6 108:21 111:16 119:9
  134:7 135:17
**Tuesday** 53:15
**TUPD** 48:16
**turn** 28:17 48:10
**turned** 123:10
**Turning** 105:13,15 111:9,20,23
  111:25 112:14 113:4 114:2,12
  114:16 122:5 123:6
**twelve** 4:11 26:10 28:18 30:21
  94:6 97:14 103:17 115:3,7
  119:10,12 128:6 140:17
**twen** 78:19
**twenty** 7:6 22:4 24:6 31:6 97:16
  129:23
**twenty-eight** 21:13
**twenty-seven** 151:14 163:23
**twenty-six** 151:13
**twenty-two** 7:6 131:21
**twice** 126:20 167:13
**two** 10:9 38:16,24 39:4,14 43:9
  75:15 78:19 91:23 92:17 93:23
  99:18 115:21 122:21 123:2
  130:4,24 143:23 146:17 159:16
  160:7 173:17,18,24 175:19
**two-line** 152:8
**two-minute** 139:15

**two-year** 159:21
**type** 99:20
**typewritten** 182:8
**typically** 29:20 90:9 96:11,12
  124:14

---
### U

**U** 3:9
**U-** 51:5
**U-Fest** 49:20,21 51:9,9,10,16
**U.P.D** 1:14 129:13 130:4,25
  131:6 132:20 137:16 139:3
  140:22 141:20 143:23
**U.S** 164:8
**U.S.A** 112:14 113:4
**unaware** 95:22
**unconstitutional** 158:11
**understand** 7:22 8:7,11 10:7
  55:18 56:10 79:7 88:6 92:14
  93:13,14 98:24 109:3 128:17
  128:18,22 134:10 171:2
**understanding** 56:14 85:11 89:23
  106:13 155:14 161:10
**understood** 63:17 93:13 150:11
**underwrite** 95:20
**underwriting** 95:9
**underwrote** 95:16
**undisclosed** 91:23
**unfolded** 161:25
**uniformed** 145:18,19
**unincorporated** 31:5
**unintelligible** 172:16
**union** 53:2,8 54:16 102:4 122:22
  126:15
**UNITED** 1:2
**university** 1:5,7,17 2:17 11:24
  14:23 15:16,24 16:8 17:16
  27:16,18 28:9 30:24 31:4,24
  32:4,12,19 33:8 37:11 43:14
  49:23 52:15 58:7 63:3,6 89:25
  91:19 92:10 98:24 100:14,15
  109:12 112:7 117:21 119:19
  122:7 145:9 149:8 152:5,10
  153:18 161:7 173:12 177:19
**University's** 29:13 158:11
**unspecified** 76:20
**unsure** 31:12 70:5
**urged** 140:20
**use** 9:12 24:17 25:8 29:20
  122:23 123:3 168:23

Associated Reporters Int'l., Inc.

**useless** 163:2
**usually** 30:7
**utilized** 108:3

---

**V**

**v** 1:1,9 2:1 3:1 4:1 5:1 6:1 7:1
  8:1 9:1 10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1 48:1 49:1
  50:1 51:1 52:1 53:1 54:1 55:1
  56:1 57:1 58:1 59:1 60:1 61:1
  62:1 63:1 64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1 90:1 91:1
  92:1 93:1 94:1 95:1 96:1 97:1
  98:1 99:1 100:1 101:1 102:1
  103:1 104:1 105:1 106:1 107:1
  108:1 109:1 110:1 111:1 112:1
  113:1 114:1 115:1 116:1 117:1
  118:1 119:1 120:1 121:1 122:1
  123:1 124:1 125:1 126:1 127:1
  128:1 129:1 130:1 131:1 132:1
  133:1 134:1 135:1 136:1 137:1
  138:1 139:1 140:1 141:1 142:1
  143:1 144:1 145:1 146:1 147:1
  148:1 149:1 150:1 151:1 152:1
  153:1 154:1 155:1 156:1 157:1
  158:1 159:1 160:1 161:1 162:1
  163:1 164:1 165:1 166:1 167:1
  168:1 169:1 170:1 171:1 172:1
  173:1 174:1 175:1 176:1 177:1
  178:1 179:1 180:1 181:1 182:1
  183:1,4
**V.P** 1:12
**valid** 59:16
**variety** 35:8,8
**Vaughn** 176:23
**vehicle** 131:9
**Venice** 95:2,3 96:17
**VENUE** 1:23
**verbal** 156:22
**Vestal** 11:23,24 12:7,13
**vice** 4:14 18:9,11,12,18 19:5,12
  19:24 20:4,7,13 22:17 23:17

  26:3 48:6 49:17 57:19,22
  62:15 71:7 86:7 92:19 113:6
  142:25 145:22 152:25
**video** 28:22 29:19,24 30:2,12
  55:9 63:7,11 147:9
**videoing** 29:2,4 30:14
**views** 158:16,20,25 159:6,11
**violated** 152:5
**violation** 152:9
**vital** 161:21
**voice** 132:14
**volunteer** 64:3,5
**vote** 19:7,11,16 22:10 63:19
**voted** 19:6,14 75:15

---

**W**

**Wait** 10:25,25 42:23
**waited** 109:16
**waiting** 170:13
**walking** 105:4
**wall** 48:10 150:5
**want** 8:18,20,23 19:18 30:5,5,6
  37:9 55:3 59:9 60:12 63:10
  66:17 83:8,15 96:2 103:18
  108:25 128:10 135:12 138:11
**wanted** 33:5 97:6 128:7
**wants** 8:16
**wasn't** 43:4 52:19,20 79:2 124:2
  131:17 172:12 174:23
**way** 41:6 44:21 94:15 127:21
  173:5 176:21
**we'll** 9:4 11:14,14 39:6 61:11
  61:11 177:13
**we're** 7:22 10:21 11:5,5 28:25
  28:25 29:3 30:14 42:4 60:13
  128:13,16,23 131:20 136:18
  140:11
**we've** 47:7 60:18 84:9 141:19
  155:6
**wear** 133:19
**wearing** 133:17,23,24 134:4,4,15
  134:20 141:11,15 147:5,6
  149:6
**Webex** 1:23 29:21 55:8
**Wednesday** 94:5
**week** 26:9 46:16 48:5 52:22
  53:10,13,14,17,18 90:10 94:25
  113:19
**weekend** 99:6
**weekly** 24:12 26:9 46:15

**Weird** 30:13
**went** 29:8 33:9 63:23 85:7
  146:20 149:9 150:24 162:19
**weren't** 44:7 151:20 163:3
**weren't** 96:19
**whatsoever** 155:5
**When's** 64:21 67:20 68:24 75:12
  120:4
**whichever** 9:11
**white** 147:7
**wide** 35:7
**wielding** 144:3
**willing** 59:12
**Winner** 95:11
**winter** 124:14,21
**withdraw** 66:7,11,21
**withdrawn** 174:11
**withdrew** 67:5,7,8
**witness** 5:10,14 6:11,14,17,17
  13:21 23:12 36:14 39:22 41:10
  42:24 45:9 46:11 47:24 49:4
  56:4 59:13 60:3,18 65:22 67:3
  69:20,22 70:2,4,13,16,19
  71:12 72:2 73:3,8 74:4 75:6
  76:10,11 78:3 81:8 82:4,15
  83:25 86:22 88:6 89:8,16
  91:14 92:13 93:19 95:19,24
  96:24 98:7 101:11 102:2
  105:20 106:22 107:19 108:11
  109:21 111:25 112:9 114:5,15
  115:2,6,9 121:13 122:10,15,17
  123:6 125:8 127:7,19 130:18
  135:11,17 136:24 138:12
  142:12 154:15,20 156:19,22
  165:23 167:19 168:9 170:22
  171:2,11 172:4,19 173:14
  179:13,22,22,23 182:6
**witness'** 65:21
**witnesses** 70:23 84:9,13,16,24
**woman** 40:5
**women's** 102:3
**Word** 183:16,17,18,19,20,21,23
**worded** 157:19
**words** 43:3 151:19 157:2
**work** 9:5 59:6,13 60:9
**worked** 177:4
**working** 109:24
**works** 9:11 101:3 176:22
**would've** 70:13 99:17

**wouldn't** 27:25 33:23 36:19
  50:11 51:2 62:20 119:5 157:7
**writes** 93:22
**writing** 47:16
**written** 93:12 179:10
**wrong** 12:6

| X |
|---|
**X** 1:19 3:2 4:2,2 181:8,10

| Y |
|---|
**Y.A.F** 129:12 130:3,24 131:7
  137:15
**Y.A.S** 158:15 165:5
**yeah** 9:9,9 11:4 21:21 28:23
  30:9,16 47:11,19,21 49:4 52:2
  55:4 60:23 113:24 135:17
  137:6,6 144:21 154:18 168:15
**year** 12:22 15:8 16:16,25 17:2,9
  17:10,12 25:25 37:15,16,17
  48:21 67:22 69:12 102:14,21
  103:5 156:6,8 161:15,18 163:8
**years** 69:7 159:16 173:17,19,24
**yell** 8:6
**Yelling** 140:10
**yellow** 110:19 116:25
**York** 1:3 2:11,14,21 6:23 7:3
  10:17 11:24 12:7,19 31:4
  166:25 183:12,14
**York's** 164:8
**you'll** 147:19
**you've** 136:23 154:19
**Young** 1:1,5 2:1 3:1 4:1 5:1 6:1
  7:1,4 8:1 9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1 35:1 36:1
  37:1 38:1 39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1 47:1 48:1
  49:1 50:1 51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1 59:1 60:1
  61:1 62:1 63:1 64:1 65:1 66:1
  67:1 68:1 69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1 77:1 78:1
  79:1 80:1 81:1 82:1 83:1,9,13
  84:1 85:1,11,17,20,23 86:1,4
  86:11 87:1 88:1 89:1 90:1,15
  91:1 92:1 93:1 94:1 95:1,8
  96:1 97:1 98:1 99:1 100:1

101:1 102:1 103:1 104:1 105:1
106:1 107:1 108:1 109:1 110:1
111:1 112:1 113:1 114:1 115:1
116:1 117:1 118:1 119:1 120:1
121:1 122:1 123:1 124:1 125:1
126:1 127:1 128:1 129:1 130:1
131:1 132:1 133:1 134:1 135:1
136:1 137:1 138:1 139:1 140:1
141:1 142:1 143:1 144:1 145:1
146:1 147:1 148:1 149:1 150:1
151:1 152:1 153:1 154:1 155:1
156:1 157:1 158:1,25 159:1,10
160:1 161:1 162:1 163:1 164:1
165:1 166:1 167:1 168:1 169:1
170:1 171:1 172:1 173:1 174:1
175:1 176:1 177:1 178:1 179:1
180:1 181:1 182:1 183:1,4

**Z**

**zero** 55:2 137:14 138:7,7 139:7
   139:12
**zoom** 29:22 98:7

**0**

**01:06** 138:20
**01:08** 138:21

**1**

**1** 12:6 182:5,9
**1:44** 1:22 180:12
**10** 160:24
**10/21/2019** 4:8
**10/22/2019** 4:8
**10/25/2019** 4:10
**10:07** 1:22 6:2
**10:12** 11:7
**10:17** 11:7
**11/18/2019** 4:18
**11/19/2019** 4:14
**11:06** 55:14
**11:17** 55:15
**114** 4:15
**1145** 12:6,13
**119** 4:11
**12:30** 128:11
**12:46** 128:12
**121** 4:17
**12224** 2:14 183:14
**13** 4:5
**13850** 11:24

**13903** 12:7,19
**13905** 2:21 10:17
**14** 152:12
**144** 10:16 11:19 12:24
**14th** 39:6 84:10 103:21 108:9,17
   109:13,25 112:15 113:4 116:4
   117:7,25 118:14 119:6,21
   125:4 126:11
**15100** 2:6
**152** 4:13
**16** 12:18,21 13:6
**160** 4:19
**168** 3:5
**177** 3:6
**18** 144:24 145:10 146:8
**180** 182:9
**18th** 39:11 40:22 43:13 84:17
   95:13 96:7,8 129:11 133:18
**19** 155:16
**1999** 10:13
**19th** 156:4
**1st** 10:13

**2**

**20** 65:4 164:5
**20-CV-822 (LEK/ML)** 1:9 183:4
**2000** 49:20 177:7
**2002** 34:6
**2017** 15:17,19 16:13 17:25 24:4
   24:8 35:15 36:7 37:5,18 45:5
   45:22 48:24 51:9,11 77:14
   78:4
**2018** 38:19 51:9,16 67:16 76:22
   80:17,22
**2019** 9:15,23 10:23 11:16,21
   12:6,8 14:20,24 17:12 18:8,13
   18:18 19:2,5,9,19 21:2 22:10
   22:15 24:22 25:2 26:2,17,21
   28:4,13 32:25 35:16 38:17
   39:7,11,14 40:10,13,23 41:7
   41:22 42:5,5 43:13,19 45:5,23
   46:6 47:3 48:25 49:20,25 51:6
   51:7,21,25 52:4,12 57:13
   64:20 65:17 68:13,23,23 69:9
   69:15 72:17 75:16,17 76:4,16
   76:20 78:19,21 80:20,22,24,25
   81:3 84:10,17 85:21 87:4
   91:24 92:11,20 93:22 94:5,25
   95:4 98:22 102:14,21 103:5,21
   108:9,17 109:13,25 112:15

Associated Reporters Int'l., Inc.

113:4 116:4 117:25 118:14,23
119:6 124:7,12,17 125:4
126:11 129:12 133:14,18
144:24 145:10 146:9 153:10
155:16,24 156:6,8 168:3
169:10,15 173:19 177:4,7
**2020** 16:14 31:18 33:21 43:25
44:2,8 64:23 65:4 66:3 72:18
74:25 75:2 78:11 160:24 164:5
171:9 172:15 176:3,6,11
**2020-2021** 163:8
**2021** 12:15,17 16:17,19 44:8
69:3,15 78:11
**2022** 23:3 33:13,22 42:20 43:9
43:14,20 44:4 48:21 65:13,13
65:14,18 72:19,19 80:18,25
81:4 166:20 167:16
**2023** 1:21 15:20 16:20 46:8
181:10
**2024** 17:4
**21** 91:24 93:22
**22** 91:24
**23rd** 164:9
**24th** 53:18
**25th** 98:22
**28th** 99:2,14

---

**3**

**3** 1:21
**3/03/2023** 1:1 2:1 3:1 4:1 5:1
6:1 7:1 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1 100:1
101:1 102:1 103:1 104:1 105:1
106:1 107:1 108:1 109:1 110:1
111:1 112:1 113:1 114:1 115:1
116:1 117:1 118:1 119:1 120:1

121:1 122:1 123:1 124:1 125:1
126:1 127:1 128:1 129:1 130:1
131:1 132:1 133:1 134:1 135:1
136:1 137:1 138:1 139:1 140:1
141:1 142:1 143:1 144:1 145:1
146:1 147:1 148:1 149:1 150:1
151:1 152:1 153:1 154:1 155:1
156:1 157:1 158:1 159:1 160:1
161:1 162:1 163:1 164:1 165:1
166:1 167:1 168:1 169:1 170:1
171:1 172:1 173:1 174:1 175:1
176:1 177:1 178:1 179:1 180:1
181:1 182:1 183:1,5
**30** 183:9,10
**30th** 94:5,25 95:4

---

**4**

**4400** 11:23
**46** 2:20
**47** 3:10

---

**5**

**523-7887** 183:2

---

**6**

**6** 3:4

---

**7**

**7/10/2020** 4:20
**73** 3:12

---

**8**

**800** 183:2
**85260** 2:7

---

**9**

**90** 4:7
**90th** 2:6
**97** 4:9