# *Exhibit 9*

Page 1

B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK


BINGHAMTON UNIVERSITY COLLEGE

REPUBLICANS, JOHN LIZAK, YOUNG

AMERICA'S FOUNDATION,

    Plaintiffs,

v                           Index No.:  20-CV-0822

BRIAN ROSE, JOHN PELLETIER,

COLLEGE PROGRESSIVES, PROGRESSIVE

LEADERS OF TOMORROW, STUDENT

ASSOCIATION OF BINGHAMTON

UNIVERSITY, HARVEY G. STENGER,

    Defendants.

_____X

              DEPOSITION OF: JOHN RESTUCCIA

              DATE:           January 10, 2023

              TIME:           8:50 a.m. to 3:25 p.m.

              LOCATION:      Binghamton University

                                  4400 Vestal Parkway Eat

                                  Binghamton, New York 13902

Reported by Nicole Bunnell

**ASSOCIATED REPORTERS INT'L., INC.**
**ARii@courtsteno.com**
**(800) 523-7887 www.courtsteno.com**
**Transcription - National and International reporting coverage**



```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2   APPEARANCES:
 3       FOR THE PLAINTIFFS:
 4           KING & SPALDING, L.L.P.
 5           BY:  HAMILTON CRAIG, ESQ.
 6           1700 Pennsylvania Avenue
 7           Northwest Washington D.C. 20006-4707
 8       FOR DEFENDANTS:
 9           OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
10           BY:  JOHN MOORE, A.A.G.
11               AMANDA KURYLUK, A.A.G.
12           The Capitol
13           Albany, New York 12224
14       FOR BINGHAMTON UNIVERSITY:
15           BY:  KEVIN HAYDEN, ESQ.
16           4400 Vestal Parkway
17           Binghamton University, Suite 614
18           Binghamton, New York 13902
19       FOR THE STUDENT ASSOCIATION:
20           AGWAD & INGRAHAM, L.C.C.
21           BY:  THOMAS A. SAITTA, ESQ.
22           46 Front Street
23           Binghamton, New York 13905
24
25
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 3

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         I N D E X   O F   P R O C E E D I N G S

3    JOHN RESTUCCIA: Sworn

4    Direct Examination by Mr. Moore                    7

5    Cross Examination by Mr. Saitta                  361

6    Redirect Examination by Mr. Moore               379

7

8

9              R E Q U E S T   L I S T

10    . Mr. Moore requests Brian Murray's address        30

11    . Mr. Moore requests Text App and Facebook Messages 43

12    . Mr. Moore requests a search of any contact with  106

13      Raj Kannappan

14    . Mr. Moore requests names of donors              113

15    . Mr. Moore requests Personal Email, Y.A.F. Email 130

16    . Mr. Moore requests Email chain, page 239        135

17    . Mr. Moore requests Speaker Packet               138

18    . Mr. Moore requests Email, Laffer Documents

19    . Mr. Moore requests emails from all organizations

20    . Mr. Moore requests email from Dr. Laffer

21    . Mr. Moore requests Google Drive                 308

22    . Mr. Moore requests papers of socialism          310

23

24

25

Page 4

```
 1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                     E X H I B I T   I N D E X

 3     Marked as

 4     Described as

 5     One                                               5

 6     Complaint to University Y.A.F.

 7     Two                                             102

 8     Plaintiffs' Disclosure email chain, P247-248

 9     Three                                           116

10     Records of Plaintiff emails, 5 emails, Pages 114-118

11     Four                                            132

12     Plaintiffs' Disclosures,, series of email September 26,

13     2019, 237-247

14     Five                                            146

15     Reservation Guidelines

16     Six                                             148

17     From Plaintiffs' Disclosures, 119-120

18     Seven                                           163

19     Defendant's Exhibit Seven, email chain from Joe Gallagher

20     to Police

21     Eight                                           173

22     Email between Restuccia and Gallagher, 1292

23     Nine                                            175

24     Plaintiffs' email from Restuccia to Preston Scagneli, P132

25     Ten                                             230
```

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2    Plaintiffs' Disclosure College Republican emails to Raj,

3    208-218

4    Eleven                                                     127

5    Email, Tuesday Events, Dr. Laffer, Campus Event

6    Twelve                                                     249

7    Facebook Posts, 259-260

8    Thirteen                                                   243

9    Defendants' Exhibit 13, Email/Disclosures

10   Fourteen                                                   338

11   Defendants' Exhibit, email, Reservation Guidelines

12   Fifteen                                                    342

13   FRCP Rule 26 Document, Defendants' Exhibit, Video

14   Sixteen                                                    313

15   From Plaintiffs' Disclosures, 144-145

16   Seventeen                                                  244

17   Colored Photographs

18

19

20

21

22

23

24

25

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        STIPULATIONS
 3          It is HEREBY STIPULATED by and among the attorneys
 4    for the respective parties, in accordance with the Federal
 5    Rules of Civil Procedure, that this deposition may be
 6    taken by the Defendant at this time, pursuant to subpoena;
 7          FURTHER STIPULATED, that all objections except as to
 8    the form of the questions and responsiveness of the
 9    answers, be reserved until trial;
10          FURTHER STIPULATED, that the witness may read and
11    sign the deposition and make any corrections to same
12    before any Notary Public;
13          AND FURTHER STIPULATED, that if the original
14    deposition has not been duly signed by the witness and
15    returned to the attorney taking the deposition by the time
16    of trial or any hearing in this cause, a certified copy of
17    the deposition may be used as though it were the original.
18
19
20
21
22
23
24
25
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    (The deposition commenced at 8:50
 3         a.m.)
 4                    THE REPORTER:  Okay.  Can you raise
 5         your right hand?
 6                    Do you swear and affirm to tell the
 7         truth, the whole truth and nothing but the truth
 8         during this testimony today?
 9                    MR. RESTUCCIA:  Yes.
10                    WITNESS; JOHN RESTUCCIA; SWORN
11                    THE REPORTER:  And can you state your
12         name -- full name for the record?
13                    THE WITNESS:  John Peter Restuccia.
14                    THE REPORTER:  The witness is sworn
15         in.  On the record.
16                    DIRECT EXAMINATION
17                    BY MR. MOORE:
18                    Q.   Good morning, Mr. Retus -- good
19         morning, Mr. Restuccia.  My name is John Moore.  I'm
20         from the New York State Attorney General's Office,
21         and I'm representing the defendants Rose, Stenger and
22         Pelletier in this matter.
23                    We're here for a deposition in the
24         matter of Young America's Foundation v. Stenger, et
25         al.  This is a lawsuit in the Northern District of
```

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2    New York, C.V. number is twenty C.V. eight twenty-

3    two.  Are there -- is there any reason you can't

4    testify honestly to the questions I'm asking you here

5    today?

6                      A.    No.

7                      Q.    Okay.  And your attorney had made

8    a point before we got on the record that he -- that

9    you would like the opportunity to review and sign

10   your transcript pursuant to the Federal Rules of

11   Civil Procedure once we provide it to you.  Is that

12   correct?

13                     A.    That is correct.

14                     Q.    Okay.  And we will do so.  What's

15   your full name -- oh, let's -- let's go through the

16   rules first.  Have you ever been involved in a civil

17   deposition before today?

18                     A.    No.

19                     Q.    Okay.  Just to give you the

20   ground rules, I'm -- I'm going to be asking you

21   questions, you're going to be giving me answers.

22                     A.    Uh-huh.

23                     Q.    We can't talk at the same time

24   because we have a stenographer who's recording our

25   words.  So I'll try to prevent myself from

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         interrupting you while you're -- while you're

3         answering.  And if you could do the same while I'm

4         asking questions that will make for a clearer record.

5                    The other thing is, you're nodding and

6         shaking your head right now, if you can try to make

7         your answers verbal, rather -- or instead of saying

8         uh-hum or um-um, say yes or no.  Make all the

9         questions -- rather all the answers verbal, that will

10        also make for a clearer record.

11                   A.   I can do that.

12                   Q.   If there is any point during the

13        course of the deposition that you wish to take a

14        break, just let me know.  I'll ask that you answer

15        the pending question and then we can break for food,

16        bathroom, whatever the -- the situation may be, you

17        want to talk to your attorney or whatever.

18                   Finally, if you don't know something

19        or you're -- don't remember something, it's okay to

20        tell us that.  I don't think your attorney wants you

21        to guess.  I don't want you to guess.  I just want

22        what you know, okay?

23                   A.   Okay.

24                   Q.   Okay.  And what's your full name?

25                   A.   John Peter Restuccia.

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      Q.    Okay.  And have you ever gone by
 3         any other names?
 4                      A.    No.
 5                      Q.    And what's your date of birth?
 6                      A.    July 24th, 1999.
 7                      Q.    And what is your current address?
 8                      A.    600 Main Street, Vestal, New York
 9         13850.
10                      Q.    Are you -- did you grow up around
11         here or are you from a -- a different place?
12                      A.    I grew up in Vestal, New York,
13         yes.
14                      Q.    Oh, okay.  And how long have you
15         lived at 600 Main Street?
16                      A.    I've lived there most of my life.
17         I moved away to Arizona for two years for work, and
18         then I just came back six to seven months ago.
19                      Q.    Okay.  Is that your parents'
20         house?
21                      A.    Yes.
22                      Q.    Okay.  And who do you live with
23         at that house?
24                      A.    I live with my mother, father and
25         sister, sometimes, when she's back from college.
```

800.523.7887                                    Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.   Okay.   And is it fair to say that

3    the allegations in this complaint, and by this

4    complaint I'm going to hand you what's been marked as

5    Defendants' Exhibit One.   This is the verified

6    complaint in this matter.

7                    Is it fair to say that the allegations

8    in your complaint -- complaint of incidents -- when I

9    say your complaint, I know you're -- let me -- let me

10   just put this on the record.   You were at the time of

11   the -- the incidents here in November 2019, a member

12   of the College Republicans, correct?

13                   A.   I was the president of the

14   College Republicans.

15                   Q.   Okay.   And that's one of the

16   plaintiffs in this case, okay?

17                   A.   Yes.

18                   Q.   And -- and so when I say your

19   complaint, I'm referring to the College Republicans,

20   not you personally, because I know you weren't named

21   as a plaintiff?

22                   A.   Correct.

23                   Q.   Okay.   So my question was, is it

24   fair to say that the events alleged in this complaint

25   occurred during November of 2019?

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.   Yes.
 3                    Q.   At which time you were the
 4    president of the College Republicans?
 5                    A.   Yes.
 6                    Q.   Okay.  Can you give me -- and you
 7    mentioned there was one in Arizona.  Give me all of
 8    the addresses you lived at between November, 2019 and
 9    present, other than 600 Main Street?
10                    A.   815 E Colter Street, Apartment
11    178, Phoenix, Arizona.  I don't know the ZIP Code
12    anymore.  And that's it.
13                    Q.   Okay.  When did you live there?
14                    A.   I lived there, I want to say,
15    2021 to 2022.
16                    Q.   Okay.  What were you doing there
17    when you -- when you lived there?
18                    A.   I was a manager and community
19    director for a nonprofit 501 (c)(3).
20                    Q.   What was the name of that
21    nonprofit?
22                    A.   Look Ahead America.
23                    Q.   What does Look Ahead America do?
24                    A.   They were a community organizing
25    group for America First Patriots who helped to
```

Associated Reporters Int'l., Inc.

Page 13

```
 1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2          register voters.

 3                          Q.   Okay.  So voter registration work

 4          essentially?

 5                          A.   Essentially with some community

 6          organizing putting on events.

 7                          Q.   Okay.  Who did you live with at

 8          815 Colter Street?

 9                          A.   Myself.  That's it.

10                          Q.   Okay.  And during all other times

11          from November 2019 until present, other than the

12          Phoenix address, you lived at 600 Main Street?

13                          A.   Vestal, New York, yep.

14                          Q.   Okay.  Are you married?

15                          A.   No.

16                          Q.   Do you have any children?

17                          A.   No.

18                          Q.   Are you currently employed?

19                          A.   Yes.

20                          Q.   Where are you employed?

21                          A.   The Department of Motor Vehicles.

22                          Q.   D.M.V.  Okay.  What do you do

23          there?

24                          A.   I'm a clerk.

25                          Q.   And when did you start at D.M.V.?
```

```
 1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      A.   I started five months ago.  About
 3          two weeks after I got back from Arizona.
 4                      Q.   Okay.  Are you currently a
 5          student?
 6                      A.   No.
 7                      Q.   Okay.  You have been in the past
 8          a college student?
 9                      A.   Yes.
10                      Q.   Let's talk about your educational
11          history starting with high school.
12                      A.   I got my -- I got my Regents
13          diploma from Vestal High School.
14                      Q.   Okay.
15                      A.   Then I went to St. Bonaventure
16          for one year.
17                      Q.   What years were those?  What year
18          was that?
19                      A.   2017, I want to say.  2017.
20                      Q.   That's where you were a freshman?
21                      A.   Yes.
22                      Q.   St. Bonaventure?
23                      A.   Yes.
24                      Q.   Okay.
25                      A.   Freshman.
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 15

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    Q.   So you -- fall 2017?

 3                    A.   Yes.

 4                    Q.   And did you finish the year there

 5    or leave early?

 6                    A.   I finished the year there.

 7                    Q.   So you went there until spring

 8    2018?

 9                    A.   Yes.

10                    Q.   Where's St. Bonaventure located?

11                    A.   Allegany, New York.

12                    Q.   Okay.  And then you came back to

13    Vestal after that?

14                    A.   Yes.

15                    Q.   All right.  And what did -- did

16    you -- you finished your freshman year there?

17                    A.   I finished my freshman year at

18    St. Bonaventure.

19                    Q.   Okay.  And then where did you go

20    to school next?

21                    A.   Binghamton University.

22                    Q.   Okay.  And what years were you at

23    B.U.?

24                    A.   20 -- I want to say 2018 to 2021.

25                    Q.   Okay.  And just to break it down,
```

ARII@courtsteno.com                                www.courtsteno.com

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         you went in fall of 2018 to B.U.?
 3                   A.   I believe that's correct.
 4                   Q.   Okay.  And again, I'm only asking
 5         what you remember.  If you don't know --
 6                   A.   Yeah, I've -- it's with the dates
 7         for college, it's a little fuzzy.
 8                   Q.   Fair enough.  Were you there in
 9         the spring of '19?
10                   A.   Yes.
11                   Q.   And I think it's fair to say,
12         based on the allegations in the complaint, you were
13         there in fall of '19, correct?
14                   A.   Actually, I was not there spring
15         of '19, but I was there fall of '19.
16                   Q.   Okay.  So you're there fall of
17         2018, why are you not there in spring of 2019?
18                   A.   I did an internship in Washington
19         D.C.
20                   Q.   Okay.  Was that through B.U.?
21                   A.   There were credits associated
22         with it -- with B.U., but the internship, I got on my
23         own without any assistance from the university.
24                   Q.   Okay.  And what was the
25         internship?
```

A. I worked at the Leadership Institute, a 501 (c)(3) in Washington D.C. as an intern for the Grassroots Department.
Q. Okay. And then you returned to B.U. in fall of '19? Can we agree that the allegations in the complaint here --
A. Yeah.
Q. -- were you president?
A. Yes, I was the president first. And then, the next semester, I was at the internship.
Q. Okay. Got you. So -- just so we can break this down --
A. Uh-huh.
Q. -- fall of '19, you're at the Leadership Institute in Washington?
A. Fall of '19, no.
Q. No, okay. Spring of '19, you're at the Leadership Institute --
A. Institute, yes.
Q. -- in Washington? Fall of '19 --
A. I was here.
Q. -- you're back at B.U.?
A. Yes.
Q. And you were -- at that juncture

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         for that one semester, you were the president of the
 3         College Republicans?
 4                        A.    Yes.
 5                        Q.    Were you the president in spring
 6         of 2 -- 2020?
 7                        A.    No.
 8                        Q.    Okay.  Were you at B.U. in spring
 9         of 2020?
10                        A.    Online.
11                        Q.    Did you start the semester going
12         to school here?  And just for the record, we're
13         sitting in the conference room at Binghamton
14         University.  So that's why I say here.  But were you
15         -- did you start the semester live and in person for
16         classes before COVID hit or were you --
17                        A.    Yes, I was live and in person.
18                        Q.    Okay.  And then the semester
19         ended up like every other college student in America
20         to be a online experience, correct?
21                        A.    When COVID hit, I was at my
22         internship and then it went all online.  So I was
23         only on campus a year-and-a-half at B.U.
24                        Q.    Got you.  Okay.  So I'm just
25         trying to understand because maybe I've got it mixed
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        up in my head.
 3                      MR. CRAIG:  Can I clear it up?
 4                      MR. MOORE:  Yeah, of course.
 5                      MR. CRAIG:  Did you have an internship
 6        in Washington D.C. in spring 2019, which is before
 7        the fall of 2019, or did you have the internship in
 8        D.C. in spring of 2020?
 9                      THE WITNESS:  Spring of 2020.
10                      MR. MOORE:  Okay.  It's making more
11        sense now.
12                      THE WITNESS:  Yes.
13                      BY MR. MOORE:  (Cont'g.)
14                      Q.   Okay.  So spring of '19, fall of
15        '19, you're at B.U.?
16                      A.   Yes --
17                      Q.   Okay.
18                      A.   -- on campus.
19                      Q.   Some of which is online due to
20        the COVID-19 pandemic?
21                      A.   No, COVID happened after.
22                      Q.   Okay.  And then you go to
23        Washington?
24                      A.   Yes.
25                      Q.   And there your internship is
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         mostly online?
 3                   A.   Yes.
 4                   Q.   Okay.  Got you.  And then fall of
 5         2020, are you back at B.U. or are you elsewhere?
 6                   A.   Fall of 2020, after my
 7         internship, I was at B.U. online.
 8                   Q.   B.U. online.  They were still
 9         online for that semester?
10                   A.   Yes.
11                   Q.   Okay.  And then, did you ever
12         graduate from B.U.?
13                   A.   Yes, I did.
14                   Q.   When did you graduate?
15                   A.   I believe it was fall 2021.
16                   Q.   Okay.  And what was your G.P.A.?
17                   A.   Three point two seven, I believe.
18                   Q.   Okay.  And did you do any
19         postgraduate work here?
20                   A.   No.
21                   Q.   When you were -- when you
22         graduated in fall of 2021, that was your -- your time
23         ended at B.U.?
24                   A.   My time ended at B.U.
25                   Q.   Okay.  And did you do any
```

Page 21

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2       postgraduate work else -- elsewhere?
 3                   A.   No.
 4                   Q.   Okay.  I've handed you already
 5       what has been marked as a Defendants' Exhibit One.
 6       This is the July 22 --
 7                   MR. CRAIG:  Do you have a copy for the
 8       rest of us?
 9                   MR. MOORE:  Oh yeah, of course.
10                   Peter, would you like one?
11                   MR. SAITTA:  Sorry?
12                   MS. KURYLUK:  Do you want a copy of
13       the complaint?
14                   MR. SAITTA:  Yeah.
15                   MR. MOORE:  And I got two more for the
16       rest of you, if you want one.  Actually, I'll need
17       one of them.
18                   BY MR. MOORE:  (Cont'g.)
19                   Q.   Do you recognize this document,
20       sir?
21                   A.   I believe it is the case against
22       Binghamton -- it's the case against Binghamton
23       University put on by YAF, John Lizak and the College
24       Republicans.
25                   Q.   Okay.  You're looking at the
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        cover?

3                        A.    Yes.

4                        Q.    My question is, did you -- did

5        you review this complaint before it was filed?

6                        A.    Before it was filed?

7                        Q.    Yes.

8                        A.    I don't know.

9                        Q.    Is this the first time you've

10       seen it or have you seen it before today?

11                       A.    I have seen it before today.

12                       Q.    Okay.  Have you reviewed it

13       before today?

14                       A.    Yes.

15                       Q.    Okay.  When do you -- when's the

16       first time you remember reviewing it?

17                       MR. CRAIG:  And to jump in here, not

18       in any discussions you've had with counsel.

19                       BY MR. MOORE:  (Cont'g.)

20                       Q.    And let me make one thing clear

21       before we proceed any further.  I am not, now or at

22       any point during this deposition, asking you about

23       any communications you've had with the College

24       Republicans attorney in this litigation.

25                       So when I'm asking you if you've

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2       reviewed it, I'm just asking, have you read this

3       document before today?

4                   A.   In general, yes.

5                   Q.   Okay.  All right.  And by -- what

6       do you mean by in general?

7                   A.   I've --

8                   Q.   Other than speaking to your

9       attorneys about it, have you sat down and read

10      through it?

11                  A.   Yes.

12                  Q.   Okay.  And when did you sit down

13      and read through it?  Again, without asking you about

14      the particulars of any conversations with counsel.

15                  A.   I looked over it on my lunch

16      break.

17                  Q.   And lunch break?

18                  A.   Well, at the D.M.V.

19                  Q.   Oh, okay.  So recently?

20                  A.   Very recently, yes.

21                  Q.   Okay.  Got you.  All right, I

22      hear you.  Okay.  Is it your belief that the facts

23      and allegations and the verified complaints to the

24      extent you've reviewed it are accurate?

25                  A.   Yes.

Page 24

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        Q.   Okay.  Again, the -- as we've
 3    mentioned, the caption mentions the Binghamton
 4    University College Republicans.  What is the
 5    Binghamton University College Republicans?
 6                        A.   Can you clarify a little bit, the
 7    question?
 8                        Q.   I -- I'm -- I'm asking you, this
 9    is one of the plaintiffs in this case, correct?
10                        A.   Correct.
11                        Q.   And were you a member of that
12    group?
13                        A.   Yes.
14                        Q.   Can you tell me what that group
15    was?
16                        A.   It was a group of college
17    students who identified as conservative or republican
18    who wanted to get together.
19                        Q.   Do you know when the B.U. College
20    Republicans began as a group?
21                        A.   No, it was years before my time.
22                        Q.   Okay.  So it existed at the time
23    you came to B.U.?
24                        A.   Yes.
25                        Q.   Okay.  And when -- what were your
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         dates of membership in that organization?  When did

3         you join?

4                   A.   I joined my sophomore year, which

5         would've been my first year at Binghamton University.

6                   Q.   Let's go back to our notes here.

7         The first year at Binghamton University would've been

8         fall 2018, correct?

9                   A.   Correct.

10                  Q.   Okay.  So you joined in fall of

11        2018, at the beginning of the semester or midway

12        through?

13                  A.   Beginning of the semester.

14                  Q.   Okay.  And during -- and were you

15        a member of the B.U. College Republicans until your

16        graduation in fall of 2021?

17                  A.   No.

18                  Q.   Okay.  What was your period of

19        membership?

20                  A.   My period of membership was until

21        I left for Washington D.C.'s internship.

22                  Q.   Okay.  So through the end of fall

23        2019?

24                  A.   Yes.

25                  Q.   Okay.  So you remember, for

Page 26

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         approximately one year, is that fair to say, a year-
 3         and-a-half?
 4                        A.    A year-and-a-half.
 5                        Q.    Okay.  And during that time, did
 6         you hold any offices with the B.U. Republicans?
 7                        A.    Yes.
 8                        Q.    And what offices -- office or
 9         offices did you hold?
10                        A.    I held the presidency.
11                        Q.    And that was for a full year from
12         fall '19 or just -- what -- what period did you hold
13         the presidency, let's say --?
14                        A.    I held it for one semester.
15                        Q.    Okay.  And I think from your
16         prior testimony we've already revealed that that was
17         fall of 2019?
18                        A.    Correct.  And the summer
19         beforehand.
20                        Q.    Okay.  So summer of '19?
21                        A.    Yes.
22                        Q.    Okay.  And how did you get that
23         office?
24                        A.    I was elected.
25                        Q.    And when you joined, not when you
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         were elected, when you joined in fall of 2018, how
 3         many members did the B.U. College Republicans have?
 4                   A.   It fluctuated greatly, and I
 5         didn't attend every single meeting because their
 6         meeting structure was a little chaotic because it was
 7         run by college students.
 8                   Q.   Yeah.  Okay.  Can you approximate
 9         how many members there might have been when you
10         joined in fall of '18?
11                   A.   No more than a dozen.
12                   Q.   Can you name those dozen people
13         who were members when you -- when you joined?
14                   A.   No.
15                   Q.   Okay.  Let's talk about when you
16         assumed the presidency in the summer of 2019.  First
17         of all, when were you elected to the office?
18                   A.   The end of my freshman at B.U.,
19         which would've been my sophomore year --
20                   Q.   Okay.
21                   A.   -- at the very end.
22                   Q.   So all the members vote, they
23         tally them up and you were -- you were the president?
24                   A.   I was elected, yep.
25                   Q.   Okay.  Are there any other
```

Page 28

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         offices for the B.U. Republicans other than
 3         president?
 4                    A.    Yes.
 5                    Q.    Okay.  So what are those offices?
 6                    A.    Treasurer, secretary, vice
 7         president.
 8                    Q.    Okay.  Who was the president when
 9         you were elect -- when you -- when -- during your
10         first semester there, do you know?
11                    A.    Chris Demarco.
12                    Q.    Okay.  And was Chris part of the
13         group when you were president?
14                    A.    No, he had graduated.
15                    Q.    Okay.  So he graduated at the --
16         at the end of the '18/'19 school year?
17                    A.    Uh-huh.
18                    Q.    And who was the treasurer when
19         you joined?
20                    A.    I don't remember.
21                    Q.    Who was the secretary when you
22         joined?
23                    A.    I don't remember.
24                    Q.    Who was the V.P. when you joined?
25                    A.    Don't remember.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        Q.    Okay.  Fair enough.  So the next
 3    semester, you are the president?
 4                        A.    Yeah.
 5                        Q.    Who's the treasurer when you were
 6    president?
 7                        A.    Brian Murray.
 8                        Q.    And do you keep in contact with
 9    Brian?
10                        A.    Yes.
11                        Q.    Okay.  Do you have his contact
12    information?
13                        A.    I do, yeah.
14                        Q.    Okay.  Can you tell us what it
15    is, beginning with phone number?
16                        A.    I don't have his phone number.  I
17    have his Facebook.  That's how we mostly communicate.
18                        Q.    Okay.  Do you have his physical
19    address?
20                        A.    Not off the top of my head, no.
21    I can drive to it, but I can't --
22                        Q.    Is he a local?
23                        A.    Yes.
24                        Q.    Okay.  Can you get that
25    information provided to your attorney --
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.   Yes, I can.
 3                    Q.   -- of Brian Murray?
 4                    A.   Yeah.
 5                    MR. MOORE:  So I'm -- I'm going to
 6         make a request on the record for Brian Murray's
 7         address.
 8                    BY MR. MOORE:  (Cont'g.)
 9                    Q.   Who was the secretary at the time
10         of your presidency?
11                    A.   We didn't have one at that time -
12         -
13                    Q.   Okay.
14                    A.   -- when I was elected.
15                    Q.   Did someone assume that's the --
16         the secretaryship during your -- your reign as
17         president?
18                    A.   Yes.
19                    Q.   Who -- who was that person?
20                    A.   I don't remember if it was Jon
21         Lizak or Preston Scagnelli.  One of those two.
22                    Q.   Okay.  Who is Preston Scaganelli
23         (sic)?
24                    A.   Preston Scagnelli was one of the
25         club members when I was president of College
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         Republicans and one who I worked very closely with.
 3                        Q.   Okay.  Do you have Preston's
 4         current contact information?
 5                        A.   Yes, on my phone.
 6                        Q.   Okay.  Can you provide that to
 7         us?
 8                        A.   Can I go get my phone?
 9                        Q.   Sure.
10                        A.   Let me know when you're ready.
11                        Q.   I'm ready.  It's all being
12         recorded anyway, so --
13                        A.   Okay.
14                        Q.   -- if I don't write it down in
15         time --
16                        A.   Okay.
17                        Q.   -- I'll have it anyway.
18                        A.   Okay.  Five one eight two five
19         zero eight four eight five.
20                        Q.   Do you know where Preston lives?
21                        A.   Saratoga Springs.
22                        Q.   ... may get back to Saratoga.  Do
23         you have his address?
24                        A.   No.
25                        Q.   Okay.  Who was the V.P. at your
```

Associated Reporters Int'l., Inc.

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        time of presidency?
 3                  A.   Rein Bay.
 4                  Q.   R-E-I-N B-A-Y?
 5                  A.   Yes.
 6                  Q.   Okay.  And Rein is still a
 7        student here, is that correct?
 8                  A.   To the best of my knowledge,
 9        yeah.
10                  Q.   Okay.  Do you have Rein's current
11        address?
12                  A.   No.
13                  Q.   Do you have Rein's current phone
14        number?
15                  A.   No.
16                  Q.   Do you maintain contact with Rein
17        at all?
18                  A.   Last time I talked to Rein was
19        maybe two months ago over Instagram.
20                  Q.   Okay.
21                  MR. MOORE:  That's the current College
22        Republican president?
23                  MR. CRAIG:  I believe, yeah.
24                  MR. MOORE:  So I believe we've already
25        asked for that deposition.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    MR. CRAIG:  Yeah.
 3                    THE WITNESS:  I believe Logan Blanski
 4         (sic throughout) is president.
 5                    MR. MOORE:  Oh --
 6                    MR. CRAIG:  One of them is the --
 7                    THE WITNESS:  Vice president.
 8                    MR. CRAIG:  -- V.P. --
 9                    THE WITNESS:  Yeah.
10                    MR. CRAIG:  -- and one is the
11         president.  But we can --
12                    MR. MOORE:  Yeah.
13                    MR. CRAIG:  -- correspond on that.
14                    MR. MOORE:  We'll figure that out.
15                    BY MR. MOORE:  (Cont'g.)
16                    Q.   Okay.  So you were the president
17         for one semester, is that correct?
18                    A.   Yes.
19                    Q.   And then you took off to
20         Washington?
21                    A.   I got an internship, so I took
22         the opportunity.
23                    Q.   Got you.  I hear you.  Okay.  Did
24         the group hold regular meetings during your time as a
25         member of the College Republicans?  I think you had
```

Page 34

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         already referenced there was a chaotic meeting

3         schedule during your first semester there.

4                        A.   Yes, I took the reins and I made

5         pretty consistent meetings.

6                        Q.   Okay.  So in fall of 2019, what -

7         - what -- what was the meeting scheduled?

8                        A.   I don't remember.

9                        Q.   What was the meeting's frequency?

10        Tell me what you know about the regularity of those

11        meetings.

12                       A.   I don't remember.  Maybe once

13        every two weeks.

14                       MR. CRAIG:  To be clear, are you

15        confident of that or are you --

16                       BY MR. MOORE:  (Cont'g.)

17                       Q.   You're guessing?

18                       A.   Yeah, I'm guessing.

19                       Q.   Okay.

20                       A.   Yeah.

21                       Q.   That's fine.  That's all right.

22                       Were they in-person meetings, online

23        meetings?

24                       A.   In-person meetings.

25                       Q.   Okay.  And where were they held?

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 35

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.    On the campus.
 3                    Q.    You would reserve a room and --
 4                    A.    Yes.
 5                    Q.    -- meet there?  Okay.  Got you.
 6    And was that using the Be There reservation system?
 7                    A.    I don't remember how I reserved
 8    the rooms.
 9                    Q.    Okay.  That's fair enough.  Are
10    regular minutes or any other records maintained
11    recording -- regarding those meetings?
12                    A.    No minutes, but I made sure to
13    keep a list of people who attended the meetings.
14                    Q.    Do you still maintain that list?
15                    A.    No.
16                    Q.    Does -- do the College
17    Republicans maintain that list?
18                    A.    I don't know.
19                    Q.    Okay.  And there was no recording
20    made or was there a recording made of those meetings?
21                    A.    No recording.
22                    Q.    Okay.  So you didn't video it
23    any, you didn't record it audibly --
24                    A.    No.
25                    Q.    -- anything like that?
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    A.   No.

 3                    Q.   And there were no minutes?

 4                    A.   No.

 5                    Q.   Okay.  During the fall of 2019,

 6    prior to the Laffer event, do you know what I

 7    referred to as the Laffer event?

 8                    A.   Yes.

 9                    Q.   And do you know what I refer to

10    as the tabling event?

11                    A.   Yes.

12                    Q.   Okay.  Prior to the tabling

13    event, did the College Republicans hold any events

14    during your presidency on campus?

15                    A.   Yes.

16                    Q.   Okay.  How many?

17                    A.   We -- every meeting we tried to

18    get a speaker to show up, get him to attend, so there

19    were always those, we had smaller speakers.  And then

20    we also had a panel discussion called the case

21    against socialism.

22                    Q.   Okay.  Okay.  And we'll talk in

23    more detail about that.  During your spring 2018

24    semester, when you first came here and when you first

25    joined the College Republicans, were there any events
```

Page 37

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        during that period?
 3                       A.   Not that I can remember for
 4        College Republicans.
 5                       Q.   And then did you have any
 6        membership in the group after you left the
 7        presidency?
 8                       A.   What do you mean by that?  I'm
 9        looking for --
10                       Q.   Were you a member of the College
11        Republicans after you returned from Washington?
12                       A.   No.
13                       Q.   Okay.  Do you still receive
14        emails, information or communications from the
15        current College Republicans?
16                       A.   Right now?
17                       Q.   Yeah.
18                       A.   Once in a while, yes.
19                       Q.   How do you receive those
20        communications?
21                       A.   I receive an Instagram text.
22                       Q.   Is that from the College
23        Republicans or somebody within the group?
24                       A.   Someone within the group.
25                       Q.   Okay.  Who do you maintain
```

Page 38

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         contact with from the College Republicans?
 3                     A.   Once every maybe three months,
 4         I've talked to Rein to just check up how she's doing,
 5         how's school going.
 6                     Q.   Okay.  So you keep in contact
 7         with Rein from the current group.  Anyone else, you
 8         mentioned Logan?
 9                     A.   Logan Blanski, her boyfriend, I
10         talk to because talk to one, it's kind of like you
11         talk to both.
12                     Q.   Okay.
13                     A.   So -- but that's very sparse
14         communication.
15                     Q.   Okay.  So other than you, Brian,
16         Rein, Jon Lizak and Preston Scaganelli (sic), were
17         there any other members of the College Republicans
18         during your presidency in fall of 2019?
19                     A.   Yes, there were more members.
20                     Q.   How many --
21                     A.   Yeah.
22                     Q.   -- how many members?
23                     A.   It fluctuated because it is a
24         college club.  But at our height we had twenty-two.
25                     Q.   That's during your presidency?
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 39

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        A.    Yes.
 3                        Q.    Do you re -- maintain a list of
 4        those names?
 5                        A.    No.
 6                        Q.    And other than the individuals
 7        we've already mentioned, were all of those
 8        individuals members during that time, presumably Jon
 9        and Preston were, correct?
10                        A.    Yes.
11                        Q.    And were Brian and Rein at that
12        time?
13                        A.    Brian showed up very sporadically
14        and Rein showed up maybe once every six meetings
15        because of her schedule.  So they didn't really
16        attend meetings, but they were considered club
17        members.
18                        Q.    Okay.  Other than those four and
19        you, were there any other members whose names you
20        remember?
21                        A.    Lacey Kestager.
22                        Q.    Okay.
23                        A.    Bryn Lauer.
24                        Q.    Can you spell that just a --
25                        A.    L-A-U-E-R, I believe.
```

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    Bryn is B-R-I-N?

3                    A.    B-R-Y-N, yes.

4                    Q.    Got you.   Okay.   Anyone else?

5                    A.    I don't remember Spencer's last

6    name off the top of my head, but we are Facebook

7    friends.

8                    Q.    Can you provide that to your

9    attorney?

10                    A.    Yes.

11                    Q.    Okay.   Anyone else whose name you

12   remember during the period of your presidency?

13                    A.    Joe Baba -- I can't pronounce the

14   Italian last name, but Babadina.   Again, I believe

15   we're Facebook friends.

16                    Q.    Okay.   Can you provide that to

17   your --

18                    A.    Yes.

19                    MR. CRAIG:   And John, just at the end

20   of this or when the transcript comes in, if you can

21   send --

22                    MR. MOORE:   I'm trying to keep notes

23   and --

24                    MR. CRAIG:   Yeah.

25                    MR. MOORE:   -- I'll send you an email.

Associated Reporters Int'l., Inc.

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    MR. CRAIG:  Yep.  Thank you.

3                    THE WITNESS:  Spencer Hayes was the

4         name.

5                    BY MR. MOORE:  (Cont'g.)

6                    Q.   Hayes?

7                    A.   Hayes, H-A-Y-E-S.

8                    Q.   Hayes.  Okay.  And I'm going to

9         ask for addresses to the extent known of these

10        people.

11                   MR. CRAIG:  We can provide whatever is

12        --

13                   THE WITNESS:  Whatever's on Facebook.

14                   BY MR. MOORE:  (Cont'g.)

15                   Q.   Okay.  Other than Joe Baba

16        whatever, who's the next person that you remember?

17                   A.   Yeah, I -- I don't remember.

18                   Q.   Okay.  How did you communicate

19        with this group of twenty-two College Republicans

20        members in 2019?  And -- and when I say how did you

21        communicate, was it phone calls, was it group chats,

22        was it texts, social media, emails?  I'm not trying

23        to eliminate any one platform.

24                   A.   Absolutely.  Mostly I talked to

25        them in person and over the phone.  And then the
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         second way, we had a, I believe a GroupMe at one
 3         point, which is a group chat texting service.  And
 4         then we also used our Facebook page, which was one of
 5         our bigger ones.  And we used the College Republicans
 6         email.
 7                   Q.   Okay.  So if you're a College
 8         Republicans member, do you have an email address
 9         through the College Republicans?
10                   A.   No, we have their student emails.
11         They sign up with their student emails and we send
12         out a mass mail.
13                   Q.   So you as president would send
14         emails under that, the C.R. Republicans email
15         address?
16                   A.   Sometimes I would, sometimes it
17         would be one of the other club members when I got
18         busy and needed them to.
19                   Q.   Fair enough.  Okay.  This
20         GroupMe, excuse me, because, you know, I'm old.  What
21         -- can you explain to me what GroupMe is?
22                   A.   It's just a texting service that
23         -- specific texting app where you can just put people
24         into a group.
25                   Q.   Okay.  Do you maintain the text
```

Associated Reporters Int'l., Inc.

Page  43

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         from the GroupMe, I guess text chains that existed in
 3         fall of 2019?
 4                        A.   I don't know if I still have
 5         them.  They were on my old phone, and I've been
 6         through like three phones by now.
 7                        Q.   Got you.  I'm going to ask to see
 8         if you can access those and provide copies to your
 9         attorneys?
10                        A.   Okay.
11                        MR. MOORE:  And what I'm asking for is
12         a full copy of all College Republican communications
13         through GroupMe.  I'm also going to request the
14         College Republicans Facebook messages or emails sent
15         during the fall 2019 semester.
16                        And by fall of 2019, I'm talking about
17         the period of Mr. Restuccia's presidency, which began
18         during the summer and extended until the end of the
19         semester.
20                        MR. CRAIG:  So John, just to make sure
21         I'm on the same page, the -- the C.R. email is
22         university run.
23                        MR. MOORE:  Yes.
24                        MR. CRAIG:  So --
25                        MR. MOORE:  Which -- that's something
```

800.523.7887                                    Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         that Kevin may want to address.  We may need an
 3         authorization to access those.
 4                        MR. CRAIG:  Okay.  We can.
 5                        MR. MOORE:  I -- I'm pretty sure I.T.
 6         can get them.
 7                        MR. CRAIG:  Yeah.
 8                        MR. MOORE:  But I don't think it's the
 9         university's practice to grab someone's emails
10         without their consent.  So I'm going to ask for an
11         authorization from that organization as well as Mr.
12         Restuccia's B.U. email address, Mr. Lizak's B.U.
13         email address and Ms. Kestager's B -- B.U. email
14         address.  And if possible, I'd like to get Lizak and
15         Kestager's before they appear for deposition.
16                        MR. CRAIG:  Yeah.
17                        MR. MOORE:  You know, they -- I think
18         we have a February date for Kestager.
19                        MR. CRAIG:  Yeah, I'm just thinking
20         through this.  We may want to review those, just --
21                        MR. MOORE:  Sure.
22                        MR. CRAIG:  -- I doubt there's any
23         privileged stuff --
24                        MR. MOORE:  Absolutely.
25                        MR. CRAIG:  -- but --
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    MR. MOORE:  I think the thing --
 3                    MR. CRAIG:  -- we may need them from
 4         you in order to go through them.
 5                    MR. MOORE:  I think it would make
 6         sense to get the authorizations.  We get them as soon
 7         as possible.  We provide them to you before the
 8         witnesses are produced.  You have an opportunity to
 9         re -- to review them and then we -- we partake in the
10         depositions.  If that make sense.
11                    MR. CRAIG:  Yeah, we can -- we can
12         email and figure it out.
13                    MR. MOORE:  Yeah.  We'll figure it
14         out.  I just want to put it on the record that we're
15         requesting it.
16                    BY MR. MOORE:  (Cont'g.)
17                    Q.   Okay.  Back to Mr. Restuccia.
18         Let's go to the complaint, and I'm going to ask you
19         to turn to -- there are numbered paragraphs.  So --
20                    A.   Okay.
21                    Q.   -- I'm going to ask you to go to
22         page four of seventy five.
23                    A.   Okay.
24                    Q.   And I'm going to direct your
25         attention to numbered paragraph twelve.
```

Associated Reporters Int'l., Inc.

Page 46

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2                        A.    Uh-huh.
3                        Q.    And then I'm going to read it
4        into the record.  It reads, "Plaintiff Binghamton
5        University College Republicans, in parentheses,
6        College Republicans, is an expressive, registered but
7        suspended student organization at the State
8        University of New York at Binghamton."  And then in
9        parenthesis, it says, "SUNY Binghamton and an
10       unincorporated association of SUNY Binghamton
11       students.  It has approximately ten -- twenty
12       members."  Did I read that correctly?
13                       A.    Yes.
14                       Q.    What does the word "expressive"
15       mean in the context to this paragraph?
16                       A.    I don't know.
17                       Q.    Okay.  Is it accurate that the
18       B.U. Republicans are currently suspended as a student
19       organization?
20                       A.    I don't know their current
21       status.
22                       Q.    Do you know who the current
23       president is?
24                       A.    I believe it's Logan Blanski.
25                       Q.    Okay.  So is it fair to assume
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2           that if Logan is a current president that it is a
 3           functioning entity, or don't you know?
 4                          A.    I don't know.
 5                          Q.    Okay.  Was the College
 6           Republicans ever suspended?
 7                          A.    The right to book rooms and to
 8           put on events and table was suspended, yes.
 9                          Q.    Okay.  And do you know if that
10           right to book rooms and table was ever restored?
11                          A.    I don't know.
12                          Q.    Okay.  You weren't a member after
13           the end of fall 2019, correct?
14                          A.    Correct.
15                          Q.    Okay.  Let's go to paragraphs
16           thirteen and fourteen.  It starts at the bottom of
17           that page four seventy five of Exhibit One and then
18           it proceeds onto the next page.  I'll read it into
19           the record.  "The purpose of College Republicans is
20           to make known and promote the principles of the
21           Republican Party amongst members of the SUNY
22           Binghamton campus and community.  To aid in the
23           election of Republican candidates at all level of
24           government.  To encourage and assist in the
25           organization an active functioning of the Republican
```

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2       Party at local, state and national levels, and to

3       develop political skills and leadership abilities

4       among Republican students as preparation for future

5       serviced by them to the Republican party community."

6                   Paragraph fourteen, "College

7       Republicans achieves this purpose primarily by being

8       an expressive organization.  It engages in a wide

9       variety of expressive activities, including posting

10      flyers and signs, hosting tables with information,

11      inviting speakers to campus and talking with fellow

12      students about Republican Party principals."  Did I

13      read those two paragraphs correctly?

14                  A.    Yes.

15                  Q.    Okay.  Let's focus on paragraph

16      fourteen.

17                  A.    Okay.

18                  Q.    And it references the word

19      "events."  Well, I'm going to use the word events

20      just to -- to -- as -- as a general umbrella.  Okay?

21      From the time you joined the B.U. Republicans in

22      spring of 2019, up to and including November of 2019,

23      when the tabling and Laffer events occurred, had the

24      B.U. Republicans hosted or held any event or events

25      on campus?

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    MR. CRAIG:  Objection.  Asked and
 3         answered.  But you can answer again.
 4                    MR. MOORE:  But yeah, I know he's
 5         talked about the case against socialism, but.
 6                    MR. CRAIG:  Go ahead -- you can go
 7         ahead and answer.
 8                    THE WITNESS:  We had participated on
 9         the Binghamton University Club Fair Day and we had
10         our meetings.  We had the case against socialism, as
11         I stated previously.
12                    BY MR. MOORE:  (Cont'g.)
13                    Q.   Okay.  And during your time
14         there, whether as president or otherwise, were there
15         any other events that you recall?
16                    A.   Not that I can remember.
17                    Q.   Okay.  And this is up until the
18         Laffer came?
19                    A.   Correct.
20                    Q.   All right.  What's the Club Fair
21         Day?
22                    A.   Club Fair Day is when everyone on
23         the university who's a club gets a table, they go
24         outside one of the first days of the new semester and
25         all the students who come can kind of walk around,
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2          see what clubs are available, they can sign up and do
 3          different things.
 4                       Q.    Got you.  Was there one of those
 5          Club Fair Days in spring of 2019, which was your
 6          first semester there?  What was your first -- your
 7          first time as College Republican was spring of 2019?
 8                       A.    No, it was fall.
 9                       Q.    Fall of '18.  Okay.  Well, let's
10          go back to fall of '18.  During fall of '18, was
11          there a Club Fair Day that you were aware of that the
12          College Republicans participate -- participated in?
13                       A.    I don't remember.
14                       Q.    Okay.  During the spring of 2019,
15          was there a Club Fair Day that the College
16          Republicans participated in?
17                       A.    I don't know.
18                       Q.    Okay.  During your presidency in
19          the fall of 2019, was there a Club Fair Day that the
20          College Republicans participated in?
21                       A.    Yes.
22                       Q.    Okay.  And did you participate in
23          that?
24                       A.    Yes.
25                       Q.    Where was it held?
```

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.   It was held outside the main

3    university building where the -- where the

4    marketplace is right outside there in the central

5    location on campus.

6                        Q.   Okay.  And you were -- were you

7    at that table?

8                        A.   Yes.

9                        Q.   All right.  And did the

10   university prevent you from hosting that table at

11   all?

12                       A.   So I had to work between two

13   tables next to each other, the College Libertarians

14   and the College Republicans.

15                       Q.   Okay.

16                       A.   One of those tables did not get

17   tabling rights, but they still set up a table anyway.

18   And --

19                       Q.   Was that the Libertarians?

20                       A.   I don't remember which one it

21   was, but one of those two was.  And we inflated a

22   giant beach ball and had a free speech ball.

23                       Q.   Okay.  Do you have any records

24   that would show whether the College Republicans had a

25   table at Club Fair Day?

800.523.7887                                          Associated Reporters Int'l., Inc.

 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                        A.   I don't know.  I don't know.

 3                        Q.   Who -- who else was at that

 4    tabling?

 5                        A.   Marlene Astov (phonetic

 6    spelling).  She was a field rep for the organization,

 7    the Leadership Institute, and Rein Bay.

 8                        Q.   Was Rein Bay a member of -- she

 9    was a member of the College Republicans the fall of

10    2019, you've already said, correct?

11                        A.   Correct.

12                        Q.   Was she a member of the College

13    Libertarians?

14                        A.   It's hard to say because there

15    was a lot of crossover with the clubs, and College

16    Libertarians was a very loosely run club.

17                        Q.   Okay.  Were you a member of the

18    College of Libertarians?

19                        A.   I was the president of the

20    College Libertarians.

21                        Q.   Okay.  Was that a registered

22    student group at the time?

23                        A.   Yes.

24                        Q.   Okay.  And what -- you said one

25    of those two groups was not approved to table?

ARII@courtsteno.com                                   www.courtsteno.com

Associated Reporters Int'l., Inc.

Page 53

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.   Correct.

3                        Q.   Okay.  And how do you know that?

4                        A.   I remember running around trying

5       to get permission that day, if I remember correctly,

6       to try to get a table for both clubs and only one of

7       the clubs was allowed.

8                        Q.   Okay.  And who told you only one

9       of the clubs was allowed?

10                       A.   I don't remember.

11                       Q.   Was it the S.A. or was it someone

12      from the university?

13                       A.   I don't remember.

14                       Q.   Okay.  Do you know who provided

15      approval to whatever group tabled?

16                       A.   I don't know who did the approval

17      process for tabling.

18                       Q.   And what was the approval

19      process?  Was this done by phone, in person; on

20      email, via Be There or something else?

21                       A.   I don't remember.

22                       MR. MOORE:  Okay.  If you have any

23      other information, Hamilton, regarding that, I'd

24      appreciate it.

25                       MR. CRAIG:  We can check.

800.523.7887                              Associated Reporters Int'l., Inc.

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                       BY MR. MOORE:  (Cont'g.)

3                       Q.   Meetings, we've already talked

4   about meetings for the College Republican.  They --

5   they occurred with some regularity during the --

6                       A.   Uh-huh.

7                       Q.   -- semester.  And you had

8   speakers at those meetings?

9                       A.   Yes.

10                       Q.   Okay.  And do you remember the

11   names of any of the speakers at the meetings?

12                       A.   We had -- we had a Michael

13   Vasquez.  We had some of the local republican leaders

14   in our area who helped with the party.  So Carl Eric

15   Bernhardson (phonetic spelling), Chris Dzeic, had

16   attended one or two meetings.

17                       Q.   Okay.  So let -- let's get the

18   spelling of those names just so the stenographer has

19   them.

20                       THE REPORTER:  Yes.

21                       BY MR. MOORE:  (Cont'g.)

22                       Q.   Michael Vas --

23                       A.   V-A-S-Q-U-E-Z.

24                       Q.   Okay.  And who is Michael

25   Vasquez?

ARII@courtsteno.com                              www.courtsteno.com

800.523.7887                                  Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                          A.    Michael Vasquez is a local
 3    conservative political commentator.
 4                          Q.    Does he hold a podcast or
 5    something like that?
 6                          A.    He has a YouTube channel called
 7    No Soundbites Allowed.
 8                          Q.    Okay.  Other than Michael
 9    Vasquez, you mentioned some other names of speakers
10    who appeared?
11                          A.    Carl Eric Bernhardson had done
12    volunteer work for the Republican Party in one -- one
13    of their major volunteers, so he was in contact to
14    the local G.O.P.
15                          Q.    Okay.  And these individuals
16    appeared at one meeting each?
17                          A.    One meeting or so yes.
18                          Q.    Other than Carl and Michael, any
19    other speakers?
20                          A.    Chris Dzeic.
21                          Q.    Chris, C-H-R-I-S?
22                          A.    D-Z-E-I-C, I believe it is.  We
23    are Facebook friends.
24                          Q.    Okay.  And who is Chris Dzeic?
25                          A.    He is a -- one of the local
```

Page 56

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         G.O.P. elected committee members for the county.

3                        Q.    Okay.  We've talked about

4         Michael, Carl and Chris as speakers at your event --

5         at your meetings.  Any others?

6                        A.    We had one woman, I only know her

7         as Mrs. Lewis (phonetic spelling) because I went to

8         school with her daughter and she gave a -- she ran

9         for office previously for the local assembly

10        district, and she gave us a presentation on fracking.

11                       Q.    Okay.  Any other speakers that

12        semester?

13                       A.    Yes, Morgan Zegers.

14                       Q.    Spelled Zegers?

15                       A.    Z-E-G-E-R.

16                       Q.    Morgan Zeger, who is Morgan

17        Zeger?

18                       A.    She runs -- she used to run the

19        organization, Young Americans Against Socialism.  I

20        don't know if she still is now.  She currently works

21        for Turning Point U.S.A. though.

22                       Q.    Okay.  So that's Michael, Carl,

23        Chris, Mrs. Lewis and Morgan.  Any other individuals

24        make appearance at meetings during the semester?

25                       A.    George Phillips.

800.523.7887                                    Associated Reporters Int'l., Inc.

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      Q.   Who is George Phillips?
 3                      A.   George Phillips is a four-time
 4        congressional candidate and has lost all those times,
 5        and he's a local conservative politician.
 6                      Q.   Okay.  Michael, Carl, Chris, Mrs.
 7        Lewis, Morgan and George.  Any other speakers during
 8        that semester other than Dr. Laffer?
 9                      A.   Not that I can think of.
10                      Q.   Okay.  Do you remember when
11        Michael appeared on campus and met with you?  Michael
12        Vasquez?
13                      A.   Me and Michael had been friends
14        for a long time, so I met with him -- he came to a
15        number of club meetings.
16                      Q.   Okay.
17                      A.   And previously, we had known each
18        other from an event I put on the previous year for
19        College Libertarians.
20                      Q.   Okay.  Carl, when -- when did he
21        appear?
22                      A.   I have no idea.
23                      Q.   Okay.  And do you know when Chris
24        appeared?
25                      A.   Don't know.
```

ARII@courtsteno.com                                    www.courtsteno.com

Associated Reporters Int'l., Inc.

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        Q.   Do you know when Mrs. Lewis
 3        appeared?
 4                        A.   Don't know.
 5                        Q.   Do you know when Morgan appeared?
 6                        A.   Yes, on the date of the case
 7        against socialism.
 8                        Q.   So that was in October of 2019?
 9                        A.   I don't remember the exact day
10        for the case against socialism.
11                        Q.   So there was a meeting and then
12        also the case against socialism or did she appear at
13        the case against --
14                        A.   She just appeared at the case
15        against socialism.
16                        Q.   Got you.  And finally George
17        Phillips.  When did he appear at the College
18        Republicans group meeting?
19                        A.   I don't remember.  He had showed
20        up a number of times, if I remember correctly.
21                        Q.   As a speaker?
22                        A.   As a speaker, yes.
23                        Q.   Okay.  Got you.  Were any of
24        those after the Dr. Laffer event?
25                        A.   No, not that I can recall.
```

800.523.7887                              Associated Reporters Int'l., Inc.

```
 1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                         Q.    Okay.  Dr. Laffer event was near
 3          the end of the semester, is that correct?
 4                         A.    Correct.
 5                         Q.    All right.  Did you have any
 6          meetings after the Dr. Laffer event?
 7                         A.    Yes.
 8                         Q.    Okay.  Was there a speaker at
 9          that meeting?
10                         A.    No.
11                         Q.    How many meetings did you have
12          after the Dr. Laffer event?
13                         A.    I don't remember.
14                         Q.    How many meetings did you have
15          before the Dr. Laffer event?
16                         A.    I don't remember.
17                         Q.    Okay.  Does any -- other than
18          you've described, any other paperwork or records
19          exist regarding the -- any of these meetings or the
20          speakers?
21                         A.    Not that I can recall.
22                         Q.    How were the speakers booked for
23          one of --?
24                         A.    I called them.
25                         Q.    Okay.  No email requests, no --
```

800.523.7887                        Associated Reporters Int'l., Inc.

Page 60

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2                    A.    No emails, no.  I believe I
3    called them.  To the best of my recollection, I
4    called them.
5                    Q.    Did the university have any
6    involvement in approving or disapproving the
7    appearance of any speaker at the College Republicans
8    meetings?
9                    A.    No.
10                   Q.    Okay.  You didn't consult with
11   him, they didn't weigh in?
12                   A.    No.
13                   Q.    Okay.  Your involvement with the
14   College Republicans after the Laffer event was only
15   for the balance of that semester?
16                   A.    Can you --
17                   Q.    Dr. Laffer appeared on November
18   18th, 2019, correct?
19                   A.    Correct.
20                   Q.    Is when he came on campus?
21                   A.    Uh-huh.
22                   Q.    You were the president of the
23   College Republicans for the rest of that semester.
24   Is that correct?
25                   A.    Correct.
```

Associated Reporters Int'l., Inc.

Page 61

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        Q.    All right.  And then you left for
 3    Washington the following semester?
 4                        A.    Correct.
 5                        Q.    Okay.  So you -- do you have any
 6    knowledge regarding any events held by the College
 7    Republicans after November 2019?
 8                        A.    Yes, I did hear -- someone
 9    reached out to me about Congressman Reed -- Tom Reed
10    --
11                        Q.    Okay.
12                        A.    -- coming to campus, and I
13    directed them to the current president.
14                        Q.    There was an allegation in the
15    complaint that Congressman Reed appeared sometime in
16    early 2020?  You don't --
17                        A.    I don't -- I don't know.  I
18    wasn't on campus at the time.  I don't know when he
19    appeared.
20                        Q.    Okay.  Did you have any other
21    involvement or did you have a -- do you have any --
22    any other knowledge regarding any events held by the
23    College Republicans after the Laffer event of 2000 --
24    November 2019?
25                        A.    Once in a while I call maybe the
```

Associated Reporters Int'l., Inc.

Page 62

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         club President, Jon Lizak or Lacey Kestager or
 3         President Scagnelli to check up how they were doing,
 4         how the club was doing, but that's the extent of it.
 5                   Q.   Okay.  But that wasn't my
 6         question.  My question was, are you aware whether any
 7         events were held by the College Republicans on campus
 8         after Dr. Laffer?
 9                   A.   I'm not aware.
10                   Q.   During your presidency or during
11         someone else's presidency?  Okay.  So they might have
12         had one, they might not have had one, you just don't
13         know?
14                   A.   I don't know.
15                   Q.   Okay.  And you haven't attended
16         any College Republican events on campus since your
17         presidency ended?
18                   A.   No.
19                   Q.   And how many College Republican
20         meetings occurred after the Laffer event?
21                   MR. CRAIG:  Objection.  Asked and
22         answered.  But you can --
23                   MR. MOORE:  I -- I think you said,
24         there -- there was -- that you did meet after that.
25         I'm just asking how many?
```

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    THE WITNESS:  I don't know.

3                    MR. MOORE:  Okay.

4                    BY MR. MOORE:  (Cont'g.)

5              Q.    There's at least one?

6              A.    At least one, yeah.

7              Q.    Got you.  Paragraph fourteen of

8    the complaint, which you have in front of you, also

9    references posting flyers or signs on campus?

10             A.    Uh-huh.

11             Q.    You see that?

12             A.    Yeah.

13             Q.    From that the time you joined the

14   B.U. Republicans in fall of 2018 up to and including

15   November of 2019, had the B.U. Republicans posted

16   flyers or signs on campus?

17             A.    I don't remember.

18             Q.    Okay.  From the time Dr. Laffer

19   appeared in November of 2019 until present, are you

20   aware of whether the College Republicans posted any

21   flyers or signs on campus?

22             A.    I don't know.

23             Q.    This paragraph in front of you,

24   paragraph fourteen, also references hosting tables?

25             A.    Yes.

Associated Reporters Int'l., Inc.

                                                              Page 64

 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                        Q.   And it says, "hosting tables with

 3          information."  And also, I'll refer you to another

 4          paragraph.  This is paragraph forty-five.  And I'll

 5          read that into the record since we're talking about

 6          tables.

 7                        A.   What pages is it on?

 8                        Q.   I'm getting there.  I think it's,

 9          like -- it is on page twelve.  It's paragraph forty-

10          five.

11                        This says -- well forty-four says --

12          paragraph forty-four of Exhibit One says, Plaintiffs'

13          College Republicans regularly engage in expressive

14          political activities on campus."  Paragraph forty-

15          five reads, "These political activities include

16          periodically tabling on campus.  Student

17          organizations table by setting up a folding table in

18          high traffic area on campus to interact with students

19          for event promotion, organization recruitment and

20          information share."  Did I read that correctly?

21                        A.   Correct.

22                        Q.   Okay.  From the time you joined

23          the B.U. Republicans in fall of 2018 up to and

24          including November of 2019, had the B.U. Republicans

25          hosted any tables with information as described in

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2       paragraphs fourteen and forty-five of the complaint?

3                    A.    Yes.

4                    Q.    Okay.  What was the first one you

5       remember?

6                    A.    I believe the first one I

7       remember is Constitution Day.

8                    Q.    When is Constitution Day held?

9                    A.    I don't know, it's on National

10      Constitution Day.

11                   Q.    Was this in spring -- rather in

12      fall of 2018?

13                   A.    Yes, I believe so.

14                   Q.    So some -- you don't remember the

15      exact date, but it was whatever Constitution Day is

16      --.

17                   A.    It fell on that year.

18                   Q.    Okay.  Where on campus was the

19      tabling located?

20                   A.    The tabling was located on the

21      spine.

22                   Q.    Okay.  What is the spine?

23                   A.    The spine is a central location

24      where students go from Library Tower to the lecture

25      halls to the marketplace.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.   Okay.  Does any paperwork or
 3    records exist regarding this Constitution Day tabling
 4    during the fall of 2018?
 5                    A.   I don't remember.
 6                    Q.   Was there advertising,
 7    reservation confirmation, planning documents, records
 8    of the event, anything like that?
 9                    A.   I don't remember.  We might have
10    had some photographs taken.
11                    Q.   Okay.  Do you maintain those
12    photographs?
13                    A.   They might be on the Facebook, I
14    don't remember.
15                    Q.   Okay.  Did you make any kind of
16    reservation or reserve any space for that tabling?
17                    A.   I don't remember.
18                    Q.   Was there any kind of requirement
19    rule or guideline for reservation of space on
20    campuses -- on campus as regards to tabling?
21                    A.   Yes.
22                    Q.   Okay.  What was the process?
23                    A.   I don't remember.
24                    Q.   Would it have to be done online?
25    Would you have to speak to someone, how is it done?
```

Page 67

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    A.   I don't remember.

3                    Q.   Had you ever done it?

4                    A.   I had.

5                    Q.   Okay.  How many times had you

6    reserved a table?

7                    A.   I don't remember.

8                    Q.   Okay.  Was it once, was it more

9    than once?

10                   A.   I don't remember.

11                   Q.   Okay.  You done it at least once?

12                   A.   I would believe so.

13                   Q.   Okay.  Was that before the

14   November 2019 tabling event?

15                   A.   I don't remember.

16                   Q.   Okay.  Did you reserve any tables

17   after the Laffer event?

18                   A.   Not that I'm aware of.

19                   Q.   Okay.  So is it fair to say that

20   you had reserved a table at least once before

21   November 2019?

22                   A.   Again, I don't remember.

23                   Q.   Okay.  But you had done it at

24   least once, correct?

25                   A.   I believe so.

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                     Q.   Okay.  And you don't remember

3   doing it after the November of 2019?

4                     A.   I don't remember, no.

5                     Q.   You were only there for about a

6   month, right, after that?

7                     A.   Uh-huh.

8                     Q.   Semester ended sometime in

9   December of 2019?

10                    A.   Uh-huh.

11                    Q.   Is it fair to say that you hadn't

12  reserved any tables after the Laffer event?

13                    A.   Yes.

14                    Q.   Okay.  So necessarily, if you've

15  done it at least once you reserved at least one table

16  before the Laffer event, correct?

17                    A.   I believe so.

18                    Q.   Okay.  But you don't remember how

19  many times you did that?

20                    A.   No.

21                    Q.   All right.  And you don't

22  remember what the process was?

23                    A.   No.

24                    Q.   Okay.  Were you prevented at all

25  by anyone from tabling on the Constitution Day?

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.   No.

3                        Q.   Okay.  What's the next tabling

4    you remember that the College Republicans held on

5    campus after Constitution Day in 2018?

6                        A.   I believe it was the tabling

7    event for Dr. Laffer's event coming up.

8                        Q.   So November of 2019, according to

9    the complaint on November 14th of that month, there

10   was a tabling event which is discussed in greater

11   detail in the complaint?

12                       A.   Yes.

13                       Q.   Okay.

14                       A.   That's the next one that I

15   remember.

16                       Q.   Okay.  So is it fair to say that

17   if you reserved a table at least once before the

18   November 2019 Laffer tabling, then that would have

19   been the Constitution Day tabling?

20                       A.   Again, I don't remember if we

21   booked a table for the Constitution Day event.

22                       Q.   Okay.

23                       A.   But --

24                       Q.   So there might have been another

25   tabling?

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                         A.   I don't remember.

3                         Q.   Okay.  From November of 2019, and

4        by that I mean after the Laffer event, until the

5        present time, do you know if the B.U. Republicans

6        hosted tables with information?

7                         A.   Can you repeat the question?

8                         Q.   From November of 2019, which is

9        the date of the Laffer event --

10                        A.   Uh-huh.

11                        Q.   -- until the present time, do you

12       know if the B.U. Republicans have hosted tables with

13       information?

14                        A.   I don't know.

15                        Q.   You weren't involved in any?

16                        A.   Not that I'm -- no.

17                        Q.   Okay.  So I believe you've

18       covered this.  But I'm going to ask again, just to be

19       clear.  From the time you joined the College

20       Republicans in fall of 2018, up to and including

21       November of 2019, when Dr. Laffer spoke, had the B.U.

22       Republicans invited and/or hosted speakers on campus?

23                        MR. CRAIG:  Objection, asked and

24       answered, but you can answer.

25                        MR. MOORE:  I'm only asking again,

800.523.7887                              Associated Reporters Int'l., Inc.

Page 71

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         because it sounded like what he described was the
 3         lineup of speakers during fall of 2019.
 4                   MR. CRAIG:  Okay.
 5                   MR. MOORE:  But he was a member during
 6         spring of 2018.  He was a member during fall 2018.
 7                   BY MR. MOORE:  (Cont'g.)
 8                   Q.   My question is, and you can tell
 9         me what you've already told me and just say, I've
10         already told you what I know of, but.
11                   A.   Uh-huh.
12                   Q.   From the time you joined the B.U.
13         Republicans in fall of 2018, up to and including
14         Laffer's event in November '19, had the B.U.
15         Republicans invited and/or hosted speakers on campus?
16                   A.   Yes.
17                   Q.   Okay.
18                   A.   As I already talked about.
19                   Q.   You talked about a number of
20         speakers who came during fall of 2019, correct?
21                   A.   Yes.
22                   Q.   Were there -- were any of the --
23         were there any other speakers other than that, in
24         your recollection --
25                   A.   Not that I can --
```

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                       Q.   -- before you became a pre -- the

3        president?

4                       A.   Not that I can remember.

5                       Q.   Okay.  We've talked about the

6        identity of all those speakers that you remember,

7        correct?

8                       A.   Correct.

9                       Q.   And those were all at B.U.

10       Republican meetings for the most part, correct?

11                      A.   Correct.

12                      Q.   Other than the case against

13       socialism, where you also had a speaker, correct?

14                      A.   Correct.

15                      Q.   All right.  Were you prevented at

16       all by anyone from hosting any of those speakers you

17       told me about?

18                      A.   No.

19                      Q.   Okay.  And other than Dr. Laffer,

20       you're not aware of any other speakers the B.U.

21       Republicans have ever brought on campus?

22                      A.   Not that I'm aware of, maybe in

23       2005, they brought Anne Coulter to campus.

24                      Q.   Okay.

25                      A.   But that's --

1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.   Got you.

3                    A.   -- way before my time.

4                    Q.   Way before your time.  You were

5     six years old at the time, yeah.  Okay.

6                    So from -- and I'll ask it a slightly

7     different way.  From November of 2019, after the

8     Laffer event until the present time, are you

9     personally aware -- are you anecdotally aware of the

10    B.U. Republicans hosting any speaker of any kind on

11    campus, whether at a meeting, or in some other

12    context?

13                   A.   Yes.  They invited me to speak

14    about some of my experiences in Washington D.C.

15                   Q.   Did you speak?

16                   A.   Yes.

17                   Q.   Okay.  Earlier I'd asked you if

18    you had attended -- was it at a meeting or was it --

19                   A.   It was at a meeting.

20                   Q.   Okay.  Got you.

21                   A.   Yeah.

22                   Q.   So you have attended at least one

23    meeting?

24                   A.   Yeah.

25                   Q.   Okay.  And when was that meeting

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 74

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        held?
 3                        A.    Couple months ago.
 4                        Q.    During the calendar year of 2022?
 5                        A.    Yes.
 6                        Q.    Was it during the fall semester
 7        of '22?
 8                        A.    Yes.
 9                        Q.    And who was present at that
10        meeting?
11                        A.    Either Logan Blanski or Rein Bay.
12                        Q.    Were there other members there?
13                        A.    Yes.
14                        Q.    How many people?
15                        A.    Maybe six, seven.
16                        Q.    Six, seven others other than
17        Logan and Rein?
18                        A.    Yes.
19                        Q.    Do you know any names?
20                        A.    No, not off the top of my head.
21                        Q.    Are you the only speaker you're
22        aware of who appeared on campus at the behest of the
23        College Republicans after your time as president
24        ended?
25                        A.    Yeah.
```

Associated Reporters Int'l., Inc.

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                  Q.    Other than Tom Reed, correct?
 3                  A.    Correct.
 4                  Q.    Okay.  You were contacted about
 5       Tom Reed, but you weren't present when he spoke?
 6                  A.    Correct.
 7                  Q.    Okay.  So you appeared as a
 8       speaker last semester, correct?
 9                  A.    Correct.
10                  Q.    And Tom Reed appeared as a
11       speaker in spring of 2020, correct?
12                  A.    Correct.
13                  Q.    Okay.  And you're not aware of
14       any other speakers post-dating Dr. Laffer's event?
15                  A.    I don't know of any speakers, no.
16                  Q.    Okay.  Going back to the caption,
17       which is the first page.
18                  A.    The first page of the exhibit?
19                  Q.    Very first page, yeah.
20                  A.    Okay.
21                  Q.    Who is Jon Lizak?  And the
22       spelling for that is on the caption, but I'll state
23       for the record, J-O-N L-I-Z-A-K.
24                  A.    What do you mean by who is Jon
25       Lizak?
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.   Who is he?

3                    A.   He's -- he was the successor to

4        me for the College of Republican presidency.

5                    Q.   Okay.  Do you know Mr. Lizak

6        personally?

7                    A.   Not in the last year -- year or

8        so.  But we knew each other pretty well when we

9        attended Binghamton together --

10                   Q.   Okay.

11                   A.   -- for that one semester I was

12       there with him during my presidency.

13                   Q.   So he was there in fall of 2019?

14                   A.   Yes.

15                   Q.   And he succeeded you as president

16       in spring of 2020, as far as you know?

17                   A.   Yes.

18                   Q.   Were you there when the vote was

19       held to name him as president?

20                   A.   I believe so.

21                   Q.   Okay.  When is the last time you

22       spoke with Mr. Lizak?

23                   A.   Six, seven months ago maybe.

24                   Q.   And what was the context of that

25       conversation?

Associated Reporters Int'l., Inc.

Page 77

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                       A.   I just asked how he was doing.

 3                       Q.   Was that a personal conversation

 4    or was it online?

 5                       A.   I called him.

 6                       Q.   Okay.  And what did he tell you?

 7    What did you discuss?

 8                       A.   Just how he was doing.  How

 9    Binghamton was going.

10                       Q.   Okay.

11                       A.   How the club did.

12                       Q.   Is he a current B.U. Republicans

13    member?

14                       A.   I don't know.

15                       Q.   Is he still a student of B.U.?

16                       A.   I don't know.

17                       Q.   Do you know what years he was a

18    member?

19                       A.   I don't.

20                       Q.   Okay.  You know he was a member

21    in fall of 2019?

22                       A.   That was his freshman year, yes.

23                       Q.   And you know he's a member in

24    spring of 2020, correct?

25                       A.   Correct.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      Q.   All right.  And you're not sure
 3         what membership status he had post-dating spring of
 4         '22?
 5                      A.   Post that, no, no idea.
 6                      Q.   Okay.  Have you discussed the
 7         lawsuit with him, not in the presence of attorneys?
 8                      A.   I don't know.
 9                      Q.   You don't know if you've
10         discussed this lawsuit with him?
11                      A.   I don't remember if I have or
12         not.  We've talked very sparsely over the last two,
13         three years.
14                      Q.   Okay.
15                      A.   We kind of lost touch.
16                      Q.   Are you aware that he made a
17         request to withdraw as plaintiff from this case?
18                      A.   No.
19                      Q.   Okay.  Do you know you mentioned
20         a name Lacey Kestager?
21                      A.   Yes.
22                      Q.   How do you know Lacey?
23                      A.   Lacey was one of the members when
24         I was president that I was very close to.
25                      Q.   When's the last time you spoke
```

800.523.7887                          Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         with Lacey?
 3                        A.    Probably a year ago.
 4                        Q.    Is she a current B.U. Republicans
 5         member?
 6                        A.    I don't know.
 7                        Q.    Do you know what year she was a
 8         member?
 9                        A.    I don't, other than her freshman
10         year was when I was president.
11                        Q.    So she was a freshman fall '19?
12                        A.    Yes.
13                        Q.    And you had no involvement with
14         the group after that, so you don't know what her
15         status was postdating fall of 2019.
16                        A.    Correct.
17                        Q.    Is that a fair statement?
18                        A.    That's a fair statement.
19                        Q.    Okay.  Do you know if she's a
20         current B.U. student?
21                        A.    I believe she is not, no.
22                        Q.    Do you know when she left B.U.?
23                        A.    No.
24                        Q.    Have you discussed this lawsuit
25         with her?
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 80

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.    Not that I can think of.
 3                    Q.    You never discussed the lawsuit
 4         with Lacey?
 5                    A.    Not that I can remember.  Most of
 6         our calls have been very social over the last -- like
 7         I said, the last time I talked to her was probably a
 8         year ago.
 9                    Q.    Okay.  She has been identified as
10         a witness to the events alleged in the complaint.  Do
11         you have any knowledge of what incidents alleged in
12         this complaint she was a witness to and what the
13         substance of her knowledge is?
14                    A.    I don't.  I can't speak for
15         Lacey.  No, I don't know what she -- I know she had
16         filmed the tabling incident.  I know she was present
17         at the Laffer event.  That is all I know.
18                    Q.    Okay.  So she was present at the
19         tabling in Laffer events?
20                    A.    Yes.
21                    Q.    Okay.  I'm going to ask you about
22         some other witnesses who have been identified as
23         plaintiffs' attorneys and is witnesses in this case.
24         And some of them are names you've mentioned before.
25                    A.    Okay.
```

ARII@courtsteno.com                              www.courtsteno.com

Page 81

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    The first is Logan Blakeslee.

3                    A.    Blanski.

4                    Q.    B-L-A-K-E-S-L-E-E, is that

5         correct?

6                    A.    Sounds about right the spelling.

7                    Q.    Okay.  He is a current College

8         Republicans member, is that right?

9                    A.    Yes.

10                   Q.    Okay.  And what information about

11        the allegations in the complaint, if you know, does

12        Logan have?

13                   A.    I don't know.

14                   Q.    Was he at the tabling event?

15                   A.    I don't remember.

16                   Q.    Was he at the Laffer event?

17                   A.    I don't remember.

18                   Q.    Do you have any personal

19        knowledge whether he has met with plaintiffs'

20        attorneys or any attorneys from their office?

21                   A.    I don't know.  I can't speak for

22        Logan.

23                   Q.    Are you currently in contact with

24        Logan?

25                   A.    Last time I talked to him was

Associated Reporters Int'l., Inc.

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        when he wanted me to come speak on campus.
 3                  Q.   Okay.  So you saw him then?
 4                  A.   Yes.
 5                  Q.   Few months ago?
 6                  A.   Yes.
 7                  Q.   Did you discuss the lawsuit at
 8        all?
 9                  A.   Not that I'm aware of, no.
10                  Q.   Okay.
11                  MR. MOORE:  And I think we've already
12        requested his address and phone number, may be a
13        witness at some point.
14                  MR. CRAIG:  Yeah, I think.
15                  BY MR. MOORE:  (Cont'g.)
16                  Q.   Another name I seen here is Kyle
17        Nelson.
18                  A.   Uh-huh.
19                  Q.   Who is Kyle Nelson, if you know?
20                  A.   Kyle Nelson, I believe he was a
21        member when I was in College Republicans.  When I was
22        president, he was a member.  And then he took on a e-
23        board membership afterwards.  I don't know the
24        specific membership he had.
25                  Q.   What's a e-board membership?
```

800.523.7887                           Associated Reporters Int'l., Inc.

Page 83

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                         A.    That's secretary, vice-president,

3          treasurer, one of the select titles.

4                         Q.    Okay.  So after you left he was

5          an officer, but you don't know.

6                         A.    Yes, officer e-board, yes.

7                         Q.    Okay.  Got you.  Do you know what

8          information about the allegations in the complaint

9          Kyle has?

10                        A.    No.

11                        Q.    Was he at the tabling event?

12                        A.    I don't remember.

13                        Q.    Was he at the Laffer event?

14                        A.    Yes.

15                        Q.    Do you have any personal

16         knowledge whether Kyle has met with the attorneys

17         representing the plaintiffs in this matter?

18                        A.    I don't know.  I can't speak for

19         Kyle.

20                        Q.    Are you cur -- and do you have

21         any current contact with Kyle?

22                        A.    I talked to Kyle four or five

23         months ago to check up how he was doing.

24                        Q.    Was that a personal conversation?

25                        A.    Personal conversation.

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.   Okay.  Did you discuss the
 3    lawsuit at all?
 4                    A.   No.
 5                    Q.   Did you discuss the facts of this
 6    case at all?
 7                    A.   Not that I can remember, no.
 8                    Q.   Okay.  Have you ever had a
 9    conversation with him about this lawsuit or facts in
10    this case?
11                    A.   Not that I can remember.
12                    Q.   Okay.  And do you have an
13    address, phone number, email address for Kyle?
14                    A.   I have a phone number.
15                    Q.   Okay.
16                    MR. MOORE:  I think you've already
17    given it to us, right?
18                    MR. CRAIG:  Yeah, I put it --
19                    MR. MOORE:  Yeah --
20                    MR. CRAIG:  -- to the extent these are
21    people we can find, we can -- and we haven't, we can
22    get that information for you.
23                    MR. MOORE:  All right.
24                    BY MR. MOORE:  (Cont'g.)
25                    Q.   Another name I've seen here is
```

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        Sebastian Roman.  Do you know who is Sebastian Roman
 3        is?
 4                    A.   I have no idea.
 5                    Q.   How about Thomas Gagliano?
 6                    A.   Yes.
 7                    MR. MOORE:  And Gagliano is G-A-G-L-I-
 8        A-N-O for the stenographer.
 9                    BY MR. MOORE:  (Cont'g.)
10                    Q.   Who is Thomas Gagliano?
11                    A.   He was the editor in chief of the
12        Binghamton Review.
13                    Q.   What is the Binghamton Review?
14                    A.   It is a paper on campus.
15                    Q.   And what information about the
16        allegations in the complaint does Thomas have, if you
17        know?
18                    A.   I don't know.
19                    Q.   Have you ever discussed the
20        claims in this case with Thomas?
21                    A.   Not that I'm aware of, no.
22                    Q.   Do you have any personal
23        knowledge whether Thomas has met with the attorneys
24        representing the plaintiffs in this case?
25                    A.   I don't know.  I can't speak for
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 86

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2    Tommy.

3                    Q.   Are you currently in contact with

4    Thomas?

5                    A.   No.

6                    Q.   And it's fair to say you don't

7    have current contact information for that individual?

8                    A.   I have his LinkedIn.

9                    Q.   Got you.  Another witness is Dr.

10   Arthur Laffer, who --

11                   A.   Uh-huh.

12                   Q.   -- you're aware was a speaker

13   during November of 2019, I'm sure, correct?

14                   A.   Correct.

15                   Q.   Who is Dr. Laffer?

16                   A.   He's an economist.

17                   Q.   And he, of course, was present at

18   the speaking engagement, correct?

19                   A.   Correct.

20                   Q.   Do you have any personal

21   knowledge whether Dr. Laffer has ever met with the

22   attorneys representing plaintiffs in this case?

23                   A.   I don't.

24                   Q.   Are you -- you in -- currently in

25   any contact with Dr. Laffer at all?

Associated Reporters Int'l., Inc.

```
 1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.   No.
 3                    Q.   Have you spoke with Dr. Laffer at
 4     all since the events alleged in the complaint,
 5     meaning the Laffer event?
 6                    A.   Yes.
 7                    Q.   Okay.  When did you have contact
 8     with Dr. Laffer after the Laffer event?
 9                    A.   I helped to book him on Michael
10     Vasquez's show so he could give the speech he was
11     going to give on campus.
12                    Q.   So he went on the Vasquez podcast
13     or the YouTube --
14                    A.   No Soundbites Allowed, yes.
15                    Q.   Okay.  The YouTube channel.
16                    A.   Yep.
17                    Q.   Okay.
18                    A.   He called in.
19                    Q.   Okay.  And do you have any
20     contact information for Dr. Laffer?  You have no
21     current contact with him other than that?
22                    A.   No, I think we're LinkedIn
23     friends, but.
24                    Q.   Got you.  All right.  You know
25     who Jill Riccardi is?
```

 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                      A.   No, name doesn't ring a bell.

 3                      Q.   Are you aware of any other

 4    witnesses other than the people we've named here

 5    today to the tabling event of November 14, 2019?

 6                      A.   Campus police probably, because

 7    they were the ones at the scene.

 8                      Q.   Okay.  So -- and we'll get into

 9    the -- the details of who was present.  But as you

10    sit here today, do you know who was present at the

11    tabling event from the College Republicans?

12                      A.   The ones that I can remember are

13    me, Jon Lizak, Lacey Kestager, I know Turning Point

14    U.S.A. had a table set up.

15                      Q.   Okay.  And we'll get into that.

16                      A.   Okay.

17                      Q.   Any other College Republican

18    members there?

19                      A.   Not that I can remember.

20                      Q.   Okay.  Just the three?

21                      A.   Just as far as I remember, those

22    were the major there.  There could have been more,

23    but those are the three that I specifically remember.

24                      Q.   Okay.

25                      MR. CRAIG:  So John, I assume you'll

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        get into this, but --
 3                    MR. MOORE:  I'm going to get into it.
 4                    MR. CRAIG:  Yeah.
 5                    MR. MOORE:  I'm just sort of setting
 6        the base coat here.
 7                    MR. CRAIG:  Yeah.
 8                    BY MR. MOORE:  (Cont'g.)
 9                    Q.   How about the Dr. Laffer event of
10        November 18, 2019.  Are you aware of any other
11        witnesses who were present at that?  And I'm not
12        asking you about campus police.  But I'm asking you
13        about the names of individuals you know who were
14        there either as attendees, protesters, College
15        Republican --
16                    A.   Bobby --
17                    Q.   -- members, anybody like that?
18                    A.   Bobby Walker was.
19                    Q.   Who was Bobby Walker?
20                    A.   At the time he was the head of
21        the New York State College Federation of College
22        Republicans.
23                    Q.   Okay.  Do you have Bobby's
24        current contact information?
25                    A.   I'm Facebook friends with him.
```

800.523.7887                          Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                      Q.    Okay.  When was Bobby there?  Was

3         he there as an attendee or was he there as an

4         organizer or something else?

5                      A.    He was an attendee at the Laffer

6         event.

7                      Q.    Okay.  Any other individuals you

8         know who were present in any context?

9                      A.    At the tabling or the Laffer

10        event?

11                     Q.    We're talking about the Laffer

12        event now.

13                     A.    Okay.  Raj Kannappan from Young

14        Americans for Liberty.

15                     Q.    Okay.

16                     A.    For Young Americans Foundation.

17                     Q.    Yeah.

18                     A.    Sorry, I got my acronyms

19        confused.

20                     Q.    Okay.  Anybody else?

21                     A.    Not that I can remember.

22                     Q.    Okay.  Were there any College

23        Republican members there?

24                     A.    Yes.

25                     Q.    Who were those people?

800.523.7887                           Associated Reporters Int'l., Inc.

Page 91

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.    Preston Scagnelli, Jon Lizak,

3         Kyle Nelson, Bryn Lauer, Lacey Kestager, me, and

4         that's who I remember being there.

5                        Q.    Okay.  Are you aware of the

6         identity of anybody else who was there?

7                        A.    Not that I can think of, no.

8                        Q.    Okay.

9                        A.    Actually, Joe Silverman, I

10        believe was.

11                       Q.    Who is Joe Silverman?

12                       A.    He was just a late member who

13        showed up to the club and wanted to get involved.

14        And then he transferred out to Cornell, I believe.

15                       Q.    When did he transfer to Cornell?

16                       A.    I don't know.

17                       Q.    Are you still in contact with

18        Joe?

19                       A.    No.  I have his Facebook.

20                       Q.    Okay.  I'm going back to the

21        caption, which is right in front of you there.

22                       A.    Okay.

23                       Q.    Do you have any understanding of

24        what plaintiff Young America's Foundation is?

25                       A.    What Young America's Foundation

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        is?
 3                      Q.    Yeah.
 4                      A.    Yes.
 5                      Q.    What is it?
 6                      A.    It's a -- I believe it's a
 7        501(c)(3) nonprofit.  And they're most known for
 8        helping to maintain the Ronald Reagan Ranch in
 9        California.  I believe it's in California.
10                      Q.    Do they do anything other than
11        President Reagan's Ranch?
12                      A.    Yes, they help to match up
13        students with speakers and help to organize speaking
14        events in campus, campuses across the country.  And
15        they put on a yearly retreat as well for some of
16        their students who participate with them.
17                      Q.    What do you mean by participate
18        with them?
19                      A.    If I remember how they work
20        correctly, you can start up your own little YAF Club
21        on your campus similar to the business model Turning
22        Point U.S.A.  So anyone who's maybe a club member in
23        YAF or anything like that can attend their
24        conference.
25                      Q.    Okay.  Did you do that?
```

Page 93

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.    No.

3                        Q.    All right.  Have you ever hold --

4        held any kind of role, position or membership in YAF?

5                        A.    No.

6                        Q.    Okay.  And YAF is Young

7        American's Foundation, I'm just going to shorthand,

8        we'll refer to it as YAF, okay?

9                        A.    Okay.

10                       Q.    Okay.  Did you have any contact

11       or communication with YAF before November 2019?

12                       A.    Before -- yes.

13                       Q.    Okay.  And when was the first

14       time?

15                       A.    The first time was when I was in

16       College Libertarians and we were trying to get a big

17       speaker for the Liberty weekend event I was throwing.

18                       Q.    When was that?

19                       A.    I don't remember the exact days.

20                       Q.    Well, you were there for a

21       limited amount of time.  This is when you were a

22       College Libertarians member at B.U., correct?

23                       A.    This was my freshman year at B.U.

24                       Q.    Okay.  So this would have been

25       fall 2018 or spring 2019?

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        A.    Spring 2019.
 3                        Q.    Okay.  And you had contact with
 4    YAF with respect to bringing a speaker to campus at
 5    that point?
 6                        A.    Yes.
 7                        Q.    And did you succeed in bringing a
 8    speaker to campus?
 9                        A.    No.
10                        Q.    Okay.  Why not?
11                        A.    Funding was an issue.  We were
12    very underfunded, as well as just getting the
13    logistics down in such a short amount of time.
14                        Q.    Okay.  Did you get so far as to
15    try to identify a possible speaker to bring to
16    campus?
17                        A.    Yes.
18                        Q.    And who -- who did you
19    contemplate brining to campus?
20                        A.    Barry Goldwater, Jr.
21                        Q.    Okay.  And was it the case that a
22    fee was mentioned and you were not able to meet that
23    fee, is that a fair statement?
24                        A.    Correct.
25                        Q.    And that's the reason he didn't
```

Page 95

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         come to campus?

3              A.   That and the fact that it was a

4         little short notice for him to fly from Arizona, all

5         the way to New York.

6              Q.   Got you.  Okay.  So did you ever

7         get so far as to reserve a room for that potential --

8              A.   Not -- we had already reserved a

9         room for the Liberty Weekend event, but not that I

10        know about the rest, no, not for him specifically.

11             Q.   Does the Liberty Weekend event

12        have anything to do with the College Republicans?

13             A.   No, it's College Libertarians.

14             Q.   Okay.  Different group, different

15        event.

16             A.   Correct.

17             Q.   Okay.  When was the next time you

18        had contact with YAF?

19             A.   The next time I was in contact

20        with YAF would have been the summer after my freshman

21        year at Binghamton University, which would have been

22        my sophomore year overall.

23             Q.   Summer 2019, correct?

24             A.   Correct.

25             Q.   And how did you come to have

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        contact with YAF in the summer of 2019?
 3                   A.   I was approached by George
 4        Phillips about potentially getting a speaker to
 5        campus.
 6                   Q.   Remind me of who Phillips is
 7        again?
 8                   A.   Phillips is a man who's run for
 9        Congress, congressional candidate locally here.
10                   Q.   And did he mention any potential
11        speaker he wanted to bring to campus?
12                   A.   He said to take a look at the YAF
13        website.  And that he had some connections to a
14        couple of the speakers.
15                   Q.   So he never said to you, I want
16        you to bring this guy, I want you to bring this
17        woman, he just said --
18                   A.   No, he -- he just named some
19        potential suggestions to us that he had some contacts
20        to that he could help use to bring them to said
21        campus.
22                   Q.   Did you reach out to Phillips
23        about that, or did Phillips reach out to you?
24                   A.   We had run into each other
25        somewhere out locally.  And it just came about that I
```

Associated Reporters Int'l., Inc.

Page 97
```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2       was the head of the College Republicans, if I
 3       remember correctly.
 4                    Q.  Got you.  And then who reached
 5       out to you -- so was there an email contact or
 6       something else?
 7                    A.  I don't remember, probably phone
 8       call if I had to -- I don't remember.
 9                    Q.  So did Philips hook you up with
10       YAF, or did you suggest YAF, or how did that --
11                    A.  He said to take a look, that he
12       had some friends in YAF as well as knew some of the
13       speakers and to take a look at their list.
14                    Q.  Okay.  Did you take a look at
15       their list?
16                    A.  I did take a look at their list.
17                    Q.  And what happened when you took a
18       look at the list?
19                    A.  I went through some of the
20       potential speakers, their price ranges and who we
21       thought would be good to bring on campus.
22                    Q.  And did you come to any sort of
23       decision about who would be good to bring to campus?
24                    A.  Yes.
25                    Q.  And what did you decide?
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    A.   We decided on Dr. Arthur Laffer.

3                    Q.   Did you consult with anybody

4    before you made the decision to bring Dr. Laffer to

5    campus?

6                    A.   I told Rein and Brian Murray, who

7    were the only two other club members at the time.

8                    Q.   Okay.  This is all there in the

9    summer of '19?

10                   A.   Yes.

11                   Q.   Okay.  And did you have further

12   contact with Phillips about this?

13                   A.   Yes.

14                   Q.   And what happened next?

15                   A.   We exchanged -- we -- we talked a

16   little bit, I don't remember how and just kind of

17   started to get down to him introducing me to some of

18   the YAF contacts and me talking to those YAF

19   contacts.

20                   Q.   And did he do -- make such an

21   introduction?

22                   A.   I don't remember.

23                   Q.   How did he make such an

24   introduction, if at all?

25                   A.   I don't remember.

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 99

 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    Q.   Do you come in contact with

 3    anyone from YAF regarding bringing Dr. Laffer to

 4    campus?

 5                    A.   I believe at some point I was

 6    reached out to because we put out that we wanted to

 7    bring him to campus.  Young America's Foundation

 8    reached out after our inquiry about him.

 9                    Q.   Okay.  And at that time, what did

10    you know about YAF's contact with student groups on

11    other college campuses, if anything?

12                    A.   I didn't know, I've never worked

13    with them in the past.  I went to -- I believe they

14    hosted Dick Cheney at Cornell the year before, and I

15    drove up to see Dick Cheney speak, and I believe that

16    was a YAF event.  But that was the only other YAF

17    event I had been to.

18                    Q.   Okay.

19                    A.   At that point.

20                    Q.   See if we can refresh your --

21                    MR. CRAIG:  John, at your convenience.

22    Just we've been going a little over an hour.  I'd

23    appreciate a short break.  But --

24                    MR. MOORE:  Yeah, let's do it now.

25                    MR. CRAIG:  -- if this is a good time?

ARII@courtsteno.com                                www.courtsteno.com

Page 100

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         I don't want to --
 3                        MR. MOORE:  Yeah, it's great time.
 4                        MR. CRAIG:  -- get in the way.
 5                        MR. MOORE:  Any time is fine.  Let's
 6         take a break.
 7                        THE REPORTER:  Off the record.
 8                        (Off the record, 10:17 a.m. to 10:17
 9         a.m.)
10                        BY MR. MOORE:  (Cont'g.)
11                        Q.   You also have mentioned you're a
12         member of the College Libertarians?
13                        A.   Yes.
14                        Q.   What was the purpose of the
15         College Libertarians?
16                        A.   Very similarly to the College
17         Republicans, but with Libertarian principles.
18                        Q.   Okay.  Were -- were the members
19         of the College Libertarians in fall of 2018 all
20         College Republicans, or they're different membership
21         to the students?
22                        A.   If I remember correctly, there
23         was mostly crossover between the two, maybe one or
24         two members who didn't go to College Republicans.
25                        Q.   Okay.  So there were some
```

Page 101

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2          Libertarians who were not College Republicans.  Is
 3          that fair to say?
 4                    A.   Yes.
 5                    Q.   Okay.  And did Libertarians co-
 6          host Laffer?
 7                    A.   No.
 8                    Q.   Did Libertarians have any
 9          involvement in the tabling event?
10                    A.   Which tabling event?  Do you mean
11          the tabling incident or the --
12                    Q.   The -- the November 2000 -- when
13          I say the tabling -- the tabling event, I mean the
14          November 2014 --
15                    A.   Okay.
16                    Q.   -- and '19 tabling.
17                    A.   Okay.  Yeah, no, they were not
18          involved.
19                    Q.   Okay.  Did the College
20          Libertarians hold any tabling events of their own
21          during your time with that group?
22                    A.   Yes, the University Club fair.
23                    Q.   The one you already told me
24          about?
25                    A.   Yes.
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 102

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    Okay.  No others?

3                    A.    Not that I can remember.

4                    Q.    Okay.  Got you.  Okay.  I am

5         going to show you an exhibit.

6                    A.    Okay.

7                    MR. MOORE:  And this is Defendants'

8         Exhibit Two marked with today's -- actually not

9         marked for the day.  And I'll state for the record

10        that this is from the plaintiffs' disclosure in this

11        case and it is Bate stamped pages two forty-seven and

12        two forty-eight.  Is that -- Counsel agree with that?

13                   MR. CRAIG:  Yeah, two forty-seven, two

14        forty-eight.

15                   MR. MOORE:  Yeah.

16                   BY MR. MOORE:  (Cont'g.)

17                   Q.    Do you -- this is a July 26

18        through 29th, 2019 email chain.

19                   A.    Uh-huh.

20                   Q.    Do you recognize these pages?

21                   A.    I have been C.C.'ed on the

22        emails, I don't specifically recom -- recognize these

23        emails.

24                   Q.    You're a party to the emails in

25        this chain?

ARII@courtsteno.com                         www.courtsteno.com

Associated Reporters Int'l., Inc.

Page 103

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                       A.   Yes.
 3                       Q.   Did you receive Raj Kannappan and
 4   by Raj is R-A-J, Kannappan is K-A-N-N-A-P-P-A-N.   Did
 5   you receive his email dated July 29, 2019 at nine
 6   twenty-two a.m., which is on the first page of
 7   Exhibit Two?
 8                       A.   It appears I was C.C.'ed it on
 9   the email, yes.
10                       Q.   Okay.  Well, it says, "Thanks for
11   the introduction, George.  John, let me know if you
12   are interested in a brief phone call next week.  I'd
13   be happy to learn more about what you are doing at
14   Binghamton and how YAF might be able to assist you."
15   Did you receive that email?
16                       A.   I believe I did.
17                       Q.   Did you have a brief phone call
18   with Raj following that?
19                       A.   I don't remember if I did.
20                       Q.   Okay.  Who is Raj Kannappan?
21                       A.   Raj Kannappan, I believe, works
22   for Young America's Foundation and is in charge of
23   their economic department.
24                       Q.   What is their economic
25   department?
```

800.523.7887                              Associated Reporters Int'l., Inc.

Page 104

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    A.    Essentially the economic side of

3    the Young American's Foundation.

4                    Q.    Okay.  Have you ever discussed

5    the claims in this case with Raj after November of

6    2019?

7                    A.    I don't remember.

8                    Q.    Are you currently in any contact

9    with Raj Kannappan?

10                   A.    No.

11                   Q.    What contact, if any, occurred

12   after Monday, July 29 at nine twenty-two a.m. between

13   you and Mr. Kannappan?

14                   A.    We started working on some of the

15   logistics for getting Dr. Laffer on the campus.

16                   Q.    So at some point you discussed

17   with Mr. Kannappan co-sponsoring a speaker at B.U.?

18                   A.    Yes.

19                   Q.    And how many contacts did you

20   have with him?

21                   A.    I don't know.  I don't remember.

22                   Q.    Do you personally have records or

23   emails which memorialize those contacts?

24                   A.    Not that I can think of, no.

25                   Q.    Okay.  How were the contacts --

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         how did the contacts take place?
 3                      A.    Over -- if I remember correctly,
 4         it was phone calls, and the Binghamton College
 5         Republicans email.
 6                      Q.    Okay.  But if you look at this --
 7                      A.    Uh-huh.
 8                      Q.    -- there is restuccia1@gmail.com.
 9         That's not a College Republicans email, is it?
10                      A.    No.
11                      Q.    What is that?
12                      A.    That's my personal email.
13                      Q.    Okay.  How many contacts did you
14         have with Raj over your personal email?
15                      A.    I don't know.
16                      Q.    Have you ever done a search for
17         emails with Raj on your personal email account
18         restuccia1@gmail.com?
19                      A.    I have not, no.
20                      Q.    Okay.  Do you still maintain that
21         email address?
22                      A.    Yes.
23                      Q.    Do you still utilize that email
24         address?
25                      A.    Yes.
```

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                         Q.    I'm going to make a request on

3         the record that you search for any contacts with Raj

4         Kannappan.

5                         A.    Okay.

6                         Q.    I'm going to ask the same

7         question regarding planning for the Laffer event.

8         Did you use that email address to plan anything for

9         the Laffer event, whether contacts with Raj or

10        anybody else?

11                        A.    I don't remember.

12                        Q.    Okay.  I'm going to ask that you

13        do a search of restuccia --

14                        A.    Restuccia1.

15                        Q.    -- restuccia1@gmail.com for any

16        planning or other contacts which deal in any way with

17        planning for the Laffer event.  And since you don't

18        seem to remember a lot of things, I'm going to

19        reserve my right to ask further questions if those

20        emails reveal anything else.

21                        A.    Okay.

22                        Q.    The -- did you have any contacts

23        with other College Republicans or outsiders, and by

24        that I mean, other individuals regarding attending

25        the Laffer event with the Restuccia1 email address.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                     A.   Not that I'm aware of, no.

 3                     Q.   But you can search for those?

 4                     A.   I can search for those, yes.

 5                     Q.   Okay.  Got you.  And were there

 6    any emails using that email address

 7    restuccial@gmail.com regarding planning for what

 8    we've referred to as the November 2014 tabling event?

 9                     A.   Not that I'm aware of, no.

10                     Q.   Okay.  How was the tabling event

11    planned?

12                     A.   I don't remember.

13                     Q.   Okay.  Well, we'll get into a

14    little --

15                     A.   Okay.

16                     Q.   -- more detail about that.  Other

17    than restuccial@gmail.com, did you have any other

18    email addresses you utilized for contact with Young

19    America's Foundation and/or Raj Kannappan?

20                     A.   The College Republicans email for

21    the university.

22                     Q.   Okay.  We've already discussed

23    getting an authorization for that email address.  Any

24    other email addresses?

25                     A.   No, not that --
```

Page 108

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2                     Q.   Did you text anybody from YAF?
3                     A.   Not that I can think of no.
4                     Q.   Did you use any other messaging
5    platforms to have contact with anyone from YAF
6    including but not limited to Raj Kannappan?
7                     A.   No.
8                     Q.   Okay.  Did you settle on any date
9    to host the speaker?
10                    A.   Yes.
11                    Q.   Was Dr. Laffer the only speaker
12   considered?
13                    A.   Yes.
14                    Q.   Okay.  And were there -- when --
15   after you settled on a date, did date or dates change
16   at any point?
17                    A.   Yes.
18                    Q.   Okay.  Why?
19                    A.   Rooms got switched around the
20   univer -- we had to work trying to make sure that
21   room was big enough with the right technology and
22   finding a room space that would work for what we
23   wanted to do of an event that size.
24                    Q.   Okay.  So you wanted a certain
25   kind of room space?  What room space were you looking
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         for?

3                        A.   I don't remember the specifics,

4         but we wanted a certain number of people to be able

5         to attend.  And we also wanted it to have adequate

6         technology in case Dr. Laffer had a PowerPoint.  And

7         we wanted also a podium so you can have a megaphone,

8         and he could stand comfortably.

9                        Q.   Okay.  A megaphone or microphone?

10                        A.   Microphone.

11                        Q.   Got you.  Once you had picked the

12        date, what steps, if any, did you personally take to

13        facilitate the speaker's appearance?

14                        A.   We had to secure funding in order

15        to get the speaker onto campus.

16                        Q.   Okay.  Well, how much was his

17        fee?

18                        A.   We raised, if I remember

19        correctly, fifteen thousand dollars.

20                        Q.   Okay.  And was that his fee, or

21        was there a set fee?  I mean, did he say twenty grand

22        to appear on campus, was given a fee?

23                        A.   I -- I don't know.  YAF handled

24        the more logistics of getting him here to Binghamton,

25        as well as help -- as covering the rest of the fee.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.    Okay.  When you say you raised
 3    fifteen thousand dollars, how did you do so?
 4                    A.    I was put in contact with some
 5    people who wanted to donate to the College
 6    Republicans who would put up a thousand dollars each
 7    in order to get that money because our budget was
 8    five hundred dollars --
 9                    Q.    Got you.
10                    A.    -- from the club.
11                    Q.    Okay.  So you had five hundred
12    dollars from --
13                    A.    The university.
14                    Q.    -- the -- the club was given --
15    the university gave five hundred dollars towards
16    whatever event you wanted to host, correct?
17                    A.    If I remember correctly, the
18    university had to approve of what that money was
19    spent on.
20                    Q.    Okay.  Got you.  And did they
21    approve that the five hundred dollars would be spent
22    on Dr. Laffer?
23                    A.    I don't remember if we used the
24    five hundred dollars for Dr. Laffer.
25                    Q.    Okay.  How would we -- how would
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 111

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        we come to determine whether you used the five
 3        hundred dollars for Dr. Laffer?
 4                    A.   I don't know.
 5                    Q.   Okay.
 6                    A.   Potentially, the university would
 7        have records, but I'm unsure.  I'm not the
 8        university.
 9                    Q.   Okay.  But you were the president
10        at the time?
11                    A.   Yes.
12                    Q.   Okay.  And how did you know you
13        had five hundred -- you're telling me now that you
14        had five hundred dollars, so what's your source of
15        valid for that fact?
16                    A.   The -- if I remember correctly,
17        the previous president said that was our budget.
18                    Q.   Okay.  And did you do anything in
19        terms of contact with the university to make sure you
20        had that five hundred dollars available for the
21        Laffer event?
22                    A.   I don't remember.
23                    Q.   Okay.  Who would you have
24        contacted to determine whether you had funding for
25        the Laffer event, or access to that five hundred
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         dollars?
 3                        A.    If I remember correctly, S.A.
 4                        Q.    Okay.
 5                        A.    The Student Association.
 6                        Q.    Okay.  Okay.  So there may have
 7         been five hundred dollars from the University or from
 8         S.A.
 9                        A.    Uh-huh.
10                        Q.    Okay.  And those aren't the sa --
11         so you're not sure whether it was from the university
12         or from the Student Association.  Is that correct?
13                        A.    Correct.
14                        Q.    Okay.  And then you raised a
15         thousand dollars from --
16                        A.    Fifteen.
17                        Q.    -- fifteen different people?
18                        A.    Fifteen individuals.
19                        Q.    And did you keep records on who
20         those people were?
21                        A.    At the time, yes.
22                        Q.    Okay.  Where are those records
23         now?
24                        A.    I don't remember.  I remember a
25         couple of the specific donors, but I don't know
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         remembers (sic) what the record was keeping that.
 3                   Q.   Okay.  Well, I'm going to request
 4         those records and the identity of donors.  And that's
 5         a lot of money, correct, fifteen thousand dollars?
 6                   A.   It is a lot of money, yes.
 7                   Q.   Okay.  And a thousand dollars is
 8         a lot of money.  So did you -- does -- does the group
 9         maintain records as to where that money -- did you
10         have a bank account for the group?
11                   A.   Not that I can remember, no.
12                   Q.   How did you get the fifteen
13         thousand dollars?  Was it given to you in cash, or
14         was it given to you in checks or somewhere --
15                   A.   I believe that one of our donors
16         helped to get all the funds together to give to YAF.
17                   Q.   And who is that person?
18                   A.   I don't remember specifically.
19         If I had to guess it was Jeff Coghlen or George
20         Phillips.
21                   Q.   Okay.  So either Jeff or George -
22         -
23                   A.   Uh-huh.
24                   Q.   -- organized the money and then
25         they gave it directly to YAF?
```

Associated Reporters Int'l., Inc.

Page 114

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.    Uh-huh.
 3                    Q.    And YAF paid Laffer?
 4                    A.    As far as I'm aware.  Again, I'm
 5         not YAF.  I don't know how that money was sent or
 6         spent.
 7                    Q.    Okay.  And did YAF ever -- or did
 8         Dr. Laffer's people ever tell you what Laffer's fee
 9         was for the event?
10                    A.    Not that I'm aware of, no.
11                    Q.    Okay.  It's just somehow money
12         changed hands, and did -- did it ever come through
13         the College Republicans?
14                    A.    We never know -- no, not that I'm
15         aware of.
16                    Q.    Okay.  So someone just donated
17         money and that went straight to either YAF or Laffer?
18                    A.    Uh-huh.
19                    Q.    Okay.
20                    A.    As far as I'm aware.
21                    Q.    Okay.  So ultimately, a room was
22         selected for the speaker, or rooms?
23                    A.    Yes.
24                    Q.    And how did you -- what was the
25         process for selecting the room?
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                     A.   I don't remember how we selected
 3         the room.   I don't remember what service or how we
 4         came about looking at available rooms.
 5                     Q.   Well, was approval from anybody
 6         required to secure the room?
 7                     A.   Yes, I believe so.
 8                     Q.   Okay.   And what is your
 9         understanding of the procedures required to secure a
10         room for a speaker or other event?
11                     A.   I don't remember.
12                     Q.   Okay.   But you did ultimately
13         secure a room or rooms for the Laffer event?
14                     A.   Yes.   Eventually, we worked it
15         out with one of the Student Honor Societies to use
16         the space they had gotten and trade spaces.
17                     Q.   Okay.   Was that Student Finance
18         Society?
19                     A.   Potentially.   I don't remember
20         what specific society.
21                     Q.   So at some point somebody had a
22         room and you switched times with them so you could
23         use the room?
24                     A.   Yes.
25                     Q.   Okay.   I'm going to show you --
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         see if this refreshes your recollection, what has

3         been marked as Defendants' Exhibit Three.

4              MR. CRAIG:  Thank you.

5              THE WITNESS:  Question.  Is this all

6         in email chain, or is this all the same email?

7              MR. MOORE:  I am going to ask the

8         question, because I don't know.  I will identify what

9         it is for the record.

10             MR. CRAIG:  He'll tell you.

11             BY MR. MOORE:  (Cont'g.)

12             Q.   These are records that appear to

13        be a number of different emails, but they are Bate

14        stamped from the plaintiffs' disclosures in this

15        case, Bate stamped pages one fourteen through one

16        eighteen.  And so in that context, it appears to be

17        five different events.  Do you recognize these pages?

18             A.   I do not, no.

19             Q.   Okay.

20             A.   But my email -- my student

21        email's associated with them.

22             Q.   Okay.  So we see at the top,

23        jrestuc1@binghamton.edu.  Is that your student email

24        address?

25             A.   That was my student email.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                        Q.    And it looks like at the top of

 3    each of these pages on Thursday, November 21st, 2019,

 4    you sent this to someone named pcscagnelli@gmail.com.

 5                        A.    Yes, that's Preston Scagnelli's

 6    personal email.

 7                        Q.    Why did you send these to Preston

 8    in November of 2019 -- November 21 of 2019?

 9                        A.    I don't remember.

10                        Q.    Okay.  You don't remember why you

11    sent them to Preston?

12                        A.    I don't remember, no.

13                        Q.    Okay.  And by reviewing these,

14    let's look at the -- the -- do you know in general

15    what these documents are other than the forwarding

16    email to Preston?

17                        A.    It looks as if it's almost a

18    digital receipt for rooms --

19                        Q.    Okay.

20                        A.    -- just by looking at it.

21                        Q.    We'll look at the first page,

22    which is Bate stamped page one fourteen.  Do you

23    recognize this page?

24                        A.    One fourteen?

25                        Q.    Yeah, first page.
```

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2                     A.    Not particularly, no, it looks --
3         like I say, it looks like a receipt.
4                     Q.    Okay.  It says, "The following
5         room request has been approved."  Do you see that?
6                     A.    Yes.
7                     Q.    At the middle of the page there?
8         Who would have approved that room request?
9                     A.    It would have been whoever was in
10        charge of room requests at the university.
11                    Q.    Okay.  So university approving
12        the room requests.  Is that correct?
13                    A.    As far as I'm aware.
14                    Q.    Okay.  Do you know why you chose
15        that room?  This is dated August 28, 2019, correct?
16                    A.    Correct.
17                    Q.    And it looks like the meeting
18        date was for October 7, 2019.  Is that correct?
19                    A.    Correct.
20                    Q.    And the room information is zero
21        fourteen dash L.H. dash N.  Do you know what room
22        that is?
23                    A.    It sounds like it's the lecture
24        hall, room fourteen, but I'm not completely sure.
25                    Q.    Okay.  And was this for the -- it
```

```
 1    B.U. College, et al v Rose, et al – 1/10/23 – J. Restuccia
 2         says an event information for Arthur Laffer event,
 3         correct?
 4                        A.   Correct.
 5                        Q.   Why was October 7 chosen?
 6                        A.   I don't remember.
 7                        Q.   And was the room and/or date for
 8         Laffer event changed?
 9                        A.   I believe so.
10                        Q.   Did Laffer speak on October 7?
11                        A.   I don't remember specifically
12         what day Arthur Laffer spoke.
13                        Q.   Okay.  All right.  If I told you
14         that the complaint alleges that he spoke on November
15         18 of 2019, would you agree with me?
16                        A.   Yes.
17                        Q.   Okay.
18                        A.   Yes.
19                        Q.   So I'll go back to my other
20         question.
21                        A.   Uh-huh.
22                        Q.   Did Arthur Laffer speak on campus
23         on October 7, 2019?
24                        A.   No.
25                        Q.   Okay.  Do you know why that date
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 120

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         was changed?
 3                        A.   I do not remember, no.
 4                        Q.   Let's go to the second page.
 5         This appears to be a reservation for the same -- that
 6         was made on the same date, August 28, 2019.  This is
 7         Bates stamp page one fifteen of Exhibit Three,
 8         correct?
 9                        A.   Correct.
10                        Q.   And there's a different room
11         reserved here, one ten dash E.B. dash N.  Do you see
12         that?
13                        A.   I do.
14                        Q.   Okay.  And was this room request
15         approved by the university?
16                        A.   Yes, according to the -- the
17         following room has been requested, it says.
18                        Q.   And was this again for the Laffer
19         event?
20                        A.   Yes.
21                        Q.   And it looks like the date for
22         this is -- the -- the room was reserved for October
23         14, 2019.  Do you see that?
24                        A.   Yes.
25                        Q.   Did Arthur Laffer speak on campus
```

Associated Reporters Int'l., Inc.

```
1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2          on October 14, 2019?
3                    A.    No.
4                    Q.    Why did you choose that room, one
5     ten dash E.B. dash N?
6                    A.    I don't remember.
7                    Q.    Do you know where that's located?
8                    A.    No.
9                    Q.    Do you know why that date was
10    chosen?
11                   A.    I don't remember.
12                   Q.    Was the room and/or date changed?
13                   A.    Yes.
14                   Q.    Why was the room and/or date
15    changed?
16                   A.    I don't remember specifically why
17    the room was changed or the date was changed.
18                   Q.    Okay.  Let's go to the next page,
19    which is Bates stamp page one sixteen.  This appears
20    to be -- would you agree with me that this is a
21    reservation that was made on Tuesday, September 24,
22    2019?
23                   A.    Yes.
24                   Q.    And was this a room request for
25    one ten dash E.B. dash N?
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                      A.   It appears to be.

3                      Q.   And was this room request

4    approved by the university?

5                      A.   Correct.

6                      Q.   And was this room request for

7    Arthur Laffer to speak?

8                      A.   As far as I'm reading, yes.

9                      Q.   Okay.  And was -- it looks like

10   the date here -- you're the one who made this

11   request, right?

12                     A.   I believe I did, yes, requester's

13   name.

14                     Q.   John P. Restuccia at --

15                     A.   Uh-huh.

16                     Q.   -- jrestuc1@binghamton.edu,

17   correct?

18                     A.   Correct.

19                     Q.   So you made it, right?

20                     A.   Yes.

21                     Q.   Okay.  Would anyone else have

22   used your email address to make room requests?

23                     A.   Not that I'm aware of, no.

24                     Q.   Okay.  So it was you, right?

25                     A.   Correct.

 1   B.U. College, et al v Rose, et al – 1/10/23 – J. Restuccia

 2                  Q.    Okay.  This was for November 8,

 3        2019, correct?

 4                  A.    Correct.

 5                  Q.    Did Arthur Laffer speak on

 6        November 8, 2019?

 7                  A.    No.

 8                  Q.    Why not?

 9                  A.    I don't remember.

10                  Q.    Okay.  Let's go to the next page.

11        Bates stamped page one seventeen.

12                  A.    Uh-huh.

13                  Q.    This is another room request,

14        correct?

15                  A.    Correct.

16                  Q.    And this was by you, correct?

17        You made this room request?

18                  A.    Correct, it appears.

19                  Q.    Okay.  Would you have any reason

20        to doubt that you made this room request?

21                  A.    I don't have any reason to doubt,

22        I just don't remember specifically making it.

23                  Q.    Okay.  Got you.  And this is a

24        room request that was approved by the university.  Is

25        that correct?

Page 124

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                            A.    It appears to be, yes.

3                            Q.    Okay.  And this is for room one

4    thirteen dash P.B. dash H.S., correct?

5                            A.    Correct.

6                            Q.    Where -- what is that room?

7                            A.    I don't rem -- I don't know where

8    it is.

9                            Q.    You don't know where it is?

10                           A.    No.

11                           Q.    Do you know why you chose that

12   room?

13                           A.    I don't remember.

14                           Q.    Do you know what you chose that

15   room for?

16                           A.    It says it was a Arthur Laffer

17   speaking event, so I assume it's for the Dr. Laffer

18   event.

19                           Q.    Well, you would have made that

20   reservation, correct?

21                           A.    Correct.

22                           Q.    For the Laffer event.  And you

23   picked a new date that was November 18, 2019?

24                           A.    Correct.

25                           Q.    Was that the ultimate date he

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 125

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         spoke?

3                        A.   Yes, I believe so.

4                        Q.   Was that the room he spoke in?

5                        A.   I don't know if that's the

6         lecture hall or not.

7                        Q.   Okay.  And this is Bates stamp

8         page one eighteen.  It is the final page of Exhibit

9         Three.

10                       A.   Uh-huh.

11                       Q.   Is this a different room request

12        for a diff -- made on a different date?

13                       A.   Yes.

14                       Q.   Okay.  And the date of this --

15        the date of the previous request Bates stamp one

16        seventeen was October 3rd, 2019, correct?

17                       A.   Correct.

18                       Q.   Now, this date is October 31,

19        2019, correct?

20                       A.   Correct.

21                       Q.   And the room requested was

22        approved, correct?

23                       A.   Yes, it appears to be.

24                       Q.   And this would've been room G

25        zero zero eight dash A.A. dash M.

Page 126

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    A.    Uh-huh.

 3                    Q.    Am I correct?

 4                    A.    Correct.

 5                    Q.    And what room is that?  Do you

 6    know where that's located?

 7                    A.    I don't know where it's

 8    specifically located.

 9                    Q.    Okay.  Do you know why you picked

10    that room?

11                    A.    I don't remember, no.

12                    Q.    Was this for Arthur Laffer?

13                    A.    Yes, it appears to be.  It says

14    Arthur Laffer speaking on economics, yes.

15                    Q.    Okay.  Okay.  And the meeting

16    date was November 18, 2019?

17                    A.    Correct.

18                    Q.    And that was the date he

19    ultimately spoke, right?

20                    A.    Correct.

21                    Q.    Was this the room he spoke in?

22                    A.    I don't remember because I don't

23    know what room it specifically is.

24                    Q.    Okay.  And you don't remember why

25    you forwarded all these emails to Peter Scaganelli
```

```
 1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2          (sic), correct?

 3                         A.   Correct, I don't remember.

 4                         Q.   Okay.  I am going to show --

 5                         A.   Preston Scagnelli.

 6                         Q.   Preston Scagnelli, I'm sorry.

 7                         A.   That's okay.

 8                         Q.   I'm going to show you what's been

 9     marked as Defendants' Exhibit Eleven.  Give it to

10     your counsel.  Pass down the line.  Do you recognize

11     this page?

12                         A.   I don't recognize it

13     specifically, no.

14                         Q.   Okay.  Was this an email that was

15     forwarded to you on Tuesday November 12th, 2019?

16                         A.   Yes.

17                         Q.   Okay.  And the title of the email

18     is "Event approved, Dr. Arthur -- Arthur Laffer colon

19     Trumps comma Tariffs comma Trade Wars.  Do you see

20     that?

21                         A.   Yes.

22                         Q.   And who was the recipient of this

23     email?

24                         A.   It appears to be my student

25     email.
```

Page 128

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      Q.   Okay.  So you received this
 3    email, is that correct?
 4                      A.   I don't remember, but I would
 5    assume.  I have no reason to doubt you, yeah.
 6                      Q.   Well, it looks like you forwarded
 7    this to P.C. Scaganelli (sic) on November 21, 2019,
 8    correct?
 9                      A.   Correct.
10                      Q.   Do you know why you forwarded
11    this to Mr. Scaganelli (sic) on November 21?
12                      A.   I don't remember.
13                      Q.   Okay.  And what is this document,
14    it says, "Campus Group's Event"?
15                      A.   It appears to be an approval for
16    the Academic A Room G zero zero eight.
17                      Q.   Okay.  And that was the final
18    room reservation we talked about from Exhibit Three,
19    correct?
20                      A.   It appears to be, yes.
21                      Q.   Okay.  So is it fair to say that
22    the Dr. Laffer event for November 18th, 2019 was
23    approved by a school administrator as of November
24    12th, 2019?
25                      A.   It appears to be by this email
```

Associated Reporters Int'l., Inc.

Page 129

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         for -- yes, at this time.

3                        Q.   Do you know what school

4         administrator approved it?

5                        A.   I have no idea, no.

6                        Q.   Do you know what open for

7         registration means?

8                        A.   No.

9                        Q.   So I'll just say -- I'll just

10        read the first paragraph of the email to you.  It

11        says, "Hi John, the event Dr. Arthur Laffer Trump,

12        Tariffs, Trade Wars, Monday, November 18, at seven

13        thirty p.m. was approved by a school administrator

14        and is now visible on the calendar and open for

15        registration if you allowed it in your event

16        settings."  Did I read that correctly?

17                        A.   Yes.

18                        Q.   What does "open for registration"

19        mean in that context?

20                        A.   I do not know.

21                        Q.   Did you require reger --

22        registration for this event?

23                        A.   I don't remember if we did or

24        not.

25                        Q.   Okay.  What would it mean if you

Page 130

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         had required registration?

3                        A.    I'm unsure what it would mean in

4         this context.  I don't know.

5                        Q.    Would that mean that someone

6         would need to register to attend the event?

7                        A.    Again, I don't know what it would

8         specifically mean in this context.

9                        Q.    Did you require tickets for this

10        event?

11                       A.    No, we did not require tickets.

12                       Q.    And you don't know if you

13        required registration, correct?

14                       A.    Correct.

15                       Q.    And why did you not require

16        tickets?

17                       A.    We wanted it to be open to the

18        community, so people from the area could enjoy the

19        speaker.

20                       Q.    And did you have email contact

21        with anybody from YAF to prepare for this event prior

22        to November 18th, 2018?

23                       A.    Yes.

24                       Q.    And the email addresses you

25        utilized would've been the College Republicans email

800.523.7887                          Associated Reporters Int'l., Inc.

Page 131

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         address, correct?
 3                     A.   Correct.
 4                     Q.   And then your personal email
 5         address @gmail.com, correct?
 6                     A.   Correct.
 7                     Q.   And would you have also used this
 8         email address that we see in these last couple
 9         emails, Exhibits Three and Eleven?  Did you also use
10         jrestuccia1@binghamton.edu?
11                     A.   I don't remember if we used that
12         specifically, but potentially.
13                     Q.   Okay.  And have you provided all
14         of those emails to the attorneys representing
15         plaintiffs in this case?
16                     A.   As far as I know, yes.
17                     Q.   Okay.
18                     MR. MOORE:  But we're also going to
19         make a request, I think we've already discussed
20         those.
21                     MR. CRAIG:  For the university?
22                     MR. MOORE:  For the -- his university
23         email address, College Republicans University email
24         address, and also his personal email address.
25                     MR. CRAIG:  Yep.
```

ARII@courtsteno.com                              www.courtsteno.com

Page 132

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    MR. MOORE:  And again, we can request

3    authorizations for the two university --

4                    MR. CRAIG:  Yeah.

5                    MR. MOORE:  -- associated ones.  The

6    other ones he'll have to do searches.

7                    Okay.  Let's move on to Exhibit Four.

8                    MR. CRAIG:  Put those aside.

9                    THE WITNESS:  Oh, I can put them

10   aside.

11                   BY MR. MOORE:  (Cont'g.)

12                   Q.   Yeah, I -- I'm definitely going

13   to be referring back to Exhibit One, so keep that one

14   handy.

15                   A.   Okay.

16                   Q.   The big one.

17                   A.   Okay.

18                   Q.   But the others I may go back to

19   or may not.  I'm going to show you what's been marked

20   as Defendants' Exhibit Four.

21                   MR. CRAIG:  Do you care if I hold on

22   to these?

23                   MR. MOORE:  You can hold on to the

24   exhibits, yeah.

25                   And here's your copy of four.

Page 133

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    I'll state for the record that this is
 3    Bates stamped pages two thirty-seven through two
 4    forty-one from plaintiffs' disclosures in this case.
 5    It is marked as Defendants' Exhibit Four.  And it
 6    appears from my review of it to be a series of emails
 7    dated September 26th, 2019 through October 18th,
 8    2019.
 9                    BY MR. MOORE:  (Cont'g.)
10              Q.    Does that appear correct to you,
11    sir?  Take your time and look at it if you'd like.
12              A.    It appears to be correct.
13              Q.    Okay.  Do you recognize these
14    emails?
15              A.    Not specifically, but they were
16    sent to my email and they say from John Restuccia.
17    So I assume I sent them.
18              Q.    Are these emails between you and
19    Raj Kannappan?
20              A.    Yes, it appears to be.
21              Q.    And did Mr. Kannappan use your --
22    and did you use your restuccia1@gmail.com account for
23    this?
24              A.    Yes, it appears to be.
25              Q.    Okay.  Let's go to page two
```

Page 134

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        thirty-nine, sort of the beginning of the chain.

3                        A.    Okay.

4                        Q.    And at the bottom there you see a

5        September 27th, 2019 email.  It's nine fifty a.m.

6        from Raj to you, correct?  And it says, I'll read it.

7        "John comma please send me the questionnaire in word

8        of P.D.F. format.  Thanks, Raj."

9                        A.    Uh-huh.

10                       Q.    Do you -- did I read that

11       correctly?

12                       A.    Correct.

13                       Q.    And what is the general

14       questionnaire -- what is the questionnaire?  And at

15       the bottom you'll actually see that he attached

16       something called general questionnaire.

17                       A.    Uh-huh.

18                       Q.    You actually sent to him general

19       questionnaire, correct?

20                       A.    Correct.

21                       Q.    What is that general

22       questionnaire?

23                       A.    I don't remember what the general

24       questionnaire is, but I remember me having to send it

25       again because I accidentally sent it in pages and not

800.523.7887                                    Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         a P.D.F. or Word format.
 3                        Q.    Pages is a different format.  So
 4         your -- your email chain, should you still have it,
 5         it should have the documents you sent to Raj,
 6         correct?
 7                        A.    Correct.
 8                        Q.    Okay.  I'm going to make a
 9         request for those records from plaintiffs' attorney,
10         and I will follow up.  Then let's move up the chain a
11         bit.  And I'm referring you to Bates stamp page two
12         thirty-eight.  Are you there?
13                        A.    Two thirty-eight?
14                        Q.    Yeah.
15                        A.    Yes.
16                        Q.    And looks like Raj emailed you on
17         October 28th -- I'm sorry, October 8th, 2019.  It
18         says, "Hi, John, please complete the two attached YAF
19         documents, contracted event questionnaire as soon as
20         you can and email them back to me.  A contract is the
21         more time sensitive document.  Will you need to work
22         with your advisor or other administrative folks on
23         campus to get this completed?
24                        "Also attached is a speaker packet
25         that provides general guidance on preparing for your
```

800.523.7887                           Associated Reporters Int'l., Inc.

1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2          event.  Feel free to let me know what questions you

3          have.  Thanks, Raj."  Did I read that correctly?

4                    A.   Correct.

5                    Q.   Did he send these documents to

6          you?

7                    A.   The documents being the contract

8          and questionnaire?

9                    Q.   Yep.  Excuse me.

10                   A.   Yes, it appears he attached the

11         general questionnaire.

12                   Q.   Okay.  Was the contract completed

13         and signed?

14                   A.   As far as I'm aware, yes.

15                   Q.   And who completed and signed it?

16                   A.   I don't remember, but -- I don't

17         remember who filled it out.

18                   Q.   Well, who was it intended for?

19         What is your memory of that?

20                   A.   I don't remember.

21                   Q.   Was it to the College Republicans

22         or somebody outside the College Republicans?

23                   A.   I believe it was to the College

24         Republicans.

25                   Q.   Or was it you personally who

800.523.7887                                    Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         entered into the contract?

3                        A.   I don't remember.

4                        Q.   Okay.  Did you complete and sign

5         this contract?

6                        A.   I believe, because I said here's

7         the speaker contract though.

8                        Q.   Yes, I was going to get there

9         next.  So on October 10 of 2019, you write to Raj.

10        Hi Raj, I've already filled out the event

11        questionnaire in one of our previous emails, so I'm

12        rather confused.  Here's the speaker contract though

13        from John Restuccia.  You sent that email, correct?

14                       A.   Correct.

15                       Q.   And you included the completed

16        speaker -- or I'm sorry, the included completed

17        speaker contract, is that right?

18                       A.   I'm not seeing an attachment for

19        it in the emails, so I'm unsure.

20                       Q.   Okay.  But that -- you'll concede

21        that that email says, "Here is the speaker contract"?

22                       A.   Correct.

23                       Q.   So is it fair to assume that if

24        we went back and found that original October 10

25        email, you would probably find the attached P.D.F.

Page 138

```
 1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2          Is that fair assumption?
 3                    A.    Probably, yes.
 4                    Q.    Okay.  I'm going to ask you to go
 5          back and find that and provide me with that contract,
 6          okay?
 7                    A.    Uh-huh.
 8                    Q.    All right.  And not me, I mean,
 9          provide your attorney with that and then he will
10          provide it to me, I'm sorry about that.
11                    A.    Okay.
12                    Q.    You don't need to provide it
13          directly to me.
14                    And you have no memory of what the
15          contract was, huh?
16                    A.    No.
17                    Q.    What was the event questionnaire?
18                    A.    I don't remember.
19                    Q.    Do you know if it was completed?
20                    A.    Yes.
21                    Q.    Okay.
22                    A.    That I do remember, because I
23          remember having to change the format of it from pages
24          to Word of P.D.F.
25                    Q.    Is it fair to say you are the
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 139

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         person who would've completed it, or would've been

3         someone else in the College Republicans?

4                   A.   I don't know specifically.

5                   Q.   Okay.

6                   A.   I don't remember.

7                   Q.   All right.  But you can hunt it

8         down and figure that out, correct?

9                   A.   Potentially, yes, if it's still

10        in my email.

11                  Q.   Okay.

12                  MR. MOORE:  I'm going to reserve my

13        right to ask questions about it should we locate and

14        receive this document.

15                  BY MR. MOORE:  (Cont'g.)

16                  Q.   What about the speaker packet

17        that was referred to in Roger's October 18th, 2019

18        email which is part of Exhibit Four?  Do you know

19        what that was?

20                  A.   No.

21                  Q.   Okay.  Do you still have a copy

22        of that speaker packet?

23                  A.   Potentially, in my email.

24                  Q.   Okay.  I'm going to make a

25        request for that as well.  All right.  Then there's

800.523.7887                              Associated Reporters Int'l., Inc.

Page 140

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2    an -- let's go to the first page.  This is Bates
3    stamp page two thirty-seven of Exhibit Four, are you
4    there?
5                    A.   The first page two thirty?
6                    Q.   First page of Exhibit Four.
7    Right there, you got it open.
8                    A.   Correct, okay.
9                    Q.   Okay.  There's an October 15
10   email on the bottom of that page.
11                   A.   Uh-huh.
12                   Q.   It's from Raj to you, correct?
13                   A.   Correct.
14                   Q.   It says, "Thanks John.  Yes, you
15   did previously send me the event questionnaire, but
16   since we finalized the lunchtime of one p.m. and
17   lecture time is seven p.m., I don't know if the event
18   locations for both of these were different.  Please
19   send me the location details for both of these when
20   you can.  Thanks."  Did I read that correctly?
21                   A.   Correct.
22                   Q.   Okay.  What does the lunch time
23   of one p.m. refer to?
24                   A.   I believe it refers to the time
25   we had lunch -- a private lunch with Dr. Laffer.
```

Page 141

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      Q.   Who is we?
 3                      A.   Some of the e-board members and
 4    I.
 5                      Q.   Okay.  And who are those people
 6    that lunched with Dr. Laffer?
 7                      A.   Lacey Kestager, Jon Lizak,
 8    Preston Scagnelli, potentially Spencer Hayes.  We
 9    invited the SUNY Broome College Republicans.  So
10    Michael Woodward, who is the president of the SUNY
11    Broome College Republicans.  Excuse me.  And that is
12    who I remember.  And --
13                      Q.   What was Michael's name?
14                      A.   Michael Woodward.
15                      Q.   Okay.  So you, Lizak, Kestager,
16    Scagnelli, perhaps someone from the Broome County
17    College Republicans.  Was anyone else at that lunch?
18                      A.   The -- the Honor Society
19    President where we switched the rooms.  I made a deal
20    with them to -- get them to attend the lunch if they
21    could switch rooms with us.
22                      Q.   Was that the finance society?
23                      A.   I don't remember the specific
24    society again.
25                      Q.   Okay.  I may have that somewhere.
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2            Was anyone else at the -- the -- Dr. Laffer was

 3            there?

 4                          A.   Dr. Laffer was there, correct.

 5                          Q.   Did he have any people with him?

 6                          A.   Not that I can remember.

 7                          Q.   Okay.  Was there anyone from YAF

 8            there?

 9                          A.   Not that I can remember.

10                          Q.   Okay.  Where did the lunch

11            happen?

12                          A.   I believe it was at a hotel in

13            Binghamton.  I don't believe it was at Little Venice,

14            because I don't remember eating pasta.

15                          Q.   Is that a hotel in Binghamton?

16                          A.   Yes.

17                          Q.   Do you know which hotel?

18                          A.   No, I don't remember

19            specifically, no.

20                          Q.   Do you remember where it was

21            located?

22                          A.   No.

23                          Q.   Okay.  What occurred at the

24            lunch?

25                          A.   We got to ask Dr. Laffer some
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         questions about his -- what he -- some of his

 3         experiences, some of his experiences working with

 4         previous presidents and some of his economic

 5         policies.

 6                         Q.   Okay.  And who paid for the

 7         lunch?

 8                         A.   I don't know.

 9                         Q.   Do you know if the lunch was

10         incorporated into the contract and part of Dr. Laffer

11         fees?

12                         A.   I don't remember, no.  I don't

13         know.

14                         Q.   Was -- was the contract something

15         that talked about the fees that were to be paid to

16         Dr. Laffer?

17                         A.   I don't know.

18                         Q.   You don't know?

19                         A.   I don't remember, no.

20                         Q.   Okay.  Well, we can get that

21         contract and bring you back here to talk about that

22         if you don't remember.  You don't remember?

23                         A.   I don't remember.

24                         Q.   Okay.  This also says -- let's go

25         to October 16th, 2019 email from you.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.    Uh-huh.
 3                    Q.    It says, "I can call tomorrow
 4         definitely and the lunch will occur at a restaurant
 5         called Little Venice at one p.m. in the afternoon
 6         after his press conference with George."
 7                    A.    Uh-huh.
 8                    Q.    So -- but it didn't happen at
 9         Little Venice, is that correct?
10                    A.    I don't believe it happened at
11         Little Venice, no.
12                    Q.    Okay.  And what does after his
13         press conference with George refer to?
14                    A.    I believe George Phillips had a
15         press conference with him after the lunch.
16                    Q.    Okay.  Were you there?
17                    A.    I was not there.
18                    Q.    Was the press conference in the
19         meeting with Phillips, did -- do you know if a press
20         conference occurred?
21                    A.    Yes, a press conference did
22         occur.
23                    Q.    Okay.  Did you see anything on
24         the T.V. or anywhere else?
25                    A.    I read it on -- I believe
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         Pressconnects is the only newspaper around here that
 3         this had occurred.
 4                   Q.   Okay.  And do you know if his
 5         appearance at that press conference was also
 6         incorporated into whatever fee he was paid?
 7                   A.   I don't know.
 8                   Q.   Okay.  Could have been, might not
 9         have been, you just don't know --
10                   A.   I just don't know.  I don't know.
11                   Q.   Okay.  Fair enough.  And George
12         is George Phillips?
13                   A.   Uh-huh.
14                   Q.   And you -- do you know where the
15         press conference occurred?
16                   A.   No, I don't know where the press
17         conference occurred.
18                   Q.   Do you know anyone else who
19         attended other than your -- you didn't, correct?
20                   A.   No, I did not.
21                   Q.   Do you know anybody who didn't
22         show up?
23                   A.   George Phillips, Dr. Arthur
24         Laffer, and I believe some of the news media.
25                   Q.   Okay.  All right.  I am done with
```

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2        Exhibit Four.
3                        A.   Can I take a short restroom
4        break, please?
5                        Q.   Sure.  We can go off the record
6        now.
7                        THE REPORTER:  Off the record.
8                        (Off the record, 10:59 a.m. to 10:59
9        a.m.)
10                       THE REPORTER:  On the record.
11                       BY MR. MOORE:  (Cont'g.)
12                       Q.   Sir, I'm going to show you what's
13       been marked as Defendants' Exhibit Five.
14                       A.   Sure.
15                       Q.   Document titled "Reservation
16       Guidelines."  This is from the Plaintiffs' Rule 20 or
17       -- rather Plaintiffs' disclosures.  And somehow we
18       have cut off the Bates stamp numbers when it was
19       photocopied.  So --
20                       MR. CRAIG:  He's got the Bates.
21                       THE WITNESS:  No, I got the Bates.
22                       MR. CRAIG:  On that one.
23                       MR. MOORE:  Okay.  The first page is -
24       - I think I have a copy that I -- so I do have a copy
25       --
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    MR. CRAIG:  I can read the numbers
 3         into the record if you want, John --
 4                    MR. MOORE:  Yeah.
 5                    MR. CRAIG:  This is -- sorry.  Bates
 6         stamp two eight six through two nine two.
 7                    MR. MOORE:  Okay.  That's what I was
 8         going to say because I have the original document I
 9         used for copying here, so.
10                    BY MR. MOORE:  (Cont'g.)
11                    Q.   We have identified the Bates
12         stamp numbers.  I'm handing one to your attorney.
13         And then I'm passing it down the line to the others
14         here.  That's document titled, "The union and
15         reservation guidelines."  Do you -- do you have any
16         idea what these -- this document is?
17                    A.   I don't know.
18                    Q.   Okay.  Is this the process you
19         used for reserving space for rooms in the union?
20                    A.   Reading through it, it appears to
21         be.
22                    Q.   Is this the document that would
23         be at the guidelines for reserving tables?
24                    A.   I don't know.
25                    Q.   Okay.  It might be, it might not
```

Associated Reporters Int'l., Inc.

Page 148

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2        be, you just don't know as you sit here today?
3                    A.   I -- yeah.
4                    Q.   Okay.  We'll move on.  I'm going
5        to show you what has been marked with the designation
6        Defendants' Exhibit Six.  I will state for the record
7        that these are Bates stamped pages one nineteen and
8        one twenty from plaintiffs' disclosures.  Take your
9        time and have a look at it.  But I will ask you if
10       you recognize these documents?
11                   And I'll first state for the record
12       that it appears to be have sent from your Gmail
13       account to -- to an email account lizakjon@gmail.com.
14                   A.   Uh-huh.
15                   Q.   What is lizakjon@gmail.com?
16                   A.   I believe it's Jon Lizak's email.
17                   Q.   That would seem to be a logical
18       conclusion.  At the top of the page, it says, "Jon
19       Lizak" and then "lizakjon@gmail.com."
20                   A.   Uh-huh.
21                   Q.   Okay.  And you sent this to Mr.
22       Lizak, if it is indeed him, on Thursday May 26th,
23       2022?
24                   A.   Yes, it appears I did.
25                   Q.   Less than a year ago, correct?
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                     A.    Correct.
 3                     Q.    Why'd you send it to him?
 4                     A.    I don't remember why I
 5    specifically sent it to him.
 6                     Q.    You don't remember why you sent
 7    this to him some eight months ago?  Did he ask you to
 8    send you -- did he -- did he ask you to send him
 9    documents related to this lawsuit?
10                     A.    Yes, I believe he did ask me to
11    send them.
12                     Q.    And how did he ask you to send
13    him documents related to this lawsuit?
14                     A.    I don't remember specifically how
15    he asked me, but I remember him asking if I had
16    anything in my email regarding the -- some of the
17    Laffer event information.
18                     Q.    Okay.  And how many emails did
19    you send him?
20                     A.    I don't remember.
21                     Q.    Okay.  Can you -- I'm going to
22    ask that you go back into your emails and find that
23    I'm going to make a request for all of those emails.
24                     MR. CRAIG:  Yeah, I believe this was
25    part of our collection.
```

Associated Reporters Int'l., Inc.

Page 150

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    MR. MOORE:  I -- I figured that, yeah.
 3    But I'm asking what the witness knows about it.
 4                    BY MR. MOORE:  (Cont'g.)
 5                    Q.   I mean, did -- how did you have
 6    contact with Mr. Lizak regarding your search for
 7    these documents?  Did you talk to him on the phone?
 8    Did you have an email conversation?  Was it Facebook
 9    messaging something --
10                    MR. CRAIG:  I'm going to object if
11    it's part of our collection.  As the former
12    president, it would be part of the response at the
13    direction of counsel to -- to the extent they
14    discussed our instructions for collecting --
15                    MR. MOORE:  Well, I'm not asking you
16    to the extent that anything came from the attorneys.
17    I -- I wouldn't -- I -- I wouldn't want to ask you
18    about that.
19                    MR. CRAIG:  Do you -- do you remember
20    Jon discussing these requests with you at all?
21                    THE WITNESS:  I remember Jon
22    discussing, yes.
23                    MR. CRAIG:  Did he tell you why he was
24    requesting any of these documents?
25                    THE WITNESS:  Counsel wanted them.
```

Page 151

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    BY MR. MOORE:  (Cont'g.)
 3                    Q.   Was that a phone call or was it
 4   something else?
 5                    A.   It was something else, I believe.
 6                    Q.   And what was the something else?
 7                    A.   I believe it was a text.
 8                    Q.   It was a text.  Okay.  Do you
 9   still have copies of that text?
10                    A.   I believe so.
11                    Q.   Okay.  Is it on your phone right
12   now as you sit here today?
13                    A.   It could be, I can -- it's over
14   in my coat pocket, if I can go get it quick?
15                    MR. CRAIG:  Yep.
16                    MR. MOORE:  And I'll allow you to
17   review it, and if it does say anything ref --
18   referencing counsel, then we'll ask your attorney to
19   advise us of that and we'll move on.
20                    MR. CRAIG:  Yes, I'll represent that
21   he has a text here from -- this is --
22                    THE WITNESS:  This is Jon Lizak's
23   number.
24                    MR. CRAIG:  Okay.  It -- it's a
25   screenshot and says from the lawyers and there's some
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         instruction --
 3                    MR. MOORE:  Okay.
 4                    MR. CRAIG:  -- on that.  Let me
 5         quickly -- I'm actually -- I'm looking at that.  The
 6         date on that is after this request.
 7                    THE WITNESS:  Okay.  So do you want me
 8         to go --
 9                    MR. CRAIG:  Go scroll up to --
10                    THE WITNESS:  I'll scroll up --
11                    MR. CRAIG:  -- May 20 -- May 2022 and
12         see if you have.
13                    THE WITNESS:  Right here, May 25th.
14                    MR. CRAIG:  Yeah, so.  May 25th,
15         there's a request, the lawyers are requesting and it
16         has instructions for how to perform a search.
17                    BY MR. MOORE:  (Cont'g.)
18                    Q.   All right.  So you sent this to
19         Lizak based on a request from the lawyers, is that
20         fair to say?
21                    A.   Correct.
22                    Q.   Okay.  Let's go to the actual
23         email chain, which is October 21 to 22.
24                    A.   Uh-huh.
25                    Q.   And do you recognize this chain?
```

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        This appears to be two emails really.
 3                  A.    Correct.  I don't rec --
 4        recommend -- like remember the specifics of this
 5        email, no.  But it appears I was forwarded it.
 6                  Q.    Okay.  Well, you're on both
 7        emails and the recipients aren't -- it says from Jeff
 8        Colon --
 9                  A.    Coghlan.
10                  Q.    Coghlan.  Okay.  Doesn't -- and
11        it says, "To Jeff Coghlan."
12                  A.    Uh-huh.
13                  Q.    So who's Jeff Coghlan?
14                  A.    Jeff Coghlan was one of our
15        donors who helped to get the Laffer program off the
16        ground.
17                  Q.    Okay.
18                  MR. MOORE:  And I'll state for the
19        stenographer that first name is Jeff, the last name
20        is Coghlan which is C-O-G-H-L-A-N.
21                  BY MR. MOORE:  (Cont'g.)
22                  Q.    And you don't know who the
23        recipients of these emails were other than you?
24                  A.    No, I don't.
25                  Q.    So you were a recipient, but you
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         don't know who else?
 3                   A.   No, correct.
 4                   Q.   And is he involved with some
 5         organization that the B.U. Republicans were involved
 6         with?
 7                   A.   I don't know.  I can't speak for
 8         Jeff Coghlan.
 9                   Q.   Well, you said he helped
10         facilitate the money for Dr. Laffer, is that right,
11         is your earlier testimony?
12                   A.   Correct.
13                   Q.   Is he involved with any sort of
14         organization that the College Republicans were
15         involved?
16                   A.   I would assume the Young
17         America's Foundation --
18                   Q.   Okay.
19                   A.   -- who helped put on Dr. Laffer.
20                   Q.   But you don't know?
21                   A.   I don't know specifically, no.
22                   Q.   Okay.  And you'll say -- you'll
23         see there's a -- an October 21, 2019 email there?
24                   A.   October 21, 2019, you said?
25                   Q.   Yep.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.    At --
 3                    Q.    It's the main email at the bottom
 4    of this.
 5                    A.    Okay.  At three fifteen.
 6                    Q.    Yeah.  It says, "First, please
 7    accept my most sincere thank you for agreeing to be
 8    part of the effort to assist the Binghamton
 9    University College Republicans.  There will be twenty
10    of us.  We will be doing three things to start with."
11    Do you see that?  Did I read that correctly?
12                    A.    Correct.
13                    Q.    And who are the twenty of us
14    referred to?
15                    A.    I don't know specifically who the
16    twenty are.  I would assume they were the donors.
17    But again --
18                    Q.    Are these the people who donated
19    the fifteen thousand dollars that you referenced?
20                    A.    I believe it was fifteen.
21                    Q.    Okay.  Well, that's what you
22    testified earlier, correct?
23                    A.    Correct.
24                    Q.    All right.  Number one, beneath
25    that intro says, "Along with the Young America's
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         Foundation, we will be underwriting a speaking

3         engagement with economist and Presidential Medal of

4         Freedom Winner or Laffer.  Dr. Laffer will be

5         speaking to and dining with B.U. students on November

6         18th."  Did I read that correctly?

7                   A.    Correct.

8                   Q.    Do you know the identity of any

9         other individuals who underwrote the speaking

10        engagement other than Mr. Coghlan?

11                  A.    No, I do not.

12                  Q.    And do you know how they

13        underwrote the speaking engagement?

14                  A.    I don't, no.

15                  Q.    And it says number two, "We will

16        all be a part of the B.U. Republicans Advisory Board.

17        Our challenge will be to assist them in growing their

18        membership and developing their leaders."  And then

19        it goes into some other detail about what they're

20        going to do.  Who was part of that B.U. Republicans

21        Advisory Board?

22                  A.    If I remember correctly, Jeff

23        Coghlan, George Phillips, Dan Reynolds, Fred Akshar,

24        and I don't remember the rest.

25                  Q.    Were all of the people you

800.523.7887                            Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         mentioned part of the donors that gave money to Dr.

3         Laffer?

4                        A.   Yes, I believe so.

5                        Q.   Okay.  And then number three it

6         says, "Lastly, each of us has made a financial

7         commitment.  We will each send a check to the Young

8         America's Foundation 501(c)(3) in the amount of seven

9         fifty in another check in the amount of two fifty in

10        support of the B.U. College Republicans.  On the

11        advice of one of our members we have researched this

12        piece a little deeper.  In an effort to avoid any

13        entanglements with university rules, we have

14        concluded that the best recipient of the funds to be

15        the Broome County Republican Committee.  They will

16        deal with ensuring that the funds move appropriately

17        to the Binghamton University College Republicans."

18                        And then it talks about who checks

19        should be made out to.  Does it -- did I read that

20        correctly?

21                        A.   Correct.

22                        Q.   Okay.  So it looks like whoever

23        these donors were would send seven hundred and fifty

24        dollars to Young America's Foundation, correct?

25                        A.   It appears to be, yes.

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    Okay.  And then after that they

3    would also send two hundred and fifty dollars to the

4    Broome County Republican Committee, correct?

5                    A.    It appears to be, yes.

6                    Q.    So is it fair to say that the

7    B.U. Republicans never actually received any of this

8    money directly, correct?

9                    A.    I don't remember if we did or not

10   directly.

11                   Q.    Well, if the B.U. Republicans

12   had, did the B.U. Republicans have a bank account, as

13   you would know this as president, or would only the

14   treasurer know that?

15                   A.    I don't remember.

16                   Q.    Okay.

17                   A.    I genuinely don't remember -- I

18   don't remember it.

19                   Q.    Okay.  Well, do you remember if

20   the College Republicans had a bank account?

21                   A.    I don't remember, no.

22                   Q.    Okay.  Would the treasurer know

23   that?

24                   A.    I don't know --

25                   Q.    Okay.

Associated Reporters Int'l., Inc.

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2                      A.   -- if the treasurer would know
3         that or not.
4                      Q.   What is the function of a
5         treasurer for the College Republicans?
6                      A.   Essentially, the function was to
7         -- if we were -- if I remember correctly, the
8         university required one, so we had one in place.
9                      Q.   All right.  And who was that
10        person -- remind me of who that person was during
11        your presidency?
12                     A.   I believe it was Brian Murray.
13                     Q.   So would Brian know about where
14        this money went or how the B.U. Republican's money
15        was handled?
16                     A.   I can't speak for Brian Murray,
17        so I don't know.
18                     MR. MOORE:  And we're requesting
19        Brian's contact information.
20                     MR. CRAIG:  Yes.
21                     MR. MOORE:  So we'll dig into that a
22        little more with him.
23                     BY MR. MOORE:  (Cont'g.)
24                     Q.   Okay.  And do you have any idea
25        of what this money was used for, the seven fifty to
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        Young America's Foundation and the two fifty to

3        Broome County Republican Committee?

4                    A.    Judging by the email, I would

5        assume it was going to the funding for the Dr. Laffer

6        event.

7                    Q.    Okay.  And do you know whether

8        there was a -- again, particular fee for Laffer set.

9        Was that involved in the contract that you signed?

10                   A.    I don't remember the contract,

11       so.

12                   Q.    Okay.  We'll get a copy of that

13       and dig back in if we need to.

14                   A.    Okay.

15                   Q.    Other than reserving the room for

16       Dr. Laffer's speech which we already talked about,

17       did you have any contact before the tabling event or

18       before Dr. Laffer's speech with the university or the

19       University Police regarding the event?

20                   A.    Yes.

21                   Q.    Okay.  Did you have any contact

22       with Defendant Brian Rose regarding that?

23                   A.    Not that I can remember.

24                   Q.    Did you have any contact with

25       President Harvey Stenger on that subject matter?

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                          A.    No.

3                          Q.    Did you have any contact with

4    B.U. Police Chief John Pelletier regarding the run up

5    to either the tabling event or the Laffer event?

6                          A.    With regards to both events did I

7    meet with him at any time before --

8                          Q.    Did you ever have any contact,

9    not necessarily meeting, emails, phone calls, any

10   sort of contact with Chief Pelletier?

11                         A.    Yes.

12                         Q.    Okay.  When did you have contact

13   with Chief Pelletier?

14                         A.    I believe it was after the

15   tabling event.

16                         Q.    Okay.  And what was -- can you

17   describe what that contact was?

18                         A.    The -- they had -- the University

19   Police Department wanted to have -- to talk to me.

20   And I believe Jon Lizak was in that meeting as well,

21   if I remember correctly, about some of the security

22   concerns they had as well as what had happened with

23   the tabling event.  They were a little concerned

24   about what was -- security was going to be like.

25                         Q.    For the Laffer event?

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.    Correct.
 3                    Q.    Okay, got you.  All right.  And
 4    we'll get into that a little deeper.  Did you have
 5    any contact with the police department or anybody in
 6    the police department, the U.P.D.?  Do you understand
 7    what I mean when I say U.P.D?
 8                    A.    Yes.
 9                    Q.    Okay.  U.P.D. was University
10    Police Department.  Did you have any contact with
11    anybody from the U.P.D. before either the tabling or
12    Laffer event?
13                    A.    Yes.
14                    Q.    Who did you have contact with?
15                    A.    I believe it was Inspector
16    Gallagher -- Detective Gallagher.
17                    Q.    Okay.
18                    A.    I forget his title.
19                    Q.    Okay.  All right.  And who
20    reached out to who?  Did Gallagher reach out to you
21    or did you --
22                    A.    Gallagher reached out to me, yes.
23                    Q.    Okay.  When did he reach out to
24    you and how?
25                    A.    He reached out a bit of time
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 163

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         before the case against socialism event, whether it
 3         be a week or a couple days before the case against
 4         socialism event, because he was a little concerned
 5         about the security measures for that event.
 6                        Q.   For the -- for the case versus
 7         socialist?
 8                        A.   Correct.
 9                        Q.   So here -- and was that a phone
10         call, was that an email, was it something else?
11                        A.   I believe it was an email to get
12         in touch with me and then the rest of the contact, I
13         don't remember.
14                        Q.   Okay.  Let us discuss that email.
15         Here is Defendants' Exhibit Seven.
16                        A.   I can't read some of those.
17                        Q.   Yeah, it's a bit difficult.  I'll
18         see if I can find a better copy here.
19                        A.   Okay.
20                        MR. MOORE:  Because -- I just want to
21         confirm with your counsel that -- this is a better
22         copy, then I can re-mark this one if you want.  Oh,
23         okay.
24                        MR. CRAIG:  You need me to --
25                        MR. MOORE:  This look better to you?
```

ARII@courtsteno.com                          www.courtsteno.com

Page 164

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2    I got -- I've got some right here.  I'll use the same
 3    ones.
 4                     BY MR. MOORE:  (Cont'g.)
 5              Q.   Does that look better to you
 6    guys?
 7              A.   Oh, yes.
 8              Q.   Okay.
 9              A.   That's much clearer.
10              Q.   And give me that one back.
11              A.   Okay.
12              Q.   And I'm going to mark that one a
13    second.  You can hand it back to me for one second.
14                     MR. CRAIG:  Here you go.
15                     MR. MOORE:  I should have one out
16    anyway.
17                     BY MR. MOORE:  (Cont'g.)
18              Q.   Okay.  Sir, I am providing to you
19    what has been re-marked as Defendants' Exhibit Seven
20    with today's date.
21              A.   Uh-huh.
22              Q.   Whether, on today's date.  This
23    is a email chain with Joe Gallagher investigator
24    N.Y.S. University Police.  It is Bates stamped page
25    twelve ninety-one from Defendants' Rule 26
```

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2         disclosures.  And it appears to be an -- at least in
3         part an email with you at your
4         jrestuccia1@Binghamtonedu email --
5                   MR. CRAIG:  John, sorry to interrupt.
6         Is this from our production or from --
7                   MR. MOORE:  It's from defendants'
8         production.
9                   MR. CRAIG:  Okay.
10                  MR. MOORE:  Yeah.  I think I said
11        that, but if I did not make it clear, it is from our
12        Rule 26 disclosures.
13                  BY MR. MOORE:  (Cont'g.)
14                  Q.  Do you recognize these -- this
15        exchange, sir?
16                  A.  Yes.
17                  Q.  Okay.  Who is Joe Gallagher?  Is
18        he the investigator you're referring to?
19                  A.  Yes.
20                  Q.  Okay.  And was Officer
21        Gallagher's email to you the first interaction you
22        had with him?
23                  A.  As far as I remember, yes.
24                  Q.  And what does his October 15th,
25        2019 email at five sixteen p.m. return -- refer to?
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.    You said October 25th, correct?

3                        Q.    October 15th, 2019 email at five

4     sixteen.   What -- what is -- what is he referring to,

5     the round table event?

6                        MR. CRAIG:   I -- I think it's an

7     October 25th --

8                        THE WITNESS:   25th.

9                        MR. CRAIG:   Not 15th at the bottom.

10                        MR. MOORE:   Oh, you're right.   Okay.

11                        THE WITNESS:   That's --

12                        MR. MOORE:   That was a typo.

13                        THE WITNESS:   Sorry, I was looking for

14     --

15                        MR. MOORE:   I'm sorry.   Yeah, it is

16     confusing.   October 25th.   Okay.

17                        BY MR. MOORE:   (Cont'g.)

18                        Q.    So do you see that there is an

19     October 25th, 2019 email for -- the time is five

20     sixteen p.m., at the bottom of this email chain?

21                        A.    Correct.

22                        Q.    And that reads, "John, I

23     understand that the Binghamton University College

24     Republicans will be holding a round table event in

25     L.H. nine on October 28.   Are you anticipating any

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         issues or attendance from the members of PLOT or the
 3         Associated Student Groups?  Let me know when you can
 4         and have a great weekend.  Thanks.  Signed, Joe
 5         Gallagher."
 6                        A.    Uh-huh.
 7                        Q.    Did I read that correctly?
 8                        A.    Correct.
 9                        Q.    What does that -- what event is
10         that referring to?
11                        A.    I -- it's referring to the case
12         against socialism event.
13                        Q.    And who were the speakers at that
14         again?
15                        A.    Morgan Zegers, George Phillips
16         and Michael Vasquez.
17                        Q.    Okay.  So you had three speakers
18         then?
19                        A.    We had three speakers, yep.
20                        Q.    Got you.  And did you meet with
21         Officer Gallagher before that event?
22                        A.    Yes.
23                        Q.    And what was discussed?  What did
24         he say, what did you say?
25                        A.    If I remember correctly, it was
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         just general concern about the event.  If there were

3         going to be any protestors or anything like that to

4         our event.  And that he was going to attend in plain

5         clothes.

6                        Q.   Okay.  Got you.  Did the event

7         occur?

8                        A.   Yes.

9                        Q.   And what occurred at the event?

10    What happened?

11                       A.   Well, we had our three speakers

12        lined up.  We had a little disruption from some

13        individuals who were obnoxiously laughing, but that

14        was the extent of it and everyone went home after

15        forty-five minutes.

16                       Q.   Okay.  How many attendees were

17        there?

18                       A.   Approximately, forty-five, maybe

19        fifty.

20                       Q.   Were they College Republican

21        members, community members, other students, who was

22        there?

23                       A.   I believe it was open to the

24        public, if I remember correctly, so.

25                       Q.   Okay.  And were any university or

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 169

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        University Police representatives present?

3                    A.    I believe Joe Gallagher sat in

4        plain clothes in the back.

5                    Q.    Okay.  Did -- was he the only

6        university representative present?

7                    A.    I don't remember.

8                    Q.    Did any university representative

9        impede the event at all?

10                   A.    No.

11                   Q.    Okay.  In Investigator

12       Gallagher's email I just read, you see it refers to

13       P.L.O.T. and Associated Student Groups.  Does that

14       referred to PLOT?

15                   A.    Yes.

16                   Q.    What is PLOT?

17                   A.    PLOT stands for Progressive

18       Leaders of Tomorrow.

19                   Q.    And what is that?

20                   A.    That is a community group outside

21       of campus who has done far left activism and has been

22       known to crash events.

23                   Q.    Okay.  And were there any PLOT

24       members, if you know, at this event?

25                   A.    I don't know if there were any or

ARII@courtsteno.com                              www.courtsteno.com

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2    not, no.
 3                      Q.    And what does Joe Gallagher refer
 4    to when he says Associated Student Groups, if you
 5    know?
 6                      A.    I don't know.
 7                      Q.    Okay.  Did you have any
 8    understanding what he was referring to?
 9                      A.    I don't know, no.
10                      Q.    Okay.  All right.  Referring to
11    PLOT --
12                      A.    Uh-huh.
13                      Q.    -- if we might.  Do you have any
14    personal knowledge regarding whether Defendant Brian
15    Rose had any direct contact or communication with any
16    representative of PLOT during the calendar year 2019
17    up to and including the tabling event and the Laffer
18    event?
19                      A.    I don't know if he has or hasn't,
20    no.
21                      Q.    Okay.  Do you have any personal
22    knowledge regarding whether Defendant Harvey Stenger
23    has had any direct contact or communication with any
24    representative of PLOT during the calendar year 2019
25    up to and including the table -- during the calendar
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         year 2019 up to and including the tabling event and
 3         the Laffer event?
 4                        A.   I don't know.
 5                        Q.   Okay.  Same question for
 6         Defendant John Pelletier.  Do you have any personal
 7         knowledge whether Chief Pelletier had any direct
 8         contact or communication with any representative of
 9         PLOT during the calendar year 2019 up to and
10         including the table event and Laffer event?
11                        A.   No, I don't know.
12                        Q.   Okay.  In the caption, which is
13         right next to you in Exhibit One, there's also a
14         defendant named College Progressives.
15                        A.   Uh-huh.
16                        Q.   What is College Progressives?
17                        A.   They are the far left alternative
18         to the college democrats on campus.
19                        Q.   Okay.  So student group?
20                        A.   They're a student group, yes.
21                        Q.   All right, got you.  Do you have
22         any personal knowledge who the members were in fall
23         of 2019 of College Progressives?
24                        A.   One member, I know the first name
25         of is, I believe it's Dava her name is.
```

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                   Q.   Morthy?
 3                   A.   I don't know the last name.
 4                   Q.   Okay.
 5                   A.   I -- we only -- I only knew her
 6       as Dava.
 7                   Q.   Okay.  Dava.  Were you -- did you
 8       have a -- any sort of relationship with Dava?  Were
 9       you friends with her?  Were you --
10                   A.   No, I have never talked to her.
11                   Q.   Oh, you've never talked to her?
12                   A.   No.
13                   Q.   Okay.  Got you.  You just knew
14       she was a College Progressive?
15                   A.   I knew she was a College
16       Progressive member, yes.
17                   Q.   Okay.  Got you.  Do you have any
18       personal knowledge regarding whether Defendant Brian
19       Rose had any direct contact or communication with any
20       representative of College Progressives during the
21       calendar year 2019 up to and including the table
22       event and Laffer event?
23                   A.   I'm not Brian Rose, so I don't
24       know.
25                   Q.   Okay.  You don't know?
```

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2              A.   I don't know.

3              Q.   Okay.  Do you have any personal

4    knowledge regarding whether Defendant Harvey Stenger

5    had any direct contact or communication with any

6    representative of College Progressives during the

7    calendar year 2019 up to and including the table

8    event and Laffer event?

9              A.   I don't know.

10             Q.   And finally, do you have any

11   personal knowledge whether Defendant John Pelletier,

12   the police chief, had any direct contact with any

13   representative of the College Progressives during the

14   calendar year 2019 up to and including the table

15   event and the Laffer event?

16             A.   Not that I know of.

17             Q.   Okay.  Let's move on to a new

18   exhibit.

19             I think this one's readable.

20             A.   I hope so.

21             Q.   This has been identified as

22   Defendants' Exhibit Eight.  This is from Defendants'

23   Rule 26 disclosure Bate stamp page twelve ninety-two.

24   And it appears to be an email between you and Joe

25   Gallagher, dated October 28th, 2019.  Do you

Page 174

```
1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2        recognize this exchange?
3                    A.   Yes.
4                    Q.   And what is it?
5                    A.   I believe I was meeting with Joe
6        Gallagher and dropping off coffee for him and the
7        officers.
8                    Q.   Okay.  That meeting occurred?
9                    A.   Yes.
10                   Q.   What was discussed?
11                   A.   I don't remember specifics, but I
12       remember giving them the coffee.
13                   Q.   Okay.  But did you talk about
14       anything, what was the point of the meeting other
15       than coffee?
16                   A.   I don't remember, no.
17                   Q.   Were you talking about the -- it
18       says, John -- this is the Monday October 28, 2019
19       nine fifty-two a.m., from Joe Gallagher.  It says,
20       "John, any chance you will be on campus today?  I
21       would like to meet up with you if possible to talk
22       ahead of our -- of your event this evening.  Let me
23       know.  Thanks, Joe."  Was October 28th the date of
24       the case against socialism?
25                   A.   I don't remember if it was the
```

Page 175

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        date, but I am going to guess it was.

3                    Q.    Okay.  Or it could have been

4        another event on that day?

5                    A.    Potentially, I don't remember.

6                    Q.    Okay.  Got you.  And you don't

7        remember what you and Joe talked about?

8                    A.    No, I do not.

9                    Q.    Okay.  Fair enough.  Moving on to

10       Defendants' Exhibit Nine.

11                   A.    Thank you.

12                   Q.    I'll state for the record that

13       this is Bate stamped page one thirty-two from the

14       Plaintiffs' disclosures.  It is a one-page exhibit.

15       And I will ask you to review it.  And then let me

16       know once you have had an opportunity to do so.

17                   A.    I have reviewed the document,

18       yes.

19                   Q.    Okay.  You'll see at the top it

20       has the title, "Dr. Laffer event," correct?

21                   A.    Uh-huh.

22                   Q.    And you sent this email to P.C.

23       Scaganelli (sic)?

24                   A.    Preston Scagnelli, yes.

25                   Q.    Preston Scagnelli on November 21,

Page 176

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        2019?
 3                    A.    Correct.
 4                    Q.    Do you remember why you sent this
 5        to Preston?
 6                    A.    I don't remember.
 7                    Q.    Okay.  And it's an email from Joe
 8        Gallagher.  And he says to you, "John, glad your
 9        event went well last night in regards to the Arthur
10        Laffer event.  If you speak to his representatives,
11        you may want to inquire if he has any security
12        concerns and get a list of prior appearances of
13        college campuses.  I generally reach out to those
14        locations to see what kinds of issues, if any, they
15        experienced.  Thanks again for the coffee.  Joe."
16        Did you receive this email, sir, on October 29, 2019?
17                    A.    It appears to be yes.
18                    Q.    Did you have any independent
19        recollection of this email?
20                    A.    I don't have an independent
21        recollection, no.
22                    Q.    Do you know why Investigator
23        Gallagher was making this inquiry about Dr. Laffer?
24                    A.    I do not know, no.
25                    Q.    He would know, right?
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    A.    Yes.

 3                    Q.    Okay.  Did you respond to this

 4        email?

 5                    A.    I don't remember if I did or not.

 6                    Q.    Okay.  Let's -- let's go back to

 7        the complaint.  That's Exhibit One, which should be

 8        right in front of you.

 9                    A.    Uh-huh.

10                    Q.    And I am going to direct your

11        attention to paragraphs forty-seven and forty-eight,

12        which are located beginning on page twelve of the

13        complaint.  Then going on to page thirteen of the

14        complaint, which again is Exhibit One.

15                    A.    Uh-huh.

16                    Q.    I will read paragraphs forty-

17        seven and forty-eight to you.

18                    A.    Uh-huh.

19                    Q.    Paragraph forty-seven.  "On

20        Thursday, November 14, 2018, College Republicans

21        organized a tabling event in a high traffic area of

22        SUNY Binghamton's campus known as the spine.  College

23        Republicans table was not blocking access to

24        buildings or pedestrian traffic."

25                    Paragraph forty-eight.  "As they and
```

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        many other student organizations had done previously,
 3        College Republicans did not obtain a permit from the
 4        student association to table on this date."  Did I
 5        read that correctly, sir?
 6               A.   Correct.
 7               Q.   Where was this tabling event
 8        held?
 9               A.   It was held at the spine.
10               Q.   Okay.  And we've already talked
11        about what the spine was, correct?
12               A.   Correct.
13               Q.   And what time did the table get
14        set up?
15               A.   I don't remember specifically
16        what time the table was set up.  It was in the
17        morning.
18               Q.   Does paragraph fifty refresh your
19        recollection, and I'll read that into the record.  It
20        says, "Members of College Republicans arrived on the
21        spine at approximately ten a.m. and tabled for close
22        to three hours without incident during which time
23        they engaged with student passerby regarding the
24        upcoming Dr. Laffer event."
25               A.   Ten a.m. sounds about right for
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         the --
 3                   Q.    Okay.  Were you there?
 4                   A.    For the beginning of the tabling,
 5         yes.
 6                   Q.    Okay.  So you got there and help
 7         set up?
 8                   A.    Yes.
 9                   Q.    And what was the purpose of this
10         tabling?
11                   A.    The purpose of the tabling was to
12         hand out flyers where we had a Q.R. code for the
13         event.
14                   Q.    Okay.
15                   A.    So people could see where the
16         event was.  And to just let students know the event
17         was happening on campus and to hand out free hot
18         chocolate.
19                   Q.    Okay.  How many flyers did you
20         hand out?
21                   A.    I don't know.
22                   Q.    How many flyers did you make?
23                   A.    I don't know.
24                   Q.    Okay.  Was it more than ten?
25                   A.    More than ten, I would say.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    Q.   Was it more than fifty?

 3                    A.   I would say more than fifty.

 4                    Q.   Was it more than one hundred?

 5                    A.   I would say more than a hundred,

 6    yes.

 7                    Q.   Was it more than one hundred and

 8    fifty?

 9                    A.   That I don't know.

10                    Q.   Okay.  So there's a lot of -- you

11    handed out a lot of flyers that day, correct?

12                    A.   Correct.

13                    Q.   Okay.  Was -- and the purpose of

14    the tabling was to hand out those flyers, correct?

15                    A.   And to pass out hot chocolate.

16                    Q.   Hot chocolate.  Did you pass out

17    hot chocolate?

18                    A.   Yes.

19                    Q.   Okay.  How much hot chocolate did

20    you pass out?

21                    A.   Approximately eighty dollars'

22    worth.

23                    Q.   Okay.  Got you.  You purchased

24    hot chocolate beforehand?

25                    A.   We -- yes.
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                     Q.   Who -- who spent the money for
 3         that hot chocolate?
 4                     A.   Jeff Coghlen gave us the money to
 5         buy the hot chocolate, if I remember correctly.
 6                     Q.   Got you.  All right.  Okay.  So
 7         it's Coghlen's money.  And you were not present for
 8         the entire tabling event?
 9                     A.   Correct.
10                     Q.   You were there for the ten a.m.
11         setup, right?
12                     A.   Correct.
13                     Q.   And how long did you hang out
14         before you left?
15                     A.   I believe it was about two hours
16         before I had a class.
17                     Q.   So you went to class?
18                     A.   I went to class, yes.
19                     Q.   What time was your class?
20                     A.   I don't remember specifically
21         what time.
22                     Q.   Could it have been noon, twelve
23         thirty or --
24                     A.   Twelve thirty, noon, sounds about
25         right.
```

Associated Reporters Int'l., Inc.

                                                          Page 182

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    Q.   Okay.  And how long were classes

 3    generally, or do you know how long that class was?

 4                    A.   I don't --

 5                    Q.   Thinking back to ancient times

 6    when I took classes, some of them could be an hour,

 7    some of them could be three hours.

 8                    A.   I don't remember what -- how long

 9    that class was.  I could tell you the class name but

10    I can't tell you.

11                    Q.   And what class was it?

12                    A.   It was Jews and Crime, it was

13    called.

14                    Q.   Jews and Crime?

15                    A.   Yes.

16                    Q.   Okay.  Got you.

17                    A.   It was put on by the Judaic

18    Studies Department.

19                    Q.   Got you.  So you attended that

20    class?

21                    A.   Yes.

22                    Q.   And then did you go anywhere af -

23    - where was that class located?

24                    A.   It was held -- I don't remember

25    specifically where it was held.  It was held across
```

Page 183

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        the spine.

3                      Q.    Okay.

4                      A.    I know that.

5                      Q.    All right.  So it's accessible

6        from the spine?

7                      A.    Correct.

8                      Q.    And when you were sitting in

9        class, did you have a view through the window of the

10       tabling event?

11                     A.    I did not, no.

12                     Q.    Okay.  And the class, what's the

13       minimum amount of time classes are at B.U.?

14                     A.    Minimum is about an hour -- an

15       hour, I would say forty-five minutes, but --

16                     Q.    Okay.  Shortest it could have

17       been would be about an hour, right?

18                     A.    Correct.

19                     Q.    So you were gone till at least

20       one o'clock?

21                     A.    I was gone past to one thirty, I

22       know that.

23                     Q.    Past one thirty.

24                     A.    Yeah.

25                     Q.    Okay.  And then you -- did you

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         return to the tabling event at some point?
 3                   A.   Yes.
 4                   Q.   Okay.  And the complaint you've
 5         read before, correct?
 6                   A.   Correct.
 7                   Q.   And it discusses a disruption of
 8         the tabling event?
 9                   A.   Correct.
10                   Q.   Okay.  Was the disruption
11         occurring before you left for class?
12                   A.   It was after.
13                   Q.   After.
14                   A.   After I left for class.
15                   Q.   A simple question.
16                   A.   Yeah.
17                   Q.   Was it happening when you left
18         for class?
19                   A.   No.
20                   Q.   Okay.  And was there a disruption
21         happening when you returned to the tabling event?
22                   A.   Correct, yes.
23                   Q.   Yes?
24                   A.   Uh-huh.
25                   Q.   What time did you return to the
```

Page 185

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         tabling event?

3                        A.   I don't remember specifically,

4         after my class was over, I ran on down.

5                        Q.   Okay.  Sometime in the one

6         o'clock hour?

7                        A.   After one, one o'clock, I would

8         say so maybe two fifteen.

9                        Q.   Okay.

10                       A.   Okay.

11                       Q.   Got you.

12                       A.   After Jews and Crime ended, I

13        immediately ran down.

14                       Q.   Oh, you ran.  Why did you run,

15        did someone tell you something was going on?

16                       A.   I -- so I got a call, I got a

17        text on my laptop that appeared saying hey, give me a

18        quick call.  And it was from Jon Lizak.  I stepped

19        outside, I called Jon Lizak, he said everything was

20        fine.  There were just some people heckling him and

21        Lacey at the table.  He said not to worry about it.

22        He just wanted to let me know.  So I went back.

23                        And at the end of class, I overheard

24        two students saying there was a large commotion at

25        the spine.
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 186

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        Q.   Oh, okay.  And that's why you

3    ran?

4                        A.   That's why I ran.

5                        Q.   Do you still have a copy of that

6    text from Jon?

7                        A.   Potentially.

8                        Q.   Okay.  I'm going to ask that the

9    witness search for texts from Jon.  Do you know what

10   time the text arrived?

11                       A.   I don't know.  I remember -- I

12   believe it was during my class.  Because I took --

13   stepped out and took a call, I -- I remember

14   correctly.

15                       Q.   Okay.  Okay.  What -- describe

16   for me what was at the table, your table?

17                       A.   Our table?

18                       Q.   Yeah.

19                       A.   If I remember correctly, we had

20   the hot chocolate.  We had the flyers about Dr.

21   Laffer.  We had napkins and we had cups.

22                       Q.   Okay.  Were there any cutout --

23   cutouts of any individuals?

24                       A.   I believe that was at the Turning

25   Point U.S.A. table.

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    Q.    Okay.   Turning Point U.S.A.

 3         table, what's that?

 4                    A.    Turning Point U.S.A. is a

 5         501(c)(3) nonprofit group that comes to campuses and

 6         does student clubs and things like that.   They

 7         organize a club on campus.

 8                    Q.    Was there a Turning Point U.S.A.

 9         club on campus at B.U. in November of 2019?

10                    A.    Yes.

11                    Q.    Okay.

12                    A.    They just made one.

13                    Q.    Okay.   So that was another

14         student group, right?

15                    A.    Yes.

16                    Q.    And that student group was

17         tabling on the same date?

18                    A.    Yes, next to us.

19                    Q.    Okay.   And were any College

20         Republicans -- well, first of all, were you a member

21         of Turning Point U.S.A. student group?

22                    A.    No.

23                    Q.    Do you know if any College

24         Republicans in your group at that time were members

25         of Turning Point U.S.A. student group?
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                      A.    Yes.

 3                      Q.    Who?

 4                      A.    Lacey Kestager.

 5                      Q.    Okay.  Anyone else?

 6                      A.    Jon Lizak.

 7                      Q.    Okay.

 8                      A.    That's the only two I know.

 9                      Q.    Okay.

10                      A.    Off the top of my head.

11                      Q.    And who is at the tabling events

12          other than you from the College Republicans?

13                      A.    I believe Jon Lizak and Lacey

14          Kestager.

15                      Q.    Anyone else?

16                      A.    Potentially Bryn Lauer and

17          Preston Scagnelli potentially.

18                      Q.    Okay.  When you say potentially,

19          why do you say that?  Were they there when setup

20          happened?

21                      A.    I don't remember specifically.

22                      Q.    You were there when setup

23          happened?

24                      A.    Yes.

25                      Q.    Who helped you set up?
```

Associated Reporters Int'l., Inc.

Page 189

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                      A.   Jon Lizak.  I don't remember who

 3         else.

 4                      Q.   Was Lacey there then?

 5                      A.   I don't remember.

 6                      Q.   Who was at the Turning Point

 7         U.S.A. table?

 8                      A.   One of their field reps who

 9         helped manage some of the clubs across the -- this

10         kind of coast of the state.

11                      Q.   What was his name?

12                      A.   Taylor Syinsky.

13                      Q.   Okay.

14                      A.   His name is.

15                      Q.   Had you met with Taylor before

16         November 14th?

17                      A.   No.

18                      Q.   Is that the first time you met

19         him?

20                      A.   That's the first time I met him.

21                      Q.   Not a student?

22                      A.   Not a student.

23                      Q.   Okay.  And were Jon and Lacey

24         also hosting the Turning Point U.S.A. table as

25         members?
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      A.    Yes.
 3                      Q.    Okay.  So Jon and Lacey were
 4    there, both in their capacity as College Republican
 5    members and as Turning Point U.S.A. members?
 6                      A.    As far as I remember, yes.
 7                      Q.    And then the two other people who
 8    were there -- just want to get a list of who is there
 9    from -- from College Republicans.  So there was you,
10    there was Lizak, there was Lacey, there was Bryn?
11                      A.    Bryn.
12                      Q.    Do you know Bryn was there or are
13    you guessing?
14                      A.    I -- I don't remember, but I
15    think she was there, to the best of my recollection.
16                      Q.    Was she there when you set up?
17                      A.    I don't remember if she was there
18    when I set up.
19                      Q.    Was she there when you left for
20    class?
21                      A.    I don't remember.
22                      Q.    What is your source of knowledge
23    for the fact that she may have been there?
24                      A.    When I arrived back, I believe
25    she -- when I arrived from my class to the table, I
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         believe she was there.
 3                    Q.   Okay.  During the time you were
 4         there from ten a.m. until class started, who were the
 5         College Republicans present?
 6                    A.   Jon Lizak, I know was there, and
 7         Lacey Kestager.  I don't remember if anyone else was
 8         there.
 9                    Q.   Okay.  Was John and Lacey behind
10         your table, behind the Turning Point table, both?
11                    A.   Both.
12                    Q.   Okay.
13                    A.    If I remember correctly.
14                    Q.   And was the chocolate being
15         handed out from your table or from the Turning Point
16         U.S.A. table?
17                    A.   From our table.
18                    Q.   Okay.  And who was distributing
19         the hot chocolate?
20                    A.   Jon Lizak and I.
21                    Q.   Okay.  And who was the other
22         member who you thought might have been there for the
23         College Republicans?
24                    A.   Preston Scagnelli.
25                    Q.   Preston.  And Preston, was he
```

Page 192

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         there before you left for class at all?

3                        A.   That I don't remember.

4                        Q.   Was he there when you returned?

5                        A.   I don't remember, but I believe

6         he was.

7                        Q.   Okay.  Were Bryn and Preston

8         Turning Point U.S.A. members?

9                        A.   I do not know.

10                       Q.   Was Turning Point U.S.A. have any

11        sort of display at their table?

12                       A.   Yes.

13                       Q.   What is Turning Point U.S.A.?

14                       A.   Turning Point U.S.A. is a

15        501(c)(3).

16                       Q.   I'm not asking about the

17        corporate status.  What is it, what do they promote,

18        what is their purpose?

19                       A.   They're a organization that helps

20        set up clubs across the campus -- across the United

21        States on campuses to promote their principles.

22                       Q.   What are their principles to your

23        understanding?  I know you're not a member.

24                       A.   To my understanding,

25        economically, conservative, pro Second Amendment,

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         general conservative principles, I would say to the

3         best of my understanding.  I'm not a member.

4                   Q.   Okay.  Why are you not a member?

5                   A.   I didn't want to be a member.

6                   Q.   Why didn't you want to be a

7         member?

8                   A.   Just a personal choice, I had a

9         lot on my plate at the time.

10                  Q.   Okay.  What was at the Turning

11        Point U.S.A. table, if anything?  Did they have

12        flyers, were they promoting the Laffer event, were

13        they doing something else?

14                  A.   They were doing something else.

15                  Q.   What were they doing?

16                  A.   They were -- they had up there

17        signs that their organization had made, they pre-make

18        signs and they had them up.

19                  Q.   What were the signs?

20                  A.   I don't remember.

21                  Q.   You don't remember?

22                  A.   I think one of them was -- no, I

23        don't remember.

24                  Q.   You don't have any recollection

25        of what their signs were?

800.523.7887                              Associated Reporters Int'l., Inc.

Page 194

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        A.    No, because they produce a lot of
 3         different signs.
 4                        Q.    Okay.
 5                        A.    So they're --
 6                        Q.    Let me ask you this.  Was this a
 7         memorable event to you this -- this event that had
 8         occurred at the table?
 9                        A.    It was a scary event that I try
10         not to think about sometimes.
11                        Q.    Okay.  But you don't have any
12         recollection as you sit here today as to what Turning
13         Point U.S.A. -- how far away was that table from
14         yours?
15                        A.    I don't remember how far, I think
16         it was pretty close.
17                        Q.    Well, pretty close, can you put
18         yourself back to November 14th, 2019 and tell me how
19         close?
20                        A.    No, I -- I don't remember.
21                        Q.    Was it five feet away?
22                        A.    I don't remember.
23                        Q.    Was it ten feet away?
24                        A.    Again, I don't remember.
25                        Q.    Lacey and Jon were going back and
```

800.523.7887                              Associated Reporters Int'l., Inc.

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2        forth between the tables, is that correct?

 3                      A.   So it had to be pretty close,

 4        yeah.

 5                      Q.   Pretty close, right?

 6                      A.   Yeah.

 7                      Q.   Within feet?

 8                      A.   Potentially, I don't --

 9                      Q.   Half a football field?

10                      A.   I would say not half a football

11        field, closer than that.

12                      Q.   Closer than that?

13                      A.   Yeah.

14                      Q.   So less than fifty yards?

15                      A.   Yeah.

16                      Q.   Less than twenty feet?

17                      A.   I don't know.  I don't remember.

18                      Q.   Okay.  Did they have pictures of

19        guns at that table?

20                      A.   Potentially, I don't remember.

21                      Q.   You don't remember?

22                      A.   No.

23                      Q.   Okay.  Did they have a poster

24        that said, freedom of choice, pick your gun?

25                      A.   Potentially, I don't remember.  I
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         do know that Lacey brought her cardboard cutout of
 3         Donald Trump.
 4                        Q.   Is that at your table or Turning
 5         Point's table?
 6                        A.   I believe it was at Turning
 7         Point's table.
 8                        Q.   How far away was that from your
 9         table?
10                        A.   I don't remember.
11                        Q.   Was Turn -- okay.  So if you're
12         facing out from your table, were you at one side of
13         the spine or the other?
14                        A.   We were in proximity of each
15         other.  Like, maybe -- I -- I just don't remember, it
16         was close by.  We are on the same side of the spine,
17         but --
18                        Q.   Okay.  And you were at the
19         College Republicans table, correct?
20                        A.   Yes.
21                        Q.   And was Turning Point to your
22         left or to your right?
23                        A.   I don't remember.
24                        Q.   You don't remember whether it's
25         to your left or to your right?
```

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.    No.

3                        Q.    Okay.  And you don't remember how

4    close it was?

5                        A.    I don't, no.

6                        Q.    And you don't remember what they

7    had other than the cutout of Trump and signs -- they

8    did have signs with guns on them or no?

9                        A.    I don't remember specifically

10   what their signs were, all I remember is the

11   cardboard cutout of Donald Trump.

12                       Q.    Okay.  Were you aware that there

13   had been a school shooting that day?

14                       A.    No.

15                       Q.    Okay.  Were you aware that some

16   of the people who disrupted the tabling were offended

17   because a school shooting had occurred that day and

18   Turning Point U.S.A.'s table had pictures of guns on

19   it?

20                       A.    No.

21                       Q.    You don't know that.  You didn't

22   hear that personally?

23                       A.    No.

24                       Q.    Okay.  All right.  Let's go to

25   paragraph forty-eight of the --
```

Page 198

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2               A.   Uh-huh.

3               Q.   Did anyone -- let me ask you

4   this, during the time you were at the table until

5   class started, did anyone protest the table?

6               A.   When I was there?

7               Q.   Yeah.

8               A.   Not that I remember, no.

9               Q.   Okay.  Did thirty people protest

10  the table while you were there?

11              A.   No.

12              Q.   Okay.  Did anyone express

13  objection anything at your table or Turning Point's

14  table?

15              A.   Potentially Turning Points, but

16  people just had --

17              Q.   What do you mean, potentially?

18              A.   I don't remember.

19              Q.   Okay.

20              A.   They might have tried to engage

21  with the Turning Point table, but I was more focused

22  on handing out flyers with the hot chocolate.

23              Q.   Okay.  Got you.  Let's go to

24  paragraph forty-eight of the complaint.

25              A.   Uh-huh.

Associated Reporters Int'l., Inc.

Page 199

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.   I've already read into the

3    record.  It says that you did not obtain a permit

4    from the student association to table.  Is that

5    correct?

6                    A.   Correct.

7                    Q.   Were you aware of the process for

8    obtaining a permit for tabling on the spine in

9    November of 2019?

10                   A.   I don't remember.

11                   Q.   Okay.  Well, you don't remember.

12   Was there -- let me ask you this.  Was there a

13   process for obtaining a permit?

14                   A.   I believe there was.

15                   Q.   Okay.  Well, paragraph forty-

16   eight says there was, right?

17                   A.   Correct.

18                   Q.   It says, "As they and many other

19   student organizations had done previously, College

20   Republicans did not obtain a permit from the student

21   association to table on this date."  Correct?

22                   A.   Correct.

23                   Q.   That's what it says here?

24                   A.   Uh-huh.

25                   Q.   Is that true or false?

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    A.    That is true, I believe.

3                    Q.    Okay.  So there was a process for

4    obtaining a permit.  Is that correct?

5                    A.    It appears to be, yes.

6                    Q.    Had you ever -- and you've told

7    us earlier today that you've undertaken that process

8    at least once before November of 2019, correct?

9                    A.    For?

10                   Q.    A table event.

11                   A.    Do you mean for the club fair?

12                   Q.    I -- I believe that's what you

13   had testified you had done -- you had obtained a

14   permit for.  You said that either the Libertarians or

15   the College Republicans had a permit, right?

16                   A.    I believe we got permission to

17   table.  I didn't think there was a specific permit or

18   --

19                   Q.    Okay.  But there's a process for

20   getting a permit, correct?

21                   A.    It -- yes.

22                   Q.    And the College Republicans

23   didn't undertake that process on November 14th, 2019

24   before this tabling began, correct?

25                   A.    No.

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.   All right.  Were you familiar
 3        with the Be There system?
 4                    A.   I bel -- is that the process to
 5        book rooms?
 6                    Q.   Yes.
 7                    A.   I believe we had a previous
 8        exhibit with -- that showed that was how you booked
 9        rooms.
10                    Q.   Is that how you -- you obtain
11        permits?
12                    A.   I don't know.
13                    Q.   Do you know who Oren Kenyan is?
14                    A.   No, I don't know.
15                    Q.   Okay.  But you did reserve a room
16        for Dr. Laffer, correct?
17                    A.   Correct.
18                    Q.   But you didn't reserve a table
19        for -- for November 14th, correct?
20                    A.   Correct.
21                    Q.   Did you ever try to obtain a
22        permit for the tabling event on November 14th?
23                    A.   I don't remember.
24                    Q.   Okay.  So you may have tried, you
25        may not have?
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    A.   Yeah, I don't remember.

 3                    Q.   Did anyone deny you a permit?

 4                    A.   I don't remember.

 5                    Q.   Would you remember if someone had

 6         said no, you can't have a permit to table and you

 7         tabled anyway?

 8                    A.   I don't know.  I don't remember.

 9                    Q.   Is it fair to say you never even

10         tried to get a permit?

11                    A.   I don't remember.

12                    Q.   Okay.

13                    MR. CRAIG:  Objection, asked and

14         answered.

15                    BY MR. MOORE:   (Cont'g.)

16                    Q.   This says, "As they had done

17         previously, College Republicans did not obtain a

18         permit from the student association to table on this

19         date."  When had the College Republicans, if you

20         know, had tabled previously without a permit on the

21         spine?

22                    A.   I believe it was for the -- the -

23         - again, I don't remember if it was for the College

24         Libertarians or College Republicans, but for Club

25         Fest.  And I don't remember if we got a permit for
```

Associated Reporters Int'l., Inc.

                                                          Page 203

1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2          Constitution Day to table.

3                              Q.   Okay.  Club Fest and Constitution

4     Day are two separate tables, right?

5                              A.   Yes.

6                              Q.   Were they on the spine?  Club

7     Fest wasn't, right?

8                              A.   Club Fest wasn't, Constitution

9     Day was.

10                             Q.   Okay.  Was -- Constitution Day

11    was in fall of 2018?  That's what your previous

12    testimony was?

13                             A.   I believe it was in fall of 2019.

14                             Q.   Okay.  Let's backtrack then,

15    because my understanding, and your counsel can

16    correct me if I had this wrong, was that you had

17    testified that it was fall of 2018 that the

18    Constitution Day tabling was when you first got

19    there?

20                             A.   No, Constitution Day was fall

21    2019.

22                             Q.   Okay.  Fall of 2019.  And that

23    was on the spine?

24                             A.   Yes.

25                             Q.   Did you obtain a permit --

Page 204

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        A.   I don't --
 3                        Q.    -- for that tabling?
 4                        A.   I don't remember.
 5                        Q.   Okay.  Okay.  So can you think of
 6    any occasion where as contemplated in paragraph
 7    forty-eight, the College Republicans had tabled on
 8    the spine without a permit?
 9                        A.   I don't remember.
10                        Q.   So you can't think of an example?
11                        A.   I cannot.
12                        Q.   Okay.  Can you tell me, and list
13    them for me, what other student organizations had
14    previously not obtained a permit from student
15    association to table on the spine?
16                        A.   On the spine specifically?
17                        Q.   Well, let's start with the spine,
18    then we can go to other places.
19                        A.   I don't know of that -- I don't
20    know off the top of my head, no.
21                        Q.   You don't know of any examples of
22    other student organizations who had not taped -- who
23    had not obtained a permit and tabled on the spine?
24                        A.   Correct, I don't.
25                        Q.   Do you know of any other student
```

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2         organizations who had tabled anywhere on campus
3         without obtaining a permit?
4                   A.   I believe, if my recollection
5         recalls, College Progressives had protested outside
6         without a permit or without reserving when B.A.E.
7         systems came to speak to students.
8                   Q.   Okay.  But you don't know if that
9         was a tabling?
10                  A.   Well, they have the -- I believe
11        B.A.E. systems had the room booked.  And I believe
12        they showed up outside the event.  So without a
13        permit.
14                  Q.   Okay.  So the B.A. Systems, is
15        that a defense contractor?
16                  A.   Yes, B.A.E. Systems.
17                  Q.   B.A.E. Systems?  And when did
18        that occur?
19                  A.   I believe that happened that
20        semester, fall.
21                  Q.   Okay.  And there was a protest
22        from the College Progressives, to your understanding?
23                  A.   To my understanding, yes.
24                  Q.   Were you present?
25                  A.   I walked by, I remember because
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         it was right near the marketplace.

3                   Q.   Got you.  And there was -- the

4         room was near the marketplace?

5                   A.   Yes.

6                   Q.   Okay.  And what did you see when

7         you walked by?

8                   A.   I saw people with signs, and I

9         remember hearing --  because B.A.E. Systems had came

10        multiple times.  If I remember, I heard they had

11        shouted down one of the speakers at one point.

12                  Q.   Okay.  Was this fall, fall of

13        2019 when they were shouted down a speaker?

14                  A.   I be -- yes, if I remember

15        correctly.

16                  Q.   They were holding signs?

17                  A.   They were holding signs outside,

18        yes.

19                  Q.   Did they man a table outside?

20                  A.   I don't believe they had a table

21        set up.

22                  Q.   Okay.  Okay.  My question was,

23        are you aware of any other student groups who tabled

24        on campus without a permit prior to your tabling on

25        November 14th?

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                       A.   So by tabling do you mean
 3   specifically have to have a table, or do you mean --
 4   the student groups conferring with students and as
 5   they walk by --
 6                       Q.   I'm referring to paragraph forty-
 7   eight, it says, I'll read it again.  "As they and
 8   many other student organizations had done previously,
 9   College Republicans did not obtain a permit from the
10   student association to table on this date."  What is
11   your understanding of what you did on that date?  You
12   tabled, what does that mean to you?
13                       A.   It means, we stood with our
14   flyers and hot chocolate and things and handed them
15   out.
16                       Q.   From a?
17                       A.   From a table, yes.
18                       Q.   Okay.  So by tabling, we're
19   referring to setting up a table and engaging with
20   passersby, correct?
21                       A.   Correct.
22                       Q.   Okay.
23                       A.   Yeah.
24                       Q.   So my question is, are you aware
25   of any other student organization, other than you and
```

800.523.7887                                 Associated Reporters Int'l., Inc.

Page 208

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2       Turning Point U.S.A. on November 14th, who tabled
 3       without a permit, prior to November 14th, 2019?
 4                   A.   Not that I can think of off the
 5       top of my head.
 6                   Q.   Okay.  Was there any other table
 7       set up in the proximity of the College Republicans'
 8       table other than Turning Point U.S.A. that day?
 9                   A.   Not that I can remember, no.
10                   Q.   You were the only two tables out
11       there?
12                   A.   Yes.
13                   Q.   Okay.  On November 14th, 2019,
14       were there any other members other than Lacey and Jon
15       that were members of -- of the College Republicans
16       that were members of Turning Point U.S.A.?
17                   A.   Could you --
18                   MR. CRAIG:  Objection, asked and
19       answered.
20                   BY MR. MOORE:  (Cont'g.)
21                   Q.   Yeah.  Are you aware of -- I'm
22       not sure if you gave me a complete answer.  You said
23       that Jon and Lacey were members of both the College
24       Republicans and Turning Point U.S.A., correct?
25                   A.   Uh-huh.
```

ARII@courtsteno.com                          www.courtsteno.com

    1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

    2                    Q.   Were there any other College

    3    Republicans members in November 2019, who are also

    4    members of Turning Point U.S.A.?

    5                    A.   Not that I know of, I don't know.

    6    I wasn't a member.  So I don't.

    7                    Q.   Okay.  Just asking what you know,

    8    that's all.  Did College Republicans coordinate the

    9    tabling events with T.P. U.S.A. on the spine before

   10    it occurred; in other words, did you both know, the

   11    other would be there?

   12                    A.   Yes, we both knew the other were

   13    going to be there.

   14                    Q.   How -- how was that coordinated?

   15                    A.   I believe -- I don't remember

   16    how, I don't remember how.

   17                    Q.   Well, what -- how did you come to

   18    know that there were tabling that day, the same day

   19    you were?

   20                    A.   I believe I was in contact with

   21    Lacey who said she wanted to table and that the field

   22    rep from Turning Point was coming down to help her

   23    with it.  So we --

   24                    Q.   Okay.

   25                    A.    -- decided to be next to each

Page 210

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        other.

3                        Q.   So Lacey made the decision to

4        have Turning Point U.S.A. there as far as you know?

5                        A.   To the best of my recollection.

6                        Q.   Okay.  Now, was there any

7        communication between any members of College

8        Republicans and any outsiders too, but members of

9        College Republicans about the tabling event prior to

10       tabling event?

11                       A.   I believe we told Raj that we

12       were going to be tabling and passing out hot

13       chocolate to promote the event.

14                       Q.   Okay.

15                       A.   Because we wanted to know what

16       our marketing was for the event.

17                       Q.   Did he send you any materials to

18       hand out?

19                       A.   I don't remember, I don't believe

20       so.

21                       Q.   Okay.

22                       A.   I think he just approved our

23       flyer.

24                       Q.   Okay.  So you created a flyer,

25       you ran it past Raj, he said that looks good?

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.    Yes.
 3                    Q.    In sum and substance in there --
 4                    A.    Uh-huh.
 5                    Q.     -- that's the flyer you used,
 6         correct?
 7                    A.    Correct.
 8                    Q.    You had twenty-two members in
 9         fall of 2019?
10                    A.    At the end of '20, fall of '20.
11                    Q.    '19?
12                    A.    Yes.
13                    Q.    Okay.  On November 14th, 2019,
14         how many members did you have?
15                    A.    That I do not know.  It was
16         sporadic.
17                    Q.    Okay.
18                    A.    We didn't have regular
19         attendance.
20                    Q.    Well, you had a total of twenty-
21         two at the end of semester?
22                    A.    Uh-huh.
23                    Q.    Which wasn't long after that,
24         right?
25                    A.    Correct.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                     Q.    Okay.  Did membership increase

 3         after the Laffer event?

 4                     A.    Membership did increase, yes.

 5                     Q.    By what proportion?

 6                     A.    Maybe eight.

 7                     Q.    Okay.

 8                     A.    Maybe.

 9                     Q.    So if we say there were twenty-

10         two at the end, is it fair to say that there are

11         approximately fourteen at the time of the tabling?

12                     A.    Fourteen regular, potentially,

13         regular attendee.  We had, like I said, people coming

14         in and out sometimes, I think --

15                     Q.    I'm just trying to come up with a

16         rough number.

17                     A.    Correct, yeah.

18                     Q.    Try to refresh your recollection

19         here.

20                     A.    Uh-huh.

21                     Q.    So is fourteen a fair guess as to

22         the number of College Republicans that were in the

23         group as of November 14th, 2019?

24                     A.    Yes.

25                     Q.    Okay.  Did you communicate the
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         College Republicans intention to table on November

3         14th, 2019 to your membership?

4                        A.   Yes.

5                        Q.   And how was that communicated?

6                        A.   I don't remember how I

7         communicated.   It might have been set at a meeting

8         that we were going to be tabling at that time.

9                        Q.   Was there an email to membership?

10                       A.   Potentially, I don't remember

11        how.

12                       Q.   Did you ever email to membership

13        during your presidency in fall of 2019?   In other

14        words, would you ever send a group email out to the

15        email addresses of the various members?

16                       A.   Yes.

17                       Q.   Okay.   And do you still -- was --

18        would that be from your College Republicans email

19        address, from your student email address, from your

20        Gmail email address, or something else?

21                       A.   It would have been through the

22        College Republicans email because they had access to

23        the list server.

24                       Q.   Okay.   So again, we're going to

25        make a request for any organizational emails or

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2          communications pertaining to either the tabling event

3          or the Laffer event.

4                         A.    Okay.

5                         Q.    And also, quite frankly, that

6          does case against socialism as well just to see how

7          it was done.

8                         Were you involved in any other

9          coordination with Turning Point U.S.A. other than

10         Lacey's involvement?

11                        A.    I believe she was having some

12         difficulty getting contact with Taylor Syinsky.  So

13         she asked if I could also just give him a call to see

14         what -- like, to reach out about club materials and

15         things like that.

16                        Q.    Taylor is the guy from --

17                        A.    Turning Point, yes.

18                        Q.    -- from T.P. U.S.A.?

19                        A.    Yes.

20                        Q.    T.P. U.S.A. is short for Turning

21         Point U.S.A.?

22                        A.    Correct.

23                        Q.    Okay.  Had you known Taylor from

24         T.P. U.S.A. prior to November 14th, 2019?

25                        A.    No.

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.   Well, how did you come to be able
 3         to reach out to him?
 4                    A.   Lacey asked if I could give him a
 5         call, because she was -- he was supposed to be the
 6         field rep.  And I asked if he planned on sending
 7         materials down to Lacey and things like that.
 8                    Q.   Okay.  So you had a phone -- did
 9         you have a phone call with Taylor?
10                    A.   I believe so.
11                    Q.   Okay.  And what was -- what was
12         discussed during -- what did you say, what did he
13         say?
14                    A.   I believe it was just asking if
15         he was going to send out materials to start the club
16         for Lacey, and what was going on with that, because
17         she asked for my assistance in that.
18                    Q.   When was this, November 2019 or
19         before that?
20                    A.   I believe it was before that.
21                    Q.   Okay.  Would have been October
22         '19, September '19?
23                    A.   Probably October, but I don't
24         remember.
25                    Q.   Okay.  And when you say send down
```

Page 216

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         materials, what materials did he send out?

 3                   A.    I believe he had posters and

 4         things.  Turning Point's known for sending out a

 5         package with some of their pins, posters, stickers,

 6         things like that.

 7                   Q.    Okay.  And did you receive those

 8         materials?

 9                   A.    I don't remember.

10                   Q.    Were they sent?

11                   A.    I'm not in Turning Point U.S.A.

12         So if they were sent, they were sent to Lacey.

13                   Q.    Okay.  So she -- she received the

14         materials?

15                   A.    I don't know if she did.  She

16         just asked me to talk to see if I could get in

17         contact with him because he was a little hard to

18         reach.

19                   Q.    Okay.  So tell me anything more

20         you can remember about the contact with Taylor?

21                   A.    I don't remember any contact at

22         that point, other than just calling to set him up

23         with Lacey.

24                   Q.    Okay.

25                   A.    Because he was -- because of
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         difficulty.

3                        Q.   All right.  So I've already read

4         paragraph fifty.  But this paragraph, paragraph fifty

5         from Exhibit One, and it says you table for close to

6         three hours without incident.  Is that accurate?

7                        A.   To the best of my recollection,

8         yes.

9                        Q.   And what occurred during those

10        three hours?

11                       A.   We handed out hot chocolate,

12        people took the hot chocolate, and I passed out a lot

13        of flyers.

14                       Q.   Okay.  Nothing else you can

15        remember?

16                       A.   No.

17                       Q.   Okay.  Was there any plan on how

18        long the tabling event would occur?

19                       A.   I believe we wanted to table for

20        about five hours.

21                       Q.   And so start at ten a.m., go to

22        about two p.m., is that the plan?

23                       A.   Three p.m., I believe, but three

24        or two p.m., yeah.

25                       Q.   Okay.  So there was a general

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         plan to go to about two or three p.m., correct?
 3                        A.    Correct.
 4                        Q.    All right.  Was there anything
 5         memorialized in writing regarding that plan?
 6                        A.    Not that I can think of.
 7                        Q.    Okay.  And were there any
 8         negative interactions with passers-by or protests
 9         before one p.m., on November 14th, 2019?
10                        A.    Not that I can recall.
11                        Q.    Did you personally contact
12         university officials or B.U. police before one p.m.,
13         before you headed off to --
14                        A.    No.
15                        Q.    -- class?
16                        A.    No.
17                        Q.    Okay.  And --
18                        MR. CRAIG:  Objection, I think facts
19         not -- he didn't testify that he left at one p.m.
20                        MR. MOORE:  Okay.  I just said before.
21         I --
22                        MR. CRAIG:  Okay.  Yeah, I just --
23                        BY MR. MOORE:  (Cont'g.)
24                        Q.    One p.m. -- I'll say this.
25                        A.    Uh-huh.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                        Q.    Before you left for class, did

 3         you have any contact with anybody from the university

 4         or University Police?

 5                        A.    Not that I can recall.

 6                        Q.    Did you ever tell the University

 7         Police that you were having this tabling event?

 8                        A.    ¯I don't remember, not that I can

 9         recall, no.

10                        Q.    Okay.  Did you ever reach out to

11         Joe Gallagher and say, hey, listen, we're doing a

12         tabling?

13                        A.    Not that I can recall.

14                        Q.    Okay.  And Joe had expressed

15         concern about your case against socialism, that there

16         could be a protest to that, correct?

17                        A.    Correct.

18                        Q.    Did -- did you think it might be

19         a good idea to let him know that you were partnering

20         with Turning Point U.S.A. to do a tabling, so he

21         would be aware of that?

22                        A.    No.

23                        Q.    Why?

24                        A.    There was no problem with the

25         case against socialism or anything.  And we are a
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         student group, so we thought we could table in a safe
 3         environment.
 4                        Q.   Okay.  And did you have any
 5         advanced knowledge of what sort of signage that
 6         Turning Point USA would have on site?
 7                        A.   No, not that I can recall.
 8                        Q.   Did you ever look over and see
 9         what the signs were?  I know you said you can't
10         remember what the signs were.
11                        A.   At some point, I probably looked
12         over.  They were right -- they were next to us, but I
13         don't remember specifically what they said.
14                        Q.   Okay.  You don't remember whether
15         they concerned guns?
16                        A.   That's a -- I mean, Turning Point
17         U.S.A. is known for their Second Amendment.  So if
18         you told me they had posters with guns up, sure, that
19         sounds reasonable, but I'm not sure what specific
20         posters they had out.
21                        Q.   Okay.  Paragraph fifty-one, it
22         says, "At approximately one thirty p.m., a mob of
23         Defendant College Progressives confronted College
24         Republicans over the contents of their tabling.
25         College Progressives incited other members to join
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         the mob by sending messages to group chat rooms with
 3         numerous other students."  Did I read that correctly?
 4                   A.    Correct.
 5                   Q.    Were you present when this
 6         occurred at one thirty p.m.?
 7                   A.    No, I was in class.
 8                   Q.    Okay.  And so you don't know how
 9         many people showed up initially to confront --
10                   A.    No, I was in class.
11                   Q.    -- College Republicans?  And you
12         don't have any personal knowledge of when this began?
13                   A.    No, I was in class.
14                   Q.    Okay.  In your opinion, did the
15         individuals who protested the tabling event have a
16         First Amendment right to do so?
17                   A.    Can you repeat the question?
18                   Q.    In your opinion --
19                   A.    Uh-huh.
20                   Q.    -- did the individuals who
21         protested the tabling event have a First Amendment
22         right to do so?
23                   MR. CRAIG:  I object, calls for a
24         legal conclusion, but you can answer.
25                   MR. MOORE:  I made sure I asked about
```

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         his opinion.

3                   THE WITNESS:  They certainly had a

4         right to disagree with us.  But they certainly didn't

5         have a right to come up and start destroying our

6         materials --

7                   BY MR. MOORE:  (Cont'g.)

8              Q.   Okay.

9              A.     -- and table.

10             Q.   But did they have a right to

11        express their disagreement with you other than

12        destroying?

13             A.   They had a right to --

14             Q.   Okay.

15             A.     -- protest us in a safe way,

16        yes.

17             Q.   Okay.  And did you personally

18        contact the police at any point after this protest

19        began?

20             A.   I don't remember.

21             Q.   So you don't remember having any

22        contact with the police before they arrived?

23             A.   I -- no, I was in class.  So

24        after class, are you talking about?

25             Q.   Yeah.

Page 223

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    A.   Potentially I made a call.  I

 3        don't remember though.

 4                    Q.   John called you, correct?

 5                    A.   John called me in class, yes.

 6                    Q.   And he told you something was

 7        happening, right?

 8                    A.   He told me that there were some

 9        protesters and that was it.

10                    Q.   Okay.

11                    A.   And that everything was fine.

12                    Q.   Did you call the police at that

13        point?

14                    A.   No.

15                    Q.   Okay.  And then afterwards, you

16        heard somebody leaving class, say there was something

17        going on in the spine, correct?

18                    A.   They said there -- yes.

19                    Q.   What did they say again?

20                    A.   I don't remember the specifics,

21        but they said there was a mob of people.

22                    Q.   Okay.  And when you arrived back

23        on the scene, what did you observe?

24                    A.   I observed campus police creating

25        a barrier around where the tables were supposed to
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 224

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         be.  And I observed a lot of screaming and shouting

3         and people getting very aggressive trying to get to

4         the tables.

5                   Q.   Okay.  Got you.  So the police

6         were there when you arrived?

7                   A.   Correct.

8                   Q.   You didn't call them?  You didn't

9         summon the police to the scene, correct?

10                  A.   Correct.

11                  Q.   Okay.  And then paragraph fifty-

12        five, I'll read that to the record.  It says, "U.P.D.

13        arrived on the scene.  And instead of dispersing the

14        mob and protecting College Republicans right to free

15        speech as the written regulations required applied

16        the speech suppression policy by demanding that

17        College Republicans leave the spine while the College

18        Progressive chanted, pack it up."  Did I read that

19        correctly?

20                  A.   Correct.

21                  Q.   You were there when the police

22        appeared, correct?

23                  A.   Correct.

24                  Q.   And when you arrived, they were

25        standing between the protesters and the College

```
 1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2     Republicans?

 3                    A.   Correct.

 4                    Q.   Okay.  And what time is this?

 5                    A.   I don't -- right after my class.

 6                    Q.   Okay.  Whatever time that was?

 7                    A.   Whatever time my class ended.

 8                    Q.   Okay.  And how many police were

 9     there?

10                    A.   I don't remember.

11                    Q.   And you don't know who called

12     them?

13                    A.   I don't.

14                    Q.   Okay.  Did you have any personal

15     conversations with the police?

16                    A.   Yes.

17                    Q.   And which -- which officers did

18     you speak with?

19                    A.   I don't remember the specific

20     officers.  But I wanted to get through to make sure

21     my club members were safe.

22                    Q.   Okay.

23                    A.   So I told an officer, I was the

24     president of the College Republicans who were tabling

25     and that I needed to get through to make sure they
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         were safe.
 3                        Q.   And what did he say?
 4                        A.   He helped me get through the mob
 5         to make sure they were safe.
 6                        Q.   Okay.  And were they safe?
 7                        A.   Lacey had her hat thrown off and
 8         --
 9                        Q.   What was her -- what did her hat
10         say?
11                        A.   I believe it was make America
12         great again.
13                        Q.   Okay.  And did you hear the
14         police say anything else?
15                        A.   I believe -- I don't remember the
16         police saying anything, no, not to my -- best of my
17         recollection.
18                        Q.   Did anyone -- did the police say
19         anything about whether you had reserved space that
20         day?
21                        A.   Not to -- that I remember, no.
22                        Q.   Did anyone else said anything
23         about whether you had reserve space that day?
24                        A.   At that time that I arrived
25         there?
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    Q.    Yeah.  Since you -- when you got

 3         there, did you hear anybody say anything about

 4         whether you had reserved space?

 5                    A.    Not that I can remember.

 6                    Q.    Okay.  Did the police tell you

 7         you had to leave?

 8                    A.    To the best of my recollection,

 9         yes, we were -- they were trying to pack their stuff

10         up and get us off the campus as soon as possible.

11                    Q.    Well, what did they say

12         specifically?

13                    A.    I don't remember the specifics.

14                    Q.    Did you have any personal

15         conversations with the police about the College

16         Republicans leaving the scene?

17                    A.    I remember the campus police

18         directing us on how to get to their police car so

19         they could drive us off campus.

20                    Q.    Okay.  Had the tabling ended at

21         that point?

22                    A.    If I remember correctly, the

23         table was broken in half.  So yes, we did not have a

24         table, working table.

25                    Q.    Okay.  Did the College
```

Associated Reporters Int'l., Inc.

Page 228

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2    Republicans at any point pack up tables and materials

3    and leave the spine?

4                    A.    I believe Turning Point U.S.A.

5    had attempted to but they were stopped by College

6    Progressives, if I remember.

7                    Q.    And Turning Point U.S.A. would

8    have been -- who was the representative there?

9                    A.    Taylor Syinsky.

10                   Q.    Taylor, okay.  So Taylor tried to

11   leave and was prevented by someone from leaving?

12                   A.    Correct.

13                   Q.    Okay.

14                   A.    If I remember correctly.

15                   Q.    And by Turning Point U.S.A.,

16   you're also referring to Jon and Lacey?

17                   A.    I believe it was just the Turning

18   Point U.S.A. table at that point.

19                   Q.    So the turning point U.S.A. guy

20   was trying to leave?

21                   A.    Yes.

22                   Q.    Okay.  Okay.  And what time did

23   the College Republicans meaning, who was present at

24   that point, it was you, Jon, Lacey and perhaps two

25   other people, you can't remember?

Page 229

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.    Perhaps two other people.  And I

3    know some other people, I believe I mentioned

4    earlier, Joe Bernstein -- or who transferred to

5    Cornell, I mentioned him previously --

6                        Q.    Yeah.

7                        A.    -- was one of our members was

8    there.

9                        Q.    He was present?

10                       A.    He was present, yes.

11                       Q.    Okay.  Is he behind the table

12   when the protests began?

13                       A.    When I had arrived, he wasn't

14   there when I got there.  That was the first time I

15   met him.

16                       Q.    Oh, okay.  So you arrived from

17   class and he was there?

18                       A.    Yes.

19                       Q.    Okay.  Got you.  Did you have any

20   contact with anybody else other than during the --

21   the tabling about the tabling that day?

22                       A.    Not that I can recall.

23                       Q.    Okay.  Did you have any contact

24   with Raj about it?

25                       A.    Previously, I had contact letting

Page 230

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         him know that we were setting up a table to pass up
 3         materials.
 4                        Q.   During the tabling event, did you
 5         have any contact with him?
 6                        A.   Not during the tabling event, no.
 7                        Q.   Okay.  I'm going to show you
 8         what's been marked as Defendants' Exhibit Ten.
 9                        A.   Okay.
10                        Q.   This is pages from Plaintiffs'
11         disclosures.  And this is Bate stamped pages two zero
12         eight through two eighteen.  Do you recognize what
13         these documents are?
14                        A.   They appear to be from the
15         college -- a lot of them -- the College Republicans
16         email --
17                        Q.   Okay.
18                        A.    -- to Raj.
19                        Q.   Okay.  Were you the person
20         sending the emails?  If you look at the first page.
21                        A.   Yes, I -- I --
22                        Q.   There's a November 14th, 2019,
23         email at two ten p.m.  It says, "Hi, Raj."  And it
24         says, "From John Restuccia."
25                        A.   Uh-huh.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                   Q.   So when you're saying the College

 3    Republicans email is -- does that mean you were the

 4    one sending those emails?

 5                   A.   Potentially, because I gave

 6    access to the email to Preston Scagnelli to write

 7    some emails on my behalf, if I remember correctly.

 8                   Q.   Okay.  Let's go a few pages in.

 9    There are a number of emails here.  And this is Bate

10    stamped pages two zero eight through two eighteen.

11    And they range from November 8, 2019 through November

12    14 2019, correct?

13                   A.   Uh-huh.

14                   MR. CRAIG:  Make sure you read the

15    document.

16                   THE WITNESS:  Okay.

17                   MR. MOORE:  Yeah.

18                   THE WITNESS:  Okay.

19                   MR. CRAIG:  And following along with

20    him.

21                   THE WITNESS:  Okay.

22                   BY MR. MOORE:  (Cont'g.)

23                   Q.   So do you -- do you agree with my

24    representation that these appear to be emails that

25    range in date from November 8th through the 14th,
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2    2019.  Is that correct?
 3                A.   Yes.
 4                Q.   And are these emails sent by you
 5    to and received by you from Raj Kannappan?
 6                A.   So it appears that some of the
 7    emails are my personal email, if you look in two
 8    thirteen.
 9                Q.   Uh-huh.
10                A.   My student email, my personal
11    student email, and then some are from the College
12    Republicans email.
13                Q.   Okay.
14                A.   It appears.
15                Q.   Did you copy -- did you have some
16    setup or you automatically copied yourself to the
17    other email addresses in this chain?
18                A.   Not that I can recall.
19                Q.   Okay.  Now, let's go to -- back
20    to page two ten and two eleven.  At the bottom of two
21    eleven from College Republicans S.A., it says, "The
22    email, I also forwarded you, was the confirmation
23    that the room was extended."  Did you send that
24    email?
25                A.   It came from the Republicans at
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2        Binghamton@sa.org, I'm unsure if it was from me or

 3        Preston because Preston had access to the email and -

 4        -

 5                    Q.   Look at the previous -- the

 6        previous page.

 7                    A.   Okay.

 8                    Q.   And that is Bates stamp page two

 9        twelve?

10                    A.   Uh-huh.

11                    Q.   That is an email, Friday,

12        November 8th, 2019, at four sixteen p.m., correct?

13                    A.   Correct.

14                    Q.   And that reads hi, Raj, here's

15        the map.  All the purple areas are the parking lots,

16        which the building is right next to making the most

17        accessible area to students.  The building is right

18        near the major living communities as well as detached

19        to the most populated classroom area.

20                    The address is 600 Main Street,

21        Vestal, New York, to send the YAF package.  From John

22        Restuccia.  Did you send that email at four sixteen

23        p.m., on November 8, 2019?

24                    A.   It appears I did.

25                    Q.   You sign it, right?
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2              A.    Correct.

 3              Q.    Or someone else signing your name

 4    to emails that you're aware of?

 5              A.    Potentially Preston because I was

 6    busy, I just needed him to approve things.  So I

 7    might have said to sign from John Restuccia, I don't

 8    remember.

 9              Q.    Okay.  And then that same minute.

10    There was an email it says, the email I also

11    forwarded to you was a confirmation that the room was

12    extended.

13              A.    Uh-huh.

14              Q.    Is it reasonable to assume that

15    John Restuccia sent that too?

16              A.    Yes.

17              Q.    Okay.

18              A.    To the best of my recollection.

19              Q.    Or someone pretending to be John

20    Restuccia?

21              A.    Yes.

22              Q.    Okay.

23              A.    Could we take a break at all?

24              Q.    Sure.

25              MR. CRAIG:  Do you want to do lunch,
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 235

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         given that it's twelve zero seven.  It depends --

3                   MR. MOORE:  It's up to you guys.  I

4         mean, we got to take --

5                   BY MR. MOORE:  (Cont'g.)

6              Q.   Okay.  I got a few questions on

7         it.

8              A.   Okay.

9              Q.   Okay.  Okay.  So on Bates stamp

10        page two ten.

11             A.   Uh-huh.

12             Q.   There's a reply to your November

13        8th emails, correct?

14             A.   Correct.

15             Q.   It's a lengthy email from Raj,

16        dated November 12th, 2019 at nine zero five a.m.

17             A.   Uh-huh.

18             Q.   It starts, "Thanks for sending me

19        John -- these, John."

20             A.   Uh-huh.

21             Q.   Correct?

22             A.   Correct.

23             Q.   And it says, "Please also give me

24        an update later today about how your discussions with

25        professors are going regarding their offering extra
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 236

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2         credits to students who'd attend your event, and also
3         regarding their allowing your club to speak about
4         your event in class.
5                   "As we discussed, when asking your
6         professors, you will probably want to promote this
7         one as featuring leading academic and economist.  Dr.
8         Arthur Laffer, who has developed the Laffer Curve,
9         and has advised numerous leaders on economic policy,
10        including Ronald Reagan and Donald -- Donald Trump."
11                  And then he asked, "How is your flyer
12        going on campus?"  And then he says, "Finally, Dr.
13        Laffer has a request for you regarding lunch," and
14        then it talks about changing the time for lunch.
15                  A.   Uh-huh.
16                  Q.   Did I read that correctly?
17                  A.   Correct.
18                  Q.   And I characterized the final
19        paragraph correctly?
20                  A.   Yes.
21                  Q.   Okay.  Did you receive this
22        email?
23                  A.   It appears so.
24                  Q.   Okay.  And did B.U. professors
25        offer extra credit related to the Laffer event

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         lecture?
 3                        A.    I don't believe so, no.
 4                        Q.    Did you ever ask?
 5                        A.    I believe I might have asked some
 6         professors, but --
 7                        Q.    But you don't remember as you sit
 8         here today?
 9                        A.    No.
10                        Q.    Okay.  So you couldn't tell me
11         which professors you asked if you had asked any?
12                        A.    Correct.  I can't -- I don't
13         remember.
14                        Q.    And we've already discussed the
15         lunch with Dr. Laffer, correct?
16                        A.    Correct.
17                        Q.    We already discussed the event
18         with George Phillips afterwards, correct?
19                        A.    Correct.
20                        Q.    And you just said you don't know
21         whether Dr. Laffer was paid separately for that lunch
22         and appearance with George, correct?
23                        A.    Correct.
24                        Q.    Okay.  And then let's move to
25         Bates stamp page two zero eight, which is the first
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         page --
 3                        A.    Uh-huh.
 4                        Q.    -- of Exhibit Ten.
 5                        Q.    And near the bottom, it says,
 6         "John, please let me know the name and address of the
 7         lunch restaurant.  Additionally, please confirm that
 8         you received our lecture box in the mail that
 9         included a podium signed with following on it:
10         Thomas W. Smith Foundation free enterprise lecture
11         series.  Thanks, Raj."  That was sent in November
12         14th, 2019 at ten fifty-five a.m., correct?
13                        A.    Correct.
14                        Q.    And did you receive that email?
15                        A.    To the best of my knowledge, yes.
16                        Q.    Okay.  And then there's an email,
17         November 14th, 2019 at two ten p.m., College
18         Republicans.  This says, "Hi, Raj, currently, we just
19         ended tabling.  We were getting protested by thirty
20         people from Progressives, but we handed out one fifty
21         fliers.
22                        "I will have the information for the
23         reservation this afternoon.  And we did receive the
24         podium sign from John Restuccia."  Did you send that
25         email address?  That email, I'm sorry.
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        A.    It appears to be.
 3                        Q.    Okay.  And then he responds at
 4    two eighteen, correct?
 5                        A.    Correct.
 6                        Q.    And it says, "Thanks, John, don't
 7    worry about being protested against.  That is usually
 8    a good sign that you're generating some interest."
 9    Did -- did you receive that email?
10                        A.    Yes.
11                        Q.    And then there's an email in
12    responding.  "Yes, we thought it was a very good
13    sign," exclamation point.  That's written at two
14    twenty p.m. on November 14th, 2019?
15                        A.    Uh-huh.
16                        Q.    Did you write that?
17                        A.    To the best of my recollection,
18    it appears I did.
19                        Q.    Okay.  And then there's one final
20    email on this thread at two forty p.m.  And that
21    says, "Update, over a hundred people showed up and
22    stole some of our stuff and are protesting us."  Did
23    you send that email?
24                        A.    Appears to have come from the
25    College Republicans email.  I don't know if I
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 240

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        specifically wrote it or not.
 3                    Q.   Okay.  So over a hundred people
 4        showed up after Raj was told that you had ended up
 5        and ended tabling and handed out a hundred and fifty
 6        flyers, correct?
 7                    A.   It appears so.
 8                    Q.   Is -- does this refresh your
 9        recollection that you handed out a hundred and fifty
10        flyers that day?
11                    A.   Potentially.  Again, I don't know
12        how many exact flyers we -- we handed out.
13                    Q.   Okay.  Would you have given Raj
14        inaccurate information?
15                    A.   I would have probably ballparked
16        it at the time.
17                    Q.   So I did ask you earlier about
18        how many flyers you handed out, right?
19                    A.   Right.
20                    Q.   And you said you weren't sure,
21        right?
22                    A.   Correct.
23                    Q.   Does this refresh your
24        recollection that the ballpark of the amount of
25        flowers you handed out was a hundred and fifty?
```

800.523.7887                              Associated Reporters Int'l., Inc.

Page 241

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.   Ballparking it, yeah.

3                        Q.   Yes?

4                        A.   Yes.

5                        Q.   Okay.  Would that be unaccurate

6         (sic)?

7                        A.   I don't remember how many exact

8         flyers we handed out.

9                        Q.   Okay.  But I'm just asking you to

10        confirm that if you wrote this on November 14th,

11        2019, would it have been true, or would you have

12        inflated that number?

13                       A.   Probably would have been true,

14        but I don't remember.

15                       Q.   All right.  Do you know Brian

16        Rose by sight?

17                       A.   No.

18                       Q.   Okay.  So do you know if he was

19        at the November 14th, 2019 tabling event?

20                       A.   No.

21                       Q.   Do you have any personal

22        knowledge whether he had any personal involvement in

23        directing the actions of B.U. police on November

24        14th, 2019?

25                       A.   I don't know.

Associated Reporters Int'l., Inc.

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.    Okay.  Do you know B.U.
 3   president, Harvey Stenger, by sight?
 4                    A.    Yes.
 5                    Q.    Okay.  Was he present at the
 6   November 14th, 2019 tabling event?
 7                    A.    I don't believe so.
 8                    Q.    Okay.  Do you have any personal
 9   knowledge whether he had any personal involvement in
10   directing the actions of B.U. police on November
11   14th, 2019?
12                    A.    No, I don't know.
13                    Q.    Okay.  And do you know John
14   Pelletier by sight?  You said you --
15                    A.    No.
16                    Q.    You don't?
17                    A.    I -- I don't know him by sight.
18                    Q.    Okay.  Do you know if he was
19   present at the November 14th, tabling event?
20                    A.    I don't, no.
21                    MR. MOORE:  Okay.  All right.  Let's
22   stop there.  If you want to take a break, then we'll
23   move on to the Laffer event, and we'll lead up to it.
24   Does that sound good?
25                    MR. CRAIG:  Yup.
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 243

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    MR. MOORE:  That worked for everybody?
 3         All right.
 4                    (Off the record, 1:10)
 5                    MR. MOORE:  Okay.  We're back on the
 6         record.
 7                    BY MR. MOORE:
 8                    Q.   Mr. Restuccia, while we had a --
 9         or still off record, I'd handed you what's been
10         marked just now as Defendants' Exhibit Sixteen,
11         correct?
12                    A.   Correct.
13                    Q.   And does this refresh your
14         recollection that the -- this document which is Bates
15         stamped pages -- hold on, I've got it here.  Bates
16         stamped pages one forty-four and one forty-five from
17         Plaintiffs' disclosures.
18                    Does this refresh your recollection
19         that the group that had moved its events, the
20         location of its event on November 18th, 2019 to allow
21         for the Laffer event to be scheduled there was the
22         Finance Society?
23                    A.   Correct.
24                    Q.   Okay.  And the Finance Society
25         was the group who sent a representative to the Laffer
```

Associated Reporters Int'l., Inc.

Page 244

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         lunch as well?
 3                        A.    Correct.
 4                        Q.    Okay.  That's all I have on that.
 5         And just a little more housekeeping on the issue of
 6         tabling.
 7                        A.    Uh-huh.
 8                        Q.    I'm going to show you a picture
 9         which has been marked as Bates stamped page two zero
10         two from, again, Plaintiffs' disclosures.  And it's a
11         colored photograph -- copy of a colored photograph.
12                        A.    Uh-huh.
13                        MR. CRAIG:  And it's been marked as
14         Exhibit Seventeen.
15                        MR. MOORE:  And it's been marked as
16         Exhibit Seventeen.
17                        THE WITNESS:  Uh-huh.
18                        BY MR. MOORE:  (Cont'g.)
19                        Q.    My question for you is, do you --
20         do you I -- do you recognize what is depicted in that
21         photograph?
22                        A.    It appears to be, it looks like
23         Lacey Kestager, Taylor Syinsky, the representative
24         from Turning Point, U.S.A. tabling at T.P. U.S.A.'s
25         table, it looks like.
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 245

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        Q.    Okay.  And was that -- if you

3        know, was there a little snow on the ground on the

4        date of the November 14th, 2019 tabling?

5                        A.    I believe so.  I remember it

6        being cold, but that's typical for the area.

7                        Q.    Okay.  So to the best of your

8        knowledge, was this photo taken on November 14th,

9        2019?

10                       A.    To the best of my knowledge, it

11       is.

12                       Q.    And does this photograph refresh

13       your recollection as to what the content of any of

14       T.P. U.S.A. signs were?

15                       A.    In looking at the signs, now I

16       know what they say, but --

17                       Q.    Okay.

18                       A.    -- I didn't remember at the time.

19                       Q.    Okay.  And what -- what -- what

20       are those signs?

21                       A.    There appears to be one that

22       says, I'm pro-choice, pick your gun.

23                       Q.    And there are --

24                       A.    Uh-huh.

25                       Q.    There are photographs of -- or

Associated Reporters Int'l., Inc.

Page 246

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         rather drawings of guns on there as well?  Pictures

3    of guns?

4              A.   Yes, it appears to be a Glock

5    Twenty-seven, it says, an A.R. Fifteen and a twelve

6    gauge.

7              Q.   Okay.  Do you see any other signs

8    there that you can make out?

9              A.   I think that's a rainbow A.R.

10   Fifteen, it looks like.

11             Q.   Okay.

12             A.   On the ground there.

13             Q.   There's a -- there's a sign of

14   A.R. Fifteen rifle.

15             A.   With rainbows.

16             Q.   Sort of made into a rainbow?

17             A.   Yes.

18             Q.   Is that fair statement?  Okay.

19             A.   That's -- appears to be what it

20   is.

21             Q.   Okay.  So Lacey is -- that's how

22   she was dressed on the day of the Laffer event?  Or

23   rather the tabling event?

24             A.   I believe so.

25             Q.   Okay.  And do you see on the

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         right side of the photo, you could see the sort of

 3         corner of another table?

 4                        A.    Right there, yes.

 5                        Q.    Yes.  Is that the -- to the best

 6         of your knowledge, the College Republicans table as

 7         it appeared, or at least a small portion of it as it

 8         appeared on November 14th, 2019?

 9                        A.    It would be my best guess it was,

10         but I can't really see what's at the table or

11         anything --

12                        Q.    Yeah.  That's okay.

13                        A.    -- around the corner.

14                        Q.    Were there any other tables set

15         up on the spine on November 14th, 2019?

16                        A.    Not that I can recall.

17                        Q.    Okay.  So assuming that is the

18         College Republicans' table, can you make an

19         estimation based on that photograph of how far away

20         it was from the T.P. U.S.A. table?

21                        Q.    I'm not good with distances.

22                        Q.    Okay.

23                        A.    I don't.  I generally don't know.

24                        Q.    Would you agree with me it'd be

25         less than ten feet?
```

Associated Reporters Int'l., Inc.

                                                        Page 248

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    A.   Again, I don't know how much a

3    foot is.  So I'm not good with measurements.

4                    Q.   Okay.  A foot is twelve inches.

5                    A.   Correct.

6                    Q.   I think we can all stipulate to

7    that.

8                    A.   Right, right.

9                    Q.   Yeah.  So how many feet would you

10   guess that that is based on the appearance of the

11   human beings in the photo, and we could assume that

12   very few of them would be over six feet tall?

13                   A.   Looks like a couple of feet.  But

14   again, I don't know how much in inches because I'm

15   bad with measurements.  So I don't know how much an

16   inch is and --

17                   Q.   Yeah, I wouldn't --

18                   A.   If you put it in twelve into a

19   foot, but I don't know the exact.

20                   Q.   But less than ten feet is fair to

21   say based on the -- the depiction of the people in

22   that picture, correct?

23                   A.   Again, I don't know footage, but

24   it appears close.

25                   Q.   Okay.  That's all I have on that

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         one.

3                        A.    Uh-huh.

4                        Q.    Thanks.

5                        MR. MOORE:  And again, I can make you

6         a copy of this one.

7                        MR. CRAIG:  I have the originals.

8                        MR. MOORE:  Okay.  We'll put it with

9         the originals, sure.  It's the only copy we have of

10        that one, so.  And just send me a letter and I'll --

11                       MR. CRAIG:  Yep.

12                       BY MR. MOORE:  (Cont'g.)

13                       Q.    Okay.  Moving on.

14                       A.    Uh-huh.

15                       Q.    I am showing you what has been

16        marked as Defendants' Exhibit Twelve.

17                       A.    Sure.

18                       Q.    These are two pages.  They are

19        from the Plaintiffs' disclosures in this case, and

20        they're Bate stamped pages two fifty-nine and two

21        sixty.

22                       A.    Okay.

23                       Q.    Do you recognize the Facebook

24        post on the first page?

25                       A.    I believe that's our official

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        statement regarding the November 14th incident.

3                        Q.    Okay.  And have you seen this

4        before today?

5                        A.    Yes.

6                        Q.    And who authored the statement?

7                        A.    Don't remember who specifically

8        authored it, but we did put out the statement, the

9        club put out the statement after the incident.

10                       Q.    Well, let me ask you this.  Did

11       you have a hand in authoring this statement as the

12       president of the College Republicans?

13                       A.    I believe I did.

14                       Q.    Okay.  Can you tell me who else

15       was involved in drafting that statement?

16                       A.    I don't know who else.

17                       Q.    Was it a group effort or was it

18       something you did on your own?

19                       A.    I believe it was a group effort.

20                       Q.    Did Young America's Foundation

21       have any hand in that?

22                       A.    I don't remember.  I don't

23       believe so, but I don't remember exactly.

24                       Q.    Was anybody outside D.B.U.

25       College Republicans involved in the drafting of that

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2       statement?
 3                     A.   Not that I can remember.
 4                     Q.   Okay.  So it would have been you
 5       and possibly other B.U. College Republicans who
 6       drafted this?
 7                     A.   To the best of my recollection,
 8       yeah.
 9                     Q.   And as president, would -- did
10       you have final approval on the content of this?
11                     A.   Yes.
12                     Q.   Okay.  With respect to reserving
13       tables or reserving rooms on behalf of the College
14       Republicans, was that part of your duties as the
15       president of the College Republicans during fall
16       2019?
17                     A.   I believe initially.  Can you
18       repeat the question?
19                     MR. MOORE:  Can you repeat the
20       question back to the witness?
21                     THE REPORTER:  Yes.
22                     (Playback played)
23                     BY MR. MOORE:  (Cont'g.)
24                     Q.   Did you hear the question that
25       time?
```

 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                        A.   Yes, I did.

 3                        Q.   Okay.

 4                        A.   I don't remember if I

 5    specifically did or if I delegated the task to

 6    others.

 7                        Q.   Okay.  Well, we know that you are

 8    the one who reserved the room -- rooms because there

 9    are several reserved for the Laffer event, correct?

10                        A.   Yes.

11                        Q.   Okay.  Was there anybody else in

12    the B.U. College Republicans who would have performed

13    that function during fall 2019 other than you?

14                        A.   Potentially some of the e-board

15    members.

16                        Q.   Okay.  Do you have any specific

17    recollection of any e-board members getting involved

18    in reserving rooms or tables for the College

19    Republicans in fall 2019 during the time of your

20    administration?

21                        A.   I don't remember, but to the --

22    my best guess, it would potentially be Preston

23    Scagnelli.

24                        Q.   Okay.

25                        A.   Because he also helped me with

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2       the email.
 3                       Q.   Did you give any directive to
 4       Preston Scagnelli to reserve a table for the tabling
 5       event?
 6                       A.   I don't remember.
 7                       Q.   Okay.  Okay.  Let's go back to
 8       the complaint.  And I am directing your attention to
 9       paragraph seventy-seven, which is on page nineteen.
10                       A.   Page nineteen?
11                       Q.   Yes.
12                       A.   Okay.
13                       Q.   I'm going to start with this.
14       "On the day of the Dr. Laffer event, Monday, November
15       18th, 2019, Plaintiffs YAF and College Republicans
16       met with U.P.D. and certain SUNY Binghamton
17       administrators acting at the direction of Defendants,
18       Stenger Rosen and Pelletier."  Did I read that
19       correctly?
20                       A.   Correct.
21                       Q.   In fact, were you present at this
22       meeting?
23                       A.   Yes, I believe so.  If -- yes.
24                       Q.   Okay.  Where did it occur?
25                       A.   I don't remember where it
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         occurred exactly.  Remember it was in the morning.
 3                   Q.    Okay.  Well, let's back up a
 4         little bit.
 5                   A.    Okay.
 6                   Q.    And we'll go back to this.  You
 7         said you had met with Pelletier at some point after
 8         the tabling event, but before the Laffer event?
 9                   A.    Correct.
10                   MR. CRAIG:  Ob -- never mind.
11                   BY MR. MOORE:  (Cont'g.)
12                   Q.    The question is, where did that
13         meeting occur?
14                   A.    That meeting occurred at the
15         campus police station.
16                   Q.    And who was present at that
17         meeting?
18                   A.    Me, I believe, it was the chief
19         of police, campus security.
20                   Q.    So you, Pelletier?
21                   A.    Yes.
22                   Q.    Anyone else?
23                   A.    Potentially John Lizak, and on
24         the phone was Raj as he was helping us coordinate the
25         event and the Young America's Foundation attorney, if
```

Page 255

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         I remember correctly.

3                        Q.    Okay.  And what was discussed at

4         the meeting?

5                        A.    We discussed, Raj has concerns

6         with how -- if there was a heckler's veto, some of

7         the security measures the university was going to

8         take to the Laffer event.

9                        Q.    Did he use the word heckler's

10        veto?

11                       A.    I don't remember specifically if

12        he did.

13                       Q.    Where did you come up with that

14        word?

15                       A.    I -- he might have used the term

16        heckler's veto.  I believe that's a common term I've

17        heard in the past to describe people shouting down

18        events.

19                       Q.    Okay.  Did he use that word

20        during the meeting with the chief of police?

21                       A.    I don't remember specifically.

22                       Q.    Okay.  Well, discuss what you

23        specifically do remember about that conversation.

24                       A.    I specifically remember them

25        going over some --

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                         Q.   Who is that -- who is them?
 3                         A.   Campus police.
 4                         Q.   Okay.
 5                         A.   Going over some of this, what
 6    would happen if there were happened to be someone who
 7    disrupted the event or -- and how they would handle
 8    it.  And I remember walking out of the meeting and
 9    talking to Raj and how he thought it went.
10                         Q.   Okay.  But that wasn't the
11    meeting described in paragraph seventy-seven.
12                         A.   No, that was the meeting --
13    that's a different meeting.
14                         Q.   Okay.  So when did this -- this
15    meeting that you just described with Pelletier and
16    Raj on the phone, when did this occur?
17                         A.   After the tabling event, but
18    before the Laffer event.
19                         Q.   Okay.
20                         A.   I'm not sure on the specific
21    dates.
22                         Q.   Tabling event was the 14th,
23    Laffer event was the 18th of November of 2019.  What
24    day did this meeting occur as it pertains to --
25                         A.   I don't remember.
```

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                      Q.   And one of the three days in

3    between those, 15, 16, 17?

4                      A.   To the best of my knowledge,

5    yeah.

6                      Q.   Okay.  The 18th was a Monday,

7    correct?

8                      A.   Yes.

9                      Q.   Did this meeting occur over the

10   weekend or on a Friday?

11                     A.   I don't remember.

12                     Q.   Okay.  Do you remember anything

13   else that was said?

14                     A.   No.

15                     Q.   Is there a recording of this

16   meeting?

17                     A.   Not that I'm aware of.

18                     Q.   Okay.  Did you have any other

19   meetings with anyone else in the days on or between

20   the 14th of November of 2019 after the tabling event

21   occurred and the 18th of November 2019 when this

22   meeting described in paragraph seventy-seven

23   occurred?

24                     A.   Other than that meeting that's

25   described in paragraph seventy-seven, I can't

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         remember any.
 3                   Q.   Okay.  Did you have any contacts
 4         via email or other -- via email with anybody to
 5         prepare for the event, including members of the
 6         College Republicans?
 7                   A.   I don't remember if I did or not.
 8                   Q.   Did you have any social -- did
 9         you send any social media messages out regarding the
10         Laffer event in the days between the 14th and the
11         18th of November 2019?
12                   A.   Not that I remember, but I don't
13         remember any.
14                   Q.   You did the social media post
15         about the tabling event, correct?
16                   A.   Correct.
17                   Q.   And you were involved in writing
18         that and posting it, correct?
19                   A.   Correct.
20                   Q.   Were there any other
21         communications put forth regarding either the tabling
22         or Laffer event?
23                   A.   I don't remember any.
24                   Q.   Okay.  And you don't recall any
25         other meetings other than the one you just described?
```

Page 259

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    A.    Correct.

3                    Q.    Okay.  Let's go back to the

4    meeting of November 18th, 2019, which is described in

5    paragraph seventy-seven of the complaint.

6                    A.    Uh-huh.

7                    Q.    Where did this meeting occur, if

8    you remember.  You said you --

9                    A.    I don't remember the exact

10   location of it.

11                   Q.    Was it at the lecture hall?

12                   A.    It was not at the lecture hall,

13   no.  I -- might have been at one of the

14   administration buildings, but I don't remember.

15                   Q.    Okay.  Okay.  Who is there -- who

16   else was present?  So it says, "Plaintiffs YAF and

17   College Republicans."  Who was there from College

18   Republicans?

19                   A.    I was there from College

20   Republicans.

21                   Q.    Anyone else?

22                   A.    I don't remember, potentially

23   John Lizak, but I don't remember.

24                   Q.    Okay.  How about YAF who was

25   there -- was Lacey there?

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                     A.    Lacey, I don't believe, was
 3         there.
 4                     Q.    Okay.  And how about anybody else
 5         from your executive board?
 6                     A.    Not that I can remember.
 7                     Q.    Okay.  Who is there from the YAF?
 8                     A.    If I remember correctly, Raj was
 9         on the phone.  If I -- yes, Raj was on the phone at
10         the time.  So I called Raj to put -- to put him on
11         speakerphone, so he could hear what was being said
12         and talked about.
13                     Q.    So he wasn't at the meeting, he
14         was just listening and --
15                     A.    Yes.
16                     Q.    Okay.
17                     A.    On speaker.
18                     Q.    Who is there from U.P.D.?
19                     A.    I don't remember who was there
20         from U.P.D.
21                     Q.    Okay.  You don't know if John
22         Pelletier was there?
23                     A.    I do not know.
24                     Q.    There is how many -- do you know
25         how many people were there from U.P.D.?
```

800.523.7887                          Associated Reporters Int'l., Inc.

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2                        A.   I don't.
3                        Q.   Were they uniformed officers or
4         plain cloth -- plain clothes officers?
5                        A.   I don't remember who was at --
6                        Q.   Okay.
7                        A.   -- the meeting other than me.
8                        Q.   It also says, "Certain SUNY
9         Binghamton administrators."  Do you know which SUNY
10        Binghamton administrators were present?
11                       A.   I do not remember the specific
12        administrator.
13                       Q.   Was it one person?  Because this
14        says administrators.
15                       A.   I believe there was another, but
16        I don't know specifically who it was.
17                       Q.   So it's between one to two
18        people?
19                       A.   Yes.
20                       Q.   Were they male or female?
21                       A.   Male.
22                       Q.   Are they older, younger?  Any
23        description you can give these individuals?  Black,
24        white --
25                       A.   Caucasian.
```

Page 262

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        Q.   Tall, short?

3                        A.   I can say Caucasian --

4                        Q.   Yep.

5                        A.   And that's the best of my memory.

6                        Q.   Okay.  How do you know they were

7    acting at the direction of Defendants Stenger, Rose

8    and Pelletier?  Who do you -- let me ask it this way.

9    I'm sorry.  I'll rephrase, strike that question.

10                       Who do you contend was acting at the

11   direction of Defendants Stenger, Rose and Pelletier?

12                       MR. CRAIG:  Objection.  I don't think

13   he's made that contention.

14                       MR. MOORE:  Okay.

15                       BY MR. MOORE:  (Cont'g.)

16                       Q.   This -- would you agree with me

17   that this paragraph says, "On the day of the Dr.

18   Laffer event, Plaintiffs YAF and College Republicans

19   met with U.P.D. and certain SUNY Binghamton

20   administrators acting at the direction of Defender --

21   Defendants, Stenger, Rose and Pelletier."  You see

22   that?

23                       A.   Uh-huh, yes.

24                       Q.   Do you know who, if anybody, at

25   this meeting was acting at the direction of Stenger,

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        Rose and Pelletier?  If you know.
 3                      A.   I do not know.
 4                      Q.   Okay.  And do you -- can I assume
 5        then they -- strike that.
 6                      Do you have any personal knowledge of
 7        what direction Defendant Rose gave to those present
 8        at the November 18, 2019 meeting referenced in
 9        paragraph seventy-seven?
10                      A.   I'm not Brian Rose, I can't
11        answer that.
12                      Q.   Okay.  Do you have -- well, I
13        mean, you weren't present for him giving any
14        direction to anybody, correct?
15                      MR. CRAIG:  He's -- if I may?  He's
16        asking do you -- do you know of any direction given
17        to them?  Do you know, not was direction given?  He's
18        asking what -- what do you know?
19                      THE WITNESS:  I do -- best of my
20        recollection is that the -- from what I was relayed
21        was that, people -- the administration and the people
22        in -- who I was discussing it with wanted to change
23        the room.
24                      Q.   Okay.  Got you.  But my question
25        was, do you know if that was done at the direction of
```

Page 264

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        Defendant Rose?
 3                    A.   I don't know who specifically was
 4        done at the direction of.
 5                    Q.   And do you have any personal
 6        knowledge of whether this was done at the direction
 7        of Harvey Stenger?
 8                    A.   I do not know.
 9                    Q.   Okay.  And do you have any
10        personal knowledge whether this was done at the
11        direction of John Pelletier?
12                    A.   I do not know.
13                    Q.   Okay.  What did they say about
14        moving the room?
15                    A.   They said there was some security
16        concerns they had and that they wanted to change the
17        room to a bigger lecture hall.
18                    Q.   Okay.  Let's go to paragraph
19        seventy-eight and seventy-nine.
20                    A.   Uh-huh.
21                    Q.   And we'll go through this.  It
22        says, paragraph seventy-eight of Exhibit One.  "At
23        this meeting, U.P.D. told YAF and College Republicans
24        that through social media monitoring, U.P.D. was
25        aware of threats to disrupt the event by student and
```

Page 265

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        non-student groups, including College Progressives

3        and PLOTs posting the PLOTs flyer."

4                      Paragraph seventy-nine.  "U.P.D. also

5        blamed YAF and Co -- College Republicans for opening

6        their event to such disruption by hosting it public

7        as opposed to private ticketed event."  Did I read

8        that correctly?

9                      A.   Yes.

10                     Q.   Were these things said, that you

11       remember?

12                     A.   Again, I remember being told that

13       they wanted to do the security concerns, they wanted

14       to change the location of the event.

15                     Q.   Okay.  You don't remember

16       anything being said about having a public as opposed

17       to ticketed event?

18                     A.   Not that I can recall.  I don't

19       remember.

20                     Q.   Okay.  And you don't remember

21       anything being said about threats to disrupt the

22       event by student and non-student groups or reference

23       to a flyer?

24                     A.   I remember seeing a flyer, but I

25       don't remember when.

```
 1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.   Okay.  So you don't know if they
 3     address that at this meeting?
 4                    A.   I don't remember.
 5                    Q.   Okay.  Let's go on to paragraphs
 6     eighty and eighty-one of Exhibit One.
 7                    A.   Uh-huh.
 8                    Q.   And these read, "At this meeting,
 9     the SUNY Binghamton administrators told YAF and
10     College Republicans that they were unilaterally
11     imposing two conditions on the planned event."
12                    Paragraph eighty-one.  "First, SUNY
13     Binghamton had decided to increase the U.P.D. police
14     presence and move the event to a lecture hall with
15     more readily available egress routes that would allow
16     U.P.D. to remove Dr. Laffer more readily if they
17     chose to do so."
18                    Did I read that correctly?
19                    A.   Correct.
20                    Q.   Did they say specifically this
21     that you remember?
22                    A.   They specifically said that -- I
23     remember specifically being told that all the off-
24     duty U.P.D. officers were going to be at the event
25     and that it was an all-hands on deck.
```

Page 267

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.   Okay.  All-hands on deck meaning,
 3    most of the police force will be there?
 4                    A.   Yes.
 5                    Q.   Okay.  Did you think of that as a
 6    good thing or a bad thing?
 7                    A.   I thought of it as neutral.
 8                    Q.   Okay.
 9                    A.   I didn't really think positive or
10    negative of it.
11                    Q.   Okay.  And do you remember
12    anything else being said other than we're going to
13    change the room?
14                    A.   I remember being told that
15    College Progressives were going to get the room
16    adjacent to us.
17                    Q.   Okay.  And we'll get to that.
18                    A.   Okay.
19                    Q.   Yeah.  Any -- nothing else you
20    remember being said?
21                    A.   Not that I can remember.
22                    Q.   Nothing about removing Dr.
23    Laffer?
24                    A.   Not that I can remember.
25                    Q.   Okay.  Let's go on to the second
```

1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2          thing, this complaint claims was said.  And this is

3          paragraph eighty-two of Exhibit One.  "Second, SUNY

4          Binghamton had decided to facilitate defending

5          College Progressive's effort to disrupt the event by

6          providing them with a lecture hall adjacent to the

7          Dr. Laffer event, which had connecting doors to the

8          events lecture hall to organize the planned

9          disruption of Plaintiffs' event.

10                         Did I read that correctly?

11               A.    Correct.

12               Q.    And what was said?

13               A.    What was said was that College

14         Progressives were given the lecture hall adjacent to

15         our lecture hall, I believe, an hour before our event

16         started.

17               Q.    Okay.  And do you have any

18         personal knowledge of who made that decision?

19               A.    I do not.

20               Q.    And do have any personal

21         knowledge of why the protesters were given another

22         lecture hall to protest?

23               A.    If I remember correctly, I was

24         told it was supposed to relieve some of the pressure

25         from, if they were going to come over to our event.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    Okay.  And do you believe that

3    the persons who disagreed with Dr. Laffer's view, if

4    at all, had a First Amendment right to express that

5    opinion?

6                    A.    The -- in a safe way, yes.

7                    Q.    And do you believe they had a

8    right in your opinion to utilize the adjacent lecture

9    hall to express their views?

10                   A.    Yes, I would say they had a right

11   to, but I didn't feel it was fair to give them a

12   lecture hall last minute after working very hard to -

13   - work to get our lecture hall.

14                   Q.    Okay.  You thought it was too

15   easy for them to get the lecture hall?

16                   A.    I thought they had it booked it

17   in advance.  And after the hoops we had to jump

18   through to book our lecture hall, I didn't find it

19   fair.

20                   Q.    Okay.  Let's move on to paragraph

21   eighty-nine of the complaint.

22                   A.    Okay.

23                   Q.    And this says, "A few hours

24   before the Dr. Laffer event, Dr. Laffer and his aides

25   arrived at a nearby airport."  And then paragraphs

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         eighty-nine through ninety-three talk about a meeting

3         that occurred at the airport.

4                        A.    Uh-huh.

5                        Q.    Were you present for the airport

6         meeting described at paragraphs eighty-nine through

7         ninety-three of the complaint?

8                        A.    I was not.

9                        Q.    Okay.

10                       THE WITNESS:  Can I use?  Can I have a

11        restroom break --

12                       MR. MOORE:  Sure.

13                       THE WITNESS:  -- quickly?  Thank you.

14                       (Off the record; 1:37)

15                       BY MR. MOORE:  (Cont'g.)

16                       Q.    Move down to paragraph ninety-

17        four of the complaint.

18                       A.    Uh-huh.

19                       Q.    References another meeting.  This

20        is page twenty-one of Exhibit One and paragraph

21        ninety-four reads, "Approximately one hour before the

22        Dr. Laffer event, the two Pinkerton agents hired by

23        YAF met with U.P.D."  Were you at this meeting?

24                       A.    I believe I was.

25                       Q.    Okay.  Who are the two Pinkerton

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2    agents hired by YAF?

3                     A.   I don't know.  All I was told was

4    they were security for Dr. Laffer.

5                     Q.   Okay.  And paragraph ninety-five

6    says, "At this meeting, U.P.D. stated they were aware

7    of College Progressives and PLOTs planned disruption

8    of the Dr. Laffer event."  Were you there for that?

9                     A.   I believe so.

10                    Q.   What was said?

11                    A.   I don't remember specifically.

12                    Q.   Was it essentially what's in

13   paragraph ninety-five?

14                    A.   Yes.

15                    Q.   And then paragraph ninety-six

16   reads, "Pelletier told the Pinkerton agents that if

17   disruptors approached Dr. Laffer's podium, then you

18   would order the Pinkerton agents to escort Dr. Laffer

19   out of the event.  Plaintiffs were not made aware of,

20   nor did they consent to this plan of violation of

21   their constitutional rights."

22                    What was said?

23                    A.   I don't remember.

24                    Q.   Do you remember this being said?

25                    A.   I don't remember it.

Page 272

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                     Q.    Okay.  Did the -- did the pro --
 3       disruptors ever approach or rush Dr. Laffer's podium?
 4                     A.    That night?
 5                     Q.    Yes.
 6                     A.    To the best of my recollection,
 7       yes.
 8                     Q.    They -- they were -- they
 9       approached his podium?
10                     A.    Yes.
11                     Q.    Describe what happened?  What
12       protesters did what towards Dr. Laffer.
13                     A.    So if I remember correctly, going
14       back to the event, there was a man with a megaphone.
15                     Q.    Uh-huh.
16                     A.    Who stood up on one of the
17       tables.
18                     Q.    Yes.
19                     A.    Students surrounded him.  He was
20       in the front row, I believe, or second to front row.
21       And students started surrounding him and getting
22       closer and closer to the podium.
23                     Q.    They moved from where the
24       megaphone guy was?
25                     A.    So more students start to
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        surround him, if I remember.
 3                    Q.   Okay.  And that group moved
 4        towards Dr. Laffer, or were they trying to surround
 5        the speaker?
 6                    A.   I re -- if I remember correctly,
 7        they were trying to surround the speaker, but they
 8        were running in front of the podium to -- in order to
 9        surround the speaker.
10                    Q.   Okay.  We'll watch some video.
11        Then we'll see.  Paragraph ninety-seven reads as
12        follows.  "U.P.D. was so convinced of inevitable
13        disruption that it also informed YAF donor and Dr.
14        Laffer's driver for the day, Jeffrey Coghlen that he
15        should stay with the vehicle since Dr. Laffer may
16        need to make a quick getaway if the event was
17        effectively canceled by the disruptors."
18                    Did I read that correctly?
19                    A.   Correct.
20                    Q.   Were you present for this
21        meeting?
22                    A.   No.
23                    Q.   Okay.  Next page.  This is para -
24        - page twenty-two of Exhibit One, paragraph ninety-
25        eight reads as follows.  "At least one hour before
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         the Dr. Laffer event was scheduled to begin, College

 3         Progressives and PLOT and their co-conspirators were

 4         lined up outside the lecture hall and packed into the

 5         adjacent lecture hall provided to College

 6         Progressives by SUNY Binghamton administrators."

 7                   Paragraph ninety-nine.  "Once the door

 8         to the Dr. Laffer event was opened, hundreds of

 9         students and non-students, mamy -- many of the

10         members of College Progressives and PLOT flooded into

11         and packed the room."  Did I read that correctly?

12                   A.    Correct.

13                   Q.    Okay.  Were you present when this

14         all occurred?

15                   A.    Yes, if I remember --

16                   Q.    You were there for an hour before

17         the Dr. Laffer took the stage?

18                   A.    Correct, I --

19                   Q.    To the podium?

20                   A.    If I remember correctly, yes.

21                   Q.    Were you in the room in the

22         lecture hall?

23                   A.    Yes, if I remember correctly.

24                   Q.    Did you have any contact with Dr.

25         Laffer other than lunch before the --
```

Page 275

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                       A.   Just the lunch --
 3                       Q.   Before the speach?
 4                       A.   Yeah, if I remember correctly,
 5   just the lunch.
 6                       Q.   Okay.  At the -- at the lunch,
 7   did you discuss with Dr. Laffer any plan to leave the
 8   speech if there were protesters?
 9                       A.   I don't believe I did.
10                       Q.   Do you did this -- well, you
11   don't -- you might have talked about it with him?
12                       A.   I don't think I did, no.
13                       Q.   Okay.
14                       A.   I don't think I did.
15                       Q.   Okay.  Did you have any
16   conversations with Dr. Laffer about the possible
17   appearance of protesters at the speech?
18                       A.   Not that I can recall.
19                       Q.   He didn't bring it up?
20                       A.   Not that I can recall.
21                       Q.   You didn't bring it up?
22                       A.   Not that I can recall.
23                       Q.   Did anybody else bring it up?
24                       A.   Not that I can recall.
25                       Q.   Okay.  Was there recording made
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         at the lunch with Dr. Laffer?
 3                        A.   I -- no, I don't believe so.
 4                        Q.   Now, in paragraph ninety-nine, it
 5         says, "Many of the members of College Progressives
 6         and PLOT."
 7                        A.   Uh-huh.
 8                        Q.   How do you -- do you know
 9         personally whether any of these individuals were
10         members of College Progressives and/or PLOT?
11                        A.   They were wearing T-shirt --
12         hoodies that said PLOT on them, and they were wearing
13         masks at the time.  So I would say just my
14         observation that they were members of PLOT.
15                        Q.   Okay.  And did you recognize any
16         of these members of PLOT personally?
17                        A.   I recognize, if I remember
18         correctly, I mentioned earlier a College Progressive
19         member who potentially could be in PLOT, Dava.
20                        Q.   Okay.  You recognize her -- it's
21         a she, right?
22                        A.   Yes.
23                        Q.   And was there anybody else in
24         that group of alleged PLOT and/or College Progressive
25         individuals that you recognize personally?
```

Page 277

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.   A -- a lot of them were wearing

3         masks, so I couldn't tell.

4                        Q.   Okay.  So you only recognize one

5         person as being a College Progressives member?

6                        A.   As far as I remember.

7                        Q.   And you recognize people you

8         didn't know who were apparently wearing the insignia

9         of PLOT on their clothing?

10                       A.   Wearing the insignia and wearing

11        masks, yes.

12                       Q.   Okay.  And are you aware of the

13        identity of anybody else at the Laffer event from the

14        College Progressives?

15                       A.   Not that I'm aware of.

16                       Q.   Who was present at the Laffer

17        event from College Republicans?

18                       A.   It was John Lizak, Preston

19        Scagnelli, Kyle Nelson, Lacey Kestager, me.  I

20        mentioned Joe earlier, Joe Bernstein -- Bernstein --

21        or I mentioned him earlier that I met at the tabling

22        event.

23                       Q.   Yep.

24                       A.   Those were the main members I

25        remember at the Laffer event.

Page 278

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.    Okay.  So six people from College
 3   Republicans?
 4                    A.    More than that.  I just don't
 5   remember the rest.
 6                    Q.    Okay.  So you said you had
 7   approximately fourteen people in the group at the
 8   time?
 9                    A.    Yeah.
10                    Q.    Were they all present?
11                    A.    Maybe ten were present.
12                    Q.    And you just don't know?
13                    A.    Approximately, but --
14                    Q.    You don't know the other four?
15                    A.    I don't remember.
16                    Q.    Okay.  Was there anyone else
17   present at the Laffer event that you knew personally,
18   who you haven't told me about yet today?
19                    A.    Bobby Walker was at the Laffer
20   event.
21                    Q.    You already mentioned him though,
22   right?
23                    A.    Correct.
24                    Q.    Anybody else?
25                    A.    Not that I can recall.
```

Page 279

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    Okay.  Was anybody else present

3        at the Laffer event who you do not know personally,

4        but whose identity you know?

5                    A.    No.

6                    Q.    All right.  Paragraph one zero

7        four appears on page twenty-three of Exhibit One.

8        And it says, "At the insistence of College

9        Republicans and YAF, U.P.D. made one statement about

10       the size of the crowd at SUNY Binghamton's fire code

11       and ask those standing to take their seats."  Did you

12       hear this occur?

13                    A.    If I remember correctly, yes, I

14       believe I did.

15                    Q.    Okay.  Was anything else said in

16       the announcement?

17                    A.    Uh-huh.  Just that they had to

18       clear the aisles, so that there wouldn't be a fire

19       code violation.

20                    Q.    Okay.  And do you know who said

21       that?

22                    A.    I don't remember specifically.

23       To the best of my recollection, it was -- U.P.D. made

24       a statement and someone from the administration made

25       a statement, if I remember.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                        Q.    Okay.  So the two statements?

 3                        A.    Yes.

 4                        Q.    Okay.  What was said in the

 5    U.P.D. statement?

 6                        A.    If I remember, I was just asking

 7    to clear the aisles.

 8                        Q.    Okay.  And something about the

 9    fire code?

10                        A.    Yes.

11                        Q.    And what -- then you said

12    administrator also made a statement?

13                        A.    If I remember correctly, Raj had

14    -- I was with Raj, and Raj had asked him to make a

15    statement in order to kind of quell the crowd.

16                        Q.    Okay.  And can you remember the -

17    - the content of that statement?

18                        A.    If I remember, it was just about

19    the fire code again.

20                        Q.    Okay.  Nothing other than -- or

21    fire -- possible fire code violation?

22                        A.    If I remember, the administrator

23    was hesitant to give a statement because he didn't

24    think they would listen to him.

25                        Q.    Okay.  Do you know who the
```

1    B.Ü. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         identity of that person is?

3                        A.   I don't remember, no.

4                        Q.   Okay.  But he made some sort of

5         statement?

6                        A.   Correct, if I remember.

7                        Q.   Okay.  Paragraph one zero seven,

8         on the same page reads as follows.  "Due to the size

9         of the crowd, several invited guests of Plaintiffs

10        and other interested students were unable to exit --

11        enter the lecture hall and attend the event."

12                        Did I read that correctly?

13                       A.   Correct.

14                       Q.   What does this refer to?

15                       A.   If I remember, we invited the

16        Cornell College Republicans as they let us attend one

17        of their events.  So in turn, we invited that group

18        to come out and watch Dr. Laffer.

19                       Q.   Do you know if they showed up?

20                       A.   If I remember correctly, they

21        showed up outside, but they couldn't get inside.

22                       Q.   Were you told that or did you see

23        it?

24                       A.   I was told that.

25                       Q.   Who told you that?

Page 282

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.    The, I believe, then president of
 3        the Cornell College Republicans.
 4                    Q.    Okay.  Are you aware of any other
 5        individuals who are invited guests of Plaintiffs or
 6        other interested students who couldn't get in?
 7                    A.    Not that I remember.
 8                    Q.    Okay.  Paragraphs one zero eight
 9        and one zero nine, I shall read into the record from
10        that same page, page twenty-three --
11                    A.    Uh-huh.
12                    Q.    -- as Exhibit One.  Paragraph one
13        zero eight.  "The Dr. Laffer event started promptly
14        at seven thirty p.m. E.S.T. with John Restuccia, the
15        then President of College Republicans, providing a
16        brief two-minute introduction of Dr. Laffer."
17                    One zero nine.  "During his
18        introduction, Restuccia ask those in attendance who
19        disagreed with Dr. Laffer's remarks to save their
20        questions for their question-and-answer portion.  He
21        noted that such individuals will be more than welcome
22        to voice any disagreements at that time."
23                    Did I read that correctly?
24                    A.    Correct.
25                    Q.    And is that in sum and substance
```

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        what you said or did you say anything else?
 3                    A.    I just gave a brief introduction
 4        of who Dr. Laffer was talking about some of his
 5        achievements as well as his bipartisan achievements.
 6        And I did mention that anyone who had disagreements
 7        with him could ask questions and grill him
 8        essentially on some of his policies.
 9                    Q.    During the question-and-answers?
10                    A.    The question-and-answer portion.
11                    Q.    Okay.  Did you discuss the
12        contents of your intro with YAF before you made your
13        intro?
14                    A.    I don't remember.  I believe I
15        sent a copy over to YAF.
16                    Q.    Okay.  Do you have that email,
17        and do you have a copy of your statement?
18                    A.    I don't -- I don't know what
19        email I would have sent it through because it might
20        have been my university email.
21                    Q.    Okay.  But you send an email
22        version of it to YAF prior to the event.  Is that
23        correct?
24                    A.    To the best of my recollection, I
25        did.
```

Page 284

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    Q.   Okay.  And I'm going to make a

 3    request for that copy of that.  You're searching your

 4    emails anyway for any relevant emails, so that would

 5    be included.

 6                    And same question with Dr. Laffer.

 7    Did you discuss with him the content of your intro

 8    before you read -- before you read your intro?

 9                    A.   Not that I recall.

10                    Q.   Okay.  Did you have any other

11    conversations with Dr. Laffer outside the lunch?

12                    A.   That day?

13                    Q.   Yeah.

14                    A.   No.

15                    Q.   Okay.

16                    A.   Not that I can recall.

17                    Q.   Got you.  Let's go to the bottom

18    of this page and read the next few paragraphs.  I'll

19    read paragraphs one ten through one thirteen.  One

20    ten.  Dr. Laffer took the podium and just a few

21    seconds in, a member of defending College

22    Progressives and/or Defendant PLOT stood up in the

23    second row and began shou -- shouting accusations of

24    Dr. Laffer and yelling, we are tired of being

25    oppressed, we are tired of getting murdered by this
```

Page 285

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         Trump administration, that you, this man, the slider
 3         author Laffer supports."
 4                        One eleven.  "The disruptor then
 5         accused Dr. Laffer of helping the Trump
 6         administration further racial oppression in a justice
 7         system that he equated with modern day slavery."
 8                        One twelve.  "The majority of those
 9         present greeted these accusations with a flawless and
10         the disrupting student was soon handed a megaphone
11         and urged to continue."
12                        One thirteen.  "Although Dr. --
13         although Pelletier and U.P.D. had stationed several
14         officers in the room pursuant to the speech
15         suppression policy, they took no action to prevent
16         the student from disrupting the event."
17                        Did I read that correctly?
18                        A.    Correct.
19                        Q.    What is the speech suppression
20         policy?  Have you ever read that?
21                        A.    I have not, no.
22                        Q.    Do you know what that is?
23                        A.    No.
24                        Q.    Okay.  How do you know this
25         individual with -- who eventually got the megaphone
```

Page 286

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         was a member of College Progressives and/or PLOT?
 3                    A.   I don't know who he was.
 4                    Q.   Okay.
 5                    MR. CRAIG:   Objection.   Has he
 6         testified that he knew they were a member?
 7                    MR. MOORE:   I'm just -- okay.   Let me
 8         ask this way.   It's a valid objection.
 9                    BY MR. MOORE:   (Cont'g.)
10                    Q.   Do you know whether this
11         individual was a member of College Progressives?
12                    A.   I do not know.
13                    Q.   Do you know whether this
14         individual was a member of PLOT?
15                    A.   I don't know specifically, but
16         the talking points he was shouting were very similar
17         to PLOT's talking points that I've heard.
18                    Q.   Was he wearing the insignia of
19         PLOT?
20                    A.   I don't remember.
21                    Q.   Okay.   And was this individual
22         arrested by the U.P.D., if you know?
23                    A.   I do not know.
24                    Q.   Okay.   He may have been, he may
25         not have been.   You just don't know as you sit here
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        today, correct?
 3                    A.    I do not know.
 4                    Q.    Okay.  Was he or she a student?
 5                    A.    I do not know.
 6                    Q.    Was it a he or was it a she?
 7                    A.    If I remember correctly, it was a
 8        man.
 9                    Q.    Okay.  And you don't know whether
10        this was a student?
11                    A.    I do not know.
12                    Q.    Okay.  If that individual was
13        arrested, would you agree with me that it is
14        inaccurate that they took no action to prevent the
15        student from disrupting the event?
16                    A.    Can you repeat the question?
17                    Q.    If that individual was arrested
18        by U.P.D., would you agree with me that it is
19        inaccurate that U.P.D. took no action to prevent the
20        student from disrupting the event?
21                    A.    Well, they didn't stop him
22        initially.  They let him speak for a little while, if
23        I remember correctly, so.  And I don't know what
24        happened after that, but they let him speak for quite
25        a while.
```

Page 288

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                       Q.    Okay.  Were -- were officers
 3    moving towards him when he stood up?
 4                       A.    They began to move towards him as
 5    he stood up, and then people surrounded him.  And if
 6    I remember, the officer's kind of backed off when a
 7    crowd of people surrounded him.
 8                       Q.    Okay.  The officers never tried
 9    to make their way through the crowd of people?
10                       A.    I don't remember.
11                       Q.    They might have, they might not
12    have, you just don't remember as you sit here today?
13                       A.    I do not remember.
14                       Q.    The video would show that,
15    wouldn't it?
16                       A.    If there's a video, yeah.
17                       Q.    Okay.  Paragraph one fourteen.
18    "College Republicans, who are sitting in the first
19    row stood up and displayed free speech signs in
20    response to the disruptors."  Did I read that
21    correctly?
22                       A.    Correct.
23                       Q.    Were the -- can you describe the
24    signs that were -- is that accurate?  Were free
25    speech signs displayed?
```

Page 289

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    A.    Yes, we each had a little sign in

3    our hands that I believe said free speech or

4    something to that effect.  And we kind of tried to

5    make a wall to kind of -- our -- to protect Laffer

6    almost --

7                    Q.    Okay.

8                    A.    -- in the front of the stage.

9                    Q.    Did anyone breach that wall?

10                   A.    I don't remember.

11                   Q.    You don't remember?

12                   A.    I do not remember, no.

13                   Q.    Okay.  Who provided you with

14   these free speech signs before the Laffer event?

15                   A.    I believe it was Young America's

16   Foundation.

17                   Q.    When did they provide these signs

18   to you?

19                   A.    I don't remember.

20                   Q.    Was it that day?

21                   A.    I don't remember.

22                   Q.    Had you had any discussions with

23   Young America's Foundation about the fact that you

24   would be wielding free speech signs at the event?

25                   A.    I don't remember.

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.   You don't remember?

3                    A.   I do not remember.

4                    Q.   Okay.  Did it strike you as odd

5    that you were handed signs by YAF before the event?

6                    A.   Again, I don't remember when they

7    handed us those signs.

8                    Q.   Well, was it before the event or

9    during the time after the protesters began?

10                   A.   I don't remember.

11                   Q.   Okay.  Well, did they come up to

12   you while the protesters had begun their -- this

13   individual had begun his speech and hand you the --

14   the free speech signs, or did you have those in your

15   hands when he began his -- his diagram?

16                   A.   I don't remember.

17                   Q.   You don't remember?

18                   A.   I don't remember.

19                   Q.   Okay.  Well, I'll tell you right

20   now, we'll watch the video.

21                   A.   Okay.

22                   Q.   And I don't see anybody come up

23   and hand you any signs.

24                   A.   Okay.

25                   Q.   So when did you get the signs?

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 291

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                         A.   I don't remember.

3                         Q.   Okay.  YAF gave them to you

4         though, correct?

5                         A.   They had YAF's logo, I remember

6         on them.

7                         Q.   Okay.  And was there any

8         discussion of a plan of what to do with these signs

9         when they were provided?

10                        A.   Not that I can remember.  I don't

11        remember.

12                        Q.   Okay.  And you didn't give any

13        instructions to anybody in the group of College

14        Republican students who had the signs?

15                        A.   I don't remember.

16                        Q.   Did everybody just get up

17        spontaneously and stand in front of Laffer?

18                        A.   I don't remember.

19                        Q.   Okay.  And you don't remember any

20        discussion about preparation of these -- of use of

21        these signs prior to the event beginning?

22                        A.   I don't remember, no.

23                        Q.   So might have happened, or might

24        not have remem -- that -- strike that.  It might have

25        happened.  It might not have happened.  You just

Associated Reporters Int'l., Inc.

Page 292

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         don't remember as you sit here today?
 3                        A.   I do not remember as I sit here
 4         today.
 5                        Q.   Okay.  So it doesn't discount
 6         that there could be a conversation, or there might
 7         have been no conversation.  It's just you don't
 8         remember?
 9                        A.   I just don't remember.
10                        Q.   Okay.  Were there any emails or
11         texts that discussed the utilization of free speech
12         signs at the event prior to the event?  In other
13         words, did anyone text about this plan prior to the
14         event occurring?
15                        A.   I don't remember.
16                        Q.   Did anyone send emails regarding
17         the plan to utilize free speech signs prior to the
18         event?
19                        A.   I don't remember.
20                        Q.   Okay.
21                        A.   I do not remember.
22                        Q.   Was Defendant Harvey Stenger
23         present at the Laffer event?
24                        A.   I do not believe he was.
25                        Q.   Was Defendant Pelletier event --
```

Associated Reporters Int'l., Inc.

Page 293

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        present?
 3                      A.   I don't remember.
 4                      Q.   Did you have any conversations
 5        with any of those three individuals at the event?
 6                      A.   Not that I remember.
 7                      Q.   Did you hear anything those
 8        indivi -- three individuals said during the event?
 9                      A.   Not that I remember.
10                      MR. CRAIG:  John, would it be helpful
11        to ask whether he'd recognize any of those
12        individuals?
13                      MR. MOORE:  I think I asked that
14        already.
15                      MR. CRAIG:  Okay.
16                      MR. MOORE:  Yeah.
17                      BY MR. MOORE:  (Cont'g.)
18                      Q.   Did anyone from the U.P.D. or
19        anyone else prevent you or any other member of
20        College Republicans from displaying your free speech
21        signs?
22                      A.   I don't remember.  Not that I can
23        recall.
24                      Q.   Okay.  How long did you display
25        your sign for personally?
```

Page 294

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      A.   I don't remember how long.
 3                      Q.   Okay.  Did Defendant Pelletier
 4        prevent you from displaying a free speech sign during
 5        the event?
 6                      A.   Not that I remember.
 7                      Q.   Okay.  Did anyone else from B.U.
 8        prevent College Republicans from displaying free
 9        speech signs?
10                      A.   Not that I remember.
11                      Q.   Did anyone else prevent you in
12        any way from displaying free speech signs?
13                      A.   Not that I remember.
14                      Q.   Okay.  Paragraph one fifteen.
15                      A.   Uh-huh.
16                      Q.   I'll read one fifteen and one
17        sixteen.  This is page twenty-four of Exhibit One.
18        Paragraph one fifteen.  "The member of College
19        Progressives and/or PLOT spoke through the megaphone
20        for nearly two minutes before U.P.D. took any action
21        to restrain him."
22                      One sixteen.  "Ten to fifteen members
23        of College Progressives and PLOT then formed a
24        progressive barrier around the megaphone wielding
25        disrupter."  Did I read that correctly?
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        A.    Correct.
 3                        Q.    Okay.  Do you know how quickly
 4    the police officers began moving towards the
 5    megaphone wielding disrupter after he began talking?
 6                        A.    I don't remember specifically,
 7    but they let him speak for a while.
 8                        Q.    Okay.  Do you know if they were
 9    moving towards him during his speech?
10                        A.    I don't remember.
11                        Q.    Okay.  So they might have been,
12    they might not have been.  You just don't know as you
13    sit here today?
14                        A.    Correct.
15                        Q.    Okay.  And do you know any of the
16    ten to fifteen members of College Progressives and/or
17    PLOT or whoever it was, who performed a protective
18    barrier?
19                        A.    I believe one of them was Dava,
20    who had snuck in through the side door to hand him a
21    microphone.
22                        Q.    Okay.
23                        A.    The megaphone, not microphone,
24    megaphone.
25                        Q.    Oh, so she was the one who handed
```

Page 296

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         him the microphone?

3              A.    The megaphone, if I remember

4    correctly.

5              Q.    Megaphone, sorry, okay.  All

6    right.  And you know she was a College Progressive

7    member?

8              A.    Yes.

9              Q.    And do you know if she was a PLOT

10   member?

11             A.    I do not know.

12             Q.    And do you know if any of these

13   other ten to fifteen individuals were College

14   Progressive members other than her?

15             A.    I do not remember, no.

16             Q.    And do you know if any of them

17   were PLOT members?

18             A.    I do not know.

19             Q.    Okay.  Do you know why they

20   prevent -- they form a protective barrier?

21             A.    I do not know, no.

22             Q.    Police moving towards him at the

23   same time?

24             A.    I don't remember.  All I remember

25   is that they surrounded the speaker.

Associated Reporters Int'l., Inc.

Page 297

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        Q.   Okay.

3                        A.   I don't know what their

4    intentions were, I'm not them.

5                        Q.   Okay.  And did they do anything

6    else other than surround the speaker?  In other

7    words, did they move in any direction?

8                        A.   Not that I remember.

9                        Q.   Okay.  And let's go to paragraph

10   one eighteen that's on the next page, that is page --

11                       A.   Uh-huh.

12                       Q.   -- twenty-five of the complaint.

13   "During these events, Pelletier, acting pursuant to

14   the speech suppression policy directed the Pinkerton

15   agents to remove Dr. Laffer from the lecture hall."

16   Did I read that correctly?

17                       A.   Yes.

18                       Q.   Were you present when this

19   occurred?

20                       A.   I don't remember hearing it.

21                       Q.   Okay.

22                       A.   I was in the room, I assume, but

23   I don't remember seeing or hearing it.

24                       Q.   Okay.  Did you say anything to

25   Dr. Laffer when the disruption began?

Page 298

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        A.   Not that I recall.
 3                        Q.   And did you speak with him after
 4    he left the lecture hall at all, that night?
 5                        A.   I may be waved goodbye as he ran
 6    into his car.
 7                        Q.   Okay.  What did you do when --
 8    did he leave the lecture hall?
 9                        A.   He was escorted out of the
10    lecture hall.
11                        Q.   By the Pinkerton agents?
12                        A.   I believe it was a mix between
13    the Pinkerton agents and U.P.D.
14                        Q.   Okay.  And do you know if he did
15    that voluntarily, or whether someone told him to go,
16    or don't you know?
17                        A.   I do not know.  All I remember
18    was someone from U.P.D. telling me it was time to go.
19                        Q.   When did they say that?  After
20    lefter left -- after Laffer left or before?
21                        A.   I don't remember if it was before
22    or after.
23                        Q.   Okay.  And when he said it's time
24    to leave, was he referring to you and the College
25    Republicans?
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 299

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                        A.    He was referring to us, yes.

 3                        Q.    The College Republicans?

 4                        A.    Yes.

 5                        Q.    Okay.  And did you leave then?

 6                        A.    We were escorted out, yes.

 7                        Q.    Was anyone threatening you in the

 8    group?

 9                        A.    Not that I recall.

10                        Q.    Okay.

11                        A.    There was a lot of shouting.

12                        MR. CRAIG:  Objection, vagueness.

13    When you say the group, who do you mean?

14                        BY MR. MOORE:  (Cont'g.)

15                        Q.    Was anyone in the lecture hall

16    threatening the College Republicans in any way?

17                        A.    I don't remember.  There was a

18    lot of shouting, like I said.

19                        Q.    Okay.

20                        A.    There was a lot of voices.

21                        Q.    But you didn't specifically hear

22    anyone directing it towards the College Republicans?

23                        A.    No.

24                        Q.    Okay.  Let's go to paragraph one

25    twenty-two.  Pelletier's and U.P.D.'s minimal and
```

ARII@courtsteno.com                              www.courtsteno.com

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2       delayed efforts eventually removed the disrupter with
 3       a megaphone, but only after he handed off the
 4       megaphone so that others could continue to disrupt
 5       the event and block Plaintiffs' expression.  Were you
 6       there for that?
 7                    A.   I don't believe so.
 8                    Q.   Okay.  So when the megaphone
 9       disrupter was removed, you were not in the room?
10                    A.   No, we were escorted out.
11                    Q.   Okay.  And so you didn't see him
12       hand off the megaphone to anybody else?
13                    A.   Not that I recall.
14                    Q.   Okay.
15                    MR. MOORE:  Let's take a quick break,
16       Kevin and Amanda.  Amanda, let me know when you get
17       there, but I'm going to ask about a few other things.
18                    (Off the record)
19                    BY MR. MOORE:  (Cont'g.)
20                    Q.   You talked about Constitution Day
21       and the tabling you did at that?
22                    A.   Correct.
23                    Q.   Do -- do you remember what signs
24       College Republicans put up there?
25                    A.   I -- I don't.
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        Q.    Okay.  How about a fair day, did
 3    you put up any signs then?
 4                        A.    On fair day, we had a free speech
 5    ball.
 6                        Q.    Okay.  And what fly -- did you
 7    hand out any flyers at either of those events?
 8                        A.    I don't remember.  I believe on
 9    Constitution Day we handed out pocket constitutions.
10                        Q.    Okay.  Did T.P. U.S.A. table on
11    Constitution Day?
12                        A.    Not that I recall.
13                        Q.    They -- they -- did they
14    basically start right before the tabling event on
15    campus here?
16                        A.    They -- I don't know when --
17    remember when they started, but I believe it was be -
18    - pretty shortly before the tabling event.
19                        Q.    Are you aware of any other T.P.
20    U.S.A. tabling on campus other than the one on
21    November 14th, 2019?
22                        A.    Not that I recall.
23                        Q.    Did you have any office for the
24    College Libertarians?
25                        A.    Yes, we had an office.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.   And did you -- strike that.
 3                    Did you personally hold an office with
 4         the College Libertarians?
 5                    A.   Yes.
 6                    Q.   And what office did you hold?
 7                    A.   Originally, my sophomore freshman
 8         year of college, I was the vice president.  And then
 9         the next year my soph -- my sophomore year of
10         Binghamton, my junior year, I should say, my second
11         year of Binghamton, I was --
12                    Q.   Well, give me -- give me
13         semesters.  You were there every semester.  So you
14         started in -- your first semester there was fall
15         2018.
16                    A.   Uh-huh.
17                    Q.   Your last semester there was fall
18         2019, right?
19                    A.   Correct, on campus.
20                    Q.   Okay.  So when were you vice
21         president for College Libertarians?
22                    A.   My first year there.  That was
23         the first two semesters I was there.
24                    Q.   Okay.  Got you.
25                    A.   Binghamton.
```

Page 303

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    And what role did you hold, if

3    any, during fall 2019?

4                    A.    Fall 2019, I was the president.

5                    Q.    Of College Libertarians?

6                    A.    Correct.

7                    Q.    And of College Republicans?

8                    A.    Correct.

9                    Q.    And did you ever reserve any

10   tables for the College Libertarians during your

11   presidency?

12                   A.    Not that I recall.

13                   Q.    Did you ever revert -- reserve

14   any rooms during your time as a College Libertarian?

15   For the College Libertarian group?

16                   A.    I believe my first year when I

17   was the vice president, I did.

18                   Q.    Okay.

19                   A.    But --

20                   Q.    Okay.  Was anybody from

21   libertarians other than you present at the tabling

22   events in November 2019?

23                   A.    I believe Jon Lizak was a member

24   of the College Libertarians who showed up

25   occasionally, but other than that.

Page 304

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.    Okay.  So Lizak was a member of
 3    the Republicans, the Libertarians and also T.P.
 4    U.S.A., correct?
 5                    A.    As far as I know.
 6                    Q.    All right.  Was anybody from the
 7    Libertarians other than you and Lizak present at the
 8    Laffer event?
 9                    A.    Potentially, I don't know.
10                    Q.    Okay.  Potentially.  I'm not sure
11    I understand the --
12                    A.    I --
13                    Q.    You say that word in that
14    context.
15                    A.    I don't --
16                    Q.    Do you mean possibly?
17                    A.    Possibly.
18                    Q.    Okay.
19                    A.    Uh-huh.
20                    Q.    You just don't know?
21                    A.    I just don't know specific.
22                    Q.    Okay.  All right.  Have you
23    appeared anywhere else to speak on behalf of the
24    College Republicans as it pertains to either of these
25    events?
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.   So I'm a little confused.  You're
 3    asking if I've ever spoke because the College
 4    Republicans here invited me to speak?
 5                    Q.   I know you did that once.
 6                    A.   Right.
 7                    Q.   Yeah.  Have you ever appeared on
 8    behalf of the College Republicans in any other
 9    events, podcast --
10                    A.   Yes.
11                    Q.   -- or anything else like that?
12                    A.   Yes, I -- yes.
13                    Q.   What were those situations?
14                    A.   If I remember correctly,
15    Breitbart News reached out for comment.  I did so --
16                    Q.   About what?
17                    A.   About the event.
18                    Q.   Which event?
19                    A.   The tabling event.
20                    Q.   Okay.
21                    A.   If I remember correctly.  The
22    Daily Wire reached out about the tabling event, if I
23    remember.  And I did some work with Michael Vasquez
24    for No Soundbites Allowed.
25                    Q.   Okay.  You appeared on his
```

Page 306

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        program?
 3                      A.   Yes.
 4                      Q.   Okay.  Was that it?
 5                      A.   As far as I can remember, those
 6        were the media appearances I did.  Appearances as in,
 7        they called me and asked me some questions.
 8                      Q.   Okay.  Were any -- the -- the one
 9        -- the YouTube channel that was -- there's video of
10        that, correct?
11                      A.   Correct.
12                      Q.   Is there video of either
13        Breitbart News or Wire or those written statements?
14                      A.   Those were articles they
15        released.
16                      Q.   Got you.
17                      Q.   Was your appearance at Binghamton
18        in 2022 with the College Republicans recorded?
19                      A.   No, not that I remember.
20                      Q.   Is there tapes that you're aware
21        of?
22                      A.   No.
23                      Q.   Okay.  What did you talk about?
24                      A.   I talked about some of my
25        internship experience in Washington D.C.
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 307

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.    Nothing about the tabling event?
 3                    A.    No, I talked -- not that I
 4        remember.  I mostly, if I remember correctly, I
 5        talked about my previous job working in Arizona, and
 6        I talked about my time in D.C.
 7                    Q.    Okay.  Did College Republicans do
 8        any fundraising other than the email we've already
 9        spoken about involving some of these individuals?
10                    A.    Not that I recall.
11                    Q.    Okay.  And were you involved at
12        all in the negotiation of the price of Laffer for him
13        to speak?
14                    A.    Not that I can remember.
15                    Q.    Okay.  Did College Republicans
16        have an office on campus?
17                    A.    I believe they did.
18                    Q.    Well, you were the president for
19        one semester?
20                    A.    Correct.
21                    Q.    Was there an office you utilized
22        at that time?
23                    A.    We used a lot of the College
24        Libertarians office, but I don't remember
25        specifically where the College Republicans office
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         was.  We used the College Libertarians office mostly.
 3                        Q.   Was their space where the College
 4    Republicans records were maintained?
 5                        A.   Not that I recall.
 6                        Q.   Was there a safe or any other
 7    kind of space?
 8                        A.   Like a physical safe, you mean?
 9                        Q.   Yeah.
10                        A.   No.
11                        Q.   Okay.  Is there a file cabinet
12    --?
13                        A.   No.
14                        Q.   Okay.  And does College
15    Republicans have any sort of electronic cache of
16    documents that is maintained?
17                        A.   I believe they have a Google
18    Drive still.
19                        MR. MOORE:  Okay.  And -- okay.  We'll
20    make a request for anything on that Google Drive.
21                        MR. CRAIG:  Yeah, If we haven't
22    already --
23                        MR. MOORE:  Pertaining to Laffer
24    and/or tabling event.
25                        BY MR. MOORE:  (Cont'g.)
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                    Q.    Did you table to advertise the

 3    socialism event?  The problem with socialism?

 4                    A.    I don't remember if we did.

 5                    Q.    Okay.  Just the case against

 6    socialism, correct?

 7                    A.    Correct, the --

 8                    Q.    Yeah.

 9                    A.    -- event was called the case

10    against socialism.

11                    Q.    Did you do any flyers to promote

12    that event?

13                    A.    We did have a flyer, correct?

14                    Q.    Okay.  And was that posted on

15    campus?

16                    A.    I don't know if we posted on

17    campus.  We posted on social media.

18                    Q.    Social media, okay.  Got you.

19    And was that the way you advertised this event, on

20    social media?

21                    A.    Which event are you referring to?

22                    Q.    The case against socialism.

23                    A.    We did post it on social media to

24    promote it.

25                    Q.    Okay.  And was there a Q.R. code
```

800.523.7887                              Associated Reporters Int'l., Inc.

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2         for the socialism event?
3                        A.   I believe there was, if I
4         remember correctly.
5                        Q.   Okay.
6                        MR. MOORE:  Do we have copies of that?
7                        MR. CRAIG:  I can check.
8                        MR. MOORE:  Yeah, we'll make a request
9         for that, too.
10                       BY MR. MOORE:  (Cont'g.)
11                       Q.   Okay.  Do you know if T.P. U.S.A.
12        was recognized by S.A. at the time of the tabling
13        event?
14                       A.   If I remember correctly, they
15        weren't officially recognized.
16                       Q.   Okay.  Was Lacey the president of
17        T.P. U.S.A. or do you know who the officers were?
18                       A.   If I remember correctly, Lacey
19        was the president of T.P. U.S.A.
20                       Q.   Okay.  Do you know what the
21        purpose of the T.P. U.S.A. tabling was?
22                       A.   I don't know the purpose of it.
23                       Q.   The purpose of your tabling was
24        to promote the Laffer event, correct?
25                       A.   Correct.
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      Q.   And you handed out at least a
 3         hundred and fifty flyers, correct?
 4                      A.   Correct.
 5                      Q.   Okay.  Was a -- you've -- you
 6         said that Laffer had appeared at an event after the
 7         Laffer event where he did actually give his speech,
 8         correct?
 9                      A.   Correct.
10                      Q.   And that was on the -- the
11         YouTube podcast that we referenced earlier?
12                      A.   No Soundbites Allowed, yes.
13                      Q.   No Soundbites Allowed.  Okay.
14         Was his lecture concerning free speech?
15                      A.   No.
16                      Q.   It was about economics, right?
17                      A.   Correct.
18                      Q.   All right.  Why then did you have
19         free speech signs?
20                      A.   I don't remember why we had free
21         speech signs.
22                      Q.   And they were given to you by
23         YAF?
24                      A.   I remember them having a YAF
25         logo.  So I assume they were given to me by YAF.
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    Okay.   Do you know if somebody

3    else in the group had a conversation with YAF about

4    the purpose of the free speech signs?

5                    A.    I don't know.

6                    Q.    Were you involved in any

7    conversation with YAF, whether you remember it or not

8    regarding the purpose of the free speech signs?

9                    A.    I don't remember.

10                   Q.    Okay.   And was that handed to you

11   on the day of the Laffer event or prior to that?

12                   A.    I don't remember.

13                   MR. CRAIG:   Objection.   Asked and

14   answered.

15                   BY MR. MOORE:   (Cont'g.)

16                   Q.    Okay.   Let's watch a video.   And

17   this is on a laptop.   So if everybody else wants to

18   gather around, I -- I don't know any other way to do

19   it, but --

20                   MR. MOORE:   Okay.   But can we put on

21   the record at one point in the video this is.

22                   THE REPORTER:   Okay.

23                   MR. MOORE:   And I'd like to --

24                   MR. CRAIG:   John, you're not going

25   back to the complaint, right, you're done with the --

800.523.7887                                    Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    MR. MOORE:  I might.  I got -- I just
 3         don't know.
 4                    MR. CRAIG:  Okay.
 5                    MR. MOORE:  I think I probably have
 6         some.  You might want to keep that handy.
 7                    BY MR. MOORE:  (Cont'g.)
 8                    Q.   I'm going to mark as an exhibit
 9         and show you Defendants' disclosure of documents
10         pursuant to F.R.C.P. Rule 26.
11                    A.   Okay.
12                    Q.   Have you ever seen this document
13         before today?  These are our discovery responses in
14         this case.
15                    MR. MOORE:  You can hand this down the
16         line.
17                    THE REPORTER:  What number would you
18         like to be?
19                    MR. MOORE:  This is Defendants'
20         Exhibit Fifteen, sorry.
21                    BY MR. MOORE:  (Cont'g.)
22                    Q.   And I'm just show -- I'm
23         directing your attention to page two.
24                    A.   I have never seen this document
25         before, no.
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.    Okay.  I -- I didn't think you
 3       did, but do you see at the top of the second page,
 4       there's a line that says, video of the lecture hall
 5       event taken from two angles in the lecture hall dated
 6       November 18th, 2019.  Do you see that?
 7                    A.    I do see it.
 8                    Q.    Okay.  What I'm going to show you
 9       now, and we'll mark this as part of Exhibit Fifteen.
10       And we can put it on a flash drive and send it to you
11       if you -- if you prefer having to --
12                    MR. CRAIG:  I think we -- I think you
13       already provided this.
14                    MR. MOORE:  Yeah, I'm just trying to
15       make it clear what it is.
16                    MR. CRAIG:  Yep.
17                    MR. MOORE:  I'm letting you know now
18       that this video was something that was identified in
19       our April 4th, 2022, Rule 26 disclosures.  I just
20       want to make sure the record is clear for purposes of
21       identification which video we're watching, so that we
22       all know what this exhibit is.
23                    MR. MOORE:  I was going to do that?
24                    THE WITNESS:  Try --
25                    MR. CRAIG:  You want to go off the
```

Associated Reporters Int'l., Inc.

Page 315

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         record for a second?

 3                    MR. MOORE:  Let's go off the record

 4         for a second.

 5                    THE REPORTER:  Yeah, no problem.

 6                    (Off the record)

 7                    (On the record)

 8                    THE REPORTER:  On the record.

 9                    MR. MOORE:  Okay.  We're -- we're

10         watching a video, which is a surveillance video, to

11         my understanding, of the Laffer event from November

12         18th, 2019.  And there's two screens on the video.

13         We're directing the witness's attention to the left

14         screen.

15                    And can we stipulate that right now

16         we're at -- where -- where are we in this video?  So

17         is this --

18                    MR. CRAIG:  Seven twenty-one and

19         fifteen seconds p.m.

20                    MR. MOORE:  Okay.  So this will be

21         approximately seven twenty-one and fifteen seconds

22         p.m. on that day.  We're going to start watching the

23         video.  Do we have a way of stopping it?

24                    THE REPORTER:  Yeah, you just click

25         this again.
```

800.523.7887                          Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    MR. MOORE:  Okay.

3                    THE REPORTER:  It's on the --

4                    BY MR. MOORE:  (Cont'g.)

5              Q.   Okay.  Mr. Restuccia, do you see

6    yourself there in this video?

7              A.   I don't.

8              Q.   Okay.  Do you see a guy with a

9    red hair, who's that?  He's got a gray shirt on and

10   red --

11             A.   That is Joe Bernstein.

12             Q.   Yeah.

13             A.   I've mentioned him previously.

14             Q.   Okay.

15             A.   I do see myself now.

16             Q.   Okay.  There's a woman standing

17   next to him wearing a gray dress.  Who's that?

18             A.   I believe that's Lacey Kestager.

19             Q.   Okay.  And you are the person

20   making the statement at the podium right there?

21             A.   Correct.

22             Q.   Wearing a blue suit?

23             A.   Correct.

24             Q.   And glasses, correct?

25             A.   I think it was a black suit, but

800.523.7887                          Associated Reporters Int'l., Inc.

Page 317

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        yes.

3                    Q.   Black suit.   Okay.   Looks

4        blueish.

5                    Q.   There's a woman in a orange dress

6        over there in that end of the -- she just stood up on

7        the first step.

8                    A.   Uh-huh.

9                    Q.   At seven twenty-one fifty-seven.

10       What -- who is she?

11                   A.   She is Bryn Lauer.

12                   Q.   Okay.   And who's the fellow in

13       the red jacket?

14                   A.   That's Jon Lizak.

15                   Q.   Okay.   And then there's a man in

16       between him and the red-haired fellow.   What is --

17       wearing a red tie.   Who is that?

18                   A.   I don't see who you're talking

19       about.

20                   Q.   Right there.

21                   A.   I don't know.

22                   Q.   Okay.   And then there's a shorter

23       guy right there behind Lacey.   Who is that?

24                   A.   With the beard that, I believe,

25       is Preston Scagnelli, but --

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    Okay.

3                    A.    -- the angles a little hard to

4         see.

5                    Q.    And next to Lizak with signs in

6         his hand, who is that?

7                    A.    I believe that's Kyle Nelson.

8                    Q.    Kyle Nelson.  And everybody's got

9         signs in their hands already, correct?

10                   A.    From what I can see.

11                   Q.    Okay.  Do you see Raj in here?

12                   A.    I do not, no.

13                   Q.    Okay.  Do you see Dr. Laffer

14        here?

15                   A.    I see Dr. -- I believe that's Dr.

16        Laffer, but the -- the site of the camera's not

17        great, but I believe he's wearing a blue tie.

18                   Q.    Blue tie, gray suit and he's

19        standing right next to the door at seven twenty-two

20        fifty-four, correct?

21                   A.    I believe that is Dr. Laffer.

22                   Q.    Okay.  Do you recognize any of

23        the other individuals in that part of the --

24                   A.    No, I don't.

25                   Q.    Okay.  So you're still speaking.

Page 319

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2    We're at seven twenty-three zero six right now,
3    correct?
4                      A.    Correct.
5                      Q.    All right.  And this is -- is
6    this the statement you gave to the -- and I know we
7    don't have sound, but is this the statement we gave
8    to the -- that you gave to the assemblage before Dr.
9    Laffer spoke?
10                     A.    I believe it is, but I can't hear
11   it.  So I don't know.
12                     Q.    Okay.  And you see there's some
13   other individuals in the audience who have free
14   speech signs, correct?
15                     A.    Yes, that I can see.
16                     Q.    Who are those people?  Do you
17   recognize any of them?
18                     A.    One of them is Bobby Walker, I
19   believe.
20                     Q.    What is he wearing?
21                     A.    He is wearing a red hat and red
22   tie.
23                     Q.    Yep.
24                     A.    And the other, I believe, the
25   older gentleman next to him is named Michael
```

Page 320

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2   Woodward.
 3                 Q.   Okay.  Got you.  And who's the
 4   fellow next to Walker?  He's wearing a suit.
 5                 A.   I don't know.
 6                 Q.   Okay.  Laffer is speaking.  Let's
 7   pause it right here.  We've paused it at seven
 8   twenty-three p.m. thereabouts.  Do you see anywhere
 9   in -- anyone there wearing PLOT insignia in that
10   group of people?
11                 A.   This group of people, I don't --
12   from what I can see, I don't.
13                 Q.   Okay.  And I'll direct your
14   attention to the right screen there.  And for the
15   record, this is still sort of frozen at seven twenty-
16   one zero six.  Do you see any individuals there
17   wearing PLOT insignia?
18                 A.   I can't tell what's on some of
19   their shirts.  So I don't know.
20                 Q.   Okay.  I don't see it, but I'm
21   asking you're the one who saw it in person.  Do you
22   see any PLOT insignias anywhere there?
23                 A.   I remember there being people
24   wearing PLOT insignias, but I can't tell based on
25   this footage.
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                  Q.    Okay.  Do you see -- I see one

3    person in the back there wearing a mask at the back

4    wall, correct?  Looks like a woman?

5                  A.    Correct.

6                  Q.    And next to her, there appears to

7    be a person wearing a mask, correct?

8                  A.    Correct.

9                  Q.    Do you see anybody else in the

10   group?  And this is on the left screen now.  At the

11   top of the screen, I see two individuals standing at

12   the back wearing masks, possibly three of them.  You

13   see those three people right there?

14                 A.    I see -- yes.

15                 Q.    Okay.  Do you see anybody else

16   wearing a mask in the audience on either screen?

17                 A.    On either screen, yes.

18                 Q.    Where?  Can you point out?

19                 A.    I see one right there.  Can you

20   see?

21                 Q.    Yeah, well, I see a -- a dark-

22   skinned fellow there, but I seem to see his mouth.  I

23   think that might be a black beard, but I'm not

24   positive, but you're --

25                 A.    Oh, I don't know.  I can't tell

800.523.7887                                          Associated Reporters Int'l., Inc.

Page 322

1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2          with this footage.

3                     Q.    Okay.  So would you agree with me

4          that other than the possible individual on the right

5          side, the right screen standing the third -- fourth

6          row up, and then these three individuals in the back

7          here in the back, I don't see anybody else wearing

8          masks, correct?

9                     A.    From what I can see on this

10         security footage, which is a little hard to see, I do

11         not.

12                    Q.    Okay.  And I am also going to ask

13         you during -- and I'm not going to ask you

14         specifically again.  But if you see anyone during the

15         course of watching this video, again, who's wearing

16         PLOT insignia, please point them out to me, okay?

17         That's a standing question.

18                    A.    Okay.

19                    Q.    And we'll -- we'll put -- make

20         that part of the record.  But right now we can agree

21         we don't see anybody specifically wearing anything

22         with the word PLOT on it, right?

23                    A.    I cannot see anyone based on what

24         footage you have right here.

25                    Q.    Okay.  And we also talked about

Page 323

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        one individual you recognize from College
 3        Progressives, right?
 4                      A.   Correct.
 5                      Q.   What was her name?
 6                      A.   Dava.
 7                      Q.   Do you see her in any of the --
 8        either of these --
 9                      A.   Not --
10                      Q.   -- camera?
11                      A.   -- that I can see.
12                      Q.   Okay.  All right.  So let's hit
13        go.  We're going to keep going here.  So that's Dr.
14        Laffer at the podium now at seven twenty-three -- at
15        seven twenty-four, correct?
16                      A.   Correct.
17                      Q.   Then you start speaking, right?
18                      A.   Uh-huh.
19                      Q.   Okay.  So we will let him speak
20        until a fellow stands up with a phone at seven
21        twenty-four twelve, correct?
22                      A.   Correct.
23                      Q.   Is he wearing PLOT insignia?
24                      A.   I don't see anything, no.
25                      Q.   But he's a dark-skinned man with
```

Page 324

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2        a beard and black clothing, correct?
3                        A.   Correct.
4                        Q.   He doesn't have a mask on, does
5        he?
6                        A.   I don't see a mask on him.
7                        Q.   And he appears to be reading from
8        his phone, correct?
9                        A.   Correct.
10                       Q.   Can't hear what he said?  Okay.
11       And then there's another person walking down with a
12       megaphone, correct?  Do you see that person?
13                       A.   Correct.
14                       Q.   And this is at seven twenty-four
15       forty-two.  He hands the megaphone to the speaker and
16       people applaud, correct?
17                       A.   Correct.
18                       Q.   Okay.  So he begins speaking
19       through the megaphone.  He's now speaking through the
20       megaphone.  And at this point, the College
21       Republicans stand up immediately.  And this is seven
22       twenty-four, about fifty, with free speech signs,
23       correct?
24                       A.   We were already standing.
25                       Q.   Okay.  And they line up in front

Page 325

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2         of Laffer.  That is all of you.  You go grab a free
3         speech sign off a table, correct?  That's you?
4                        A.   I believe that's me.
5                        Q.   Okay.  And so --
6                        A.   I can't get a good angle because
7    --
8                        Q.   There are one, two, three, four,
9    five, six -- seven College Republicans standing with
10   free speech signs, correct?
11                       A.   As far as I can see.
12                       Q.   And at seven twenty-five, there
13   appear to be police getting near the speaker,
14   correct?
15                       A.   From what I can see --
16                       Q.   There's a police officer about
17   three --
18                       A.   I see someone with a PLOT hoodie.
19                       Q.   Okay.
20                       A.   Woman in red.  If you go back.
21                       Q.   Yup.
22                       A.   You can see the logo.
23                       Q.   Okay.  I see.  And she has a mask
24   on as well, correct?
25                       A.   Correct.
```

Associated Reporters Int'l., Inc.

Page 326

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    And police, at this point, seven

3    twenty-five forty-four are attempting to restrain

4    some of the protesters and getting close to the

5    speaker, correct?

6                    A.    From what I can see.

7                    Q.    Okay.  And no one has approached

8    Dr. Laffer, correct?

9                    A.    Not that I can --

10                   Q.    And --

11                   A.    Well, there were some people

12   cutting -- if you can see someone cut right in front

13   and some people are starting to cut in front.

14                   Q.    But they're looking towards the

15   speaker, correct?

16                   A.    That --

17                   Q.    Not towards Dr. Laffer.

18                   A.    Correct.

19                   Q.    They're looking towards the

20   disrupter, we'll call him.  The megaphone disrupter.

21                   A.    Correct.

22                   Q.    And there are police surrounding

23   the mega -- now the police are restraining a man,

24   correct?

25                   A.    Yes, from what I can see.

Page 327

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    That's at about seven twenty-six

3    ten and they're moving towards the megaphone

4    disrupter, correct?

5                    A.    Which man are you discussing?

6                    Q.    There's a man being led out right

7    now.  The man who handed the microphone to the

8    megaphone disrupter.

9                    A.    You can see a PLOT member right

10   there.

11                   Q.    Okay.  So we see two people with

12   PLOT insignias, correct, so far?

13                   A.    Correct.

14                   Q.    And the police are surrounding

15   the speaker, correct?

16                   A.    That looks like a PLOT armband on

17   a man.

18                   Q.    Okay.

19                   MR. MOORE:  Yeah, let's rewind a

20   little, Amanda.  So we --

21                   BY MR. MOORE:  (Cont'g.)

22                   Q.    So now we've been concentrating

23   on the -- on the actions of the police going near the

24   disrupter, correct?

25                   A.    I've been trying to --

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    Q.   Let's go back to seven twenty-
 3         five.
 4                    A.   Okay.
 5                    MR. MOORE:  Okay.  Just stop it right
 6         there.
 7                    BY MR. MOORE:  (Cont'g.)
 8                    Q.   Seven twenty-four fifty-six.
 9                    MR. CRAIG:  I'm not going to touch it.
10                    THE REPORTER:  No worries.  I like
11         having my mouse, there you go.
12                    MR. MOORE:  Okay.
13                    BY MR. MOORE:  (Cont'g.)
14                    Q.   So we're twen -- seven twenty-
15         four fifty-nine.  At this point, the free speech
16         signs were up, correct?  And we see a police officer
17         moving towards the disrupter, correct?
18                    A.   From the back of the room?
19                    Q.   Yes.
20                    A.   He is just moving towards the
21         front.  I don't know if he's going toward the
22         disrupter.
23                    Q.   Okay.  And there's another police
24         officer.  You'll see come screen right, correct?
25         Right there, there's police officer moving towards
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         the megaphone disrupter --
 3                        A.   That appears to be --
 4                        Q.   -- at seven twenty-five thirty.
 5                        A.   That appears to be.
 6                        Q.   Okay.  So we've talked about
 7         that.  Let's concentrate on -- on Dr. Laffer.  So on
 8         the side of the room where the College Republicans
 9         are now and we're at seven twenty-five forty-three.
10         You turn back and say something to Dr. Laffer.  What
11         did you say?
12                        A.   I don't remember.
13                        Q.   Okay.
14                        A.   I don't.
15                        Q.   And there's two individuals
16         there, Laffer and another man talking.  Do you know
17         who those people are?
18                        A.   I do not.
19                        Q.   Okay.  Now you see another man
20         who's standing near you and Laffer, who's talking to
21         the other man you couldn't identify.  Do you know who
22         those people are?
23                        A.   No, I do not.
24                        Q.   Okay.  Do you know what was said,
25         you were right there?
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                         A.    I don't know.
 3                         Q.    Okay.  I want you to watch
 4    yourself now.
 5                         A.    Okay.
 6                         Q.    Seven twenty-six thirty-one, you
 7    turn around and are saying something to Dr. Laffer
 8    and you put your hand on his back and start walking
 9    him towards the door.  What is being said there?
10                         A.    I don't know.
11                         Q.    Okay.  But you agree that you say
12    something to Dr. Laffer, you put your hand on his
13    back and you lead him out the door, correct?
14                         A.    From what I saw in the video,
15    that's --
16                         Q.    You walk out the door with him?
17                         A.    From what I saw in the video,
18    yes.
19                         Q.    That occurred.  Okay.  And you
20    don't remember anything anyone said at that point?
21                         A.    All I remember was saying --
22    someone who, I believe, was from U.P.D. saying, it's
23    time to go.
24                         Q.    Okay.  But you don't know who
25    that person was?
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                      A.   I don't know.  All I remember was

3         someone from U.P.D. saying, it's time to go.

4                      Q.   Okay.  And that's all I have with

5         this video.  When -- you saw when Laffer left, the

6         College Republicans seem to leave around the same

7         time, correct?

8                      A.   Correct.

9                      Q.   Where did you go from there?

10                     A.   We went out the back door.

11                     Q.   Okay.  Did you have any

12        conversations with Laffer at this time?

13                     A.   He tripped on -- he's older, so

14        he tripped on the stairs, and I made sure he was

15        okay.

16                     Q.   Okay.  Did he fall or did you

17        just sort of prevent him from falling?

18                     A.   Oh, he started to trip forward.

19                     Q.   Okay.  When you left the lecture

20        hall, where did you go other than out back?  Did you

21        have any conversations with Laffer other than

22        assisting him when he stumbled?

23                     A.   All I can remember, to the best

24        of my recollection, I waved goodbye.

25                     Q.   Okay.  Where do you go from

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         there?

3                        A.   We went to the Outback Steakhouse

4    parking lot.

5                        Q.   How far away is -- is that off

6    campus?

7                        A.   That's off campus.

8                        Q.   Okay.

9                        A.   About five minutes.

10                       Q.   All right.  Did you hang out in

11   the parking lot or did you go in and get a meal?

12                       A.   Well, a couple of people came to

13   the parking lot.  They were asking where we were

14   because I wanted to get everyone off the campus

15   safely.

16                       Q.   Uh-huh.

17                       A.   Of who are members of the club,

18   so I drove a couple of them.  I don't remember how

19   the rest got there, but we drove to the Outback

20   Steakhouse parking lot.  Jeff Coghlen showed up

21   eventually as well as some of the other people who

22   are donors.  And Bobby Walker as well, if I remember.

23                       Q.   And were all of the people we

24   identified on the video who were College Republicans,

25   were all those people -- did all of those people

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2       leave with you at the same time?

3                    A.    I don't remember.

4                    Q.    Okay.  Do you know if anybody

5       from the College Republicans went back into the hall

6       after you left this group?

7                    A.    Not that I know of.

8                    Q.    Okay.  And you didn't go back in

9       the hall, correct?

10                   A.    No.

11                   Q.    So you don't know what occurred

12      thereafter?

13                   A.    I do not know.

14                   Q.    Okay.  Let's go back to the

15      complaint, which I think attorney may have had -- and

16      I'm going to direct your attention to paragraph one

17      thirty of the complaint.

18                   A.    Sure.

19                   Q.    And I'm going to read out -- this

20      is paragraph --

21                   THE WITNESS:  Before we start, can I

22      just have a second with my attorney to catch my

23      breath and everything?

24                   MR. MOORE:  Sure.

25                   BY MR. MOORE:  (Cont'g.)

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                      Q.    Mr. Restuccia, were you a party

 3         to any discussion with Dr. Laffer about waiting

 4         around for the police to disperse protesters?

 5                      A.    Not that I remember.

 6                      Q.    Okay.  Why not?  Why was there no

 7         discussion about that that you're aware of?

 8                      A.    If I remember, Dr. Laffer was

 9         escorted out as quickly as possible by University

10         Police.

11                      Q.    Was it by University Police or

12         the Pinkerton agents?

13                      A.    If I remember correctly, it was

14         both.

15                      Q.    Okay.  But do you know who from

16         University Police was involved in it?

17                      A.    I do not.

18                      Q.    Okay.  Do you know how many

19         officers from University Police were involved in

20         that?

21                      A.    I do not.

22                      Q.    Was it one?

23                      A.    I don't -- I don't know.

24                      Q.    Did you have any discussions with

25         U.P.D. after the Laffer event?
```

Page 335

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                    A.   I don't remember.
 3                    Q.   Okay.  Did you have any
 4   discussions with anybody from B.U. after the Laffer
 5   event?  On the night of the Laffer event?
 6                    A.   Just to clarify, are you talking
 7   about discussions about the Laffer event?
 8                    Q.   Yeah.
 9                    A.   Okay.  I don't remember.
10                    Q.   Okay.  You don't remember meeting
11   with anybody from B.U. after the event?  Either that
12   day or on some other day?
13                    A.   Do -- when you say, B.U., do you
14   do you mean the administration or employees here?
15                    Q.   Start with the administration, or
16   if there's someone else, please let me know.
17                    A.   Not that I remember meeting with
18   the administration.
19                    Q.   Did you meet with anybody from
20   U.P.D.?
21                    A.   Not that I can remember.
22                    Q.   Okay.  Did you have any
23   discussions with Laffer security team about Dr.
24   Laffer leaving?
25                    A.   No, I -- if I remember correctly,
```

 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         they left with Dr. Laffer, so.

 3                   Q.   Who paid for Dr. Laffer's

 4         security agents?

 5                   A.   I don't know.

 6                   Q.   Did College Republican hold --

 7         College Republicans hold any meetings after the

 8         Laffer event that semester while you're still

 9         president?

10                   A.   Yes.

11                   Q.   How many?

12                   A.   I don't remember.

13                   Q.   Was it more than one?

14                   A.   Could have been two or three, but

15         again, I don't remember the specific number.

16                   Q.   Do you know if there are any

17         speakers at any of those meetings?

18                   A.   Not that I can recall.

19                   Q.   Okay.  Let's go back to paragraph

20         one thirty.  And this reads.  "Stenger and Rose how -

21         - did however cause SUNY Binghamton to take action

22         against College Republicans.  The day after the

23         University had once again violated their

24         constitutional rights, the Student Association, which

25         is controlled by SUNY Binghamton administration, sent

Associated Reporters Int'l., Inc.

Page 337

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         College Republicans a two-line email informing them

3         that they were being suspended due to their violation

4         with both University and Student Association policies

5         in regards to tabling without proper approval on

6         Thursday, November 7th -- 14th."

7                        Did I read that correctly?

8                   A.    Correct.

9                   Q.    And if you look at the very last

10        page of the complaint, that pile that is in front of

11        you.

12                  Q.    The very last page?

13                  A.    The very final page.

14                  Q.    Is it Exhibit Nine?

15                  A.    Exhibit Nine.

16                  Q.    Okay.  Is that the email that is

17        referred to in paragraph one thirty?

18                  A.    It appears to be the email.

19                  Q.    Okay.  I'm going to show you

20        what's been marked as Defendants' -- or Defendants'

21        Exhibit Thirteen, and this is Bate stamped page three

22        sixteen from Plaintiffs' disclosures.

23                  A.    Uh-huh.

24                  Q.    And is this the email?  Another

25        copy of the same email?

800.523.7887                          Associated Reporters Int'l., Inc.

Page 338

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    A.   It appears to be.

3                    Q.   Okay.

4                    MR. CRAIG:  I just want to make sure

5    you keep the --

6                    THE WITNESS:  Okay.

7                    MR. CRAIG:  -- exhibits together.

8                    THE WITNESS:  Keep this together?

9                    MR. CRAIG:  Yeah.

10                   THE WITNESS:  Keep this together?

11   This is how -- okay.

12                   MR. CRAIG:  I'm sorry, John.

13                   MR. MOORE:  That's okay.

14                   BY MR. MOORE:  (Cont'g.)

15                   Q.   And Exhibit Thirteen.  What is

16   the background of this exhibit?  There appears to be

17   a symbol in the words, campus reform a project of the

18   leadership institute.

19                   A.   I believe that's the campus

20   reform.  A project of the leadership institute.

21                   Q.   Okay.  I can read.  What is that?

22                   A.   It is a news publication that

23   reports on liberal bias at campuses.

24                   Q.   Okay.  So where did this version

25   of the email with campus reforms logo behind it come

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         from?

 3                        A.    Where did this specific -- I'm a

 4         little confused.  Are you talking about where did

 5         this image come from with the logo behind it, or the

 6         email?

 7                        Q.    Yes.

 8                        A.    I --

 9                        Q.    Well, the email is from S.A.,

10         correct?

11                        A.    Correct.

12                        Q.    It appears to be sent from Aaron

13         Bishop, the Executive --

14                        A.    Uh-huh.

15                        Q.    -- Vice President of the Student

16         Association at Binghamton University Incorporated,

17         correct?

18                        A.    Correct.

19                        Q.    And it was sent to College

20         Republicans S.A.?

21                        A.    It appears to be, but they

22         blocked out the Binghamton S.A.

23                        Q.    Would -- did you receive this

24         email?

25                        A.    Yes.
```

Page 340

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                   Q.   And did you receive it on your --

3        the College Republican's email address?

4                   A.   Correct.

5                   Q.   Okay.  And is that what that is?

6                   A.   Right.

7                   Q.   Other than what's blacked out?

8                   A.   Yes.

9                   Q.   Okay.  Who's Matthew Johnson who

10       cc'ed?

11                  A.   I don't know.

12                  Q.   Okay.  And this email ref --

13       reads.  "Good morning.  I'm emailing to inform you

14       that the Be There account for College Republicans has

15       been suspended due to your violation with both

16       University and Student Association policy in regards

17       to tabling without proper approval on Thursday,

18       November 14th.  Let me know if you have any

19       questions.  Best Aaron."

20                  Did I read that correctly?

21                  A.   Correct.

22                  Q.   Okay.  So this tells you that

23       your -- your be -- Be There account was suspended?

24                  A.   Correct.

25                  Q.   Okay.  What's the Be There

Associated Reporters Int'l., Inc.

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        account?
 3                   A.    I don't remember what the Be
 4        There account is.  But if I remember correctly, I
 5        think that's the process that we use to book rooms.
 6                   Q.    Okay.  So the College Republicans
 7        weren't suspended as a group, correct?
 8                   A.    Well, it's kind of impossible to
 9        have a group when you can't book rooms or meeting
10        rooms.
11                   Q.    Okay.  But you said you had two
12        or three meetings after the Laffer event, correct?
13                   A.    Correct.
14                   Q.    And this was sent the day after
15        the Laffer event, correct?
16                   A.    Correct.
17                   Q.    So that -- this suspension of the
18        Be There account did not prevent you from having
19        three meetings, correct?  Or two, whatever the number
20        may have been?
21                   A.    We still were going to have
22        meetings, but we saw this as an attempt to stop us
23        from having --.
24                   Q.    Okay.  I didn't ask for your
25        characterization of it.  What -- my question was, was
```

Page 342

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        the suspension of your Be There account did not
 3        prevent College Republicans from -- from conducting
 4        two or three meetings before the end of the semester,
 5        correct?
 6                  A.    Correct.
 7                  Q.    Okay.  That's all I was asking.
 8        Have you ever -- did you ever get in touch with Aaron
 9        Bishop about any questions?
10                  A.    I believe I responded to the
11        original email.
12                  Q.    Okay.  And what did you say?
13                  A.    Our attorneys will be in touch,
14        if I remember correctly.
15                  Q.    Okay.  I'll just show you what's
16        been marked as Defendants Exhibit Fourteen.  This is
17        from Defendant S.A.'s disclosure.
18                  A.    Uh-huh.
19                  Q.    And it looks like there Exhibit
20        N, which is Bates stamped N one through four.  And I
21        will hand you the exhibits.  I will hand your
22        attorney one and pass it down one.
23                  And if you look on the second page of
24        Defendants' Exhibit Fourteen.  Do you see the email
25        you just referenced halfway through page?
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        A.   Correct.
 3                        Q.   And it says, yes, our attorneys
 4    will contact you soon?
 5                        A.   Yes.
 6                        Q.   Okay.  If you see -- as you sit
 7    here today, do you know if College Republican's
 8    attorneys contacted the S.A.?
 9                        A.   I don't know.
10                        Q.   Okay.  And I'm not asking you
11    about any conversations you had with any attorneys,
12    but can you tell me what attorneys this referred to?
13                        A.   I don't know.
14                        Q.   You don't know?
15                        A.   I -- well, I --
16                        Q.   You're the -- you're the
17    president of the College Republicans, correct?
18                        A.   Correct.
19                        Q.   Do the College Republicans have a
20    law firm representing them as of this point?
21                        A.   Not at that time, but we were
22    discussing if we wanted to or not.
23                        Q.   Okay.
24                        A.   We were considering legal
25    counsel.
```

800.523.7887                                    Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                         Q.    So when you said our attorneys

3         will be in touch, you hadn't yet retained any

4         attorneys, correct?

5                         A.    No.

6                         Q.    And again, I'm not asking you

7         about any contact you had with attorneys, whether it

8         be Mr. Hamilton's firm or anybody else.  What I'm

9         asking is, were there attorneys in place at this time

10        to contact the S.A.?

11                        A.    No.

12                        Q.    Okay.  Were any of the Defendants

13        copied on this email other than S.A. of course?  Do

14        you see Defendant Stenger, Rose or Pelletier copied

15        on this email?

16                        A.    Appears -- I guess vice -- it

17        says, executive vice president S.A. to Harvey.

18                        Q.    Okay.  What -- what page is that?

19                        A.    That's on page --

20                        Q.    See the top right.

21                        A.    Yup.  N zero zero zero zero zero

22        one.

23                        Q.    Okay.  N zero zero zero one.

24                        A.    Uh-huh.

25                        MR. SAITTA:  Which exhibit is this

ARII@courtsteno.com                              www.courtsteno.com

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2    again?
 3                    MR. CRAIG:  Exhibit N.
 4                    BY MR. MOORE:  (Cont'g.)
 5                    Q.   And you're looking at the bottom
 6    of the page?
 7                    THE REPORTER:  Defendants' Fourteen.
 8                    MR. SAITTA:  Okay.
 9                    THE WITNESS:  Yes, I see two.  I'm a
10    little confused.
11                    BY MR. MOORE:  (Cont'g.)
12                    Q.   Harvey.  Is that the recipient
13    you're talking about?
14                    A.   Yes, I see that.
15                    Q.   Okay.  Do you see Defendant Rose,
16    Stenger or Pelletier copied on any of these emails?
17                    A.   Not that I can see.
18                    Q.   Okay.  Do you have any personal
19    knowledge that the Defendant Stenger cause SUNY
20    Binghamton to take action against College Republicans
21    by having the S.A. suspend the College Republicans Be
22    There account?
23                    A.   Can you repeat the question?
24                    Q.   Do you have any personal
25    knowledge that Defendant Stenger caused SUNY
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 346
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2    Binghamton to take action against College Republicans

3    by having the S.A. suspend College Republicans Be

4    There account?

5              A.   I don't know.

6              Q.   Do you have any personal

7    knowledge that Defendant Rose caused SUNY Binghamton

8    to take action against College Republicans by having

9    the S.A. suspend College Republicans Be There

10   account?

11             A.   I do not know.

12             Q.   Do you know if either Defendant

13   had any involvement whatsoever in the decision to

14   send the email that we've marked as Exhibit Thirteen,

15   which is also included as part of Exhibit Fourteen?

16             A.   I -- I do not know.

17             Q.   And other than your email about

18   attorneys, did you or anybody else from College

19   Republicans take any other action to respond to the

20   email we've marked as Exhibit Thirteen?

21             A.   We put out a Facebook posts to

22   let people know that our meeting that day was

23   canceled.

24             Q.   Okay.  Got you.  And did you

25   write any other responses directly to S.A.?

800.523.7887                          Associated Reporters Int'l., Inc.

Page 347

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      A.    Not that I remember.
 3                      Q.    Okay.  Paragraph one thirty-one
 4         from the complaint, which is on page twenty-seven.
 5         And you might as well keep it with him because we're
 6         -- we're going to have a few more paragraphs I'm
 7         going to ask him about.  So paragraph one thirty-one
 8         reads.  "On information and belief, Stenger, Rose and
 9         the Student Association have not required other
10         groups to obtain approval before camp -- tabling on
11         campus."
12                      Did I read that correctly?
13                      A.    Correct.
14                      Q.    What is the basis -- do -- do you
15         have any knowledge regarding this contention?
16                      A.    Not that I know of.
17                      Q.    Okay.  In other words, do you
18         have any id -- do you have any knowledge that other
19         groups were allowed to table without getting approval
20         on campus?
21                      A.    Can you repeat that one more
22         time?
23                      Q.    Do you have any knowledge that
24         any groups were not required to obtain approval for
25         tabling before doing so on campus?
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        A.   I remember -- see -- well,
 3    College Libertarians, I remember tabled out
 4    permission, if I remember correctly.  But other than
 5    that, I don't know.
 6                        Q.   Okay.
 7                        A.   I remember als --
 8                        Q.   College Libertarians as
 9    conservative group?
10                        A.   They're a Libertarian
11    organization.
12                        Q.   Okay.  Would you -- did you --
13    you describe them earlier as a conservative group.
14    Didn't you?
15                        A.   Not that I know of.  I --
16                        Q.   All right.
17                        A.   They're a Libertarian
18    organization.
19                        Q.   Okay.  All right.  I mean, I'm
20    just trying to characterize your earlier statement.
21    We can --
22                        A.   Uh-huh.
23                        Q.   -- review to -- refer to the
24    record on that.  Were there any other groups that
25    you're aware of that Stenger, Rose or the Student
```

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         Association did not require to obtain approval for
 3         tabling on campus before they did so?
 4                    A.   Not with a specific table in
 5         front of them, but there were protests and things
 6         that --
 7                    Q.   Okay.  I didn't ask about
 8         protests.  I asked about tabling.
 9                    A.   Right.
10                    Q.   So you're not aware of any other
11         tabling?
12                    A.   Not aware of any outreach by
13         clubs that involved having a table in front of them.
14                    Q.   Okay.  Paragraph one thirty-two.
15         "This punishment was an unconstitutional enforcement
16         of the University's tabling policy because it was
17         motivated not by College Republicans' decision to not
18         obtain a permit, but by Stenger, Rose and the student
19         association's disagreement with College Republicans
20         and Y.A.F.'s views."
21                    Did I read that correctly?
22                    A.   Correct.
23                    Q.   Do you know that Defendant
24         Stenger disagreed with College Republicans' views?
25                    A.   I remember Harvey Stenger going
```

800.523.7887                              Associated Reporters Int'l., Inc.

Page 350

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         on Bob Joseph to talk and Bob Joseph is a liberal
 3         radio host in the area.
 4                   Q.   Okay.  But that wasn't my
 5         question.  The question was, do you know whether
 6         Defendant Stenger disagreed with College Republicans'
 7         views?
 8                   A.   I can't speak for Harvey Stenger.
 9                   Q.   Okay.  Do you know whether
10         Defendant Rose disagreed with any of College
11         Republicans' views?
12                   A.   I can't speak for Mr. Rose.
13                   Q.   Okay.  Do you know how long the
14         College Republicans' Be There account was suspended
15         for?
16                   A.   I do not know.
17                   Q.   Was there any other suspensions
18         issued to the College Republicans other than the
19         email we discussed as Exhibit Thirteen?
20                   A.   Not that I know of.
21                   Q.   Was there any effort made to
22         appeal that decision?  The suspension?
23                   A.   I do not know.
24                   Q.   You had left campus at the end of
25         that semester, correct?
```

ARII@courtsteno.com                              www.courtsteno.com

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.   Correct.

3                        Q.   And that would have ended before

4    Christmas.  Is that correct?

5                        A.   Correct.

6                        Q.   And you did not return to campus

7    or have any involvement with College Republicans

8    other than your speaking appearance, correct?

9                        A.   I called some of the members for

10   social calls to check up how the club was doing in

11   general.

12                       Q.   Yeah.  Okay.  And did they tell

13   you about any events they had hosted?

14                       A.   They talked to me about the Tom

15   Reed event.

16                       Q.   Okay.  And College Republicans

17   are currently a functioning group at B.U. as far as

18   you know, correct?

19                       A.   As far as I'm aware.

20                       Q.   You appeared at one of their

21   events last year, correct?

22                       A.   Correct, I appeared at one of

23   their meetings.

24                       Q.   Okay.  And do you know if or when

25   that group status as an approved Be There account was

Associated Reporters Int'l., Inc.

Page 352

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         restored and under what circumstances?
 3                        A.   I don't know.
 4                        Q.   Okay.  Paragraph one thirty-four.
 5         I will read it into the record.  "Plaintiffs' College
 6         Republican and Lizak met with Defendant Stenger and
 7         Rose on January 20, 2020 to discuss the tabling
 8         events incident and the Dr. Laffer event.  This
 9         meeting was facilitated by Congressman, Thomas Reid,
10         the U.S. representative for New York's 23rd
11         congressional district, who also attended."
12                        Did I read that correctly?
13                        A.   Correct.
14                        Q.   Were you present at this meeting?
15                        A.   No.
16                        Q.   Do you have any idea who recorded
17         that meeting?
18                        A.   I don't.
19                        Q.   Paragraph one forty-five.  We're
20         going to couple pages forward.  And this reads.  "By
21         failing to perform their constitutional duty to
22         protect Plaintiffs' free speech activity in the form
23         of the Dr. Laffer event, and by actively encouraging
24         participating in and permitting the disruption of
25         that event, Stenger, Rose and Pelletier caused
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 353

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        financial damages to the Plaintiffs totaling thirty-

3        seven thousand three -- seven hundred and seventeen

4        dollars and ninety-three cents.  This total includes

5        Dr. Laffer's honorarium, transportation and private

6        security, YAF's flights, transportations, meals and

7        accommodations, and the hiring of an event

8        photographer and mailing of marketing materials."

9        Did I read that correctly, sir?

10                    A.    Correct.

11                    Q.    Who paid this thirty-seven

12       thousand seven hundred and seventeen dollars and

13       ninety-three cents?

14                    A.    I don't know.

15                    Q.    Do you have any idea who that sum

16       was paid to?

17                    A.    I don't know.

18                    Q.    Did any of that come from College

19       Republican funds?

20                    A.    I do not know.

21                    Q.    Do you know what Dr. Laffer's

22       honorarium was and what that term refers to?

23                    A.    I don't.  I don't know the word.

24                    Q.    And do you know what portion of

25       the thirty-seven thousand dollars and change was Dr.

Page 354

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2         Laffer's honorarium?
 3                        A.    I don't know.
 4                        Q.    Do you have any idea of how much
 5         was paid for transportation?
 6                        A.    I do not.
 7                        Q.    By the Plaintiffs?
 8                        A.    I do not.  I do not know.
 9                        Q.    Do you know how much was paid for
10         private security by the Plaintiffs?
11                        A.    I do not know.
12                        Q.    Do you know how much was paid for
13         YAF's flights?
14                        A.    I do not know.
15                        Q.    Do you know who from YAF flew to
16         the event?
17                        A.    I know Dr. Laffer did, but other
18         than that, I don't know.
19                        Q.    Okay.  Was there anybody from YAF
20         present at the event?
21                        A.    Yes.
22                        Q.    Who?
23                        A.    Raj Kanopolin -- Kanopolin (sic).
24                        Q.    Raj Kannappan?
25                        A.    Yes.
```

800.523.7887                                   Associated Reporters Int'l., Inc.

Page 355

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        Q.   Okay.  And did he fly in from

3        somewhere?

4                        A.   I don't know.

5                        Q.   Do you know where he flew in

6        from?

7                        A.   I don't know if he flew.

8                        Q.   Okay.  Do you know what meals he

9        ate while he was there?

10                       A.   I do not know.

11                       Q.   Do you know who paid for those

12       meals?

13                       A.   I do not know.

14                       Q.   Do you know where he stayed while

15       he was in Binghamton?

16                       A.   I do not know.

17                       Q.   Did you pay for the event

18       photographer?

19                       A.   Not that I'm aware of.

20                       Q.   Do you know who did?

21                       A.   I do not know.

22                       Q.   Do you know how much the fee was?

23                       A.   I do not know.

24                       Q.   Okay.  And the marketing

25       materials.  Who mailed marketing materials and to

800.523.7887                        Associated Reporters Int'l., Inc.

Page 356

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2        whom were they mailed?
 3                    A.   I don't know.
 4                    Q.   Okay.  And do you have any idea
 5        how was ex -- how much was expanded upon the mailing
 6        of marketing materials?
 7                    A.   I do not know.
 8                    Q.   Does College Republicans keep
 9        financial books of records regarding contributions
10        and donations?
11                    A.   I don't know.
12                    Q.   Did you know this when you were
13        the College Republicans president?
14                    A.   Not that I'm aware of.
15                    Q.   Okay.  And you didn't maintain
16        any records regarding finances during your time there
17        --
18                    A.   No.
19                    Q.   -- as the president?
20                    A.   Not that I'm aware of.
21                    Q.   Okay.  Paragraph one forty-six.
22        "Plaintiffs desire to once again host Dr. Laffer and
23        similar speakers on SUNY Binghamton's campus.
24        However, Plaintiffs reasonably fear that if they do,
25        Stenger, Rose and Pelletier will again enforce the
```

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        speech suppression policy to conspire with, encourage

3        and permit disruptors, including College Progressives

4        and PLOT to engage in disruptive and disorderly

5        contact -- conduct designed to suppress Plaintiffs'

6        message."

7                        Did I read that correctly?

8                        A.   Correct.

9                        Q.   Do you know if there have been

10       speakers hosted by the College Republicans on campus

11       Since Dr. Laffer?

12                       A.   I do not know.

13                       Q.   Okay.  There might have been,

14       there might not have been.  You just don't know

15       personally?

16                       A.   I just don't know personally.

17                       Q.   Because you weren't involved

18       after -- after December 2019, correct?

19                       A.   Correct.

20                       Q.   Okay.  We have a recording we

21       want to play it for you.  And I will state for the

22       record again with reference to Exhibit Fifteen that

23       this is -- I don't know if you have Fifteen in front

24       of you.  But this is also referenced on page two.

25                       A.   Exhibit Fifteen I'm looking for?

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                     Q.    Fifteen, yeah.

 3                     A.    Okay.

 4                     Q.    On page two at the very top of

 5    page two of that, there's a Twitter address.

 6                     A.    Okay.

 7                     Q.    And that's a recording of some

 8    people talking.  And I'm -- I'm going to ask that my

 9    colleague, Ms. Kuryluk, play that for you now and ask

10    you to listen.  It's only about two minutes long.  If

11    you can't hear it at any point, let us know.

12                     A.    Okay.

13                     MR. MOORE:  Show him there's some --

14    there's some commentary on this one.

15                     BY MR. MOORE:  (Cont'g.)

16                     Q.    You see some other words.  Some -

17    - some words on the screen of this Twitter post?

18                     A.    I do, yes.

19                     Q.    Have you ever seen this before

20    today?

21                     A.    I have not, no.

22                     (Recording playing)

23                     Q.    Have you ever heard this

24    recording before today?

25                     A.    No.
```

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        Q.    Okay.  Do you recognize any of

3          the voices on it?

4                        A.    Sounded like Lacey Kestager.  One

5          of the voices sounded like Brian Murray --

6                        Q.    Okay.

7                        A.    -- to me, but I don't know

8          because I wasn't there.

9                        Q.    Okay.  So your voice does not

10         appear on this?

11                       A.    No.

12                       Q.    Okay.  Do you know who recorded

13         this?

14                       A.    If I remember correctly, I heard

15         it was a Fisel Allam (phonetic spelling), I believe,

16         potentially.

17                       Q.    A Fisel Allam.  What does that

18         mean?

19                       A.    That's the person's name.

20                       Q.    Oh.

21                       A.    Allam.

22                       Q.    Is -- who -- who is Fisel Allam?

23                       A.    I believe he showed up to one or

24         two College Libertarians meetings, but that's the

25         extent that I know him.

Associated Reporters Int'l., Inc.

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.    All right.  He wasn't a College

3    Republican's member?

4                    A.    Not that I know of.

5                    Q.    Did he work for a paper?

6                    A.    Not that I know of.

7                    Q.    Okay.  Do you know what date this

8    was recorded on?

9                    A.    I don't.

10                   Q.    Okay.

11                   A.    I do know that the record -- I

12   heard there was a recording that came out, but I was

13   in D.C. at the time.

14                   Q.    Okay.  I was just wondering if

15   you can identify who was on there.  Okay.

16                   MR. MOORE:  That's all I have for now.

17                   Tom, you got anything?

18                   MR. SAITTA:  I do, just a little bit.

19                   MR. MOORE:  Okay.  I'm going to pass

20   the -- the baton to S.A.'s attorney and --

21                   MR. SAITTA:  Okay.

22                   THE WITNESS:  Okay.

23                   MR. MOORE:  I may have a little more

24   when he's done.

25                   MR. SAITTA:  Okay.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                        CROSS-EXAMINATION

 3                        BY MR. SAITTA:

 4              Q.   My name is Tom Saitta.  I'm

 5    representing the Student Association in this

 6    litigation.  I'll be asking you a series of questions

 7    and same rules as before.

 8              A.   Okay.

 9              Q.   I'll try to let you answer before

10    I ask another question, if you let me finish before

11    I, you know, you answer my question.

12              A.   Okay.

13              Q.   If you want to take a break, if

14    you don't understand anything, just say that.

15              A.   Okay.

16              Q.   I don't know is a perfectly

17    legitimate response.  We don't want you to have to

18    guess unless I ask you for an approximation.  And

19    then, if you feel you can't give me one, just say

20    that.

21              A.   Okay.

22              Q.   Okay.  I'll -- I'll direct your

23    attention to paragraph forty of Exhibit One, which is

24    summons and complaint.

25              A.   Okay.  Where are we going?
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.   Paragraph forty.

3                    A.   Paragraph forty.  Okay.

4                    Q.   The second to last line -- or the

5    second line of paragraph forty talks about the

6    administration retains the power to direct Student

7    Association decisions.  Are you aware of the basis

8    for this claim?  Do you have any knowledge of that

9    personally?

10                   A.   I don't.

11                   Q.   Okay.  And do you know whether or

12   not there's any in -- in -- withdrawn.

13                   Have you ever seen any document or

14   written policy that allows the administration to

15   retain power over Student Association decisions?

16                   A.   I don't know.

17                   Q.   Okay.  Are you aware of any class

18   of decisions made by the Student Association which

19   the university has ever controlled, to your

20   knowledge?

21                   A.   I don't.

22                   Q.   Okay.  And in particular, do you

23   have any knowledge that the University directed any

24   Student Association decision regarding the College

25   Republicans, Libertarians of the Laffer Event?

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 363

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                      A.   I don't know.

3                      Q.   Okay.  And also if we go to the

4    next page, we're still at paragraph forty, it talks

5    about the Student Association has the power to

6    suspend or reinstate Student Organizations.

7                      A.   Where are you reading this from?

8                      Q.   Sure.  Page eleven, the first --

9                      A.   Uh-huh.

10                     Q.   -- sentence, which is a

11   continuation of paragraph forty.

12                     A.   Okay.

13                     Q.   And are you aware of situations

14   in which the Student Association can suspend or

15   reinstate student organizations?

16                     A.   Not that I know of.

17                     Q.   Okay.  And in terms of the

18   College Republicans, to your knowledge, following the

19   Laffer Event and the tabling event, was the College

20   Republicans charter revoked?

21                     A.   I don't know.

22                     Q.   Okay.  And was any of their

23   financing either reclaimed or terminated or held up

24   because of that?

25                     A.   I don't know.

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 364

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.   Okay.  Now, it's my understanding

3         that the Student Association provides funding to var

4         -- various chartered organizations?  Well, let me ask

5         you this way.

6                    A.   Uh-huh.

7                    Q.   As a chartered organization --

8                    A.   Uh-huh.

9                    Q.   -- you have the ability to

10        request funds from the Student Association?

11                   A.   Yeah.  I don't remember, but --

12                   Q.   Okay.

13                   A.    -- I don't remember.

14                   Q.   Okay.  Do you recall if the

15        College Republicans ever received any money from the

16        Student Association while you were President?

17                   A.   I don't know if it was from the

18        Student Association of the five-hundred-dollar budget

19        --

20                   Q.   Okay.

21                   A.    -- that was quoted previously.

22                   Q.   And is that a budget that -- that

23        you prepared as a proposal to some entity to get the

24        five-hundred dollars?

25                   A.   Not that I know of.

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      Q.    Okay.  Do you know how the five-
 3         hundred dollars found its way to the College
 4         Republicans?
 5                      A.    I don't.
 6                      Q.    Okay.  If the College Republicans
 7         were to make an application to the Student
 8         Association for funding, would that be something the
 9         treasurer would handle or some other office on the
10         Executive Board?
11                      A.    I'm not completely sure.
12                      Q.    Which, to the best of your
13         knowledge, was your understanding?
14                      A.    To the best of my knowledge,
15         potentially the treasurer, but again, I'm not
16         completely sure.
17                      Q.    I understand.  And -- and I'm not
18         trying to trap you with that.  I just want your best
19         of your recollection.
20                      A.    Okay.
21                      Q.    Now, in terms of getting
22         permission to table.  My understanding, and correct
23         me if I'm wrong, if an organization wants to table on
24         the spine, they need to get approval prior to that?
25                      A.    As far as I understand, correct.
```

1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                    Q.   Okay.  And that's done through

3   the Be There account?

4                    A.   I don't know what the process is.

5                    Q.   Okay.  So you don't know whether

6   or not the request for tabling permission goes

7   through the University as opposed to the Student

8   Association?

9                    A.   I don't know.

10                   Q.   Okay.  I'll ask you to look at

11  Exhibit Five, which were the reservation guidelines.

12  Now, do you know who generated these guidelines?

13                   A.   I do not know.

14                   Q.   Okay.  And I'll direct your

15  attention to the top of the first page of Exhibit

16  Five, which lists a series of email addresses.  Do

17  you see that?

18                   A.   I do.  Are you talking under a

19  reservation guidelines?

20                   Q.   Reservation guidelines?

21                   A.   Okay.

22                   Q.   Maybe not email.  I shouldn't --

23  I'm sorry.  This is getting my age, website

24  addresses.

25                   A.   They appear to be hyperlinks, but

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         --

 3                   Q.   Even better.  Okay.  Were there

 4    any hyperlinks to the Student Association, or all of

 5    these through the University?

 6                   A.   I don't know.

 7                   Q.   Okay.  Well, you've seen before

 8    you testified, to an email that was sent from the

 9    Student Association and it had a particular hyperlink

10    to it.  Do you see any hyperlink here which is to the

11    Student Association?

12                   A.   I don't know where these

13    hyperlinks go.

14                   Q.   Okay.  All right.  And in terms

15    of the guidelines, these apply not only to S.A.

16    chartered organizations, but to other groups, Greek

17    groups, faculty and staff?

18                   A.   I don't know.

19                   Q.   Well, I'll -- I'll -- I'll ask

20    you to look at under reservation guidelines on the

21    first page.

22                   A.   Okay.  According to the document,

23    it does say that.

24                   Q.   Okay.  So would it be fair to say

25    that if groups other than an S.A. organization wanted
```

Associated Reporters Int'l., Inc.

Page 368

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2        to reserve a group through the Be There account, they

3        would not be going through the Student Association?

4                    A.    I -- can you --

5                    Q.    Sure --

6                    A.    -- I'm having a little trouble -

7        -

8                    Q.    -- I'll rephrase that.

9                    A.    -- understanding.

10                   Q.    Yeah.   Okay.   With respect to who

11       approves the requests for reservations, if there were

12       non S.A. student groups that can apply, would it be

13       fair to say that S.A. wouldn't be the one making that

14       decision?   If say, one of the Greek groups or faculty

15       or staff applied?

16                   A.    I don't know who does the

17       approval for that.

18                   Q.    Okay.   And if you look under the

19       section, same thing of Exhibit Five, under -- on the

20       second page near the bottom, it talks about major

21       events.   And if you go to the following page, it

22       should be the third page, they about meeting with

23       Orrin Kenyon, Assistant Director of Union Operations.

24       You see that?

25                   A.    Yes, I do see that.

800.523.7887                           Associated Reporters Int'l., Inc.

Page 369

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        Q.    Okay.  Do you know whether or not
 3          Orrin Kenyon was an official with the Student
 4          Association?
 5                        A.    I do not.
 6                        Q.    Okay.  But Union Operations is an
 7          administrative department?
 8                        A.    I don't know.
 9                        Q.    Okay.  Now, in terms for the --
10          the requests that were made for the room, for the
11          Laffer speech, we're moving out a little past of
12          tabling event.
13                        A.    Uh-huh.
14                        Q.    Do you know whether those were
15          made to the University union staff?
16                        A.    I don't know.
17                        Q.    Okay.  Do you know who made the
18          request on behalf of the College Republicans for the
19          room for the Laffer speech?
20                        A.    If I remember correctly, I
21          believe it was sent from my email, if I remember
22          correctly.
23                        Q.    Okay.  Yeah, and that's Exhibit
24          Three.  And if you look at Exhibit Three, your email,
25          at least on page one, is addressed to
```

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         classrooms@binghamton.edu.  Do you see that?

3                   A.   I do from classroom account.

4                   Q.   Right.  Now, do you know whether

5         that -- that's a hyperlink to an administrative

6         office or to an S.A. office?

7                   A.   That's just an email address, I

8         believe.  I don't think that's a hyperlink.

9                   Q.   Okay.  Is that to an

10        administrative office or to the Student Association?

11                  A.   I don't know.

12                  Q.   Okay.  All right.  I'll direct

13        you to paragraph forty-two of the complaint.

14                  A.   So Exhibit One?

15                  Q.   Yeah, Exhibit One.

16                  A.   Okay.  Paragraph forty-two you

17        said?

18                  Q.   Right.  And that deals with the

19        Y.A.F.?

20                  A.   What page is that on?

21                  Q.   Page eleven.

22                  A.   Okay.

23                  Q.   It references a problem that they

24        had with the anti-communism provision in the group's

25        constitution.  Do see that?

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2                      A.   I do.  I'm just reading it over.

 3                      Q.   Sure.

 4                      A.   I do see that.

 5                      Q.   Okay.  And is it your

 6    recollection that the Y.A.F. applied to be a student

 7    -- student organization?

 8                      A.   I do not know.

 9                      Q.   Chartered?

10                      A.   I don't know.

11                      Q.   Okay.  So you -- were you

12    involved in any conversations with the Y.A.F. about

13    an attempt to be a chartered organization on campus?

14                      A.   Not specifically for Y.A.F.?  All

15    right, I'm a little confused --

16                      Q.   Yeah, sure.

17                      A.   -- specifically for a Young

18    America's Foundation chapter on campus?

19                      Q.   Young Americans for Freedom is my

20    understanding what Y.A.F. is.

21                      A.   No, it's Young America's

22    Foundation.

23                      Q.   Okay.  This paragraph -- well,

24    paragraph forty-two talks about not granting official

25    recognition to Young Americans for Freedom.  So let
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 372

```
1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
2         me start with that.  Do you know, does the term Young
3         Americans for Freedom have any meaning to you?
4                   A.    No.
5                   Q.    Okay.  So when you refer to the
6         Y.A.F., you're referencing Young Americans --
7                   A.    Foundation.
8                   Q.    Foundation, okay.  And do you
9         know whether or not in the fall semester of 2019,
10        whether the Young Americans Foundation applied to be
11        a chartered student organization?
12                  A.    I don't know.
13                  Q.    Okay.  So you wouldn't have been
14        involved in anything relating to such an application?
15                  A.    Not that I know of.
16                  Q.    Okay.  And so in terms of
17        paragraph forty-three, where they talk about the
18        Student Association approving the language, but then
19        raising requirements for a faculty advisor and more
20        sponsor and police presence, were you involved in any
21        of those discussions?
22                  A.    I don't know what Young Americans
23        for Freedom is.
24                  Q.    Okay.  I'm sorry.  Again, when
25        I'm using Young Americans for Freedom, we'll take
```

Associated Reporters Int'l., Inc.

                                                    Page 373

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         that for now to mean Young Americans Foundation.

 3                     A.    Okay.

 4                     Q.    And are you aware of the Student

 5         Association telling the Young Americans Foundation

 6         that they either needed a faculty sponsor or police

 7         presence at their events in order to be a chartered

 8         group?

 9                     A.    I'm not aware.

10                     Q.    Okay.  If -- I'll refer you then

11         to paragraph fifty-seven.

12                     A.    Okay.

13                     Q.    And that references a free speech

14         suppression policy of Defendants Stenger, Rose and

15         Pelletier.  First of all, can you -- can you describe

16         what the spree -- this speech suppression policy

17         refers to?

18                     A.    I can't.  I don't know.

19                     Q.    Okay.  Okay.  And do you have any

20         knowledge whether or not the Student Association

21         either generated or had input into what's called the

22         speech suppression policy, or Defendants Stenger,

23         Rose and Pelletier?

24                     A.    I don't know.

25                     Q.    Okay.  I'll then direct your
```

Associated Reporters Int'l., Inc.

Page 374

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2          attention to paragraph seventy.  And it talks about

 3          Y.A.F., and again, your understanding is Y.A.F. is?

 4                         A.    Young America's Foundation.

 5                         Q.    Foundation.  Okay.  Talking about

 6          speaking with counsel for the University.  Do you

 7          have any knowledge about that conversation?

 8                         A.    I do not.

 9                         Q.    Okay.  And it'd be fair to say

10          then that you don't know whether or not the Y.A.F.

11          spoke to any S.A. official regarding the Laffer

12          event?

13                         A.    I spoke to any S.A. official?

14                         Q.    Right, if --

15                         A.    Not that I know of.

16                         Q.    Okay.  All right.  Then I'll ask

17          you to look at the paragraphs seventy-seven through,

18          I believe, it's ninety-seven, which really focuses on

19          the disruption of the Laffer speech.  And I guess

20          I'll ask, are you aware of any S.A. involvement in

21          facilitation of the disruption of that event as

22          alleged in the complaint?

23                         A.    Not that I know of.

24                         Q.    Okay.  And are you aware of any

25          conduct of the S.A. which you feel led to the
```

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         disruption or assisted the disruption of the Laffer

 3         Speech?

 4                   A.   I don't know.

 5                   Q.   Okay.  And same with the

 6         cancellation of the speech.  Do you have any

 7         knowledge that anybody at the S.A. had any role in

 8         canceling as alleged the Laffer Speech?

 9                   A.   I don't know.

10                   Q.   Okay.  Now, we'll go to the

11         second cause of action, which is on page thirty-two

12         at the bottom and carries over to page thirty-three.

13         And in particular, paragraph one fifty-eight alleges

14         that the Student Association knowingly and

15         intentionally used State power to retaliate against

16         the College Republicans for the views they expressed

17         during your tabling and Dr. Laffer event.  Do you see

18         that paragraph?

19                   A.   I do.

20                   Q.   Okay.  Are you aware of any

21         actions that the Student Association took to

22         retaliate against the College Republicans?

23                   A.   They canceled the room, booking

24         rooms and meeting.

25                   Q.   Okay.  The Be There account?
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        A.    Correct.
 3                        Q.    Okay.  And we looked at the email
 4        from the Student Association that indicated that that
 5        action was taken because of the violation or because
 6        of a violation by the College Republicans of the
 7        tabling procedure getting prior approval.  Do you
 8        recall that email?
 9                        A.    I recall the email.
10                        Q.    Okay.  Do you have any basis to
11        believe that that was not why they suspended the Be
12        There account?
13                        A.    I don't know.
14                        Q.    Okay.  And in -- in terms of do
15        you have any direct knowledge that that particular
16        act of suspending the Be There account for the
17        College Republicans was done in retaliation for their
18        political -- for Republican's political views?
19                        A.    I don't know.
20                        Q.    Okay.  All right.  So go to
21        paragraph one sixty then.
22                        A.    Okay.
23                        Q.    It alleges that the Student
24        Association's retaliation against College
25        Republicans, express views, was part of a pattern of
```

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         discriminatory behavior as evidenced by its prior

 3         attempts to block the expression of other

 4         conservative groups, like the Young Americans for

 5         Freedom.  So let me start with that.

 6                   Are you aware of any groups other than

 7         the Young Americans for Freedom that were subject to

 8         actions on the part of the S.A. which you claim are

 9         part of the pattern of discriminatory behavior?

10                   A.   To the best of my recollection, I

11         know the Student Association had issues with the

12         Binghamton review, the free speech paper on campus --

13                   Q.   Okay.

14                   A.    -- in past years.

15                   Q.   And when you say past years, do

16         you have any conception of how far past we're talking

17         about?

18                   A.   Maybe --

19                   Q.   How long ago is -- if you recall?

20                   A.   I don't recall.

21                   Q.   Okay.  More than five years

22         before the Laffer incident?

23                   A.   I would say around five years.

24                   Q.   Okay.  And in terms of the issues

25         -- first of all, you said Binghamton Review, is that?
```

Associated Reporters Int'l., Inc.

Page 378

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2              A.   Correct.  The Binghamton Review.

3              Q.   Okay.  Is that a publication that

4    you would characterize as a conservative publication?

5              A.   I characterize it as a right

6    leaning free speech publication.

7              Q.   Okay.  All right.  And in terms

8    of the issues that the Student Association had with

9    the Binghamton review, do you recall what those were?

10              A.   If I remember correctly, there

11    was a big controversy over an article that was

12    published in the Binghamton review a number of years

13    before I --

14              Q.   Okay.  And do you remember what

15    the article was about?

16              A.   I -- if I remember, it was about

17    a documentary.  If I remember, a student wrote up a

18    piece about a documentary if I remember correctly.

19              Q.   Okay.  And do you recall what

20    issue the Student Association had with that article?

21              A.   I wasn't around during that time.

22              Q.   Okay.  All right.  And -- and

23    then what makes you believe that the problems they

24    had with the review regarding that article was due to

25    the reviews, political views?

Associated Reporters Int'l., Inc.

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                      A.    If I remember correctly, the
 3    article was a pretty conservative piece.  I never
 4    read it.  But I remember hearing from students from
 5    past years talking about it.
 6                      Q.    And what did they say about what
 7    they thought was behind the University's concern or
 8    the Student Association's concerns with the article?
 9                      A.    They said that it was, if I
10    remember correctly, homophobic, if I remember
11    correctly, but again I wasn't there --
12                      Q.    Okay.
13                      A.    -- so I don't specifically know.
14                      Q.    Okay.  Are you aware of any other
15    actions by the Student Association which make up the
16    pattern of discriminatory behavior alleged in
17    paragraph one sixty, other than what you've just
18    testified to?
19                      A.    I don't know.
20                      Q.    Okay.  Those are all the
21    questions I have.  Thank you.
22                      REDIRECT EXAMINATION
23                      BY MR. MOORE:
24                      Q.    A quick follow-up, staying on the
25    same page.
```

Page 380

```
 1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia
 2                        A.    Okay.
 3                        Q.    Paragraph one fifty-eight says,
 4    "Based upon the allegation set above, Defendants
 5    Stinger, Rose and Student Associations knowingly and
 6    intentionally use State power to retaliate against
 7    College Republicans for the views they expressed
 8    during their tabling and Dr. Laffer event."
 9                        Can you tell me how you -- if you
10    know, how Defendant Stenger knowingly and
11    intentionally retaliated against the College
12    Republicans?
13                        A.    I don't know.
14                        Q.    And do you have any knowledge of
15    how Defendant Rose knowingly and intentionally used
16    State power to retaliate against College Republicans?
17                        A.    I do not know.
18                        Q.    Okay.  And again, you don't know
19    whether Stenger and/or Rose were involved in the
20    decision to suspend the Be There account?
21                        A.    I --  I'm not either of them, I
22    can't answer for them.  I don't know.
23                        Q.    Okay.  I'm asking what you know.
24    Was there -- did Laffer have any other events that
25    day on November 18, 2019, on that day in Binghamton?
```

Associated Reporters Int'l., Inc.

                                                        Page 381

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2                        A.   Yes.  I -- he had a press

3    conference I've mentioned earlier.

4                        Q.   Right.  Anything other than that?

5                        A.   Well, lunch with us, and other

6    than that, I don't know.

7                        Q.   Lunch with you, press conference

8    --

9                        A.   Other than that?

10                       Q.   -- and then the speech?  Is that

11   it?

12                       A.   As far as I know.

13                       Q.   Okay.  All right.  That's all I

14   have.  Thanks for your time.  Appreciate it.

15                       THE REPORTER:  Are we going off the

16   record?

17                       MR. SAITTA:  Off the record, yeah.

18                       (The deposition concluded at 3:25

19   p.m.)

20

21

22

23

24

25

800.523.7887                                 Associated Reporters Int'l., Inc.

Page 382

```
 1     B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2   STATE OF               )
     COUNTY OF              )
 3
                I, JOHN RESTUCCIA, have read the foregoing
 4   record of my testimony taken at the time and place noted
     in the heading hereof and do hereby acknowledge:
 5   (Please check one)
                ( ) That it is a true and correct transcript of
 6   same.
                ( ) With the exceptions noted in the attached
 7   errata sheet, it is a true and correct transcript of same.

 8
                              X
                                JOHN RESTUCCIA
 9

10   Sworn to before me this
     _____day of _____, 2023.
11   X_____
     NOTARY PUBLIC
12   My Commission Expires:
13   _____

14

15

16

17

18

19

20

21

22

23

24

25
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 383

1    B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

2         I, NICOLE BUNNELL, do hereby certify that the

3    foregoing testimony of JOHN RESTUCCIA was taken by me, in

4    the cause, at the time and place, and in the presence of

5    counsel, as stated in the caption hereto, at Page 1

6    hereof; that before giving testimony said witness was duly

7    sworn to testify the truth, the whole truth and nothing

8    but the truth; that the foregoing typewritten

9    transcription, consisting of pages number 1 to 381,

10   inclusive, is a true record prepared by me and completed

11   by Associated Reporters Int'l., Inc. from materials

12   provided by me.

13   *Nicole Bunnell*

14   NICOLE BUNNELL, Reporter  *BCF*

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 384

```
 1   B.U. College, et al v Rose, et al - 1/10/23 - J. Restuccia

 2         ASSOCIATED REPORTERS INTERNATIONAL, INC.
                     (800) 523-7887
 3
     Date:
 4   Case Name:  B.U. College Republican's v Rose, et al
     Index Number:  20-CV-0822
 5   Deponent:  John Restuccia
     Deposition Date:  1/10/2023
 6   Examining Attorney:  John Moore, A.A.G.

 7   Dear Mr. Restuccia:

 8
     Please read and make any changes and/or corrections in
     your testimony and sign the transcript in the presence of
 9
     a notary public.  Please do so within thirty (30) days.
10   If you fail to sign the transcript within thirty (30)
     days, it will be delivered to the appropriate parties
11   without signature.  Return the transcript with
     corrections, if any, to:
12
             OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
13           BY:  JOHN MOORE, A.A.G.
                  AMANDA KURYLUK, A.A.G.
14           The Capitol
             Albany, New York 12224
15
     CORRECTIONS:
16
     _____      Word or phrase:  _____
17
                    Corrected to:    _____
18   _____      Word or phrase:  _____
                    Corrected to:    _____
19   _____      Word or phrase:  _____
                    Corrected to:    _____
20   _____      Word or phrase:  _____
                    Corrected to:    _____
21   _____      Word or phrase:  _____
                    Corrected to:    _____
22   _____      Word or phrase:  _____
                    Corrected to:    _____
23
     _____      Word or phrase:  _____
                    Corrected to:    _____
24
     _____
25   Date Signed
```

## A

**A-N-O** 85:8
**A.A** 125:25
**A.A.G** 2:10,11 384:6,13,13
**a.m** 1:19 7:3 100:8,9 103:6
  104:12 134:5 146:8,9 174:19
  178:21,25 181:10 191:4 217:21
  235:16 238:12
**A.R** 246:5,9,14
**Aaron** 339:12 340:19 342:8
**abilities** 48:3
**ability** 364:9
**able** 94:22 103:14 109:4 215:2
**Absolutely** 41:24 44:24
**academic** 128:16 236:7
**accept** 155:7
**access** 43:8 44:3 111:25 177:23
  213:22 231:6 233:3
**accessible** 183:5 233:17
**accidentally** 134:25
**accommodations** 353:7
**account** 105:17 113:10 133:22
  148:13,13 158:12,20 340:14,23
  341:2,4,18 342:2 345:22 346:4
  346:10 350:14 351:25 366:3
  368:2 370:3 375:25 376:12,16
  380:20
**accurate** 23:24 46:17 217:6
  288:24
**accusations** 284:23 285:9
**accused** 285:5
**achievements** 283:5,5
**achieves** 48:7
**acknowledge** 382:4
**acronyms** 90:18
**act** 376:16
**acting** 253:17 262:7,10,20,25
  297:13
**action** 285:15 287:14,19 294:20
  336:21 345:20 346:2,8,19
  375:11 376:5
**actions** 241:23 242:10 327:23
  375:21 377:8 379:15
**active** 47:25
**actively** 352:23
**activism** 169:21
**activities** 48:9 64:14,15
**activity** 352:22
**actual** 152:22

**Additionally** 238:7
**address** 3:10 10:7 13:12 29:19
  30:7 31:23 32:11 42:8,15 44:2
  44:12,13,14 82:12 84:13,13
  105:21,24 106:8,25 107:6,23
  116:24 122:22 131:2,5,8,23,24
  131:24 213:19,19,20 233:20
  238:6,25 266:3 340:3 358:5
  370:7
**addressed** 369:25
**addresses** 12:8 41:9 107:18,24
  130:24 213:15 232:17 366:16
  366:24
**adequate** 109:5
**adjacent** 267:16 268:6,14 269:8
  274:5
**administration** 252:20 259:14
  263:21 279:24 285:2,6 335:14
  335:15,18 336:25 362:6,14
**administrative** 135:22 369:7
  370:5,10
**administrator** 128:23 129:4,13
  261:12 280:12,22
**administrators** 253:17 261:9,10
  261:14 262:20 266:9 274:6
**advance** 269:17
**advanced** 220:5
**advertise** 309:2
**advertised** 309:19
**advertising** 66:6
**advice** 157:11
**advise** 151:19
**advised** 236:9
**advisor** 135:22 372:19
**Advisory** 156:16,21
**af** 182:22
**affirm** 7:6
**afternoon** 144:5 238:23
**age** 366:23
**agents** 270:22 271:2,16,18
  297:15 298:11,13 334:12 336:4
**aggressive** 224:3
**ago** 10:18 14:2 32:19 74:3 76:23
  79:3 80:8 82:5 83:23 148:25
  149:7 377:19
**agree** 17:6 102:12 119:15 121:20
  231:23 247:24 262:16 287:13
  287:18 322:3,20 330:11
**agreeing** 155:7

**AGWAD** 2:20
**ahead** 12:22,23 49:6,7 174:22
**aid** 47:22
**aides** 269:24
**airport** 269:25 270:3,5
**aisles** 279:18 280:7
**Akshar** 156:23
**al** 1:1,1 2:1,1 3:1,1 4:1,1 5:1
  5:1 6:1,1 7:1,1,25 8:1,1 9:1
  9:1 10:1,1 11:1,1 12:1,1 13:1
  13:1 14:1,1 15:1,1 16:1,1
  17:1,1 18:1,1 19:1,1 20:1,1
  21:1,1 22:1,1 23:1,1 24:1,1
  25:1,1 26:1,1 27:1,1 28:1,1
  29:1,1 30:1,1 31:1,1 32:1,1
  33:1,1 34:1,1 35:1,1 36:1,1
  37:1,1 38:1,1 39:1,1 40:1,1
  41:1,1 42:1,1 43:1,1 44:1,1
  45:1,1 46:1,1 47:1,1 48:1,1
  49:1,1 50:1,1 51:1,1 52:1,1
  53:1,1 54:1,1 55:1,1 56:1,1
  57:1,1 58:1,1 59:1,1 60:1,1
  61:1,1 62:1,1 63:1,1 64:1,1
  65:1,1 66:1,1 67:1,1 68:1,1
  69:1,1 70:1,1 71:1,1 72:1,1
  73:1,1 74:1,1 75:1,1 76:1,1
  77:1,1 78:1,1 79:1,1 80:1,1
  81:1,1 82:1,1 83:1,1 84:1,1
  85:1,1 86:1,1 87:1,1 88:1,1
  89:1,1 90:1,1 91:1,1 92:1,1
  93:1,1 94:1,1 95:1,1 96:1,1
  97:1,1 98:1,1 99:1,1 100:1,1
  101:1,1 102:1,1 103:1,1 104:1
  104:1 105:1,1 106:1,1 107:1,1
  108:1,1 109:1,1 110:1,1 111:1
  111:1 112:1,1 113:1,1 114:1,1
  115:1,1 116:1,1 117:1,1 118:1
  118:1 119:1,1 120:1,1 121:1,1
  122:1,1 123:1,1 124:1,1 125:1
  125:1 126:1,1 127:1,1 128:1,1
  129:1,1 130:1,1 131:1,1 132:1
  132:1 133:1,1 134:1,1 135:1,1
  136:1 137:1,1 138:1,1 139:1
  139:1 140:1,1 141:1,1 142:1,1
  143:1,1 144:1,1 145:1,1 146:1
  146:1 147:1,1 148:1,1 149:1,1
  150:1,1 151:1,1 152:1,1 153:1
  153:1 154:1,1 155:1,1 156:1,1
  157:1,1 158:1,1 159:1,1 160:1
  160:1 161:1,1 162:1,1 163:1,1

164:1,1 165:1,1 166:1,1 167:1
167:1 168:1,1 169:1,1 170:1,1
171:1,1 172:1,1 173:1,1 174:1
174:1 175:1,1 176:1,1 177:1,1
178:1,1 179:1,1 180:1,1 181:1
181:1 182:1,1 183:1,1 184:1,1
185:1,1 186:1,1 187:1,1 188:1
188:1 189:1,1 190:1,1 191:1,1
192:1,1 193:1,1 194:1,1 195:1
195:1 196:1,1 197:1,1 198:1,1
199:1,1 200:1,1 201:1,1 202:1
202:1 203:1,1 204:1,1 205:1,1
206:1,1 207:1,1 208:1,1 209:1
209:1 210:1,1 211:1,1 212:1,1
213:1,1 214:1,1 215:1,1 216:1
216:1 217:1,1 218:1,1 219:1,1
220:1,1 221:1,1 222:1,1 223:1
223:1 224:1,1 225:1,1 226:1,1
227:1,1 228:1,1 229:1,1 230:1
230:1 231:1,1 232:1,1 233:1,1
234:1,1 235:1,1 236:1,1 237:1
237:1 238:1,1 239:1,1 240:1,1
241:1,1 242:1,1 243:1,1 244:1
244:1 245:1,1 246:1,1 247:1,1
248:1,1 249:1,1 250:1,1 251:1
251:1 252:1,1 253:1,1 254:1,1
255:1,1 256:1,1 257:1,1 258:1
258:1 259:1,1 260:1,1 261:1,1
262:1,1 263:1,1 264:1,1 265:1
265:1 266:1,1 267:1,1 268:1,1
269:1,1 270:1,1 271:1,1 272:1
272:1 273:1,1 274:1,1 275:1,1
276:1,1 277:1,1 278:1,1 279:1
279:1 280:1,1 281:1,1 282:1,1
283:1,1 284:1,1 285:1,1 286:1
286:1 287:1,1 288:1,1 289:1,1
290:1,1 291:1,1 292:1,1 293:1
293:1 294:1,1 295:1,1 296:1,1
297:1,1 298:1,1 299:1,1 300:1
300:1 301:1,1 302:1,1 303:1,1
304:1,1 305:1,1 306:1,1 307:1
307:1 308:1,1 309:1,1 310:1,1
311:1,1 312:1,1 313:1,1 314:1
314:1 315:1,1 316:1,1 317:1,1
318:1,1 319:1,1 320:1,1 321:1
321:1 322:1,1 323:1,1 324:1,1
325:1,1 326:1,1 327:1,1 328:1
328:1 329:1,1 330:1,1 331:1,1
332:1,1 333:1,1 334:1,1 335:1
335:1 336:1,1 337:1,1 338:1,1

339:1,1 340:1,1 341:1,1 342:1
342:1 343:1,1 344:1,1 345:1,1
346:1,1 347:1,1 348:1,1 349:1
349:1 350:1,1 351:1,1 352:1,1
353:1,1 354:1,1 355:1,1 356:1
356:1 357:1,1 358:1,1 359:1,1
360:1,1 361:1,1 362:1,1 363:1
363:1 364:1,1 365:1,1 366:1,1
367:1,1 368:1,1 369:1,1 370:1
370:1 371:1,1 372:1,1 373:1,1
374:1,1 375:1,1 376:1,1 377:1
377:1 378:1,1 379:1,1 380:1,1
381:1,1 382:1,1 383:1,1 384:1
384:1,4
**Albany** 2:13 384:14
**all-hands** 266:25 267:2
**Allam** 359:15,17,21,22
**Allegany** 15:11
**allegation** 61:14 380:4
**allegations** 11:3,7 16:12 17:7
23:23 81:11 83:8 85:16
**alleged** 11:24 80:10,11 87:4
276:24 374:22 375:8 379:16
**alleges** 119:14 375:13 376:23
**allow** 151:16 243:20 266:15
**allowed** 53:7,9 55:7 87:14
129:15 305:24 311:12,13
347:19
**allowing** 236:3
**allows** 362:14
**als** 348:7
**alternative** 171:17
**Amanda** 2:11 300:16,16 327:20
384:13
**Amendment** 192:25 220:17 221:16
221:21 269:4
**America** 12:22,23,25 18:19
226:11
**America's** 1:7 7:24 91:24,25
99:7 103:22 107:19 154:17
155:25 157:8,24 160:2 250:20
254:25 289:15,23 371:18,21
374:4
**American's** 93:7 104:3
**Americans** 56:19 90:14,16 371:19
371:25 372:3,6,10,22,25 373:2
373:5 377:4,7
**amount** 93:21 94:13 157:8,9
183:13 240:24

**ancient** 182:5
**and-a-half** 26:3
**and/or** 70:22 71:15 107:19 119:7
121:12,14 276:10,24 284:22
286:2 294:19 295:16 308:24
380:19 384:8
**anecdotally** 73:9
**angle** 325:6
**angles** 314:5 318:3
**Anne** 72:23
**announcement** 279:16
**answer** 9:14 49:3,7 70:24 208:22
221:24 263:11 361:9,11 380:22
**answered** 49:3 62:22 70:24
202:14 208:19 312:14
**answering** 9:3
**answers** 6:9 8:21 9:7,9
**anti-communism** 370:24
**anticipating** 166:25
**anybody** 89:17 90:20 91:6 98:3
106:10 108:2 115:5 130:21
145:21 162:5,11 219:3 227:3
229:20 250:24 252:11 258:4
260:4 262:24 263:14 275:23
276:23 277:13 278:24 279:2
290:22 291:13 300:12 303:20
304:6 321:9,15 322:7,21 333:4
335:4,11,19 344:8 346:18
354:19 375:7
**anymore** 12:12
**anyway** 31:12,17 51:17 164:16
202:7 284:4
**Apartment** 12:10
**app** 3:11 42:23
**apparently** 277:8
**appeal** 350:22
**appear** 44:15 57:21 58:12,17
109:22 116:12 133:10 230:14
231:24 325:13 359:10 366:25
**appearance** 56:24 60:7 109:13
145:5 237:22 248:10 275:17
306:17 351:8
**appearances** 2:2 176:12 306:6,6
**appeared** 55:10,16 57:11,24 58:3
58:5,14 60:17 61:15,19 63:19
74:22 75:7,10 185:17 224:22
247:7,8 304:23 305:7,25 311:6
351:20,22
**appears** 103:8 116:16 120:5
121:19 122:2 123:18 124:2

800.523.7887                                    Associated Reporters Int'l., Inc.

125:23  126:13  127:24  128:15
128:20,25  133:6,12,20,24
136:10  147:20  148:12,24  153:2
153:5  157:25  158:5  165:2
173:24  176:17  200:5  232:6,14
233:24  236:23  239:2,18,24
240:7  244:22  245:21  246:4,19
248:24  279:7  321:6  324:7
329:3,5  337:18  338:2,16
339:12,21  344:16
**applaud** 324:16
**application** 365:7  372:14
**applied** 224:15  368:15  371:6
372:10
**apply** 367:15  368:12
**appreciate** 53:24  99:23  381:14
**approach** 272:3
**approached** 96:3  271:17  272:9
326:7
**appropriate** 384:10
**appropriately** 157:16
**approval** 53:15,16,18  115:5
128:15  251:10  337:5  340:17
347:10,19,24  349:2  365:24
368:17  376:7
**approve** 110:18,21  234:6
**approved** 52:25  118:5,8  120:15
122:4  123:24  125:22  127:18
128:23  129:4,13  210:22  351:25
**approves** 368:11
**approving** 60:6  118:11  372:18
**approximate** 27:8
**approximately** 26:2  46:11  168:18
178:21  180:21  212:11  220:22
270:21  278:7,13  315:21
**approximation** 361:18
**April** 314:19
**area** 54:14  64:18  130:18  177:21
233:17,19  245:6  350:3
**areas** 233:15
**Arizona** 10:17  12:7,11  14:3  95:4
307:5
**armband** 327:16
**arrested** 286:22  287:13,17
**arrived** 178:20  186:10  190:24,25
222:22  223:22  224:6,13,24
226:24  229:13,16  269:25
**Arthur** 86:10  98:2  119:2,12,22
120:25  122:7  123:5  124:16
126:12,14  127:18,18  129:11

145:23  176:9  236:8
**article** 378:11,15,20,24  379:3,8
**articles** 306:14
**aside** 132:8,10
**asked** 32:25  49:2  62:21  70:23
73:17  77:2  149:15  202:13
208:18  214:13  215:4,6,17
216:16  221:25  236:11  237:5,11
237:11  280:14  293:13  306:7
312:13  349:8
**asking** 8:4,20  9:4  16:4  22:22,25
23:2,13  24:8  43:11  62:25
70:25  89:12,12  149:15  150:3
150:15  192:16  209:7  215:14
236:5  241:9  263:16,18  280:6
305:3  320:21  332:13  342:7
343:10  344:6,9  361:6  380:23
**assemblage** 319:8
**assembly** 56:9
**assist** 47:24  103:14  155:8
156:17
**assistance** 16:23  215:17
**Assistant** 368:23
**assisted** 375:2
**assisting** 331:22
**associated** 16:21  116:21  132:5
167:3  169:13  170:4  383:11
384:2
**association** 1:13  2:19  46:10
112:5,12  178:4  199:4,21
202:18  204:15  207:10  336:24
337:4  339:16  340:16  347:9
349:2  361:5  362:7,15,18,24
363:5,14  364:3,10,16,18  365:8
366:8  367:4,9,11  368:3  369:4
370:10  372:18  373:5,20  375:14
375:21  376:4  377:11  378:8,20
379:15
**association's** 349:19  376:24
379:8
**Associations** 380:5
**assume** 30:15  46:25  88:25  124:17
128:5  133:17  137:23  154:16
155:16  160:5  234:14  248:11
263:4  297:22  311:25
**assumed** 27:16
**assuming** 247:17
**assumption** 138:2
**Astov** 52:5

**ate** 355:9
**attached** 134:15 135:18,24 136:10 137:25 382:6
**attachment** 137:18
**attempt** 341:22 371:13
**attempted** 228:5
**attempting** 326:3
**attempts** 377:3
**attend** 27:5 36:18 39:16 92:23 109:5 130:6 141:20 168:4 236:2 281:11,16
**attendance** 167:2 211:19 282:18
**attended** 35:13 54:16 62:15 73:18,22 76:9 145:19 182:19 352:11
**attendee** 90:3,5 212:13
**attendees** 89:14 168:16
**attending** 106:24
**attention** 45:25 177:11 253:8 313:23 315:13 320:14 333:16 361:23 366:15 374:2
**attorney** 2:9 6:15 7:20 8:7 9:17 9:20 22:24 29:25 40:9 135:9 138:9 147:12 151:18 254:25 333:15,22 342:22 360:20 384:6 384:12
**attorneys** 6:3 23:9 43:9 78:7 80:23 81:20,20 83:16 85:23 86:22 131:14 150:16 342:13 343:3,8,11,12 344:2,4,7,9 346:18
**audibly** 35:23
**audience** 319:13 321:16
**August** 118:15 120:6
**author** 285:3
**authored** 250:6,8
**authoring** 250:11
**authorization** 44:3,11 107:23
**authorizations** 45:6 132:3
**automatically** 232:16
**available** 50:2 111:20 115:4 266:15
**Avenue** 2:6
**avoid** 157:12
**aware** 50:11 62:6,9 63:20 67:18 72:20,22 73:9,9 74:22 75:13 78:16 82:9 85:21 86:12 88:3 89:10 91:5 107:2,9 114:4,10 114:15,20 118:13 122:23 136:14 197:12,15 199:7 206:23

207:24 208:21 219:21 234:4 257:17 264:25 271:6,19 277:12 277:15 282:4 301:19 306:20 334:7 348:25 349:10,12 351:19 355:19 356:14,20 362:7,17 363:13 373:4,9 374:20,24 375:20 377:6 379:14

**B**

**B** 4:2 44:13
**B-A-Y** 32:4
**B-L-A-K-E-S-L-E-E** 81:4
**B-R-I-N** 40:2
**B-R-Y-N** 40:3
**B.A** 205:14
**B.A.E** 205:6,11,16,17 206:9
**B.U** 1:1 2:1 3:1 4:1 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1,23 16:1,2,20,22 17:1,6,23 18:1,8,23 19:1,15 20:1,5,7,8,12,23,24 21:1 22:1 23:1 24:1,19,23 25:1,15 26:1 26:6 27:1,3,18 28:1,2 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1,12,12,13 45:1 46:1,18 47:1 48:1,21,24 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1,14,15 64:1,23,24 65:1 66:1 67:1 68:1 69:1 70:1 70:5,12,21 71:1,12,14 72:1,9 72:20 73:1,10 74:1 75:1 76:1 77:1,12,15 78:1 79:1,4,20,22 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1,22,23 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1,17 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 154:5 155:1 156:1,5,16,20

Case 2:20-cv-00822-LEK-TWD   Document 254-9   Filed 06/21/23   Page 391 of 451
806.523.7880                                        Associated Reporters Int'l., Inc.

Page 390

157:1,10 158:1,7,11,12 159:1
159:14 160:1 161:1,4 162:1
163:1 164:1 165:1 166:1 167:1
168:1 169:1 170:1 171:1 172:1
173:1 174:1 175:1 176:1 177:1
178:1 179:1 180:1 181:1 182:1
183:1,13 184:1 185:1 186:1
187:1,9 188:1 189:1 190:1
191:1 192:1 193:1 194:1 195:1
196:1 197:1 198:1 199:1 200:1
201:1 202:1 203:1 204:1 205:1
206:1 207:1 208:1 209:1 210:1
211:1 212:1 213:1 214:1 215:1
216:1 217:1 218:1,12 219:1
220:1 221:1 222:1 223:1 224:1
225:1 226:1 227:1 228:1 229:1
230:1 231:1 232:1 233:1 234:1
235:1 236:1,24 237:1 238:1
239:1 240:1 241:1,23 242:1,2
242:10 243:1 244:1 245:1
246:1 247:1 248:1 249:1 250:1
251:1,5 252:1,12 253:1 254:1
255:1 256:1 257:1 258:1 259:1
260:1 261:1 262:1 263:1 264:1
265:1 266:1 267:1 268:1 269:1
270:1 271:1 272:1 273:1 274:1
275:1 276:1 277:1 278:1 279:1
280:1 281:1 282:1 283:1 284:1
285:1 286:1 287:1 288:1 289:1
290:1 291:1 292:1 293:1 294:1
294:7 295:1 296:1 297:1 298:1
299:1 300:1 301:1 302:1 303:1
304:1 305:1 306:1 307:1 308:1
309:1 310:1 311:1 312:1 313:1
314:1 315:1 316:1 317:1 318:1
319:1 320:1 321:1 322:1 323:1
324:1 325:1 326:1 327:1 328:1
329:1 330:1 331:1 332:1 333:1
334:1 335:1,4,11,13 336:1
337:1 338:1 339:1 340:1 341:1
342:1 343:1 344:1 345:1 346:1
347:1 348:1 349:1 350:1 351:1
351:17 352:1 353:1 354:1
355:1 356:1 357:1 358:1 359:1
360:1 361:1 362:1 363:1 364:1
365:1 366:1 367:1 368:1 369:1
370:1 371:1 372:1 373:1 374:1
375:1 376:1 377:1 378:1 379:1
380:1 381:1 382:1 383:1 384:1
384:4

**Baba** 40:13 41:15
**Babadina** 40:14
**back** 10:18,25 14:3 15:12 17:23
  20:5 25:6 31:22 45:17 50:10
  75:16 91:20 119:19 132:13,18
  135:20 137:24 138:5 143:21
  149:22 160:13 164:10,13 169:4
  177:6 182:5 185:22 190:24
  194:18,25 223:22 232:19 243:5
  251:20 253:7 254:3,6 259:3
  272:14 312:25 321:3,3,12
  322:6,7 325:20 328:2,18
  329:10 330:8,13 331:10,20
  333:5,8,14 336:19
**backed** 288:6
**background** 338:16
**backtrack** 203:14
**bad** 248:15 267:6
**balance** 60:15
**ball** 51:22,22 301:5
**ballpark** 240:24
**ballparked** 240:15
**Ballparking** 241:2
**bank** 113:10 158:12,20
**barrier** 223:25 294:24 295:18
  296:20
**Barry** 94:20
**base** 89:6
**based** 16:12 152:19 247:19
  248:10,21 320:24 322:23 380:4
**basically** 301:14
**basis** 347:14 362:7 376:10
**Bate** 102:11 116:13,15 117:22
  173:23 175:13 230:11 231:9
  249:20 337:21
**Bates** 120:7 121:19 123:11 125:7
  125:15 133:3 135:11 140:2
  146:18,20,21 147:5,11 148:7
  164:24 233:8 235:9 237:25
  243:14,15 244:9 342:20
**bathroom** 9:16
**baton** 360:20
**Bay** 32:3 52:7,8 74:11
**beach** 51:22
**beard** 317:24 321:23 324:2
**began** 24:20 43:17 200:24 221:12
  222:19 229:12 284:23 288:4
  290:9,15 295:4,5 297:25
**beginning** 25:11,13 29:15 134:2
  177:12 179:4 291:21

**begins** 324:18
**begun** 290:12,13
**behalf** 231:7 251:13 304:23
  305:8 369:18
**behavior** 377:2,9 379:16
**behest** 74:22
**beings** 248:11
**bel** 201:4
**belief** 23:22 347:8
**believe** 16:3 20:15,17 21:21
  32:23,24 33:3 39:25 40:14
  42:2 46:24 55:22 60:2 65:6,13
  67:12,25 68:17 69:6 70:17
  76:20 79:21 82:20 91:10,14
  92:6,9 99:5,13,15 103:16,21
  113:15 115:7 119:9 122:12
  125:3 136:23 137:6 140:24
  142:12,13 144:10,14,25 145:24
  148:16 149:10,24 151:5,7,10
  155:20 157:4 159:12 161:14,20
  162:15 163:11 168:23 169:3
  171:25 174:5 181:15 186:12,24
  188:13 190:24 191:2 192:5
  196:6 199:14 200:2,12,16
  201:7 202:22 203:13 205:4,10
  205:11,19 206:20 209:15,20
  210:11,19 214:11 215:10,14,20
  216:3 217:19,23 226:11,15
  228:4,17 229:3 237:3,5 242:7
  245:5 246:24 249:25 250:13,19
  250:23 251:17 253:23 254:18
  255:16 260:2 261:15 268:15
  269:2,7 270:24 271:9 272:20
  275:9 276:3 279:14 282:2
  283:14 289:3,15 292:24 295:19
  298:12 300:7 301:8,17 303:16
  303:23 307:17 308:17 310:3
  316:18 317:24 318:7,15,17,21
  319:10,19,24 325:4 330:22
  338:19 342:10 359:15,23
  369:21 370:8 374:18 376:11
  378:23
**bell** 88:2
**beneath** 155:24
**Bernhardson** 54:15 55:11
**Bernstein** 229:4 277:20,20
  316:11
**best** 32:8 60:3 157:14 190:15
  193:3 210:5 217:7 226:16
  227:8 234:18 238:15 239:17

**better** 163:18,21,25 164:5 367:3
**bias** 338:23
**big** 93:16 108:21 132:16 378:11
**bigger** 42:5 264:17
**Binghamton** 1:5,13,20,22 2:14,17
  2:18,23 15:21 18:13 21:22,22
  24:3,5 25:5,7 46:4,8,9,10
  47:22 49:9 76:9 77:9 85:12,13
  95:21 103:14 105:4 109:24
  142:13,15 155:8 157:17 166:23
  253:16 261:9,10 262:19 266:9
  266:13 268:4 274:6 302:10,11
  302:25 306:17 336:21,25
  339:16,22 345:20 346:2,7
  355:15 377:12,25 378:2,9,12
  380:25
**Binghamton's** 177:22 279:10
  356:23
**Binghamton@sa.org** 233:2
**bipartisan** 283:5
**birth** 10:5
**Bishop** 339:13 342:9
**bit** 24:6 98:16 135:11 162:25
  163:17 254:4 360:18
**black** 261:23 316:25 317:3
  321:23 324:2
**blacked** 340:7
**Blakeslee** 81:2
**blamed** 265:5
**Blanski** 33:3 38:9 46:24 74:11
  81:3
**block** 300:5 377:3
**blocked** 339:22
**blocking** 177:23
**blue** 316:22 318:17,18
**blueish** 317:4
**board** 82:23 156:16,21 260:5
  365:10
**Bob** 350:2,2
**Bobby** 89:16,18,19 90:2 278:19
  319:18 332:22
**Bobby's** 89:23
**Bonaventure** 14:15,22 15:10,18
**book** 47:7,10 87:9 201:5 269:18
  341:5,9

Case 3:20-cv-00822-LEK-TWD   Document 254-9   Filed 06/21/23   Page 393 of 451
806.523.7887                                           Associated Reporters Int'l., Inc.

Page 392

**booked** 59:22 69:21 201:8 205:11
269:16
**booking** 375:23
**books** 356:9
**bottom** 47:16 134:4,15 140:10
155:3 166:9,20 232:20 238:5
284:17 345:5 368:20 375:12
**box** 238:8
**boyfriend** 38:9
**breach** 289:9
**break** 9:14,15 15:25 17:13 23:16
23:17 99:23 100:6 146:4
234:23 242:22 270:11 300:15
361:13
**breath** 333:23
**Breitbart** 305:15 306:13
**Brian** 1:10 3:10 29:7,9 30:3,6
38:15 39:11,13 98:6 159:12,13
159:16 160:22 170:14 172:18
172:23 241:15 263:10 359:5
**Brian's** 159:19
**brief** 103:12,17 282:16 283:3
**bring** 94:15 96:11,16,16,20
97:21,23 98:4 99:7 143:21
275:19,21,23
**bringing** 94:4,7 99:3
**brining** 94:19
**broken** 227:23
**Broome** 141:9,11,16 157:15 158:4
160:3
**brought** 72:21,23 196:2
**Bryn** 39:23 40:2 91:3 188:16
190:10,11,12 192:7 317:11
**budget** 110:7 111:17 364:18,22
**building** 51:3 233:16,17
**buildings** 177:24 259:14
**Bunnell** 1:24 383:2,14
**business** 92:21
**busy** 42:18 234:6
**buy** 181:5

---
**C**

**c** 3:2 12:19 17:3
**C-H-R-I-S** 55:21
**C-O-G-H-L-A-N** 153:20
**C.C.'ed** 102:21 103:8
**C.R** 42:14 43:21
**C.V** 8:2,2
**cabinet** 308:11
**cache** 308:15

**calendar** 74:4 129:14 170:16,24
170:25 171:9 172:21 173:7,14
**California** 92:9,9
**call** 61:25 97:8 103:12,17 144:3
151:3 163:10 185:16,18 186:13
214:13 215:5,9 223:2,12 224:8
326:20
**called** 36:20 55:6 59:24 60:3,4
77:5 87:18 134:16 144:5
182:13 185:19 223:4,5 225:11
260:10 306:7 309:9 351:9
373:21
**calling** 216:22
**calls** 41:21 80:6 105:4 161:9
221:23 351:10
**camera** 323:10
**camera's** 318:16
**camp** 347:10
**campus** 5:5 18:23 19:18 35:2
36:14 47:22 48:11,25 51:5
57:11 60:20 61:12,18 62:7,16
63:9,16,21 64:14,16,18 65:18
66:20 69:5 70:22 71:15 72:21
72:23 73:11 74:22 82:2 85:14
87:11 88:6 89:12 92:14,21
94:4,8,16,19 95:2 96:5,11,21
97:21,23 98:5 99:4,7 104:15
109:15,22 119:22 120:25
128:14 135:23 169:21 171:18
174:20 177:22 179:17 187:7,9
192:20 205:2 206:24 223:24
227:10,17,19 236:12 254:15,19
256:3 301:15,20 302:19 307:16
309:15,17 332:6,7,14 338:17
338:19,25 347:11,20,25 349:3
350:24 351:6 356:23 357:10
371:13,18 377:12
**campuses** 66:20 92:14 99:11
176:13 187:5 192:21 338:23
**canceled** 273:17 346:23 375:23
**canceling** 375:8
**cancellation** 375:6
**candidate** 57:4 96:9
**candidates** 47:23
**capacity** 190:4
**Capitol** 2:12 384:14
**caption** 24:3 75:16,22 91:21
171:12 383:5
**car** 227:18 298:6

800.523.7887                                                                    Associated Reporters Int'l., Inc.

**cardboard** 196:2 197:11
**care** 132:21
**Carl** 54:14 55:11,18 56:4,22
  57:6,20
**carries** 375:12
**case** 11:16 21:21,22 24:9 36:20
  49:5,10 58:6,10,12,13,14
  72:12 78:17 80:23 84:6,10
  85:20,24 86:22 94:21 102:11
  104:5 109:6 116:15 131:15
  133:4 163:2,3,6 167:11 174:24
  214:6 219:15,25 249:19 309:5
  309:9,22 313:14 384:4
**cash** 113:13
**catch** 333:22
**Caucasian** 261:25 262:3
**cause** 6:16 336:21 345:19 375:11
  383:4
**caused** 345:25 346:7 352:25
**cc'ed** 340:10
**central** 51:4 65:23
**cents** 353:4,13
**certain** 108:24 109:4 253:16
  261:8 262:19
**certainly** 222:3,4
**certified** 6:16
**certify** 383:2
**chain** 3:16 4:8,19 102:18,25
  116:6 134:2 135:4,10 152:23
  152:25 164:23 166:20 232:17
**chains** 43:2
**challenge** 156:17
**chance** 174:20
**change** 108:15 138:23 263:22
  264:16 265:14 267:13 353:25
**changed** 114:12 119:8 120:2
  121:12,15,17,17
**changes** 384:8
**changing** 236:14
**channel** 55:6 87:15 306:9
**chanted** 224:18
**chaotic** 27:6 34:2
**chapter** 371:18
**characterization** 341:25
**characterize** 348:20 378:4,5
**characterized** 236:18
**charge** 103:22 118:10
**charter** 363:20
**chartered** 364:4,7 367:16 371:9
  371:13 372:11 373:7

**chat** 42:3 221:2
**chats** 41:21
**check** 38:4 53:25 62:3 83:23
  157:7,9 310:7 351:10 382:5
**checks** 113:14 157:18
**Cheney** 99:14,15
**chief** 85:11 161:4,10,13 171:7
  173:12 254:18 255:20
**children** 13:16
**chocolate** 179:18 180:15,16,17
  180:19,24 181:3,5 186:20
  191:14,19 198:22 207:14
  210:13 217:11,12
**choice** 193:8 195:24
**choose** 121:4
**chose** 118:14 124:11,14 266:17
**chosen** 119:5 121:10
**Chris** 28:11,12 54:10 55:20,21
  55:24 56:4,23 57:6,23
**Christmas** 351:4
**circumstances** 352:2
**civil** 6:5 8:11,16
**claim** 362:8 377:8
**claims** 85:20 104:5 268:2
**clarify** 24:6 335:6
**class** 181:16,17,18,19 182:3,9,9
  182:11,20,23 183:9,12 184:11
  184:14,18 185:4,23 186:12
  190:20,25 191:4 192:2 198:5
  218:15 219:2 221:7,10,13
  222:23,24 223:5,16 225:5,7
  229:17 236:4 362:17
**classes** 18:16 182:2,6 183:13
**classroom** 233:19 370:3
**classrooms@binghamton.edu** 370:2
**clear** 19:3 22:20 34:14 70:19
  165:11 279:18 280:7 314:15,20
**clearer** 9:4,10 164:9
**clerk** 13:24
**click** 315:24
**close** 78:24 178:21 194:16,17,19
  195:3,5 196:16 197:4 217:5
  248:24 326:4
**closely** 31:2
**closer** 195:11,12 272:22,22
**cloth** 261:4
**clothes** 168:5 169:4 261:4
**clothing** 277:9 324:2
**club** 30:25 38:24 39:16 42:17
  49:9,20,22,23 50:5,11,15,19

51:25 52:16 57:15 62:2,4
77:11 91:13 92:20,22 98:7
101:22 110:10,14 187:7,9
200:11 202:12 203:3,6,8
214:14 215:15 225:21 236:3
250:9 332:17 351:10
**clubs** 50:2 52:15 53:6,7,9 187:6
189:9 192:20 349:13
**co-** 101:5
**co-conspirators** 274:3
**co-sponsoring** 104:17
**coast** 189:10
**coat** 89:6 151:14
**code** 12:11 179:12 279:10,19
280:9,19,21 309:25
**coffee** 174:6,12,15 176:15
**Coghlan** 153:9,10,11,13,14,20
154:8 156:10,23
**Coghlen** 113:19 181:4 273:14
332:20
**Coghlen's** 181:7
**cold** 245:6
**colleague** 358:9
**collecting** 150:14
**collection** 149:25 150:11
**college** 1:1,5,11 2:1 3:1 4:1
5:1,2 6:1 7:1 8:1 9:1 10:1,25
11:1,12,14,19 12:1,4 13:1
14:1,8 15:1 16:1,7 17:1 18:1
18:3,19 19:1 20:1 21:1,23
22:1,23 23:1 24:1,4,5,16,19
25:1,15 26:1 27:1,3,7 28:1
29:1 30:1,25 31:1 32:1,21
33:1,25 34:1 35:1,16 36:1,13
36:25 37:1,4,10,15,22 38:1,2
38:17,24 39:1 40:1 41:1,19
42:1,5,7,9 43:1,12,14 44:1
45:1 46:1,5,6 47:1,5,19 48:1
48:6 49:1 50:1,7,12,15,20
51:1,13,14,24 52:1,9,12,15,18
52:20 53:1 54:1,4 55:1 56:1
57:1,19 58:1,17 59:1 60:1,7
60:14,23 61:1,6,23 62:1,7,16
62:19 63:1,20 64:1,13 65:1
66:1 67:1 68:1 69:1,4 70:1,19
71:1 72:1 73:1 74:1,23 75:1
76:1,4 77:1 78:1 79:1 80:1
81:1,7 82:1,21 83:1 84:1 85:1
86:1 87:1 88:1,11,17 89:1,14
89:21,21 90:1,22 91:1 92:1

93:1,16,22 94:1 95:1,12,13
96:1 97:1,2 98:1 99:1,11
100:1,12,15,16,19,20,24 101:1
101:2,19 102:1 103:1 104:1
105:1,4,9 106:1,23 107:1,20
108:1 109:1 110:1,5 111:1
112:1 113:1 114:1,13 115:1
116:1 117:1 118:1 119:1 120:1
121:1 122:1 123:1 124:1 125:1
126:1 127:1 128:1 129:1 130:1
130:25 131:1,23 132:1 133:1
134:1 135:1 136:1,21,22,23
137:1 138:1 139:1,3 140:1
141:1,9,11,17 142:1 143:1
144:1 145:1 146:1 147:1 148:1
149:1 150:1 151:1 152:1 153:1
154:1,14 155:1,9 156:1 157:1
157:10,17 158:1,20 159:1,5
160:1 161:1 162:1 163:1 164:1
165:1 166:1,23 167:1 168:1,20
169:1 170:1 171:1,14,16,18,23
172:1,14,15,20 173:1,6,13
174:1 175:1 176:1,13 177:1,20
177:22 178:1,3,20 179:1 180:1
181:1 182:1 183:1 184:1 185:1
186:1 187:1,19,23 188:1,12
189:1 190:1,4,9 191:1,5,23
192:1 193:1 194:1 195:1 196:1
196:19 197:1 198:1 199:1,19
200:1,15,22 201:1 202:1,17,19
202:23,24 203:1 204:1,7 205:1
205:5,22 206:1 207:1,9 208:1
208:7,15,23 209:1,2,8 210:1,7
210:9 211:1 212:1,22 213:1,2
213:18,22 214:1 215:1 216:1
217:1 218:1 219:1 220:1,23,23
220:25 221:1,11 222:1 223:1
224:1,14,17,17,25 225:1,24
226:1 227:1,15,25 228:1,5,23
229:1 230:1,15,15 231:1,2
232:1,11,21 233:1 234:1 235:1
236:1 237:1 238:1,17 239:1,25
240:1 241:1 242:1 243:1 244:1
245:1 246:1 247:1,6,18 248:1
249:1 250:1,12,25 251:1,5,13
251:15 252:1,12,18 253:1,15
254:1 255:1 256:1 257:1 258:1
258:6 259:1,17,17,19 260:1
261:1 262:1,18 263:1 264:1,25
265:1,2,5 266:1,10 267:1,15

268:1,5,13 269:1 270:1 271:1
271:7 272:1 273:1 274:1,2,5
274:10 275:1 276:1,5,10,18,24
277:1,5,14,17 278:1,2 279:1,8
280:1 281:1,16 282:1,3,15
283:1 284:1,21 285:1 286:1,2
286:11 287:1 288:1,18 289:1
290:1 291:1,13 292:1 293:1,20
294:1,8,18,23 295:1,16 296:1
296:6,13 297:1 298:1,24 299:1
299:3,16,22 300:1,24 301:1,24
302:1,4,8,21 303:1,5,7,10,14
303:15,24 304:1,24 305:1,3,8
306:1,18 307:1,7,15,23,25
308:1,2,3,14 309:1 310:1
311:1 312:1 313:1 314:1 315:1
316:1 317:1 318:1 319:1 320:1
321:1 322:1 323:1,2 324:1,20
325:1,9 326:1 327:1 328:1
329:1,8 330:1 331:1,6 332:1
332:24 333:1,5 334:1 335:1
336:1,6,7,22 337:1,2 338:1
339:1,19 340:1,3,14 341:1,6
342:1,3 343:1,7,17,19 344:1
345:1,20,21 346:1,2,3,8,9,18
347:1 348:1,3,8 349:1,17,19
349:24 350:1,6,10,14,18 351:1
351:7,16 352:1,5 353:1,18
354:1 355:1 356:1,8,13 357:1
357:3,10 358:1 359:1,24 360:1
360:2 361:1 362:1,24 363:1,18
363:19 364:1,15 365:1,3,6
366:1 367:1 368:1 369:1,18
370:1 371:1 372:1 373:1 374:1
375:1,16,22 376:1,6,17,24
377:1 378:1 379:1 380:1,7,11
380:16 381:1 382:1 383:1
384:1,4
**colon** 127:18 153:8
**colored** 5:17 244:11,11
**Colter** 12:10 13:8
**come** 49:25 82:2 95:2,25 97:22
99:2 111:2 114:12 209:17
212:15 215:2 222:5 239:24
255:13 268:25 281:18 290:11
290:22 328:24 338:25 339:5
353:18
**comes** 40:20 187:5
**comfortably** 109:8

**coming** 61:12 69:7 209:22 212:13
**comma** 127:19,19 134:7
**commenced** 7:2
**comment** 305:15
**commentary** 358:14
**commentator** 55:3
**Commission** 382:12
**commitment** 157:7
**committee** 56:2 157:15 158:4
160:3
**common** 255:16
**commotion** 185:24
**communicate** 29:17 41:18,21
212:25
**communicated** 213:5,7
**communication** 38:14 93:11
170:15,23 171:8 172:19 173:5
210:7
**communications** 22:23 37:14,20
43:12 214:2 258:21
**communities** 233:18
**community** 12:18,24 13:5 47:22
48:5 130:18 168:21 169:20
**complaint** 4:6 11:3,4,6,8,8,9,19
11:24 16:12 17:7 21:13 22:5
45:18 61:15 63:8 65:2 69:9,11
80:10,12 81:11 83:8 85:16
87:4 119:14 177:7,13,14 184:4
198:24 253:8 259:5 268:2
269:21 270:7,17 297:12 312:25
333:15,17 337:10 347:4 361:24
370:13 374:22
**complaints** 23:23
**complete** 135:18 137:4 208:22
**completed** 135:23 136:12,15
137:15,16 138:19 139:2 383:10
**completely** 118:24 365:11,16
**concede** 137:20
**concentrate** 329:7
**concentrating** 327:22
**conception** 377:16
**concern** 168:2 219:15 379:7
**concerned** 161:23 163:4 220:15
**concerning** 311:14
**concerns** 161:22 176:12 255:5
264:16 265:13 379:8
**concluded** 157:14 381:18
**conclusion** 148:18 221:24
**conditions** 266:11

**conduct** 357:5 374:25
**conducting** 342:3
**conference** 18:13 92:24 144:6,13
  144:15,18,20,21 145:5,15,17
  381:3,7
**conferring** 207:4
**confident** 34:15
**confirm** 163:21 238:7 241:10
**confirmation** 66:7 232:22 234:11
**confront** 221:9
**confronted** 220:23
**confused** 90:19 137:12 305:2
  339:4 345:10 371:15
**confusing** 166:16
**Congress** 96:9
**congressional** 57:4 96:9 352:11
**Congressman** 61:9,15 352:9
**connecting** 268:7
**connections** 96:13
**consent** 44:10 271:20
**conservative** 24:17 55:3 57:5
  192:25 193:2 348:9,13 377:4
  378:4 379:3
**considered** 39:16 108:12
**considering** 343:24
**consistent** 34:5
**consisting** 383:9
**conspire** 357:2
**constitution** 65:7,8,10,15 66:3
  68:25 69:5,19,21 203:2,3,8,10
  203:18,20 300:20 301:9,11
  370:25
**constitutional** 271:21 336:24
  352:21
**constitutions** 301:9
**consult** 60:10 98:3
**Cont'g** 19:13 21:18 22:19 30:8
  33:15 34:16 41:5,14 45:16
  49:12 54:2,21 63:4 71:7 82:15
  84:24 85:9 89:8 100:10 102:16
  116:11 132:11 133:9 139:15
  146:11 147:10 150:4 151:2
  152:17 153:21 159:23 164:4,17
  165:13 166:17 202:15 208:20
  218:23 222:7 231:22 235:5
  244:18 249:12 251:23 254:11
  262:15 270:15 286:9 293:17
  299:14 300:19 308:25 310:10
  312:15 313:7,21 316:4 327:21
  328:7,13 333:25 338:14 345:4

**contact** 3:12 29:8,11 31:4 32:16
  38:2,6 55:13 81:23 83:21 86:3
  86:7,25 87:7,20,21 89:24
  91:17 93:10 94:3 95:18,19
  96:2 97:5 98:12 99:2,10 104:8
  104:11 107:18 108:5 110:4
  111:19 130:20 150:6 159:19
  160:17,21,24 161:3,8,10,12,17
  162:5,10,14 163:12 170:15,23
  171:8 172:19 173:5,12 209:20
  214:12 216:17,20,21 218:11
  219:3 222:18,22 229:20,23,25
  230:5 274:24 343:4 344:7,10
  357:5
**contacted** 75:4 111:24 343:8
**contacts** 96:19 98:18,19 104:19
  104:23,25 105:2,13 106:3,9,16
  106:22 258:3
**contemplate** 94:19
**contemplated** 204:6
**contend** 262:10
**content** 245:13 251:10 280:17
  284:7
**contention** 262:13 347:15
**contents** 220:24 283:12
**context** 46:15 73:12 76:24 90:8
  116:16 129:19 130:4,8 304:14
**continuation** 363:11
**continue** 285:11 300:4
**contract** 135:20 136:7,12 137:2
  137:5,7,12,17,21 138:5,15
  143:10,14,21 160:9,10
**contracted** 135:19
**contractor** 205:15
**contributions** 356:9
**controlled** 336:25 362:19
**controversy** 378:11
**convenience** 99:21
**conversation** 76:25 77:3 83:24
  83:25 84:9 150:8 255:23 292:6
  292:7 312:3,7 374:7
**conversations** 23:14 225:15
  227:15 275:16 284:11 293:4
  331:12,21 343:11 371:12
**convinced** 273:12
**coordinate** 209:8 254:24
**coordinated** 209:14
**coordination** 214:9

**copied** 232:16 344:13,14 345:16
**copies** 43:8 151:9 310:6
**copy** 6:16 21:7,12 43:12 132:25
  139:21 146:24,24 160:12
  163:18,22 186:5 232:15 244:11
  249:6,9 283:15,17 284:3
  337:25
**copying** 147:9
**Cornell** 91:14,15 99:14 229:5
  281:16 282:3
**corner** 247:3,13
**corporate** 192:17
**correct** 8:12,13 11:12,22 16:3
  16:13 18:20 24:9,10 25:8,9
  26:18 32:7 33:17 39:9 47:13
  47:14 49:19 52:10,11 53:2
  59:3,4 60:18,19,24,25 61:4
  64:21 67:24 68:16 71:20 72:7
  72:8,10,11,13,14 75:2,3,6,8,9
  75:11,12 77:24,25 79:16 81:5
  86:13,14,18,19 93:22 94:24
  95:16,23,24 110:16 112:12,13
  113:5 118:12,15,16,18,19
  119:3,4 120:8,9 122:5,17,18
  122:25 123:3,4,14,15,16,18,25
  124:4,5,20,21,24 125:16,17,19
  125:20,22 126:3,4,17,20 127:2
  127:3 128:3,8,9,19 130:13,14
  131:2,3,5,6 133:10,12 134:6
  134:12,19,20 135:6,7 136:4
  137:13,14,22 139:8 140:8,12
  140:13,21 142:4 144:9 145:19
  148:25 149:2 152:21 153:3
  154:3,12 155:12,22,23 156:7
  157:21,24 158:4,8 162:2 163:8
  166:2,21 167:8 175:20 176:3
  178:6,11,12 180:11,12,14
  181:9,12 183:7,18 184:5,6,9
  184:22 195:2 196:19 199:5,6
  199:17,21,22 200:4,8,20,24
  201:16,17,19,20 203:16 204:24
  207:20,21 208:24 211:6,7,25
  212:17 214:22 218:2,3 219:16
  219:17 221:4 223:4,17 224:7,9
  224:10,20,22,23 225:3 228:12
  231:12 232:2 233:12,13 234:2
  235:13,14,21,22 236:17 237:12
  237:15,16,18,19,22,23 238:12
  238:13 239:4,5 240:6,22
  243:11,12,23 244:3 248:5,22
  252:9 253:20 254:9 257:7
  258:15,16,18,19 259:2 263:14
  266:19 268:11 273:19 274:12
  274:18 278:23 281:6,13 282:24
  283:23 285:18 287:2 288:22
  291:4 295:2,14 300:22 302:19
  303:6,8 304:4 306:10,11
  307:20 309:6,7,13 310:24,25
  311:3,4,8,9,17 316:21,23,24
  318:9,20 319:3,4,14 321:4,5,7
  321:8 322:8 323:4,15,16,21,22
  324:2,3,8,9,12,13,16,17,23
  325:3,10,14,24,25 326:5,8,15
  326:18,21,24 327:4,12,13,15
  327:24 328:16,17,24 330:13
  331:7,8 333:9 337:8 339:10,11
  339:17,18 340:4,21,24 341:7
  341:12,13,15,16,19 342:5,6
  343:2,17,18 344:4 347:13
  349:22 350:25 351:2,4,5,8,18
  351:21,22 352:13 353:10 357:8
  357:18,19 365:22,25 376:2
  378:2 382:5,7
**Corrected** 384:17,18,19,20,21,22
  384:23
**corrections** 6:11 384:8,11,15
**correctly** 46:12 48:13 53:5
  58:20 64:20 92:20 97:3 100:22
  105:3 109:19 110:17 111:16
  112:3 129:16 134:11 136:3
  140:20 155:11 156:6,22 157:20
  159:7 161:21 167:7,25 168:24
  178:5 181:5 186:14,19 191:13
  206:15 221:3 224:19 227:22
  228:14 231:7 236:16,19 253:19
  255:2 260:8 265:8 266:18
  268:10,23 272:13 273:6,18
  274:11,20,23 275:4 276:18
  279:13 280:13 281:12,20
  282:23 285:17 287:7,23 288:21
  294:25 296:4 297:16 305:14,21
  307:4 310:4,14,18 334:13
  335:25 337:7 340:20 341:4
  342:14 347:12 348:4 349:21
  352:12 353:9 357:7 359:14
  369:20,22 378:10,18 379:2,10
  379:11
**correspond** 33:13
**Coulter** 72:23

800.523.7887                                    Associated Reporters Int'l., Inc.

counsel 22:18 23:14 102:12
  127:10 150:13,25 151:18
  163:21 203:15 343:25 374:6
  383:5
country 92:14
county 56:2 141:16 157:15 158:4
  160:3 382:2
couple 74:3 96:14 112:25 131:8
  163:3 248:13 332:12,18 352:20
course 9:13 19:4 21:9 86:17
  322:15 344:13
COURT 1:2
cover 22:2
covered 70:18
covering 109:25
COVID 18:16,21 19:21
COVID-19 19:20
CRAIG 2:5 19:3,5 21:7 22:17
  32:23 33:2,6,8,10,13 34:14
  40:19,24 41:2,11 43:20,24
  44:4,7,16,19,22,25 45:3,11
  49:2,6 53:25 62:21 70:23 71:4
  82:14 84:18,20 88:25 89:4,7
  99:21,25 100:4 102:13 116:4
  116:10 131:21,25 132:4,8,21
  146:20,22 147:2,5 149:24
  150:10,19,23 151:15,20,24
  152:4,9,11,14 159:20 163:24
  164:14 165:5,9 166:6,9 202:13
  208:18 218:18,22 221:23
  231:14,19 234:25 242:25
  244:13 249:7,11 254:10 262:12
  263:15 286:5 293:10,15 299:12
  308:21 310:7 312:13,24 313:4
  314:12,16,25 315:18 328:9
  338:4,7,9,12 345:3
crash 169:22
created 210:24
creating 223:24
credit 236:25
credits 16:21 236:2
Crime 182:12,14 185:12
Cross 3:5
CROSS-EXAMINATION 361:2
crossover 52:15 100:23
crowd 279:10 280:15 281:9 288:7
  288:9
cups 186:21
cur 83:20

current 10:7 31:4 32:10,13,21
  37:15 38:7 46:20,22 47:2
  61:13 77:12 79:4,20 81:7
  83:21 86:7 87:21 89:24
currently 13:18 14:4 46:18
  56:20 81:23 86:3,24 104:8
  238:18 351:17
Curve 236:8
cut 146:18 326:12,13
cutout 186:22 196:2 197:7,11
cutouts 186:23
cutting 326:12

_____
              D
D 3:2,2 4:2
D-Z-E-I-C 55:22
D.B.U 250:24
D.C 2:7 16:19 17:3 19:6,8 73:14
  306:25 307:6 360:13
D.C.'s 25:21
D.M.V 13:22,25 23:18
Daily 305:22
damages 353:2
Dan 156:23
dark- 321:21
dark-skinned 323:25
dash 118:21,21 120:11,11 121:5
  121:5,25,25 124:4,4 125:25,25
date 1:18 10:5 44:18 58:6 65:15
  70:9 108:8,15,15 109:12
  118:18 119:7,25 120:6,21
  121:9,12,14,17 122:10 124:23
  124:25 125:12,14,15,18 126:16
  126:18 152:6 164:20,22 174:23
  175:2 178:4 187:17 199:21
  202:19 207:10,11 231:25 245:4
  360:7 384:3,5,25
dated 103:5 118:15 133:7 173:25
  235:16 314:5
dates 16:6 25:2 108:15 256:21
daughter 56:8
Dava 171:25 172:6,7,8 276:19
  295:19 323:6
day 49:9,21,22 50:11,15,19
  51:25 53:5 58:9 65:7,8,10,15
  66:3 68:25 69:5,19,21 102:9
  119:12 175:4 180:11 197:13,17
  203:2,4,9,10,18,20 208:8
  209:18,18 226:20,23 229:21
  240:10 246:22 253:14 256:24

Case 2:20-cv-00822-LEK-TWD   Document 254-9   Filed 06/21/23   Page 400 of 451
808.525.7867                                              Associated Reporters Int'l., Inc.

Page 399

262:17 273:14 284:12 285:7
289:20 300:20 301:2,4,9,11
312:11 315:22 335:12,12
336:22 341:14 346:22 380:25
380:25 382:10
**days** 49:24 50:5 93:19 163:3
257:2,19 258:10 384:9,10
**deal** 106:16 141:19 157:16
**deals** 370:18
**Dear** 384:7
**December** 68:9 357:18
**decide** 97:25
**decided** 98:2 209:25 266:13
268:4
**decision** 97:23 98:4 210:3
268:18 346:13 349:17 350:22
362:24 368:14 380:20
**decisions** 362:7,15,18
**deck** 266:25 267:2
**deeper** 157:12 162:4
**defendant** 6:6 160:22 170:14,22
171:6,14 172:18 173:4,11
220:23 263:7 264:2 284:22
292:22,25 294:3 342:17 344:14
345:15,19,25 346:7,12 349:23
350:6,10 352:6 380:10,15
**Defendant's** 4:19
**defendants** 1:15 2:8 7:21 253:17
262:7,11,21 342:16 344:12
373:14,22 380:4
**defendants'** 5:9,11,13 11:5 21:5
102:7 116:3 127:9 132:20
133:5 146:13 148:6 163:15
164:19,25 165:7 173:22,22
175:10 230:8 243:10 249:16
313:9,19 337:20,20 342:24
345:7
**Defender** 262:20
**defending** 268:4 284:21
**defense** 205:15
**definitely** 132:12 144:4
**delayed** 300:2
**delegated** 252:5
**delivered** 384:10
**demanding** 224:16
**Demarco** 28:11
**democrats** 171:18
**deny** 202:3
**department** 13:21 17:4 103:23,25
161:19 162:5,6,10 182:18

369:7
**depends** 235:2
**depicted** 244:20
**depiction** 248:21
**Deponent** 384:5
**deposition** 1:17 6:5,11,14,15,17
7:2,23 8:17 9:13 22:22 32:25
44:15 381:18 384:5
**depositions** 45:10
**describe** 161:17 186:15 255:17
272:11 288:23 348:13 373:15
**described** 4:4 59:18 64:25 71:2
256:11,15 257:22,25 258:25
259:4 270:6
**description** 261:23
**designation** 148:5
**designed** 357:5
**desire** 356:22
**destroying** 222:5,12
**detached** 233:18
**detail** 36:23 69:11 107:16
156:19
**details** 88:9 140:19
**Detective** 162:16
**determine** 111:2,24
**develop** 48:3
**developed** 236:8
**developing** 156:18
**diagram** 290:15
**Dick** 99:14,15
**diff** 125:12
**different** 10:11 50:3 73:7 95:14
95:14 100:20 112:17 116:13,17
120:10 125:11,12 135:3 140:18
194:3 256:13
**difficult** 163:17
**difficulty** 214:12 217:2
**dig** 159:21 160:13
**digital** 117:18
**dining** 156:5
**diploma** 14:13
**direct** 3:4 7:16 45:24 170:15,23
171:7 172:19 173:5,12 177:10
320:13 333:16 361:22 362:6
366:14 370:12 373:25 376:15
**directed** 61:13 297:14 362:23
**directing** 227:18 241:23 242:10
253:8 299:22 313:23 315:13
**direction** 150:13 253:17 262:7
262:11,20,25 263:7,14,16,17

263:25 264:4,6,11 297:7
**directive** 253:3
**directly** 113:25 138:13 158:8,10
346:25
**director** 12:19 368:23
**disagree** 222:4
**disagreed** 269:3 282:19 349:24
350:6,10
**disagreement** 222:11 349:19
**disagreements** 282:22 283:6
**disapproving** 60:6
**disclosure** 4:8 5:2 102:10
173:23 313:9 342:17
**disclosures** 4:12,17 5:15 116:14
133:4 146:17 148:8 165:2,12
175:14 230:11 243:17 244:10
249:19 314:19 337:22
**discount** 292:5
**discovery** 313:13
**discriminatory** 377:2,9 379:16
**discuss** 77:7 82:7 84:2,5 163:14
255:22 275:7 283:11 284:7
352:7
**discussed** 69:10 78:6,10 79:24
80:3 85:19 104:4,16 107:22
131:19 150:14 167:23 174:10
215:12 236:5 237:14,17 255:3
255:5 292:11 350:19
**discusses** 184:7
**discussing** 150:20,22 263:22
327:5 343:22
**discussion** 36:20 291:8,20 334:3
334:7
**discussions** 22:18 235:24 289:22
334:24 335:4,7,23 372:21
**disorderly** 357:4
**disperse** 334:4
**dispersing** 224:13
**display** 192:11 293:24
**displayed** 288:19,25
**displaying** 293:20 294:4,8,12
**disrupt** 264:25 265:21 268:5
300:4
**disrupted** 197:16 256:7
**disrupter** 294:25 295:5 300:2,9
326:20,20 327:4,8,24 328:17
328:22 329:2
**disrupting** 285:10,16 287:15,20
**disruption** 168:12 184:7,10,20
265:6 268:9 271:7 273:13

297:25 352:24 374:19,21 375:2
375:2
**disruptive** 357:4
**disruptor** 285:4
**disruptors** 271:17 272:3 273:17
288:20 357:3
**distances** 247:21
**distributing** 191:18
**district** 1:2,3 7:25 56:10
352:11
**document** 5:13 21:19 23:3 128:13
135:21 139:14 146:15 147:8,14
147:16,22 175:17 231:15
243:14 313:12,24 362:13
367:22
**documentary** 378:17,18
**documents** 3:18 66:7 117:15
135:5,19 136:5,7 148:10 149:9
149:13 150:7,24 230:13 308:16
313:9
**doing** 12:16 38:4 62:3,4 68:3
77:2,8 83:23 103:13 155:10
193:13,14,15 219:11 347:25
351:10
**dollars** 109:19 110:3,6,8,12,15
110:21,24 111:3,14,20 112:2,7
112:15 113:5,7,13 155:19
157:24 158:3 353:4,12,25
364:24 365:3
**dollars'** 180:21
**Donald** 196:3 197:11 236:10,10
**donate** 110:5
**donated** 114:16 155:18
**donations** 356:10
**donor** 273:13
**donors** 3:14 112:25 113:4,15
153:15 155:16 157:2,23 332:22
**door** 274:7 295:20 318:19 330:9
330:13,16 331:10
**doors** 268:7
**doubt** 44:22 123:20,21 128:5
**dozen** 27:11,12
**Dr** 3:20 5:5 57:8 58:24 59:2,6
59:12,15 60:17 62:8 63:18
69:7 70:21 72:19 75:14 86:9
86:15,21,25 87:3,8,20 89:9
98:2,4 99:3 104:15 108:11
109:6 110:22,24 111:3 114:8
124:17 127:18 128:22 129:11
140:25 141:6 142:2,4,25

143:10,16 145:23 154:10,19
156:4 157:2 160:5,16,18
175:20 176:23 178:24 186:20
201:16 236:7,12 237:15,21
253:14 262:17 266:16 267:22
268:7 269:3,24,24 270:22
271:4,8,17,18 272:3,12 273:4
273:13,15 274:2,8,17,24 275:7
275:16 276:2 281:18 282:13,16
282:19 283:4 284:6,11,20,24
285:5,12 297:15,25 318:13,15
318:15,21 319:8 323:13 326:8
326:17 329:7,10 330:7,12
334:3,8 335:23 336:2,3 352:8
352:23 353:5,21,25 354:17
356:22 357:11 375:17 380:8
**drafted** 251:6
**drafting** 250:15,25
**drawings** 246:2
**dress** 316:17 317:5
**dressed** 246:22
**drive** 3:21 29:21 227:19 308:18
308:20 314:10
**driver** 273:14
**dropping** 174:6
**drove** 99:15 332:18,19
**due** 19:19 281:8 337:3 340:15
378:24
**duly** 6:14 383:6
**duties** 251:14
**duty** 266:24 352:21
**Dzeic** 54:15 55:20,24

---

**E**

**e-** 82:22
**E** 3:2,2,2,9,9 4:2,2 12:10
**e-board** 82:25 83:6 141:3 252:14
252:17
**E.B** 120:11 121:5,25
**E.S.T** 282:14
**earlier** 73:17 154:11 155:22
200:7 229:4 240:17 276:18
277:20,21 311:11 348:13,20
381:3
**early** 15:5 61:16
**easy** 269:15
**Eat** 1:21
**eating** 142:14
**economic** 103:23,24 104:2 143:4
236:9

**economically** 192:25
**economics** 126:14 311:16
**economist** 86:16 156:3 236:7
**editor** 85:11
**educational** 14:10
**effect** 289:4
**effectively** 273:17
**effort** 155:8 157:12 250:17,19
268:5 350:21
**efforts** 300:2
**egress** 266:15
**eight** 4:21 8:2 31:18,19,19
125:25 128:16 147:6 149:7
173:22 199:16 207:7 212:6
230:12 231:10 237:25 273:25
282:8,13
**eighteen** 116:16 125:8 230:12
231:10 239:4 297:10
**eighty** 180:21 266:6
**eighty-nine** 269:21 270:2,6
**eighty-one** 266:6,12
**eighty-two** 268:3
**either** 74:11 89:14 113:21
114:17 161:5 162:11 200:14
214:2 258:21 301:7 304:24
306:12 321:16,17 323:8 335:11
346:12 363:23 373:6,21 380:21
**elect** 28:9
**elected** 26:24 27:2,17,24 30:14
56:2
**election** 47:23
**electronic** 308:15
**eleven** 5:4 127:9 131:9 232:20
232:21 285:4 363:8 370:21
**eliminate** 41:23
**else's** 62:11
**email** 3:15,15,16,18,20 4:8,12
4:19,22,24 5:5,11 40:25 42:6
42:8,14 43:21 44:12,13,13
45:12 53:20 59:25 84:13 97:5
102:18 103:5,9,15 105:5,9,12
105:14,17,21,23 106:8,25
107:6,18,20,23,24 116:6,6,20
116:23,25 117:6,16 122:22
127:14,17,23,25 128:3,25
129:10 130:20,24,25 131:4,8
131:23,23,24 133:16 134:5
135:4,20 137:13,21,25 139:10
139:18,23 140:10 143:25
148:13,16 149:16 150:8 152:23

```
153:5 154:23 155:3 160:4
163:10,11,14 164:23 165:3,4
165:21,25 166:3,19,20 169:12
173:24 175:22 176:7,16,19
177:4 213:9,12,14,15,18,19,20
213:22 230:16,23 231:3,6
232:7,10,11,12,17,22,24 233:3
233:11,22 234:10,10 235:15
236:22 238:14,16,25,25 239:9
239:11,20,23,25 253:2 258:4,4
283:16,19,20,21 307:8 337:2
337:16,18,24,25 338:25 339:6
339:9,24 340:3,12 342:11,24
344:13,15 346:14,17,20 350:19
366:16,22 367:8 369:21,24
370:7 376:3,8,9
email's 116:21
Email/Disclosures 5:9
emailed 135:16
emailing 340:13
emails 3:19 4:10,10 5:2 37:14
  41:22 42:10,11,14 43:14 44:9
  60:2 102:22,23,24 104:23
  105:17 106:20 107:6 116:13
  126:25 131:9,14 133:6,14,18
  137:11,19 149:18,22,23 153:2
  153:7,23 161:9 213:25 230:20
  231:4,7,9,24 232:4,7 234:4
  235:13 284:4,4 292:10,16
  345:16
employed 13:18,20
employees 335:14
encourage 47:24 357:2
encouraging 352:23
ended 18:19 20:23,24 62:17 68:8
  74:24 185:12 225:7 227:20
  238:19 240:4,5 351:3
enforce 356:25
enforcement 349:15
engage 64:13 198:20 357:4
engaged 178:23
engagement 86:18 156:3,10,13
engages 48:8
engaging 207:19
enjoy 130:18
ensuring 157:16
entanglements 157:13
enter 281:11
entered 137:2
enterprise 238:10
entire 181:8
entity 47:3 364:23
environment 220:3
equated 285:7
Eric 54:14 55:11
errata 382:7
escort 271:18
escorted 298:9 299:6 300:10
  334:9
ESQ 2:5,15,21
essentially 13:4,5 104:2 159:6
  271:12 283:8
estimation 247:19
et 1:1,1 2:1,1 3:1,1 4:1,1 5:1
  5:1 6:1,1 7:1,1,24 8:1,1 9:1
  9:1 10:1,1 11:1,1 12:1,1 13:1
  13:1 14:1,1 15:1,1 16:1,1
  17:1,1 18:1,1 19:1,1 20:1,1
  21:1,1 22:1,1 23:1,1 24:1,1
  25:1,1 26:1,1 27:1,1 28:1,1
  29:1,1 30:1,1 31:1,1 32:1,1
  33:1,1 34:1,1 35:1,1 36:1,1
  37:1,1 38:1,1 39:1,1 40:1,1
  41:1,1 42:1,1 43:1,1 44:1,1
  45:1,1 46:1,1 47:1,1 48:1,1
  49:1,1 50:1,1 51:1,1 52:1,1
  53:1,1 54:1,1 55:1,1 56:1,1
  57:1,1 58:1,1 59:1,1 60:1,1
  61:1,1 62:1,1 63:1,1 64:1,1
  65:1,1 66:1,1 67:1,1 68:1,1
  69:1,1 70:1,1 71:1,1 72:1,1
  73:1,1 74:1,1 75:1,1 76:1,1
  77:1,1 78:1,1 79:1,1 80:1,1
  81:1,1 82:1,1 83:1,1 84:1,1
  85:1,1 86:1,1 87:1,1 88:1,1
  89:1,1 90:1,1 91:1,1 92:1,1
  93:1,1 94:1,1 95:1,1 96:1,1
  97:1,1 98:1,1 99:1,1 100:1,1
  101:1,1 102:1,1 103:1,1 104:1
  104:1 105:1,1 106:1,1 107:1,1
  108:1,1 109:1,1 110:1,1 111:1
  111:1 112:1,1 113:1,1 114:1,1
  115:1,1 116:1,1 117:1,1 118:1
  118:1 119:1,1 120:1,1 121:1,1
  122:1,1 123:1,1 124:1,1 125:1
  125:1 126:1,1 127:1,1 128:1,1
  129:1,1 130:1,1 131:1,1 132:1
  132:1 133:1,1 134:1,1 135:1,1
  136:1,1 137:1,1 138:1,1 139:1
```

```
139:1 140:1,1 141:1,1 142:1,1          314:1 315:1,1 316:1,1 317:1,1
143:1,1 144:1,1 145:1,1 146:1          318:1,1 319:1,1 320:1,1 321:1
146:1 147:1,1 148:1,1 149:1,1          321:1 322:1,1 323:1,1 324:1,1
150:1,1 151:1,1 152:1,1 153:1          325:1,1 326:1,1 327:1,1 328:1
153:1 154:1,1 155:1,1 156:1,1          328:1 329:1,1 330:1,1 331:1,1
157:1,1 158:1,1 159:1,1 160:1          332:1,1 333:1,1 334:1,1 335:1
160:1 161:1,1 162:1,1 163:1,1          335:1 336:1,1 337:1,1 338:1,1
164:1,1 165:1,1 166:1,1 167:1          339:1,1 340:1,1 341:1,1 342:1
167:1 168:1,1 169:1,1 170:1,1          342:1 343:1,1 344:1,1 345:1,1
171:1,1 172:1,1 173:1,1 174:1          346:1,1 347:1,1 348:1,1 349:1
174:1 175:1,1 176:1,1 177:1,1          349:1 350:1,1 351:1,1 352:1,1
178:1,1 179:1,1 180:1,1 181:1          353:1,1 354:1,1 355:1,1 356:1
181:1 182:1,1 183:1,1 184:1,1          356:1 357:1,1 358:1,1 359:1,1
185:1,1 186:1,1 187:1,1 188:1          360:1,1 361:1,1 362:1,1 363:1
188:1 189:1,1 190:1,1 191:1,1          363:1 364:1,1 365:1,1 366:1,1
192:1,1 193:1,1 194:1,1 195:1          367:1,1 368:1,1 369:1,1 370:1
195:1 196:1,1 197:1,1 198:1,1          370:1 371:1,1 372:1,1 373:1,1
199:1,1 200:1,1 201:1,1 202:1          374:1,1 375:1,1 376:1,1 377:1
202:1 203:1,1 204:1,1 205:1,1          377:1 378:1,1 379:1,1 380:1,1
206:1,1 207:1,1 208:1,1 209:1          381:1,1 382:1,1 383:1,1 384:1
209:1 210:1,1 211:1,1 212:1,1          384:1,4
213:1,1 214:1,1 215:1,1 216:1   evening 174:22
216:1 217:1,1 218:1,1 219:1,1   event 5:5 36:6,7,10,13 48:24
220:1,1 221:1,1 222:1,1 223:1          56:4 57:18 58:24 59:2,6,12,15
223:1 224:1,1 225:1,1 226:1,1          60:14 61:23 62:20 64:19 66:8
227:1,1 228:1,1 229:1,1 230:1          67:14,17 68:12,16 69:7,7,10
230:1 231:1,1 232:1,1 233:1,1          69:21 70:4,9 71:14 73:8 75:14
234:1,1 235:1,1 236:1,1 237:1          80:17 81:14,16 83:11,13 87:5
237:1 238:1,1 239:1,1 240:1,1          87:8 88:5,11 89:9 90:6,10,12
241:1,1 242:1,1 243:1,1 244:1          93:17 95:9,11,15 99:16,17
244:1 245:1,1 246:1,1 247:1,1          101:9,10,13 106:7,9,17,25
248:1,1 249:1,1 250:1,1 251:1          107:8,10 108:23 110:16 111:21
251:1 252:1,1 253:1,1 254:1,1          111:25 114:9 115:10,13 119:2
255:1,1 256:1,1 257:1,1 258:1          119:2,8 120:19 124:17,18,22
258:1 259:1,1 260:1,1 261:1,1          127:18 128:14,22 129:11,15,22
262:1,1 263:1,1 264:1,1 265:1          130:6,10,21 135:19 136:2
265:1 266:1,1 267:1,1 268:1,1          137:10 138:17 140:15,17
269:1,1 270:1,1 271:1,1 272:1          149:17 160:6,17,19 161:5,5,15
272:1 273:1,1 274:1,1 275:1,1          161:23,25 162:12 163:2,4,5
276:1,1 277:1,1 278:1,1 279:1          166:5,24 167:9,12,21 168:2,4
279:1 280:1,1 281:1,1 282:1,1          168:6,9 169:9,24 170:17,18
283:1,1 284:1,1 285:1,1 286:1          171:2,3,10,10 172:22,22 173:8
286:1 287:1,1 288:1,1 289:1,1          173:8,15,15 174:22 175:4,20
290:1,1 291:1,1 292:1,1 293:1          176:9,10 177:21 178:7,24
293:1 294:1,1 295:1,1 296:1,1          179:13,16,16 181:8 183:10
297:1,1 298:1,1 299:1,1 300:1          184:2,8,21 185:2 193:12 194:7
300:1 301:1,1 302:1,1 303:1,1          194:7,9 200:10 201:22 205:12
304:1,1 305:1,1 306:1,1 307:1          210:9,10,13,16 212:3 214:2,3
307:1 308:1,1 309:1,1 310:1,1          217:18 219:7 221:15,21 230:4
311:1,1 312:1,1 313:1,1 314:1          230:6 236:2,4,25 237:17
```

241:19 242:6,19,23 243:20,21
246:22,23 252:9 253:5,14
254:8,8,25 255:8 256:7,17,18
256:22,23 257:20 258:5,10,15
258:22 262:18 264:25 265:6,7
265:14,17,22 266:11,14,24
268:5,7,9,15,25 269:24 270:22
271:8,19 272:14 273:16 274:2
274:8 277:13,17,22,25 278:17
278:20 279:3 281:11 282:13
283:22 285:16 287:15,20
289:14,24 290:5,8 291:21
292:12,12,14,18,23,25 293:5,8
294:5 300:5 301:14,18 304:8
305:17,18,19,22 307:2 308:24
309:3,9,12,19,21 310:2,13,24
311:6,7 312:11 314:5 315:11
334:25 335:5,5,7,11 336:8
341:12,15 351:15 352:8,23,25
353:7 354:16,20 355:17 362:25
363:19,19 369:12 374:12,21
375:17 380:8
**events** 5:5 11:24 13:6 36:13,25
47:8 48:19,19,23,24 49:15
61:6,22 62:7,16 80:10,19 87:4
92:14 101:20 116:17 161:6
169:22 188:11 209:9 243:19
255:18 268:8 281:17 297:13
301:7 303:22 304:25 305:9
351:13,21 352:8 368:21 373:7
380:24
**eventually** 115:14 285:25 300:2
332:21
**everybody** 243:2 291:16 312:17
**everybody's** 318:8
**evidenced** 377:2
**ex** 356:5
**exact** 58:9 65:15 93:19 240:12
241:7 248:19 259:9
**exactly** 250:23 254:2
**Examination** 3:4,5,6 7:16 379:22
**Examining** 384:6
**example** 204:10
**examples** 204:21
**exceptions** 382:6
**exchange** 165:15 174:2
**exchanged** 98:15
**exclamation** 239:13
**excuse** 42:20 136:9 141:11

**executive** 260:5 339:13 344:17
365:10
**exhibit** 4:19 5:9,11,13 11:5
21:5 47:17 64:12 75:18 102:5
102:8 103:7 116:3 120:7 125:8
127:9 128:18 132:7,13,20
133:5 139:18 140:3,6 146:2,13
148:6 163:15 164:19 171:13
173:18,22 175:10,14 177:7,14
201:8 217:5 230:8 238:4
243:10 244:14,16 249:16
264:22 266:6 268:3 270:20
273:24 279:7 282:12 294:17
313:8,20 314:9,22 337:14,15
337:21 338:15,16 342:16,19,24
344:25 345:3 346:14,15,20
350:19 357:22,25 361:23
366:11,15 368:19 369:23,24
370:14,15
**exhibits** 131:9 132:24 338:7
342:21
**exist** 59:19 66:3
**existed** 24:22 43:2
**exit** 281:10
**expanded** 356:5
**experience** 18:20 306:25
**experienced** 176:15
**experiences** 73:14 143:3,3
**Expires** 382:12
**explain** 42:21
**express** 198:12 222:11 269:4,9
376:25
**expressed** 219:14 375:16 380:7
**expression** 300:5 377:3
**expressive** 46:6,14 48:8,9 64:13
**extended** 43:18 232:23 234:12
**extent** 23:24 41:9 62:4 84:20
150:13,16 168:14 359:25
**extra** 235:25 236:25

---

**F**

**F** 3:2
**F.R.C.P** 313:10
**Facebook** 3:11 5:7 29:17 40:6,15
41:13 42:4 43:14 55:23 66:13
89:25 91:19 150:8 249:23
346:21
**facilitate** 109:13 154:10 268:4
**facilitated** 352:9
**facilitation** 374:21

**facing** 196:12
**fact** 95:3 111:15 190:23 253:21
  289:23
**facts** 23:22 84:5,9 218:18
**faculty** 367:17 368:14 372:19
  373:6
**fail** 384:10
**failing** 352:21
**fair** 11:2,7,24 16:8,11 26:2
  29:2 35:9 42:19 46:25 49:9,20
  49:22 50:5,11,15,19 51:25
  67:19 68:11 69:16 79:17,18
  86:6 94:23 101:3,22 128:21
  137:23 138:2,25 145:11 152:20
  158:6 175:9 200:11 202:9
  212:10,21 246:18 248:20
  269:11,19 301:2,4 367:24
  368:13 374:9
**fall** 15:2 16:2,13,15,16 17:6,15
  17:17,21 19:7,14 20:4,6,15,22
  25:8,10,16,22 26:12,17 27:2
  27:10 34:6 36:5 38:18 43:3,15
  43:16 47:13 50:8,9,10,10,19
  52:9 63:14 64:23 65:12 66:4
  70:20 71:3,6,13,20 74:6 76:13
  77:21 79:11,15 93:25 100:19
  171:22 203:11,13,17,20,22
  205:20 206:12,12 211:9,10
  213:13 251:15 252:13,19
  302:14,17 303:3,4 331:16
  372:9
**falling** 331:17
**false** 199:25
**familiar** 201:2
**far** 76:16 88:21 94:14 95:7
  114:4,20 118:13 122:8 131:16
  136:14 165:23 169:21 171:17
  190:6 194:13,15 196:8 210:4
  247:19 277:6 304:5 306:5
  325:11 327:12 332:5 351:17,19
  365:25 377:16 381:12
**father** 10:24
**fear** 356:24
**featuring** 236:7
**February** 44:18
**Federal** 6:4 8:10
**Federation** 89:21
**fee** 94:22,23 109:17,20,21,22,25
  114:8 145:6 160:8 355:22

**feel** 136:2 269:11 361:19 374:25
**fees** 143:11,15
**feet** 194:21,23 195:7,16 247:25
  248:9,12,13,20
**fell** 65:17
**fellow** 48:11 317:12,16 320:4
  321:22 323:20
**female** 261:20
**Fest** 202:25 203:3,7,8
**field** 52:6 189:8 195:9,11
  209:21 215:6
**fifteen** 5:12 109:19 110:3
  112:16,17,18 113:5,12 120:7
  155:5,19,20 185:8 246:5,10,14
  294:14,16,18,22 295:16 296:13
  313:20 314:9 315:19,21 357:22
  357:23,25 358:2
**fifty** 134:5 157:9,9,23 158:3
  159:25 160:2 168:19 178:18
  180:2,3,8 195:14 217:4,4
  238:20 240:5,9,25 311:3
  324:22
**fifty-** 224:11
**fifty-eight** 375:13 380:3
**fifty-five** 238:12
**fifty-four** 318:20
**fifty-nine** 249:20 328:15
**fifty-one** 220:21
**fifty-seven** 317:9 373:11
**fifty-six** 328:8
**fifty-two** 174:19
**figure** 33:14 45:12,13 139:8
**figured** 150:2
**file** 308:11
**filed** 22:5,6
**filled** 136:17 137:10
**filmed** 80:16
**final** 125:8 128:17 236:18
  239:19 251:10 337:13
**finalized** 140:16
**finally** 9:18 58:16 173:10
  236:12
**finance** 115:17 141:22 243:22,24
**finances** 356:16
**financial** 157:6 353:2 356:9
**financing** 363:23
**find** 84:21 137:25 138:5 149:22
  163:18 269:18
**finding** 108:22

**fine** 34:21 100:5 185:20 223:11
**finish** 15:4 361:10
**finished** 15:6,16,17
**fire** 279:10,18 280:9,19,21,21
**firm** 343:20 344:8
**first** 8:16 12:25 17:10 22:9,16
  25:5,7 27:16 28:10 34:3 36:24
  36:24 49:24 50:6,6,7 65:4,6
  75:17,18,19 81:2 93:13,15
  103:6 117:21,25 129:10 140:2
  140:5,6 146:23 148:11 153:19
  155:6 165:21 171:24 187:20
  189:18,20 203:18 221:16,21
  229:14 230:20 237:25 249:24
  266:12 269:4 288:18 302:14,22
  302:23 303:16 317:7 363:8
  366:15 367:21 373:15 377:25
**Fisel** 359:15,17,22
**five** 4:14 14:2 31:18,18,19
  45:22 47:17 64:10,15 83:22
  110:8,11,15,21,24 111:2,13,14
  111:20,25 112:7 116:17 146:13
  165:25 166:3,19 194:21 217:20
  224:12 235:16 325:9 328:3
  332:9 366:11,16 368:19 377:21
  377:23
**five-** 365:2
**five-hundred** 364:24
**five-hundred-dollar** 364:18
**flash** 314:10
**flawless** 285:9
**flew** 354:15 355:5,7
**fliers** 238:21
**flights** 353:6 354:13
**flooded** 274:10
**flowers** 240:25
**fluctuated** 27:4 38:23
**fly** 95:4 301:6 355:2
**flyer** 210:23,24 211:5 236:11
  265:3,23,24 309:13
**flyers** 48:10 63:9,16,21 179:12
  179:19,22 180:11,14 186:20
  193:12 198:22 207:14 217:13
  240:6,10,12,18 241:8 301:7
  309:11 311:3
**focus** 48:15
**focused** 198:21
**focuses** 374:18
**folding** 64:17

**folks** 135:22
**follow** 135:10
**follow-up** 379:24
**following** 61:3 103:18 118:4
  120:17 231:19 238:9 363:18
  368:21
**follows** 273:12,25 281:8
**food** 9:15
**foot** 248:3,4,19
**footage** 248:23 320:25 322:2,10
  322:24
**football** 195:9,10
**force** 267:3
**foregoing** 382:3 383:3,8
**forget** 162:18
**form** 6:8 296:20 352:22
**format** 134:8 135:2,3 138:23
**formed** 294:23
**former** 150:11
**forth** 195:2 258:21
**forty** 239:20 361:23 362:2,3,5
  363:4,11
**forty-** 64:9,14 177:16 199:15
  207:6
**forty-eight** 102:12,14 177:11,17
  177:25 197:25 198:24 204:7
**forty-five** 64:4 65:2 168:15,18
  183:15 243:16 352:19
**forty-four** 64:11,12 243:16
  326:3
**forty-one** 133:4
**forty-seven** 102:11,13 177:11,19
**forty-six** 356:21
**forty-three** 329:9 372:17
**forty-two** 324:15 370:13,16
  371:24
**forward** 331:18 352:20
**forwarded** 126:25 127:15 128:6
  128:10 153:5 232:22 234:11
**forwarding** 117:15
**found** 137:24 365:3
**Foundation** 1:7 7:24 90:16 91:24
  91:25 93:7 99:7 103:22 104:3
  107:19 154:17 156:2 157:8,24
  160:2 238:10 250:20 254:25
  289:16,23 371:18,22 372:7,8
  372:10 373:2,5 374:4,5
**four** 4:11 31:19 39:18 45:22
  47:17 83:22 132:7,20,25 133:5
  139:18 140:3,6 146:2 233:12

233:22 270:17 278:14 279:7
325:8 328:15 342:20
**four-time** 57:3
**fourteen** 5:10 47:16 48:6,16
63:7,24 65:2 116:15 117:22,24
118:21,24 212:11,12,21 278:7
288:17 342:16,24 345:7 346:15
**fourth** 322:5
**fracking** 56:10
**frankly** 214:5
**FRCP** 5:13
**Fred** 156:23
**free** 51:22 136:2 179:17 224:14
238:10 288:19,24 289:3,14,24
290:14 292:11,17 293:20 294:4
294:8,12 301:4 311:14,19,20
312:4,8 319:13 324:22 325:2
325:10 328:15 352:22 373:13
377:12 378:6
**freedom** 156:4 195:24 371:19,25
372:3,23,25 377:5,7
**frequency** 34:9
**freshman** 14:20,25 15:16,17
27:18 77:22 79:9,11 93:23
95:20 302:7
**Friday** 233:11 257:10
**friends** 40:7,15 55:23 57:13
87:23 89:25 97:12 172:9
**front** 2:22 63:8,23 91:21 177:8
272:20,20 273:8 289:8 291:17
324:25 326:12,13 328:21
337:10 349:5,13 357:23
**frozen** 320:15
**full** 7:12 8:15 9:24 26:11 43:12
**function** 159:4,6 252:13
**functioning** 47:3,25 351:17
**funding** 94:11 109:14 111:24
160:5 364:3 365:8
**fundraising** 307:8
**funds** 113:16 157:14,16 353:19
364:10
**further** 6:7,10,13 22:21 98:11
106:19 285:6
**future** 48:4
**fuzzy** 16:7

---

**G**

**G** 1:14 3:2 125:24 128:16
**G-A-G-L-I** 85:7
**G.O.P** 55:14 56:2

**G.P.A** 20:16
**Gagliano** 85:5,7,10
**Gallagher** 4:19,22 162:16,16,20
162:22 164:23 165:17 167:5,21
169:3 170:3 173:25 174:6,19
176:8,23 219:11
**Gallagher's** 165:21 169:12
**gather** 312:18
**gauge** 246:6
**general** 2:9 23:4,6 48:20 117:14
134:13,16,18,21,23 135:25
136:11 168:2 193:2 217:25
351:11 384:12
**General's** 7:20
**generally** 176:13 182:3 247:23
**generated** 366:12 373:21
**generating** 239:8
**gentleman** 319:25
**genuinely** 158:17
**George** 56:25 57:2,3,7 58:16
96:3 103:11 113:19,21 144:6
144:13,14 145:11,12,23 156:23
167:15 237:18,22
**getaway** 273:16
**getting** 64:8 94:12 96:4 104:15
107:23 109:24 200:20 214:12
224:3 238:19 252:17 272:21
284:25 325:13 326:4 347:19
365:21 366:23 376:7
**giant** 51:22
**give** 8:19 12:6,7 87:10,11
113:16 127:9 164:10 185:17
214:13 215:4 235:23 253:3
261:23 269:11 280:23 291:12
302:12,12 311:7 361:19
**given** 84:17 109:22 110:14
113:13,14 235:2 240:13 263:16
263:17 268:14,21 311:22,25
**giving** 8:21 174:12 263:13 383:6
**glad** 176:8
**glasses** 316:24
**Glock** 246:4
**Gmail** 148:12 213:20
**gmail.com** 131:5
**go** 8:15 15:19 19:22 25:6 31:8
45:4,18,21 47:15 49:6,6,23
50:10 65:24 100:24 119:19
120:4 121:18 123:10 132:18
133:25 138:4 140:2 143:24
146:5 149:22 151:14 152:8,9

Case 8:22-cv-00822-LEK-TWD   Document 254-9   Filed 06/21/23   Page 409 of 451
Associated Reporters Int'l., Inc.

Page 408

152:22 164:14 177:6 182:22
197:24 198:23 204:18 217:21
218:2 231:8 232:19 253:7
254:6 259:3 264:18,21 266:5
267:25 284:17 297:9 298:15,18
299:24 314:25 315:3 323:13
325:2,20 328:2,11 330:23
331:3,9,20,25 332:11 333:8,14
336:19 363:3 367:13 368:21
375:10 376:20
**goes** 156:19 366:6
**going** 8:20,21 11:4 18:11 30:5
38:5 41:8 43:7,13 44:10 45:18
45:21,24 46:3 48:19 70:18
75:16 77:9 80:21 87:11 89:3
91:20 93:7 99:22 102:5 106:2
106:6,12,18 113:3 115:25
116:7 127:4,8 131:18 132:12
132:19 135:8 137:8 138:4
139:12,24 146:12 147:8 148:4
149:21,23 150:10 156:20 160:5
161:24 164:12 168:3,4 175:2
177:10,13 185:15 186:8 194:25
209:13 210:12 213:8,24 215:15
215:16 223:17 230:7 235:25
236:12 244:8 253:13 255:7,25
256:5 266:24 267:12,15 268:25
272:13 284:2 300:17 312:24
313:8 314:8,23 315:22 322:12
322:13 323:13,13 327:23 328:9
328:21 333:16,19 337:19
341:21 347:6,7 349:25 352:20
358:8 360:19 361:25 368:3
381:15
**Goldwater** 94:20
**good** 7:18,18 97:21,23 99:25
210:25 219:19 239:8,12 242:24
247:21 248:3 267:6 325:6
340:13
**goodbye** 298:5 331:24
**Google** 3:21 308:17,20
**gotten** 115:16
**government** 47:24
**grab** 44:9 325:2
**graduate** 20:12,14
**graduated** 20:22 28:14,15
**graduation** 25:16
**grand** 109:21
**granting** 371:24

**Grassroots** 17:4
**gray** 316:9,17 318:18
**great** 100:3 167:4 226:12 318:17
**greater** 69:10
**greatly** 27:4
**Greek** 367:16 368:14
**greeted** 285:9
**grew** 10:12
**grill** 283:7
**ground** 8:20 153:16 245:3 246:12
**group** 12:25 24:12,14,16,20
28:13 33:24 37:6,23,24 38:7
41:19,21 42:3,24 52:22 53:15
58:18 79:14 95:14 101:21
113:8,10 169:20 171:19,20
187:5,14,16,21,24,25 212:23
213:14 220:2 221:2 243:19,25
250:17,19 273:3 276:24 278:7
281:17 291:13 299:8,13 303:15
312:3 320:10,11 321:10 333:6
341:7,9 348:9,13 351:17,25
368:2 373:8
**group's** 128:14 370:24
**GroupMe** 42:2,20,21 43:2,13
**groups** 52:25 99:10 167:3 169:13
170:4 206:23 207:4 265:2,22
347:10,19,24 348:24 367:16,17
367:25 368:12,14 377:4,6
**grow** 10:10
**growing** 156:17
**guess** 9:21,21 43:2 113:19 175:2
212:21 247:9 248:10 252:22
344:16 361:18 374:19
**guessing** 34:17,18 190:13
**guests** 281:9 282:5
**guidance** 135:25
**guideline** 66:19
**guidelines** 4:15 5:11 146:16
147:15,23 366:11,12,19,20
367:15,20
**gun** 195:24 245:22
**guns** 195:19 197:8,18 220:15,18
246:2,3
**guy** 96:16 214:16 228:19 272:24
316:8 317:23
**guys** 164:6 235:3

| H |
| --- |

**H** 4:2
**H-A-Y-E-S** 41:7

**H.S** 124:4
**hair** 316:9
**half** 195:9,10  227:23
**halfway** 342:25
**hall** 118:24  125:6  259:11,12
  264:17  266:14  268:6,8,14,15
  268:22  269:9,12,13,15,18
  274:4,5,22  281:11  297:15
  298:4,8,10  299:15  314:4,5
  331:20  333:5,9
**halls** 65:25
**Hamilton** 2:5  53:23
**Hamilton's** 344:8
**hand** 7:5  11:4  164:13  179:12,17
  179:20  180:14  210:18  250:11
  250:21  290:13,23  295:20
  300:12  301:7  313:15  318:6
  330:8,12  342:21,21
**handed** 21:4  180:11  191:15
  207:14  217:11  238:20  240:5,9
  240:12,18,25  241:8  243:9
  285:10  290:5,7  295:25  300:3
  301:9  311:2  312:10  327:7
**handing** 147:12  198:22
**handle** 256:7  365:9
**handled** 109:23  159:15
**hands** 114:12  289:3  290:15  318:9
  324:15
**handy** 132:14  313:6
**hang** 181:13  332:10
**happen** 142:11  144:8  256:6
**happened** 19:21  97:17  98:14
  144:10  161:22  168:10  188:20
  188:23  205:19  256:6  272:11
  287:24  291:23,25,25
**happening** 179:17  184:17,21
  223:7
**happy** 103:13
**hard** 52:14  216:17  269:12  318:3
  322:10
**Harvey** 1:14  160:25  170:22  173:4
  242:3  264:7  292:22  344:17
  345:12  349:25  350:8
**hat** 226:7,9  319:21
**HAYDEN** 2:15
**Hayes** 41:3,6,7,8  141:8
**he'll** 116:10  132:6
**head** 9:6  19:2  29:20  40:6  74:20
  89:20  97:2  188:10  204:20
  208:5

**headed** 218:13
**heading** 382:4
**hear** 23:22  33:23  61:8  197:22
  226:13  227:3  251:24  260:11
  279:12  293:7  299:21  319:10
  324:10  358:11
**heard** 206:10  223:16  255:17
  286:17  358:23  359:14  360:12
**hearing** 6:16  206:9  297:20,23
  379:4
**heckler's** 255:6,9,16
**heckling** 185:20
**height** 38:24
**held** 26:10,14  34:25  48:24  50:25
  51:2  61:6,22  62:7  65:8  69:4
  74:2  76:19  93:4  178:8,9
  182:24,25,25  363:23
**help** 92:12,13  96:20  109:25
  179:6  209:22
**helped** 12:25  54:14  87:9  113:16
  153:15  154:9,19  188:25  189:9
  226:4  252:25
**helpful** 293:10
**helping** 92:8  254:24  285:5
**helps** 192:19
**hereof** 382:4  383:6
**hereto** 383:5
**hesitant** 280:23
**hey** 185:17  219:11
**hi** 129:11  135:18  137:10  230:23
  233:14  238:18
**high** 14:11,13  64:18  177:21
**hired** 270:22  271:2
**hiring** 353:7
**history** 14:11
**hit** 18:16,21  323:12
**hold** 26:6,9,12  33:24  36:13  55:4
  93:3  101:20  132:21,23  243:15
  302:3,6  303:2  336:6,7
**holding** 166:24  206:16,17
**home** 168:14
**homophobic** 379:10
**honestly** 8:4
**Honor** 115:15  141:18
**honorarium** 353:5,22  354:2
**hoodie** 325:18
**hoodies** 276:12
**hook** 97:9
**hoops** 269:17

**hope** 173:20
**host** 101:6 108:9 110:16 350:3
356:22
**hosted** 48:24 64:25 70:6,12,22
71:15 99:14 351:13 357:10
**hosting** 48:10 51:10 63:24 64:2
72:16 73:10 189:24 265:6
**hot** 179:17 180:15,16,17,19,24
181:3,5 186:20 191:19 198:22
207:14 210:12 217:11,12
**hotel** 142:12,15,17
**hour** 99:22 182:6 183:14,15,17
185:6 268:15 270:21 273:25
274:16
**hours** 178:22 181:15 182:7 217:6
217:10,20 269:23
**house** 10:20,23
**housekeeping** 244:5
**how's** 38:5
**huh** 138:15
**human** 248:11
**hundred** 110:8,11,15,21,24 111:3
111:13,14,20,25 112:7 157:23
158:3 180:4,5,7 239:21 240:3
240:5,9,25 311:3 353:3,12
365:3
**hundreds** 274:8
**hunt** 139:7
**hyperlink** 367:9,10 370:5,8
**hyperlinks** 366:25 367:4,13

---

**I**

**I.T** 44:5
**id** 347:18
**idea** 57:22 78:5 85:4 129:5
147:16 159:24 219:19 352:16
353:15 354:4 356:4
**identification** 314:21
**identified** 24:17 80:9,22 147:11
173:21 314:18 332:24
**identify** 94:15 116:8 329:21
360:15
**identity** 72:6 91:6 113:4 156:8
277:13 279:4 281:2
**image** 339:5
**immediately** 185:13 324:21
**impede** 169:9
**imposing** 266:11
**impossible** 341:8
**in-person** 34:22,24

**inaccurate** 240:14 287:14,19
**inch** 248:16
**inches** 248:4,14
**incident** 80:16 101:11 178:22
217:6 250:2,9 352:8 377:22
**incidents** 11:8,11 80:11
**incited** 220:25
**include** 64:15
**included** 137:15,16 238:9 284:5
346:15
**includes** 353:4
**including** 48:9,22 63:14 64:24
70:20 71:13 108:6 170:17,25
171:2,10 172:21 173:7,14
236:10 258:5 265:2 357:3
**inclusive** 383:10
**incorporated** 143:10 145:6
339:16
**increase** 212:2,4 266:13
**independent** 176:18,20
**Index** 1:9 384:4
**indicated** 376:4
**indivi** 293:8
**individual** 86:7 285:25 286:11
286:14,21 287:12,17 290:13
322:4 323:2
**individuals** 39:6,8 55:15 56:23
89:13 90:7 106:24 112:18
156:9 168:13 186:23 221:15,20
261:23 276:9,25 282:5,21
293:5,8,12 296:13 307:9
318:23 319:13 320:16 321:11
322:6 329:15
**inevitable** 273:12
**inflated** 51:21 241:12
**inform** 340:13
**information** 29:12,25 31:4 37:14
48:10 53:23 64:3,20,25 70:6
70:13 81:10 83:8 84:22 85:15
86:7 87:20 89:24 118:20 119:2
149:17 159:19 238:22 240:14
347:8
**informed** 273:13
**informing** 337:2
**INGRAHAM** 2:20
**initially** 221:9 251:17 287:22
**input** 373:21
**inquire** 176:11
**inquiry** 99:8 176:23

| | |
|---|---|
| **inside** 281:21 | **issue** 94:11 244:5 378:20 |
| **insignia** 277:8,10 286:18 320:9 | **issued** 350:18 |
| 320:17 322:16 323:23 | **issues** 167:2 176:14 377:11,24 |
| **insignias** 320:22,24 327:12 | 378:8 |
| **insistence** 279:8 | **it'd** 247:24 374:9 |
| **Inspector** 162:15 | **Italian** 40:14 |
| **Instagram** 32:19 37:21 | |

**institute** 17:3,16,19,20 52:7
  338:18,20
**instruction** 152:2
**instructions** 150:14 152:16
  291:13
**Int'l** 383:11
**intended** 136:18
**intention** 213:2
**intentionally** 375:15 380:6,11
  380:15
**intentions** 297:4
**interact** 64:18
**interaction** 165:21
**interactions** 218:8
**interest** 239:8
**interested** 103:12 281:10 282:6
**intern** 17:4
**INTERNATIONAL** 384:2
**internship** 16:18,22,25 17:11
  18:22 19:5,7,25 20:7 25:21
  33:21 306:25
**interrupt** 165:5
**interrupting** 9:2
**intro** 155:25 283:12,13 284:7,8
**introducing** 98:17
**introduction** 98:21,24 103:11
  282:16,18 283:3
**investigator** 164:23 165:18
  169:11 176:22
**invited** 70:22 71:15 73:13 141:9
  281:9,15,17 282:5 305:4
**inviting** 48:11
**involved** 8:16 70:15 91:13
  101:18 154:4,5,13,15 160:9
  214:8 250:15,25 252:17 258:17
  307:11 312:6 334:16,19 349:13
  357:17 371:12 372:14,20
  380:19
**involvement** 60:6,13 61:21 79:13
  101:9 214:10 241:22 242:9
  346:13 351:7 374:20
**involving** 307:9

## J

**J** 1:1 2:1 3:1 4:1 5:1 6:1 7:1
  8:1 9:1 10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1 48:1 49:1
  50:1 51:1 52:1 53:1 54:1 55:1
  56:1 57:1 58:1 59:1 60:1 61:1
  62:1 63:1 64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1 90:1 91:1
  92:1 93:1 94:1 95:1 96:1 97:1
  98:1 99:1 100:1 101:1 102:1
  103:1 104:1 105:1 106:1 107:1
  108:1 109:1 110:1 111:1 112:1
  113:1 114:1 115:1 116:1 117:1
  118:1 119:1 120:1 121:1 122:1
  123:1 124:1 125:1 126:1 127:1
  128:1 129:1 130:1 131:1 132:1
  133:1 134:1 135:1 136:1 137:1
  138:1 139:1 140:1 141:1 142:1
  143:1 144:1 145:1 146:1 147:1
  148:1 149:1 150:1 151:1 152:1
  153:1 154:1 155:1 156:1 157:1
  158:1 159:1 160:1 161:1 162:1
  163:1 164:1 165:1 166:1 167:1
  168:1 169:1 170:1 171:1 172:1
  173:1 174:1 175:1 176:1 177:1
  178:1 179:1 180:1 181:1 182:1
  183:1 184:1 185:1 186:1 187:1
  188:1 189:1 190:1 191:1 192:1
  193:1 194:1 195:1 196:1 197:1
  198:1 199:1 200:1 201:1 202:1
  203:1 204:1 205:1 206:1 207:1
  208:1 209:1 210:1 211:1 212:1
  213:1 214:1 215:1 216:1 217:1
  218:1 219:1 220:1 221:1 222:1
  223:1 224:1 225:1 226:1 227:1

228:1 229:1 230:1 231:1 232:1
233:1 234:1 235:1 236:1 237:1
238:1 239:1 240:1 241:1 242:1
243:1 244:1 245:1 246:1 247:1
248:1 249:1 250:1 251:1 252:1
253:1 254:1 255:1 256:1 257:1
258:1 259:1 260:1 261:1 262:1
263:1 264:1 265:1 266:1 267:1
268:1 269:1 270:1 271:1 272:1
273:1 274:1 275:1 276:1 277:1
278:1 279:1 280:1 281:1 282:1
283:1 284:1 285:1 286:1 287:1
288:1 289:1 290:1 291:1 292:1
293:1 294:1 295:1 296:1 297:1
298:1 299:1 300:1 301:1 302:1
303:1 304:1 305:1 306:1 307:1
308:1 309:1 310:1 311:1 312:1
313:1 314:1 315:1 316:1 317:1
318:1 319:1 320:1 321:1 322:1
323:1 324:1 325:1 326:1 327:1
328:1 329:1 330:1 331:1 332:1
333:1 334:1 335:1 336:1 337:1
338:1 339:1 340:1 341:1 342:1
343:1 344:1 345:1 346:1 347:1
348:1 349:1 350:1 351:1 352:1
353:1 354:1 355:1 356:1 357:1
358:1 359:1 360:1 361:1 362:1
363:1 364:1 365:1 366:1 367:1
368:1 369:1 370:1 371:1 372:1
373:1 374:1 375:1 376:1 377:1
378:1 379:1 380:1 381:1 382:1
383:1 384:1
**J-O-N** 75:23
**jacket** 317:13
**January** 1:18 352:7
**Jeff** 113:19,21 153:7,11,13,14
153:19 154:8 156:22 181:4
332:20
**Jeffrey** 273:14
**Jews** 182:12,14 185:12
**Jill** 87:25
**job** 307:5
**Joe** 4:19 40:13 41:15 91:9,11,18
164:23 165:17 167:4 169:3
170:3 173:24 174:5,19,23
175:7 176:7,15 219:11,14
229:4 277:20,20 316:11
**John** 1:6,10,17 2:10 3:3 7:10,13
7:19 9:25 21:23 40:19 43:20
88:25 99:21 103:11 122:14

129:11 133:16 134:7 135:18
137:13 140:14 147:3 161:4
165:5 166:22 171:6 173:11
174:18,20 176:8 191:9 223:4,5
230:24 233:21 234:7,15,19
235:19,19 238:6,24 239:6
242:13 254:23 259:23 260:21
264:11 277:18 282:14 293:10
312:24 338:12 382:3,8 383:3
384:5,6,13
**Johnson** 340:9
**join** 25:3 220:25
**joined** 25:4,10 26:25 27:2,10,13
28:19,22,24 36:25 48:21 63:13
64:22 70:19 71:12
**Jon** 30:20 38:16 39:8 62:2 75:21
75:24 88:13 91:2 141:7 148:16
148:18 150:20,21 151:22
161:20 185:18,19 186:6,9
188:6,13 189:2,23 190:3 191:6
191:20 194:25 208:14,23
228:16,24 303:23 317:14
**Joseph** 350:2,2
**Jr** 94:20
**jrestuc1@binghamton.edu** 116:23
122:16
**jrestuccia1@binghamton.edu**
131:10
**jrestuccia1@Binghamtonedu** 165:4
**Judaic** 182:17
**Judging** 160:4
**July** 10:6 21:6 102:17 103:5
104:12
**jump** 22:17 269:17
**juncture** 17:25
**junior** 302:10
**justice** 285:6

| K |
| --- |
**K-A-N-N-A-P-P-A-N** 103:4
**Kannappan** 3:13 90:13 103:3,4,20
103:21 104:9,13,17 106:4
107:19 108:6 133:19,21 232:5
354:24
**Kanopolin** 354:23,23
**keep** 29:8 35:13 38:6 40:22
112:19 132:13 313:6 323:13
338:5,8,10 347:5 356:8
**keeping** 113:2
**Kenyan** 201:13

**Kenyon** 368:23 369:3
**Kestager** 39:21 44:18 62:2 78:20
 88:13 91:3 141:7,15 188:4,14
 191:7 244:23 277:19 316:18
 359:4
**Kestager's** 44:13,15
**Kevin** 2:15 44:2 300:16
**kind** 38:10 49:25 66:15,18 73:10
 78:15 93:4 98:16 108:25
 189:10 280:15 288:6 289:4,5
 308:7 341:8
**kinds** 176:14
**KING** 2:4
**knew** 76:8 97:12 172:5,13,15
 209:12 278:17 286:6
**know** 9:14,18,22 11:9,20 12:11
 16:5 22:8 24:19 28:10 31:10
 31:20 34:10 35:18 36:6,9
 42:20 43:4 44:17 46:16,20,22
 47:3,4,9,11 49:4 50:17 52:2,2
 53:3,14,16 56:6,20 57:23,25
 58:2,4,5 61:17,18 62:13,14
 63:2,22 65:9 70:5,12,14 71:10
 74:19 75:15 76:5,16 77:14,16
 77:17,20,23 78:8,9,19,22 79:6
 79:7,14,19,22 80:15,15,16,17
 81:11,13,21 82:19,23 83:5,7
 83:18 85:2,17,18,25 87:24
 88:10,13 89:13 90:8 91:16
 95:10 99:10,12 103:11 104:21
 105:15 109:23 111:4,12 112:25
 114:5,14 116:8 117:14 118:14
 118:21 119:25 121:7,9 124:7,9
 124:11,14 125:5 126:6,7,9,23
 128:10 129:3,6,20 130:4,7,12
 131:16 136:2 138:19 139:4,18
 140:17 142:17 143:8,9,13,17
 143:18 144:19 145:4,7,9,10,10
 145:14,16,18,21 147:17,24
 148:2 153:22 154:2,7,20,21
 155:15 156:8,12 158:13,14,22
 158:24 159:2,13,17 160:7
 167:3 169:24,25 170:5,6,9,19
 171:4,11,24 172:3,24,25 173:2
 173:9,16 174:23 175:16 176:22
 176:24,25 179:16,21,23 180:9
 182:3 183:4,22 185:22 186:9
 186:11 187:23 188:8 190:12
 191:6 192:9,23 195:17 196:2
 197:21 201:12,13,14 202:8,20
 204:19,20,21,25 205:8 209:5,5
 209:7,10,18 210:4,15 211:15
 216:15 219:19 220:9 221:8
 225:11 229:3 230:2 237:20
 238:6 239:25 240:11 241:15,18
 241:25 242:2,12,13,17,18
 245:3,16 247:23 248:2,14,15
 248:19,23 250:16 252:7 260:21
 260:23,24 261:9,16 262:6,24
 263:2,3,16,17,18,25 264:3,8
 264:12 266:2 271:3 276:8
 277:8 278:12,14 279:3,4,20
 280:25 281:19 283:18 285:22
 285:24 286:3,10,12,13,15,22
 286:23,25 287:3,5,9,11,23
 295:3,8,12,15 296:6,9,11,12
 296:16,18,19,21 297:3 298:14
 298:16,17 300:16 301:16 304:5
 304:9,20,21 305:5 309:16
 310:11,17,20,22 312:2,5,18
 313:3 314:17,22 317:21 319:6
 319:11 320:5,19 321:25 328:21
 329:16,21,24 330:2,10,24
 331:2 333:4,7,11,13 334:15,18
 334:23 335:16 336:5,16 340:11
 340:18 343:7,9,13,14 346:5,11
 346:12,16,22 347:16 348:5,15
 349:23 350:5,9,13,16,20,23
 351:18,24 352:3 353:14,17,20
 353:21,23,24 354:3,8,9,11,12
 354:14,15,17,18 355:4,5,7,8
 355:10,11,13,14,16,20,21,22
 355:23 356:3,7,11,12 357:9,12
 357:14,16,23 358:11 359:7,12
 359:25 360:4,6,7,11 361:11,16
 362:11,16 363:2,16,21,25
 364:17,25 365:2 366:4,5,9,12
 366:13 367:6,12,18 368:16
 369:2,8,14,16,17 370:4,11
 371:8,10 372:2,9,12,15,22
 373:18,24 374:10,15,23 375:4
 375:9 376:13,19 377:11 379:13
 379:19 380:10,13,17,18,22,23
 381:6,12
**knowingly** 375:14 380:5,10,15
**knowledge** 32:8 61:6,22 80:11,13
 81:19 83:16 85:23 86:21
 170:14,22 171:7,22 172:18
 173:4,11 190:22 220:5 221:12
 238:15 241:22 242:9 245:8,10

247:6 257:4 263:6 264:6,10
268:18,21 345:19,25 346:7
347:15,18,23 362:8,20,23
363:18 365:13,14 373:20 374:7
375:7 376:15 380:14
**known** 41:9 47:20 57:17 92:7
169:22 177:22 214:23 216:4
220:17
**knows** 150:3
**Kuryluk** 2:11 21:12 358:9 384:13
**Kyle** 82:16,19,20 83:9,16,19,21
83:22 84:13 91:3 277:19 318:7
318:8

---

### L

**L** 3:9
**L-A-U-E-R** 39:25
**L-I-Z-A-K** 75:23
**L.C.C** 2:20
**L.H** 118:21 166:25
**L.L.P** 2:4
**Lacey** 39:21 62:2 78:20,22,23
79:2 80:4,15 88:13 91:3 141:7
185:21 188:4,13 189:4,23
190:3,10 191:7,9 194:25 196:2
208:14,23 209:21 210:3 215:4
215:7,16 216:12,23 226:7
228:16,24 244:23 246:21
259:25 260:2 277:19 310:16,18
316:18 317:23 359:4
**Lacey's** 214:10
**Laffer** 3:18,20 5:5 36:6,7 48:23
49:18 57:8 58:24 59:2,6,12,15
60:14,17 61:23 62:8,20 63:18
67:17 68:12,16 69:18 70:4,9
70:21 72:19 73:8 80:17,19
81:16 83:13 86:10,15,21,25
87:3,5,8,8,20 89:9 90:5,9,11
98:2,4 99:3 101:6 104:15
106:7,9,17,25 108:11 109:6
110:22,24 111:3,21,25 114:3
114:17 115:13 119:2,8,10,12
119:22 120:18,25 122:7 123:5
124:16,17,22 126:12,14 127:18
128:22 129:11 140:25 141:6
142:2,4,25 143:10,16 145:24
149:17 153:15 154:10,19 156:4
156:4 157:3 160:5,8 161:5,25
162:12 170:17 171:3,10 172:22
173:8,15 175:20 176:10,23
178:24 186:21 193:12 201:16
212:3 214:3 236:8,8,13,25
237:15,21 242:23 243:21,25
246:22 252:9 253:14 254:8
255:8 256:18,23 258:10,22
262:18 266:16 267:23 268:7
269:24,24 270:22 271:4,8,18
272:12 273:4,15 274:2,8,17,25
275:7,16 276:2 277:13,16,25
278:17,19 279:3 281:18 282:13
282:16 283:4 284:6,11,20,24
285:3,5 289:5,14 291:17
292:23 297:15,25 298:20 304:8
307:12 308:23 310:24 311:6,7
312:11 315:11 318:13,16,21
319:9 320:6 323:14 325:2
326:8,17 329:7,10,16,20 330:7
330:12 331:5,12,21 334:3,8,25
335:4,5,7,23,24 336:2,8
341:12,15 352:8,23 354:17
356:22 357:11 362:25 363:19
369:11,19 374:11,19 375:2,8
375:17 377:22 380:8,24
**Laffer's** 69:7 71:14 75:14 114:8
114:8 160:16,18 269:3 271:17
272:3 273:14 282:19 336:3
353:5,21 354:2
**language** 372:18
**laptop** 185:17 312:17
**large** 185:24
**Lastly** 157:6
**late** 91:12
**Lauer** 39:23 91:3 188:16 317:11
**laughing** 168:13
**law** 343:20
**lawsuit** 7:25 78:7,10 79:24 80:3
82:7 84:3,9 149:9,13
**lawyers** 151:25 152:15,19
**lead** 242:23 330:13
**leaders** 1:12 54:13 156:18
169:18 236:9
**leadership** 17:2,16,19 48:3 52:7
338:18,20
**leading** 236:7
**leaning** 378:6
**learn** 103:13
**leave** 15:5 224:17 227:7 228:3
228:11,20 275:7 298:8,24
299:5 331:6 333:2

**leaving** 223:16 227:16 228:11
  335:24
**lecture** 65:24 118:23 125:6
  140:17 237:2 238:8,10 259:11
  259:12 264:17 266:14 268:6,8
  268:14,15,22 269:8,12,13,15
  269:18 274:4,5,22 281:11
  297:15 298:4,8,10 299:15
  311:14 314:4,5 331:19
**led** 327:6 374:25
**left** 25:21 37:6 61:2 79:22 83:4
  169:21 171:17 181:14 184:11
  184:14,17 190:19 192:2 196:22
  196:25 218:19 219:2 298:4,20
  298:20 315:13 321:10 331:5,19
  333:6 336:2 350:24
**lefter** 298:20
**legal** 221:24 343:24
**legitimate** 361:17
**lengthy** 235:15
**let's** 8:15,15 14:10 25:6 26:13
  27:15 45:18 47:15 48:15 50:9
  54:17 99:24 100:5 117:14
  120:4 121:18 130:12 132:7
  133:25 135:10 140:2 143:24
  152:22 173:17 177:6,6 197:24
  198:23 203:14 204:17 231:8
  232:19 237:24 242:21 253:7
  254:3 259:3 264:18 266:5
  267:25 269:20 284:17 297:9
  299:24 300:15 312:16 315:3
  320:6 323:12 327:19 328:2
  329:7 333:14 336:19
**letter** 249:10
**letting** 229:25 314:17
**level** 47:23
**levels** 48:2
**Lewis** 56:7,23 57:7 58:2
**liberal** 338:23 350:2
**Libertarian** 100:17 303:14,15
  348:10,17
**libertarians** 51:13,19 52:13,16
  52:18,20 57:19 93:16,22 95:13
  100:12,15,19 101:2,5,8,20
  200:14 202:24 301:24 302:4,21
  303:5,10,21,24 304:3,7 307:24
  308:2 348:3,8 359:24 362:25
**Liberty** 90:14 93:17 95:9,11
**Library** 65:24

**life** 10:16
**limited** 93:21 108:6
**line** 127:10 147:13 313:16 314:4
  324:25 362:4,5
**lined** 168:12 274:4
**lineup** 71:3
**LinkedIn** 86:8 87:22
**list** 35:13,14,17 39:3 97:13,15
  97:16,18 176:12 190:8 204:12
  213:23
**listen** 219:11 280:24 358:10
**listening** 260:14
**lists** 366:16
**litigation** 22:24 361:6
**little** 16:7 24:6 27:6 92:20
  95:4 98:16 99:22 107:14
  142:13 144:5,9,11 157:12
  159:22 161:23 162:4 163:4
  168:12 216:17 244:5 245:3
  254:4 287:22 289:2 305:2
  318:3 322:10 327:20 339:4
  345:10 360:18,23 368:6 369:11
  371:15
**live** 10:22,24 12:13 13:7 18:15
  18:17
**lived** 10:15,16 12:8,14,17 13:12
**lives** 31:20
**living** 233:18
**Lizak** 1:6 21:23 30:21 38:16
  44:14 62:2 75:21,25 76:5,22
  88:13 91:2 141:7,15 148:19,22
  150:6 152:19 161:20 185:18,19
  188:6,13 189:2 190:10 191:6
  191:20 254:23 259:23 277:18
  303:23 304:2,7 317:14 318:5
  352:6
**Lizak's** 44:12 148:16 151:22
**lizakjon@gmail.com** 148:13,15,19
**local** 29:22 48:2 54:13 55:2,14
  55:25 56:9 57:5
**locally** 96:9,25
**locate** 139:13
**located** 15:10 65:19,20 121:7
  126:6,8 142:21 177:12 182:23
**location** 1:20 51:5 65:23 140:19
  243:20 259:10 265:14
**locations** 140:18 176:14
**Logan** 33:3 38:8,9 46:24 47:2
  74:11,17 81:2,12,22,24

logical 148:17
logistics 94:13 104:15 109:24
logo 291:5 311:25 325:22 338:25
  339:5
long 10:14 57:14 181:13 182:2,3
  182:8 211:23 217:18 293:24
  294:2 350:13 358:10 377:19
look 12:22,23 96:12 97:11,13,14
  97:16,18 105:6 117:14,21
  133:11 148:9 163:25 164:5
  220:8 230:20 232:7 233:5
  337:9 342:23 366:10 367:20
  368:18 369:24 374:17
looked 23:15 220:11 376:3
looking 21:25 37:9 108:25 115:4
  117:20 152:5 166:13 245:15
  326:14,19 345:5 357:25
looks 117:2,17 118:2,3,17
  120:21 122:9 128:6 135:16
  157:22 210:25 244:22,25
  246:10 248:13 317:3 321:4
  327:16 342:19
loosely 52:16
lost 57:4 78:15
lot 52:15 106:18 113:5,6,8
  180:10,11 193:9 194:2 217:12
  224:2 230:15 277:2 299:11,18
  299:20 307:23 332:4,11,13,20
lots 233:15
lunch 23:15,17 140:22,25,25
  141:17,20 142:10,24 143:7,9
  144:4,15 234:25 236:13,14
  237:15,21 238:7 244:2 274:25
  275:2,5,6 276:2 284:11 381:5
  381:7
lunched 141:6
lunchtime 140:16

## M

M 125:25
mail 42:12 238:8
mailed 355:25 356:2
mailing 353:8 356:5
main 10:8,15 12:9 13:12 51:2
  155:3 233:20 277:24
maintain 32:16 35:14,17 37:25
  39:3 42:25 66:11 92:8 105:20
  113:9 356:15
maintained 35:10 308:4,16
major 55:13 88:22 233:18 368:20

majority 285:8
making 19:10 123:22 176:23
  233:16 316:20 368:13
male 261:20,21
mamy 274:9
man 96:8 206:19 272:14 285:2
  287:8 317:15 323:25 326:23
  327:5,6,7,17 329:16,19,21
manage 189:9
manager 12:18
map 233:15
mark 164:12 313:8 314:9
marked 4:3 11:4 21:5 102:8,9
  116:3 127:9 132:19 133:5
  146:13 148:5 230:8 243:10
  244:9,13,15 249:16 337:20
  342:16 346:14,20
marketing 210:16 353:8 355:24
  355:25 356:6
marketplace 51:4 65:25 206:2,4
Marlene 52:5
married 13:14
mask 321:3,7,16 324:4,6 325:23
masks 276:13 277:3,11 321:12
  322:8
mass 42:12
match 92:12
materials 210:17 214:14 215:7
  215:15 216:2,2,8,14 222:6
  228:2 230:3 353:8 355:25,25
  356:6 383:11
matter 7:22,24 11:6 83:17
  160:25
Matthew 340:9
meal 332:11
meals 353:6 355:8,12
mean 23:6 37:8 46:15 70:4 75:24
  92:17 101:10,13 106:24 109:21
  129:19,25 130:3,5,8 138:8
  150:5 162:7 198:17 200:11
  207:2,3,12 220:16 231:3 235:4
  263:13 299:13 304:16 308:8
  335:14 348:19 359:18 373:2
meaning 87:5 228:23 267:2 372:3
means 129:7 207:13
measurements 248:3,15
measures 163:5 255:7
Medal 156:3
media 41:22 145:24 258:9,14
  264:24 306:6 309:17,18,20,23

**meet** 35:5 62:24 94:22 161:7
167:20 174:21 335:19
**meeting** 27:5,6 34:2,7 36:17
55:16,17 58:11,18 59:9 73:11
73:18,19,23,25 74:10 118:17
126:15 144:19 161:9,20 174:5
174:8,14 213:7 253:22 254:13
254:14,17 255:4,20 256:8,11
256:12,13,15,24 257:9,16,22
257:24 259:4,7 260:13 261:7
262:25 263:8 264:23 266:3,8
270:2,6,19,23 271:6 273:21
335:10,17 341:9 346:22 352:9
352:14,17 368:22 375:24
**meeting's** 34:9
**meetings** 33:24 34:5,11,22,23,24
35:11,13,20 39:14,16 49:10
54:3,4,8,11,16 56:5,24 57:15
59:6,11,14,19 60:8 62:20
72:10 257:19 258:25 336:7,17
341:12,19,22 342:4 351:23
359:24
**mega** 326:23
**megaphone** 109:7,9 272:14,24
285:10,25 294:19,24 295:5,23
295:24 296:3,5 300:3,4,8,12
324:12,15,19,20 326:20 327:3
327:8 329:2
**member** 11:11 24:11 25:15 33:25
37:10 42:8 47:12 52:8,9,12,17
71:5,6 77:13,18,20,23 79:5,8
81:8 82:21,22 91:12 92:22
93:22 100:12 171:24 172:16
187:20 191:22 192:23 193:3,4
193:5,7 209:6 276:19 277:5
284:21 286:2,6,11,14 293:19
294:18 296:7,10 303:23 304:2
327:9 360:3
**members** 27:3,9,13,22 30:25
38:17,19,22 39:8,17,19 41:20
42:17 46:12 47:21 56:2 74:12
78:23 88:18 89:17 90:23 98:7
100:18,24 141:3 157:11 167:2
168:21,21 169:24 171:22
178:20 187:24 189:25 190:5,5
192:8 208:14,15,16,23 209:3,4
210:7,8 211:8,14 213:15
220:25 225:21 229:7 252:15,17
258:5 274:10 276:5,10,14,16
277:24 294:22 295:16 296:14

296:17 332:17 351:9
**membership** 25:2,19,20 37:6 78:3
82:23,24,25 93:4 100:20
156:18 212:2,4 213:3,9,12
**memorable** 194:7
**memorialize** 104:23
**memorialized** 218:5
**memory** 136:19 138:14 262:5
**mention** 96:10 283:6
**mentioned** 12:7 24:3 38:8 39:7
55:9 78:19 80:24 94:22 100:11
157:2 229:3,5 276:18 277:20
277:21 278:21 316:13 381:3
**mentions** 24:3
**message** 357:6
**messages** 3:11 43:14 221:2 258:9
**messaging** 108:4 150:9
**met** 57:11,14 81:19 83:16 85:23
86:21 189:15,18,20 229:15
253:16 254:7 262:19 270:23
277:21 352:6
**Michael** 54:12,22,24 55:2,8,18
56:4,22 57:6,11,11,13 87:9
141:10,14 167:16 305:23
319:25
**Michael's** 141:13
**microphone** 109:9,10 295:21,23
296:2 327:7
**middle** 118:7
**midway** 25:11
**mind** 254:10
**minimal** 299:25
**minimum** 183:13,14
**minute** 234:9 269:12
**minutes** 35:10,12 36:3 168:15
183:15 294:20 332:9 358:10
**mix** 298:12
**mixed** 18:25
**mob** 220:22 221:2 223:21 224:14
226:4
**model** 92:21
**modern** 285:7
**Monday** 104:12 129:12 174:18
253:14 257:6
**money** 110:7,18 113:5,6,8,9,24
114:5,11,17 154:10 157:2
158:8 159:14,14,25 181:2,4,7
364:15
**monitoring** 264:24

**month** 68:6 69:9
**months** 10:18 14:2 32:19 38:3
 74:3 76:23 82:5 83:23 149:7
**Moore** 2:10 3:4,6,10,11,12,14,15
 3:16,17,18,19,20,21,22 7:17
 7:19 19:4,10,13 21:9,15,18
 22:19 30:5,8 32:21,24 33:5,12
 33:14,15 34:16 40:22,25 41:5
 41:14 43:11,23,25 44:5,8,17
 44:21,24 45:2,5,13,16 49:4,12
 53:22 54:2,21 62:23 63:3,4
 70:25 71:5,7 82:11,15 84:16
 84:19,23,24 85:7,9 89:3,5,8
 99:24 100:3,5,10 102:7,15,16
 116:7,11 131:18,22 132:2,5,11
 132:23 133:9 139:12,15 146:11
 146:23 147:4,7,10 150:2,4,15
 151:2,16 152:3,17 153:18,21
 159:18,21,23 163:20,25 164:4
 164:15,17 165:7,10,13 166:10
 166:12,15,17 202:15 208:20
 218:20,23 221:25 222:7 231:17
 231:22 235:3,5 242:21 243:2,5
 243:7 244:15,18 249:5,8,12
 251:19,23 254:11 262:14,15
 270:12,15 286:7,9 293:13,16
 293:17 299:14 300:15,19
 308:19,23,25 310:6,8,10
 312:15,20,23 313:2,5,7,15,19
 313:21 314:14,17,23 315:3,9
 315:20 316:2,4 327:19,21
 328:5,7,12,13 333:24,25
 338:13,14 345:4,11 358:13,15
 360:16,19,23 379:23 384:6,13
**Morgan** 56:13,16,16,23 57:7 58:5
 167:15
**morning** 7:18,19 178:17 254:2
 340:13
**Morthy** 172:2
**mother** 10:24
**motivated** 349:17
**Motor** 13:21
**mouse** 328:11
**mouth** 321:22
**move** 132:7 135:10 148:4 151:19
 157:16 173:17 237:24 242:23
 266:14 269:20 270:16 288:4
 297:7
**moved** 10:17 243:19 272:23 273:3

**moving** 175:9 249:13 264:14
 288:3 295:4,9 296:22 327:3
 328:17,20,25 369:11
**multiple** 206:10
**murdered** 284:25
**Murray** 29:7 30:3 98:6 159:12,16
 359:5
**Murray's** 3:10 30:6

## N

**N** 3:2,2 4:2 118:21 120:11 121:5
 121:25 342:20,20 344:21,23
 345:3
**N.Y.S** 164:24
**name** 7:12,12,19 8:15 9:24 12:20
 27:12 40:6,11,14 41:4 76:19
 78:20 82:16 84:25 88:2 122:13
 141:13 153:19,19 171:24,25
 172:3 182:9 189:11,14 234:3
 238:6 323:5 359:19 361:4
 384:4
**named** 11:20 88:4 96:18 117:4
 171:14 319:25
**names** 3:14 10:3 39:4,19 54:11
 54:18 55:9 74:19 80:24 89:13
**napkins** 186:21
**national** 48:2 65:9
**near** 59:2 206:2,4 233:18 238:5
 325:13 327:23 329:20 368:20
**nearby** 269:25
**nearly** 294:20
**necessarily** 68:14 161:9
**need** 21:16 44:2 45:3 130:6
 135:21 138:12 160:13 163:24
 273:16 365:24
**needed** 42:18 225:25 234:6 373:6
**negative** 218:8 267:10
**negotiation** 307:12
**Nelson** 82:17,19,20 91:3 277:19
 318:7,8
**neutral** 267:7
**never** 80:3 96:15 99:12 114:14
 158:7 172:10,11 202:9 254:10
 288:8 313:24 379:3
**new** 1:3,22 2:9,13,18,23 7:20
 8:2 10:8,12 13:13 15:11 46:8
 49:24 89:21 95:5 124:23
 173:17 233:21 352:10 384:12
 384:14
**news** 145:24 305:15 306:13

338:22
**newspaper** 145:2
**Nicole** 1:24 383:2,14
**night** 176:9 272:4 298:4 335:5
  147:6 166:25 174:19 175:10
  235:16 282:9,17 337:14,15
**nineteen** 148:7 253:9,10
**ninety-** 270:16 273:24
**ninety-five** 271:5,13
**ninety-four** 270:21
**ninety-nine** 274:7 276:4
**ninety-one** 164:25
**ninety-seven** 273:11 374:18
**ninety-six** 271:15
**ninety-three** 270:2,7 353:4,13
**ninety-two** 173:23
**nodding** 9:5
**non** 368:12
**non-student** 265:2,22
**non-students** 274:9
**nonprofit** 12:19,21 92:7 187:5
**noon** 181:22,24
**Northern** 1:3 7:25
**Northwest** 2:7
**notary** 6:12 382:11 384:9
**noted** 282:21 382:4,6
**notes** 25:6 40:22
**notice** 95:4
**November** 11:11,25 12:8 13:11
  48:22 60:17 61:7,24 63:15,19
  64:24 67:14,21 68:3 69:8,9,18
  70:3,8,21 71:14 73:7 86:13
  88:5 89:10 93:11 101:12,14
  104:5 107:8 117:3,8,8 119:14
  123:2,6 124:23 126:16 127:15
  128:7,11,22,23 129:12 130:22
  156:5 175:25 177:20 187:9
  189:16 194:18 199:9 200:8,23
  201:19,22 206:25 208:2,3,13
  209:3 211:13 212:23 213:2
  214:24 215:18 218:9 230:22
  231:11,11,25 233:12,23 235:12
  235:16 238:11,17 239:14
  241:10,19,23 242:6,10,19
  243:20 245:4,8 247:8,15 250:2
  253:14 256:23 257:20,21
  258:11 259:4 263:8 301:21
  303:22 314:6 315:11 337:6
  340:18 380:25

**number** 8:2 29:15,16 32:14 57:15
  58:20 71:19 82:12 84:13,14
  109:4 116:13 151:23 155:24
  156:15 157:5 212:16,22 231:9
  241:12 313:17 336:15 341:19
  378:12 383:9 384:4
**numbered** 45:19,25
**numbers** 146:18 147:2,12
**numerous** 221:3 236:9

---

**O**

**O** 3:2,2
**o'clock** 183:20 185:6,7
**Ob** 254:10
**object** 150:10 221:23
**objection** 49:2 62:21 70:23
  198:13 202:13 208:18 218:18
  262:12 286:5,8 299:12 312:13
**objections** 6:7
**obnoxiously** 168:13
**observation** 276:14
**observe** 223:23
**observed** 223:24 224:2
**obtain** 178:3 199:3,20 201:10,21
  202:17 203:25 207:9 347:10,24
  349:2,18
**obtained** 200:13 204:14,23
**obtaining** 199:8,13 200:4 205:3
**occasion** 204:6
**occasionally** 303:25
**occur** 144:4,22 168:7 205:18
  217:18 253:24 254:13 256:16
  256:24 257:9 259:7 279:12
**occurred** 11:25 48:23 54:5 62:20
  104:11 142:23 144:20 145:3,15
  145:17 168:9 174:8 194:8
  197:17 209:10 217:9 221:6
  254:2,14 257:21,23 270:3
  274:14 297:19 330:19 333:11
**occurring** 184:11 292:14
**October** 58:8 118:18 119:5,10,23
  120:22 121:2 125:16,18 133:7
  135:17,17 137:9,24 139:17
  140:9 143:25 152:23 154:23,24
  165:24 166:2,3,7,16,19,25
  173:25 174:18,23 176:16
  215:21,23
**odd** 290:4
**off-** 266:23
**offended** 197:16

**offer** 236:25
**offering** 235:25
**office** 2:9 7:20 26:8,23 27:17
  56:9 81:20 301:23,25 302:3,6
  307:16,21,24,25 308:2 365:9
  370:6,6,10 384:12
**officer** 83:5,6 165:20 167:21
  225:23 325:16 328:16,24,25
**officer's** 288:6
**officers** 174:7 225:17,20 261:3
  261:4 266:24 285:14 288:2,8
  295:4 310:17 334:19
**offices** 26:6,8,9 28:2,5
**official** 249:25 369:3 371:24
  374:11,13
**officially** 310:15
**officials** 218:12
**oh** 8:15 10:14 21:9 23:19 33:5
  132:9 163:22 164:7 166:10
  172:11 185:14 186:2 229:16
  295:25 321:15 331:18 359:20
**okay** 7:4 8:7,14,19 9:19,22,23
  9:24 10:2,14,19,22 11:2,15,16
  11:23 12:6,13,16 13:3,7,10,14
  13:22 14:4,7,14,24 15:12,19
  15:22,25 16:4,16,20,24 17:5
  17:12,18 18:8,18,24 19:10,14
  19:17,22 20:4,11,16,18,25
  21:4,25 22:12,15 23:5,12,19
  23:21,22 24:2,22,25 25:10,14
  25:18,22,25 26:5,15,20,22
  27:8,15,20,25 28:5,8,12,15
  29:2,11,14,18,24 30:13,22
  31:3,6,13,16,18,25 32:6,10,20
  33:16,23 34:6,19,25 35:5,9,19
  35:22 36:5,12,16,22,22 37:13
  37:25 38:6,12,15 39:18,22
  40:4,11,16 41:8,15,18 42:7,19
  42:25 43:10 44:4 45:17,20,23
  46:17,25 47:5,9,12,15 48:15
  48:17,20 49:13,17 50:9,14,18
  50:22 51:6,15,23 52:17,21,24
  53:3,8,14,22 54:10,17,24 55:8
  55:15,24 56:3,11,22 57:6,10
  57:16,20,23 58:23 59:2,8,17
  59:25 60:10,13 61:5,11,20
  62:5,11,15 63:3,18 64:22 65:4
  65:18,22 66:2,11,15,22 67:5,8
  67:11,13,16,19,23 68:2,14,18
  68:24 69:3,13,16,22 70:3,17

71:4,17 72:5,19,24 73:5,17,20
73:25 75:4,7,13,16,20 76:5,10
76:21 77:6,10,20 78:6,14,19
79:19 80:9,18,21,25 81:7,10
82:3,10 83:4,7 84:2,8,12,15
87:7,15,17,19 88:8,15,16,20
88:24 89:23 90:2,7,13,15,20
90:22 91:5,8,20,22 92:25 93:6
93:8,9,10,13,24 94:3,10,14,21
95:6,14,17 97:14 98:8,11 99:9
99:18 100:18,25 101:5,15,17
101:19 102:2,4,4,6 103:10,20
104:4,25 105:6,13,20 106:5,12
106:21 107:5,10,13,15,22
108:8,14,18,24 109:9,16,20
110:2,11,20,25 111:5,9,12,18
111:23 112:4,6,6,10,14,22
113:3,7,21 114:7,11,16,19,21
115:8,12,17,25 116:19,22
117:10,13,19 118:4,11,14,25
119:13,17,25 120:14 121:18
122:9,21,24 123:2,10,19,23
124:3 125:7,14 126:9,15,15,24
127:4,7,14,17 128:2,13,17,21
129:25 131:13,17 132:7,15,17
133:13,25 134:3 135:8 136:12
137:4,20 138:4,6,11,21 139:5
139:11,21,24 140:8,9,22 141:5
141:15,25 142:7,10,23 143:6
143:20,24 144:12,16,23 145:4
145:8,11,25 146:23 147:7,18
147:25 148:4,21 149:18,21
151:8,11,24 152:3,7,22 153:6
153:10,17 154:18,22 155:5,21
157:5,22 158:2,16,19,22,25
159:24 160:7,12,14,21 161:12
161:16 162:3,9,17,19,23
163:14,19,23 164:8,11,18
165:9,17,20 166:10,16 167:17
168:6,16,25 169:5,11,23 170:7
170:10,21 171:5,12,19 172:4,7
172:13,17,25 173:3,17 174:8
174:13 175:3,6,9,19 176:7
177:3,6 178:10 179:3,6,14,19
179:24 180:10,13,19,23 181:6
182:2,16 183:3,12,16,25 184:4
184:10,20 185:5,9,10 186:2,8
186:15,15,22 187:2,11,13,19
188:5,7,9,18 189:13,23 190:3
191:3,9,12,18,21 192:7 193:4

193:10 194:4,11 195:18,23
196:11,18 197:3,12,15,24
198:9,12,19,23 199:11,15
200:3,19 201:15,24 202:12
203:3,10,14,22 204:5,5,12
205:8,14,21 206:6,12,22,22
207:18,22 208:6,13 209:7,24
210:6,14,21,24 211:13,17
212:2,7,25 213:17,24 214:4,23
215:8,11,21,25 216:7,13,19,24
217:14,17,25 218:7,17,20,22
219:10,14 220:4,14,21 221:8
221:14 222:8,14,17 223:10,15
223:22 224:5,11 225:4,6,8,14
225:22 226:6,13 227:6,20,25
228:10,13,22,22 229:11,16,19
229:23 230:7,9,17,19 231:8,16
231:18,21 232:13,19 233:7
234:9,17,22 235:6,8,9,9
236:21,24 237:10,24 238:16
239:3,19 240:3,13 241:5,9,18
242:2,5,8,13,18,21 243:5,24
244:4 245:2,7,17,19 246:7,11
246:18,21,25 247:12,17,22
248:4,25 249:8,13,22 250:3,14
251:4,12 252:3,7,11,16,24
253:7,7,12,24 254:3,5 255:3
255:19,22 256:4,10,14,19
257:6,12,18 258:3,24 259:3,15
259:15,24 260:4,7,16,21 261:6
262:6,14 263:4,12,24 264:9,13
264:18 265:15,20 266:2,5
267:2,5,8,11,17,18,25 268:17
269:2,14,20,22 270:9,25 271:5
272:2 273:3,10,23 274:13
275:6,13,15,25 276:15,20
277:4,12 278:2,6,16 279:2,15
279:20 280:2,4,8,16,20,25
281:4,7 282:4,8 283:11,16,21
284:2,10,15 285:24 286:4,7,21
286:24 287:4,9,12 288:2,8,17
289:7,13 290:4,11,19,21,24
291:3,7,12,19 292:5,10,20
293:15,24 294:3,7,14 295:3,8
295:11,15,22 296:5,19 297:2,5
297:9,21,24 298:7,14,23 299:5
299:10,19,24 300:8,11,14
301:2,6,10 302:20,24 303:18
303:20 304:2,10,18,22 305:20
305:25 306:4,8,23 307:7,11,15

308:11,14,19,19 309:5,14,18
309:25 310:5,11,16,20 311:5
311:13 312:2,10,16,20,22
313:4,11 314:2,8 315:9,20
316:2,5,8,14,16,19 317:3,12
317:15,22 318:2,11,13,22,25
319:12 320:3,6,13,20 321:2,15
322:3,12,16,18,25 323:12,19
324:10,18,25 325:5,19,23
326:7 327:11,18 328:4,5,12,23
329:6,13,19,24 330:3,5,11,19
330:24 331:4,11,15,16,19,25
332:8 333:4,8,14 334:6,15,18
335:3,9,10,22 336:19 337:16
337:19 338:3,6,11,13,21,24
340:5,9,12,22,25 341:6,11,24
342:7,12,15 343:6,10,23
344:12,18,23 345:8,15,18
346:24 347:3,17 348:6,12,19
349:7,14 350:4,9,13 351:12,16
351:24 352:4 354:19 355:2,8
355:24 356:4,15,21 357:13,20
358:3,6,12 359:2,6,9,12 360:7
360:10,14,15,19,21,22,25
361:8,12,15,21,22,25 362:3,11
362:17,22 363:3,12,17,22
364:2,12,14,20 365:2,6,20
366:2,5,10,14,21 367:3,7,14
367:22,24 368:10,18 369:2,6,9
369:17,23 370:9,12,16,22
371:5,11,23 372:5,8,13,16,24
373:3,10,12,19,19,25 374:5,9
374:16,24 375:5,10,20,25
376:3,10,14,20,22 377:13,21
377:24 378:3,7,14,19,22
379:12,14,20 380:2,18,23
381:13
**old** 42:20 43:5 73:5
**older** 261:22 319:25 331:13
**once** 8:11 34:12 37:18 38:3
39:14 61:25 67:8,9,11,20,24
68:15 69:17 109:11 175:16
200:8 274:7 305:5 336:23
356:22
**one's** 173:19
**one-page** 175:14
**ones** 42:5 88:7,12 132:5,6 164:3
**online** 18:10,20,22 19:19 20:2,7
20:8,9 34:22 66:24 77:4

**open** 129:6,14,18  130:17  140:7
  168:23
**opened** 274:8
**opening** 265:5
**Operations** 368:23  369:6
**opinion** 221:14,18  222:2  269:5,8
**opportunity** 8:9  33:22  45:8
  175:16
**opposed** 265:7,16  366:7
**oppressed** 284:25
**oppression** 285:6
**orange** 317:5
**order** 45:4  109:14  110:7  271:18
  273:8  280:15  373:7
**Oren** 201:13
**organization** 25:2  44:11  46:7,19
  47:25  48:8  52:6  56:19  64:19
  154:5,14  192:19  193:17  207:25
  348:11,18  364:7  365:23  367:25
  371:7,13  372:11
**organizational** 213:25
**organizations** 3:19  64:17  178:2
  199:19  204:13,22  205:2  207:8
  363:6,15  364:4  367:16
**organize** 92:13  187:7  268:8
**organized** 113:24  177:21
**organizer** 90:4
**organizing** 12:24  13:6
**original** 6:13,17  137:24  147:8
  342:11
**Originally** 302:7
**originals** 249:7,9
**Orrin** 368:23  369:3
**Outback** 332:3,19
**outreach** 349:12
**outside** 49:24  51:2,4  136:22
  169:20  185:19  205:5,12  206:17
  206:19  250:24  274:4  281:21
  284:11
**outsiders** 106:23  210:8
**overall** 95:22
**overheard** 185:23

---

**P**

**P** 3:2  122:14
**P.B** 124:4
**P.C** 128:7  175:22
**P.D.F** 134:8  135:2  137:25  138:24
**P.L.O.T** 169:13
**p.m** 1:19  129:13  140:16,17,23

144:5  165:25  166:20  217:22,23
  217:24  218:2,9,12,19,24
  220:22  221:6  230:23  233:12,23
  238:17  239:14,20  282:14
  315:19,22  320:8  381:19
**P132** 4:24
**P247-248** 4:8
**pack** 224:18  227:9  228:2
**package** 216:5  233:21
**packed** 274:4,11
**packet** 3:17  135:24  139:16,22
**page** 3:16  42:4  43:21  45:22
  47:17,18  64:9  75:17,18,19
  103:6  117:21,22,23,25  118:7
  120:4,7  121:18,19  123:10,11
  125:8,8  127:11  133:25  135:11
  140:2,3,5,6,10  146:23  148:18
  164:24  173:23  175:13  177:12
  177:13  230:20  232:20  233:6,8
  235:10  237:25  238:2  244:9
  249:24  253:9,10  270:20  273:23
  273:24  279:7  281:8  282:10,10
  284:18  294:17  297:10,10
  313:23  314:3  337:10,12,13,21
  342:23,25  344:18,19  345:6
  347:4  357:24  358:4,5  363:4,8
  366:15  367:21  368:20,21,22
  369:25  370:20,21  375:11,12
  379:25  383:5
**pages** 4:10  64:7  102:11,20
  116:15,17  117:3  133:3  134:25
  135:3  138:23  148:7  230:10,11
  231:8,10  243:15,16  249:18,20
  352:20  383:9
**paid** 114:3  143:6,15  145:6
  237:21  336:3  353:11,16  354:5
  354:9,12  355:11
**pandemic** 19:20
**panel** 36:20
**paper** 85:14  360:5  377:12
**papers** 3:22
**paperwork** 59:18  66:2
**para** 273:23
**paragraph** 45:25  46:15  48:6,15
  63:7,23,24  64:4,4,9,12,14
  129:10  177:19,25  178:18
  197:25  198:24  199:15  204:6
  207:6  217:4,4,4  220:21  224:11
  236:19  253:9  256:11  257:22,25
  259:5  262:17  263:9  264:18,22

265:4 266:12 268:3 269:20
270:16,20 271:5,13,15 273:11
273:24 274:7 276:4 279:6
281:7 282:12 288:17 294:14,18
297:9 299:24 333:16,20 336:19
337:17 347:3,7 349:14 352:4
352:19 356:21 361:23 362:2,3
362:5 363:4,11 370:13,16
371:23,24 372:17 373:11 374:2
375:13,18 376:21 379:17 380:3
**paragraphs** 45:19 47:15 48:13
65:2 177:11,16 266:5 269:25
270:6 282:8 284:18,19 347:6
374:17
**parentheses** 46:5
**parenthesis** 46:9
**parents'** 10:19
**parking** 233:15 332:4,11,13,20
**Parkway** 1:21 2:16
**part** 28:12 72:10 139:18 143:10
149:25 150:11,12 155:8 156:16
156:20 157:2 165:3 251:14
314:9 318:23 322:20 346:15
376:25 377:8,9
**partake** 45:9
**participate** 50:12,22 92:16,17
**participated** 49:8 50:12,16,20
**participating** 352:24
**particular** 160:8 362:22 367:9
375:13 376:15
**particularly** 118:2
**particulars** 23:14
**parties** 6:4 384:10
**partnering** 219:19
**party** 47:21 48:2,5,12 54:14
55:12 102:24 334:2
**pass** 127:10 180:15,16,20 230:2
342:22 360:19
**passed** 217:12
**passerby** 178:23
**passers-by** 218:8
**passersby** 207:20
**passing** 147:13 210:12
**pasta** 142:14
**Patriots** 12:25
**pattern** 376:25 377:9 379:16
**pause** 320:7
**paused** 320:7
**pay** 355:17

pcscagnelli@gmail.com 117:4
**pedestrian** 177:24
**Pelletier** 1:10 7:22 161:4,10,13
171:6,7 173:11 242:14 253:18
254:7,20 256:15 260:22 262:8
262:11,21 263:2 264:11 271:16
285:13 292:25 294:3 297:13
344:14 345:16 352:25 356:25
373:15,23
**Pelletier's** 299:25
**pending** 9:15
**Pennsylvania** 2:6
**people** 27:12 35:13 41:10 42:23
74:14 84:21 88:4 90:25 109:4
110:5 112:17,20 114:8 130:18
141:5 142:5 155:18 156:25
179:15 185:20 190:7 197:16
198:9,16 206:8 212:13 217:12
221:9 223:21 224:3 228:25
229:2,3 238:20 239:21 240:3
248:21 255:17 260:25 261:18
263:21,21 277:7 278:2,7 288:5
288:7,9 319:16 320:10,11,23
321:13 324:16 326:11,13
327:11 329:17,22 332:12,21,23
332:25,25 346:22 358:8
**perfectly** 361:16
**perform** 152:16 352:21
**performed** 252:12 295:17
**period** 25:18,20 26:12 37:2
40:12 43:17
**periodically** 64:16
**permission** 53:5 200:16 348:4
365:22 366:6
**permit** 178:3 199:3,8,13,20
200:4,14,15,17,20 201:22
202:3,6,10,18,20,25 203:25
204:8,14,23 205:3,6,13 206:24
207:9 208:3 349:18 357:3
**permits** 201:11
**permitting** 352:24
**person** 18:15,17 30:19 41:16,25
53:19 113:17 139:2 159:10,10
230:19 261:13 277:5 281:2
316:19 320:21 321:3,7 324:11
324:12 330:25
**person's** 359:19
**personal** 3:15 77:3 81:18 83:15
83:24,25 85:22 86:20 105:12
105:14,17 117:6 131:4,24

170:14,21 171:6,22 172:18
173:3,11 193:8 221:12 225:14
227:14 232:7,10 241:21,22
242:8,9 263:6 264:5,10 268:18
268:20 345:18,24 346:6
**personally** 11:20 73:9 76:6
104:22 109:12 136:25 197:22
218:11 222:17 276:9,16,25
278:17 279:3 293:25 302:3
357:15,16 362:9
**persons** 269:3
**pertaining** 214:2 308:23
**pertains** 256:24 304:24
**Peter** 7:13 9:25 21:10 126:25
**Philips** 97:9
**Phillips** 56:25 57:2,3 58:17
96:4,6,8,22,23 98:12 113:20
144:14,19 145:12,23 156:23
167:15 237:18
**Phoenix** 12:11 13:12
**phone** 29:15,16 31:5,8 32:13
41:21,25 43:5 53:19 82:12
84:13,14 97:7 103:12,17 105:4
150:7 151:3,11 161:9 163:9
215:8,9 254:24 256:16 260:9,9
323:20 324:8
**phones** 43:6
**phonetic** 52:5 54:15 56:7 359:15
**photo** 245:8 247:2 248:11
**photocopied** 146:19
**photograph** 244:11,11,21 245:12
247:19
**photographer** 353:8 355:18
**photographs** 5:17 66:10,12
245:25
**phrase** 384:16,18,19,20,21,22,23
**physical** 29:18 308:8
**pick** 195:24 245:22
**picked** 109:11 124:23 126:9
**picture** 244:8 248:22
**pictures** 195:18 197:18 246:2
**piece** 157:12 378:18 379:3
**pile** 337:10
**Pinkerton** 270:22,25 271:16,18
297:14 298:11,13 334:12
**pins** 216:5
**place** 10:11 105:2 159:8 344:9
382:4 383:4
**places** 204:18

**plain** 168:4 169:4 261:4,4
**plaintiff** 4:10 11:21 46:4 78:17
91:24
**plaintiffs** 1:8 2:3 11:16 24:9
83:17 85:24 86:22 131:15
253:15 259:16 262:18 271:19
281:9 282:5 353:2 354:7,10
356:22,24
**plaintiffs'** 4:8,12,17,24 5:2,15
64:12 80:23 81:19 102:10
116:14 133:4 135:9 146:16,17
148:8 175:14 230:10 243:17
244:10 249:19 268:9 300:5
337:22 352:5,22 357:5
**plan** 106:8 217:17,22 218:2,5
271:20 275:7 291:8 292:13,17
**planned** 107:11 215:6 266:11
268:8 271:7
**planning** 66:7 106:7,16,17 107:7
**plate** 193:9
**platform** 41:23
**platforms** 108:5
**play** 357:21 358:9
**Playback** 251:22
**played** 251:22
**playing** 358:22
**please** 134:7 135:18 140:18
146:4 155:6 235:23 238:6,7
322:16 335:16 382:5 384:8,9
**PLOT** 167:2 169:14,16,17,23
170:11,16,24 171:9 274:3,10
276:6,10,12,14,16,19,24 277:9
284:22 286:2,14,19 294:19,23
295:17 296:9,17 320:9,17,22
320:24 322:16,22 323:23
325:18 327:9,12,16 357:4
**PLOT's** 286:17
**PLOTs** 265:3,3 271:7
**pocket** 151:14 301:9
**podcast** 55:4 87:12 305:9 311:11
**podium** 109:7 238:9,24 271:17
272:3,9,22 273:8 274:19
284:20 316:20 323:14
**point** 8:8 9:12 20:17 22:22 42:3
56:21 82:13 88:13 92:22 94:5
99:5,19 104:16 108:16 115:21
174:14 184:2 186:25 187:2,4,8
187:21,25 189:6,24 190:5
191:10,15 192:8,10,13,14
193:11 194:13 196:21 197:18

198:21 206:11 208:2,8,16,24
209:4,22 210:4 214:9,17,21
216:11,22 219:20 220:6,11,16
222:18 223:13 227:21 228:2,4
228:7,15,18,18,19,24 239:13
244:24 254:7 312:21 321:18
322:16 324:20 326:2 328:15
330:20 343:20 358:11
**Point's** 196:5,7 198:13 216:4
**points** 198:15 286:16,17
**police** 4:20 88:6 89:12 160:19
161:4,19 162:5,6,10 164:24
169:2 173:12 218:12 219:4,7
222:18,22 223:12,24 224:5,9
224:21 225:8,15 226:14,16,18
227:6,15,17,18 241:23 242:10
254:15,19 255:20 256:3 266:13
267:3 295:4 296:22 325:13,16
326:2,22,23 327:14,23 328:16
328:23,25 334:4,10,11,16,19
372:20 373:6
**policies** 143:5 283:8 337:4
**policy** 224:16 236:9 285:15,20
297:14 340:16 349:16 357:2
362:14 373:14,16,22
**political** 48:3 55:3 64:14,15
376:18,18 378:25
**politician** 57:5
**populated** 233:19
**portion** 247:7 282:20 283:10
353:24
**position** 93:4
**positive** 267:9 321:24
**possible** 44:14 45:7 94:15
174:21 227:10 275:16 280:21
322:4 334:9
**possibly** 251:5 304:16,17 321:12
**post** 78:5 249:24 258:14 309:23
358:17
**post-dating** 75:14 78:3
**postdating** 79:15
**posted** 63:15,20 309:14,16,17
**poster** 195:23
**posters** 216:3,5 220:18,20
**postgraduate** 20:19 21:2
**posting** 48:9 63:9 258:18 265:3
**posts** 5:7 346:21
**potential** 95:7 96:10,19 97:20
**potentially** 96:4 111:6 115:19
131:12 139:9,23 141:8 175:5

186:7 188:16,17,18 195:8,20
195:25 198:15,17 212:12
213:10 223:2 231:5 234:5
240:11 252:14,22 254:23
259:22 276:19 304:9,10 359:16
365:15
**power** 362:6,15 363:5 375:15
380:6,16
**PowerPoint** 109:6
**practice** 44:9
**pre** 72:2
**pre-make** 193:17
**prefer** 314:11
**preparation** 48:4 291:20
**prepare** 130:21 258:5
**prepared** 364:23 383:10
**preparing** 135:25
**presence** 78:7 266:14 372:20
373:7 383:4 384:8
**present** 12:9 13:11 63:19 70:5
70:11 73:8 74:9 75:5 80:16,18
86:17 88:9,10 89:11 90:8
169:2,6 181:7 191:5 205:24
221:5 228:23 229:9,10 242:5
242:19 253:21 254:16 259:16
261:10 263:7,13 270:5 273:20
274:13 277:16 278:10,11,17
279:2 285:9 292:23 293:2
297:18 303:21 304:7 352:14
354:20
**presentation** 56:10
**presidency** 26:10,13 27:16 30:10
32:2 36:14 37:7 38:18,25
40:12 43:17 50:18 62:10,11,17
76:4,12 159:11 213:13 303:11
**president** 11:13 12:4 17:9,10
18:2,5 27:23 28:3,7,8,13 29:3
29:6 30:17,25 32:22 33:4,7,11
33:16 42:13 46:23 47:2 49:14
52:19 60:22 61:13 62:2,3 72:3
74:23 76:15,19 78:24 79:10
82:22 92:11 111:9,17 141:10
141:19 150:12 158:13 160:25
225:24 242:3 250:12 251:9,15
282:2,15 302:8,21 303:4,17
307:18 310:16,19 336:9 339:15
343:17 344:17 356:13,19
364:16
**Presidential** 156:3

**presidents** 143:4
**press** 144:6,13,15,18,19,21
  145:5,15,16 381:2,7
**Pressconnects** 145:2
**pressure** 268:24
**Preston** 4:24 30:21,22,24 31:20
  38:16 39:9 91:2 117:5,7,11,16
  127:5,6 141:8 175:24,25 176:5
  188:17 191:24,25,25 192:7
  231:6 233:3,3 234:5 252:22
  253:4 277:18 317:25
**Preston's** 31:3
**presumably** 39:8
**pretending** 234:19
**pretty** 34:5 44:5 76:8 194:16,17
  195:3,5 301:18 379:3
**prevent** 8:25 51:10 285:15
  287:14,19 293:19 294:4,8,11
  296:20 331:17 341:18 342:3
**prevented** 68:24 72:15 228:11
**previous** 57:18 111:17 125:15
  137:11 143:4 201:7 203:11
  233:5,6 307:5
**previously** 49:11 56:9 57:17
  140:15 178:2 199:19 202:17,20
  204:14 207:8 229:5,25 316:13
  364:21
**price** 97:20 307:12
**primarily** 48:7
**principals** 48:12
**principles** 47:20 100:17 192:21
  192:22 193:2
**prior** 26:16 36:6,12 130:21
  176:12 206:24 208:3 210:9
  214:24 283:22 291:21 292:12
  292:13,17 312:11 365:24 376:7
  377:2
**private** 140:25 265:7 353:5
  354:10
**privileged** 44:23
**pro** 192:25 272:2
**pro-choice** 245:22
**probably** 79:3 80:7 88:6 97:7
  137:25 138:3 215:23 220:11
  236:6 240:15 241:13 313:5
**problem** 219:24 309:3 315:5
  370:23
**problems** 378:23
**procedure** 6:5 8:11 376:7

**procedures** 115:9
**proceed** 22:21
**proceeds** 47:18
**process** 53:17,19 66:22 68:22
  114:25 147:18 199:7,13 200:3
  200:7,19,23 201:4 341:5 366:4
**produce** 194:2
**produced** 45:8
**production** 165:6,8
**professors** 235:25 236:6,24
  237:6,11
**program** 153:15 306:2
**progressive** 1:11 169:17 172:14
  172:16 224:18 276:18,24
  294:24 296:6,14
**Progressive's** 268:5
**Progressives** 1:11 171:14,16,23
  172:20 173:6,13 205:5,22
  220:23,25 228:6 238:20 265:2
  267:15 268:14 271:7 274:3,6
  274:10 276:5,10 277:5,14
  284:22 286:2,11 294:19,23
  295:16 323:3 357:3
**project** 338:17,20
**promote** 47:20 192:17,21 210:13
  236:6 309:11,24 310:24
**promoting** 193:12
**promotion** 64:19
**promptly** 282:13
**pronounce** 40:13
**proper** 337:5 340:17
**proportion** 212:5
**proposal** 364:23
**protect** 289:5 352:22
**protecting** 224:14
**protective** 295:17 296:20
**protest** 198:5,9 205:21 219:16
  222:15,18 268:22
**protested** 205:5 221:15,21
  238:19 239:7
**protesters** 89:14 223:9 224:25
  268:21 272:12 275:8,17 290:9
  290:12 326:4 334:4
**protesting** 239:22
**protestors** 168:3
**protests** 218:8 229:12 349:5,8
**provide** 8:11 31:6 40:8,16 41:11
  43:8 45:7 138:5,9,10,12
  289:17

**provided** 29:25 53:14 131:13
274:5 289:13 291:9 314:13
383:12
**provides** 135:25 364:3
**providing** 164:18 268:6 282:15
**provision** 370:24
**proximity** 196:14 208:7
**public** 6:12 168:24 265:6,16
382:11 384:9
**publication** 338:22 378:3,4,6
**published** 378:12
**punishment** 349:15
**purchased** 180:23
**purple** 233:15
**purpose** 47:19 48:7 100:14 179:9
179:11 180:13 192:18 310:21
310:22,23 312:4,8
**purposes** 314:20
**pursuant** 6:6 8:10 285:14 297:13
313:10
**put** 11:10 21:23 42:23 45:14
47:8 57:18 84:18 92:15 99:6
110:4,6 132:8,9 154:19 182:17
194:17 248:18 249:8 250:8,9
258:21 260:10,10 300:24 301:3
312:20 314:10 322:19 330:8,12
346:21
**putting** 13:6

---

### Q

**Q.R** 179:12 309:25
**quell** 280:15
**question** 9:15 11:23 22:4 24:7
62:6,6 70:7 71:8 106:7 116:5
116:8 119:20 171:5 184:15
206:22 207:24 221:17 244:19
251:18,20,24 254:12 262:9
263:24 284:6 287:16 322:17
341:25 345:23 350:5,5 361:10
361:11
**question-and-answer** 282:20
283:10
**question-and-answers** 283:9
**questionnaire** 134:7,14,14,16,19
134:22,24 135:19 136:8,11
137:11 138:17 140:15
**questions** 6:8 8:4,21 9:4,9
106:19 136:2 139:13 143:2
235:6 282:20 283:7 306:7
340:19 342:9 361:6 379:21

**quick** 151:14 185:18 273:16
300:15 379:24
**quickly** 152:5 270:13 295:3
334:9
**quite** 214:5 287:24
**quoted** 364:21

---

### R

**R** 3:2,9
**R-A-J** 103:4
**R-E-I-N** 32:4
**racial** 285:6
**radio** 350:3
**rainbow** 246:9,16
**rainbows** 246:15
**raise** 7:4
**raised** 109:18 110:2 112:14
**raising** 372:19
**Raj** 3:13 5:2 90:13 103:3,4,18
103:20,21 104:5,9 105:14,17
106:3,9 107:19 108:6 133:19
134:6,8 135:5,16 136:3 137:9
137:10 140:12 210:11,25
229:24 230:18,23 232:5 233:14
235:15 238:11,18 240:4,13
254:24 255:5 256:9,16 260:8,9
260:10 280:13,14,14 318:11
354:23,24
**ran** 56:8 185:4,13,14 186:3,4
210:25 298:5
**Ranch** 92:8,11
**range** 231:11,25
**ranges** 97:20
**re-mark** 163:22
**re-marked** 164:19
**reach** 96:22,23 162:20,23 176:13
214:14 215:3 216:18 219:10
**reached** 61:9 97:4 99:6,8 162:20
162:22,25 305:15,22
**read** 6:10 23:2,9,13 46:3,12
47:18 48:13 64:5,20 129:10,16
134:6,10 136:3 140:20 144:25
147:2 155:11 156:6 157:19
163:16 167:7 169:12 177:16
178:5,19 184:5 199:2 207:7
217:3 221:3 224:12,18 231:14
236:16 253:18 265:7 266:8,18
268:10 273:18 274:11 281:12
282:9,23 284:8,8,18,19 285:17
285:20 288:20 294:16,25

297:16 333:19 337:7 338:21
340:20 347:12 349:21 352:5,12
353:9 357:7 379:4 382:3 384:8
**readable** 173:19
**readily** 266:15,16
**reading** 122:8 147:20 324:7
363:7 371:2
**reads** 46:4 64:15 166:22 233:14
270:21 271:16 273:11,25 281:8
336:20 340:13 347:8 352:20
**ready** 31:10,11
**Reagan** 92:8 236:10
**Reagan's** 92:11
**really** 39:15 153:2 247:10 267:9
374:18
**reason** 8:3 94:25 123:19,21
128:5
**reasonable** 220:19 234:14
**reasonably** 356:24
**rec** 153:3
**recall** 49:15 58:25 59:21 218:10
219:5,9,13 220:7 229:22
232:18 247:16 258:24 265:18
275:18,20,22,24 278:25 284:9
284:16 293:23 298:2 299:9
300:13 301:12,22 303:12
307:10 308:5 336:18 364:14
376:8,9 377:19,20 378:9,19
**recalls** 205:5
**receipt** 117:18 118:3
**receive** 37:13,19,21 103:3,5,15
139:14 176:16 216:7 236:21
238:14,23 239:9 339:23 340:2
**received** 128:2 158:7 216:13
232:5 238:8 364:15
**recipient** 127:22 153:25 157:14
345:12
**recipients** 153:7,23
**reclaimed** 363:23
**recognition** 371:25
**recognize** 21:19 102:20,22
116:17 117:23 127:10,12
133:13 148:10 152:25 165:14
174:2 230:12 244:20 249:23
276:15,17,20,25 277:4,7
293:11 318:22 319:17 323:2
359:2
**recognized** 310:12,15
**recollection** 60:3 71:24 116:2
176:19,21 178:19 190:15

193:24 194:12 205:4 210:5
212:18 217:7 226:17 227:8
234:14 239:17 240:9,24 243:14
243:18 245:13 251:7 252:17
263:20 272:6 279:23 283:24
331:24 365:19 371:6 377:10
**recom** 102:22
**recommend** 153:4
**record** 7:12,15 8:8 9:4,10 11:10
18:12 30:6 35:23 45:14 46:4
47:19 64:5 75:23 100:7,8
102:9 106:3 113:2 116:9 133:2
146:5,7,8,10 147:3 148:6,11
175:12 178:19 199:3 224:12
243:4,6,9 270:14 282:9 300:18
312:21 314:20 315:2,3,6,7,8
320:15 322:20 348:24 352:5
357:22 360:11 381:16,17 382:4
383:10
**recorded** 31:12 306:18 352:16
359:12 360:8
**recording** 8:24 35:11,19,20,21
257:15 275:25 357:20 358:7,22
358:24 360:12
**records** 4:10 35:10 51:23 59:18
66:3,7 104:22 111:7 112:19,22
113:4,9 116:12 135:9 308:4
356:9,16
**recruitment** 64:19
**red** 316:9,10 317:13,17 319:21
319:21 325:20
**red-haired** 317:16
**Redirect** 3:6 379:22
**Reed** 61:9,9,15 75:2,5,10 351:15
**ref** 151:17 340:12
**refer** 36:9 64:3 93:8 140:23
144:13 165:25 170:3 281:14
348:23 372:5 373:10
**reference** 265:22 357:22
**referenced** 34:2 155:19 263:8
311:11 342:25 357:24
**references** 48:18 63:9,24 270:19
370:23 373:13
**referencing** 151:18 372:6
**referred** 36:7 107:8 139:17
155:14 169:14 337:17 343:12
**referring** 11:19 132:13 135:11
165:18 166:4 167:10,11 170:8
170:10 207:6,19 228:16 298:24
299:2 309:21

**refers** 140:24 169:12 353:22
  373:17
**reform** 338:17,20
**reforms** 338:25
**refresh** 99:20 178:18 212:18
  240:8,23 243:13,18 245:12
**refreshes** 116:2
**regarding** 35:11 53:23 59:19
  61:6,22 66:3 99:3 106:7,24
  107:7 149:16 150:6 160:19,22
  161:4 170:14,22 172:18 173:4
  178:23 218:5 235:25 236:3,13
  250:2 258:9,21 292:10 312:8
  347:15 356:9,16 362:24 374:11
  378:24
**regards** 66:20 161:6 176:9 337:5
  340:16
**Regents** 14:12
**reger** 129:21
**register** 13:2 130:6
**registered** 46:6 52:21
**registration** 13:3 129:7,15,18
  129:22 130:2,13
**regular** 33:24 35:10 211:18
  212:12,13
**regularity** 34:10 54:5
**regularly** 64:13
**regulations** 224:15
**Reid** 352:9
**reign** 30:16
**Rein** 32:3,6,16,18 38:4,7,16
  39:11,14 52:7,8 74:11,17 98:6
**Rein's** 32:10,13
**reins** 34:4
**reinstate** 363:6,15
**related** 149:9,13 236:25
**relating** 372:14
**relationship** 172:8
**relayed** 263:20
**released** 306:15
**relevant** 284:4
**relieve** 268:24
**rem** 124:7
**remarks** 282:19
**remem** 291:24
**remember** 9:19 16:5 22:16 25:25
  28:20,23,25 30:20 34:8,12
  35:7 37:3 39:20 40:5,12 41:16
  41:17 49:16 50:13 51:20 53:4
  53:5,10,13,21 54:10 57:10

58:9,19,20 59:13,16 63:17
65:5,7,14 66:5,9,14,17,23
67:2,7,10,15,22 68:2,4,18,22
69:4,15,20 70:2 72:4,6 78:11
80:5 81:15,17 83:12 84:7,11
88:12,19,21,23 90:21 91:4
92:19 93:19 97:3,7,8 98:16,22
98:25 100:22 102:3 103:19
104:7,21 105:3 106:11,18
107:12 109:3,18 110:17,23
111:16,22 112:3,24,24 113:11
113:18 115:2,3,11,19 117:9,10
117:12 119:6,11 120:3 121:6
121:11,16 123:9,22 124:13
126:11,22,24 127:3 128:4,12
129:23 131:11 134:23,24
136:16,17,20 137:3 138:18,22
138:23 139:6 141:12,23 142:6
142:9,14,18,20 143:12,19,22
143:22,23 149:4,6,14,15,20
150:19,21 153:4 156:22,24
158:9,15,17,18,19,21 159:7
160:10,23 161:21 163:13
165:23 167:25 168:24 169:7
174:11,12,16,25 175:5,7 176:4
176:6 177:5 178:15 181:5,20
182:8,24 185:3 186:11,13,19
188:21 189:2,5 190:6,14,17,21
191:7,13 192:3,5 193:20,21,23
194:15,20,22,24 195:17,20,21
195:25 196:10,15,23,24 197:3
197:6,9,10 198:8,18 199:10,11
201:23 202:2,4,5,8,11,23,25
204:4,9 205:25 206:9,10,14
208:9 209:15,16 210:19 213:6
213:10 215:24 216:9,20,21
217:15 219:8 220:10,13,14
222:20,21 223:3,20 225:10,19
226:15,21 227:5,13,17,22
228:6,14,25 231:7 234:8 237:7
237:13 241:7,14 245:5,18
250:7,22,23 251:3 252:4,21
253:6,25 254:2 255:2,11,21,23
255:24 256:8,25 257:11,12
258:2,7,12,13,23 259:8,9,14
259:22,23 260:6,8,19 261:5,11
265:11,12,15,19,20,24,25
266:4,21,23 267:11,14,20,21
267:24 268:23 271:11,23,24,25
272:13 273:2,6 274:15,20,23

275:4 276:17 277:6,25 278:5
278:15 279:13,22,25 280:6,13
280:16,18,22 281:3,6,15,20
282:7 283:14 286:20 287:7,23
288:6,10,12,13 289:10,11,12
289:19,21,25 290:2,3,6,10,16
290:17,18 291:2,5,10,11,15,18
291:19,22 292:2,3,8,9,15,19
292:21 293:3,6,9,22 294:2,6
294:10,13 295:6,10 296:3,15
296:24,24 297:8,20,23 298:17
298:21 299:17 300:23 301:8,17
305:14,21,23 306:5,19 307:4,4
307:14,24 309:4 310:4,14,18
311:20,24 312:7,9,12 320:23
329:12 330:20,21 331:2,23
332:18,22 333:3 334:5,8,13
335:2,9,10,17,21,25 336:12,15
341:3,4 342:14 347:2 348:2,3
348:4,7 349:25 359:14 364:11
364:13 369:20,21 378:10,14,16
378:17,18 379:2,4,10,10
**remembers** 113:2
**remind** 96:6 159:10
**remove** 266:16 297:15
**removed** 300:2,9
**removing** 267:22
**rep** 52:6 209:22 215:6
**repeat** 70:7 221:17 251:18,19
287:16 345:23 347:21
**rephrase** 262:9 368:8
**reply** 235:12
**Reported** 1:24
**Reporter** 7:4,11,14 54:20 100:7
146:7,10 251:21 312:22 313:17
315:5,8,24 316:3 328:10 345:7
381:15 383:14
**Reporters** 383:11 384:2
**reports** 338:23
**represent** 151:20
**representation** 231:24
**representative** 169:6,8 170:16
170:24 171:8 172:20 173:6,13
228:8 243:25 244:23 352:10
**representatives** 169:2 176:10
**representing** 7:21 83:17 85:24
86:22 131:14 343:20 361:5
**reps** 189:8
**republican** 5:2 24:17 32:22
43:12 47:21,23,25 48:4,5,12

50:7 54:4,13 55:12 62:16,19
72:10 76:4 88:17 89:15 90:23
157:15 158:4 160:3 168:20
190:4 291:14 336:6 352:6
353:19
**Republican's** 159:14 340:3 343:7
360:3 376:18 384:4
**Republicans** 1:6 11:12,14,19
12:4 18:3 21:24 22:24 24:4,5
24:20 25:15 26:6 27:3 28:2
31:2 33:25 35:17 36:13,25
37:4,11,15,23 38:12,17 41:19
42:5,8,9,14 43:14 46:5,6,18
47:6,19 48:7,21,24 50:12,16
50:20 51:14,24 52:9 58:18
60:7,14,23 61:7,23 62:7 63:14
63:15,20 64:13,23,24 69:4
70:5,12,20,22 71:13,15 72:21
73:10 74:23 77:12 79:4 81:8
82:21 88:11 89:22 95:12 97:2
100:17,20,24 101:2 105:5,9
106:23 107:20 110:6 114:13
130:25 131:23 136:21,22,24
139:3 141:9,11,17 154:5,14
155:9 156:16,20 157:10,17
158:7,11,12,20 159:5 166:24
177:20,23 178:3,20 187:20,24
188:12 190:9 191:5,23 196:19
199:20 200:15,22 202:17,19,24
204:7 207:9 208:15,24 209:3,8
210:8,9 212:22 213:2,18,22
220:24 221:11 224:14,17 225:2
225:24 227:16 228:2,23 230:15
231:3 232:12,21,25 238:18
239:25 247:6 250:12,25 251:5
251:14,15 252:12,19 253:15
258:6 259:17,18,20 262:18
264:23 265:5 266:10 277:17
278:3 279:9 281:16 282:3,15
288:18 293:20 294:8 298:25
299:3,16,22 300:24 303:7
304:3,24 305:4,8 306:18 307:7
307:15,25 308:4,15 324:21
325:9 329:8 331:6 332:24
333:5 336:7,22 337:2 339:20
340:14 341:6 342:3 343:17,19
345:20,21 346:2,3,8,9,19
349:19 350:18 351:7,16 356:8
356:13 357:10 362:25 363:18
363:20 364:15 365:4,6 369:18

```
375:16,22 376:6,17,25 380:7
 380:12,16
Republicans' 208:7 247:18
 349:17,24 350:6,11,14
request 30:6 43:13 78:17 106:2
 113:3 118:5,8 120:14 121:24
 122:3,6,11 123:13,17,20,24
 125:11,15 131:19 132:2 135:9
 139:25 149:23 152:6,15,19
 213:25 236:13 284:3 308:20
 310:8 364:10 366:6 369:18
requested 82:12 120:17 125:21
requester's 122:12
requesting 45:15 150:24 152:15
 159:18
requests 3:10,11,12,14,15,16,17
 3:18,19,20,21,22 59:25 118:10
 118:12 122:22 150:20 368:11
 369:10
require 129:21 130:9,11,15
 349:2
required 115:6,9 130:2,13 159:8
 224:15 347:9,24
requirement 66:18
requirements 372:19
researched 157:11
reservation 4:15 5:11 35:6 66:7
 66:16,19 120:5 121:21 124:20
 128:18 146:15 147:15 238:23
 366:11,19,20 367:20
reservations 368:11
reserve 35:3 66:16 67:16 95:7
 106:19 139:12 201:15,18
 226:23 253:4 303:9,13 368:2
reserved 6:9 35:7 67:6,20 68:12
 68:15 69:17 95:8 120:11,22
 226:19 227:4 252:8,9
reserving 147:19,23 160:15
 205:6 251:12,13 252:18
respect 94:4 251:12 368:10
respective 6:4
respond 177:3 346:19
responded 342:10
responding 239:12
responds 239:3
response 150:12 288:20 361:17
responses 313:13 346:25
responsiveness 6:8
rest 21:8,16 60:23 95:10 109:25
 156:24 163:12 278:5 332:19
```

```
restaurant 144:4 238:7
restored 47:10 352:2
restrain 294:21 326:3
restraining 326:23
restroom 146:3 270:11
restuccia 1:1,17 2:1 3:1,3 4:1
 4:22,24 5:1 6:1 7:1,9,10,13
 7:19 8:1 9:1,25 10:1 11:1
 12:1 13:1 14:1 15:1 16:1 17:1
 18:1 19:1 20:1 21:1 22:1 23:1
 24:1 25:1 26:1 27:1 28:1 29:1
 30:1 31:1 32:1 33:1 34:1 35:1
 36:1 37:1 38:1 39:1 40:1 41:1
 42:1 43:1 44:1 45:1,17 46:1
 47:1 48:1 49:1 50:1 51:1 52:1
 53:1 54:1 55:1 56:1 57:1 58:1
 59:1 60:1 61:1 62:1 63:1 64:1
 65:1 66:1 67:1 68:1 69:1 70:1
 71:1 72:1 73:1 74:1 75:1 76:1
 77:1 78:1 79:1 80:1 81:1 82:1
 83:1 84:1 85:1 86:1 87:1 88:1
 89:1 90:1 91:1 92:1 93:1 94:1
 95:1 96:1 97:1 98:1 99:1
 100:1 101:1 102:1 103:1 104:1
 105:1 106:1,13 107:1 108:1
 109:1 110:1 111:1 112:1 113:1
 114:1 115:1 116:1 117:1 118:1
 119:1 120:1 121:1 122:1,14
 123:1 124:1 125:1 126:1 127:1
 128:1 129:1 130:1 131:1 132:1
 133:1,16 134:1 135:1 136:1
 137:1,13 138:1 139:1 140:1
 141:1 142:1 143:1 144:1 145:1
 146:1 147:1 148:1 149:1 150:1
 151:1 152:1 153:1 154:1 155:1
 156:1 157:1 158:1 159:1 160:1
 161:1 162:1 163:1 164:1 165:1
 166:1 167:1 168:1 169:1 170:1
 171:1 172:1 173:1 174:1 175:1
 176:1 177:1 178:1 179:1 180:1
 181:1 182:1 183:1 184:1 185:1
 186:1 187:1 188:1 189:1 190:1
 191:1 192:1 193:1 194:1 195:1
 196:1 197:1 198:1 199:1 200:1
 201:1 202:1 203:1 204:1 205:1
 206:1 207:1 208:1 209:1 210:1
 211:1 212:1 213:1 214:1 215:1
 216:1 217:1 218:1 219:1 220:1
 221:1 222:1 223:1 224:1 225:1
 226:1 227:1 228:1 229:1 230:1
```

230:24 231:1 232:1 233:1,22
234:1,7,15,20 235:1 236:1
237:1 238:1,24 239:1 240:1
241:1 242:1 243:1,8 244:1
245:1 246:1 247:1 248:1 249:1
250:1 251:1 252:1 253:1 254:1
255:1 256:1 257:1 258:1 259:1
260:1 261:1 262:1 263:1 264:1
265:1 266:1 267:1 268:1 269:1
270:1 271:1 272:1 273:1 274:1
275:1 276:1 277:1 278:1 279:1
280:1 281:1 282:1,14,18 283:1
284:1 285:1 286:1 287:1 288:1
289:1 290:1 291:1 292:1 293:1
294:1 295:1 296:1 297:1 298:1
299:1 300:1 301:1 302:1 303:1
304:1 305:1 306:1 307:1 308:1
309:1 310:1 311:1 312:1 313:1
314:1 315:1 316:1,5 317:1
318:1 319:1 320:1 321:1 322:1
323:1 324:1 325:1 326:1 327:1
328:1 329:1 330:1 331:1 332:1
333:1 334:1,2 335:1 336:1
337:1 338:1 339:1 340:1 341:1
342:1 343:1 344:1 345:1 346:1
347:1 348:1 349:1 350:1 351:1
352:1 353:1 354:1 355:1 356:1
357:1 358:1 359:1 360:1 361:1
362:1 363:1 364:1 365:1 366:1
367:1 368:1 369:1 370:1 371:1
372:1 373:1 374:1 375:1 376:1
377:1 378:1 379:1 380:1 381:1
382:1,3,8 383:1,3 384:1,5,7
**Restuccia's** 43:17 44:12
**Restuccia1** 106:14,25
**restuccia1@gmail.com** 105:8,18
  106:15 107:7,17 133:22
**retain** 362:15
**retained** 344:3
**retains** 362:6
**retaliate** 375:15,22 380:6,16
**retaliated** 380:11
**retaliation** 376:17,24
**retreat** 92:15
**return** 165:25 184:2,25 351:6
  384:11
**returned** 6:15 17:5 37:11 184:21
  192:4
**Retus** 7:18

**reveal** 106:20
**revealed** 26:16
**revert** 303:13
**review** 8:9 22:5 44:20 45:9
  85:12,13 133:6 151:17 175:15
  348:23 377:12,25 378:2,9,12
  378:24
**reviewed** 22:12 23:2,24 175:17
**reviewing** 22:16 117:13
**reviews** 378:25
**revoked** 363:20
**rewind** 327:19
**Reynolds** 156:23
**Riccardi** 87:25
**rifle** 246:14
**right** 7:5 9:6 15:15 23:5,21
  34:21 37:16 47:7,10 49:20
  51:4,9 59:5 61:2 68:6,21
  72:15 78:2 81:6,8 84:17,23
  87:24 91:21 93:3 106:19
  108:21 119:13 122:11,19,24
  126:19 137:17 138:8 139:7,13
  139:25 140:7 145:25 151:11
  152:13,18 154:10 155:24 159:9
  162:3,19 164:2 166:10 170:10
  171:13,21 176:25 177:8 178:25
  181:6,11,25 183:5,17 187:14
  195:5 196:22,25 197:24 199:16
  200:15 201:2 203:4,7 206:2
  211:24 217:3 218:4 220:12
  221:16,22 222:4,5,10,13 223:7
  224:14 225:5 233:16,17,25
  240:18,19,21 241:15 242:21
  243:3 247:2,4 248:8,8 269:4,8
  269:10 276:21 278:22 279:6
  290:19 296:6 301:14 302:18
  304:6,22 305:6 311:16,18
  312:25 315:15 316:20 317:20
  317:23 318:19 319:2,5 320:7
  320:14 321:13,19 322:4,5,20
  322:22,24 323:3,12,17 326:12
  327:6,9 328:5,24,25 329:25
  332:10 340:6 344:20 348:16,19
  349:9 360:2 367:14 370:4,12
  370:18 371:15 374:14,16
  376:20 378:5,7,22 381:4,13
**rights** 51:17 271:21 336:24
**ring** 88:2
**Roger's** 139:17

**role** 93:4 303:2 375:7
**Roman** 85:2,2
**Ronald** 92:8 236:10
**room** 18:13 35:3 95:7,9 108:21
  108:22,25,25 114:21,25 115:3
  115:6,10,13,22,23 118:5,8,10
  118:12,15,20,21,24 119:7
  120:10,14,17,22 121:4,12,14
  121:17,24 122:3,6,22 123:13
  123:17,20,24 124:3,6,12,15
  125:4,11,21,24 126:5,10,21,23
  128:16,18 160:15 201:15
  205:11 206:4 232:23 234:11
  252:8 263:23 264:14,17 267:13
  267:15 274:11,21 285:14
  297:22 300:9 328:18 329:8
  369:10,19 375:23
**rooms** 35:8 47:7,10 108:19
  114:22 115:4,13 117:18 141:19
  141:21 147:19 201:5,9 221:2
  251:13 252:8,18 303:14 341:5
  341:9,10 375:24
**Rose** 1:1,10 2:1 3:1 4:1 5:1 6:1
  7:1,21 8:1 9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1 17:1 18:1
  19:1 20:1 21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1 29:1 30:1
  31:1 32:1 33:1 34:1 35:1 36:1
  37:1 38:1 39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1 47:1 48:1
  49:1 50:1 51:1 52:1 53:1 54:1
  55:1 56:1 57:1 58:1 59:1 60:1
  61:1 62:1 63:1 64:1 65:1 66:1
  67:1 68:1 69:1 70:1 71:1 72:1
  73:1 74:1 75:1 76:1 77:1 78:1
  79:1 80:1 81:1 82:1 83:1 84:1
  85:1 86:1 87:1 88:1 89:1 90:1
  91:1 92:1 93:1 94:1 95:1 96:1
  97:1 98:1 99:1 100:1 101:1
  102:1 103:1 104:1 105:1 106:1
  107:1 108:1 109:1 110:1 111:1
  112:1 113:1 114:1 115:1 116:1
  117:1 118:1 119:1 120:1 121:1
  122:1 123:1 124:1 125:1 126:1
  127:1 128:1 129:1 130:1 131:1
  132:1 133:1 134:1 135:1 136:1
  137:1 138:1 139:1 140:1 141:1
  142:1 143:1 144:1 145:1 146:1
  147:1 148:1 149:1 150:1 151:1
  152:1 153:1 154:1 155:1 156:1

157:1 158:1 159:1 160:1,22
161:1 162:1 163:1 164:1 165:1
166:1 167:1 168:1 169:1 170:1
170:15 171:1 172:1,19,23
173:1 174:1 175:1 176:1 177:1
178:1 179:1 180:1 181:1 182:1
183:1 184:1 185:1 186:1 187:1
188:1 189:1 190:1 191:1 192:1
193:1 194:1 195:1 196:1 197:1
198:1 199:1 200:1 201:1 202:1
203:1 204:1 205:1 206:1 207:1
208:1 209:1 210:1 211:1 212:1
213:1 214:1 215:1 216:1 217:1
218:1 219:1 220:1 221:1 222:1
223:1 224:1 225:1 226:1 227:1
228:1 229:1 230:1 231:1 232:1
233:1 234:1 235:1 236:1 237:1
238:1 239:1 240:1 241:1,16
242:1 243:1 244:1 245:1 246:1
247:1 248:1 249:1 250:1 251:1
252:1 253:1 254:1 255:1 256:1
257:1 258:1 259:1 260:1 261:1
262:1,7,11,21 263:1,2,7,10
264:1,2 265:1 266:1 267:1
268:1 269:1 270:1 271:1 272:1
273:1 274:1 275:1 276:1 277:1
278:1 279:1 280:1 281:1 282:1
283:1 284:1 285:1 286:1 287:1
288:1 289:1 290:1 291:1 292:1
293:1 294:1 295:1 296:1 297:1
298:1 299:1 300:1 301:1 302:1
303:1 304:1 305:1 306:1 307:1
308:1 309:1 310:1 311:1 312:1
313:1 314:1 315:1 316:1 317:1
318:1 319:1 320:1 321:1 322:1
323:1 324:1 325:1 326:1 327:1
328:1 329:1 330:1 331:1 332:1
333:1 334:1 335:1 336:1,20
337:1 338:1 339:1 340:1 341:1
342:1 343:1 344:1,14 345:1,15
346:1,7 347:1,8 348:1,25
349:1,18 350:1,10,12 351:1
352:1,7,25 353:1 354:1 355:1
356:1,25 357:1 358:1 359:1
360:1 361:1 362:1 363:1 364:1
365:1 366:1 367:1 368:1 369:1
370:1 371:1 372:1 373:1,14,23
374:1 375:1 376:1 377:1 378:1
379:1 380:1,5,15,19 381:1
382:1 383:1 384:1,4

800.523.7887
Associated Reporters Int'l., Inc.

Page 434

**Rosen** 253:18
**rough** 212:16
**round** 166:5,24
**routes** 266:15
**row** 272:20,20 284:23 288:19
  322:6
**rule** 5:13 66:19 146:16 164:25
  165:12 173:23 313:10 314:19
**rules** 6:5 8:10,16,20 157:13
  361:7
**run** 27:7 43:22 52:16 56:18 96:8
  96:24 161:4 185:14
**running** 53:4 273:8
**runs** 56:18
**rush** 272:3

---

**S**

**S** 3:2,9,9
**S.A** 53:11 112:3,8 232:21 310:12
  339:9,20,22 343:8 344:10,13
  344:17 345:21 346:3,9,25
  367:15,25 368:12,13 370:6
  374:11,13,20,25 375:7 377:8
**S.A.'s** 342:17 360:20
**sa** 112:10
**safe** 220:2 222:15 225:21 226:2
  226:5,6 269:6 308:6,8
**safely** 332:15
**Saitta** 2:21 3:5 21:11,14 344:25
  345:8 360:18,21,25 361:3,4
  381:17
**Saratoga** 31:21,22
**sat** 23:9 169:3
**save** 282:19
**saw** 82:3 206:8 320:21 330:14,17
  331:5 341:22
**saying** 9:7 185:17,24 226:16
  231:2 330:7,21,22 331:3
**says** 46:9 64:2,11,11,12 103:10
  118:4 119:2 120:17 124:16
  126:13 128:14 129:11 134:6
  135:18 137:21 140:14 143:24
  144:3 148:18 151:25 153:7,11
  155:6,25 156:15 157:6 170:4
  174:18,19 176:8 178:20 199:3
  199:16,18,23 202:16 207:7
  217:5 220:22 224:12 230:23,24
  232:21 234:10 235:23 236:12
  238:5,18 239:6,21 245:22
  246:5 259:16 261:8,14 262:17

264:22 269:23 271:6 276:5
  279:8 314:4 343:3 344:17
  380:3
**Scaganelli** 30:22 38:16 126:25
  128:7,11 175:23
**Scagneli** 4:24
**Scagnelli** 30:21,24 62:3 91:2
  127:5,6 141:8,16 175:24,25
  188:17 191:24 231:6 252:23
  253:4 277:19 317:25
**Scagnelli's** 117:5
**scary** 194:9
**scene** 88:7 223:23 224:9,13
  227:16
**schedule** 34:3 39:15
**scheduled** 34:7 243:21 274:2
**school** 14:11,13 15:20 18:12
  28:16 38:5 56:8 128:23 129:3
  129:13 197:13,17
**screaming** 224:2
**screen** 315:14 320:14 321:10,11
  321:16,17 322:5 328:24 358:17
**screens** 315:12
**screenshot** 151:25
**scroll** 152:9,10
**search** 3:12 105:16 106:3,13
  107:3,4 150:6 152:16 186:9
**searches** 132:6
**searching** 284:3
**seats** 279:11
**Sebastian** 85:2,2
**second** 42:2 120:4 164:13,13
  192:25 220:17 267:25 268:3
  272:20 284:23 302:10 314:3
  315:2,4 333:22 342:23 362:4,5
  368:20 375:11
**seconds** 284:21 315:19,21
**secretary** 28:6,21 30:9 83:2
**secretaryship** 30:16
**section** 368:19
**secure** 109:14 115:6,9,13
**security** 161:21,24 163:5 176:11
  254:19 255:7 264:15 265:13
  271:4 322:10 335:23 336:4
  353:6 354:10
**see** 43:7 50:2 63:11 99:15,20
  116:2,22 118:5 120:11,23
  127:19 131:8 134:4,15 144:23
  152:12 154:23 155:11 163:18
  166:18 169:12 175:19 176:14

179:15 206:6 214:6,13 216:16
220:8 246:7,25 247:2,10
262:21 273:11 281:22 290:22
300:11 314:3,6,7 316:5,8,15
317:18 318:4,10,11,13,15
319:12,15 320:8,12,16,20,22
321:2,2,9,11,13,14,15,19,20
321:21,22 322:7,9,10,14,21,23
323:7,11,24 324:6,12 325:11
325:15,18,22,23 326:6,12,25
327:9,11 328:16,24 329:19
342:24 343:6 344:14,20 345:9
345:14,15,17 348:2 358:16
366:17 367:10 368:24,25 370:2
370:25 371:4 375:17
**seeing** 137:18 265:24 297:23
**seen** 22:10,10,11 82:16 84:25
250:3 313:12,24 358:19 362:13
367:7
**select** 83:3
**selected** 114:22 115:2
**selecting** 114:25
**semester** 17:11 18:2,11,15,18
20:9 25:11,13 26:14 28:10
29:3 33:17 34:3 36:24 43:15
43:19 49:24 50:6 54:7 56:12
56:24 57:8 59:3 60:15,23 61:3
68:8 74:6 75:8 76:11 205:20
211:21 302:13,14,17 307:19
336:8 342:4 350:25 372:9
**semesters** 302:13,23
**send** 40:21,25 42:11,13 117:7
134:7,24 136:5 140:15,19
149:3,8,8,11,12,19 157:7,23
158:3 210:17 213:14 215:15,25
216:2 232:23 233:21,22 238:24
239:23 249:10 258:9 283:21
292:16 314:10 346:14
**sending** 215:6 216:4 221:2
230:20 231:4 235:18
**sense** 19:11 45:6,10
**sensitive** 135:21
**sent** 43:14 114:5 117:4,11
133:16,17 134:18,25 135:5
137:13 148:12,21 149:5,6
152:18 175:22 176:4 216:10,12
216:12 232:4 234:15 238:11
243:25 283:15,19 336:25
339:12,19 341:14 367:8 369:21

**sentence** 363:10
**separate** 203:4
**separately** 237:21
**September** 4:12 121:21 133:7
134:5 215:22
**series** 4:12 133:6 238:11 361:6
366:16
**server** 213:23
**service** 42:3,22 115:3
**serviced** 48:5
**set** 51:17 88:14 109:21 160:8
178:14,16 179:7 188:25 190:16
190:18 192:20 206:21 208:7
213:7 216:22 247:14 380:4
**setting** 64:17 89:5 207:19 230:2
**settings** 129:16
**settle** 108:8
**settled** 108:15
**setup** 181:11 188:19,22 232:16
**seven** 4:18,19 10:18 20:17 74:15
74:16 76:23 129:12 140:17
157:8,23 159:25 163:15 164:19
177:17 235:2 281:7 282:14
315:18,21 317:9 318:19 319:2
320:7,15 323:14,15,20 324:14
324:21 325:9,12 326:2 327:2
328:2,8,14 329:4,9 330:6
353:3,3,12
**seventeen** 5:16 123:11 125:16
244:14,16 353:3,12
**seventy** 45:22 47:17 374:2
**seventy-eight** 264:19,22
**seventy-nine** 264:19 265:4
**seventy-seven** 253:9 256:11
257:22,25 259:5 263:9 374:17
**shaking** 9:6
**share** 64:20
**sheet** 382:7
**shirt** 316:9
**shirts** 320:19
**shooting** 197:13,17
**short** 94:13 95:4 99:23 146:3
214:20 262:2
**shorter** 317:22
**Shortest** 183:16
**shorthand** 93:7
**shortly** 301:18
**shou** 284:23
**shouted** 206:11,13

800.523.7887
Associated Reporters Int'l., Inc.

shouting 224:2 255:17 284:23
 286:16 299:11,18
show 36:18 51:24 87:10 102:5
 115:25 127:4,8 132:19 145:22
 146:12 148:5 230:7 244:8
 288:14 313:9,22 314:8 337:19
 342:15 358:13
showed 39:13,14 58:19 91:13
 201:8 205:12 221:9 239:21
 240:4 281:19,21 303:24 332:20
 359:23
showing 249:15
sic 30:23 33:4 38:16 113:2
 127:2 128:7,11 175:23 241:6
 354:23
side 104:2 196:12,16 247:2
 295:20 322:5 329:8
sight 241:16 242:3,14,17
sign 6:11 8:9 42:11 50:2 137:4
 233:25 234:7 238:24 239:8,13
 246:13 289:2 293:25 294:4
 325:3 384:8,10
signage 220:5
signature 384:11
signed 6:14 136:13,15 160:9
 167:4 238:9 384:25
signing 234:3
signs 48:10 63:9,16,21 193:17
 193:18,19,25 194:3 197:7,8,10
 206:8,16,17 220:9,10 245:14
 245:15,20 246:7 288:19,24,25
 289:14,17,24 290:5,7,14,23,25
 291:8,14,21 292:12,17 293:21
 294:9,12 300:23 301:3 311:19
 311:21 312:4,8 318:5,9 319:14
 324:22 325:10 328:16
Silverman 91:9,11
similar 92:21 286:16 356:23
similarly 100:16
simple 184:15
sincere 155:7
single 27:5
sir 21:20 133:11 146:12 164:18
 165:15 176:16 178:5 353:9
sister 10:25
sit 23:12 88:10 148:2 151:12
 194:12 237:7 286:25 288:12
 292:2,3 295:13 343:6
site 220:6 318:16

sitting 18:13 183:8 288:18
situation 9:16
situations 305:13 363:13
six 4:16 10:18 39:14 73:5 74:15
 74:16 76:23 147:6 148:6
 248:12 278:2 319:2 320:16
 325:9
sixteen 5:14 121:19 165:25
 166:4,20 233:12,22 243:10
 294:17,22 337:22
sixty 249:21 376:21 379:17
size 108:23 279:10 281:8
skills 48:3
skinned 321:22
slavery 285:7
slider 285:2
slightly 73:6
small 247:7
smaller 36:19
Smith 238:10
snow 245:3
snuck 295:20
social 41:22 80:6 258:8,9,14
 264:24 309:17,18,20,23 351:10
socialism 3:22 36:21 49:5,10
 56:19 58:7,10,12,15 72:13
 163:2,4 167:12 174:24 214:6
 219:15,25 309:3,3,6,10,22
 310:2
socialist 163:7
Societies 115:15
society 115:18,20 141:18,22,24
 243:22,24
somebody 37:23 115:21 136:22
 223:16 312:2
someone's 44:9
soon 45:6 135:19 227:10 285:10
 343:4
soph 302:9
sophomore 25:4 27:19 95:22
 302:7,9
sorry 21:11 90:18 127:6 135:17
 137:16 138:10 147:5 165:5
 166:13,15 238:25 262:9 296:5
 313:20 338:12 366:23 372:24
sort 89:5 97:22 134:2 154:13
 161:10 172:8 192:11 220:5
 246:13 247:2 281:4 308:15
 320:15 331:17

**sound** 242:24 319:7
**Soundbites** 55:7 87:14 305:24
  311:12,13
**sounded** 71:2 359:4,5
**sounds** 81:6 118:23 178:25
  181:24 220:19
**source** 111:14 190:22
**space** 66:16,19 108:22,25,25
  115:16 147:19 226:19,23 227:4
  308:3,7
**spaces** 115:16
**SPALDING** 2:4
**sparse** 38:13
**sparsely** 78:12
**speak** 66:25 73:13,15 80:14
  81:21 82:2 83:18 85:25 99:15
  119:10,22 120:25 122:7 123:5
  154:7 159:16 176:10 205:7
  225:18 236:3 287:22,24 295:7
  298:3 304:23 305:4 307:13
  323:19 350:8,12
**speaker** 3:17 36:18 58:21,22
  59:8 60:7 72:13 73:10 74:21
  75:8,11 86:12 93:17 94:4,8,15
  96:4,11 104:17 108:9,11
  109:15 114:22 115:10 130:19
  135:24 137:7,12,16,17,21
  139:16,22 206:13 260:17 273:5
  273:7,9 296:25 297:6 324:15
  325:13 326:5,15 327:15
**speaker's** 109:13
**speakerphone** 260:11
**speakers** 36:19 48:11 54:8,11
  55:9,19 56:4,11 57:7 59:20,22
  70:22 71:3,15,20,23 72:6,16
  72:20 75:14,15 92:13 96:14
  97:13,20 167:13,17,19 168:11
  206:11 336:17 356:23 357:10
**speaking** 23:8 86:18 92:13
  124:17 126:14 156:2,5,9,13
  318:25 320:6 323:17 324:18,19
  351:8 374:6
**specific** 42:23 82:24 112:25
  115:20 141:23 200:17 220:19
  225:19 252:16 256:20 261:11
  304:21 336:15 339:3 349:4
**specifically** 88:23 95:10 102:22
  113:18 119:11 121:16 123:22
  126:8,23 127:13 130:8 131:12
  133:15 139:4 142:19 149:5,14

154:21 155:15 178:15 181:20
182:25 185:3 188:21 197:9
204:16 207:3 220:13 227:12
240:2 250:7 252:5 255:11,21
255:23,24 261:16 264:3 266:20
266:22,23 271:11 279:22
286:15 295:6 299:21 307:25
322:14,21 371:14,17 379:13
**specifics** 109:3 153:4 174:11
  223:20 227:13
**speech** 51:22 87:10 160:16,18
  224:15,16 275:3,8,17 285:14
  285:19 288:19,25 289:3,14,24
  290:13,14 292:11,17 293:20
  294:4,9,12 295:9 297:14 301:4
  311:7,14,19,21 312:4,8 319:14
  324:22 325:3,10 328:15 352:22
  357:2 369:11,19 373:13,16,22
  374:19 375:3,6,8 377:12 378:6
  381:10
**spell** 39:24
**Spelled** 56:14
**spelling** 52:6 54:15,18 56:7
  75:22 81:6 359:15
**Spencer** 41:3 141:8
**Spencer's** 40:5
**spent** 110:19,21 114:6 181:2
**spine** 65:21,22,23 177:22 178:9
  178:11,21 183:2,6 185:25
  196:13,16 199:8 202:21 203:6
  203:23 204:8,15,16,17,23
  209:9 223:17 224:17 228:3
  247:15 365:24
**spoke** 70:21 75:5 76:22 78:25
  87:3 119:12,14 125:2,4 126:19
  126:21 294:19 305:3 319:9
  374:11,13
**spoken** 307:9
**sponsor** 372:20 373:6
**spontaneously** 291:17
**sporadic** 211:16
**sporadically** 39:13
**spree** 373:16
**spring** 15:7 16:9,14,17 17:18
  18:5,8 19:6,8,9,14 36:23
  48:22 50:5,7,14 65:11 71:6
  75:11 76:16 77:24 78:3 93:25
  94:2
**Springs** 31:21

**St** 14:15,22 15:10,18
**staff** 367:17 368:15 369:15
**stage** 274:17 289:8
**stairs** 331:14
**stamp** 120:7 121:19 125:7,15
  135:11 140:3 146:18 147:6,12
  173:23 233:8 235:9 237:25
**stamped** 102:11 116:14,15 117:22
  123:11 133:3 148:7 164:24
  175:13 230:11 231:10 243:15
  243:16 244:9 249:20 337:21
  342:20
**stand** 109:8 291:17 324:21
**standing** 224:25 279:11 316:16
  318:19 321:11 322:5,17 324:24
  325:9 329:20
**stands** 169:17 323:20
**start** 13:25 18:11,15 92:20
  155:10 204:17 215:15 217:21
  222:5 253:13 272:25 301:14
  315:22 323:17 330:8 333:21
  335:15 372:2 377:5
**started** 14:2 98:17 104:14 191:4
  198:5 268:16 272:21 282:13
  301:17 302:14 331:18
**starting** 14:11 326:13
**starts** 47:16 235:18
**state** 2:9 7:11,20 46:7 48:2
  75:22 89:21 102:9 133:2 148:6
  148:11 153:18 175:12 189:10
  357:21 375:15 380:6,16 382:2
  384:12
**stated** 49:11 271:6 383:5
**statement** 79:17,18 94:23 246:18
  250:2,6,8,9,11,15 251:2 279:9
  279:24,25 280:5,12,15,17,23
  281:5 283:17 316:20 319:6,7
  348:20
**statements** 280:2 306:13
**States** 1:2 192:21
**station** 254:15
**stationed** 285:13
**status** 46:21 78:3 79:15 192:17
  351:25
**stay** 273:15
**stayed** 355:14
**staying** 379:24
**Steakhouse** 332:3,20
**Stenger** 1:14 7:21,24 160:25
  170:22 173:4 242:3 253:18

262:7,11,21,25 264:7 292:22
  336:20 344:14 345:16,19,25
  347:8 348:25 349:18,24,25
  350:6,8 352:6,25 356:25
  373:14,22 380:10,19
**stenographer** 8:24 54:18 85:8
  153:19
**step** 317:7
**stepped** 185:18 186:13
**steps** 109:12
**stickers** 216:5
**Stinger** 380:5
**stipulate** 248:6 315:15
**STIPULATED** 6:3,7,10,13
**STIPULATIONS** 6:2
**stole** 239:22
**stood** 207:13 272:16 284:22
  288:3,5,19 317:6
**stop** 242:22 287:21 328:5 341:22
**stopped** 228:5
**stopping** 315:23
**straight** 114:17
**Street** 2:22 10:8,15 12:9,10
  13:8,12 233:20
**strike** 262:9 263:5 290:4 291:24
  302:2
**structure** 27:6
**student** 1:12 2:19 14:5,8 18:19
  32:7 42:10,11 46:7,18 52:22
  64:16 77:15 79:20 99:10 112:5
  112:12 115:15,17 116:20,23,25
  127:24 167:3 169:13 170:4
  171:19,20 178:2,4,23 187:6,14
  187:16,21,25 189:21,22 199:4
  199:19,20 202:18 204:13,14,22
  204:25 206:23 207:4,8,10,25
  213:19 220:2 232:10,11 264:25
  265:22 285:10,16 287:4,10,15
  287:20 336:24 337:4 339:15
  340:16 347:9 348:25 349:18
  361:5 362:6,15,18,24 363:5,6
  363:14,15 364:3,10,16,18
  365:7 366:7 367:4,9,11 368:3
  368:12 369:3 370:10 371:6,7
  372:11,18 373:4,20 375:14,21
  376:4,23 377:11 378:8,17,20
  379:8,15 380:5
**students** 24:17 27:7 46:11 48:4
  48:12 49:25 64:18 65:24 92:13
  92:16 100:21 156:5 168:21

179:16 185:24 205:7 207:4
221:3 233:17 236:2 272:19,21
272:25 274:9 281:10 282:6
291:14 379:4
**Studies** 182:18
**stuff** 44:23 227:9 239:22
**stumbled** 331:22
**subject** 160:25 377:7
**subpoena** 6:6
**substance** 80:13 211:3 282:25
**succeed** 94:7
**succeeded** 76:15
**successor** 76:3
**suggest** 97:10
**suggestions** 96:19
**suit** 316:22,25 317:3 318:18
320:4
**Suite** 2:17
**sum** 211:3 282:25 353:15
**summer** 26:18,20 27:16 43:18
95:20,23 96:2 98:9
**summon** 224:9
**summons** 361:24
**SUNY** 46:9,10 47:21 141:9,10
177:22 253:16 261:8,9 262:19
266:9,12 268:3 274:6 279:10
336:21,25 345:19,25 346:7
356:23
**support** 157:10
**supports** 285:3
**supposed** 215:5 223:25 268:24
**suppress** 357:5
**suppression** 224:16 285:15,19
297:14 357:2 373:14,16,22
**sure** 31:9 35:12 43:20 44:5,21
78:2 86:13 108:20 111:19
112:11 118:24 146:5,14 208:22
220:18,19 221:25 225:20,25
226:5 231:14 234:24 240:20
249:9,17 256:20 270:12 304:10
314:20 331:14 333:18,24 338:4
363:8 365:11,16 368:5 371:3
371:16
**surround** 273:2,4,7,9 297:6
**surrounded** 272:19 288:5,7
296:25
**surrounding** 272:21 326:22
327:14
**surveillance** 315:10

**suspend** 345:21 346:3,9 363:6,14
380:20
**suspended** 46:7,18 47:6,8 337:3
340:15,23 341:7 350:14 376:11
**suspending** 376:16
**suspension** 341:17 342:2 350:22
**suspensions** 350:17
**swear** 7:6
**switch** 141:21
**switched** 108:19 115:22 141:19
**sworn** 3:3 7:10,14 382:10 383:7
**Syinsky** 189:12 214:12 228:9
244:23
**symbol** 338:17
**system** 35:6 201:3 285:7
**systems** 205:7,11,14,16,17 206:9

**T**

**T** 3:9,9 4:2
**T-shirt** 276:11
**T.P** 209:9 214:18,20,24 244:24
245:14 247:20 301:10,19 304:3
310:11,17,19,21
**T.V** 144:24
**table** 47:8,10 49:23 51:7,10,17
51:25 52:25 53:6 64:17,17
67:6,20 68:15 69:17,21 88:14
166:5,24 170:25 171:10 172:21
173:7,14 177:23 178:4,13,16
185:21 186:16,16,17,25 187:3
189:7,24 190:25 191:10,10,15
191:16,17 192:11 193:11 194:8
194:13 195:19 196:4,5,7,9,12
196:19 197:18 198:4,5,10,13
198:14,21 199:4,21 200:10,17
201:18 202:6,18 203:2 204:15
206:19,20 207:3,10,17,19
208:6,8 209:21 213:2 217:5,19
220:2 222:9 227:23,24,24
228:18 229:11 230:2 244:25
247:3,6,10,18,20 253:4 301:10
309:2 325:3 347:19 349:4,13
365:22,23
**tabled** 53:15 178:21 202:7,20
204:7,23 205:2 206:23 207:12
208:2 348:3
**tables** 48:10 51:13,16 63:24
64:2,6,25 67:16 68:12 70:6,12
147:23 195:2 203:4 208:10
223:25 224:4 228:2 247:14

251:13 252:18 272:17 303:10
**tabling** 36:10,12 48:23 51:17
52:4 53:17 64:16 65:19,20
66:3,16,20 67:14 68:25 69:3,6
69:10,18,19,25 80:16,19 81:14
83:11 88:5,11 90:9 101:9,10
101:11,13,13,16,20 107:8,10
160:17 161:5,15,23 162:11
170:17 171:2 177:21 178:7
179:4,10,11 180:14 181:8
183:10 184:2,8,21 185:2
187:17 188:11 197:16 199:8
200:24 201:22 203:18 204:3
205:9 206:24 207:2,18 209:9
209:18 210:9,10,12 212:11
213:8 214:2 217:18 219:7,12
219:20 220:24 221:15,21
225:24 227:20 229:21,21 230:4
230:6 238:19 240:5 241:19
242:6,19 244:6,24 245:4
246:23 253:4 254:8 256:17,22
257:20 258:15,21 277:21
300:21 301:14,18,20 303:21
305:19,22 307:2 308:24 310:12
310:21,23 337:5 340:17 347:10
347:25 349:3,8,11,16 352:7
363:19 366:6 369:12 375:17
376:7 380:8
**take** 9:13 96:12 97:11,13,14,16
100:6 105:2 109:12 133:11
146:3 148:8 234:23 235:4
242:22 255:8 279:11 300:15
336:21 345:20 346:2,8,19
361:13 372:25
**taken** 6:6 66:10 245:8 314:5
376:5 382:4 383:3
**talk** 8:23 9:17 14:10 27:15
36:22 38:10,10,11 143:21
150:7 161:19 174:13,21 216:16
270:2 306:23 350:2 372:17
**talked** 32:18 38:4 41:24 49:5
54:3 56:3 71:18,19 72:5 78:12
80:7 81:25 83:22 98:15 128:18
143:15 160:16 172:10,11 175:7
178:10 260:12 275:11 300:20
306:24 307:3,5,6 322:25 329:6
351:14
**talking** 43:16 48:11 64:5 90:11
98:18 174:17 222:24 256:9
283:4 286:16,17 295:5 317:18

329:16,20 335:6 339:4 345:13
358:8 366:18 374:5 377:16
379:5
**talks** 157:18 236:14 362:5 363:4
368:20 371:24 374:2
**tall** 248:12 262:2
**tally** 27:23
**taped** 204:22
**tapes** 306:20
**Tariffs** 127:19 129:12
**task** 252:5
**Taylor** 189:12,15 214:12,16,23
215:9 216:20 228:9,10,10
244:23
**team** 335:23
**technology** 108:21 109:6
**tell** 7:6 9:20 24:14 29:14 34:10
71:8 77:6 114:8 116:10 150:23
182:9,10 185:15 194:18 204:12
216:19 219:6 227:6 237:10
250:14 277:3 290:19 320:18,24
321:25 343:12 351:12 380:9
**telling** 111:13 298:18 373:5
**tells** 340:22
**ten** 4:25 46:11 120:11 121:5,25
178:21,25 179:24,25 181:10
191:4 194:23 217:21 230:8,23
232:20 235:10 238:4,12,17
247:25 248:20 278:11 284:19
284:20 294:22 295:16 296:13
327:3
**term** 255:15,16 353:22 372:2
**terminated** 363:23
**terms** 111:19 363:17 365:21
367:14 369:9 372:16 376:14
377:24 378:17
**testified** 155:22 200:13 203:17
286:6 367:8 379:18
**testify** 8:4 218:19 383:7
**testimony** 7:8 26:16 154:11
203:12 382:4 383:3,6 384:8
**text** 3:11 37:21 42:25 43:2
108:2 151:7,8,9,21 185:17
186:6,10 292:13
**texting** 42:3,22,23
**texts** 41:22 186:9 292:11
**thank** 41:2 116:4 155:7 175:11
270:13 379:21
**Thanks** 103:10 134:8 136:3
140:14,20 167:4 174:23 176:15

Case 3:20-cv-00822-LEK-TWD   Document 254-9   Filed 06/21/23   Page 442 of 451
800.523.7887                                                    Associated Reporters Int'l., Inc.

Page 441

235:18 238:11 239:6 249:4
381:14
**thereabouts** 320:8
**thing** 9:5 22:20 45:2 267:6,6
268:2 368:19
**things** 50:3 106:18 155:10 187:6
207:14 214:15 215:7 216:4,6
234:6 265:10 300:17 349:5
**think** 9:20 16:11 26:15 33:25
44:8,17 45:2,5 57:9 62:23
64:8 80:2 82:11,14 84:16
87:22 91:7 104:24 108:3
131:19 146:24 165:10 166:6
173:19 190:15 193:22 194:10
194:15 200:17 204:5,10 208:4
210:22 212:14 218:6,18 219:18
246:9 248:6 262:12 267:5,9
275:12,14 280:24 293:13 313:5
314:2,12,12 316:25 321:23
333:15 341:5 370:8
**thinking** 44:19 182:5
**third** 322:5 368:22
**thirteen** 5:8 47:16 124:4 177:13
232:8 284:19 285:12 337:21
338:15 346:14,20 350:19
**thirty** 129:13 140:5 181:23,24
183:21,23 198:9 220:22 221:6
238:19 282:14 329:4 333:17
336:20 337:17 384:9,10
**thirty-** 353:2
**thirty-eight** 135:12,13
**thirty-four** 352:4
**thirty-nine** 134:2
**thirty-one** 330:6 347:3,7
**thirty-seven** 133:3 140:3 353:11
353:25
**thirty-three** 375:12
**thirty-two** 175:13 349:14 375:11
**Thomas** 2:21 85:5,10,16,20,23
86:4 238:10 352:9
**thought** 97:21 191:22 220:2
239:12 256:9 267:7 269:14,16
379:7
**thousand** 109:19 110:3,6 112:15
113:5,7,13 155:19 353:3,12,25
**thread** 239:20
**threatening** 299:7,16
**threats** 264:25 265:21
**three** 4:9 20:17 38:3 43:6 78:13
88:20,23 116:3 120:7 125:9

128:18 131:9 155:5,10 157:5
167:17,19 168:11 178:22 182:7
217:6,10,23,23 218:2 257:2
293:5,8 321:12,13 322:6 325:8
325:17 336:14 337:21 341:12
341:19 342:4 353:3 369:24,24
**throwing** 93:17
**thrown** 226:7
**Thursday** 117:3 148:22 177:20
337:6 340:17
**ticketed** 265:7,17
**tickets** 130:9,11,16
**tie** 317:17 318:17,18 319:22
**till** 183:19
**time** 1:19 6:6,15 8:23 11:10
12:3 20:22,24 22:9,16 24:21
24:22 26:5 30:9,11 31:15 32:2
32:18 33:24 39:8,12 48:21
49:13 50:7 52:22 57:14 61:18
63:13,18 64:22 70:5,11,19
71:12 73:3,4,5,8 74:23 76:21
78:25 80:7 81:25 89:20 93:14
93:15,21 94:13 95:17,19 98:7
99:9,25 100:3,5 101:21 111:10
112:21 129:2 133:11 135:21
140:17,22,24 148:9 161:7
162:25 166:19 178:13,16,22
181:19,21 183:13 184:25
186:10 187:24 189:18,20 191:3
193:9 198:4 212:11 213:8
225:4,6,7 226:24 228:22
229:14 236:14 240:16 245:18
251:25 252:19 260:10 276:13
278:8 282:22 290:9 296:23
298:18,23 303:14 307:6,22
310:12 330:23 331:3,7,12
333:2 343:21 344:9 347:22
356:16 360:13 378:21 381:14
382:4 383:4
**times** 13:10 57:4 58:20 67:5
68:19 115:22 182:5 206:10
**tired** 284:24,25
**title** 127:17 162:18 175:20
**titled** 146:15 147:14
**titles** 83:3
**today** 7:8 8:5,17 22:10,11,13
23:3 88:5,10 148:2 151:12
174:20 194:12 200:7 235:24
237:8 250:4 278:18 287:2
288:12 292:2,4 295:13 313:13

343:7 358:20,24
**today's** 102:8 164:20,22
**told** 53:8 71:9,10 72:17 98:6
  101:23 119:13 200:6 210:11
  220:18 223:6,8 225:23 240:4
  264:23 265:12 266:9,23 267:14
  268:24 271:3,16 278:18 281:22
  281:24,25 298:15
**Tom** 61:9 75:2,5,10 351:14
  360:17 361:4
**Tommy** 86:2
**tomorrow** 1:12 144:3 169:18
**top** 29:20 40:6 74:20 116:22
  117:2 148:18 175:19 188:10
  204:20 208:5 314:3 321:11
  344:20 358:4 366:15
**total** 211:20 353:4
**totaling** 353:2
**touch** 78:15 163:12 328:9 342:8
  342:13 344:3
**Tower** 65:24
**trade** 115:16 127:19 129:12
**traffic** 64:18 177:21,24
**transcript** 8:10 40:20 382:5,7
  384:8,10,11
**transcription** 383:9
**transfer** 91:15
**transferred** 91:14 229:4
**transportation** 353:5 354:5
**transportations** 353:6
**trap** 365:18
**treasurer** 28:6,18 29:5 83:3
  158:14,22 159:2,5 365:9,15
**trial** 6:9,16
**tried** 36:17 198:20 201:24
  202:10 228:10 288:8 289:4
**trip** 331:18
**tripped** 331:13,14
**trouble** 368:6
**true** 199:25 200:2 241:11,13
  382:5,7 383:10
**Trump** 129:11 196:3 197:7,11
  236:10 285:2,5
**Trumps** 127:19
**truth** 7:7,7,7 383:7,7,8
**try** 8:25 9:6 53:6 94:15 194:9
  201:21 212:18 314:24 361:9
**trying** 18:25 40:22 41:22 53:4
  93:16 108:20 212:15 224:3
  227:9 228:20 273:4,7 314:14

327:25 348:20 365:18
**Tuesday** 5:5 121:21 127:15
**turn** 45:19 196:11 281:17 329:10
  330:7
**turning** 56:21 88:13 92:21
  186:24 187:2,4,8,21,25 189:6
  189:24 190:5 191:10,15 192:8
  192:10,13,14 193:10 194:12
  196:4,6,21 197:18 198:13,15
  198:21 208:2,8,16,24 209:4,22
  210:4 214:9,17,20 216:4,11
  219:20 220:6,16 228:4,7,15,17
  228:19 244:24
**twelve** 5:6 45:25 64:9 164:25
  173:23 177:12 181:22,24 233:9
  235:2 246:5 248:4,18 249:16
  285:8 323:21
**twen** 328:14
**twenty** 8:2 46:11 109:21 148:8
  155:9,13,16 195:16 239:14
**twenty-** 8:2 211:20 212:9 320:15
  328:2,14
**twenty-five** 297:12 325:12 326:3
  329:4,9
**twenty-four** 294:17 323:15,21
  324:14,22 328:8
**twenty-one** 270:20 315:18,21
  317:9
**twenty-seven** 246:5 347:4
**twenty-six** 327:2 330:6
**twenty-three** 279:7 282:10 319:2
  320:8 323:14
**twenty-two** 38:24 41:19 103:6
  104:12 211:8 273:24 299:25
  318:19
**Twitter** 358:5,17
**two** 4:7 8:3 10:17 14:3 20:17
  21:15 30:21 31:18 32:19 34:13
  48:13 51:12,21 52:25 54:16
  78:12 98:7 100:23,24 102:8,11
  102:12,13,13 103:7 132:3
  133:3,3,25 135:11,13,18 140:3
  140:5 147:6,6,6 153:2 156:15
  157:9 158:3 160:2 181:15
  185:8,24 188:8 190:7 203:4
  208:10 211:21 212:10 217:22
  217:24 218:2 228:24 229:2
  230:11,12,23 231:10,10 232:7
  232:20,20,20 233:8 235:10
  237:25 238:17 239:4,13,20

244:9,10 249:18,20,20 261:17
266:11 270:22,25 280:2 294:20
302:23 313:23 314:5 315:12
321:11 325:8 327:11 329:15
336:14 341:11,19 342:4 345:9
357:24 358:4,5,10 359:24
**two-line** 337:2
**two-minute** 282:16
**typewritten** 383:8
**typical** 245:6
**typo** 166:12

---

**U**

**U** 3:9
**U.P.D** 162:6,7,9,11 224:12
253:16 260:18,20,25 262:19
264:23,24 265:4 266:13,16,24
270:23 271:6 273:12 279:9,23
280:5 285:13 286:22 287:18,19
293:18 294:20 298:13,18
330:22 331:3 334:25 335:20
**U.P.D.'s** 299:25
**U.S** 352:10
**U.S.A** 56:21 88:14 92:22 186:25
187:2,4,8,21,25 189:7,24
190:5 191:16 192:8,10,13,14
193:11 194:13 208:2,8,16,24
209:4,9 210:4 214:9,18,20,21
214:24 216:11 219:20 220:17
228:4,7,15,18,19 244:24
245:14 247:20 301:10,20 304:4
310:11,17,19,21
**U.S.A.'s** 197:18 244:24
**Uh-huh** 8:22 17:14 28:17 46:2
54:6 60:21 63:10 68:7,10
70:10 71:11 82:18 86:11
102:19 105:7 112:9 113:23
114:2,18 119:21 122:15 123:12
125:10 126:2 134:9,17 138:7
140:11 144:2,7 145:13 148:14
148:20 152:24 153:12 164:21
167:6 170:12 171:15 175:21
177:9,15,18 184:24 198:2,25
199:24 208:25 211:4,22 212:20
218:25 221:19 230:25 231:13
232:9 233:10 234:13 235:11,17
235:20 236:15 238:3 239:15
244:7,12,17 245:24 249:3,14
259:6 262:23 264:20 266:7
270:4,18 272:15 276:7 279:17

282:11 294:15 297:11 302:16
304:19 317:8 323:18 332:16
337:23 339:14 342:18 344:24
348:22 363:9 364:6,8 369:13
**uh-hum** 9:8
**ultimate** 124:25
**ultimately** 114:21 115:12 126:19
**um-um** 9:8
**umbrella** 48:20
**unable** 281:10
**unaccurate** 241:5
**unconstitutional** 349:15
**underfunded** 94:12
**understand** 18:25 162:6 166:23
304:11 361:14 365:17,25
**understanding** 91:23 115:9 170:8
192:23,24 193:3 203:15 205:22
205:23 207:11 315:11 364:2
365:13,22 368:9 371:20 374:3
**undertake** 200:23
**undertaken** 200:7
**underwriting** 156:2
**underwrote** 156:9,13
**uniformed** 261:3
**unilaterally** 266:10
**unincorporated** 46:10
**union** 147:14,19 368:23 369:6,15
**United** 1:2 192:20
**univer** 108:20
**university** 1:5,14,20 2:14,17
4:6 15:21 16:23 18:14 21:23
24:4,5 25:5,7 43:22 46:5,8
49:9,23 51:3,10 53:12 60:5
95:21 101:22 107:21 110:13,15
110:18 111:6,8,19 112:7,11
118:10,11 120:15 122:4 123:24
131:21,22,23 132:3 155:9
157:13,17 159:8 160:18,19
161:18 162:9 164:24 166:23
168:25 169:2,6,8 218:12 219:3
219:4,6 255:7 283:20 334:9,11
334:16,19 336:23 337:4 339:16
340:16 362:19,23 366:7 367:5
369:15 374:6
**university's** 44:9 349:16 379:7
**unsure** 111:7 130:3 137:19 233:2
**upcoming** 178:24
**update** 235:24 239:21
**urged** 285:11

**USA** 220:6
**use** 48:19 96:20 106:8 108:4
 115:15,23 131:9 133:21,22
 164:2 255:9,19 270:10 291:20
 341:5 380:6
**usually** 239:7
**utilization** 292:11
**utilize** 105:23 269:8 292:17
**utilized** 107:18 130:25 307:21

---

**V**

**v** 1:1,9 2:1 3:1 4:1 5:1 6:1 7:1
 7:24 8:1 9:1 10:1 11:1 12:1
 13:1 14:1 15:1 16:1 17:1 18:1
 19:1 20:1 21:1 22:1 23:1 24:1
 25:1 26:1 27:1 28:1 29:1 30:1
 31:1 32:1 33:1 34:1 35:1 36:1
 37:1 38:1 39:1 40:1 41:1 42:1
 43:1 44:1 45:1 46:1 47:1 48:1
 49:1 50:1 51:1 52:1 53:1 54:1
 55:1 56:1 57:1 58:1 59:1 60:1
 61:1 62:1 63:1 64:1 65:1 66:1
 67:1 68:1 69:1 70:1 71:1 72:1
 73:1 74:1 75:1 76:1 77:1 78:1
 79:1 80:1 81:1 82:1 83:1 84:1
 85:1 86:1 87:1 88:1 89:1 90:1
 91:1 92:1 93:1 94:1 95:1 96:1
 97:1 98:1 99:1 100:1 101:1
 102:1 103:1 104:1 105:1 106:1
 107:1 108:1 109:1 110:1 111:1
 112:1 113:1 114:1 115:1 116:1
 117:1 118:1 119:1 120:1 121:1
 122:1 123:1 124:1 125:1 126:1
 127:1 128:1 129:1 130:1 131:1
 132:1 133:1 134:1 135:1 136:1
 137:1 138:1 139:1 140:1 141:1
 142:1 143:1 144:1 145:1 146:1
 147:1 148:1 149:1 150:1 151:1
 152:1 153:1 154:1 155:1 156:1
 157:1 158:1 159:1 160:1 161:1
 162:1 163:1 164:1 165:1 166:1
 167:1 168:1 169:1 170:1 171:1
 172:1 173:1 174:1 175:1 176:1
 177:1 178:1 179:1 180:1 181:1
 182:1 183:1 184:1 185:1 186:1
 187:1 188:1 189:1 190:1 191:1
 192:1 193:1 194:1 195:1 196:1
 197:1 198:1 199:1 200:1 201:1
 202:1 203:1 204:1 205:1 206:1
 207:1 208:1 209:1 210:1 211:1
 212:1 213:1 214:1 215:1 216:1
 217:1 218:1 219:1 220:1 221:1
 222:1 223:1 224:1 225:1 226:1
 227:1 228:1 229:1 230:1 231:1
 232:1 233:1 234:1 235:1 236:1
 237:1 238:1 239:1 240:1 241:1
 242:1 243:1 244:1 245:1 246:1
 247:1 248:1 249:1 250:1 251:1
 252:1 253:1 254:1 255:1 256:1
 257:1 258:1 259:1 260:1 261:1
 262:1 263:1 264:1 265:1 266:1
 267:1 268:1 269:1 270:1 271:1
 272:1 273:1 274:1 275:1 276:1
 277:1 278:1 279:1 280:1 281:1
 282:1 283:1 284:1 285:1 286:1
 287:1 288:1 289:1 290:1 291:1
 292:1 293:1 294:1 295:1 296:1
 297:1 298:1 299:1 300:1 301:1
 302:1 303:1 304:1 305:1 306:1
 307:1 308:1 309:1 310:1 311:1
 312:1 313:1 314:1 315:1 316:1
 317:1 318:1 319:1 320:1 321:1
 322:1 323:1 324:1 325:1 326:1
 327:1 328:1 329:1 330:1 331:1
 332:1 333:1 334:1 335:1 336:1
 337:1 338:1 339:1 340:1 341:1
 342:1 343:1 344:1 345:1 346:1
 347:1 348:1 349:1 350:1 351:1
 352:1 353:1 354:1 355:1 356:1
 357:1 358:1 359:1 360:1 361:1
 362:1 363:1 364:1 365:1 366:1
 367:1 368:1 369:1 370:1 371:1
 372:1 373:1 374:1 375:1 376:1
 377:1 378:1 379:1 380:1 381:1
 382:1 383:1 384:1,4
**V-A-S-Q-U-E-Z** 54:23
**V.P** 28:24 31:25 33:8
**vagueness** 299:12
**valid** 111:15 286:8
**var** 364:3
**variety** 48:9
**various** 213:15 364:4
**Vas** 54:22
**Vasquez** 54:13,25 55:2,9 57:12
 87:12 167:16 305:23
**Vasquez's** 87:10
**vehicle** 273:15
**Vehicles** 13:21
**Venice** 142:13 144:5,9,11

**verbal** 9:7,9
**verified** 11:5 23:23
**version** 283:22 338:24
**versus** 163:6
**Vestal** 1:21 2:16 10:8,12 13:13
  14:13 15:13 233:21
**veto** 255:6,10,16
**vice** 28:6 33:7 302:8,20 303:17
  339:15 344:16,17
**vice-president** 83:2
**video** 5:13 35:22 273:10 288:14
  288:16 290:20 306:9,12 312:16
  312:21 314:4,18,21 315:10,10
  315:12,16,23 316:6 322:15
  330:14,17 331:5 332:24
**view** 183:9 269:3
**views** 269:9 349:20,24 350:7,11
  375:16 376:18,25 378:25 380:7
**violated** 336:23
**violation** 271:20 279:19 280:21
  337:3 340:15 376:5,6
**visible** 129:14
**voice** 282:22 359:9
**voices** 299:20 359:3,5
**voluntarily** 298:15
**volunteer** 55:12
**volunteers** 55:13
**vote** 27:22 76:18
**voter** 13:3
**voters** 13:2

---

**W**

**W** 238:10
**waiting** 334:3
**walk** 49:25 207:5 330:16
**walked** 205:25 206:7
**Walker** 89:18,19 278:19 319:18
  320:4 332:22
**walking** 256:8 324:11 330:8
**wall** 289:5,9 321:4
**want** 9:17,21,21 12:14 14:19
  15:24 21:12,16 44:2,20 45:14
  96:15,16 100:2 147:3 150:17
  152:7 163:20,22 176:11 190:8
  193:5,6 234:25 236:6 242:22
  313:6 314:20,25 330:3 338:4
  357:21 361:13,17 365:18
**wanted** 24:18 82:2 91:13 96:11
  99:6 108:23,24 109:4,5,7
  110:5,16 130:17 150:25 161:19

185:22 209:21 210:15 217:19
  225:20 263:22 264:16 265:13
  265:13 332:14 343:22 367:25
**wants** 9:20 312:17 365:23
**Wars** 127:19 129:12
**Washington** 2:7 16:18 17:3,16,21
  19:6,23 25:21 33:20 37:11
  61:3 73:14 306:25
**wasn't** 61:18 62:5 203:7,8 209:6
  211:23 229:13 256:10 260:13
  350:4 359:8 360:2 378:21
  379:11
**watch** 273:10 281:18 290:20
  312:16 330:3
**watching** 314:21 315:10,22
  322:15
**waved** 298:5 331:24
**way** 42:2 73:3,4,7 95:5 100:4
  106:16 222:15 262:8 269:6
  286:8 288:9 294:12 299:16
  309:19 312:18 315:23 364:5
  365:3
**we'll** 33:14 36:22 45:13 88:8,15
  93:8 107:13 117:21 148:4
  151:18,19 159:21 160:12 162:4
  242:22,23 249:8 254:6 264:21
  267:17 273:10,11 290:20
  308:19 310:8 314:9 322:19,19
  326:20 372:25 375:10
**we're** 7:23 18:12 40:15 45:14
  64:5 87:22 90:11 131:18
  159:18 207:18 213:24 219:11
  243:5 267:12 314:21 315:9,9
  315:13,16,22 319:2 323:13
  328:14 329:9 347:5,6 352:19
  363:4 369:11 377:16
**we've** 24:2 26:16 32:24 39:7
  54:3 56:3 72:5 78:12 82:11
  88:4 99:22 107:8,22 131:19
  178:10 237:14 307:8 320:7
  327:22 329:6 346:14,20
**wearing** 276:11,12 277:2,8,10,10
  286:18 316:17,22 317:17
  318:17 319:20,21 320:4,9,17
  320:24 321:3,7,12,16 322:7,15
  322:21 323:23
**website** 96:13 366:23
**week** 103:12 163:3
**weekend** 93:17 95:9,11 167:4
  257:10

800.523.7887
Case 3:20-cv-00822-LEK-TWD    Document 254-9    Filed 06/21/23    Page 447 of 451
Associated Reporters Int'l., Inc.

Page 446

**weeks** 14:3 34:13
**weigh** 60:11
**welcome** 282:21
**went** 14:15 15:7 16:2 18:22 56:7
    87:12 97:19 99:13 114:17
    137:24 159:14 168:14 176:9
    181:17,18 185:22 256:9 331:10
    332:3 333:5
**weren't** 11:20 47:12 70:15 75:5
    240:20 263:13 310:15 341:7
    357:17
**Whatever's** 41:13
**whatsoever** 346:13
**when's** 22:15 78:25
**white** 261:24
**Why'd** 149:3
**wide** 48:8
**wielding** 289:24 294:24 295:5
**window** 183:9
**Winner** 156:4
**Wire** 305:22 306:13
**wish** 9:13
**withdraw** 78:17
**withdrawn** 362:12
**witness** 6:10,14 7:10,13,14 19:9
    19:12 33:3,7,9 41:3,13 49:8
    63:2 80:10,12 82:13 86:9
    116:5 132:9 146:21 150:3,21
    150:25 151:22 152:7,10,13
    166:8,11,13 186:9 222:3
    231:16,18,21 244:17 251:20
    263:19 270:10,13 314:24
    333:21 338:6,8,10 345:9
    360:22 383:6
**witness's** 315:13
**witnesses** 45:8 80:22,23 88:4
    89:11
**woman** 56:6 96:17 316:16 317:5
    321:4 325:20
**wondering** 360:14
**Woodward** 141:10,14 320:2
**word** 46:14 48:18,19 134:7 135:2
    138:24 255:9,14,19 304:13
    322:22 353:23 384:16,18,19,20
    384:21,22,23
**words** 8:25 209:10 213:14 292:13
    297:7 338:17 347:17 358:16,17
**work** 10:17 13:3 20:19 21:2
    51:12 55:12 92:19 108:20,22
    135:21 269:13 305:23 360:5

**worked** 17:2 31:2 99:12 115:14
    243:2
**working** 104:14 143:3 227:24
    269:12 307:5
**works** 56:20 103:21
**worries** 328:10
**worry** 185:21 239:7
**worth** 180:22
**would've** 25:5,7 27:19 125:24
    130:25 139:2,2
**wouldn't** 150:17,17 248:17
    279:18 288:15 368:13 372:13
**write** 31:14 137:9 231:6 239:16
    346:25
**writing** 218:5 258:17
**written** 224:15 239:13 306:13
    362:14
**wrong** 203:16 365:23
**wrote** 240:2 241:10 378:17

| X |
|---|

**X** 1:16 3:2 4:2,2 382:8,11

| Y |
|---|

**Y.A.F** 3:15 4:6 370:19 371:6,12
    371:14,20 372:6 374:3,3,10
**Y.A.F.'s** 349:20
**YAF** 21:23 92:20,23 93:4,6,8,11
    94:4 95:18,20 96:2,12 97:10
    97:10,12 98:18,18 99:3,16,16
    103:14 108:2,5 109:23 113:16
    113:25 114:3,5,7,17 130:21
    135:18 142:7 233:21 253:15
    259:16,24 260:7 262:18 264:23
    265:5 266:9 270:23 271:2
    273:13 279:9 283:12,15,22
    290:5 291:3 311:23,24,25
    312:3,7 354:15,19
**YAF's** 99:10 291:5 353:6 354:13
**yards** 195:14
**yeah** 16:6 17:8 19:4 21:9,14
    27:8 29:4,13 30:4 32:9,23
    33:2,9,12 34:18,20 37:17
    38:21 40:24 41:17 44:7,16,19
    45:11,13 49:4 63:6,12 73:5,21
    73:24 74:25 75:19 82:14 84:18
    84:19 89:4,7 90:17 92:3 99:24
    100:3 101:17 102:13,15 117:25
    128:5 132:4,12,24 135:14
    147:4 148:3 149:24 150:2

152:14  155:6  163:17  165:10
166:15  183:24  184:16  186:18
195:4,6,13,15  198:7  202:2
207:23  208:21  212:17  217:24
218:22  222:25  227:2  229:6
231:17  241:2  247:12  248:9,17
251:8  257:5  267:19  275:4
278:9  284:13  288:16  293:16
305:7  308:9,21  309:8  310:8
314:14  315:5,24  316:12  321:21
327:19  335:8  338:9  351:12
358:2  364:11  368:10  369:23
370:15  371:16  381:17
**year** 14:16,17  15:4,6,16,17  25:4
25:5,7  26:2,11  27:19  28:16
57:18  65:17  74:4  76:7,7  77:22
79:3,7,10  80:8  93:23  95:21,22
99:14  148:25  170:16,24  171:2
171:9  172:21  173:7,14  302:8,9
302:9,10,11,22  303:16  351:21
**year-** 26:2
**year-and-a-half** 18:23  26:4
**yearly** 92:15
**years** 10:17  14:17  15:22  24:21
73:5  77:17  78:13  377:14,15,21
377:23  378:12  379:5
**yelling** 284:24
**yep** 13:13  27:24  41:2  87:16
131:25  136:9  151:15  154:25
167:19  249:11  262:4  277:23
314:16  319:23
**York** 1:3,22  2:9,13,18,23  7:20
8:2  10:8,12  13:13  15:11  46:8
89:21  95:5  233:21  384:12,14
**York's** 352:10
**Young** 1:6  7:24  56:19  90:13,16
91:24,25  93:6  99:7  103:22
104:3  107:18  154:16  155:25
157:7,24  160:2  250:20  254:25
289:15,23  371:17,19,21,25
372:2,6,10,22,25  373:2,5
374:4  377:4,7
**younger** 261:22
**YouTube** 55:6  87:13,15  306:9
311:11
**Yup** 242:25  325:21  344:21

---
Z
---

**Z-E-G-E-R** 56:15
**Zeger** 56:16,17

**Zegers** 56:13,14  167:15
**zero** 31:19  118:20  125:25,25
128:16,16  230:11  231:10  235:2
235:16  237:25  244:9  279:6
281:7  282:8,9,13,17  319:2
320:16  344:21,21,21,21,21,23
344:23,23
**ZIP** 12:11

---
0
---

---
1
---

**1** 383:5,9
**1/10/2023** 384:5
**1/10/23** 1:1  2:1  3:1  4:1  5:1  6:1
7:1  8:1  9:1  10:1  11:1  12:1
13:1  14:1  15:1  16:1  17:1  18:1
19:1  20:1  21:1  22:1  23:1  24:1
25:1  26:1  27:1  28:1  29:1  30:1
31:1  32:1  33:1  34:1  35:1  36:1
37:1  38:1  39:1  40:1  41:1  42:1
43:1  44:1  45:1  46:1  47:1  48:1
49:1  50:1  51:1  52:1  53:1  54:1
55:1  56:1  57:1  58:1  59:1  60:1
61:1  62:1  63:1  64:1  65:1  66:1
67:1  68:1  69:1  70:1  71:1  72:1
73:1  74:1  75:1  76:1  77:1  78:1
79:1  80:1  81:1  82:1  83:1  84:1
85:1  86:1  87:1  88:1  89:1  90:1
91:1  92:1  93:1  94:1  95:1  96:1
97:1  98:1  99:1  100:1  101:1
102:1  103:1  104:1  105:1  106:1
107:1  108:1  109:1  110:1  111:1
112:1  113:1  114:1  115:1  116:1
117:1  118:1  119:1  120:1  121:1
122:1  123:1  124:1  125:1  126:1
127:1  128:1  129:1  130:1  131:1
132:1  133:1  134:1  135:1  136:1
137:1  138:1  139:1  140:1  141:1
142:1  143:1  144:1  145:1  146:1
147:1  148:1  149:1  150:1  151:1
152:1  153:1  154:1  155:1  156:1
157:1  158:1  159:1  160:1  161:1
162:1  163:1  164:1  165:1  166:1
167:1  168:1  169:1  170:1  171:1
172:1  173:1  174:1  175:1  176:1
177:1  178:1  179:1  180:1  181:1
182:1  183:1  184:1  185:1  186:1
187:1  188:1  189:1  190:1  191:1
192:1  193:1  194:1  195:1  196:1

| | |
|---|---|
| 197:1 198:1 199:1 200:1 201:1 | **12224** 2:13 384:14 |
| 202:1 203:1 204:1 205:1 206:1 | **127** 5:4 |
| 207:1 208:1 209:1 210:1 211:1 | **1292** 4:22 |
| 212:1 213:1 214:1 215:1 216:1 | **12th** 127:15 128:24 235:16 |
| 217:1 218:1 219:1 220:1 221:1 | **13** 5:9 |
| 222:1 223:1 224:1 225:1 226:1 | **130** 3:15 |
| 227:1 228:1 229:1 230:1 231:1 | **132** 4:11 |
| 232:1 233:1 234:1 235:1 236:1 | **135** 3:16 |
| 237:1 238:1 239:1 240:1 241:1 | **138** 3:17 |
| 242:1 243:1 244:1 245:1 246:1 | **13850** 10:9 |
| 247:1 248:1 249:1 250:1 251:1 | **13902** 1:22 2:18 |
| 252:1 253:1 254:1 255:1 256:1 | **13905** 2:23 |
| 257:1 258:1 259:1 260:1 261:1 | **14** 88:5 120:23 121:2 177:20 |
| 262:1 263:1 264:1 265:1 266:1 | 231:12 |
| 267:1 268:1 269:1 270:1 271:1 | **144-145** 5:15 |
| 272:1 273:1 274:1 275:1 276:1 | **146** 4:14 |
| 277:1 278:1 279:1 280:1 281:1 | **148** 4:16 |
| 282:1 283:1 284:1 285:1 286:1 | **14th** 69:9 189:16 194:18 200:23 |
| 287:1 288:1 289:1 290:1 291:1 | 201:19,22 206:25 208:2,3,13 |
| 292:1 293:1 294:1 295:1 296:1 | 211:13 212:23 213:3 214:24 |
| 297:1 298:1 299:1 300:1 301:1 | 218:9 230:22 231:25 238:12,17 |
| 302:1 303:1 304:1 305:1 306:1 | 239:14 241:10,19,24 242:6,11 |
| 307:1 308:1 309:1 310:1 311:1 | 242:19 245:4,8 247:8,15 250:2 |
| 312:1 313:1 314:1 315:1 316:1 | 256:22 257:20 258:10 301:21 |
| 317:1 318:1 319:1 320:1 321:1 | 337:6 340:18 |
| 322:1 323:1 324:1 325:1 326:1 | **15** 140:9 257:3 |
| 327:1 328:1 329:1 330:1 331:1 | **15th** 165:24 166:3,9 |
| 332:1 333:1 334:1 335:1 336:1 | **16** 257:3 |
| 337:1 338:1 339:1 340:1 341:1 | **163** 4:18 |
| 342:1 343:1 344:1 345:1 346:1 | **16th** 143:25 |
| 347:1 348:1 349:1 350:1 351:1 | **17** 257:3 |
| 352:1 353:1 354:1 355:1 356:1 | **1700** 2:6 |
| 357:1 358:1 359:1 360:1 361:1 | **173** 4:21 |
| 362:1 363:1 364:1 365:1 366:1 | **175** 4:23 |
| 367:1 368:1 369:1 370:1 371:1 | **178** 12:11 |
| 372:1 373:1 374:1 375:1 376:1 | **18** 27:10 50:9,10,10 89:10 |
| 377:1 378:1 379:1 380:1 381:1 | 119:15 124:23 126:16 129:12 |
| 382:1 383:1 384:1 | 263:8 380:25 |
| **1:10** 243:4 | **18/'19** 28:16 |
| **1:37** 270:14 | **18th** 60:18 128:22 130:22 133:7 |
| **10** 1:18 137:9,24 | 139:17 156:6 243:20 253:15 |
| **10:17** 100:8,8 | 256:23 257:6,21 258:11 259:4 |
| **10:59** 146:8,8 | 314:6 315:12 |
| **102** 4:7 | **19** 16:9,13,15,15 17:6,15,17,18 |
| **106** 3:12 | 17:21 19:14,15 26:12,20 71:14 |
| **113** 3:14 | 79:11 98:9 101:16 211:11 |
| **114-118** 4:10 | 215:22,22 |
| **116** 4:9 | **1999** 10:6 |
| **119-120** 4:17 | |

2

**2** 18:6
**20** 15:24 146:16 152:11 211:10
  211:10 352:7
**20-CV-0822** 1:9 384:4
**2000** 61:23 101:12
**20006-4707** 2:7
**2005** 72:23
**2014** 101:14 107:8
**2017** 14:19,19 15:2
**2018** 15:8,24 16:2,17 25:8,11
  27:2 36:23 63:14 64:23 65:12
  66:4 69:5 70:20 71:6,6,13
  93:25 100:19 130:22 177:20
  203:11,17 302:15
**2019** 4:13 11:11,25 12:8 13:11
  16:17 19:6,7 25:23 26:17
  27:16 34:6 36:5 38:18 41:20
  43:3,15,16 47:13 48:22,22
  50:5,7,14,19 52:10 58:8 60:18
  61:7,24 63:15,19 64:24 67:14
  67:21 68:3,9 69:8,18 70:3,8
  70:21 71:3,20 73:7 76:13
  77:21 79:15 86:13 88:5 89:10
  93:11,25 94:2 95:23 96:2
  102:18 103:5 104:6 117:3,8,8
  118:15,18 119:15,23 120:6,23
  121:2,22 123:3,6 124:23
  125:16,19 126:16 127:15 128:7
  128:22,24 133:7,8 134:5
  135:17 137:9 139:17 143:25
  154:23,24 165:25 166:3,19
  170:16,24 171:2,9,23 172:21
  173:7,14,25 174:18 176:2,16
  187:9 194:18 199:9 200:8,23
  203:13,21,22 206:13 208:3,13
  209:3 211:9,13 212:23 213:3
  213:13 214:24 215:18 218:9
  230:22 231:11,12 232:2 233:12
  233:23 235:16 238:12,17
  239:14 241:11,19,24 242:6,11
  243:20 245:4,9 247:8,15
  251:16 252:13,19 253:15
  256:23 257:20,21 258:11 259:4
  263:8 301:21 302:18 303:3,4
  303:22 314:6 315:12 357:18
  372:9 380:25
**2020** 18:6,9 19:8,9 20:5,6 61:16
  75:11 76:16 77:24 352:7
**2021** 12:15 15:24 20:15,22 25:16

**2022** 12:15 74:4 148:23 152:11
  306:18 314:19
**2023** 1:18 382:10
**208-218** 5:3
**21** 117:8 128:7,11 152:23 154:23
  154:24 175:25
**21st** 117:3
**22** 21:6 74:7 78:4 152:23
**230** 4:25
**237-247** 4:13
**239** 3:16
**23rd** 352:10
**24** 121:21
**243** 5:8
**244** 5:16
**249** 5:6
**24th** 10:6
**259-260** 5:7
**25th** 152:13,14 166:2,7,8,16,19
**26** 4:12 5:13 102:17 164:25
  165:12 173:23 313:10 314:19
**26th** 133:7 148:22
**27th** 134:5
**28** 118:15 120:6 166:25 174:18
**28th** 135:17 173:25 174:23
**29** 103:5 104:12 176:16
**29th** 102:18

---
**3**
---
**3** 12:19 17:3
**3:25** 1:19 381:18
**30** 3:10 384:9,10
**308** 3:21
**31** 125:18
**310** 3:22
**313** 5:14
**338** 5:10
**342** 5:12
**361** 3:5
**379** 3:6
**381** 383:9
**3rd** 125:16

---
**4**
---
**43** 3:11
**4400** 1:21 2:16
**46** 2:22
**4th** 314:19

---
**5**
---

**5** 4:5,10
**501** 12:19 17:3
**501(c)(3)** 92:7 157:8 187:5
  192:15
**523-7887** 384:2

---
### 6
**600** 10:8,15 12:9 13:12 233:20
**614** 2:17

---
### 7
**7** 3:4 118:18 119:5,10,23
**7th** 337:6

---
### 8
**8** 123:2,6 231:11 233:23
**8:50** 1:19 7:2
**800** 384:2
**815** 12:10 13:8
**8th** 135:17 231:25 233:12 235:13

---
### 9