# *Exhibit 10*

Page 1

Y.A.F. et al v Stenger et al – 3/24/23 – Spencer Haynes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

YOUNG AMERICA'S FOUNDATION,

BINGHAMTON UNIVERSITY COLLEGE

REPUBLICANS AND JON LIZAK,

PRESIDENT OF THE COLLEGE

REPUBLICANS OF BINGHAMTON UNIVERSITY,

    Plaintiff,

v                              Index No.: 9:21-CV-0661

HARVEY STENGER, PRESIDENT OF SUNY

BINGHAMTON, IN HIS OFFICIAL AND

INDIVIDUAL CAPACITIES; BRIAN ROSE,

VICE PRESIDENT FOR STUDENT AFFAIRS OF

SUNY BINGHAMTON, IN HIS OFFICIAL AND

INDIVIDUAL CAPACITIES; ET AL.,

    Defendants.

_____X

        DEPOSITION OF: SPENCER HAYNES

        DATE:         March 24, 2023

        TIME:         9:02 a.m. to 2:45 p.m.

        VENUE:        WebEx

Reported by Danielle Christian

800.523.7887                                           Associated Reporters Int'l., Inc.

Page 193

1     Y.A.F. et al v Stenger et al - 3/24/23 - Spencer Haynes
2         page there, that page being page twenty-five of
3         Exhibit One.
4                       And paragraph one twenty-two reads
5         Pelletier -- Pelletier's and U.P.D.'s minimal and
6         delayed efforts eventually removed the disruptor with
7         the microphone -- with the megaphone, but only after
8         he handed off the megaphone so that others could
9         continue to disrupt the event and block Plaintiff's
10        expression.
11                      Did I read that correctly, sir?
12                A.    Yes, you did.
13                Q.    And it's fair to say you didn't
14        see this happen, you already testified, you didn't
15        see the megaphone disruptor removed?
16                A.    Correct.
17                Q.    Okay.  And do you have any
18        personal knowledge how many people were arrested, if
19        anyone?
20                A.    I -- I don't have numbers.  I
21        only -- only gave them names and they did whatever
22        they did after the fact.  But I -- I don't know
23        numbers.
24                Q.    Okay.  Was anyone from College
25        Republicans arrested by the U.P.D.?

800.523.7887                                      Associated Reporters Int'l., Inc.

Page 194

| | |
|---|---|
| 1 | Y.A.F. et al v Stenger et al - 3/24/23 - Spencer Haynes |
| 2 | A.   Not that I know of. |
| 3 | Q.   Let me share a screen for you. |
| 4 | And this is going to be from what we've referred to |
| 5 | as part of Defendant's Exhibit Fifteen and this is |
| 6 | going to be at minute twenty-seven of a security |
| 7 | video.  And I will put this up on the screen for you. |
| 8 | Let me know when you can see it, sir. |
| 9 | A.   Yes, I can see it. |
| 10 | Q.   Okay.  Do you know what this |
| 11 | depicts? |
| 12 | A.   This -- this depicts the Art |
| 13 | Laffer speech, probably close to when the disruption |
| 14 | started. |
| 15 | Q.   Okay.  And would you agree with |
| 16 | me -- and Steve, would you agree with me, this is -- |
| 17 | this is minute twenty-seven? |
| 18 | A.   Yes. |
| 19 | MR. MILLER:  Yes. |
| 20 | BY MR. MOORE:  (Cont'g.) |
| 21 | Q.   And do you see a man at the |
| 22 | podium? |
| 23 | A.   Yeah. |
| 24 | Q.   Who is that man? |
| 25 | A.   That's Art Laffer. |