

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2293

August 4, 2023

Hon. Therese Wiley Dancks *(via CM/ECF filing)*
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

Re:   *Young America's Foundation et al v. Stenger et al*
      Northern District of New York – 20-cv-822 (LEK/TWD)

Dear Judge Dancks:

    This office represents Defendants John Pelletier, Brian Rose and Harvey Stenger ("State Defendants"). The current dispositive motion deadline date is August 31, 2023 (Dkt. 240). Plaintiffs' motion to amend/correct the Complaint has been fully briefed and is still pending. (See, Dkts. 245, 252 – 254).

    State Defendants respectfully request that the dispositive motion deadline be extended to October 27, 2023 or, in the alternative, adjourned without date and re-set when a decision on the motion to amend is issued.

    Thank you for your kind consideration to this request.

Respectfully yours,

s/ *John F. Moore*
John F. Moore
Assistant Attorney General
Bar Roll No. 105188

cc (via ECF):  All Counsel