

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2293

October 2, 2023

Hon. Therese Wiley Dancks *(via CM/ECF filing)*
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

Re:   *Young America's Foundation et al v. Stenger et al*
       Northern District of New York – 20-cv-822 (LEK/TWD)

Dear Judge Dancks:

This office represents Defendants John Pelletier, Brian Rose and Harvey Stenger ("State Defendants"). The current dispositive motion deadline date is October 27, 2023 (Dkt. 258). Plaintiffs' motion to amend/correct the Complaint has been fully briefed and is still pending. (See, Dkts. 245, 252 – 254).

State Defendants respectfully request that the dispositive motion deadline be extended to January 19, 2024 or, in the alternative, adjourned without date and re-set when a decision on the motion to amend is issued.

Thank you for your kind consideration to this request.

Respectfully yours,

s/ *John F. Moore*

John F. Moore
Assistant Attorney General
Bar Roll No. 105188

cc (via ECF):  All Counsel