

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2293
John.Moore@ag.ny.gov

November 29, 2023

Hon. Therese Wiley Dancks *(via CM/ECF filing)*
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

Re:   *Young America's Foundation et al v. Stenger et al*
      Northern District of New York – 20-cv-822 (LEK/TWD)

Dear Judge Dancks:

    This office represents Defendants John Pelletier, Brian Rose and Harvey Stenger ("State Defendants").  Judge Kahn recently (Dkt. 261) granted Plaintiffs' motion to amend the complaint, and reinstated individual liability claims against defendants Rose and Stenger.  An Amended Complaint was filed.  (Dkt. 262).  This Court set deadlines for an Answer to the Amended Complaint for December 5, 2023, with dispositive motions due February 28, 2024. (Dkt. 263).

    The grant of the motion to amend to add individual liability claims has brought to this office's attention that there may be representational issues regarding one or more Defendants in this matter.  In order to investigate and determine whether there are conflicts which may, or may not, require assignment of separate counsel for one or more Defendants, it is respectfully requested that Defendants be granted sufficient time to investigate the matter before an Answer is due.  This office respectfully requests a 30-day extension of the current deadlines to allow time for this investigation.

    I have requested consent to the above from Plaintiffs' counsel, who have advised that they will consent only to an extension to Answer until December 19, 2023, and will not consent to any other extensions.

    Thank you for your kind consideration to this request.

The Capitol, Albany, NY  12224-0341 ● (518) 776-2300 ● Fax (518) 915-7738 * NOT FOR SERVICE OF PAPERS
www.ag.ny.gov

                                          Respectfully yours,

                                          s/ ***John F. Moore***

                                          John F. Moore
                                          Assistant Attorney General
                                          Bar Roll No. 105188

cc (via ECF):  All Counsel