**ASWAD & INGRAHAM, LLP**

ATTORNEYS AT LAW
46 FRONT STREET
BINGHAMTON, NEW YORK 13905

———

TELEPHONE:  607-722-3495
FAX:  607-722-2566
Tom.saitta@ailaw.com

Richard N. Aswad
Thomas A. Saitta
James F. Haley, Jr.*
Angelina Cutrona
William M. Thomas *
Kimberlee N. DeFazio
Rachel E. Miller**
Mary E. Saitta
---------------
Cosette G. Troidl

*Also Admitted in Pennsylvania
**Also Admitted in Maryland

Charles O. Ingraham
James F. Moran
Retired

Alan M. Hess
Joan M. Ruddy
Special Counsel

December 1, 2023

Hon. Therese Wiley Dancks (via CM/ECT filing)
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

>       Re: Young America's Foundation et al v. Stenger et al
>           Index No. 3:20-cv-822

Dear Judge Dancks:

I wanted to confirm that your text order of 11/29/23 (Dkt. No 265), which extends the deadline for answers to the amended complaint and dispositive motions applies to all defendants as opposed to just the State Defendants who filed the letter motion.

Respectfully submitted,

Thomas A. Saitta

TAS
cc: All Counsel (via ECF)