

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMESDIVISION OF STATE COUNSEL
ATTORNEY GENERALLITIGATION BUREAU

Writer Direct: (518) 776-2293
John.Moore@ag.ny.gov

December 20, 2023

Hon. Therese Wiley Dancks *(via CM/ECF filing)*
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

Re:*Young America's Foundation et al v. Stenger et al*
Northern District of New York – 20-cv-822 (LEK/TWD)

Dear Judge Dancks:

This office represents Defendants John Pelletier, Brian Rose and Harvey Stenger ("State Defendants").  As the Court is aware, an investigation regarding potential conflicts in representation concerning the State Defendants in this litigation has been ongoing.

I have been advised that the Office of the Attorney General (OAG) has determined that a conflict exists that makes it inappropriate for the OAG to continue to represent the State Defendants. This office has certified outside counsel to represent each of the State Defendants pursuant to Public Officers Law §17, and has informed the State Defendants of that certification.

It is my understanding that the individual State Defendants are in the process of identifying and retaining outside counsel for representation in this litigation.  Pursuant to their request, this office respectfully requests that the current deadlines be held in abeyance to permit time for the above, and so that new counsel can appear for each of the State Defendants.

Thank you for your kind consideration to this request.

                                              Respectfully yours,

                                              s/ *John F. Moore*

                                              John F. Moore
                                              Assistant Attorney General
                                              Bar Roll No. 105188

cc (via ECF):  All Counsel