

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2293
John.Moore@ag.ny.gov

January 16, 2024

Hon. Therese Wiley Dancks *(via CM/ECF filing)*
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

Re:   *Young America's Foundation et al v. Stenger et al*
      Northern District of New York – 20-cv-822 (LEK/TWD)

Dear Judge Dancks:

This is a status report as required by the Court's Text Order at Dkt. 270.

It is my understanding that Defendants Stenger, Rose and Pelletier have each engaged outside counsel for representation in this matter. My understanding of the process is that retention of substitute outside counsel requires formal approval by the Office of the State Comptroller (OSC) before new counsel can appear. I have been advised by counsel for Binghamton University that this process is underway.

Today I received a phone call from an attorney for the law firm that may/will represent defendant Pelletier, and she advised that OSC had advised her firm that approval letters were forthcoming this week.

Although I have no personal knowledge of the status of the approval process, it appears that, hopefully, substitute counsel should be able to appear in the near future.

Thank you for your kind consideration to this status report.

          Respectfully yours,

          s/ *John F. Moore*

          John F. Moore
          Assistant Attorney General
          Bar Roll No. 105188

cc (via ECF):  All Counsel