AO 154 (10/03) Substitution of Attorney – Rev. Civil 02/23

# UNITED STATES DISTRICT COURT
## Northern District of New York

YOUNG AMERICA'S FOUNDATION, et al
    Plaintiff(s),

V.

HARVEY STENGER, et al
    Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Case Number: 20-cv-822

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, Defendant John Pelletier (Party(s) Name) substitutes Molly M. Ryan, Esq. (Name of new attorney) as counsel of record in place of John F. Moore, AAG/Amanda Kuryluk, AAG (Name of Attorney(s) withdrawing appearance).

I consent to the above substitution.
Date: _____

John R. Pelletier
[signature]
dotloop verified
01/24/24 7:20 AM EST
T5T8-3WM5-BVJE-BF4B
Signature of Party(s)

I consent to being substituted.
Date: 1/23/24

State of New York Office of the Attorney General
[signatures]
Signature of Former Attorney(s)

I consent to the above substitution.
Date: 1/23/2024

Molly M. Ryan, Esq./Goldberg Segalla
[signature]
Signature of New Attorney(s)

The substitution of attorney is hereby approved and SO ORDERED.

Date: 1/24/2024

[signature]
Thérèse Wiley Dancks
United States Magistrate Judge