AO 154 (10/03) Substitution of Attorney – Rev. Civil 02/23

# UNITED STATES DISTRICT COURT
## Northern District of New York

YOUNG AMERICA'S FOUNDATION, et al.

    Plaintiff(s),

V.

HARVEY STENGER, et al.

    Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Case Number: 3:20-cv-822 (LEK/TWD)

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, **Harvey Stenger** (Party(s) Name) substitutes **Matthew J. Larkin, Esq.** (Name of new attorney) as counsel of record in place of **John F. Moore, Esq. / Amanda Kuryluk, Esq.** (Name of Attorney(s) withdrawing appearance).

I consent to the above substitution.

Date: 1/24/24

Harvey Stenger
_/s/ signed_
Signature of Party(s)

I consent to being substituted.

Date: 1.24.2024

John F. Moore, Esq. / Amanda Kuryluk, Esq.
s/ John F. Moore - s/ Amanda Kuryluk
Signature of Former Attorney(s)

I consent to the above substitution.

Date: JAN. 24, 2024

Matthew J. Larkin, Esq.
_/s/ signed_
Signature of New Attorney(s)

The substitution of attorney is hereby approved and SO ORDERED.

Date: 1/25/2024

_/s/ Thérèse Wiley Dancks_
Thérèse Wiley Dancks
United States Magistrate Judge