AO 154 (10/03) Substitution of Attorney – Rev. Civil 02/23

# UNITED STATES DISTRICT COURT
## Northern District of New York

YOUNG AMERICA'S FOUNDATION, et al

    Plaintiff(s),

V.

HARVEY STENGER, et al

    Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

Case Number: 20-cv-822

Pursuant to NDNY Local Rule 11.1, notice is hereby given that, subject to approval by the Court, Defendant Brian Rose (Party(s) Name) substitutes Louis P. DiLorenzo, Esq. (Name of new attorney) as counsel of record in place of John F. Moore, AAG/Amanda Kuryluk, AAG (Name of Attorney(s) withdrawing appearance).

I consent to the above substitution.

Date: 1/26/2024

Brian Rose
_Signature of Party(s)_

I consent to being substituted.

Date: 1/24/24

Amanda Kuryluk: s/Amanda Kuryluk

John F. Moore
Digitally signed by John F. Moore
Date: 2024.01.24 09:54:04 -05'00'
_Signature of Former Attorney(s)_

I consent to the above substitution.

Date: 1/26/2024

Louis P. DiLorenzo, Esq.
_Signature of New Attorney(s)_

The substitution of attorney is hereby approved and SO ORDERED.

Date: 1/29/2024

Thérèse Wiley Dancks
United States Magistrate Judge