UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

YOUNG AMERICA'S FOUNDATION; BINGHAMTON UNIVERSITY COLLEGE REPUBLICANS; and REIN BEY, in her official capacity as President of the College Republicans of Binghamton University,

                              Plaintiffs,

      v.

HARVEY STENGER, President of SUNY-Binghamton, in his official and individual capacities; BRIAN ROSE, Vice President for Student Affairs of SUNY-Binghamton, in his official and individual capacities; JOHN PELLETIER, Chief of SUNY-Binghamton UPD, in his official and individual capacities; and STUDENT ASSOCIATION OF BINGHAMTON UNIVERSITY,

                              Defendants.

**NOTICE OF DEFENDANT PELLETIER'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56**

Case No.: 3:20-cv-822-LEK/TWD

---

       **PLEASE TAKE NOTICE** that a motion will be and hereby is made for the relief requested herein.

| | |
|---|---|
| **MOTION MADE BY:** | Defendant John Pelletier, former Chief of SUNY-Binghamton UPD, in his official and individual capacities. |
| **ORAL ARGUMENT:** | Defendant requests oral argument. This action raises constitutional free speech issues of importance to a SUNY university and to the university actors who have been sued not just in their official capacities but also in their individual capacities. There is also the need to inform the Court of the recently occurring event of plaintiff Rein Bey no longer having standing to sue because she is no longer a Binghamton University student or president of College Republicans. |

40423238.v1

| | |
|---|---|
| **RELIEF DEMANDED AND GROUNDS THEREFOR:** | Pursuant to Fed. R. Civ. Proc. 56, defendant seeks summary judgment against plaintiffs and an order dismissing the amended complaint on the grounds that there are no genuine issues of material fact and defendant is entitled to judgment as a matter of law. The grounds for the motion are that defendant Pelletier is not liable in his individual or official capacities; he did not violate plaintiffs' constitutional rights; he is entitled to qualified immunity; the request for punitive damages should be stricken; the request for injunctive relief should be stricken; and plaintiff Rein Bey does not have standing to sue. |
| **SUPPORTING PAPERS:** | This notice of motion, Molly M. Ryan Esq.'s declaration with supporting exhibits, Joseph T. Gallagher's and Amanda L. Finch's declarations that are included amongst the exhibits, the statement of material facts, the memorandum of law, and the proceedings and docket in this action. Defendant intends to file and serve reply papers. |

**PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be served in accordance with Local Rule 7.1 and the Federal Rules of Civil Procedure.

DATED:  May 31, 2024                    **GOLDBERG SEGALLA LLP**


_____/s/ Molly M. Ryan_____
Molly M. Ryan
Bar Roll No.: 516097
5786 Widewaters Parkway
Syracuse, New York 13214
315-413-5460
mryan@goldbergsegalla.com

Meghan M. Brown
Bar Roll No.: 702824
665 Main Street
Buffalo, New York 14203
716-844-3457
mbrown@goldbergsegalla.com

*Attorneys for Defendant John Pelletier*