# EXHIBIT 11

3/30/2023 - Young America's v Stenger - Preston Scagnelli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

YOUNG AMERICA'S FOUNDATION, BINGHAMTON UNIVERSITY COLLEGE

REPUBLICANS and JON LIZAK, President of the College

Republicans of Binghamton University,

    Plaintiff,

v                              Index #: 20-CV-822(LEK/ML)

HARVEY STENGER, President of SUNY Binghamton,

in his Official and Individual Capacities; BRIAN ROSE,

V.P. for Student Affairs of SUNY Binghamton, in his

Official and Individual Capacities; JOHN PELLETIER, Chief

of SUNY Binghamton U.P.D., in his Official and Individual

Capacities, COLLEGE PROGRESSIVES, A Student Organization

at SUNY Binghamton; PROGRESSIVE LEADERS OF TOMORROW

"PLOT", Student Association of Binghamton University

    Defendants.

_____X

DEPOSITION OF: PRESTON CARTER SCAGNELLI

DATE:            March 30, 2023

TIME:            9:01 a.m. to 12:40 p.m.

VENUE:           Webex

Reported by Annette Lainson



```
 1     3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2   APPEARANCES:

 3        FOR THE PLAINTIFFS:

 4             KING & SPALDING, L.L.P.

 5             BY: KIMBERLY WADE, ESQ.

 6             1185 Avenue of the Americas

 7             New York, New York 10036

 8

 9        FOR DEFENDANTS HARVEY STENGER, BRIAN ROSE and JOHN

10        PELLETIER:

11             OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL

12             BY:  JOHN MOORE, A.A.G.

13             The Capitol

14             Albany, New York 12224

15

16        FOR DEFENDANTS STUDENT ASSOCIATION OF BINGHAMTON

17        UNIVERSITY:

18             ASWAD & INGRAHAM, ATTORNEYS AT LAW

19             BY:  THOMAS A. SAITTA, ESQ.

20             46 Front Street

21             Binghamton, New York 13905

22

23        FOR DEFENDANTS BINGHAMTON UNIVERSITY:

24             BINGHAMTON UNIVERSITY

25             BY:  KEVIN HAYDEN, ESQ.
```

800.523.7887                                   Associated Reporters Int'l., Inc.

```
 1      3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2              4400 Vestal Parkway

 3              Binghamton University, Suite 614

 4              Binghamton, New York 13902

 5

 6   ALSO PRESENT:

 7   DANIEL S. CROCE, Student Association Representative

 8   MATT JOHNSON, Student Association Representative

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 4

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         I N D E X   O F   P R O C E E D I N G S

3    PRESTON CARTER SCAGNELLI: Sworn

4    Direct Examination by Mr. Moore                      10

5    Cross Examination by Mr. Saitta                      196

6    Redirect Examination by Mr. Moore                    208

7

8

9              R E Q U E S T   L I S T

10   . Mr. Moore requests copies of emails relevant to   37

11      case from Binghamton.edu address

12   . Mr. Moore requests copies of Group Me messages     39

13   . Mr. Moore requests copies of flyers for College    40

14      Republicans

15   . Mr. Moore requests copy of Resignation email       45

16   . Mr. Moore requests a copy of scheduling emails     56

17      that post-date Laffer Event

18   . Mr. Moore requests list of speakers at meetings    64

19   . Mr. Moore requests Contact information for Brian   82

20      Murray

21   . Mr. Moore requests copies of emails to Raj         86

22   . Mr. Moore requests copy of the Laffer Flyer        101

23   . Mr. Moore requests a copy of 11/21/2019 1:51 p.m.  121

24      email from John Restuccia showing quoted text hidden

25

ARII@courtsteno.com                              www.courtsteno.com

800.523.7887                              Associated Reporters Int'l., Inc.

Page 5

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2    . Mr. Moore requests copies of all Emails forwards  122
 3       to Gmail account from John Restuccia
 4    . Mr. Moore requests any emails Re: Not Obtaining   127
 5       a Permit for Free-Speech Purposes from two separate
 6       email addresses
 7    . Mr. Moore request Deponent to search and provide  128
 8       copies of any emails referencing a prior tabling
 9       event
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

800.523.7887                                    Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    E X H I B I T   I N D E X

3       Marked as

4       Described as

5       Defendant's One                              16

6       Verified Complaint

7       Defendant's Three                            90

8       11/21/2019 email, Re: B there room approved, 014-LH-M

9       Defendant's Seven                            112

10      10/25/2019 email, Re: College Republican's Event

11      Defendant's Nine                             117

12      11/21/2019 email, Re: Dr. Laffer Event

13      Defendant's Eleven                           97

14      11/21/2019 email, Re: Even approve, Dr. Arthur

15      Defendant's Twelve                           146

16      Official Statement by J. Restuccia, RE: 11/14/2019

17      Defendant's Sixteen                          121

18      11/21/2019 Email Re: Room-request Talk

19      Defendant's Seventeen                        135

20      Photo of tabling event

21      Defendant's Nineteen                         154

22      Message from Vice President B. Rose, RE: 11/14/2019

23      Defendant's Forty                            110

24      Plaintiff's Response to Defendant's first set of

25      Interrogatories

ARII@courtsteno.com                              www.courtsteno.com

800.523.7887                              Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        Defendant's Forty-three                          70

3        Defamation and Prejudice, a Reflection on 2019

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                    Associated Reporters Int'l., Inc.

1     3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                          STIPULATIONS

3          It is HEREBY STIPULATED by and among the attorneys

4     for the respective parties, in accordance with the Federal

5     Rules of Civil Procedure, that this deposition may be

6     taken by the Defendant at this time, pursuant to subpoena;

7          FURTHER STIPULATED, that all objections except as to

8     the form of the questions and responsiveness of the

9     answers, be reserved until trial;

10         FURTHER STIPULATED, that the witness may read and

11    sign the deposition and make any corrections to same

12    before any Notary Public;

13         AND FURTHER STIPULATED, that if the original

14    deposition has not been duly signed by the witness and

15    returned to the attorney taking the deposition by the time

16    of trial or any hearing in this cause, a certified copy of

17    the deposition may be used as though it were the original.

18

19

20

21

22

23

24

25

Associated Reporters Int'l., Inc.

Page 9

1   3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    (The deposition commenced at 09:01

3       a.m.)

4                    THE REPORTER:   .
                                    We're on the record.

5       And before I swear the witness in, if I could just

6       get the attorneys to note their appearance for the

7       record, please?

8                    MR. MOORE:  Sure.  This is John Moore

9       from the New York State Attorney General's Office,

10      representing Defendants, Stenger, Rose and Pelletier.

11                   MR. SAITTA:  Tom Saitta with Aswad and

12      Ingraham, representing the Student Association.

13                   MS. WADE:  I'm Kimberly Wade with King

14      and Spalding, representing the Plaintiffs.

15                   THE REPORTER:  Thank you.

16                   If I could get the witness to please

17      raise his right hand?

18                   Do you swear or affirm that the

19      testimony you're going to give is the truth, the

20      whole truth, and nothing but the truth?

21                   MR. SCAGNELLI:  Yes.

22                   WITNESS; PRESTON SCAGNELLI; Sworn

23                   THE REPORTER:  Okay.  You can put your

24      hand down.  Could you please state and spell your

25      full name for the record, please?

800.523.7887                                    Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    THE WITNESS:  My name is Preston

3    Carter Scagnelli, spelled P-R-E-S-T-O-N, my middle

4    name Carter, C-A-R-T-E-R, last name Scagnelli, S-C-A-

5    G-N-E-L-L-I.

6                    THE REPORTER:  Thank you.

7                    The witness has been sworn.

8                    MR. MOORE:  Thank you.

9                    DIRECT EXAMINATION

10                   BY MR. MOORE:

11                   Q.   Good morning, Mr. Scagnelli.  My

12   name is John Moore, as I stated earlier.  I'm an

13   Assistant Attorney General with the A.G.'s Office in

14   Albany, and I'm representing the Defendants, Stenger,

15   Rose, and Pelletier in this litigation.

16                   We're here for a deposition in the

17   matter of Young America's Foundation, et al, versus

18   Stenger, et al.  This is a lawsuit in the Northern

19   District of New York.  The C.V. number is twenty C.V.

20   eight twenty-two.

21                   Are you familiar with this lawsuit,

22   sir?

23                   A.   I read of couple articles on it,

24   yes.

25                   Q.   Okay.  Is there any reason you

ARII@courtsteno.com                              www.courtsteno.com

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        can't testify honestly to the questions I'm asking

3        you today?

4                        A.   I'm going to testify honestly.

5                        Q.   Okay.  Have you ever been

6        involved in giving testimony before today?

7                        A.   You mean like a deposition?

8                        Q.   Like a deposition, or a trial, or

9        in any other context?

10                       A.   No, sir.

11                       Q.   Okay.  So this is your first

12       civil deposition?

13                       A.   Yes.

14                       Q.   All right.  So let's go over the

15       rules, just so we have that clear.  The way it's

16       going to work is we have a stenographer here

17       recording my questions and your answers.  And to that

18       end, I'm going to be asking you questions; you're

19       going to be giving me answers.  I will do my absolute

20       best to try not to interrupt you while you are giving

21       me an answer.

22                       And if you could do the same while I'm

23       asking a question, even if you know how I'm going to

24       finish the question.  Sometimes you'll anticipate it

25       before I finish it.  We can't talk at the same time.

800.523.7887                          Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        Otherwise, our stenographer will yell at us and we

3        won't have a clear record.  So let's make an effort

4        to do that.

5                    At some point during the deposition,

6        your -- your attorney may make an objection.  Unless

7        she instructs you not to answer, that generally

8        doesn't mean you shouldn't answer.  She's just

9        preserving the record for purposes of trial.

10                   And if you don't understand my

11       question or, I know we're doing this remotely, if you

12       can't hear my question, just let me know, and I'll --

13       I'll rephrase it or restate it until you can hear it.

14                   We're not looking for you to guess

15       about anything.  We're not looking for you to talk

16       about anything you don't know.  What we're looking

17       for here is what you do know.  So if you don't know

18       something or you can't remember something, it's

19       perfectly fine to tell me.  And finally, if -- you

20       can make your answers verbal rather than nodding or

21       shaking your head or saying things like, uh-huh.

22                   And finally, if you need to take a

23       break, please let me know.  I'll just ask that you --

24       you finish answering whatever the pending question

25       is, and then we can take a break for whatever reason.

Associated Reporters Int'l., Inc.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2         Is that all clear?
 3                      A.    Understood.
 4                      Q.    Okay.  Thanks.  Your name is
 5    Preston Scagnelli.  Have you ever gone by or used any
 6    other names?
 7                      A.    No, sir.
 8                      Q.    Okay.  And what's your date of
 9    birth, Preston?
10                      A.    March 9th, 2001.
11                      Q.    Okay.  What's your current
12    address as you sit here today?
13                      A.    ████████████    That's three
14    separate words.  So ████████████.  And that is
15    in ████████████████████████████.
16                      Q.    Okay.  And how long have you
17    lived there?
18                      A.    Since 2005.  Almost, you know,
19    most of my life, so.
20                      Q.    Okay.  Is that -- who do you live
21    with there?
22                      A.    My parents.
23                      Q.    Okay.  And is it your -- strike
24    that.
25                      Did you review any documents to
```

Associated Reporters Int'l., Inc.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2         prepare for today's deposition?

 3                        A.   No, sir.

 4                        Q.   Okay.  I should probably ask you

 5         this, but did you get copies of the exhibits we're

 6         going to be asking you about here today?

 7                        A.   No.

 8                        Q.   Okay.

 9                        MR. MOORE:  Counsel, did you receive

10         those exhibits?

11                        MS. WADE:  We did.

12                        MR. MOORE:  Okay.  But he -- the

13         witness hasn't -- doesn't have them?

14                        MS. WADE:  No, he doesn't.  We can

15         share them with him now, if that'd be helpful.

16                        MR. MOORE:  Okay.  I'm just trying to

17         find out, so we can make sure that Annette has them

18         and she's able to put them on the screen.

19                        THE REPORTER:  I do have them.

20                        MR. MOORE:  Okay.  Fair enough.

21                        BY MR. MOORE:  (Cont'g.)

22                        Q.   And here I'm not asking you about

23         the attorneys that are representing the College

24         Republicans here, but other than attorneys, have you

25         discussed your testimony with anyone before today, or
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 15

```
1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
2         today, before the deposition started?
3                        A.   I informed my parents, like I
4         said, who I -- who I live with, that I would be
5         having a deposition today relating to the Arthur
6         Laffer incident, but that was all I told them.
7                        Q.   Okay.  Have you discussed this
8         lawsuit or depositions that preceded yours with any
9         current or former members of the Binghamton
10        University College Republicans?
11                       A.   I haven't discussed anything
12        relating to depositions with them.  Obviously, after
13        the whole Arthur Laffer event occurred, I was
14        informed that there was a -- a lawsuit that was
15        taking place.  But that was all I was ever informed
16        of, to my knowledge.
17                       Q.   Okay.  You've -- you've
18        referenced a couple times the Dr. Laffer event.  Are
19        you referring to the -- the event at which the
20        College Republicans invited Dr. Arthur Laffer to
21        speak at Binghamton University on November 18, 2019?
22                       A.   That is correct.
23                       Q.   Okay.  And is it your
24        understanding that this lawsuit involves that, Dr.
25        Laffer event?
```

800.523.7887                                    Associated Reporters Int'l., Inc.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                         A.    Yes.
 3                         Q.    And are you also aware that this
 4    lawsuit involves a November 14, 2019 event at which
 5    the College Republicans had a tabling event on the
 6    Binghamton campus?
 7                         A.    Yes.
 8                         Q.    Okay.  Were you present at that
 9    tabling event?
10                         A.    So yes, but it was before the
11    whole thing with the -- the -- the protestors
12    occurred.
13                         Q.    Okay.  We'll -- we'll get into
14    that then.  That also happened in November 2019.  Is
15    that correct?
16                         A.    I honestly can't remember the
17    exact date, but that timeframe makes sense.  It was
18    before the Arthur Laffer event.
19                         Q.    Okay.  Fair enough.
20                         MR. MOORE:  Could we put the first
21    page of Exhibit One up on the screen?  And Annette,
22    we'll be -- you know, as you probably know, we'll be
23    returning to this one throughout the deposition.
24                         BY MR. MOORE:  (Cont'g.)
25                         Q.    And sir, I just want to show you
```

```
1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
2         what -- the first page of what's been marked as
3         Defendant's Exhibit One -- Exhibit One.  And we'll
4         put the caption up there, so you can see it.  I'll
5         state that this is the verified complaint in this
6         matter for docket number twenty C.V. eight twenty-
7         two.  Do you recognize that document, sir?
8                    A.   I have not read through this --
9         this whole thing.  I don't know if this was the same
10        one that I saw shared on, you know, the news articles
11        covering this, you know, whole lawsuit.  But I never
12        read through the whole thing, no.
13                   Q.   Okay.  Fair enough.  That was my
14        next question.  I think we've established that --
15        that the allegations in this complaint concern, in
16        part, incidents that occurred on or about November
17        2019.  So going back to addresses, can you tell me
18        what addresses you've lived at from fall 2019?  And
19        by that, I mean fall semester 2019, up until today?
20                   A.   Yeah.  So I was residing on
21        campus at the time at the Dickinson Community, which
22        is a residential community at Binghamton University.
23        That -- that was not my official registered address,
24        however.  I was still like registered to vote at my
25        home that I provided earlier.
```

Page 18

```
 1   3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                   I honestly do not remember the exact
 3   room number I stayed at on campus.
 4            Q.    That's okay.  I'm just -- I'm
 5   just curious about where you resided at the time.
 6   But you lived in a dorm on campus.  Is that a fair
 7   statement?
 8            A.    Yes, correct.
 9            Q.    Okay.  Got you.  All right.  You
10   can go on.  Is there anywhere else you've lived
11   between fall semester 2019 and today?
12            A.    No, sir.
13            Q.    Okay.  Got you.  And when did you
14   live -- for what semesters or for what time period
15   did you live on campus?
16            A.    Yeah, so that fall 2019 semester,
17   that was actually my first semester at Binghamton
18   University.  And then the first, I'd say, you know,
19   half of the spring 2020 semester before Covid sent
20   everybody home.
21            Q.    Okay.  So you lived on campus
22   until approximately February or March 2020 when the
23   pandemic hit; correct?
24            A.    Correct.
25            Q.    Did you ever become a campus
```

Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         resident again?

3                        A.    No, sir.

4                        Q.    Did you ever live in Binghamton

5         again or at any other address other than your mom and

6         dad's house in Rexford?

7                        A.    No.

8                        Q.    Okay.  Got you.  Are you married?

9                        A.    No.

10                       Q.    Do you have any children?

11                       A.    No.

12                       Q.    Are you currently employed?

13                       A.    Yes.

14                       Q.    Where are you employed?

15                       A.    Project Veritas, it's a

16        journalism organization.

17                       Q.    How do you spell Veritas?

18                       A.    V-E-R-I-T-A-S.

19                       Q.    And what do you do there?

20                       A.    I am an investigative journalist.

21                       Q.    Okay.  And is that a website or a

22        magazine or what is it?

23                       A.    We are a 501(c)(3) organization

24        that exposes corruption, fraud, waste, abuse, in

25        pretty much, you know, every facet of society, so you

Page 20

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        know, government education.  I mean, we cover a wide

3        variety of stuff.

4                      Q.    Okay.  Are you a writer?

5                      A.    No, not necessarily.  I'm an --

6        so as part of my investigative journalism, I

7        essentially interview sources and -- and insiders

8        who, you know, want to either blow the whistle or

9        shed light on things going on in their workplace.

10       And I, you know, provide that to my editorial team

11       and -- and they turn that into a story.

12                     Q.    Okay.  Now when you say story,

13       I'm just trying to ferret this out.  So when you say

14       story, is it a written story that's published on a

15       website or in a magazine or -- or in a newspaper?  Or

16       is it a video story or something else?

17                     A.    Yeah, so it's -- it's primarily

18       video.  I mean, we have a writeup that usually goes

19       with every video on our website, and you know,

20       usually on our posts when we spread the video, but

21       our primary medium is -- is video.

22                     Q.    Okay.  Got you.  And how long

23       have you worked for Project Veritas?

24                     A.    Since around May or June of 2020.

25                     Q.    Okay.  And are you paid for that

```
 1     3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2     job?
 3                   A.   Yes -- yes.  I started out as an
 4     independent contractor and then, just last year, I
 5     was switched over to a full-time employee.
 6                   Q.   Okay.  So you're on the staff,
 7     then?
 8                   A.   Yes.
 9                   Q.   Got you.  Have you ever been
10     involved in production of, or preparation of, or
11     investigation regarding the -- anything to do with
12     the facts of this lawsuit?
13                   A.   No, sir.
14                   Q.   And does -- have you ever been
15     involved in any sort of -- and I'm going to say
16     story, but I don't know if that's the right term,
17     about any of the parties to this lawsuit?
18                   MR. MOORE:  And if we could just
19     scroll down, so the entire caption is visible to the
20     witness, including the list of Plaintiffs?
21                   A.   So -- so you're asking just to --
22     sorry, to clarify.  Have I done as part of my job as
23     a journalist at Project Veritas on any stories or
24     anything related to these individuals or this lawsuit
25     in general?
```

800.523.7887                                      Associated Reporters Int'l., Inc.

Page 22

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                     BY MR. MOORE:  (Cont'g.)
 3                     Q.   Yes.  First question, this law --
 4    lawsuit in general or the facts behind it?
 5                     A.   No, sir.
 6                     Q.   Okay.  And then, there's some
 7    Plaintiffs listed here.  Young America's Foundation,
 8    Binghamton University College Republicans, and Jon
 9    Lizak.  Have you ever done any stories that involve
10    any of those three Plaintiffs?
11                     A.   No, sir.
12                     Q.   Okay.  And then we have a list of
13    Defendants there.  And those are Harvey Stenger,
14    Brian Rose, John Pelletier, College Progressives,
15    Progressive Leaders of Tomorrow, and Student
16    Association of Binghamton University.  Have you ever
17    been involved in producing, investigating, or
18    otherwise being involved in any story that involved
19    any of those Defendants?
20                     A.   No, sir.
21                     Q.   Okay.  Thanks.  Let's go back to
22    your -- your -- you were a student at Binghamton
23    University in fall of 2019.  Is that how I'm
24    understanding your prior testimony?
25                     A.   Correct.
```

Page 23

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        Q.    And you were a freshman in your

3    first semester during that semester?

4                        A.    Yes -- yes.

5                        Q.    Okay.  Are you currently a

6    student?

7                        A.    No.  I graduated in December.

8                        Q.    When you say you graduated in

9    December, are you referring to December 2022?

10                       A.    Correct.

11                       Q.    And what institution did you

12   graduate from in December 2022?

13                       A.    Binghamton University.

14                       Q.    Okay.  Got you.  So you started

15   in the fall 2019.  You finished in December 2002

16   (sic).  Did you attend Binghamton University

17   consistently, meaning every semester during that time

18   period between fall '19 and December 2022, or did you

19   take any time off?

20                       A.    I did not take any time off.  In

21   terms of my education, I -- there were semesters

22   where I did not take courses at Binghamton

23   University.  I took them at other institutions and

24   then transferred the credits over.

25                       Q.    Okay.  Got you.  So let's talk

Associated Reporters Int'l., Inc.

```
1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
2        about what semesters you were a student at B.U.
3                    A.   Okay.  So there was the -- those
4        first two semesters, so 2019 -- fall 2019, spring
5        2020.  Then this is where things get fuzzy for me.  I
6        believe -- I think it was maybe a semester or two
7        after that, I took courses online through Binghamton
8        University.
9                    And then Binghamton University
10       required students to come back to campus.  By that
11       point, I had already had senior standing.  So they
12       were, thankfully, flexible enough to allow me to
13       finish the courses at other institutions online and
14       transfer.
15                   Q.   Okay.  Well, let's try to break
16       that down.  You finished spring 2020 semester online.
17       Is that a fair statement?
18                   A.   Correct.
19                   Q.   Okay.  And -- and my
20       understanding from earlier testimonies in this case
21       is that the entire student body was sent home when
22       the pandemic began and everybody finished online;
23       correct?
24                   A.   Correct.
25                   Q.   Did you take classes during
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         summer 2020?

3                        A.    No.

4                        Q.    Okay.  Did you take classes at

5    Binghamton University, online in fall of 2020?

6                        A.    Yes.

7                        Q.    Okay.  So you were still a

8    student at B.U. in fall 2020?

9                        A.    To my knowledge, yes.

10                       Q.    Okay.  But you were at home,

11   taking classes remotely?

12                       A.    Correct.

13                       Q.    Okay.  And then how about spring

14   of 2021, were you a student at B.U.?

15                       A.    I honestly don't recall.  It is

16   possible.

17                       Q.    Okay.  Would you have any

18   documents that refresh your recollection as to that?

19                       A.    I could certainly -- you know, we

20   -- we have -- there's an online portal, it's called

21   like B.U. Brain or something like that, where I

22   could, you know, check and see.  But as for, you

23   know, up here in my brain, I -- I don't remember when

24   exactly I stopped taking courses at, you know,

25   Binghamton University online.

```
 1   3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                     Q.   Okay.
 3                     MR. MOORE:   Counsel, is -- is the
 4       witness requesting that he review and execute his
 5       transcript?
 6                     MS. WADE:   I think that he is
 7       referring to the online portal where he can check his
 8       attendance.
 9                     MR. MOORE:   I -- I -- I heard that.
10       But I mean, as a general proposition, when we're done
11       with our deposition here today, is the witness making
12       a request under the federal rules of civil procedure
13       to review and execute his transcript?
14                     MS. WADE:   Yes.
15                     MR. MOORE:   Okay.
16                     BY MR. MOORE:   (Cont'g.)
17                     Q.   If that's the case, Mr.
18       Scagnelli, we can leave a blank in the transcript for
19       you to answer the question, were you a student at
20       B.U. in spring 2021.  Is that fair?  _____
21                     A.   That is fair.
22                     Q.   And then maybe you could refresh
23       your recollection and -- and complete what's called
24       the errata sheet and tell us whether you were or not.
25       Is that fair?
```

Page 27

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        A.    Fair enough.

3                        Q.    Okay.  So then, we're on to the

4        summer of 2021.  Did you take classes then?

5                        A.    Again, I'm -- possible, but not

6        confident enough to where I can give a factual

7        answer.

8                        Q.    Okay.  We'll -- we'll leave

9        another blank in the transcript here, and then maybe

10       if you can fill us in on that once you've had a

11       chance to refresh your recollection, I'd appreciate

12       it.  Moving on from that, we're into the fall of

13       2021.  Did you take classes at B.U. then?  _____

14                       A.    Same thing.

15                       Q.    Okay.

16                       A.    I can't factually recall that.

17       Possible, but I can't recall.

18                       Q.    And then you were -- you

19       graduated in December 2022?

20                       A.    Yes.

21                       Q.    And were you a student at B.U.

22       during any of the calendar year 2022?

23                       A.    No.  That -- that, I can say.  I

24       took online courses at other institutions and then

25       transferred the credits over to Binghamton.

        1   3/30/2023 - Young America's v Stenger - Preston Scagnelli
        2                   Q.   Okay.  Fair enough.  And then an
        3   overarching question, after you left campus in
        4   February or March 2020, whenever that was, did you
        5   ever return as a student, physically on campus, at
        6   B.U. after March of 2020?
        7                   A.   No.
        8                   Q.   Okay.  Got you.  All right.  I
        9   think I understand now.  Where else did you take
       10   classes other than B.U. that contributed to your
       11   graduation?
       12                   A.   SUNY Empire State, SUNY
       13   Plattsburgh, Arizona State University Online.  I -- I
       14   think that's it.
       15                   Q.   Okay.  All right.  During your
       16   time at Binghamton University, were you a member of
       17   the Plaintiff Binghamton University College
       18   Republicans?
       19                   A.   Yes.
       20                   Q.   Okay.  And if I just refer them -
       21   - to them as the College Republicans from here on,
       22   you'll know what I'm referring to?
       23                   A.   Yes.
       24                   Q.   Okay.  When did you join the
       25   College Republicans?

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        A.    That was during my fall 2019

3       semester, my first semester.  The exact month, I

4       would imagine, September because that was when a lot

5       of the clubs on campus were, you know, getting

6       started.  So September 2019 would be sort of my

7       ballpark estimate.

8                        Q.    Okay.  Great.  How -- how -- how

9       did you come to join that -- that group?

10                       A.    I saw a notice, I don't remember

11      where, that they were having a meeting.  I have been

12      involved in politics before, so I thought it'd be a

13      good opportunity to meet people and get involved on

14      campus.  So I decided to, you know, attend the

15      meeting and check it out.

16                       Q.    And that was in September of that

17      year?

18                       A.    I believe so, yeah.

19                       Q.    Okay.  Did you meet people there?

20                       A.    Yes.

21                       Q.    Who did you meet?

22                       A.    Are you talking about that first

23      specific particular meeting?

24                       Q.    Well, yeah, during September of

25      2019, did you join the group at that meeting?

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        A.    Well, I don't know if there was

3         any official membership, but yeah, that was when I

4         start attending meetings, yes.

5                        Q.    Okay.  And how often were

6         meetings held by the B.U. College Republicans in fall

7         2019?

8                        A.    I'd say probably once a month, if

9         I remember correctly.

10                        Q.    Okay.  And would you attend all

11        of those meetings or just some, or what was your --

12        what was the frequency of your attendance at those

13        meetings?

14                        A.    I attended most of them.

15                        Q.    Okay.  Got you.  Was there --

16        were you ever an officer of the B.U. College

17        Republicans?

18                        A.    Yes.

19                        Q.    Okay.  And what offices -- office

20        or offices have you held with that organization?

21                        A.    So shortly after I hold -- I held

22        a, I guess you could call it an unofficial role

23        because it wasn't something that I believe appeared

24        on the list of executive officers, but I was given

25        the role of -- it was -- I honestly can't remember

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2         the exact name.  It was something along the lines of
 3         speaker coordinator or something like that.  I held
 4         that.
 5                   And then I was briefly treasurer for
 6         the spring 2020 semester, briefly.
 7                   Q.   Okay.  Did you hold any other
 8         offices with the College Republicans, other than
 9         treasurer in spring 2020 and speaker coordinator?
10                   A.   No, sir.
11                   Q.   And when were you -- when did you
12         have the role of, quote, unquote speaker coordinator?
13                   A.   That -- so that was just kind of
14         given to me like in conversation.  They were just
15         like, hey, you know, paraphrasing here, we -- you
16         know, we -- we want to give you some sort of role.
17         So you know, we'll -- we'll -- we'll -- how does
18         speaker coordinator sound or something like that?
19                   And from there, I was -- you know, I
20         guess that role, that was probably around -- around
21         the same time, I'd say, probably September, October
22         of 2019.
23                   Q.   Okay.  When you say they gave you
24         the title, who are they?
25                   A.   That would be the club president
```

```
 1   3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2       at the time, John Restuccia.
 3                   Q.   Was anyone else involved in
 4       telling you, you would have that role?
 5                   A.   I do not think so.
 6                   Q.   Okay.  What were your duties as
 7       speaker coordinator?
 8                   A.   There were no official duties,
 9       really.  The -- the idea was -- was essentially, or
10       so I was told by Mr. Restuccia, is that, you know, he
11       -- he liked to make sure that, you know, the people
12       who -- who worked hardest in the club and stuff like
13       that were recognized and -- and kind of given titles,
14       you know, to -- to sort of give them -- you know,
15       sort of appreciate that -- the -- the work that they
16       did.
17                   So I was given that role.  As for my
18       official titles, I mean, I really just helped out the
19       club.  Nothing in really my involvement really
20       changed with that title.  At the end of the day, it
21       was pretty much a title, you know.
22                   Q.   Understood.  Did you -- did you
23       actually do anything in your role as speaker
24       coordinator?  I think you might have touched upon the
25       answer to that, but I just want to be sure.  I mean,
```

Associated Reporters Int'l., Inc.

Page 33

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         did you -- did you undertake any duties in your role

3         as speaker coordinator?

4                   A.   I -- I helped with some of the

5         events.  I don't know if necessarily my -- you know,

6         if my role as speaker coordinator was, you know,

7         linked with my helping out in those events the way I

8         did.  But you know, I -- I -- I certainly helped

9         with, you know, setting up the events and -- and

10        getting all that squared away, yes.

11                  Q.   Okay.  Well, we're going to get

12        into the specifics of events.  I won't ask about that

13        now, but I'm just asking you about the role.  Speaker

14        coordinator seems to suggest that you have some sort

15        of involvement with speakers?

16                  A.   That -- that is -- that is

17        correct.  That -- that would be the -- the -- the

18        sort of implication that that title would create.

19        However, I -- again, I -- I don't see it, at least

20        personally, as having affected the sort of things I

21        did to help out with the club.

22                  Like I said, the -- the -- the club

23        president at the time, John Restuccia, gave people,

24        you know, titles to kind of, you know, reward them

25        for working hard.  But at the end of the day, we all

Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         worked as a -- you know, a team doing -- really

3         everyone doing the same job and doing their part to,

4         you know, help the -- the -- the club.

5                        Q.   Did you have any role in

6         coordinating the appearance of speakers on campus

7         during your time with the College Republicans?

8                        A.   In terms of -- do you mean like

9         inviting speakers?

10                       Q.   Sure.  I'm -- I'm -- I don't know

11        what you did, so I'm trying to understand.

12                       A.   Okay.  I mean, I'll -- I'll -- I

13        -- I can give some examples.  You know, there was one

14        speaker that I -- I -- I can say that I personally

15        invited to campus that was a woman named Morgan

16        Zegers, who came to speak at an event we held prior

17        to the Arthur Laffer event, called The Case Against

18        Socialism.

19                        We had a few guest speakers there.  I

20        happened to, you know, know one of them personally,

21        so I invited them to -- to attend the event.  I also

22        made flyers for the events, like The Case Against

23        Socialism, like the Arthur Laffer event.  I made

24        these, you know, little flyers that had the people's

25        pictures on them, the title of the event, that sort

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        of stuff.

3                        And really, you know, just that was --

4        as far as speaker-related things, to my knowledge,

5        that's what I remember, you know, my involvement

6        being in that.

7                        Q.   Okay.  All right.  We'll get a

8        little deeper into that.  Let me ask you this.  How

9        many members did the College Republicans have when

10       you joined the group?

11                       A.    That first meeting, I would

12       estimate, based on what I saw, probably fifteen to

13       twenty people.  That number would constantly

14       fluctuate in terms of, you know, how many people

15       would consistently show up.  But at -- at the time of

16       that first meeting, I'd say it was probably fifteen

17       to twenty people.

18                       Q.   Okay.  And when you say it

19       fluctuated, what was the maximum number of -- of

20       members that the group had during the fall semester

21       of 2019, if you know?

22                       A.   I don't know.

23                       Q.   Okay.  Fair enough.  Did the

24       group, meaning the College Republicans, have any mode

25       of communication with which group members

800.523.7887                                    Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        communicated with each other?

3                    A.    It was -- it might have been a

4        Listserv, which is essentially just like an email

5        list where they would, you know, share info about

6        next meetings.  I'm pretty sure that's what we did.

7        And we may have had a GroupMe, which was essentially

8        -- it's a chat messenger app that a lot of clubs in

9        the school used to, you know, communicate with club

10       members.  And I believe there was one of those, too.

11       I can't confidently enough say, though.

12                    Q.    Okay.  Did you participate in

13       that Listserv with any email addresses that you --

14       address or addresses that you maintained?

15                    A.    As in like did I send anything?

16                    Q.    Well, did you receive emails

17       through that Listserv?

18                    A.    I -- I -- I believe -- I believe

19       I did, yes.

20                    Q.    And on what email address did you

21       receive such emails?

22                    A.    That would've been, more than

23       likely, through my Binghamton University school

24       address -- email address.

25                    Q.    Okay.  And what was your

800.523.7887                        Associated Reporters Int'l., Inc.

Page 37

1     3/30/2023 - Young America's v Stenger - Preston Scagnelli

2          Binghamton University school address?

3                         A.   That was pscagne two, which is

4          spelled P-S-C-A-G-N-E, followed by the number two, at

5          Binghamton dot E.D.U.

6                         Q.   Okay.  Do you still maintain

7          access to that email address?

8                         A.   I still have access to that email

9          address, yes.

10                        Q.   I'm going to make a request on

11         the record to Counsel.  I'll follow up by email, and

12         ask that you search your -- your Binghamton email

13         address and provide copies of any emails relevant --

14         and I'll -- I'll specify in my request, relevant to

15         the facts of this case from the time period relevant

16         to this case.  Are you able to do that?

17                        A.   I'm sorry.  Are you speaking to -

18         - to me or my counsel?

19                        Q.   I'm speaking to you.  I'll --

20         I'll write to your counsel, but I'm -- I'm just

21         asking if that's something you're able to do.  Are

22         you able to search your Binghamton E.D.U. email

23         address?

24                        A.   I have -- I have the ability to

25         access my Binghamton University email.  That is

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        correct.

3                    Q.    Okay.  Did you -- did you utilize

4        any other email address for any business related to

5        the -- business or communication related to the

6        College Republicans?

7                    A.    I don't know.

8                    Q.    Okay.  The GroupMe chats is --

9        you also said that the College Republicans involved

10       themselves in that?

11                   A.    Again, I -- I -- I -- I know a

12       lot of clubs use that service.  I think we may have

13       at one point, but I -- I don't recall.

14                   Q.    Did you utilize the GroupMe or --

15                   A.    I had an account to, yeah.

16                   Q.    -- ask to send emails or

17       messages?  Did you use the GroupMe format to

18       communicate with other College Republican members?

19       Let's ask that.

20                   A.    I believe so, yes.

21                   Q.    Do you still have access to that

22       GroupMe?

23                   A.    I would have to check.  I haven't

24       accessed it since, I think, you know, shortly maybe

25       after I -- I left campus.  It's -- it's been -- it's

```
1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
2    been a while.
3                    Q.   Okay.  Well, I'll make a similar
4    request to that and I will follow up with your
5    attorneys for copies of any GroupMe messages related
6    to the facts of this case.  And I'll specify what I'm
7    looking for in that request.  Fair enough?  Okay.
8    Thanks.
9                    In your capacity as speaker
10   coordinator, did you maintain any or create any
11   records for the College Republicans?
12                    A.   Could you elaborate on records?
13                    Q.   Well, did you have a
14   responsibility of preparing any documents in your
15   capacity as speaker coordinator?
16                    A.   Well, I -- I mean, I -- I guess
17   you could say that the flyers I made for the events
18   were documents.  They were, you know, files, but that
19   -- that, you know, I've -- forgive me, but I feel
20   that's a very broad question.  I don't know if I
21   could really, you know, kind of pinpoint really what
22   in the way of documents.
23                    Q.   Okay.  Well, let me first ask
24   about flyers.  Do you maintain copies of the flyers
25   you created as a College Republican?
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        A.    I do not know.

3                        Q.    Okay.  That would be in your

4    email.  Is that fair to say?

5                        A.    They could be in my email.

6                        Q.    Okay.  All right.  Well, I'll

7    make a request that you provide copies of any flyers

8    and I'll follow up by letter.  Flyers that you

9    created for the College Republicans or received from

10   others for the College Republicans?

11                       Secondly, at these meetings you

12   attended during your time with the group, were there

13   minutes kept by anyone?

14                       A.    I don't think so, no.

15                       Q.    Okay.  Do you recall anybody

16   keeping notes or anything else as it pertains to

17   those meetings?

18                       A.    I don't recall there being

19   someone taking notes.

20                       Q.    Okay.  All right.  Sticking with

21   the College Republicans, did you continue to attend

22   meetings with that group in spring 2020 before the

23   pandemic made learning remote?

24                       A.    I had attended meetings in the

25   spring 2020 semester, yes.

Page 41

1     3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    Q.    How many meetings did you attend

3     in the spring 2020 semester?

4                    A.    I -- I don't have a -- a -- a,

5     you know, number really.  I -- I don't know how many

6     meetings.

7                    Q.    Were they in-person meetings?

8                    A.    Yes.

9                    Q.    Before the pandemic?

10                   A.    Before the -- before the pandemic

11    sent everyone home, yes, they were -- they were in-

12    person meetings.

13                   Q.    And was it more than five

14    meetings?

15                   A.    Possibly.  I -- I don't know.

16                   Q.    Was it more than one meeting?

17                   A.    Yes.

18                   Q.    Was it more than three meetings?

19                   A.    I don't know.

20                   Q.    And then my understanding is you

21    never returned to campus after the pandemic hit;

22    correct?

23                   A.    Correct.

24                   Q.    Did you attend any remote

25    meetings of the Binghamton University College

1      3/30/2023 - Young America's v Stenger - Preston Scagnelli

2      Republicans after spring 2020 and the pandemic?

3                      A.   I don't think so, no.

4                      Q.   Okay.  Did you continue your

5      membership with that group after the pandemic?

6                      A.   No.

7                      Q.   Okay.  So after you went home,

8      you didn't -- you had no involvement with the College

9      Republicans?  Is that a fair statement?

10                     A.   To my knowledge, yeah, to --

11     yeah, no, I -- I do not think I had any involvement

12     with the College Republicans after that point.

13                     Q.   Okay.  Got you.  Okay.  And the

14     final set of, sort of background questions, you were

15     the club treasurer during spring 2020, up to and

16     including the pandemic?

17                     A.   I was treasurer up until -- I'd

18     say it was before the pandemic sent everyone home.  I

19     -- I resigned from the position.

20                     Q.   Okay.  Got you.  What were your -

21     - when did you become treasurer?  There's been some

22     past testimony in this case that there was an

23     election in December 2019?

24                     A.   Correct.

25                     Q.   And were you elected treasurer at

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        that election?

3                    A.    Yes, I believe so.  It was that

4        meeting.

5                    Q.    So you started as treasurer in

6        December 2019, and then you resigned upon going home

7        after the pandemic commenced.  Is that a fair

8        statement?

9                    A.    Before -- before -- just slightly

10       before, I believe.

11                   Q.    Okay.  All right.  Got you.  All

12       right.  So as treasurer beginning in December of '19,

13       what were your duties?

14                   A.    Honestly, I -- there was nothing

15       really that -- that -- that changed between then, you

16       know, as far as my duties went.  Honestly, at that

17       point, I believe that that was after the club had,

18       pretty much -- you know, our -- our club president,

19       John Restuccia, he was -- he was gone.

20                   I mean, he was a big driving, you

21       know, force of a lot of the positive things that the

22       club was doing, in my opinion.  And you know, with

23       the -- the school, you know, sort of, in my opinion,

24       limiting our ability to -- to function on campus, it

25       -- there -- there wasn't really much for me to do, if

Associated Reporters Int'l., Inc.

     1     3/30/2023 - Young America's v Stenger - Preston Scagnelli

     2     anything, as my role as treasurer.

     3                    Q.    What do you mean by the school

     4     limiting your ability to do anything on campus?

     5                    A.    I was -- I was -- I was told by -

     6     - by club leadership, and I believe we even made a

     7     Facebook post about it as well, that the -- the

     8     University limited our ability to access rooms to --

     9     to have our club meetings.  And at that point, I

    10     mean, that was a -- that was a big -- big blow, at

    11     least that I felt to -- to -- to the club and the --

    12     the organization.

    13                    Q.    Do you know who at the University

    14     made the decision to limit your access to rooms?

    15                    A.    Who at the -- the University?

    16                    Q.    Yeah.  You said the University

    17     did it.  Who at the University did that, if you know?

    18                    A.    I -- I am not sure.

    19                    Q.    Okay.  All right.  You said you

    20     resigned as treasurer at some point?

    21                    A.    Correct.

    22                    Q.    And this was before Binghamton

    23     University went remote?

    24                    A.    Correct.

    25                    Q.    Okay.  So there's been some

800.523.7887                              Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         testimony that the University went remote in either

3         February or March.  So do you remember what month you

4         resigned?

5                        A.   I think it was February.

6                        Q.   Okay.  And when you resigned in

7         February 2020, how did you resign?

8                        A.   Via email.

9                        Q.   Okay.  And do you maintain a copy

10        of that email?

11                       A.   That would have been sent, more

12        than likely, through my Binghamton University email,

13        which, like I said, I -- I -- I have access to so --

14        so long as everything's still in there.  It -- it --

15        yeah, it -- it should still be in there.

16                       Q.   Okay.  I'm going to make a

17        request for the resignation email while you're

18        searching through emails for that.  Is that okay?

19                       A.   Yeah.

20                       Q.   Okay.  Thanks.  Now, on to the

21        next question.  Why did you resign?

22                       A.   I had some personal disagreements

23        with the -- the direction the club was heading under

24        new leadership.  It -- it -- it wasn't -- it wasn't

25        personal in the sense that there was animosity or

```
1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
2         anything like that.  I just felt the direction that
3         the club was going in did not align with my, you
4         know, personal beliefs and where the club should be
5         going.
6                   So I figured it would be best to
7         separate myself at that time.
8                   Q.   You said club leadership.  What
9         was -- other than yourself as treasurer, who else was
10        in club leadership at that point in February 2020?
11                  A.   It was Jon Lizak, who I believe
12        was -- was president.  And then I believe the vice-
13        president at the time was Logan Blakeslee, I think.
14        And then secretary, I believe was Kyle Nelson.
15                  Q.   Okay.  What about the direction
16        of the group did you disagree with?
17                  A.   Jon -- Jon Lizak's politics were
18        a lot different than mine, and I personally believe
19        that that was starting to bleed into the club, his --
20        his politics.  And it -- it -- it just did not align
21        with my -- my -- you know, my politics as a
22        Republican.
23                  Q.   Well, what about his politics did
24        not align with yours, if any?
25                  A.   He -- he -- he held very -- I
```

Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         mean, if -- if -- if I personally had to assign a

3         label, I'd say it was, you know, he was more paleo

4         conservative in his beliefs, which meant, you know,

5         he was very hardcore about, you know, bringing

6         religion into the, you know, like the -- the -- the

7         state and -- and -- and that sort of stuff.

8                   At least that was my take on -- on --

9         on a lot of his views.  It's just -- it -- I'm -- I'm

10        personally a more, I guess you could say moderate,

11        you know, Republican and I just felt it was a little

12        too -- too -- too right for me, personally, to -- to

13        the right.

14                  Q.   All right.  Okay.  Well, we'll

15        get into a little further of that.  Were there any

16        particular incidents that prompted your resignation?

17                  A.   No, not that I can think of.

18                  Q.   Were there any particular

19        decisions about direction of the group that prompted

20        your decision to resign?

21                  A.   I don't recall.

22                  Q.   Did anything to do with the

23        lawsuit that we're currently litigating have to do --

24        factor into your decision to resign?

25                  A.   No.

Page 48

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    Q.   Okay.  Let's go to the complaint.

3    And I'm going to direct your attention to paragraph

4    twelve of the complaint.  And this is located at page

5    four of seventy-five.  And I know you haven't read

6    this, but these are the allegations in the complaint.

7    So I'm going to run them past you and ask you some

8    questions.  Is that fair?

9                    A.   Okay.

10                   THE REPORTER:  I'm sorry; what

11   paragraph?

12                   MR. MOORE:  Paragraph twelve.  You got

13   it right up there.

14                   THE REPORTER:  Thank -- thank you.

15                   BY MR. MOORE:  (Cont'g.)

16                   Q.   And I'll read this into the

17   record, sir.  This is from Exhibit One, paragraph

18   twelve.  Plaintiff Binghamton University College

19   Republicans, and in parentheses, the words College

20   Republicans, is an expressive, registered, but

21   suspended student organization at the State

22   University of New York at Binghamton, SUNY

23   Binghamton, and an unincorporated association of SUNY

24   Binghamton students.  It has approximately twenty

25   members.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                         Did I read that correctly, sir?
 3                    A.   Yes.
 4                    Q.   Do you know if the B.U.
 5    Republicans are currently suspended as student group?
 6                    A.   I do not know their current
 7    status.
 8                    Q.   Do you know if that group was
 9    suspended as of July 2020 when this complaint was
10    filed?
11                    A.   I do not recall.
12                    Q.   Were you involved with the
13    College Republicans in July of 2020?
14                    A.   No.
15                    Q.   Okay.  Let's go to paragraphs
16    thirteen and fourteen, which are located at -- at
17    pages four and five of Exhibit One.  And I will read
18    those into the record for you.  It reads as follows.
19                         Thirteen, the purpose of College
20    Republicans is to make known and promote the
21    principles of the Republican Party among members of
22    the SUNY Binghamton campus and community, to aid in
23    the election of Republican candidates at all levels
24    of government, to encourage and assist in the
25    organization and active fundraising of the Republican
```

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2        Party at local, state, and national levels, and to
 3        develop political skills and leadership abilities
 4        among Republican students as preparation for future
 5        service by them to the Republican Party and
 6        community.
 7                    Did I read that correctly, sir?
 8                    A.   For the most part.  I noticed you
 9        said active fundraising.  That third line down, it --
10        it says functioning, but other than that, that --
11        that -- that's correct.
12                    Q.   Okay.  I didn't realize I said
13        that, but you are correct.  It says, active
14        functioning of the Republican Party.  Did I -- is
15        that your understanding of what the purpose of this -
16        - of that student group was?
17                    A.   Yes.
18                    Q.   Okay.  And let's go on to
19        paragraph fourteen.  And that reads College
20        Republicans achieves this purpose primarily by being
21        an expressive organization.  It engages in a wide
22        variety of expressive activities, including posting
23        flyers and signs, hosting tables with information,
24        inviting speakers to campus, and talking with fellow
25        students about Republican Party principles.
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        Did I read that correctly?

3                        A.    Yes.

4                        Q.    Okay.  From the time you joined

5          the -- the B.U. Republicans in approximately

6          September of 2019, up to and including November of

7          2019, when the Dr. Laffer event occurred, had the

8          B.U. Republicans hosted or held any event or events

9          on campus?  And I know you referenced at least one.

10                       A.    Yeah.  So there was the -- the

11         only one I can recall at this time is the -- The Case

12         Against Socialism event, which I mentioned earlier.

13                       Q.    Okay.  And my understanding is

14         that occurred sometime in late October of 2019.  Is

15         that your recollection, sir?

16                       A.    I believe so, yes.

17                       Q.    Okay.  And do you maintain any

18         records regarding that event?

19                       A.    Probably.  I -- I know you

20         mentioned the -- the -- the flyer, like I think I

21         have access to that.  I mean, there was -- there was

22         a lot of prep that went into that event.  So I'm sure

23         there's something relating to that event, just, you

24         know, hanging around somewhere.

25                       Q.    Okay.  Where on campus was the

```
 1     3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2          event held?
 3                         A.    That was held in, I believe, the
 4          lecture hall.
 5                         Q.    Okay.  Do you know what lecture
 6          hall?
 7                         A.    I don't -- I don't remember the
 8          name.  It was the one that was next to, I believe,
 9          the engineering building.  It was where a lot of the
10          -- it was where like a lot of the -- the liberal arts
11          classes held there, their -- their classes, the big
12          lecture halls with, you know, hundred seats --
13          hundred plus seat rooms.
14                         Q.    How many people attended The Case
15          Against Socialism event?
16                         A.    I'd guess probably thirty or so
17          as an estimate.
18                         Q.    And was that an evening event?
19                         A.    I believe so, yes -- yes.
20                         Q.    Were there -- you said there were
21          speakers, earlier?
22                         A.    Yes.
23                         Q.    How many speakers?
24                         A.    Three speakers.
25                         Q.    Okay.  Did the University act to
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         prevent that event at all that you're aware of?

3                   A.    Not to my knowledge.

4                   Q.    Were there any other events that

5         you recall before the Dr. Laffer event that the

6         College Republicans held?

7                   A.    In terms of like a speaker-hosted

8         event, no.

9                   Q.    Okay.

10                  A.    Not that I can recall.

11                  Q.    Well, I'm not just asking about

12        speakers because that's another thing that's listed

13        in paragraph fourteen, but we -- we can move on.

14                  I'll be more specific.  Since the Dr.

15        Laffer event, from November 2019, up until your time

16        with the -- as a -- your involvement with the College

17        Republicans ended, did the B.U. Republicans host or

18        hold any event or events on campus?

19                  A.    No, I don't think so.

20                  Q.    Did the College Republicans hold

21        meetings at all after the Laffer event?

22                  A.    Yes, unofficial meetings.

23                  Q.    Okay.  What do you mean by

24        unofficial?

25                  A.    Well, as in, you know, it's not

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         like we could advertise that there were meetings,

3         officially, through the, you know, University page or

4         anything like that, because obviously they suspended

5         us.  So we just had our own, you know, little

6         meetings.

7                        Q.   And how were those organized?

8                        A.   How were they organized in terms

9         of --?

10                       Q.   Well, you got to tell people

11        about the meeting; right?

12                       A.   Yeah.

13                       Q.   So did you use the GroupMe chat

14        to communicate that, hey, we're having a meeting at

15        this date?

16                       A.   I believe so.

17                       Q.   Okay.  And you already talked

18        about how many meetings there might have been during

19        spring 2020 before you left; right?

20                       A.   Yeah.

21                       Q.   Do you know how many meetings

22        occurred -- how many meetings the College Republicans

23        held from the date of the Dr. Laffer event through

24        the end of the semester?

25                       A.   I don't know.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                         Q.   Okay.  There was one that an

3    election was held; correct?

4                         A.   Yes.

5                         Q.   And you were elected treasurer;

6    right?

7                         A.   Yes.

8                         Q.   Were there any other meetings,

9    other than that one, after the Laffer event?

10                        A.   Probably like the -- the -- the -

11   - the one, two, maybe three.  I -- I -- again, I

12   don't have an exact number, but there were a few

13   meetings after the -- the -- the Art Laffer event,

14   yeah.

15                        Q.   Okay.  And where were those

16   meetings held?

17                        A.   I honestly don't remember the

18   exact location.

19                        Q.   Does any paperwork exist

20   regarding scheduling of those meetings, including

21   emails?

22                        A.   I don't think so.

23                        Q.   Well, I'm going to ask that in --

24   in your email search and your GroupMe search that you

25   -- if you find any scheduling emails that post-date

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2         the Laffer event and your -- during your involvement
 3         with the College Republicans that you provide those,
 4         as well.
 5                   And from the time you joined the
 6         College Republicans in -- in September of 2019, up to
 7         and including November of 2019, and I think you
 8         referenced this before, had the B.U. Republicans
 9         posted flyers or signs on campus?
10                   A.   I'm sorry; did you say before the
11         Laffer event or after?
12                   Q.   Before the Laffer event.
13                   A.   Yes -- yes.  We made flyers and
14         stuff like that.
15                   Q.   Okay.  How many times -- how many
16         and for what purpose?
17                   A.   I know, to my knowledge, at least
18         ones that I made, there were two flyers, the one for
19         The Case Against Socialism and the one for the Art
20         Laffer event.  I don't recall there being any other
21         flyers, but those.
22                   Q.   Did the group create flyers to
23         promote College Republican meetings?
24                   A.   I don't think so.
25                   Q.   Okay.  And after the Laffer
```

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2        event, were you involved in creating flyers of any
 3        sort?
 4                    A.    I don't think there were any
 5        other -- sorry.
 6                    Q.    That's okay.  My -- my question
 7        was, basically, were you involved in -- were you
 8        aware of the College Republicans creating any flyers
 9        for any purpose after the Laffer event?
10                    A.    I don't recall there being any
11        flyers after the Arthur Laffer event.
12                    Q.    Okay.  Did the College
13        Republicans attempt to create any flyers after the
14        Laffer event?
15                    A.    I don't believe so.
16                    Q.    Okay.  This paragraph --
17        paragraph fourteen also mentions hosting tables with
18        information.  Do you see that?
19                    A.    Yes.
20                    Q.    From the time you joined the
21        College Republicans in September of 2019, up to and
22        including the Dr. Laffer event, had the B.U.
23        Republicans hosted any tables with information?
24                    A.    Yes.
25                    Q.    Okay.  And how many times?
```

800.523.7887                          Associated Reporters Int'l., Inc.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                      A.   I think two.
 3                      MS. WADE:  Objection.
 4                      MR. MOORE:  Sorry.  Did somebody say
 5         something?
 6                      MS. WADE:  I said objection, calls for
 7         speculation.
 8                      MR. MOORE:  Okay.
 9                      BY MR. MOORE:  (Cont'g.)
10                      Q.   I'm just asking for your personal
11         recollection, sir.  I'm not asking you to speculate.
12         So you recall two tablings?
13                      A.   I can -- and as far as the
14         purpose of the tabling goes, I can only recall one.
15         However, I believe there might have been a second
16         one.
17                      Q.   Okay.  What is the one you
18         positively remember?
19                      A.   The one prior to the Arthur
20         Laffer event.
21                      Q.   Was that a November 14th, 2019
22         tabling on the Spine?
23                      A.   Yes, I believe that's the one.
24                      Q.   Okay.  And I will ask you further
25         questions about that, but let's go to the other one.
```

Page 59

```
1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
2         You said you believe there may have been one other
3         tabling?
4                   A.   Possibly, yes.
5                   Q.   Okay.  What is your recollection
6         of that?
7                   A.   There honestly is none.
8                   Q.   Why do you think there might have
9         been a tabling?
10                  A.   I -- I just -- I just -- I just
11        kind of remember there being more than one, but I
12        don't remember what the context was of the other one.
13        I know -- I know it was before the -- the Laffer or -
14        - or before the one mentioned prior to the Laffer
15        event, the one that's mentioned in the -- the
16        complaint.  It was before that, but I -- I don't
17        remember really what the tabling was for.
18                  Q.   Okay.  Are you aware of something
19        called U-Fest?
20                  A.   Yes.
21                  Q.   Or University Fest?  Do you know
22        what U-Fest is?
23                  A.   That's where all the clubs, I
24        believe, advertise themselves so that students can
25        get more information about them.
```

1     3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                         Q.    Do they utilize tables for that?

3                         A.    There was a table for the College

4     Republicans for that, yes.

5                         Q.    Is that what you're thinking of

6     here, the other tabling?

7                         A.    It's possible.

8                         Q.    Okay.  Can you give us any other

9     information about another tabling that the College

10    Republicans had during fall 2019?

11                        A.    No.

12                        Q.    And do you know if the College

13    Republicans obtained a permit for any tabling in fall

14    of 2019?

15                        A.    No.

16                        Q.    Okay.  In other words, you don't

17    know or they didn't?

18                        A.    I don't think we did.

19                        Q.    Okay.  But just to be clear,

20    you're not aware of any other tabling other than the

21    November 14th one; correct?

22                        A.    To my recollection, I don't

23    recall any other tabling.

24                        Q.    Okay.  Got you.  All right.

25    After the Dr. Laffer event and until the present

Page 61

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2          time, are you aware of the B.U. Republicans hosting

3          any table with information?

4                    A.   No.

5                    Q.   Are you aware of the College

6          Republicans attempting, at any point after the Dr.

7          Laffer event, to host a table with information?

8                    A.   No.

9                    MS. WADE:  Objection, calls for

10         speculation.

11                   BY MR. MOORE:  (Cont'g.)

12                   Q.   Again, I'm just asking what you

13         know, sir.  Is the answer no?

14                   A.   I do not recall, no.

15                   Q.   Okay.  Well, is the answer you

16         don't recall or -- or you -- you don't -- do -- do

17         you have any idea whether the B.U. College

18         Republicans hosted any tables with information after

19         Dr. Laffer's event?

20                   A.   No, I don't -- I don't think

21         there was any.

22                   Q.   Okay.  Got you.  Just trying to

23         understand; that's all.  This also references hosting

24         speakers on campus, inviting speakers to campus?

25                   A.   Yes.

Page 62

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    Q.    Prior to the Dr. Laffer event, is

3    the only event you're aware of that the College

4    Republicans brought a speaker to campus at, was that

5    The Case Against Socialism?

6                    A.    Yes.

7                    Q.    Were there ever any other

8    speakers that you're aware of that the College --

9    that the College Republicans hosted before Laffer,

10   involving speakers?

11                   A.    There were speakers that would

12   attend meetings.  They weren't events, but they would

13   like attend the meetings just to like talk to the

14   College Republicans.

15                   Q.    Okay.  How many times did that

16   happen?

17                   A.    I can think of three separate

18   scenarios where we had guest speakers go into the

19   actual College Republican meetings.

20                   Q.    Okay.  What was the -- what are

21   those three?  You can list them and tell me when they

22   occurred, if you recall.

23                   A.    The first, I believe was Michael

24   Vasquez.  He appeared, I think it was like October or

25   sometime around then.  I think it was all -- it all

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2    happened relatively, you know, around the same, you

3    know, few months' span.  I'm pretty sure it was all

4    fall 2019.  But it was Michael Vasquez.  It was

5    George Phillips, and it was -- I don't remember this

6    woman's name, but she was like a pro-fracking

7    activist.

8                Q.   Okay.  And did those all occur

9    before the Laffer event or did any of them occur

10   after the Laffer event?

11               A.   I'm pretty sure they were all

12   before the Laffer event.

13               Q.   Did the College Republicans

14   invite any speakers to attend meetings after the

15   Laffer event?

16               A.   I don't think so.

17               Q.   During spring of 2020, did the

18   College Republicans host any speakers on campus

19   during your involvement with the group?

20               A.   I -- I'm not aware of any

21   speakers that came after the Art Laffer event.

22               Q.   Okay.  How about Senator Thomas

23   Reed?  Did he appear on campus at the behest of the

24   College Republicans in January 2020?

25               A.   Yes, but not as a speaker in that

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         sense.

3                        Q.   Okay.  He simply came to campus?

4                        A.   He -- he came to campus, I

5         believe, and then he attended a meeting with us and -

6         - and University officials.

7                        Q.   Okay.  We'll talk about that

8         later.  During the spring semester of 2020, did you

9         have any other speakers at meetings?

10                       A.   I don't think so.

11                       Q.   Okay.  And certainly, if you can

12        come up with any, we'll leave a blank in the

13        transcript because I know you'll be going through

14        your emails and perhaps that will refresh your

15        recollection.  Is that fair? _____

16                       A.   That's fair.

17                       Q.   Okay.  Going back to the caption,

18        you don't have to put it up on the screen if you

19        don't want to, but it's a name we've already talked

20        about, Jon Lizak.  Do you keep in contact with Mr.

21        Lizak?

22                       A.   No.

23                       Q.   When's the last time you spoke

24        with him?

25                       A.   I would have to say it was

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        February, maybe March.  It -- it was before the

3        pandemic sent people home.

4                        Q.   Was it before you resigned as

5        treasurer?

6                        A.   It -- no, it -- it was -- it was

7        after I resigned, like shortly thereafter, I think.

8                        Q.   And what was the subject matter

9        of your conversation, after you resigned, with Mr.

10       Lizak?

11                       A.   He -- he just kind of, you know,

12       asked me to, you know, stay on as -- as -- as

13       treasurer.  And I -- I politely told him that I -- I

14       -- I couldn't.

15                       Q.   Okay.  Did anything else occur

16       during that conversation?

17                       A.   I don't think so.

18                       Q.   Have you ever discussed the

19       lawsuit with him?

20                       A.   No, I don't think so.

21                       Q.   Was your last conversation with

22       him in approximately March 2020?

23                       A.   As -- as far back as I can think,

24       yes, that was my last conversation.

25                       Q.   Okay.  Do you know Lacey

       1      3/30/2023 - Young America's v Stenger - Preston Scagnelli

       2             Kestecher?

       3                            A.   Yes.

       4                            Q.   And who is Lacey?

       5                            A.   Lacey was a member of the

       6      Binghamton University College Republicans.  I -- she

       7      -- she was a -- a friend of mine during my time, you

       8      know, working there.  I'm not sure what other info

       9      there would be to say about her.

      10                            Q.   Okay.  When's the last time you

      11      spoke with her?

      12                            A.   I think it's at least been a

      13      year.

      14                            Q.   And have you ever discussed this

      15      lawsuit with her?

      16                            A.   Again, I -- I -- I don't think

      17      so.

      18                            Q.   Okay.  Do you know who Reign Bey

      19      is?  And that's spelled R-E-I -- I'm sorry; strike

      20      that.

      21                            Let's -- let's stick with Mr.

      22      Restuccia.  You spoke with him -- you spoke about him

      23      before.  When's the last time you spoke with John

      24      Restuccia?

      25                            A.   Yesterday.

```
1     3/30/2023 - Young America's v Stenger - Preston Scagnelli
2                          Q.   And what was the subject matter
3     of your conversation yesterday?
4                          A.   Just to catch up and chat where,
5     you know, I -- I consider him my best friend.  So we
6     talk, you know, probably every other day.
7                          Q.   Okay.  Did John ever tell you
8     about his testimony in this case?
9                          A.   No.
10                         Q.   Did you tell him you were
11    testifying in this case?
12                         A.   No.
13                         Q.   So he's your best friend and you
14    never discussed the fact that both of you testified
15    in a lawsuit?
16                         A.   No.
17                         Q.   Okay.  Have you ever discussed
18    this lawsuit with him?
19                         A.   Again, when the lawsuit first
20    popped up and, you know, was -- people were -- were
21    talking about it, I'm -- I'm -- yeah, he shared it
22    with me, I believe.  And -- and we briefly, you know,
23    talked about the lawsuit, but we never -- after that,
24    we never really talked about it, no.
25                         Q.   Okay.  All right.  We've been
```

Page 68

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2        going for about an hour now, sir.
 3                    A.    Uh-huh.
 4                    MR. MOORE:  Does everybody want to
 5        take a five-minute break?  Get some coffee, is that -
 6        -?
 7                    MR. SAITTA:  That's fine.
 8                    MS. WADE:  That's good.
 9                    MR. MOORE:  It's ten O three right
10        now.  Why don't we come back at ten ten, and we'll
11        keep moving?  Does that sound good?
12                    Okay.   Thanks.
13                    (Off the record, 10:03 a.m. to 10:12
14        a.m.)
15                    THE REPORTER:   .
                                      We're on the record.
16                    BY MR. MOORE:   (Cont'g.)
17                    Q.   Sir, do you understand that
18        you're still under oath?
19                    A.   Yes.
20                    Q.   Okay.  I'm going to ask you about
21        some other witnesses who have been identified, either
22        through testimony or in written discovery documents.
23        And the first is a name I mentioned earlier, Reign
24        Bey, and that R-E-I-G-N, Bey is B-E-Y.  Do you know
25        Reign Bey?
```

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2                        A.   Yes.

 3                        Q.   Who is Reign?

 4                        A.   Reign was the former vice-

 5    president of the College Republicans, I believe,

 6    until the end of the spring 2019 semester.  And --

 7    yeah, that's -- that's Reign.

 8                        Q.   Okay.  Have you discussed the

 9    claims in this case with Reign?

10                        A.   No.

11                        Q.   When's the last time you talked

12    to Reign?

13                        A.   Six to eight months ago.

14                        Q.   Okay.  Did you discuss the

15    lawsuit at all?

16                        A.   No.

17                        Q.   And was she at the tabling event,

18    if you know?

19                        A.   I don't remember if she was at

20    the tabling event.

21                        Q.   Was she at the Laffer event?

22                        A.   I don't remember.

23                        Q.   Okay.  Do you know a guy named

24    Spencer Haynes?

25                        A.   Yes.
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        Q.   Who is Spencer?

3                        A.   Spencer, he -- I don't think he

4    had any official role at the club.  He, you know,

5    attended the meetings, very nice guy.  That's really

6    --.

7                        Q.   So he was a member of the College

8    Republicans?

9                        A.   He -- he attended meetings, yeah.

10                       Q.   Okay.  When's the last time you

11   talked to Spencer?

12                       A.   Before the pandemic.

13                       Q.   Okay.  You've never discussed the

14   lawsuit with him, then?

15                       A.   No.

16                       Q.   Do you know if he was at the

17   tabling event?

18                       A.   I don't remember.

19                       Q.   Do you know if he was at the

20   Laffer event?

21                       A.   I don't remember.

22                       Q.   Okay.  I'm going to show you

23   what's been marked as Defendant's Exhibit Forty-

24   three.  And this was marked for identification in Mr.

25   Haynes' deposition on March 24th.  And this is an

1     3/30/2023 - Young America's v Stenger - Preston Scagnelli

2     article from the Binghamton Review.  Do you know what

3     the Binghamton Review is?

4                    A.   Yes.

5                    Q.   Were you aware that Mr. Haynes

6     was a writer for the Binghamton Review?

7                    A.   I don't remember him being a

8     writer, but it's -- it's possible.

9                    Q.   Okay.  Let's scroll down to the

10    second page.  So we get the title of this article.

11    It reads, Defamation and Prejudice, a Reflection on

12    2019.  If you scroll down a little farther, we'll see

13    the date and the author.  And it's dated February 3,

14    2020 by Spencer Haynes.

15                   Have you ever read this article before

16    today?

17                   A.   No.

18                   Q.   Do you recall this article back -

19    - being released back in February 3, 2020 in the

20    Binghamton Review?

21                   A.   No.

22                   Q.   Did you read the Binghamton

23    Review at that time?

24                   A.   No.

25                   Q.   Okay.  If you go to the bottom of

1     3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         page three of eight of this article, and it's got a

3         quote.  It says quote one, and it says in quotes, we

4         have no reason to join the tabling protest because

5         we're going to do whatever we want anyways.

6                     And that is a quote attributed to Taj,

7         T-A-J, Robinson, President of the -- and if you

8         scroll down a little farther, it says College

9         Progressives.  And September 2, 2019 is the date

10        attributed to that.

11                    Do you know Taj Robinson?

12                    A.   No.

13                    Q.   Do you know the College

14        Progressives?

15                    A.   Yes.

16                    Q.   What is the College Progressives?

17                    A.   The College Progressives, to --

18        to -- to -- in my opinion, is the -- well, I mean, I

19        think they pretty much embrace it themselves, but

20        they're the farther left than the Democrat Club group

21        on campus.

22                    Q.   Okay.  I'll read the first couple

23        sentences of this section at the top of page four of

24        eight.  It says, in September, the College

25        Republicans were already planning to table without

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        S.A. permission.

3                        Did I read that correctly, sir?

4                        A.   Yes.

5                        Q.   Do you know if the College

6        Republicans were planning to table without S.A.

7        permission in September of 2019?

8                        A.   I'm -- trying to think.  I think

9        I recall someone asking once, like, did you get a

10       permit for this?  I don't remember who, then someone

11       saying, no.  But I -- I'm -- I don't -- I -- I can't

12       think of a particular instance where I'd heard that.

13                       Q.   Okay.  Were you aware that, in

14       September, the College Republicans were planning to

15       table without S.A. permission?

16                       A.   I'd have to think about that.

17       It's -- I -- that was fuzzy for me.

18                       Q.   Okay.  While you're thinking,

19       I'll read the next sentence.  In the opinion of the

20       group, free speech cannot be infringed on public

21       property no matter what form the speech takes.  And

22       then the sentence after that reads I thought this

23       issue would be a good opportunity for the Republicans

24       and College Progressives to table together as the

25       Progressives protest more than any other group on

800.523.7887                      Associated Reporters Int'l., Inc.

 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2        campus.

 3                        Did I read that correctly, sir?

 4                A.    Yes.

 5                Q.    Okay.  Do you remember this being

 6        discussed at all in September of 2019?  And the first

 7        question would be do you remember the group talking

 8        about, in the opinion of the group, free speech

 9        cannot be infringed on public property no matter what

10        form the speech takes?

11                A.    I have heard something along

12        those lines, yes.

13                Q.    Okay.  And is it your recall that

14        that was discussed in September of 2019 amongst the

15        College Republicans?

16                A.    I can't assign a date to that,

17        but I -- I do recall hearing something along those

18        lines.

19                Q.    Do you remember hearing something

20        along that lines before the November 14th, 2019

21        tabling event?

22                A.    Yes.

23                Q.    Then, in your -- does that

24        refresh your recollection that the College

25        Republicans had a plan to hold a tabling event

1   3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        without a permit for that purpose?

3                     A.   I believe that sentence, the

4        whole free speech cannot be infringed on public

5        property, that was said in the context of a tabling

6        event.  Whether it was the deliberate attempt to, you

7        know, do that without S.A. permission, I -- I don't -

8        - I don't remember.

9                     Q.   Okay.  Well, do you know if the

10       College Republicans attempted to get S.A. permission

11       for the November 14, 2019 tabling event?

12                    A.   I was not aware of any attempt to

13       get a permit.

14                    Q.   Okay.  Do you know if there was

15       discussion of purposefully not obtaining a permit for

16       the purposes set forth in the sentences I just read?

17                    A.   I was not made aware of any

18       attempt to not get a permit.

19                    Q.   Okay.  And finally, were you

20       aware that an overture was made to the College

21       Progressives to join the tabling?

22                    A.   I don't remember anything along

23       the lines of a joint tabling.

24                    Q.   Okay.  I'm all set with that.  We

25       can move on from that exhibit.  Do you know a person

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         named Sebastian Roman or Roman?

3                   A.    The name rings a bell, but I

4    can't -- I -- I don't know anyone that I recall with

5    that name.

6                   Q.    Okay.  And that includes in the

7    membership of the College Progressives?

8                   A.    Yeah.  I -- I don't remember

9    knowing anyone with that name.  The name does ring a

10   bell, though.

11                  Q.    Do you know a name Joe

12   Silverstein?

13                  A.    Yes.

14                  Q.    Who is Joe Silverstein?

15                  A.    Joe Silverstein, he rarely

16   attended -- he -- he never really attended any of the

17   meetings.  But he did show up a bit prior to -- you

18   know, the -- the Art Laffer event and -- and got

19   involved around that time.

20                  Q.    So he was a College Republicans

21   member?

22                  A.    I -- I guess you could call him

23   that, yeah.

24                  Q.    Okay.  Have you discussed the

25   claims in this case with Joe?

Page 77

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                    A.    No.
 3                    Q.    When's the last time you talked
 4    to Joe?
 5                    A.    I think it was the night of the
 6    Arthur Laffer event.
 7                    Q.    Was he at the tabling event?
 8                    A.    I don't remember.
 9                    Q.    And he was at the Laffer event.
10    Is that a fair statement, based on your earlier
11    testimony?
12                    A.    Yes -- yes, he was at the Laffer
13    event.
14                    Q.    Do you know a person name Joe
15    Badalamenti or Giuseppe Badalamenti?
16                    A.    Yes.
17                    Q.    Okay.  And that's B-A-D-A-L-A-M-
18    E-N-T-I.
19                    A.    Uh-huh.
20                    Q.    Who -- who is Joe Badalamenti?
21                    A.    He was another member of the
22    Binghamton University College Republicans.
23                    Q.    In the fall of 2019?
24                    A.    I believe so, yeah.
25                    Q.    When's the last time you talked
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2       to Joe?

3                    A.    Probably prior to spring 2020

4       semester, before Covid sent everyone home.

5                    Q.    Okay.  So you never discussed

6       this lawsuit with him?

7                    A.    No.

8                    Q.    Was he at the tabling event?

9                    A.    Possibly.  I -- I don't remember.

10                   Q.    And again, if you don't know

11      something, I don't want you to guess.

12                   A.    Okay.

13                   Q.    Was he at the Laffer event?

14                   A.    I don't remember.

15                   Q.    Okay.  Do you know someone named

16      Dylan Roth?

17                   A.    Yes.

18                   Q.    Who is Dylan Roth?

19                   A.    Dylan Roth was another member of

20      the College Republicans.  That's really all I know

21      about him.

22                   Q.    Was he a member in fall 2019?

23                   A.    I don't remember.

24                   Q.    Was he at the tabling event, if

25      you know?

800.523.7887                          Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        A.   I don't remember.

3                        Q.   Was he at the Laffer event, if

4         you know?

5                        A.   I don't remember.

6                        Q.   When's the last time you spoke

7         with him?

8                        A.   Probably spring 2020, before

9         Covid.

10                       Q.   So fair to say you never

11        discussed this lawsuit with him?

12                       A.   No.

13                       Q.   Do you know his current

14        whereabouts?

15                       A.   No.

16                       Q.   Do you know a name, Samuel

17        Kessler?

18                       A.   Yes.

19                       Q.   Who is Samuel Kessler?

20                       A.   He was also a member of the

21        Binghamton College Republicans.

22                       Q.   Was he a member in fall of 2019?

23                       A.   I don't remember.

24                       Q.   Was he at the tabling event, if

25        you know?

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        A.    I don't remember.

3                        Q.    Was he at the Laffer event, if

4       you know?

5                        A.    I don't remember.

6                        Q.    When is the last time you talked

7       to Sam Kessler?

8                        A.    Spring 2020 semester, before

9       Covid.

10                       Q.    Okay.  So your last contact with

11      him was when you were last on campus?

12                       A.    Yeah.

13                       Q.    And you haven't discussed the --

14      the facts of this lawsuit with him?

15                       A.    No.

16                       Q.    Okay.  Do you know an individual

17      named Brian Murray?

18                       A.    Yes.

19                       Q.    Who is Brian Murray?

20                       A.    Brian Murray was the former

21      treasurer of the Binghamton College Republicans, in

22      the fall 2019 semester.  He -- I'm trying to think of

23      -- I -- I think he also did some stuff with College

24      Libertarians, which is a separate group.  But yeah,

25      that -- that's Brian Murray.

Page 81

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                        Q.    Okay.  Was he a College
 3    Republicans -- he must have been a member if he was
 4    the treasurer; correct?
 5                        A.    Yeah -- yeah.
 6                        Q.    Was he at the tabling event, if
 7    you know?
 8                        A.    I don't remember.
 9                        Q.    Do you know if he was at the Dr.
10    Laffer event?
11                        A.    I don't remember.
12                        Q.    When is the last time you've
13    spoken with Brian Murray?
14                        A.    Probably three or four months
15    ago.
16                        Q.    Okay.  How -- in what context did
17    you speak with Brian?
18                        A.    We played a video game together.
19                        Q.    Do you have Brian's contact
20    information?
21                        A.    I should, yeah.
22                        Q.    Okay.  He is someone we're trying
23    to locate for a deposition.  I will tell you that
24    now.  And we are probably going to serve a subpoena.
25    So if -- I'm going to ask you for his contact
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        information.  I'd rather he show up voluntarily.  So

3        if -- feel free to pass along that information to him

4        if you have a way of doing so.

5                        A.   Okay.

6                        Q.   But we'd like -- we'd like to

7        hunt him down and get him -- get him in for a

8        deposition.

9                        A.   Okay.

10                       Q.   And I will make a request on the

11       record for whatever your current contact info for him

12       is, so we can reach out to him.  Fair enough?

13                       A.   Fair enough.

14                       Q.   Have you ever discussed the facts

15       of this lawsuit with Brian?

16                       A.   No.

17                       Q.   Okay.  Do you know an individual

18       named Bryn Lauer?

19                       A.   Yes.

20                       Q.   B-R-Y-N L-A-U-R-E (sic).  Who is

21       Bryn?

22                       A.   Bryn was a member of the College

23       Republicans.

24                       Q.   Was she a member in the fall of

25       2019?

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                      A.   Yes.
 3                      Q.   Have you -- was she at the
 4    tabling event, if you knew?
 5                      A.   I don't remember.
 6                      Q.   Was she at the Laffer event?
 7                      A.   Yes.
 8                      Q.   And have you ever discussed the
 9    claims in this case with Bryn?
10                      A.   No.
11                      Q.   Do you know Bryn's current
12    whereabouts?
13                      A.   No.
14                      Q.   When was the last time you spoke
15    with Bryn?
16                      A.   Before the pandemic, so spring
17    2020 semester.
18                      Q.   Okay.  So it's fair to say you've
19    never discussed the lawsuit at all?
20                      A.   No.
21                      Q.   Do you know an individual named
22    Joe Riccardi?
23                      A.   No.
24                      Q.   Do you have an understanding of
25    what the Plaintiff Young America's Foundation is?
```

Page 84

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        A.   Yes.

3                        Q.   What is Young America's

4    Foundation?

5                        A.   They are an organization.  I'm

6    pretty sure they're a nonprofit that essentially just

7    supports, you know, Student Republican and

8    conservative groups on campus.  That's my

9    understanding of this.

10                       Q.   Okay.  Have you ever held any

11   kind of role, position, or membership in Y.A.F.?

12                       A.   No.

13                       Q.   Did you personally have any

14   contact or communication with any representative of

15   Y.A.F. before the November 2019 Laffer event?

16                       A.   Yes.

17                       Q.   And what communication did you

18   have?

19                       A.   I had communication with a

20   gentleman named Raj Kannappan.  I think that's how

21   you pronounce the last name.

22                       Q.   Okay.  Did Y.A.F. have some sort

23   of involvement with the Dr. Laffer event?

24                       A.   Yes.  I don't know exactly what

25   that involvement was, though.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                        Q.    Okay.  Did you become aware
 3    before the Dr. Laffer event that Y.A.F. would have
 4    some sort of involvement?
 5                        A.    Yes.
 6                        Q.    And how did you come to that
 7    understanding?
 8                        A.    I believe we were -- I believe I
 9    was told by the club president, John Restuccia, that
10    YAF would be helping us with this event.
11                        Q.    Okay.  And at some point before
12    Dr. Laffer came to campus, did you have that contact
13    that you discussed with Raj Kannappan?
14                        A.    Before the Arthur Laffer event?
15                        Q.    Yeah.
16                        A.    Yes.
17                        Q.    Okay.  And what contact did you
18    have with -- with Raj?
19                        A.    I had sent him a couple emails,
20    particularly relating to the flyer for the event that
21    I designed.  He wanted to, apparently, see the flyer
22    before we spread it around and just, you know,
23    approve it, make sure that it -- it looked, you know,
24    all nice and well kept.
25                        Q.    Okay.  So did you exchange emails
```

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2        with Raj?
 3                    A.   Yes -- yes.
 4                    Q.   Okay.  I'm going to make a
 5        request for copies of those emails?
 6                    A.   I -- I don't know if I have
 7        access to those because they were done through the
 8        Binghamton University College Republicans official
 9        email.  It wasn't sent through my -- my personal B.U.
10        email.  So I don't know.  I don't think I have access
11        to that email anymore.
12                    Q.   Okay.  Got you.  All right.  How
13        many emails did you exchange with him and -- and what
14        was the subject matter of those emails?
15                    A.   Probably two, and it was just in
16        relation to the flyer that I -- that I was working
17        on.
18                    Q.   Okay.  Did you ever have any
19        contact with him regarding the tabling event?
20                    A.   No -- no, not that I can think
21        of.
22                    Q.   Did you ever email Raj from the
23        tabling event, using the College Republicans' email
24        address?
25                    A.   No.
```

Associated Reporters Int'l., Inc.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                        Q.   Have you ever met Raj Kannappan?
 3                        A.   Yes.  I believe he was at the --
 4         the Arthur Laffer event, if I'm remembering
 5         correctly.
 6                        Q.   Did you have any discussions with
 7         him at that event?
 8                        A.   No.
 9                        Q.   Okay.  Was it -- what was the --
10         what was the mode of your interaction with him?
11                        A.   I mean, I -- I think I just said
12         like, hi, Raj, or something like that.  I mean, we
13         never had much of a discussion, really.
14                        Q.   Okay.  And your email exchanges
15         were -- were limited to the subject matter of the
16         flyer you discussed and that's it?
17                        A.   Yeah -- yeah.  To my -- to --
18         from what I can remember, yes.  The emails were only
19         limited to the flyer.
20                        Q.   Okay.  Did you ever have any
21         phone calls with Raj before the Laffer event?
22                        A.   I don't think so, no.
23                        Q.   How did the group settle on a
24         date for Dr. Laffer to come to campus?
25                        A.   I don't remember.
```

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                        Q.    Did you ever -- were you ever
 3    involved in email communications regarding picking a
 4    date for the -- for Dr. Laffer's appearance?
 5                        A.    No, I don't think I was.
 6                        Q.    Do you know if the date or dates
 7    for Dr. Laffer's event ever changed at any point?
 8                        A.    I don't remember.
 9                        Q.    Did you become aware that a date
10    was picked for Dr. Laffer to come to campus?
11                        A.    As in was I -- was I aware --?
12                        Q.    Were you told he is coming on
13    this date?
14                        A.    Oh, yeah, I -- I -- I was told he
15    was coming in on a certain date because I had to put
16    that info on the flyer.
17                        Q.    Okay.  Got you.  Once a date had
18    been picked by the College Republicans, what steps,
19    if any, did the College Republicans take to
20    facilitate the speaker's appearance?  You talked
21    about flyers.
22                        A.    Yeah.
23                        Q.    Did somebody have to reserve a
24    room?
25                        A.    Yes.  I was -- I was of the
```

Associated Reporters Int'l., Inc.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2         understanding that a room was reserved in what I
 3         believe was the engineering building and then that
 4         room got moved to the -- the lecture hall next door.
 5         If I remember correctly, that's what happened.
 6                        Q.   Okay.  Do you know how College
 7         Republicans selected the initial room?
 8                        A.   I think there's like a web
 9         service that Binghamton has that allows you to do
10         that.
11                        Q.   Okay.  Well, was approval
12         required from anybody to secure the room?
13                        A.   I believe approval was required
14         by -- I don't know who handled it, but, yeah, it was
15         a process where something had to be approved.
16                        Q.   Okay.  But you don't know who --
17         who approves it?
18                        A.   No.
19                        Q.   Were you involved in the process
20         of securing that room?
21                        A.   No.
22                        Q.   Okay.  Were you provided with any
23         emails regarding the securing of that room?
24                        A.   No, not that I remember.
25                        Q.   Let's go to Defendant's Exhibit
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         Three.

3                   MR. MOORE:  I'll just ask our

4         stenographer to put up the first page of that.

5                   BY MR. MOORE:  (Cont'g.)

6                   Q.   And that says, that has -- it's a

7         Gmail that says B There room approved, and then

8         there's the numbers fourteen, the letters L, H, and

9         N.

10                  And I see at the top right of this, I

11        see the name Preston Scagnelli.  That's you; right?

12                  A.   Yes.

13                  Q.   And email address P.C. Scagnelli

14        at Gmail dot com.

15                  A.   Yeah.

16                  Q.   Do you recognize that email

17        address?

18                  A.   Yes.

19                  Q.   Is that your email address?

20                  A.   Yes.

21                  Q.   It looks like, at the top of this

22        email, which is dated Thursday, November 21, 2019, it

23        appears that John Restuccia sends an email to the --

24        to the Gmail account; correct?

25                  A.   Yes.

800.523.7887                          Associated Reporters Int'l., Inc.

Page 91

```
 1   3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                    Q.   That was your email address?
 3                    A.   Yes.
 4                    MR. MOORE:   Okay.  Let's scroll down
 5         farther to show the witness the entire email.
 6                    BY MR. MOORE:   (Cont'g.)
 7                    Q.   Do you see that email?
 8                    A.   Uh-huh.
 9                    Q.   And why -- and -- do you know
10         what it is?
11                    A.   It looks like a -- let's see --
12         it looks like an approval for a room.
13                    Q.   Okay.  And it looks like it's
14         selected for October 7, 2019?
15                    A.   Yes.
16                    Q.   Was that the date of the Laffer
17         event?
18                    A.   I don't remember.
19                    Q.   Okay.  Do you maintain the Gmail
20         account that is -- on this email?
21                    A.   Yes.
22                    Q.   Okay.  And did you ever utilize
23         this email address to conduct College Republicans'
24         business?
25                    A.   I -- again, I -- I -- I don't
```

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2         remember.

 3                    Q.   Okay.  But you would agree with

 4         me that this page indicates that John Restuccia sent

 5         you some College Republicans related emails to that

 6         email address; correct?

 7                    A.   Yes.

 8                    Q.   Do you know why he sent that to

 9         you?

10                    A.   I -- I don't remember.

11                    Q.   Okay.  Let's go to the next page.

12         And you see, at the top of that, this also appears to

13         be another email of the same date, November 21, 2019

14         from Restuccia to your Gmail account; correct?

15                    A.   Uh-huh.

16                    Q.   And if you scroll down, it looks

17         like this is -- it's a secure room for October 14,

18         2019, the Arthur Laffer speaking event.  Would you

19         agree?

20                    A.   Yeah.

21                    Q.   Was that the date of the Arthur

22         Laffer event?

23                    A.   I don't remember.

24                    Q.   Do you know why the date's moved?

25                    A.   I don't remember.
```

1      3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                          Q.    Okay.   Let's go to the next page.

3      This is --- I'll state for the record that these are

4      Bates stamped pages of one fourteen through one

5      eighteen from Plaintiff's disclosure.   Is this

6      another email forwarded from Restuccia to you, dated

7      November 21, 2019?

8                          A.    Yes.

9                          Q.    And this appears to be a

10     reservation that was made on September 24, 2019;

11     correct?

12                         A.    Yes.

13                         Q.    And if we scroll down, this looks

14     like this reservation was made for the Laffer

15     Speaking event on November 8, 2019; correct?

16                         A.    Yes.

17                         Q.    Do you know why the date changed

18     from the 14th to the -- to November 8th?

19                         A.    No.

20                         Q.    Okay.   Do you know why Restuccia

21     forwarded this email to you?

22                         A.    I don't remember.

23                         Q.    You know how this -- well, strike

24     that.

25                         Let's go to the next page.   And this

Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        appears to be another email dated Thursday, November

3        21, 2019.  And would you agree with me that this is

4        another room reservation email forwarded to you by

5        Restuccia?

6                    A.    Yes.

7                    Q.    And that went to your Gmail

8        account?

9                    A.    Yes.

10                   Q.    And then, if we scroll down a

11       little further, it looks like this was a room

12       reservation made on October 3, 2019; correct?

13                   A.    Yes.

14                   Q.    And this appears to be for the

15       date November 18, 2019; correct?

16                   A.    Yes.

17                   Q.    Do you know why -- and this is

18       for the Dr. Laffer speaking event?

19                   A.    Yes.

20                   Q.    And do you know why the date was

21       changed again?

22                   A.    No.

23                   Q.    Do you know why Restuccia sent

24       this to you?

25                   A.    I don't remember.

Associated Reporters Int'l., Inc.

1      3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                          Q.   Okay.   There's one more page.

3      We'll go to that.   This is Bates stamp page -- what

4      we just talked about was Bates stamp page one

5      seventeen.   This is Bates stamp page one eighteen.

6                          Again, this was an email sent to you

7      on November 21, 2019 from Restuccia; correct?

8                          A.   Yes.

9                          Q.   And this was a room reservation

10     made on Halloween of 2019; correct?   October 31st?

11                         A.   Yes.

12                         Q.   And this appears that this was a

13     reservation, if you scroll down a little farther,

14     again, made for November 18, 2019; correct?

15                         A.   Yes.

16                         Q.   Okay.   Do you know why the

17     reservation was changed again?

18                         A.   No.

19                         Q.   Do you know why Restuccia sent

20     you this email?

21                         A.   I don't remember.

22                         Q.   Okay.   This was after -- these

23     emails were forwarded to you after the Laffer event;

24     correct?

25                         A.   If it was sent -- when was it

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        sent, again?

3                        Q.   If you scroll back up, we can

4        look at the top of Bates stamp page one eighteen on

5        November 21, 2019; correct?

6                        A.   Yeah.  I -- I guess if that's

7        after the Laffer event, then -- then, yeah.

8                        Q.   Do you know why Restuccia

9        would've sent, from his Binghamton email address, to

10       your private Gmail account?

11                       A.   I don't remember.

12                       Q.   Okay.  Do you see, also, that --

13       that under the subject matter, the emails forwarded,

14       it says B There room approved.  Do you know what is

15       referred to -- do you know what B There is?

16                       A.   I believe that is the -- the

17       online service, I think, where you can reserve rooms.

18                       Q.   Okay.  So is that a University-

19       hosted system for reservation of rooms.  Is that a

20       fair statement?

21                       A.   I -- I -- I guess, yeah.

22                       Q.   Okay.  And did the College

23       Republicans, as a group, have the right to reserve

24       that room?

25                       A.   At the time of the Laffer event,

Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         I believe so, yes.

3                   Q.   Okay.  Let's scroll down a little

4         farther.  Does it say anything about the College

5         Republicans, specifically, in this email?

6                   A.   I do not see anything that says

7         the word College Republicans.

8                   Q.   Okay.  And it looks like the

9         person who made this reservation was John Restuccia.

10        Is that your understanding?

11                  A.   Yes.

12                  Q.   Did John tell you he was making

13        room reservations?

14                  A.   I mean, prior to the event, I

15        believe, yeah, he -- he said -- told, you know,

16        members of the group that there was a room set.

17                  Q.   Okay.  Fair enough.  Let's go to

18        Defendant's Exhibit Eleven.  And I'll leave the --

19        I'll -- I'll identify that this was a email marked at

20        Mr. Restuccia's deposition earlier -- earlier --

21        earlier in this year.

22                  Do you recognize this email, sir?

23                  A.   I'm sorry?

24                  Q.   Do you recognize this email?

25                  A.   No.

Associated Reporters Int'l., Inc.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                    Q.    This is Bates stamp pages one
 3    thirty-three and one thirty-four.  Do you see, at the
 4    top of this email, this was another email forwarded
 5    to you by John Restuccia from his Binghamton E.D.U.
 6    email address to your Gmail address?
 7                    A.    Yes.
 8                    Q.    And would you agree with me that
 9    also occurred on November 21, 2019?
10                    A.    Yes.
11                    Q.    And this was -- this -- this
12    email is titled, Event Approved: Dr. -- Dr. Arthur
13    Laffer: Trump, Tariffs, Trade Wars.  Would you agree
14    with me?
15                    A.    Yes.
16                    Q.    Was that the title of Dr.
17    Laffer's lecture?
18                    A.    Yes.
19                    Q.    And if you scroll down, please.
20    Do you know what -- what the body of this email is?
21    It has the words event.
22                    A.    I can see it, yeah.
23                    Q.    Do you know what it is?
24                    A.    It -- well, from the looks of it,
25    it looks like an event approval.
```

Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                      Q.   Okay.  Do you know was the Dr.

3    Laffer Event dated November 18 approved by a school

4    administrator as of November 12th?

5                      A.   As in was I aware of that at the

6    time?

7                      Q.   Yeah.

8                      A.   Yeah.  I -- I knew the event was

9    approved.

10                     Q.   And if you scroll up, who was it

11   approved by?  See under forwarded message?

12                     A.   Yeah.  It looks like a Joshua

13   Dorfman.

14                     Q.   Do you know who Joshua Dorfman

15   is?

16                     A.   I do not.

17                     Q.   Okay.  Is he a University

18   employee?

19                     A.   I do not know.

20                     Q.   Okay.  Scroll down a little

21   farther.  Do you see the words, open for

22   registration?  It says the event, Dr. Arthur Laffer:

23   Trump, Tariffs, Trade Wars, Monday, November 18, at

24   seven thirty p.m., was approved by a school

25   administrator and is now visible on the calendar and

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2         open for registration, if you allowed it in your
 3         event settings.
 4                        Did I read that correctly?
 5                   A.   Yes.
 6                   Q.   Do you know what open for
 7         registration means?
 8                   A.   No.
 9                   Q.   Did the College Republicans
10         require registration for this event?
11                   A.   Yes, I believe so.
12                   Q.   Okay.  So to -- to attend the
13         event, would you have to register using this -- would
14         someone have to register to attend it?
15                   A.   Yes.
16                   Q.   Okay.  Did you require tickets
17         for the event?
18                   A.   Like actual physical tickets, I -
19         - I don't remember.
20                   Q.   Okay.  And what's your source of
21         knowledge that registration was required for the
22         event, to attend the event?
23                   A.   I believe I -- I believe, on the
24         flyer I had made, there was a Q.R. code that I
25         believe I put on there that would link to a page
```

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2         where you could make a reservation.  I'm pretty sure
 3         this was the event where I did that.
 4                   I -- I know I did it for one of the
 5         events, whether it was The Case Against Socialism or
 6         this, but that was the knowledge I had on -- on
 7         reservations.
 8                   Q.    Okay.  I'm going to request the
 9         copy of that Laffer flyer to the extent you have it
10         in your emails --
11                   A.    Uh-huh.
12                   Q.    -- or other source.  Okay.  I'll
13         put that in an email.
14                   And again, do you know why John
15         Restuccia sent you this email?
16                   A.    I do not --
17                   Q.    All right.
18                   A.    -- remember.
19                   Q.    Okay.  Did you have any -- did
20         you personally have any contact, before the tabling
21         event or Dr. Laffer speech, with the University or
22         University Police regarding the event?
23                   A.    I -- me -- me, personally, with
24         University Police?
25                   Q.    Yes.
```

```
 1   3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                        A.    I don't recall anyone or -- or
 3        myself having any interaction with the University.   I
 4        know the police -- University Police, there were a
 5        couple instances, yes, where I interacted with them.
 6                        Q.    Okay.  What interactions did you
 7        have with University Police -- Police before either
 8        event?
 9                        A.    Okay.  So before -- during --
10        after the tabling thing went down, I saw Officer Joe
11        Gallagher with the University Police.  And I walked
12        up to him and I just asked him, you know, is everyone
13        okay, you know, is John, Lacey, and whoever was there
14        at the table, were they okay.  That was one
15        interaction I had.
16                        The other interaction I had was before
17        the Arthur Laffer event, I believe it was like the
18        morning before or a few mornings before, John
19        Restuccia and I to thank the University Police for,
20        you know, agreeing to, you know, be there for the
21        event.  We got them coffee and -- from the nearby
22        convenience store.
23                        Q.    Okay.  So let's talk about the
24        Joe Gallagher contact after the tabling event.  Was
25        that on the date of the tabling event or sometime
```

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2        after that?
 3                    A.   That was on the date of the
 4        tabling event.
 5                    Q.   Had the tabling event concluded
 6        at that point?
 7                    A.   Yes.
 8                    Q.   Where did you see Investigator
 9        Gallagher?
10                    A.   He was on the outside of the
11        protest group that was there.
12                    Q.   Okay.  Was the protest still
13        going on?
14                    A.   Yes.
15                    Q.   Okay.  Were the College
16        Republicans still there?
17                    A.   No.
18                    Q.   All right.  And what was -- what
19        was said by you and what was said by Investigator
20        Gallagher?
21                    A.   Paraphrasing here, but
22        essentially, I just -- I walked up to him because I
23        was very concerned.  I didn't know what happened to
24        my friends and -- and colleagues in the College
25        Republicans.
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                     So I walked up and asked him, you

3    know, is -- is everyone okay, is John all right, you

4    know, and Lacey and them.  And - and he said, yeah,

5    they're fine, they -- they went somewhere off campus,

6    they're -- they're good.

7                     Q.   Okay.  Did he say anything else

8    to you about that?

9                     A.   Not that I can recall.

10                    Q.   Why were you concerned for their

11   safety?

12                    A.   Because they're my friends.

13                    Q.   Well, what caused you to become

14   concerned?

15                    A.   The mob of what I would say is

16   probably a hundred to a hundred and fifty-plus people

17   where -- surrounding where they were once standing.

18                    Q.   Okay.  And when did you arrive at

19   that scene that allowed you to have that conversation

20   with Joe Gallagher?

21                    A.   That was after I had a lecture.

22                    Q.   Okay.  So you left class and went

23   to the Spine?

24                    A.   I left class and I had to go past

25   the Spine and I saw everything that was there.

Page 105

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                      Q.    Were the College Republicans
 3         still there when you arrived?
 4                      A.    No.
 5                      Q.    Were there any police there,
 6         other than Investigator Gallagher, that you saw?
 7                      A.    Not that I can recall.
 8                      Q.    Okay.  Got you.  And then we'll
 9         get a little farther into the -- the details of the
10         tabling event in a moment.  But before the Laffer
11         event, you said you brought coffee to the police?
12                      A.    Yeah.
13                      Q.    Was that the day of the Laffer
14         event or at some other point?
15                      A.    It was some point preceding.  I
16         don't know if it was the day of or a few days before,
17         I don't remember, but it was preceding the Arthur
18         Laffer event.
19                      Q.    Okay.  Well, the -- the tabling
20         event was, to my understanding, on Thursday, November
21         14th of 2019 and the Dr. Laffer event was Monday,
22         November 18th of 2019.  Do those dates sound right to
23         you?
24                      A.    I -- I guess.  I -- I don't
25         remember the exact dates.
```

Page 106

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    Q.    Okay.   Well, we can look on the

3    screen right now and we see that Monday, November 18

4    is -- is that on the first page of Defendants'

5    Exhibit Eleven; correct?

6                    A.    Yes.

7                    Q.    Do you have any reason to doubt

8    the accuracy of that date?

9                    A.    No.

10                   Q.    Is it a fair statement then that

11   if the tabling event was held on November 14th, that

12   that was the previous Thursday?

13                   A.    Yes.

14                   Q.    Okay.   So we can agree that the

15   tabling event happened on Thursday the 14th, the

16   Laffer event happened on Monday the 18th; correct?

17                   A.    Yes.

18                   Q.    Okay.   So trying to break down

19   when you brought coffee to the police, was it the day

20   after the Laffer event, on the Friday?

21                   A.    No.   It was preceding the Arthur

22   Laffer event from what I can remember.

23                   Q.    Okay.   I asked that question

24   wrong.   I'm sorry.   Was it the day after the tabling

25   event, on Friday, November 15th?

1   3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    A.   I don't think it was the day

3   after because I believe the College Republicans --

4   because I went -- I went -- I delivered the coffee

5   with John Restuccia.  And John Restuccia -- I think

6   John Restuccia wasn't on campus the day after the

7   event, I believe, for fear of his safety.  So I

8   believe it was, maybe like a couple days after.

9                    Q.   Okay.  Was it over the weekend,

10  on Saturday the 16th or Sunday the 17th?

11                   A.   I don't remember.

12                   Q.   And then, Monday, the 18th, was

13  the day of the Laffer lecture; correct?

14                   A.   Correct.

15                   Q.   Was it the morning of the 18th

16  that you brought coffee?

17                   A.   It's possible.  I -- I don't

18  remember the exact date.

19                   Q.   Were you present when this

20  occurred?

21                   A.   Yes.

22                   Q.   Who did you talk to at the

23  University Police, if anyone?

24                   A.   I don't think I directly spoke to

25  anyone.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    Q.    Okay.  Did -- did you see John

3    directly speak to anybody?

4                    A.    Yeah.

5                    Q.    Okay.  Tell me what occurred.

6                    A.    Well, we swung by a convenience

7    store first and got all the -- the coffee because

8    there was like a Dunkin built in the convenience

9    store.  We then went to the University, went to where

10   the University Police were headquartered.

11                   We went up to the front desk and said

12   something along the lines of, I think, we brought

13   coffee or something like that.  And then, we gave it

14   to the police.  They -- they thanked us and we

15   thanked them and then we went on our way.

16                   Q.    Okay.  Who did you speak with?

17   Can you -- was it an officer at a desk, was it a

18   secretary, was it something else?

19                   A.    Yeah, I believe there was an

20   officer at a desk, first.  I don't know the officer's

21   exact name, and then, we may have seen Joe Gallagher

22   in there, too.

23                   Q.    Okay.  And what did you -- what

24   was said to the police and by whom?

25                   A.    Again, it was mostly John from

Associated Reporters Int'l., Inc.

Page 109

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         what I can remember and he just said, you know,

3         here's, you know, coffee as a sign of appreciation.

4         And that -- that's what I remember going down.

5                        Q.   Was it appreciation for what had

6         occurred at the tabling event?

7                        A.   I think it was just appreciation

8         in general for them for -- you know, for them helping

9         us with the -- the -- you know, by being there

10        present at the Laffer event the following, you know,

11        day or few days, whenever we brought the coffee in.

12                       Q.   Okay.  Well, my -- my question

13        was were you thanking them for what they did at the

14        tabling event?

15                       MS. WADE:  Objection, asked and

16        answered.

17                       MR. MOORE:  I'm just trying to

18        understand.

19                       MS. WADE:  You can answer.

20                       A.   I can?  Okay.  Yeah, I mean, I --

21        I don't think so.  I think the main reason was to

22        thank them for, you know, going and attending as, you

23        know, security for the Arthur Laffer event.

24                       BY MR. MOORE:  (Cont'g.)

25                       Q.   How did you know they would be

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        security at the Arthur Laffer event?

3                    A.   I believe -- I believe I was

4        told, I would imagine probably by John, but, again, I

5        -- I -- I don't exactly a hundred percent remember.

6        But we were told that there would be, you know,

7        security there by University Police.

8                    Q.   Okay.  And there was no

9        discussion of the tabling event?

10                   A.   Not that I can think of.

11                   Q.   Okay.  Let's talk about this Case

12       Against Socialism again.

13                   MR. MOORE:  Let's put on Exhibit

14       Forty, which is the College Republicans'

15       interrogatory responses.

16                   BY MR. MOORE:  (Cont'g.)

17                   Q.   And I just wanted you to ask you

18       about something that appears on page seven,

19       subdivision one.  And I will read this into the

20       record.

21                   This reads -- I'll state for the

22       record that this is a response to interrogatory

23       number two, and this is subdivision one.  And it

24       says, on October 31, 2019, The Case Against Socialism

25       guest speaker Michael Vasquez was invited to give a

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         presentation on his time living in the Soviet Union.

3         The event was held in lecture hall nine.  Known

4         participants included John Restuccia, Jon Lizak,

5         Lacey Kestecher, Samuel Kessler, Kyle Nelson, Logan

6         Blakeslee, and Dylan Roth.

7                        Did I read that correctly, sir?

8                        A.   Yes.

9                        Q.   Is -- is that the correct date of

10        The Case Against Socialism?

11                       A.   I believe so.

12                       Q.   Was Michael Vasquez the only

13        speaker there, or were there were others?

14                       A.   No; there were two other

15        speakers.

16                       Q.   Okay.  And was the event held in

17        lecture hall nine?

18                       A.   It was held in a lecture hall.

19        If that -- if it says lecture hall nine, then that

20        would make sense.

21                       Q.   Okay.  And were those

22        participants who are listed there all present?

23                       A.   I cannot attest to that all of

24        them were there.  I can remember -- you know, I can

25        remember Lacey Kestecher being there.  I can remember

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         John Restuccia, Jon Lizak being there, possibly Kyle

3         Nelson.  The rest Samuel Kessler, Logan Blakeslee,

4         Dylan Roth, I -- I honestly don't remember if they

5         were present.

6                   Q.   But you were there, as well;

7         correct?

8                   A.   Yes, I was.

9                   Q.   Were there any other College

10        Republicans you remember being there?

11                  A.   I don't remember.

12                  Q.   Okay.  Let's go to Exhibit Seven,

13        please.  And I'll state for the record that this is

14        Bates stamp page twelve ninety-one from Defendants'

15        disclosures, and it's got the heading College

16        Republicans event.  Do you see that?

17                  A.   Yes.

18                  Q.   You can scroll down a little,

19        please, so we can see more of the email.  Would you

20        agree with me that this is an email from Joe

21        Gallagher to John -- to John Restuccia?

22                  A.   Yes.

23                  Q.   And there's -- it gets copied to

24        a couple of other individuals, John Pelletier and

25        Patrick Reilly?

Page 113

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        A.    Yes.

3                        Q.    Okay.   Have you ever seen this

4    email before today?

5                        A.    No.

6                        Q.    Okay.   Would you agree with me

7    that this is an email dated October 25, 2019?

8                        A.    Yes.

9                        Q.    Okay.

10                       Q.    Scrolling down a little, the

11   initial email which appears to have been sent at five

12   sixteen p.m. on October 25, 2019, is from Gallagher

13   to Restuccia; correct?

14                       A.    Yes.

15                       Q.    And it says, I understand that

16   the Binghamton University College Republicans will be

17   holding a roundtable event in L.H. nine on 10/28.

18   Are you anticipating any issues or attendance from

19   the members of PLOT or their associated student

20   groups?

21                       Did I read that correctly, sir?

22                       A.    Yes.

23                       Q.    Does this refresh your

24   recollection that the -- the date of The Case Against

25   Socialism was October 28, not October 31?

Page 114

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                         A.   I don't -- I don't remember.

3                         Q.   Okay.  Fair enough.  Do you know

4    if any University representatives were at The Case

5    Against Socialism?

6                         A.   None that I know of.

7                         Q.   Okay.  Were there any University

8    Police present in The Case Against Socialism?

9                         A.   There might have been.  I don't

10   remember.

11                        Q.   Okay.  Did -- did anyone from the

12   University or University Police impede this event at

13   all?

14                        A.   No, not that I can think of.

15                        Q.   Okay.  And you see that

16   Investigator Gallagher made a reference to the

17   members of PLOT or their associated student groups?

18                        A.   Yes.

19                        Q.   Do you know what PLOT is?

20                        A.   Progressive Leaders of Tomorrow.

21                        Q.   And what is Progressive Leaders

22   of Tomorrow?

23                        A.   They are a -- to use a neutral

24   term here, progressive left-leaning organization.  As

25   far as I know, they're pretty centralized in Broome

Associated Reporters Int'l., Inc.

Page 115

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         County.  And they are, from -- from my knowledge, at

3         least, affiliated or -- or -- not affiliated, but

4         associated with the College Progressives in some way.

5                        Q.   Is PLOT a sanctioned B.U. student

6         group?

7                        A.   No.  They are -- they are outside

8         the University.

9                        Q.   So they were not sanctioned by

10        the S.A.?

11                       A.   Not to my knowledge, no.

12                       Q.   And when it says associated

13        student groups, do you know what that refers to?

14                       A.   I -- I -- I can't say factually

15        what Joe Gallagher was referring to, but I would

16        imagine he's probably referring to College

17        Progressives.

18                       Q.   Is it your understanding -- it's

19        your understanding that the College Progressives are

20        somehow associated with PLOT?

21                       A.   Yes.

22                       Q.   Okay.  And are -- were the

23        College Progressives a group sanctioned by the S.A.

24        on Binghamton University's campus?

25                       A.   I am not sure.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                    Q.    Okay.   Do you have any personal
 3    knowledge regarding whether Defendant Brian Rose had
 4    any direct contact or communication with any
 5    representative of PLOT during the calendar year 2019,
 6    up to and including the tabling event and Laffer
 7    event?
 8                    A.    I have no knowledge of that, no.
 9                    Q.    Do you have any personal
10    knowledge whether Defendant Harvey Stenger had any
11    direct contact or communication with any
12    representative of PLOT during the calendar year 2019,
13    up to and including the tabling event and Laffer
14    event?
15                    A.    I do not have any knowledge of
16    that, no.
17                    Q.    Do you have any personal
18    knowledge regarding whether Defendant John Pelletier
19    had any direct contact or communication with any
20    representative of PLOT during the calendar year 2019,
21    up to and including the tabling event and Laffer
22    event?
23                    A.    I have no knowledge of that, no.
24                    Q.    Same questions for the College
25    Progressives.   Do you have any personal knowledge
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         whether Defendant Brian Rose had any direct contact

3         or communication with any representative of College

4         Progressives during the calendar year 2019, up to and

5         including the tabling event or Laffer event?

6                        A.   I have no knowledge of that, no.

7                        Q.   And do you have any personal

8         knowledge regarding whether Defendant Harvey Stenger

9         had any direct contact or communication with any

10        representative of College Progressives during the

11        calendar year 2019, up to and including the tabling

12        event and Laffer event?

13                       A.   I have no knowledge of that, no.

14                       Q.   And do you have any personal

15        knowledge whether -- regarding whether Defendant John

16        Pelletier had any direct contact or communication

17        with any representative of College Progressives

18        during the calendar year 2019, up to and including

19        the tabling event and Laffer event?

20                       A.   I have no knowledge of that, no.

21                       Q.   Okay.   Let's move on to Exhibit

22        Number Nine.   And this, I will state for the record,

23        appears to be an email titled Dr. Laffer event,

24        which, again, appears to have been forwarded by

25        Restuccia's Binghamton E.D.U. address to your Gmail

1      3/30/2023 - Young America's v Stenger - Preston Scagnelli

2           address.  Would you agree with me?

3                       A.   Yes.

4                       Q.   Would you agree that this was

5           forwarded on Thursday, November 21, '19, at one

6           forty-eight p.m.?

7                       A.   Yes.

8                       Q.   And I'll state for the record

9           that this document is Bates stamped page one thirty-

10          two from Plaintiff's disclosures.  Scrolling down, if

11          we can get the body of the email into the -- onto the

12          screen.

13                      My first question will be do you

14          recognize this email?

15                      A.   I do not remember ever seeing

16          this email.  It's possible, but I don't remember it.

17                      Q.   Would you agree with me that this

18          is an email from Joseph Gallagher to John Restuccia,

19          dated Tuesday, October 29th, 2019?

20                      A.   Yes.

21                      Q.   Okay.  And it reads, John, glad

22          your event went well last night.  In regards to the

23          Dr. Laffer -- to the Arthur Laffer event, if you

24          speak to his representatives, you may want to inquire

25          if he has any security concerns and get a list of

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         prior appearances at college campuses.  I generally

3         reach out to these -- those locations to see what

4         kind of issues, if any, they experienced.  Thanks

5         again for the coffee.  Joe.

6                   Did I read that correctly, sir?

7                   A.   Yes.

8                   Q.   Did you know about this email on

9         the date it was sent, October 29, 2019?

10                  A.   You -- you cut out there in the

11        beginning.  Could you repeat that?

12                  Q.   Were you aware that this email

13        had been sent on October 29, 2019 or thereabouts?

14                  A.   I do not remember.

15                  Q.   Okay.  When Joe says thanks again

16        for the coffee, does that refer to the event when the

17        -- the incident when you and John brought coffee to

18        the police station, or is that a separate?

19                  A.   That is likely what he is

20        referring to, yes.

21                  Q.   Okay.  So if we scroll up, just

22        so we're clear on the date, October 29, 2019 was

23        before the tabling event; correct?

24                  A.   Yes.

25                  Q.   Do you know if you and John -- or

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2    rather, do you know if John brought coffee to the

3    police at any other time?

4                    MS. WADE:   Objection, calls for

5    speculation.

6                    BY MR. MOORE:   (Cont'g.)

7                    Q.   I'm just asking what you know,

8    sir.  If you don't know, that's -- that's fair.

9                    A.   I don't know.

10                   Q.   Okay.  Does this change your

11   testimony as to when you and John brought the coffee

12   to the police?

13                   A.   It's -- it's possible.  I mean,

14   it's -- you know, I don't -- I -- I honestly don't

15   remember the exact date, but it is possible it could

16   have happened before the tabling event.

17                   Q.   Okay.  Let's go to the bottom of

18   this page.  And it's -- there appears to be a second

19   email there.  And this is from three minutes later,

20   Thursday, November 21, 2019, at one fifty-one p.m.

21   And that, again, is from John Restuccia to you;

22   correct?

23                   A.   Yes.

24                   Q.   And you still maintain the P C

25   Scagnelli at Gmail dot com email address?

1     3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    A.   Yes.

3                    Q.   It says quoted text hidden.   Do

4     you know what was in this email?

5                    A.   No, I do not remember getting an

6     email like this.

7                    Q.   Okay.   I am going to request a

8     copy of that email when you search your email

9     addresses.   Okay?

10                   All right.   I'm done with Exhibit

11    Nine.   Let's go to Defendant's Exhibit Sixteen.   And

12    this is an email titled Room Request to Talk.   And

13    this, again, appears to be something that had been

14    forwarded from Restuccia's Binghamton email address

15    to your Gmail address, dated November 21, 2019, at

16    one forty-nine p.m.   Do you see that, sir?

17                   A.   Yes.

18                   Q.   Do you know why Restuccia

19    forwarded this email to you on that date?

20                   A.   I do not remember.

21                   Q.   This is only a couple of days

22    after the Laffer event; correct?

23                   A.   Yes.

24                   Q.   Was there any discussion of why

25    Restuccia would be dumping a number of emails to your

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         Gmail account, a few days after the Laffer event?

3                        A.    I do not remember.

4                        Q.    Okay.  I'm going to ask that you

5         search for all emails forwarded by Restuccia to your

6         Gmail account on or about November 21, 2019.  Is that

7         fair?

8                        A.    Yes.

9                        Q.    Okay.  Thanks.  Do you know what

10        Classrooms at Binghamton dot E.D.U. is?  If you see a

11        little forward under the forwarded message?

12                       A.    No.

13                       Q.    Okay.  And scrolling down so you

14        can see the entire email, and I'll note for the

15        record that this is -- the email appears all on -- on

16        Plaintiff's Bates stamp page one forty-four, but the

17        exhibit actually goes on to one forty-five.

18                       Do you recognize these emails?

19                       A.    I don't remember these, no.

20                       Q.    Okay.  Were you a party to any of

21        these emails?

22                       A.    Not that I know of.

23                       Q.    Okay.  Then we'll move on.  Let's

24        go back to the complaint.  And that's Defendant's

25        Exhibit One.  And I'm going to direct your attention

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         to page twelve of that document, and paragraphs

3         forty-seven and forty-eight.

4                    And I'll read paragraph forty-seven

5         into the record.  It reads as follows.  I'll read

6         forty-seven and forty-eight into the record.

7                    Forty-seven reads, on Thursday,

8         November 14, 2019, College Republicans organized a

9         tabling event in a high traffic area of SUNY

10        Binghamton's campus, known as the Spine.  College

11        Republicans' table was not blocking access to

12        buildings or pedestrian traffic.

13                   And then, paragraph forty-eight reads,

14        as they and many other student organizations had done

15        previously, College Republicans did not obtain a

16        permit from the Student Association to table on this

17        date.

18                   Did I read that correctly, sir?

19             A.    Yes.

20             Q.    Okay.  Let's talk about when --

21        were you at this event?

22             A.    The tabling event, yes, at the

23        beginning.

24             Q.    Okay.  Where was this tabling

25        event held?

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                          A.   It was held on a thing that's

3    called the Spine.

4                          Q.   What is the Spine?

5                          A.   The Spine is essentially a long -

6    - I don't know the right word -- a long walkway of

7    concrete, which essentially connects the lecture

8    halls area of the school to a bunch of other places

9    to the school.  And a lot of organizations put their

10   tables up there and it gets a lot of foot traffic.

11                         Q.   Okay.  Do you know if

12   reservations are required to table at that space?

13                         A.   Yes.

14                         Q.   They are required?

15                         A.   I believe so, yes.

16                         Q.   Okay.  What time did the table

17   get set up?

18                         A.   I'm pretty sure it was relatively

19   early in the morning.  I don't know an exact time.

20                         Q.   Okay.  Do you know what time in

21   the morning it was set up?

22                         A.   No.

23                         Q.   Were you present when it was set

24   up?

25                         A.   Yes.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                      Q.   Okay.  And what did you -- what
 3           involvement did you have, if any, in setting up the
 4           table or tables?
 5                      A.   We -- we transferred things over
 6           from the -- the College Republicans office space that
 7           we were using and we were bringing it over to the
 8           Spine to set it up.  It involved -- you know, there
 9           were some tables, there were -- what else.  There
10           were tables.  I believe we were giving out hot
11           chocolate, so we had that there.  And just getting
12           that all set up there.
13                      Q.   Okay.  Got you.  How long were
14           you personally present at the tabling event?
15                      A.   I feel like it was at least -- at
16           least an hour, but I'm honestly not sure.  I had to
17           run to class after -- you know, sometime after it was
18           set up.
19                      Q.   Okay.  Got you.  Referring to
20           paragraph forty, if we could put all of that on the
21           screen.  It says that the College Republicans did not
22           obtain a permit from the Student Association to table
23           on this date; correct?
24                      A.   I see paragraph fifty on the
25           screen.
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        Q.   You don't see forty-eight on the

3    screen?

4                        A.   Forty-eight.  I'm sorry.  I

5    thought -- I thought I heard forty.  As -- okay.

6                        Q.   Is that true?  Let -- let me ask

7    it again.  That was a bad question.

8                        Did the College Republicans obtain a

9    permit from the Student Association to table on this

10   day?

11                       A.   I don't think so.

12                       Q.   Okay.  And why don't you think

13   so?

14                       A.   Again, this kind of goes back to

15   that fuzzy moment I mentioned earlier, where there

16   was some discussion about, you know, freedom of

17   speech on public spaces or something that was said by

18   that -- that one guy's name who wrote the article.

19   And that might have been in context to this

20   particular situation.

21                       Q.   Okay.  That's what I'm trying to

22   understand.  Was there a conscious decision made by

23   the College Republicans to not obtain a permit for

24   free speech purposes?

25                       A.   I believe yes.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    Q.    Okay.  And were there any emails

3    exchanged about that particular subject matter?

4                    A.    Not that I can think of, no.

5                    Q.    Okay.  I'll ask that you do a

6    search of your two email addresses.  And if you find

7    any, please forward them to your attorneys.  Okay?

8                    A.    Yeah.

9                    Q.    And we've already talked about

10   the B There system; correct?

11                   A.    Uh-huh.

12                   Q.    And do you know if the B There

13   system was what was used to reserve tables -- tabling

14   space for the Spine?

15                   A.    I don't know.

16                   Q.    Okay.  This -- this email here

17   says, as they had done previously, College

18   Republicans did not obtain a permit from the Student

19   Association to table on this date; correct?

20                   A.    Yes.

21                   Q.    Do you know when the College

22   Republicans had tabled on the Spine without a permit

23   before November 14 of 2019?

24                   A.    There may have been one other

25   scenario.  There may have been one for The Case

800.523.7887                                Associated Reporters Int'l., Inc.

Page 128

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2    Against Socialism.  Like I said, I -- I remember -- I

3    kind of remember there being one more tabling event

4    prior, but I just -- I don't remember what it -- it

5    was about.  So that -- that could very well be

6    correct.

7              Q.   So there may have been one; there

8    may not have been one.  You don't remember as you sit

9    here today?

10             A.   I -- I do not remember the exact

11   context, but I -- I think there -- there was, yes.

12   There was a tabling event prior.  I just -- I don't

13   remember what the context of the tabling event was.

14             Q.   Okay.  I'm going to ask that you

15   search your emails for any reference to a prior

16   tabling event.

17             A.   Okay.

18             Q.   And if you can find them, please

19   provide them to your attorneys.

20             And you don't know the date of that

21   prior tabling event?

22             A.   No.

23             Q.   Okay.  And you're not positive

24   what the context was?

25             A.   I -- I -- I cannot actually state

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         what the context was of the tabling, no.

3                        Q.   Were you present at the tabling

4         event -- the prior tabling event?

5                        A.   If there was one, then, yeah, I -

6         - I was, more than likely, there.

7                        Q.   Did you staff the table?

8                        A.   As in did I stand behind the

9         table and interact with people, yes.

10                       Q.   Okay.  Do you remember what the

11        weather was like that day?

12                       A.   No.

13                       Q.   Are -- are you guessing about

14        this?

15                       A.   About what?

16                       Q.   About this other tabling?

17                       A.   I'm -- I'm -- I genuinely don't

18        know.

19                       Q.   Okay.  So is it -- is it -- are

20        you speculating that there may have been one before

21        this date?

22                       MS. WADE:  Objection, asked and

23        answered.

24                       BY MR. MOORE:  (Cont'g.)

25                       Q.   You can answer.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                        A.   I -- I -- I guess.  I'm -- I'm
 3    trying to remember to the best of my ability.  I --
 4    but I don't.
 5                        Q.   Okay.  Do you know, if -- if this
 6    prior tabling event occurred, whether the College
 7    Republicans secured a permit?
 8                        A.   Could you repeat that?
 9                        Q.   Do you know, if this table --
10    this prior tabling event occurred, whether the
11    College Republicans obtained a permit?
12                        A.   I -- I -- if -- if they didn't do
13    this one without a permit, it would make sense if
14    they didn't do the other one without a permit, yes.
15                        Q.   Is that a guess?
16                        A.   I'm -- I'm saying it would make
17    sense if they didn't.  I'm not going to speculate
18    whether or not they did or did not get a permit but.
19                        Q.   So is the answer you don't know -
20    -
21                        A.   I --.
22                        Q.   -- whether there was a permit
23    obtained for a prior tabling event?
24                        A.   I don't know.
25                        Q.   Are you aware of any other
```

 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2        student organizations who had tabled without a permit

 3        on the Spine before November 14, 2019?

 4                        A.   I don't know.

 5                        Q.   How many tables did the College

 6        Republicans have on November 14, 2019?

 7                        A.   Like how many physical tables

 8        were set up?

 9                        Q.   Yes.

10                        A.   I'm -- I'm pretty sure it was

11        two.

12                        Q.   Okay.  And who was working those

13        two tables, if you understand the term working?

14                        Q.   That would be myself, Lacey

15        Kestecher, Jon Lizak, and John Restuccia.  There may

16        have been some other people that might have come and

17        gone.  But as far as the people I remember being

18        there, it was those three alongside myself.

19                        Q.   Okay.  And that was just during

20        the time you were there, which was before class that

21        morning?

22                        A.   Yes.

23                        Q.   Can you describe what, if

24        anything, was displayed at the College Republican

25        table?

Page 132

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                        A.   I'm pretty sure there were things
 3         --.
 4                        Q.   Or tables?
 5                        A.   Yeah, there were -- there were
 6         things advertising this event, the -- the -- I
 7         believe it was actually my flyers that were there for
 8         people to come and take.
 9                   There may have been some, like, pins
10         there like with, like, you know, pro -- pro-
11         Republican stuff on it.  And then we brought hot
12         chocolate, as well, to, you know, give out to people
13         because I -- it was a pretty cold day, if I remember.
14                        Q.   Okay.  Other than the -- how many
15         Laffer event flyers were on the table when the --
16         when the table was set up?
17                        A.   I don't remember.
18                        Q.   Okay.  Were those flyers that you
19         were handing out to people?
20                        A.   Yes.
21                        Q.   Were copies made of those flyers
22         by someone for distribution at the table?
23                        A.   Yes.
24                        Q.   Were you the person who made
25         those copies?
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    A.    I don't remember.

3                    Q.    Okay.  And were any flyers handed

4    out during the tabling event?

5                    A.    Yes, I believe so.

6                    Q.    Okay.  There's been prior

7    testimony that up to a hundred and fifty may have

8    been handed out before the protest began.  Is that

9    accurate, if you know?

10                   A.    I -- I don't know.

11                   Q.    Okay.  Because you weren't there

12   for the entire tabling event; correct?

13                   A.    Correct.

14                   Q.    All right.  Were there any signs

15   or other materials present at these tables?

16                   A.    There may have been.  I'm not

17   entirely sure.

18                   Q.    And what do you mean that you --

19   is that because you don't remember or because --?

20                   A.    I don't remember.

21                   Q.    Okay.  Got you.  Were there any

22   other groups tabling with you?

23                   A.    No.

24                   Q.    Okay.  Were there any other

25   tables set up in the proximity of the College

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2        Republican tabling?
 3                    A.    Not that I can remember.  I don't
 4        know.
 5                    Q.    Okay.  Got you.  Are you aware of
 6        a group called Turning Point U.S.A.?
 7                    A.    Yes.
 8                    Q.    What is Turning Point U.S.A.?
 9                    A.    They are a nonprofit
10        organization, political advocacy.  They're really big
11        on college campuses and students start clubs there.
12                    Q.    Okay.  Was there a sanctioned
13        Turning Point U.S.A. group on campus at Binghamton
14        University?
15                    A.    There was one that was in the
16        process of being started up by, I believe, Lacey
17        Kestecher.  However, I don't think it had been S.A.
18        sanctioned yet.
19                    Q.    Okay.  Do you know if Lacey ever
20        made an effort to have that group S.A. sanctioned?
21                    A.    I think so.
22                    Q.    Are you guessing?
23                    A.    No.  I'm trying to remember.  I
24        don't know.
25                    Q.    Were you a member of Turning
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         Point U.S.A.?

3                        A.   I don't think so.

4                        Q.   Was Turning Point U.S.A. involved

5    in the tabling event of November 14, 2019?

6                        A.   They may have been.

7                        Q.   Did you see anyone from Turning

8    Point U.S.A. there or any materials from Turning

9    Point U.S.A. before you left the tabling event on

10   November 14, 2019?

11                       A.   I don't remember.

12                       Q.   Okay.  Did you -- were you

13   involved in any discussions regarding Turning Point

14   U.S.A.'s involvement, if any, on November 14, 2019 --

15                       A.   I don't --.

16                       Q.   -- before November 14, 2019?

17                       A.   I don't remember.

18                       MR. MOORE:  Okay.  Let's put a picture

19   up on the screen.  And this has been previously

20   marked as Defendant's Exhibit Seventeen.  If we can

21   scroll just a little farther, get rid of some of the

22   dead space at the top.  Okay.

23                       BY MR. MOORE:  (Cont'g.)

24                       Q.   Sir, have you ever seen this

25   picture before today?

Page 136

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        A.   Not that exact picture, no.

3                        Q.   Okay.  Do you know what it

4        depicts?

5                        A.   It depicts a table and what looks

6        like Lacey Kestecher in the middle there.  And I

7        think that was her -- that was her T.P.U.S.A.

8        contact.

9                        Q.   Okay.  So let's -- do you know

10       where this photo was taken?

11                       A.   That looks like the Spine.

12                       Q.   Okay.  Do you know if this photo

13       was taken on November 14, 2019?

14                       A.   I do not know.

15                       Q.   How many tables do you see in

16       this picture?

17                       A.   In the center -- in the center of

18       the photo, I see one and then you can see one off to

19       the right there.

20                       Q.   Okay.  Does this look like the

21       location where the College Republicans were tabling

22       on November 14, 2019?

23                       A.   Yes.

24                       Q.   And does that look like the

25       weather that day?  I see snow on the ground?

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    A.   Yes.

3                    Q.   Okay.  Now, you talked about the

4    people depicted in the photo, and you said Lacey was

5    there.  There is a woman who appears to be wearing a

6    tan jacket and a red hat that appears to have the

7    word Trump on it.  Is that Lacey Kestecher?

8                    A.   Yes.

9                    Q.   And then, next to her, there is a

10   man wearing a red and gray sweatshirt, and he has

11   black gloves on.  Do you know who that man is?

12                   A.   I don't remember his name.  I've

13   had limited interaction with him, but I know he was

14   her T.P.U.S.A. rep or contact.

15                   Q.   Did you see him on November 14,

16   2019, while you were at the tabling?

17                   A.   Thinking back to it, it's

18   possible, but I can't give an answer on that.

19                   Q.   Okay.  Do you see signs in this

20   picture?

21                   A.   Yes.

22                   Q.   Okay.  There's one sign that says

23   I am pro-choice pick your gun, and then there's a

24   picture of three guns?

25                   A.   Yes.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                        Q.    It says Glock27, A.R.15, and 12
 3    gauge; correct?
 4                        A.    Yes.
 5                        Q.    Was that sign displayed at the
 6    College Republicans or T.P.U.S.A. table while you
 7    were at the tabling event?
 8                        A.    It rings a bell.
 9                        Q.    Is the answer, then, yes?
10                        A.    Yes.
11                        Q.    Okay.  And then, there's another
12    sign on the ground that appears to be a rainbow in
13    the shape of a machine gun.  Do you recognize that?
14                        A.    I don't recognize that one.
15                        Q.    Do you remember seeing that on
16    November 14, 2019?
17                        A.    I don't remember.
18                        Q.    Okay.  And there are two
19    individuals standing in front of that table, wearing
20    dark jackets.  Do you see them?
21                        A.    Yes.
22                        Q.    Do you know who those people are?
23                        A.    No.
24                        Q.    Okay.  And then next to those two
25    people, there appears to be what -- what could be a
```

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2       card -- cardboard cutout?
 3                        A.   Yes.
 4                        Q.   Do you know what that cardboard
 5       cutout depicts?
 6                        A.   That looks like Donald Trump.
 7                        Q.   Okay.  Was the Donald Trump
 8       cardboard cutout present at the College Republicans'
 9       table while you were there?
10                        A.   Yes.
11                        Q.   Okay.  Is there anything else in
12       that photo that refreshes your recollection regarding
13       what was displayed at the College Republicans' table
14       on the date of the tabling event?
15                        A.   Yes, it -- it did refresh my
16       recollection of the -- the -- the poster there of
17       that pick your gun and the Donald Trump cardboard
18       cutout.  That -- that -- that refreshed it for me.
19                        Q.   Okay.  And did -- when you were
20       involved in setting up those tables, were you -- did
21       you set up -- did you help setting up both of those
22       tables?
23                        In other words, are those the two
24       tables that you brought from the College Republicans'
25       office?
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                      A.   No.   That -- that looks like a

3        separate table that they brought for the T.P.U.S.A.

4        thing.   That -- that table on the -- the right,

5        that's kind of cut off there, that was the one that

6        the College Republicans had that had the hot

7        chocolate.   I think you can actually see the little

8        canister there that they used to pour it out.

9                      Q.   Okay.   You referred -- you

10       referenced a College Republicans' office.   What was

11       the College Republicans' office?

12                     A.   It was in a room that was down a

13       ways.   I'm -- I'm pretty sure the whole building was

14       dedicated for clubs to put their stuff and meet.

15                     Q.   Did the College Republicans have

16       an office within that complex that you described?

17                     A.   I -- it wasn't officially in our

18       name, to my understanding.   It was the Binghamton

19       Review's office but they were generous enough to let

20       us put some of our things there.   So that's kind of

21       where we had some of our stuff.

22                     Q.   What stuff are you referring to

23       or what things are you referring to?

24                     A.   Like the Donald Trump cardboard

25       cutout, you know, the materials that we would pass

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        out at certain things.  Whether it was, you know, I

3        know for U-Fest when I first met some of the club

4        officials, they were handing out like books and

5        stuff.  We would, obviously, have those books stored

6        in that -- that office, the Binghamton Review office.

7                    Q.   Did the College Republicans have

8        a designated cabinet or file cabinet or something

9        like that where they kept their property?

10                    A.   We didn't have a file cabinet.

11       It was just kind of like in the corner of the room.

12                    Q.   Okay.  Got you.  Let's go to

13       paragraph fifty of the complaint, which is Exhibit

14       One, page thirteen.  And that reads as follows.

15       Fifty, members of College Republicans arrived on the

16       Spine at approximately ten a.m. and tabled for close

17       to three hours without incident, during which time

18       they engaged with student passerby regarding the

19       upcoming Dr. Laffer event.

20                    Did I read that correctly, sir?

21                    A.   Yes.

22                    Q.   Is -- does this refresh your

23       recollection of when the tabling event began?

24                    A.   Yes.

25                    Q.   Okay.  Was it ten a.m.?

1      3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                          A.   Sometime around then.  I -- I

3      don't know.

4                          Q.   Okay.  And how long did you stay

5      at the event?  Were you there for the full three

6      hours referred to in this paragraph, or some other

7      period?

8                          A.   No.  I was there at the beginning

9      and then I had to go to a lecture.  I don't know when

10     that exact lecture was.

11                         Q.   Okay.  And then paragraph fifty-

12     one says at approximately one thirty p.m., a mob of

13     Defendant College Progressives confronted College

14     Republicans over the contents of their tabling.

15     College Progressives incited other members to join

16     the mob by sending messages to group chat rooms with

17     numerous other students.

18                         Did I read that correctly, sir?

19                         A.   Yes.

20                         Q.   Were you present when this

21     occurred?

22                         A.   No.

23                         Q.   Did you witness this occur?

24                         A.   No.

25                         Q.   Okay.  Was there any plan on how

```
1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
2         long the tabling event would -- would go?
3                        A.   I don't remember.
4                        Q.   Were there emails exchanged about
5         the tabling event before its occurrence?
6                        A.   I don't remember.
7                        Q.   Were there any negative
8         interactions or protests with passerbys before you
9         left the scene?
10                       A.   I don't remember.
11                       Q.   Okay.  And did you personally
12        ever reach out to the Binghamton University Police,
13        other than your conversation with Investigator
14        Gallagher after the event?
15                       A.   No -- no, I don't think so.
16                       Q.   And other than your conversation
17        with Investigator Gallagher that you already
18        described for me, did you have any other interactions
19        with the scene when -- at the scene when you arrived?
20                       A.   No.
21                       Q.   Okay.  Did you have any
22        interaction with any other police officers at the
23        scene --
24                       A.   No.
25                       Q.   -- after you arrived back at --?
```

Page 144

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                      A.    Sorry.  No.

3                      Q.    Okay.  And did you have any

4    interactions with any -- did you recognize anybody at

5    the scene when you arrived the second time that were

6    members of the College Progressives?

7                      A.    No.

8                      Q.    Okay.  Do you know who any of the

9    members of the College Progressives were?

10                     A.    No.

11                     Q.    During any time -- strike that.

12                     Do you know a Defendant Brian Rose by

13   sight?

14                     A.    Like by looking at him?

15                     Q.    Would you know him if you saw

16   him?

17                     A.    No.

18                     Q.    Okay.  Do you know if Brian Rose

19   was present at the tabling event at any point on

20   November 14, 2019?

21                     A.    I do not know.

22                     Q.    Did you see him?

23                     A.    No.

24                     Q.    Do you have any personal

25   knowledge whether Brian Rose had any personal

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2         involvement in directing the actions of B.U. Police
 3         on November 14, 2019?
 4                   A.   I don't know.
 5                   Q.   Do you have -- do you know what
 6         Harvey Stenger looks like?
 7                   A.   Yes.
 8                   Q.   Was he at the November 14, 2019
 9         tabling event?
10                   A.   I did not see him.
11                   Q.   Do you have any personal
12         knowledge whether Defendant Stenger had any personal
13         involvement in directing the action of U.P.D. on
14         November 14, 2019?
15                   A.   I do not.
16                   Q.   Do you know John Pelletier by
17         sight?
18                   A.   No.
19                   Q.   Do you know if he was at the
20         November 14, 2019 tabling event?
21                   A.   I do not know.
22                   Q.   Okay.
23                   MR. MOORE:   We've been going another
24         hour and a half.  Do we want to keep going or take a
25         quick break?  What do people think?
```

Associated Reporters Int'l., Inc.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                     MS. WADE:  Do you have a sense of how
 3         much longer you'll be going for?
 4                     MR. MOORE:  I may be halfway through.
 5                     MS. WADE:  Okay.  Then, I think we
 6         should take a break.
 7                     MR. MOORE:  Okay.  Let's take a five-
 8         minute break.  We'll come back at eleven thirty-five.
 9         Does that sound good to everybody?
10                     MR. HAYDEN:  Yeah.
11                     MR. MOORE:  Okay.  Thanks.  We'll see
12         you in five.
13                     (Off the record, 11:29 a.m. to 11:35
14         a.m.)
15                     THE REPORTER:  We're on the record.
16                     BY MR. MOORE:  (Cont'g.)
17                     Q.   Sir, you understand you're still
18         under oath?
19                     A.   Yes.
20                     Q.   Okay.  Let's put Exhibit Twelve
21         up on the screen please.  I believe you might have
22         referenced this before.  This appears to be Bates
23         stamped page two fifty-nine and two sixty from the
24         Binghamton University College Republicans disclosures
25         in this case.
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    And it's a Facebook post, dated

3    November 17, 2019.  This says, our official statement

4    from a Facebook post from the Binghamton University

5    College Republicans.

6                    Are you familiar with this Facebook

7    post, sir?

8                    A.   Yes.

9                    Q.   Did you -- do you recognize it,

10   as you sit here today?

11                   A.   Yes.

12                   Q.   And what is it?

13                   A.   It is a statement that we

14   released after the tabling incident took place,

15   essentially just telling people what happened that --

16   that -- that afternoon.

17                   Q.   Were you involved in drafting

18   this?

19                   A.   Yes.

20                   Q.   Okay.  Who else was involved in

21   drafting it?

22                   A.   John Restuccia and Michael

23   Vasquez.

24                   Q.   Is Michael Vasquez a member of

25   the College Republicans?

Page 148

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    A.    No, but he's -- he's a good

3        friend of ours.

4                    Q.    Okay.   The first paragraph reads

5        on November 14th, members of our College Republicans

6        organization were harassed and threatened on

7        Binghamton University's campus because we were

8        peacefully expressing our First Amendment right to

9        free speech.   It was wrong and un-American.

10                   Did I read that correctly?

11                   A.    Yes.

12                   Q.    You weren't there with this

13       occurred; correct?

14                   A.    When everything went down, no.

15                   Q.    Okay.   Next paragraph reads we

16       were handing out free hot chocolate to help promote

17       the upcoming Y.A.F.-sponsored event featuring

18       renowned economist Arthur Laffer.   Volunteers at the

19       Turning Point U.S.A. table next to us were recruiting

20       members with their posters and pins.

21                   Many organizations from all political

22       sides and many non-political organizations table in

23       this manner on campus every week.

24                   Did I read that correctly, sir?

25                   A.    Yes.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        Q.   So the Turning Point U.S.A. table

3        was right next to yours; correct?

4                        A.   Yes.

5                        Q.   And who were those volunteers?

6                        A.   Lacey Kestecher, and then that

7        one guy who I don't remember his name.

8                        Q.   Okay.  Lacey is also a College

9        Republican; correct?

10                       A.   Yes.

11                       Q.   All right.  The next paragraph

12       which starts approximately two hundred individuals,

13       you weren't present when this occurred; correct?

14                       A.   When the drafting in this letter

15       occurred?

16                       Q.   No.

17                       A.   Oh.

18                       Q.   It says, approximately two

19       hundred individuals mobbed our tables, and then, it

20       goes on; correct?

21                       A.   Yes.

22                       Q.   And you were not present when

23       what is in that paragraph occurred; correct?

24                       A.   Correct.

25                       Q.   And then, the next paragraph

1   3/30/2023 - Young America's v Stenger - Preston Scagnelli

2       reads it has been suggested that the incident in

3       question occurred because we didn't have proper

4       permitting.  In the past, Turning Point U.S.A. and

5       our organization have tabled without any problems,

6       and weren't required to secure any sort of permits.

7       Countless other organizations have similarly tabled

8       without a permit requirement.

9                    Were you involved in writing that

10      paragraph, sir?

11                   A.   I'm thinking now because there

12      was another statement, I think we did after the

13      Arthur Laffer event.  That -- that might have been

14      the one I was involved in.  I -- I honestly don't

15      know.

16                   Q.   Okay.  So is it your testimony

17      then that you may not have been involved in drafting

18      this statement?

19                   A.   Yes -- yes.  I may -- I may not

20      have been.  There was one statement I was involved in

21      and now I'm starting to have questions as to whether

22      this is -- this was it.  So my statement is I -- I --

23      I don't know.

24                   Q.   Okay.  Do you know who suggested,

25      as of November 17, 2019, that the incident in

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         question occurred because you didn't have proper

3         permitting?

4                   A.    Had someone told me that?

5                   Q.    Well, it says it has been

6         suggested that the incident in question occurred

7         because we didn't have proper permitting.

8                   A.    Yeah.

9                   Q.    Did you -- did you know that on

10        November 17 when this statement was written?

11                  A.    I -- I believe so.  I -- I don't

12        know.

13                  Q.    Well, do you remember who

14        suggested that that is why the incident occurred?

15                  A.    I -- I don't -- I don't know who

16        suggested that.

17                  Q.    Okay.  It also says in the past

18        Turning Point U.S.A. have tabled without any

19        problems.  Do you remember Turning Point U.S.A. ever

20        tabling on Binghamton University's campus before

21        November 14, 2019?

22                  A.    I don't recall any other

23        instances of them tabling.

24                  Q.    Okay.  And you -- we already

25        talked about whether the College Republicans had

Page 152

1       3/30/2023 - Young America's v Stenger - Preston Scagnelli

2           tabled without a permit beforehand; correct?

3                       A.    Yes.

4                       Q.    And your testimony is you think

5           they may have, but you don't remember specifics.    Is

6           that accurate?

7                       A.    Correct.

8                       Q.    This paragraph also says

9           countless other organizations have similarly tabled

10          without a permit requirement.    Did I read that

11          correctly?

12                      A.    Yeah.

13                      Q.    Do you know what other

14          organizations have similarly tabled without a permit

15          requirement?

16                      A.    I do not know.

17                      Q.    Sir, do you know if another group

18          had reserved the space you were utilizing on the

19          Spine for November 14, 2019?

20                      A.    I don't recall there being

21          another organization.

22                      Q.    Okay.    That wasn't my question.

23          So your answer is you don't remember anybody being

24          there, tabling, other than College Republicans and

25          Turning Point U.S.A.; correct?

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2                   A.   Correct, I don't recall there

 3         being any other group that was supposed to table

 4         there.

 5                   Q.   Okay.  Do you know if another

 6         group had reserved that space on the Spine for

 7         November 14, 2019?

 8                   A.   I -- I don't know.

 9                   Q.   Okay.  Fair enough.  Okay.  We'll

10         move on.  Let's go to the complaint, page fourteen,

11         at the bottom of that page, paragraph fifty-eight

12         begins.  And I'm going to ask you to -- I'm going to

13         ask -- I'm going to read that into the record.  And

14         it reads, fifty-eight, on Monday, November 18, 2019,

15         Rose issued a statement regarding the disruption of

16         College Republicans' tabling event on November 14.

17                   Did I read that correctly, sir?

18                   A.   Yes.

19                   Q.   Are you familiar with that

20         statement that is referenced in paragraph fifty-

21         eight?

22                   A.   I know -- if this is referring to

23         the statement -- I -- I recall reading a statement by

24         Brian Rose that was sent to Binghamton University

25         students after the Arthur Laffer event occurred that
```

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2         night on Monday, the 18th.  And the tabling situation
 3         may have been brought up in that if that's what
 4         they're referring to.
 5                   Q.   Okay.  Well, let's put Exhibit
 6         Nineteen on the -- on the screen.  And we'll scroll
 7         down so we can -- under the words B-Line so you can
 8         see.  It says B-Line, the official source for
 9         University news.  And it says B line edition Monday,
10         November 18.  And then, under that, there's another
11         title which says a message from Vice President Brian
12         Rose about Thursday, November 14.
13                   Do you see that?
14                   A.   Yeah.
15                   Q.   Is this what you just referred
16         to?
17                   A.   Could you -- could you scroll up?
18         Does it say the exact time it was sent out?  No?  Oh,
19         yes.  Yeah, that -- that might be it.  I'm not
20         entirely sure, but -- but that looks familiar.
21                   Q.   Okay.  It looks like this was
22         sent out around noon on November 18, 2019.
23                   A.   Yeah, it -- it -- it looks
24         somewhat familiar.
25                   Q.   Okay.  I won't read the entire
```

         1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

         2         thing into the record.  But there's a -- the third

         3         paragraph here reads as follows.  The College

         4         Republicans, an organization chartered by the Student

         5         Association, S.A., was joined by another group known

         6         as Turning Point, that, by its own choice, is not

         7         charted by the S.A. or otherwise recognized by the

         8         University.

         9                    Did I read that correctly, sir?

        10                    A.    Yes.

        11                    Q.    Was Turning Point U.S.A.

        12         chartered by the S.A. or otherwise recognized by the

        13         University at the time of the tabling?

        14                    A.    They were not.

        15                    Q.    So that's accurate; correct?

        16                    A.    Correct.

        17                    Q.    Okay.  The next sentence reads

        18         representatives of the two groups set up tables

        19         outside the Union in a reservable space without

        20         having followed procedures to properly secure the use

        21         of the space.

        22                    Did I read that correctly, sir?

        23                    A.    Yes.

        24                    Q.    Is that sentence accurate?

        25                    A.    Yes.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2                    Q.    The next sentence reads

 3    representatives of the Union professional staff and

 4    of the S.A. notified the tabling students that there

 5    were tabling without reservation in a space that had

 6    to be reserved in advance, and asked them to

 7    relocate.

 8                    Did I read that correctly, sir?

 9                    A.    Yes.

10                    Q.    Were you -- were you present when

11    this occurred?

12                    A.    No.

13                    Q.    Did anyone ever tell you this

14    occurred?

15                    A.    Not that I can recall.

16                    Q.    Okay.  And then the next sentence

17    says the groups refused, twice, to move.  Did I read

18    that correctly, sir?

19                    A.    Yes.

20                    Q.    Are you aware whether the College

21    Republicans and the S.A. refused, twice, to move on

22    November 14th, 2019?

23                    A.    I do not recall.

24                    Q.    Okay.  So it may have happened;

25    it may not have happened?  You just don't know as you
```

 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2         sit here today?

 3                        A.   Yes.

 4                        Q.   Okay.   Then it says, the next

 5         sentence, the group's display included provocative

 6         posters with gun imagery, this being the same day as

 7         the Saugus, S-A-U-G-U-S, High School shooting.

 8                        Did I read that correctly, sir?

 9                        A.   Yes.

10                        Q.   Were you aware that there had

11         been a high school shooting that day?

12                        A.   Yes, but I believe -- to my

13         knowledge, news of that shooting broke either after

14         we had already set up the tabling or we were made

15         aware of it after we had already set up for the

16         event.   I -- I remember there was no intention, at

17         least, of putting that out there in response to the

18         shooting.

19                        Q.   Okay.  so there was a shooting

20         that day that you became aware of?

21                        A.   Yes.

22                        Q.   But the College Republicans, to

23         your knowledge, were not aware of the shooting before

24         they started the tabling event?

25                        A.   Correct.  I believe the -- the --

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        the -- the news had broke on the shooting, later on,

3        if I remember correctly.

4                    Q.   Were there provocative posters

5        with gun imagery on display?

6                    A.   I wouldn't describe them as

7        provocative.  There was gun imagery, that poster that

8        you -- that you showed in that photo of the I'm pro-

9        choice pick your gun.  Whether provocative is the

10       right use -- word that he used there, I would be

11       inclined to disagree but --.

12                   Q.   You don't think saying I'm --I'm

13       pro-choice pick your gun was provocative?

14                   MS. WADE:  Objection, argumentative.

15                   MR. MOORE:  Okay.  strike that.

16                   BY MR. MOORE:  (Cont'g.)

17                   Q.   Okay.  The next paragraph talks

18       about students offended by the display and

19       disapproving of the views of the two tabling

20       organizations gathered around the table in increasing

21       number.  Do you see that paragraph, the next

22       paragraph there?

23                   A.   Yes.

24                   Q.   You were not present for anything

25       described in this paragraph; correct?

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                    A.   I was not.
 3                    Q.   Okay.  All right.  We'll move on
 4         from paragraph nineteen -- rather, from Exhibit
 5         Nineteen.  And you did attend the Dr. Laffer event;
 6         correct?
 7                    A.   Correct.
 8                    Q.   Was there any other involvement
 9         you had in planning the event that you haven't told
10         me about here today?
11                    A.   Besides the flyer?  Let me think
12         here.  I don't recall any other involvement in terms
13         of setting up the event, no.
14                    Q.   Okay.  Was there a lunch that
15         occurred before the Dr. Laffer event?
16                    A.   Yes.
17                    Q.   At which Dr. Laffer appeared?
18                    A.   Yeah.
19                    Q.   Did you attend that lunch?
20                    A.   Yes.
21                    Q.   Okay.  Who else attended that
22         lunch, if you can remember?
23                    A.   Lacey Kestecher, John Restuccia,
24         Jon Lizak, Kyle Nelson, Joe Silverstein, Bryn Lauer,
25         a gentleman named Michael Woodward.  And that -- that
```

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2    -- oh, and a man named George Phillips.  And that's
 3    all I remember.  And of course, Mr. Laffer himself.
 4                  Q.   Okay.  What occurred at the
 5    lunch?
 6                  A.   It was -- it was really just a
 7    formal gathering, you know, just chatting with him.
 8    People had the opportunity to ask him questions.  We
 9    obviously ate.  It was just a lunch.
10                  Q.   Okay.  Do you know who paid for
11    the lunch?
12                  A.   I think it was one of our donors,
13    but I'm not entirely sure.
14                  Q.   What do you mean by one of our
15    donors?
16                  A.   Well, the organization has -- the
17    College Republicans has donors.  That's where we get
18    our -- some of our money from.
19                  Q.   Okay.  who are those donors?
20                  A.   I don't know.
21                  Q.   Was Michael Woodward a donor?
22                  A.   No.
23                  Q.   Was George Phillips a donor?
24                  A.   No -- I don't know.
25                  Q.   Okay.  So your understanding is
```

    1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

    2         that it was paid for by third-party donors, but you

    3         don't know who those people are?

    4                   A.    Correct, yeah.

    5                   Q.    Do you know if the lunch was paid

    6         for by Young America's Foundation?

    7                   A.    It's entirely possible.  I -- I -

    8         - I don't know.

    9                   Q.    Okay.  Do you know if the cost of

   10         the lunch was incorporated into Dr. Laffer's fee?

   11                   A.    I don't know.

   12                   Q.    Was Dr. Laffer paid a fee for the

   13         speaking engagement?

   14                   A.    Yes, it was my understanding that

   15         he was paid, yes, for -- to speak.

   16                   Q.    Do you know -- do you know who

   17         paid him?

   18                   A.    No.

   19                   Q.    Did the College Republicans pay

   20         him?

   21                   A.    It's possible, but I don't know.

   22                   Q.    Okay.  You have no knowledge of

   23         who paid him?

   24                   A.    No.

   25                   Q.    Okay.  Fair enough.  Was there a

Associated Reporters Int'l., Inc.

Page 162

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         press conference at all, attended by Dr. Laffer that

3         day?

4                        A.   Not that I can think of, no.

5                        Q.   Okay.  Fair enough.  Let's go to

6         paragraph seventy-seven of the complaint.  This

7         appears on page nineteen at the top of that page.

8         And I will read that paragraph into the record, sir.

9                        It reads, seventy-seven, on the day of

10        the Dr. Laffer event, Monday, November 18, 2019,

11        Plaintiffs Y.A.F. and College Republicans met with

12        U.P.D. and certain SUNY Binghamton administrators

13        acting at the direction of Defendants Stenger, Rose,

14        and Pelletier.

15                        Did I read that correctly, sir?

16                        A.   Yes.

17                        Q.   And did you -- were you present

18        at the meeting referred to in paragraph seventy-

19        seven?

20                        A.   I don't recall being at that

21        meeting, no.

22                        Q.   Okay.  So the answer is no?

23                        A.   I don't remember being at that

24        meeting.

25                        Q.   Okay.  Fair enough.  Let's move

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2         down to the bottom of this page, which is paragraph

 3         eighty-two.  And that reads -- well, let's -- let's

 4         look at eighty-one first.

 5                        Eighty-one reads first SUNY Binghamton

 6         had decided to increase the U.P.D. police presence

 7         and move the event to a lecture hall with more

 8         readily available egress routes that would allow

 9         U.P.D. to remove Dr. Laffer more readily if they

10         chose to do so.

11                        Did I read that correctly, sir?

12              A.   Yes.

13              Q.   Do you know if the U.P.D. police

14         presence was increased for the Dr. Laffer event?

15              A.   There was U.P.D. there, yeah.  I

16         don't know if there was an increase from what they

17         were originally planning on bringing, as opposed to

18         who actually showed up, but I know there were police

19         there.

20              Q.   Okay.  Do you know if the

21         location of the Dr. Laffer event was moved?

22              A.   Yes.

23              Q.   Do you know why the -- this event

24         was moved?

25              A.   Yes, it -- it was -- it was
```

Page 164

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        because of security concerns because the original

3        meeting location was, I believe, in the engineering

4        building, and it was a basement location.  And

5        obviously, it would have been harder to, you know,

6        get him out of there if there was a disruption, as

7        opposed to in the lecture hall.

8                    Q.    Did you disagree with the logic

9        of moving the lecture?

10                   A.    I mean, it makes sense to -- to

11       pick the safer option.

12                   Q.    Okay.  Let's go to paragraph

13       eighty-two.  That reads, second, SUNY Binghamton had

14       decided to facilitate Defendant College Progressives'

15       effort to disrupt the event by providing them with

16       the lecture hall adjacent to the Dr. Laffer event,

17       which had connection door -- connecting doors to the

18       event's lecture hall to organize the planned

19       disruption of Plaintiff's event.

20                   Did I read that correctly, sir?

21       A.    Yes.

22                   Q.    Were you aware that College

23       Progresses were provided with a lecture hall?

24       A.    Yes.

25                   Q.    And how did you become aware of

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        that?

3                        A.   I was told by, I believe, John

4        Restuccia.

5                        Q.   Did you see this lecture hall

6        that was allegedly provided to the College

7        Republicans?

8                        A.   You mean the College

9        Progressives?

10                       Q.   Correct.  Sorry.  I misspoke.

11                       A.   No problem.

12                       Q.   Did you see the lecture hall that

13       -- that is referenced in paragraph eighty-two --

14                       A.   Yes.

15                       Q.   -- that was provided to the

16       Defendant, College Progressives?

17                       A.   Yes.  I did not go inside, but I

18       saw it.

19                       Q.   Okay.  And what did you see?

20                       A.   I saw the door open once, maybe

21       twice, and a couple people like going in and out, but

22       that was it.

23                       Q.   And where was this lecture hall

24       located?

25                       A.   It was located next to ours.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    Q.    Okay.  And how would you -- was

3    there a connecting door between the two lecture halls

4    or would you have to leave one lecture hall and go

5    into a connecting hallway to enter the other lecture

6    hall?

7                    A.    I don't know.

8                    Q.    Okay.  Do you have any personal

9    knowledge of who made the decision to provide the

10   College Progresses with that lecture hall?

11                   A.    No, I don't know.

12                   Q.    Do you have any personal

13   knowledge of why the protesters were given another

14   lecture hall to protest?

15                   A.    No, I don't know.

16                   Q.    Do you believe that the -- that

17   persons who disagreed with Dr. Laffer's views had a

18   First Amendment right to express that disagreement?

19                   A.    In -- in our lecture hall, or

20   just in general?

21                   Q.    In general.

22                   A.    In general, yes.

23                   Q.    Okay.  Would they have had the

24   right, in your opinion, to utilize the adjacent

25   lecture hall to express those views?

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                         A.   I think there were other places

3    that they could have gone.  So I'm going to have to

4    say no, in the sense that there were other reasonable

5    areas where the University could have had them go.

6                         Q.   Okay.  But you weren't involved

7    in those discussions?

8                         A.   I was not involved in those

9    discussions.

10                        Q.   Okay.  Let's go to paragraph

11   eighty-nine of the complaint.  And that is on the

12   next page, which is page twenty of Exhibit One.  And

13   I will read that into the record.  A few hours before

14   the Dr. Laffer event, Dr. Laffer and his aides

15   arrived at a nearby airport.

16                        Did I read that correctly, sir?

17                        A.   Yes.

18                        Q.   Were you present when Dr. Laffer

19   arrived at the airport?

20                        A.   No.

21                        Q.   Okay.  Let's move on to paragraph

22   ninety-four of the complaint.  And that's on page

23   twenty-one of Exhibit One.  And I will read it into

24   the record.  It reads as follows.  Approximately one

25   hour before the Dr. Laffer event, the two Pinkerton

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         agents, hired by Y.A.F., met with U.P.D.

3                        Did I read that correctly, sir?

4                        A.   Yes.

5                        Q.   Were you present at that meeting?

6                        A.   No.

7                        Q.   Were you aware that Young

8         America's Foundation had -- had hired Pinkerton

9         agents for the event?

10                       A.   No.

11                       Q.   Okay.  Let's go to paragraph

12        ninety-seven, which is located at the bottom of page

13        twenty-one of Exhibit One.  And that paragraph reads

14        as follows.

15                        Ninety-seven, U.P.D. was so convinced

16        of inevitable disruption that it also informed Y.A.F.

17        donor and Dr. Laffer's driver for the day, Jeffrey

18        Coughlan, that he should stay with the vehicle since

19        Dr. Laffer may need to make a quick getaway if the

20        event was effectively canceled by the disruptors.

21                        Did I read that correctly, sir?

22                       A.   Yes.

23                       Q.   Were you present for this

24        meeting?

25                       A.   No.

Associated Reporters Int'l., Inc.

Page 169

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                     Q.   Do you know who Jeffrey Coughlan

3    is?

4                     A.   Yes -- yes.

5                     Q.   Who is -- who is Jeffrey

6    Coughlan?

7                     A.   Now, that I -- now that I see the

8    name, it comes back to me.  He is one of our donors.

9                     Q.   Okay.  Was he present at the

10   luncheon that we discussed earlier?

11                    A.   I believe he was, yes.

12                    Q.   Do you know if he paid for the

13   lunch?

14                    A.   It's possible, but I don't know.

15                    Q.   Okay.  Fair enough.  Let's go to

16   paragraph ninety-eight, which is located at the top

17   of page twenty-two of the complaint, Exhibit One.

18   And I will read ninety-eight and ninety-nine into the

19   record.

20                    Ninety-eight, at least one hour before

21   the Dr. Laffer event was scheduled to begin, College

22   Progressives and PLOT and their co-conspirators were

23   lined up outside the lecture hall and packed into the

24   adjacent lecture hall provided to College

25   Progressives by SUNY Binghamton administrators.

1   3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        Ninety-nine, once the doors to the Dr.

3   Laffer event were opened, hundreds of students and

4   non-students, many of them members of College

5   Progressives and PLOT, flooded in and packed the

6   room.

7                        Did I read that correctly, sir?

8              A.   Yes.

9              Q.   Did you witness this occur?

10             A.   No.

11             Q.   Okay.  Do you know if any of the

12  people who were present in the lecture hall on

13  November 18, 2019, before Dr. Laffer spoke, were

14  members of the College Progressives?

15             A.   I did not know for a fact.  There

16  were some hints based on their apparel, but nothing

17  for certain.

18             Q.   So is -- is your testimony that

19  people were wearing College Progressives t-shirts or

20  something like that?

21             A.   They are wearing College

22  Progressives t-shirts, but they were aligned with

23  some of the things that the College Progressives

24  believed.  I don't necessarily, you know, remember

25  what they were, but I know there -- they had apparel

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        that sort of gave it away.  But I -- I don't

3        remember.

4                    Q.    Okay.  And do you know if any of

5        the people present in the lecture hall that night

6        were members of the group PLOT?

7                    A.    No.

8                    Q.    Okay.  Let's go to paragraph one

9        O two, a little farther down on the very same page,

10        exhibit -- page twenty-two of Exhibit One.  It reads

11        as follows.  Plaintiffs also observed that members of

12        College Progresses and PLOT, standing in the rows,

13        side aisles, and back of the lecture hall, were

14        wearing black face masks to disguise their

15        identities, arm bands with PLOT insignia, hooded

16        sweatshirts with PLOT insignia, pins with PLOT

17        insignia, and red shirts with PLOT insignia.

18                    Did I read that correctly, sir?

19                    A.    Yes.

20                    Q.    Did you personally witness any of

21        this?

22                    A.    This -- actually, yes, I -- I do

23        remember someone in -- in like a few people actually

24        in -- in PLOT branded gear, especially, the

25        sweatshirts.  The sweatshirts, I -- I can remember.

Associated Reporters Int'l., Inc.

```
 1     3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                      Q.    Okay.  Well, let's -- let's ask
 3     it this way.  Did you see anybody wearing black
 4     facemasks that night?
 5                      A.    No.
 6                      Q.    Okay.  And did you see anybody
 7     wearing armbands with PLOT insignia?
 8                      A.    No.
 9                      Q.    Did you see anybody with hooded
10     sweatshirts with PLOT insignia?
11                      A.    Yes, I recall seeing someone in
12     that.
13                      Q.    Do you know how many?
14                      A.    It was more than one, but I don't
15     know how many.
16                      Q.    Okay.  And did you see anybody
17     wearing pins with PLOT insignia?
18                      A.    I don't recall seeing anybody
19     with pins.
20                      Q.    Okay.  Do you remember seeing
21     anybody with red shirts with PLOT insignia?
22                      A.    I don't recall seeing anyone with
23     red shirts.
24                      Q.    Okay.  Let's go back to Exhibit
25     Forty, which is the College Republicans'
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        interrogatories responses.  And I'm going to proceed

3        to page twelve, which is the response to

4        interrogatory number ten.

5                    MR. MOORE:  If we get that up on the

6        screen, I'd appreciate it.

7                    THE REPORTER:  And what page is that

8        on?

9                    MR. MOORE:  Twelve.

10                   THE REPORTER:  Thank you.

11                   BY MR. MOORE:  (Cont'g.)

12                   Q.    Okay.  This is the response

13       interrogatory number ten.  And it says College

14       Republicans -- in part, it says College Republicans

15       respond that, to the best of its knowledge, John

16       Restuccia, Reign Bey, Jon Lizak, Lacey Kestecher,

17       Logan Blakeslee, Kyle Nelson, Samuel Kessler, and

18       Spencer Haynes were present at the Dr. Laffer event

19       of November 18, 2019.

20                   Did I read that correctly, sir?

21                   A.    Yes.

22                   Q.    Were all those individuals

23       present, if you know?

24                   A.    I know John Restuccia was there.

25       I know Jon Lizak was there.  I know Lacey Kestecher

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2         was there.  I know Kyle Nelson was there.  I do not
 3         remember if Logan Blakeslee, Samuel Kessler, or
 4         Spencer Haynes were at this event.
 5                        Q.   Okay.  You were at this event;
 6         correct?
 7                        A.   Correct.
 8                        Q.   And were there any other College
 9         Republicans that you know of present?
10                        A.   Bryn Lauer.
11                        Q.   Okay.  Was anyone else president
12         at the Dr. Laffer event that you know, personally?
13                        A.   I'm thinking.  I don't know.
14                        Q.   Okay.  Fair enough.  Let's go to
15         page twenty-three of Exhibit One, which is the
16         complaint.  And I'm going to focus your attention on
17         paragraph one O four.
18                        That reads, one O four, at the
19         insistence of College Republicans and Y.A.F., U.P.D.
20         made one statement about the size of the crowd and --
21         and SUNY Binghamton's fire code and asked those
22         standing to take their seats.
23                        Did I read that correctly, sir?
24                        A.   Yes.
25                        Q.   Were you involved in the
```

Associated Reporters Int'l., Inc.

Page 175

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         conversation where U.P.D. was asked to make this

3         announcement?

4                    A.    No.

5                    Q.    Did you hear this announcement

6         made?

7                    A.    I don't remember hearing that

8         announcement.

9                    Q.    Okay.  Let's move on to paragraph

10        one O eight and one O nine.  Those are located at the

11        bottom of page twenty-three of Exhibit One.  I'll

12        read them into the record.

13                   One O eight, the Dr. Laffer event

14        started promptly at seven-thirty p.m. E.S.T., with

15        John Restuccia, the then president of College

16        Republicans, providing a brief two-minute

17        introduction of Dr. Laffer.

18                   One O nine, during this -- during his

19        introduction, Restuccia ask those in attendance who

20        disagreed with Dr. Laffer's remarks to save their

21        questions for the question-and-answer portion.  He

22        noted that such individuals would be more than

23        welcome to voice any disagreements at this time.

24                   Did I read that correctly, sir?

25                   A.    Yes.

1   3/30/2023 - Young America's v Stenger - Preston Scagnelli

2              Q.   And were you present when this

3   occurred?

4              A.   Yes.

5              Q.   Is this an accurate recitation of

6   -- summary of what Mr. Restuccia said?

7              A.   Yes.

8              Q.   Do you remember anything else

9   being said that was not -- that is not summarized

10  here?

11             A.   No.

12             Q.   Okay.  Let's go to paragraphs one

13  ten through one thirteen.  I'll read those into the

14  record and then ask you some questions about them.

15  This begins at the bottom of page twenty-three of

16  Exhibit One and proceeds on to the next page.

17             One ten reads as follows.  Dr. Laffer

18  took the podium and, just a few seconds in, a member

19  of Defendant College Progressives and/or Defendant

20  PLOT stood up in the second row and began shouting

21  accusations at Dr. Laffer, yelling we are tired of

22  being oppressed that we are tired of getting murdered

23  by this Trump administration that you, this man, this

24  liar Arthur Laffer supports.

25             One eleven, the disruptor then accused

800.523.7887                                    Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         Dr. Laffer of helping the Trump administration

3         further racial oppression in a justice system that he

4         equated with modern-day slavery.

5                    One twelve, the majority of those

6         present greeted these accusations with applause, and

7         the disrupting student was soon handed a megaphone

8         and urged to continue.

9                    One thirteen, although Pelletier and

10        U.P.D. had stationed several officers in the room,

11        pursuant to the speech suppression policy they took

12        no action to prevent the student from disrupting the

13        event.

14                   Did I read that correctly, sir?

15        A.    Yes.

16        Q.    Was this individual with the

17        megaphone, who we'll call the megaphone disruptor,

18        was he arrested by the U.P.D. at some point?

19                   A.    He was put in handcuffs, to my --

20        to -- to my knowledge, yes.

21                   Q.    Okay.  Would you -- was -- was he

22        or she a student?

23                   A.    He, I -- I do not know his status

24        as whether he was a student or not.

25                   Q.    Okay.  Going back to the tabling

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         event, do you know if criminal complaints were filed

3         against anybody at the tabling event?

4                        A.   I don't know.

5                        Q.   If the megaphone disruptor was

6         arrested, would you agree with me that it is

7         inaccurate that the U.P.D. took no action to prevent

8         this student from disrupting the event?

9                        MS. WADE:  Objection, calls for

10        speculation.

11                       MR. MOORE:  You can answer.

12                       THE WITNESS:  Kimberly, am I --?

13                       MS. WADE:  You can -- you can answer.

14                       THE WITNESS:  Could you repeat the

15        question?

16                       BY MR. MOORE:  (Cont'g.)

17                       Q.   My question is, if that

18        individual, the megaphone disruptor, was arrested,

19        would you agree with me that it is inaccurate that

20        the U.P.D. took no action to prevent this student

21        from disrupting the event?

22                        A.   That would be correct.  If -- if

23        he was arrested and charged, then -- then -- then,

24        yes.

25                        Q.   Paragraph one fourteen, which is

Associated Reporters Int'l., Inc.

1      3/30/2023 - Young America's v Stenger - Preston Scagnelli

2      -- we're going to move up a little to see the entire

3      thing.  It reads -- this is also page twenty-four of

4      Exhibit One.

5                     It reads College Republicans, who were

6      sitting in the front row -- in the first row, stood

7      up and displayed free speech signs in response to the

8      disruptors.

9                     Did I read that correctly, sir?

10      A.    Yes.

11      Q.    Did you see this occur?

12      A.    I was there.

13      Q.    Okay.  Did members of the College

14     Republicans have free speech signs?

15      A.    Yes.

16      Q.    Were these free speech signs

17     prepared prior to the Laffer event?

18      A.    Were they what?

19      Q.    Prepared prior to the Laffer

20     event?

21      A.    We had them on us, yeah.

22      Q.    Where did you get them?

23      A.    I don't remember.

24      Q.    Who made them?

25      A.    I don't remember.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                      Q.    What did they say?
 3                      A.    Something along the lines of free
 4    speech.  I -- I don't remember.
 5                      Q.    Where there -- was there any
 6    discussion about utilization of those signs prior to
 7    the time the signs were displayed?
 8                      A.    I don't know.
 9                      Q.    Okay.  Did you have a sign in
10    your hand?
11                      A.    I believe I did, yes.
12                      Q.    Did you display it?
13                      A.    Yes.
14                      Q.    Why?
15                      A.    Because I was handed it and told
16    to hold it.
17                      Q.    Okay.  Who handed it to you and
18    told you to hold it?
19                      A.    I don't remember.
20                      Q.    Was it Raj Kannappan?
21                      A.    I don't remember.
22                      Q.    Was it John Restuccia?
23                      A.    I don't remember.
24                      Q.    Was there any discussion about
25    why it would be displayed?
```

Associated Reporters Int'l., Inc.

Page 181

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    A.   I don't remember.

3                    Q.   Was there any written discussion

4    about the signs before November -- before or on

5    November 18, 2019?

6                    A.   No, not that I can think of.

7                    Q.   Okay.  Was Defendant Brian Rose

8    present at the Laffer event?

9                    A.   I do not know what he looks like,

10   so I don't know.

11                   Q.   Was Defendant Harvey Stenger

12   present at the Laffer event?

13                   A.   I did not see him.

14                   Q.   Well, do you know if Defendant

15   John Pelletier was present at the Laffer event?

16                   A.   I don't know what he looks like,

17   so I -- I wouldn't know.

18                   Q.   Did anyone from the U.P.D.

19   prevent you or any other member of the College

20   Republicans from displaying your free speech sign?

21                   A.   No.

22                   Q.   Did Defendant Pelletier prevent

23   you from -- from displaying your free speech sign?

24                   A.   No.

25                   Q.   Did anyone else from B.U. prevent

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         or attempt to prevent the College Republicans from

3         displaying free speech signs?

4                        A.   No.

5                        Q.   Let's go to paragraphs one

6         fifteen and one sixteen, which is up on the screen.

7         One fifteen reads -- this is Exhibit One, page

8         twenty-four.  The number of College Progresses and/or

9         PLOT spoke through a megaphone for nearly two minutes

10        before U.P.D. took any action to restrain him.

11                        One sixteen, ten to fifteen members of

12        College Progressives and PLOT then formed a

13        protective barrier around the megaphone-wielding

14        disruptor.

15                        Did I read that correctly, sir?

16                        A.   Yes.

17                        Q.   Do you know -- did you know any

18        of the ten to fifteen members of College Progressives

19        or PLOT who formed the protective barrier?

20                        A.   No.

21                        Q.   Did you see this occur?

22                        A.   Yes.

23                        Q.   Did you know whether these people

24        were College Progressives or PLOT members?

25                        A.   Me, personally, I did not know

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2    who they were, you know, with.

3                Q.   Did you make any observations of

4    why they were forming what's called a protective

5    barrier here?

6                A.   From my observation, it looked

7    like they --.

8                MS. WADE:  Object to the form.  He

9    hasn't testified that it was a protective barrier.

10               MR. MOORE:  Okay.  Well, that's why I

11   said what's described as a protective barrier here.

12   I also asked him if it occurred.

13               BY MR. MOORE:  (Cont'g.)

14               Q.   So I'll ask this.  Did it appear

15   to you, sir, that what these ten to fifteen people

16   were doing was to form a protective barrier?

17               A.   Yes.

18               Q.   Okay.  So then, with the

19   understanding that those ten to fifteen people were

20   acting as a protective barrier, do you know why they

21   formed a protective barrier?

22               A.   I can -- I can -- I can only

23   speculate, based on my observations, what the intent

24   of the barrier was.

25               Q.   Okay.  Based upon your personal

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        observations, what did it appear to you to be the

3        purpose of the protective barrier?

4                    A.   To prevent the University Police

5        from getting to the man with the megaphone.

6                    Q.   Okay.  So U.P.D. officers were

7        attempting to move toward the megaphone-wielding

8        disruptor?

9                    A.   Yes.

10                   Q.   Do you know why they were doing

11       so?

12                   A.   Probably, to try and get him to

13       kick him out of the -- the lecture hall.

14                   Q.   And in fact, you saw him put in

15       handcuffs; correct?

16                   A.   I could have sworn I saw him

17       reach for his handcuffs.  I could be wrong, but based

18       on my recollection of events, he did reach for

19       handcuffs.

20                   Q.   Okay.  Did the megaphone

21       disruptor keep speaking while the police were moving

22       towards him?

23                   A.   Yes.

24                   Q.   Okay.  Let's go to paragraph one

25       eighteen.  And this appears at the top of page

Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        twenty-five of Exhibit One.  And I'll read it into

3        the record.

4                         One eighteen, during these events,

5        Pelletier, acting pursuant to the speech suppression

6        policy, directed the Pinkerton agents to remove Dr.

7        Laffer from the lecture hall.

8                         Did I read that correctly, sir?

9                         A.    Yes.

10                        Q.    Did you hear this occur?

11                        A.    No.

12                        Q.    And do you know what the speech

13       suppression policy is?

14                        A.    I do not.

15                        Q.    Have you ever read that policy?

16                        A.    No.

17                        Q.    After -- did you see Dr. Laffer

18       leave?

19                        A.    Yes.  I left -- I -- I -- we all

20       left the room.

21                        Q.    Who was with him when he left?

22                        A.     It was him, me, John Restuccia,

23       basically all the College Republicans who were

24       standing up there, and then, possibly, the armed

25       security -- or not armed security, just security.  I

Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        don't know if they were armed or not.  And that --.

3                    Q.   Security, do you mean the

4        Pinkerton agents who are referenced in the complaint?

5                    A.   I did -- I did not know that they

6        were Pinkerton agents, so it's possible.

7                    Q.   Did you ever talk to any of those

8        security officers?

9                    A.   Not to my knowledge, no, I don't

10       think I spoke with any of them.

11                   Q.   Okay.  So after you left, how did

12       you leave?

13                   A.   Essentially, we went out the --

14       the back, the egress method that this room had.  And

15       we -- it was basically like this corridor that

16       eventually led to an exit at what appeared to be the

17       back of the building.

18                   And from there, Mr. Laffer got into a

19       car and left.  And the rest of us were there.

20                   Q.   Okay.  Did you have any

21       conversations with Laffer before he entered the car?

22                   A.   No.

23                   Q.   Did you hear anybody else have

24       any conversations with Laffer before he entered the

25       car?

Associated Reporters Int'l., Inc.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    A.   Not that I can recall.

3                    Q.   All right.  Do you remember

4    anybody else who was present between the time you

5    went out the door and reached the car?

6                    A.   Besides the other College

7    Republicans that were standing up there?

8                    Q.   Right, other than the people you

9    mentioned.

10                   A.   No, I don't remember there being

11   anyone else.

12                   Q.   And the door you left through,

13   was this a -- a door at the back of the auditorium,

14   sort of behind the podium where Dr. Laffer was

15   speaking?

16                   A.   Yes.

17                   Q.   Was the megaphone disruptor

18   removed before or after Dr. Laffer?

19                   A.   I believe they were in the

20   process of removing -- I -- I honestly don't know who

21   left first.

22                   Q.   Okay.  Do you have any personal

23   knowledge whether anyone other than the megaphone

24   disruptor was arrested?

25                   A.   I think I might have heard about

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2    one other person getting put in handcuffs, but not --

3    not enough to where I can say definitively.

4             Q.   Okay.  And you didn't personally

5    witness that?

6             A.   No -- no.

7             Q.   Okay.  All right.  Where did you

8    go from the back door -- the back entrance that you

9    described where Dr. Laffer's car was?

10            A.   At that point, I believe we all

11   walked to our own vehicles -- well, a lot of us

12   carpooled.  And then, we all went to get a bite to

13   eat off campus.

14            Q.   Okay.  And was it just College

15   Republicans who got the bite to eat off campus?

16            A.   No.  There were -- there were

17   other people.  I believe Raj Kannappan was there, as

18   well as -- no, I -- all I remember is Raj Kannappan.

19            Q.   Okay.  Where did you eat?

20            A.   Outback Steakhouse.

21            Q.   Okay.  And what was discussed at

22   the dinner?

23            A.   Honest, I -- I don't recall

24   really anything specific being brought up related to

25   the Laffer event.  I think -- I think it was a lot to

Associated Reporters Int'l., Inc.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2         process.  So we all just kind of tried cooling off.
 3         I -- I don't remember any specific conversation.
 4                        Q.   Okay.  Let's go to paragraph one-
 5         thirty of the complaint.  This appears at the bottom
 6         of page twenty-six of Exhibit One and goes on to page
 7         twenty-seven.
 8                        And it reads as follows.  Stenger and
 9         Rose did, however, cause SUNY Binghamton to take
10         action against College Republicans.  The day after
11         the University had once again violated their
12         constitutional rights, the Student Association, which
13         is controlled by the SUNY Binghamton administrators,
14         sent College Republicans a two-line email, informing
15         them that they were being suspended due to their
16         violation with both University and Student
17         Association policy in regards to tabling without
18         proper approval on Thursday, November 14th.
19                        Did I read that correctly, sir?
20                        A.   Yes.
21                        Q.   Did you ever see this email?
22                        A.   I don't recall seeing it.  I was
23         told about it, but I don't recall seeing it.
24                        Q.   Okay.  Let's go to page seventy-
25         five of seventy-five of the complaint.  And this is
```

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         the final exhibit in the complaint.  I'll represent

3         to you that the complaint seems to indicate that this

4         was the email referenced in paragraph one thirty.

5                        Do you recognize this email, sir?

6                        A.    I do not.

7                        Q.    Okay.  And would you agree with

8         me that the full text of the email is good morning, I

9         am emailing to inform you that the B There account

10        for College Republicans has been suspended due to

11        your violation with both University and Student

12        Association policy in regards to tabling without

13        proper approval on Thursday, November 14th.  Let me

14        know if you have any questions.  Best, Erin.

15                        Did I read that correctly, sir?

16                        A.    Yes.

17                        Q.    Do you know who Erin is?

18                        A.    No.

19                        Q.    Do you see Brian Rose copied on

20        this email?

21                        A.    No.

22                        Q.    Do you see Harvey Stenger copied

23        on this email?

24                        A.    No.

25                        Q.    How about John Pelletier, is he

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         copied on this email?

3                        A.   No.

4                        Q.   Okay.  Who is the recipient of

5    this email?

6                        A.   College Republicans S.A.

7                        Q.   Okay.  What is College

8    Republicans S.A.?

9                        A.   That is the Binghamton University

10   College Republicans.

11                       Q.   Okay.  If we scroll down a little

12   further, there's a name, Erin Bishop.  Do you know

13   who Erin Bishop is?

14                       A.   No.

15                       Q.   Okay.  Do you have any personal

16   knowledge that Defendant Harvey Stenger caused the

17   S.A. to suspend the College Republicans' B There

18   account?

19                       A.   I have no knowledge of that.

20                       Q.   Do you have any personal

21   knowledge that Defendant Rose caused the S.A. to

22   suspend College Republicans' B-There account?

23                       A.   I have no knowledge of that.

24                       Q.   Do you know if either of those

25   Defendants had any involvement whatsoever in the

```
 1      3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2           decision to send the email that is contained on page
 3           seventy-five of seventy-five of Exhibit One?
 4                      A.    I have no knowledge of that, no.
 5                      Q.    Okay.  Do you know if the College
 6           Republicans responded to this email?
 7                      A.    I have no knowledge of that.
 8                      Q.    Okay.  Let's go to paragraph one
 9           thirty-one of the complaint.  This appears near the
10           top of page twenty-seven of Exhibit One.  And that
11           reads on information and belief, Stenger, Rose, and
12           the Student Association have not required other
13           groups to obtain approval before tabling on campus.
14                      Did I read that correctly, sir?
15                      A.    Yes.
16                      Q.    Do you know if that's accurate?
17                      A.    I don't know.
18                      Q.    Okay.  Paragraph one thirty-two
19           is the next paragraph in Exhibit One.  And it reads
20           this punishment was an unconstitutional enforcement
21           of the University's tabling policy because it was
22           motivated not by College Republicans' decision not to
23           obtain a permit, but by Stenger, Rose, and the
24           Student Association's disagreement with College
25           Republicans and Y.A.F.'s views.
```

Associated Reporters Int'l., Inc.

Page 193

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    Did I read that correctly, sir?

3                    A.   Yes.

4                    Q.   Do you know if Defendant Stenger

5    disagreed with College Republicans' or Y.A.F.'s

6    views?

7                    A.   I don't know him personally, but

8    -- I don't know.

9                    Q.   Okay.  Do you know if Defendant

10   Rose disagreed with College Republicans' or Y.A.F.'s

11   views?

12                   A.   I don't know.

13                   Q.   Is it your understanding that the

14   College Republican -- Republicans' B There account

15   was suspended?

16                   A.   Yes.

17                   Q.   Do you know for how long it was

18   suspended?

19                   A.   I -- I -- I don't know how long

20   it was.

21                   Q.   Okay.  And you were no longer

22   involved with the College Republicans after February

23   2020?

24                   A.   Correct.

25                   Q.   So is it fair to say you have no

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2         knowledge of whether or not they restored the College

3         Republicans as a functioning student entity after

4         February of 2020?

5                        A.    That's correct.

6                        Q.    Okay.   Fair enough.   Almost done,

7         but let's go to paragraph one thirty-four, same page,

8         page twenty-seven, Exhibit One.

9                        And that reads as follows.   Plaintiffs

10        College Republicans and Lizak met with Defendants

11        Stenger and Rose on January 20, 2020, to discuss the

12        tabling incident and the Dr. Laffer event.   This

13        meeting was facilitated by Congressman Thomas Reed,

14        the U.S. representative for New York's twenty-third

15        congressional district, who also attended.

16                        Did I read that correctly, sir?

17                        A.    Yes.

18                        Q.    And I earlier described

19        Congressman Reed as a senator, but I -- I would

20        correct that.   Is it your understanding he's a

21        congressman, not a senator?

22                        A.    Yes.

23                        Q.    Okay.   So I correct myself in

24        that.   Did you attend that meeting, sir?

25                        A.    Yes.

Page 195

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    Q.   Do you know if that meeting was

3    recorded?

4                    A.   I don't recall.

5                    Q.   Were you involved in recording

6    that meeting?

7                    A.   No.

8                    Q.   Do you know if anybody from the

9    College Republicans advised Stenger and Rose that the

10   meeting was being recorded?

11                   A.   No.

12                   Q.   Do you remember what occurred at

13   the meeting?

14                   A.   It was -- for me, at least -- I

15   don't remember anything specific.  I mean, to me, it

16   just seemed like a lot of just discussion.

17                   Q.   Okay.  Do you remember anything

18   specific that was said?

19                   A.   No.

20                   Q.   Okay.  Do you know if the College

21   Republicans ever attempted to bring any other

22   speakers to campus during your involvement with that

23   group after Dr. -- the Dr. Laffer event?

24                   A.   I don't recall them trying to

25   bring any other speakers on after.

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    MR. MOORE:  I think that's all I have.

3    I'm going to pass the baton to Mr. Saitta, who may

4    have questions for you.

5                    MR. SAITTA:  I do.

6                    MR. MOORE:  I may have questions after

7    that, but I'll -- I'll let you --.

8                    CROSS EXAMINATION

9                    BY MR. SAITTA:

10                   Q.   I just have a few, Mr. Scagnelli,

11   if I can take you back through.

12                   If I can ask you, you had testified

13   earlier that there were groups that tabled without a

14   permit.  And I believe you cited the College

15   Republicans doing it previously and Turning Point.

16                   On those occasions of which you're

17   aware that either of those groups table without a

18   permit, do you know if the Student Association was

19   made aware of that violation?

20                   A.   I do not know.

21                   Q.   Okay.  And do you know on either

22   of those occasions that you're referring to, or if it

23   was more than two occasions, whether or not the group

24   that tabled without a permit ever refused to leave

25   when asked to do so by University officials?

1   3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                   A.   I have never been present, nor

3   have -- do I recall being made aware of any instance

4   where the University had asked us to leave.

5                   Q.   Well, not only -- I guess, maybe

6   I should be clear.  What I'm referring to is you

7   indicated in your testimony that there were other

8   groups that tabled without a permit.  And if I

9   recall, in your testimony, you cited both the College

10  Republicans on prior occasions and Turning Point.

11                  And I guess what I'm asking you, on

12  any of those occasions that you're recalling, either

13  for the College Republicans or Turning Point, were

14  they ever asked to leave because they didn't have a

15  permit, and refused?

16                  A.   I -- I -- I don't know.

17                  Q.   Okay.

18                  A.   I -- I wasn't there whenever that

19  happened.

20                  Q.   And -- and are you aware of any

21  other student groups that tabled on the Spine without

22  a permit?

23                  A.   I don't know.

24                  Q.   Okay.  You referred to an article

25  where they talked about tabling without a permit is

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        kind of a protest for free speech rights.  Is it your

3        understanding that the College Republicans had the

4        right to speak anywhere they wanted to on campus at

5        any time?

6                        A.    Was that my opinion?

7                        Q.    Yeah, is that your understanding

8        that the First Amendment allows them to set up a

9        table whenever and wherever they want on campus?

10                       A.    That -- that's what I was --

11       that's what I was told yeah, that First Amendment

12       would -- would give protection to public spaces to --

13       to -- to demonstrate or, in this case, table.

14                       Q.    Is that without limitations of

15       any kind?

16                       A.    I -- we didn't -- I never -- I --

17       I --.

18                       Q.    Well, put it this way.  You

19       couldn't go into a classroom that was meeting at the

20       time, set up a table, and start tabling; could you?

21       Just because it was public space; right?

22                       A.    That would be correct.

23                       Q.    So there were limitations?  And

24       is it your position that requiring a student

25       organization to get a permit to table on the Spine is

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        a violation of their First Amendment rights?

3                        A.   Yes.

4                        Q.   Okay.  So you don't think the

5        University has an ability to do that?  Well,

6        withdrawn.  You've answered that question.

7                        Okay.  And -- and what's the basis of

8        your belief in that regard?

9                        A.   What's the basis?

10                       Q.   Yeah.

11                       A.   It's -- it's -- well, it's not

12       being used for -- for anything else for that matter.

13       I mean, it's groups -- groups sit there and -- and

14       use that Spine all the time.  And I mean, I remember

15       -- I remember once, I saw and -- and I'm actually

16       genuinely curious about this.  There was one time

17       that an organization, it might have been the College

18       Progressives, I don't know, but they did a -- they --

19       they did what they called a die-in to protest, like,

20       Lockheed Martin or something.

21                       And they just essentially laid on the

22       ground of the Spine and, literally, just laid there

23       and played dead.  I don't know --.

24                       Q.   But in terms of the permit

25       procedure --

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    A.    Yes.

3                    Q.    -- that's required when you need

4    to table.  You don't need that just to stand on the

5    Spine and say something; correct?

6                    A.    Correct.

7                    Q.    Okay.  And do you recall speaking

8    to anybody at the tabling event who was from the

9    Student Association, an official?

10                   A.    No.

11                   Q.    Okay.  I'll ask you to look -- go

12   to the complaint for a second.  And I'll ask you --

13   which is Exhibit One -- to go through -- go to

14   paragraph forty.  And I'll read that into the record.

15                   The SUNY Binghamton administration

16   permits the Student Association to operate with a

17   limited degree of independence, but the

18   administration retains the power to direct Student

19   Association decisions.

20                   Is -- first of all, did I read that

21   accurately?

22                   A.    Yes.

23                   Q.    And is that, in your knowledge,

24   an accurate statement that the administration retains

25   power to direct the Student Association decisions?

1        3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                        A.   I don't know.

3                        Q.   Okay.  And then, the next

4        sentence is acting at the direction of Stenger and

5        Rose, the Student Association has the power to

6        suspend and reinstate Student Association.

7                        And did I -- one, did I read that

8        sentence correctly?

9                        A.   Yes.

10                       Q.   And do you have an opinion or

11       belief whether that statement is true or not?

12                       A.   I don't know.

13                       Q.   Okay.  Are you aware of any power

14       that the University has to direct the Student

15       Association to make decisions?

16                       A.   I am not aware of anything like

17       that.

18                       Q.   Okay.  Could you move, then, to

19       paragraph forty-eight?  And -- and this, we covered a

20       little bit, that many other student organizations did

21       not obtain a permit from the Student Association.

22       And you've already testified about which

23       organizations you think did that.

24                       My question regarding paragraph forty-

25       eight is when -- first of all, it -- it states that

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        the College Republicans did not obtain a permit from

3        the Student Association to table.  Is it your

4        understanding that requests to table go through the

5        Student Association?

6                        A.   Is it my -- so, I'm sorry, just

7        to clarify --?

8                        Q.   Sure.  When -- when a group like

9        the College Republicans or another chartered

10       organization wants to get a permit to table, they go

11       through the B There account.  Is that correct?

12                       A.   That's -- that's what it appears,

13       based on -- on this, yes.  I -- I don't know the

14       whole process.

15                       Q.   Okay.  And requests to the B

16       There account are approved or disapproved by the

17       University, not the Student Association; correct?

18                       A.   Yes, if you have to put that

19       thing in through B There, I imagine it would be the

20       University that would make that decision, ultimately.

21                       Q.   Okay.  So then paragraph forty-

22       eight, stating that the College Republicans did not

23       obtain a permit from the student -- Student

24       Association is inaccurate because they would've

25       obtained it from the administration; correct?

Page 203

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                         A.    I might be misunderstanding here

3         what --.

4                         Q.    Sure.  Well, paragraph forty-

5         eight essentially says that you make your request for

6         a permit to Student Association, which is approved or

7         denied by the Student Association.

8                         A.    Yes.

9                         Q.    And I'm asking you isn't it a

10        fact that that's not correct, that it's the

11        administration who approves or denies a permit

12        request through the B There account?

13                        A.    I -- I don't know who approves

14        it.

15                        Q.    Okay.  So you're unaware of --

16        well, let me ask you this.  Are you aware of any

17        procedure where you have to ask the Student

18        Association for a permit to table?

19                        A.    I am not aware.

20                        Q.    Okay.  And if we can go to

21        paragraph one thirty?  All right.  And I'll read into

22        -- one thirty into the record.  Stenger and Rose did,

23        however, cause SUNY Binghamton to take action against

24        the College Republicans.

25                        The day after the University had once

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2        again violated their constitutional rights, the

3        Student Association, which is controlled by the SUNY

4        Binghamton administration, sent College Republicans a

5        two-line email, informing them that they were being

6        suspended due to their violation of both University

7        and Student Association policy in regards to tabling

8        without proper approval on Thursday, November 14.

9                    Did I read that correctly?

10                   A.   Yes.

11                   Q.   Okay.  Do you have -- is it

12       accurate, to your knowledge, that the administration

13       basically directed and forced the Student Association

14       to suspend the College Republicans for their tabling

15       violation?

16                   A.   I don't know.

17                   Q.   You have no personal knowledge?

18                   A.   I have no personal knowledge.

19                   Q.   Okay.  If we can move, then, to

20       paragraph one thirty-one and I'll read that into the

21       record.  On information and belief, Stenger, Rose,

22       and the Student Association have not required other

23       groups to obtain approval before tabling on campus.

24                   And my same question that goes back to

25       an earlier paragraph, is it your understanding that

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2          the students -- that student groups have to apply to

3          the Student Association to table on campus?

4                    A.    Based on what I've read and --

5          and everything shown so far, I would say yes, but I

6          have no personal knowledge that would suggest that

7          that --.

8                    Q.    Okay.   What have you been shown

9          or read that makes you believe that a request for a

10         permit to table on the Spine is made to and approved

11         or denied by the Student Association, as opposed to

12         the college administration?

13                   A.    Can you repeat that?

14                   Q.    Sure.   You just testified that

15         you believe that the Student Associations has some

16         role in granting or denying request to table on the

17         Spine, to get a permit.   And I'm asking you, and you

18         cited that certain things you read, or were shown, or

19         were told.   And I'm asking what those were that made

20         you believe that the Student Association, as opposed

21         to the administration, is the entity to whom such

22         requests for tabling are made and the entity who

23         passes upon the request?

24                   A.    Well, the things shown in this --

25         this deposition, like the email that was sent to us

    1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

    2        that we were suspended because of the -- the November

    3        tabling incident.

    4                        Q.   And that letter, as you recall,

    5        was a letter from the S.A., suspending you from

    6        violating the tabling policy.  There was nothing in

    7        there that said the tabling policy is approved or

    8        disapproved by the S.A.; did it?

    9                        A.   That would be correct.

    10                       Q.   So essentially, you're assuming,

    11       since they sanctioned the College Republicans for the

    12       tabling violation, that they're somehow involved in

    13       the approval process.  Is that fair to say?  Is that

    14       really the basis of your belief?

    15                       A.   Yes.

    16                       Q.   And if we can move to paragraph

    17       one -- I think we're on one thirty-two.  And I'll

    18       read that.  The punishment was an unconstitutional

    19       enforcement of the University's tabling policy

    20       because it was not motivated by the College

    21       Republican's decision to obtain a permit by Stenger,

    22       Rose, and the Student Association's disagreement with

    23       College Republicans' and Y.A.F.'s views.

    24                       First of all, when you -- first of

    25       all, is that -- did I read that accurately?

1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

2                    A.    Yes.

3                    Q.    And do you agree with that

4    statement?  Your -- to your knowledge, is that

5    statement accurate?

6                    A.    I -- I have no personal knowledge

7    on that.

8                    Q.    Okay.  So you don't know, when

9    they refer to the University's tabling policy,

10   they're referring to the University as opposed to the

11   Student Association?

12                   A.    I don't know.

13                   Q.    Okay.  And do you have any

14   knowledge of what disagreement the Student

15   Association allegedly had with the College

16   Republicans' and Y.A.F.'s views?

17                   A.    I have no personal knowledge.

18                   Q.    Okay.  Have you seen any

19   documents, which you believe establish that the

20   Student Association had a disagreement with the

21   College Republicans' and Y.A.F.'s views?

22                   A.    Not that I have personally see.

23                   Q.    If we can move to one thirty-

24   three, I'll read this into the record.  Through this

25   retaliatory discipline, Stenger, Rose, and the

Page 208

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2        Student Association exacerbated their violation of
 3        Plaintiffs' constitutional rights by depriving them
 4        of the ability to receive University funding and to
 5        reserve rooms to host expressive events for the
 6        spring 2020 semester.
 7                        Did I read that correctly?
 8                        A.   Yes.
 9                        Q.   Okay.  And is that, to your
10        knowledge, an accurate statement?
11                        A.   I know the portion about the
12        inability to reserve rooms is correct.  I don't know
13        about the ability to receive funding.
14                        Q.   Okay.  So you have no knowledge
15        as to whether or not their funding was ever deprived?
16                        A.   Yes, I have no knowledge of that.
17                        Q.   Okay.  Give me one second.  I
18        think I --.
19                        MR. SAITTA:  All right.  Those are all
20        the questions I have for you.  Thank you for your
21        time.
22                        MR. MOORE:  Just a quick follow-up,
23        Mr. Scagnelli; then we'll let you go.
24                        REDIRECT EXAMINATION
25                        BY MR. MOORE:
```

Page 209

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli
 2                     Q.    Mr. Saitta asked you about
 3    T.P.U.S.A. previously tabling before November 14,
 4    2019.  Were you aware of T.P.U.S.A. ever tabling
 5    before that day?
 6                     A.    I don't remember a tabling
 7    situation involving T.P.U.S.A. before that.
 8                     Q.    Okay.  That's what I thought your
 9    prior testimony was.  With respect to the possible
10    tabling the College Republicans may have done before
11    November 14, 2019, and I know you are unclear on
12    that, but if such a tabling did occur, do you know if
13    the University was ever made aware that the College
14    Republicans were tabling without a permit on the
15    occasion before November 14, 2019?
16                     A.    I -- I -- I have nor would I have
17    personal knowledge of that.
18                     Q.    Okay.  And do you have any
19    knowledge whether the S.A. is controlled by the SUNY
20    Binghamton administration?
21                     A.    I have no knowledge of that.
22                     MR. MOORE:  Okay.  That's all I have.
23    Have a nice day.  Thanks for your time.
24                     MR. SAITTA:  Thank you.
25                     THE WITNESS:  No worries; thank you.
```

Page 210

```
1     3/30/2023 - Young America's v Stenger - Preston Scagnelli
2                     MR. MOORE:  And we'll be sending a
3     follow-up request to your attorney, and then we'll
4     ask you to search for some documents.  But I
5     appreciate your time.
6                     THE WITNESS:  No worries.
7                     MR. MOORE:  I have a question.  We can
8     go off the record.
9                     THE REPORTER:  Off the record.
10                    (The deposition concluded at 12:40
11    p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

800.523.7887                                    Associated Reporters Int'l., Inc.

1        3/30/2023 - Young America's v Stenger - Preston Scagnelli

2    STATE OF                )
     COUNTY OF               )
3

4            I, PRESTON SCAGNELLI, have read the foregoing
     record of my testimony taken at the time and place noted
     in the heading hereof and do hereby acknowledge:
5    (Please check one)
             ( ) That it is a true and correct transcript of
6    same.
             ( ) With the exceptions noted in the attached
7    errata sheet, it is a true and correct transcript of same.

8
                                X
                                  PRESTON SCAGNELLI
9
     Sworn to before me this
10   _____day of _____, 2023.
     X_____
11   NOTARY PUBLIC
     My Commission Expires:
12   _____

13

14

15

16

17

18

19

20

21

22

23

24

25

ARII@courtsteno.com                              www.courtsteno.com

Page 212

1        3/30/2023 - Young America's v Stenger - Preston Scagnelli

2          I, ANNETTE LAINSON, do hereby certify that the

3     foregoing testimony of PRESTON SCAGNELLI was taken by me,

4     in the cause, at the time and place, and in the presence

5     of counsel, as stated in the caption hereto, at Page 1

6     hereof; that before giving testimony said witness was duly

7     sworn to testify the truth, the whole truth and nothing

8     but the truth; that the foregoing typewritten

9     transcription, consisting of pages number 1 to 210,

10    inclusive, is a true record prepared by me and completed

11    by Associated Reporters Int'l., Inc. from materials

12    provided by me.

13    *Annette Lainson*

14    ANNETTE LAINSON, Reporter  *Bif*

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                    Associated Reporters Int'l., Inc.

```
 1    3/30/2023 - Young America's v Stenger - Preston Scagnelli

 2          ASSOCIATED REPORTERS INTERNATIONAL, INC.
                      (800) 523-7887
 3
      Date:
 4    Case Name:  Young America's, et al v Stenger, et al
      Index Number:  20-CV-822(LEK/ML)
 5    Deponent:  Preston Scagnelli
      Deposition Date:  3/30/2023
 6    Examining Attorney:  John Moore, A.A.G.

 7    Dear Preston Scagnelli:

 8
      Please read and make any changes and/or corrections in
      your testimony and sign the transcript in the presence of
 9
      a notary public.  Please do so within thirty (30) days.
10    If you fail to sign the transcript within thirty (30)
      days, it will be delivered to the appropriate parties
11    without signature.  Return the transcript with
      corrections, if any, to:
12
                OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
13                BY:  JOHN MOORE, A.A.G.
                The Capitol
14                Albany, New York 12224

15
      CORRECTIONS:
16
      _____      Word or phrase:  _____
                     Corrected to:    _____
17
      _____      Word or phrase:  _____
18                   Corrected to:    _____
      _____      Word or phrase:  _____
19                   Corrected to:    _____
      _____      Word or phrase:  _____
20                   Corrected to:    _____
      _____      Word or phrase:  _____
21                   Corrected to:    _____
      _____      Word or phrase:  _____
22                   Corrected to:    _____
      _____      Word or phrase:  _____
23
                     Corrected to:    _____

24    _____
      Date Signed    _____
```

**A**

**A.A.G** 2:12 213:6,13
**A.G.'s** 10:13
**a.m** 1:22 9:3 68:13,14 141:16,25
 146:13,14
**A.R.15** 138:2
**abilities** 50:3
**ability** 37:24 43:24 44:4,8
 130:3 199:5 208:4,13
**able** 14:18 37:16,21,22
**absolute** 11:19
**abuse** 19:24
**access** 37:7,8,25 38:21 44:8,14
 45:13 51:21 86:7,10 123:11
**accessed** 38:24
**account** 5:3 38:15 90:24 91:20
 92:14 94:8 96:10 122:2,6
 190:9 191:18,22 193:14 202:11
 202:16 203:12
**accuracy** 106:8
**accurate** 133:9 152:6 155:15,24
 176:5 192:16 200:24 204:12
 207:5 208:10
**accurately** 200:21 206:25
**accusations** 176:21 177:6
**accused** 176:25
**achieves** 50:20
**acknowledge** 211:4
**act** 52:25
**acting** 162:13 183:20 185:5
 201:4
**action** 145:13 177:12 178:7,20
 182:10 189:10 203:23
**actions** 145:2
**active** 49:25 50:9,13
**activist** 63:7
**activities** 50:22
**actual** 62:19 100:18
**address** 4:11 13:12 17:23 19:5
 36:14,20,24,24 37:2,7,9,13,23
 38:4 86:24 90:13,17,19 91:2
 91:23 92:6 96:9 98:6,6 117:25
 118:2 120:25 121:14,15
**addresses** 5:6 17:17,18 36:13,14
 121:9 127:6
**adjacent** 164:16 166:24 169:24
**administration** 176:23 177:2
 200:15,18,24 202:25 203:11
 204:4,12 205:12,21 209:20

**administrator** 99:4,25
**administrators** 162:12 169:25
 189:13
**advance** 156:6
**advertise** 54:2 59:24
**advertising** 132:6
**advised** 195:9
**advocacy** 134:10
**Affairs** 1:12
**affiliated** 115:3,3
**affirm** 9:18
**afternoon** 147:16
**agents** 168:2,9 185:6 186:4,6
**ago** 69:13 81:15
**agree** 92:3,19 94:3 98:8,13
 106:14 112:20 113:6 118:2,4
 118:17 178:6,19 190:7 207:3
**agreeing** 102:20
**aid** 49:22
**aides** 167:14
**airport** 167:15,19
**aisles** 171:13
**al** 10:17,18 213:4,4
**Albany** 2:14 10:14 213:14
**align** 46:3,20,24
**aligned** 170:22
**allegations** 17:15 48:6
**allegedly** 165:6 207:15
**allow** 24:12 163:8
**allowed** 100:2 104:19
**allows** 89:9 198:8
**alongside** 131:18
**Amendment** 148:8 166:18 198:8,11
 199:2
**America's** 1:1 2:1 3:1 4:1 5:1
 6:1 7:1 8:1 9:1 10:1,17 11:1
 12:1 13:1 14:1 15:1 16:1 17:1
 18:1 19:1 20:1 21:1 22:1,7
 23:1 24:1 25:1 26:1 27:1 28:1
 29:1 30:1 31:1 32:1 33:1 34:1
 35:1 36:1 37:1 38:1 39:1 40:1
 41:1 42:1 43:1 44:1 45:1 46:1
 47:1 48:1 49:1 50:1 51:1 52:1
 53:1 54:1 55:1 56:1 57:1 58:1
 59:1 60:1 61:1 62:1 63:1 64:1
 65:1 66:1 67:1 68:1 69:1 70:1
 71:1 72:1 73:1 74:1 75:1 76:1
 77:1 78:1 79:1 80:1 81:1 82:1
 83:1,25 84:1,3 85:1 86:1 87:1
 88:1 89:1 90:1 91:1 92:1 93:1

Associated Reporters Int'l., Inc.

94:1 95:1 96:1 97:1 98:1 99:1
100:1 101:1 102:1 103:1 104:1
105:1 106:1 107:1 108:1 109:1
110:1 111:1 112:1 113:1 114:1
115:1 116:1 117:1 118:1 119:1
120:1 121:1 122:1 123:1 124:1
125:1 126:1 127:1 128:1 129:1
130:1 131:1 132:1 133:1 134:1
135:1 136:1 137:1 138:1 139:1
140:1 141:1 142:1 143:1 144:1
145:1 146:1 147:1 148:1 149:1
150:1 151:1 152:1 153:1 154:1
155:1 156:1 157:1 158:1 159:1
160:1 161:1,6 162:1 163:1
164:1 165:1 166:1 167:1 168:1
168:8 169:1 170:1 171:1 172:1
173:1 174:1 175:1 176:1 177:1
178:1 179:1 180:1 181:1 182:1
183:1 184:1 185:1 186:1 187:1
188:1 189:1 190:1 191:1 192:1
193:1 194:1 195:1 196:1 197:1
198:1 199:1 200:1 201:1 202:1
203:1 204:1 205:1 206:1 207:1
208:1 209:1 210:1 211:1 212:1
213:1
**America's** 1:5 213:4
**Americas** 2:6
**and/or** 176:19 182:8 213:8
**animosity** 45:25
**Annette** 1:25 14:17 16:21 212:2
212:14
**announcement** 175:3,5,8
**answer** 11:21 12:7,8 26:19 27:7
32:25 61:13,15 109:19 129:25
130:19 137:18 138:9 152:23
162:22 178:11,13
**answered** 109:16 129:23 199:6
**answering** 12:24
**answers** 8:9 11:17,19 12:20
**anticipate** 11:24
**anticipating** 113:18
**anybody** 40:15 89:12 108:3 144:4
152:23 172:3,6,9,16,18,21
178:3 186:23 187:4 195:8
200:8
**anymore** 86:11
**anyways** 72:5
**app** 36:8
**apparel** 170:16,25

**apparently** 85:21
**appear** 63:23 183:14 184:2
**appearance** 9:6 34:6 88:4,20
**appearances** 2:2 119:2
**appeared** 30:23 62:24 159:17
186:16
**appears** 90:23 92:12 93:9 94:2
94:14 95:12 110:18 113:11
117:23,24 120:18 121:13
122:15 137:5,6 138:12,25
146:22 162:7 184:25 189:5
192:9 202:12
**applause** 177:6
**apply** 205:2
**appreciate** 27:11 32:15 173:6
210:5
**appreciation** 109:3,5,7
**appropriate** 213:10
**approval** 89:11,13 91:12 98:25
189:18 190:13 192:13 204:8,23
206:13
**approve** 6:14 85:23
**approved** 6:8 89:15 90:7 96:14
98:12 99:3,9,11,24 202:16
203:6 205:10 206:7
**approves** 89:17 203:11,13
**approximately** 18:22 48:24 51:5
65:22 141:16 142:12 149:12,18
167:24
**area** 123:9 124:8
**areas** 167:5
**argumentative** 158:14
**Arizona** 28:13
**arm** 171:15
**armbands** 172:7
**armed** 185:24,25 186:2
**arrested** 177:18 178:6,18,23
187:24
**arrive** 104:18
**arrived** 105:3 141:15 143:19,25
144:5 167:15,19
**Art** 55:13 56:19 63:21 76:18
**Arthur** 6:14 15:5,13,20 16:18
34:17,23 57:11 58:19 77:6
85:14 87:4 92:18,21 98:12
99:22 102:17 105:17 106:21
109:23 110:2 118:23 148:18
150:13 153:25 176:24
**article** 71:2,10,15,18 72:2
126:18 197:24

**articles** 10:23 17:10
**arts** 52:10
**asked** 65:12 102:12 104:2 106:23
  109:15 129:22 156:6 174:21
  175:2 183:12 196:25 197:4,14
  209:2
**asking** 11:2,18,23 14:6,22 21:21
  33:13 37:21 53:11 58:10,11
  61:12 73:9 120:7 197:11 203:9
  205:17,19
**assign** 47:2 74:16
**assist** 49:24
**Assistant** 10:13
**associated** 113:19 114:17 115:4
  115:12,20 212:11 213:2
**association** 1:17 2:16 3:7,8
  9:12 22:16 48:23 123:16
  125:22 126:9 127:19 155:5
  189:12,17 190:12 192:12
  196:18 200:9,16,19,25 201:5,6
  201:15,21 202:3,5,17,24 203:6
  203:7,18 204:3,7,13,22 205:3
  205:11,20 207:11,15,20 208:2
**Association's** 192:24 206:22
**Associations** 205:15
**assuming** 206:10
**Aswad** 2:18 9:11
**ate** 160:9
**attached** 211:6
**attempt** 57:13 75:6,12,18 182:2
**attempted** 75:10 195:21
**attempting** 61:6 184:7
**attend** 23:16 29:14 30:10 34:21
  40:21 41:2,24 62:12,13 63:14
  100:12,14,22 159:5,19 194:24
**attendance** 26:8 30:12 113:18
  175:19
**attended** 30:14 40:12,24 52:14
  64:5 70:5,9 76:16,16 159:21
  162:2 194:15
**attending** 30:4 109:22
**attention** 48:3 122:25 174:16
**attest** 111:23
**attorney** 2:11 8:15 9:9 10:13
  12:6 210:3 213:6,12
**attorneys** 2:18 8:3 9:6 14:23,24
  39:5 127:7 128:19
**attributed** 72:6,10
**auditorium** 187:13

**author** 71:13
**available** 163:8
**Avenue** 2:6
**aware** 16:3 53:2 57:8 59:18
  60:20 61:2,5 62:3,8 63:20
  71:5 73:13 75:12,17,20 85:2
  88:9,11 99:5 119:12 130:25
  134:5 156:20 157:10,15,20,23
  164:22,25 168:7 196:17,19
  197:3,20 201:13,16 203:16,19
  209:4,13

**B**

**B** 6:2,8,22 90:7 96:14,15 127:10
  127:12 154:9 190:9 191:17
  193:14 202:11,15,19 203:12
**B-A-D-A-L-A-M-** 77:17
**B-E-Y** 68:24
**B-L-U-E** 13:14
**B-Line** 154:7,8
**B-R-Y-N** 82:20
**B-There** 191:22
**B.U** 24:2 25:8,14,21 26:20 27:13
  27:21 28:6,10 30:6,16 49:4
  51:5,8 53:17 56:8 57:22 61:2
  61:17 86:9 115:5 145:2 181:25
**back** 17:17 22:21 24:10 64:17
  65:23 68:10 71:18,19 96:3
  122:24 126:14 137:17 143:25
  146:8 169:8 171:13 172:24
  177:25 186:14,17 187:13 188:8
  188:8 196:11 204:24
**background** 42:14
**bad** 126:7
**Badalamenti** 77:15,15,20
**ballpark** 29:7
**bands** 171:15
**barrier** 182:13,19 183:5,9,11,16
  183:20,21,24 184:3
**based** 35:12 77:10 170:16 183:23
  183:25 184:17 202:13 205:4
**basement** 164:4
**basically** 57:7 185:23 186:15
  204:13
**basis** 199:7,9 206:14
**Bates** 93:4 95:3,4,5 96:4 98:2
  112:14 118:9 122:16 146:22
**baton** 196:3
**began** 24:22 133:8 141:23 176:20
**beginning** 43:12 119:11 123:23

Associated Reporters Int'l., Inc.

142:8
**begins** 153:12 176:15
**behest** 63:23
**belief** 192:11 199:8 201:11
  204:21 206:14
**beliefs** 46:4 47:4
**believe** 24:6 29:18 30:23 36:10
  36:18,18 38:20 43:3,10,17
  44:6 46:11,12,14,18 51:16
  52:3,8,19 54:16 57:15 58:15
  58:23 59:2,24 62:23 64:5
  67:22 69:5 75:3 77:24 85:8,8
  87:3 89:3,13 96:16 97:2,15
  100:11,23,23,25 102:17 107:3
  107:7,8 108:19 110:3,3 111:11
  124:15 125:10 126:25 132:7
  133:5 134:16 146:21 151:11
  157:12,25 164:3 165:3 166:16
  169:11 180:11 187:19 188:10
  188:17 196:14 205:9,15,20
  207:19
**believed** 170:24
**bell** 76:3,10 138:8
**best** 11:20 46:6 67:5,13 130:3
  173:15 190:14
**Bey** 66:18 68:24,24,25 173:16
**big** 43:20 44:10,10 52:11 134:10
**Binghamton** 1:5,7,10,12,14,16,17
  2:16,21,23,24 3:3,4 15:9,21
  16:6 17:22 18:17 19:4 22:8,16
  22:22 23:13,16,22 24:7,9 25:5
  25:25 27:25 28:16,17 36:23
  37:2,5,12,22,25 41:25 44:22
  45:12 48:18,22,23,24 49:22
  66:6 71:2,3,6,20,22 77:22
  79:21 80:21 86:8 89:9 96:9
  98:5 113:16 115:24 117:25
  121:14 122:10 134:13 140:18
  141:6 143:12 146:24 147:4
  148:7 151:20 153:24 162:12
  163:5 164:13 169:25 189:9,13
  191:9 200:15 203:23 204:7
  209:20
**Binghamton's** 123:10 174:21
**Binghamton.edu** 4:11
**birth** 13:9
**Bishop** 191:12,13
**bit** 76:17 201:20
**bite** 188:12,15

**black** 137:11 171:14 172:3
**Blakeslee** 46:13 111:6 112:3
  173:17 174:3
**blank** 26:18 27:9 64:12
**bleed** 46:19
**blocking** 123:11
**blow** 20:8 44:10
**Blue** 13:13
**body** 24:21 98:20 118:11
**books** 141:4,5
**bottom** 71:25 120:17 153:11
  163:2 168:12 175:11 176:15
  189:5
**brain** 25:21,23
**branded** 171:24
**break** 12:23,25 24:15 68:5
  106:18 145:25 146:6,8
**Brian** 1:11 2:9 4:19 22:14 80:17
  80:19,20,25 81:13,17 82:15
  116:3 117:2 144:12,18,25
  153:24 154:11 181:7 190:19
**Brian's** 81:19
**brief** 175:16
**briefly** 31:5,6 67:22
**bring** 195:21,25
**bringing** 47:5 125:7 163:17
**broad** 39:20
**broke** 157:13 158:2
**Broome** 114:25
**brought** 62:4 105:11 106:19
  107:16 108:12 109:11 119:17
  120:2,11 132:11 139:24 140:3
  154:3 188:24
**Bryn** 82:18,21,22 83:9,15 159:24
  174:10
**Bryn's** 83:11
**building** 52:9 89:3 140:13 164:4
  186:17
**buildings** 123:12
**built** 108:8
**bunch** 124:8
**business** 38:4,5 91:24

---

**C**

**C** 4:2 120:24
**C-A-R-T-E-R** 10:4
**C.V** 10:19,19 17:6
**cabinet** 141:8,8,10
**calendar** 27:22 99:25 116:5,12
  116:20 117:4,11,18

**call** 30:22  76:22  177:17
**called** 25:20  26:23  34:17  59:19
  124:3  134:6  183:4  199:19
**calls** 58:6  61:9  87:21  120:4
  178:9
**campus** 16:6  17:21  18:3,6,15,21
  18:25  24:10  28:3,5  29:5,14
  34:6,15  38:25  41:21  43:24
  44:4  49:22  50:24  51:9,25
  53:18  56:9  61:24,24  62:4
  63:18,23  64:3,4  72:21  74:2
  80:11  84:8  85:12  87:24  88:10
  104:5  107:6  115:24  123:10
  134:13  148:7,23  151:20  188:13
  188:15  192:13  195:22  198:4,9
  204:23  205:3
**campuses** 119:2  134:11
**canceled** 168:20
**candidates** 49:23
**canister** 140:8
**Capacities** 1:11,13,15
**capacity** 39:9,15
**Capitol** 2:13  213:13
**caption** 17:4  21:19  64:17  212:5
**car** 186:19,21,25  187:5  188:9
**card** 139:2
**cardboard** 139:2,4,8,17  140:24
**carpooled** 188:12
**Carter** 1:20  4:3  10:3,4
**case** 4:11  24:20  26:17  34:17,22
  37:15,16  39:6  42:22  51:11
  52:14  56:19  62:5  67:8,11  69:9
  76:25  83:9  101:5  110:11,24
  111:10  113:24  114:4,8  127:25
  146:25  198:13  213:4
**catch** 67:4
**cause** 8:16  189:9  203:23  212:4
**caused** 104:13  191:16,21
**center** 136:17,17
**centralized** 114:25
**certain** 88:15  141:2  162:12
  170:17  205:18
**certainly** 25:19  33:8  64:11
**certified** 8:16
**certify** 212:2
**chance** 27:11
**change** 120:10
**changed** 32:20  43:15  88:7  93:17
  94:21  95:17

**changes** 213:8
**charged** 178:23
**charted** 155:7
**chartered** 155:4,12  202:9
**chat** 36:8  54:13  67:4  142:16
**chats** 38:8
**chatting** 160:7
**check** 25:22  26:7  29:15  38:23
  211:5
**Chief** 1:13
**children** 19:10
**chocolate** 125:11  132:12  140:7
  148:16
**choice** 155:6  158:9
**chose** 163:10
**cited** 196:14  197:9  205:18
**civil** 8:5  11:12  26:12
**claims** 69:9  76:25  83:9
**clarify** 21:22  202:7
**class** 104:22,24  125:17  131:20
**classes** 24:25  25:4,11  27:4,13
  28:10  52:11,11
**classroom** 198:19
**Classrooms** 122:10
**clear** 11:15  12:3  13:2  60:19
  119:22  197:6
**close** 141:16
**club** 31:25  32:12,19  33:21,22
  34:4  36:9  42:15  43:17,18,22
  44:6,9,11  45:23  46:3,4,8,10
  46:19  70:4  72:20  85:9  141:3
**clubs** 29:5  36:8  38:12  59:23
  134:11  140:14
**co-conspirators** 169:22
**code** 100:24  174:21
**coffee** 68:5  102:21  105:11
  106:19  107:4,16  108:7,13
  109:3,11  119:5,16,17  120:2,11
**cold** 132:13
**colleagues** 103:24
**college** 1:5,6,15  4:13  6:10
  14:23  15:10,20  16:5  22:8,14
  28:17,21,25  30:6,16  31:8  34:7
  35:9,24  38:6,9,18  39:11,25
  40:9,10,21  41:25  42:8,12
  48:18,19  49:13,19  50:19  53:6
  53:16,20  54:22  56:3,6,23  57:8
  57:12,21  60:3,9,12  61:5,17
  62:3,8,9,14,19  63:13,18,24
  66:6  69:5  70:7  72:8,13,16,17

72:24  73:5,14,24  74:15,24
75:10,20  76:7,20  77:22  78:20
79:21  80:21,23  81:2  82:22
86:8,23  88:18,19  89:6  91:23
92:5  96:22  97:4,7  100:9
103:15,24  105:2  107:3  110:14
112:9,15  113:16  115:4,16,19
115:23  116:24  117:3,10,17
119:2  123:8,10,15  125:6,21
126:8,23  127:17,21  130:6,11
131:5,24  133:25  134:11  136:21
138:6  139:8,13,24  140:6,10,11
140:15  141:7,15  142:13,13,15
144:6,9  146:24  147:5,25  148:5
149:8  151:25  152:24  153:16
155:3  156:20  157:22  160:17
161:19  162:11  164:14,22  165:6
165:8,16  166:10  169:21,24
170:4,14,19,21,23  171:12
172:25  173:13,14  174:8,19
175:15  176:19  179:5,13  181:19
182:2,8,12,18,24  185:23  187:6
188:14  189:10,14  190:10  191:6
191:7,10,17,22  192:5,22,24
193:5,10,14,22  194:2,10  195:9
195:20  196:14  197:9,13  198:3
199:17  202:2,9,22  203:24
204:4,14  205:12  206:11,20,23
207:15,21  209:10,13
**com** 90:14  120:25
**come** 24:10  29:9  64:12  68:10
85:6  87:24  88:10  131:16  132:8
146:8
**comes** 169:8
**coming** 88:12,15
**commenced** 9:2  43:7
**Commission** 211:11
**communicate** 36:9  38:18  54:14
**communicated** 36:2
**communication** 35:25  38:5  84:14
84:17,19  116:4,11,19  117:3,9
117:16
**communications** 88:3
**community** 17:21,22  49:22  50:6
**complaint** 6:6  17:5,15  48:2,4,6
49:9  59:16  122:24  141:13
153:10  162:6  167:11,22  169:17
174:16  186:4  189:5,25  190:2,3
192:9  200:12

**complaints** 178:2
**complete** 26:23
**completed** 212:10
**complex** 140:16
**concern** 17:15
**concerned** 103:23  104:10,14
**concerns** 118:25  164:2
**concluded** 103:5  210:10
**concrete** 124:7
**conduct** 91:23
**conference** 162:2
**confident** 27:6
**confidently** 36:11
**confronted** 142:13
**congressional** 194:15
**congressman** 194:13,19,21
**connecting** 164:17  166:3,5
**connection** 164:17
**connects** 124:7
**conscious** 126:22
**conservative** 47:4  84:8
**consider** 67:5
**consistently** 23:17  35:15
**consisting** 212:9
**constantly** 35:13
**constitutional** 189:12  204:2
208:3
**Cont'g** 14:21  16:24  22:2  26:16
48:15  58:9  61:11  68:16  90:5
91:6  109:24  110:16  120:6
129:24  135:23  146:16  158:16
173:11  178:16  183:13
**contact** 4:19  64:20  80:10  81:19
81:25  82:11  84:14  85:12,17
86:19  101:20  102:24  116:4,11
116:19  117:2,9,16  136:8
137:14
**contained** 192:2
**contents** 142:14
**context** 11:9  59:12  75:5  81:16
126:19  128:11,13,24  129:2
**continue** 40:21  42:4  177:8
**contractor** 21:4
**contributed** 28:10
**controlled** 189:13  204:3  209:19
**convenience** 102:22  108:6,8
**conversation** 31:14  65:9,16,21
65:24  67:3  104:19  143:13,16
175:2  189:3

Associated Reporters Int'l., Inc.

Page 220

**conversations** 186:21, 24
**convinced** 168:15
**cooling** 189:2
**coordinating** 34:6
**coordinator** 31:3, 9, 12, 18 32:7
  32:24 33:3, 6, 14 39:10, 15
**copied** 112:23 190:19, 22 191:2
**copies** 4:10, 12, 13, 21 5:2, 8 14:5
  37:13 39:5, 24 40:7 86:5
  132:21, 25
**copy** 4:15, 16, 22, 23 8:16 45:9
  101:9 121:8
**corner** 141:11
**correct** 15:22 16:15 18:8, 23, 24
  22:25 23:10 24:18, 23, 24 25:12
  33:17 38:2 41:22, 23 42:24
  44:21, 24 50:11, 13 55:3 60:21
  81:4 90:24 92:6, 14 93:11, 15
  94:12, 15 95:7, 10, 14, 24 96:5
  106:5, 16 107:13, 14 111:9
  112:7 113:13 119:23 120:22
  121:22 125:23 127:10, 19 128:6
  133:12, 13 138:3 148:13 149:3
  149:9, 13, 20, 23, 24 152:2, 7, 25
  153:2 155:15, 16 157:25 158:25
  159:6, 7 161:4 165:10 174:6, 7
  178:22 184:15 193:24 194:5, 20
  194:23 198:22 200:5, 6 202:11
  202:17, 25 203:10 206:9 208:12
  211:5, 7
**Corrected** 213:16, 18, 19, 20, 21, 22
  213:23
**corrections** 8:11 213:8, 11, 15
**correctly** 30:9 49:2 50:7 51:2
  73:3 74:3 87:5 89:5 100:4
  111:7 113:21 119:6 123:18
  141:20 142:18 148:10, 24
  152:11 153:17 155:9, 22 156:8
  156:18 157:8 158:3 162:15
  163:11 164:20 167:16 168:3, 21
  170:7 171:18 173:20 174:23
  175:24 177:14 179:9 182:15
  185:8 189:19 190:15 192:14
  193:2 194:16 201:8 204:9
  208:7
**corridor** 186:15
**corruption** 19:24
**cost** 161:9
**Coughlan** 168:18 169:2, 6

**counsel** 14:9 26:3 37:11, 18, 20
  212:5
**countless** 150:7 152:9
**County** 115:2 211:2
**couple** 10:23 15:18 72:22 85:19
  102:5 107:8 112:24 121:21
  165:21
**course** 160:3
**courses** 23:22 24:7, 13 25:24
  27:24
**COURT** 1:2
**cover** 20:2
**covered** 201:19
**covering** 17:11
**Covid** 18:19 78:4 79:9 80:9
**create** 33:18 39:10 56:22 57:13
**created** 39:25 40:9
**creating** 57:2, 8
**credits** 23:24 27:25
**criminal** 178:2
**CROCE** 3:7
**Cross** 4:5 196:8
**crowd** 174:20
**curious** 18:5 199:16
**current** 13:11 15:9 49:6 79:13
  82:11 83:11
**currently** 19:12 23:5 47:23 49:5
**cut** 119:10 140:5
**cutout** 139:2, 5, 8, 18 140:25

**D**

**D** 4:2, 2 6:2
**dad's** 19:6
**DANIEL** 3:7
**dark** 138:20
**date** 1:21 13:8 16:17 54:15, 23
  71:13 72:9 74:16 87:24 88:4, 6
  88:9, 13, 15, 17 91:16 92:13, 21
  93:17 94:15, 20 102:25 103:3
  106:8 107:18 111:9 113:24
  119:9, 22 120:15 121:19 123:17
  125:23 127:19 128:20 129:21
  139:14 213:3, 5, 24
**date's** 92:24
**dated** 71:13 90:22 93:6 94:2
  99:3 113:7 118:19 121:15
  147:2
**dates** 88:6 105:22, 25
**day** 32:20 33:25 67:6 105:13, 16
  106:19, 24 107:2, 6, 13 109:11

126:10 129:11 132:13 136:25
157:6,11,20 162:3,9 168:17
189:10 203:25 209:5,23 211:10
**days** 105:16 107:8 109:11 121:21
122:2 213:9,10
**dead** 135:22 199:23
**Dear** 213:7
**December** 23:7,9,9,12,15,18
27:19 42:23 43:6,12
**decided** 29:14 163:6 164:14
**decision** 44:14 47:20,24 126:22
166:9 192:2,22 202:20 206:21
**decisions** 47:19 200:19,25
201:15
**dedicated** 140:14
**deeper** 35:8
**Defamation** 7:3 71:11
**Defendant** 8:6 116:3,10,18 117:2
117:8,15 142:13 144:12 145:12
164:14 165:16 176:19,19 181:7
181:11,14,22 191:16,21 193:4
193:9
**Defendant's** 6:5,7,9,11,13,15,17
6:19,21,23,24 7:2 17:3 70:23
89:25 97:18 121:11 122:24
135:20
**Defendants** 1:18 2:9,16,23 9:10
10:14 22:13,19 162:13 191:25
194:10
**Defendants'** 106:4 112:14
**definitively** 188:3
**degree** 200:17
**deliberate** 75:6
**delivered** 107:4 213:10
**Democrat** 72:20
**demonstrate** 198:13
**denied** 203:7 205:11
**denies** 203:11
**denying** 205:16
**depicted** 137:4
**depicts** 136:4,5 139:5
**Deponent** 5:7 213:5
**deposition** 1:20 8:5,11,14,15,17
9:2 10:16 11:7,8,12 12:5 14:2
15:2,5 16:23 26:11 70:25
81:23 82:8 97:20 205:25
210:10 213:5
**depositions** 15:8,12
**deprived** 208:15

**depriving** 208:3
**describe** 131:23 158:6
**described** 6:4 140:16 143:18
158:25 183:11 188:9 194:18
**designated** 141:8
**designed** 85:21
**desk** 108:11,17,20
**details** 105:9
**develop** 50:3
**Dickinson** 17:21
**die-in** 199:19
**different** 46:18
**dinner** 188:22
**direct** 4:4 10:9 48:3 116:4,11
116:19 117:2,9,16 122:25
200:18,25 201:14
**directed** 185:6 204:13
**directing** 145:2,13
**direction** 45:23 46:2,15 47:19
162:13 201:4
**directly** 107:24 108:3
**disagree** 46:16 158:11 164:8
**disagreed** 166:17 175:20 193:5
193:10
**disagreement** 166:18 192:24
206:22 207:14,20
**disagreements** 45:22 175:23
**disapproved** 202:16 206:8
**disapproving** 158:19
**discipline** 207:25
**disclosure** 93:5
**disclosures** 112:15 118:10
146:24
**discovery** 68:22
**discuss** 69:14 194:11
**discussed** 14:25 15:7,11 65:18
66:14 67:14,17 69:8 70:13
74:6,14 76:24 78:5 79:11
80:13 82:14 83:8,19 85:13
87:16 169:10 188:21
**discussion** 75:15 87:13 110:9
121:24 126:16 180:6,24 181:3
195:16
**discussions** 87:6 135:13 167:7,9
**disguise** 171:14
**display** 157:5 158:5,18 180:12
**displayed** 131:24 138:5 139:13
179:7 180:7,25
**displaying** 181:20,23 182:3

**disrupt** 164:15
**disrupting** 177:7,12 178:8,21
**disruption** 153:15 164:6,19
 168:16
**disruptor** 176:25 177:17 178:5
 178:18 182:14 184:8,21 187:17
 187:24
**disruptors** 168:20 179:8
**distribution** 132:22
**district** 1:2,3 10:19 194:15
**docket** 17:6
**document** 17:7 118:9 123:2
**documents** 13:25 25:18 39:14,18
 39:22 68:22 207:19 210:4
**doing** 12:11 34:2,3,3 43:22 82:4
 183:16 184:10 196:15
**Donald** 139:6,7,17 140:24
**donor** 160:21,23 168:17
**donors** 160:12,15,17,19 161:2
 169:8
**door** 89:4 164:17 165:20 166:3
 187:5,12,13 188:8
**doors** 164:17 170:2
**Dorfman** 99:13,14
**dorm** 18:6
**dot** 37:5 90:14 120:25 122:10
**doubt** 106:7
**Dr** 6:12,14 15:18,20,24 51:7
 53:5,14 54:23 57:22 60:25
 61:6,19 62:2 81:9 84:23 85:3
 85:12 87:24 88:4,7,10 94:18
 98:12,12,16 99:2,22 101:21
 105:21 117:23 118:23 141:19
 159:5,15,17 161:10,12 162:2
 162:10 163:9,14,21 164:16
 166:17 167:14,14,18,25 168:17
 168:19 169:21 170:2,13 173:18
 174:12 175:13,17,20 176:17,21
 177:2 185:6,17 187:14,18
 188:9 194:12 195:23,23
**drafting** 147:17,21 149:14
 150:17
**driver** 168:17
**driving** 43:20
**due** 189:15 190:10 204:6
**duly** 8:14 212:6
**dumping** 121:25
**Dunkin** 108:8
**duties** 32:6,8 33:2 43:13,16

**Dylan** 78:16,18,19 111:6 112:4

---
### E
**E** 4:2,2,2,9,9 6:2,2
**E-N-T-I** 77:18
**E.D.U** 37:5,22 98:5 117:25
 122:10
**E.S.T** 175:14
**earlier** 10:12 17:25 24:20 51:12
 52:21 68:23 77:10 97:20,20,21
 126:15 169:10 194:18 196:13
 204:25
**early** 124:19
**eat** 188:13,15,19
**economist** 148:18
**edition** 154:9
**editorial** 20:10
**education** 20:2 23:21
**effectively** 168:20
**effort** 12:3 134:20 164:15
**egress** 163:8 186:14
**eight** 10:20 17:6 69:13 72:2,24
 153:21 175:10,13 201:25
 202:22 203:5
**eighteen** 93:5 95:5 96:4 184:25
 185:4
**eighty-nine** 167:11
**eighty-one** 163:4,5
**eighty-two** 163:3 164:13 165:13
**either** 20:8 45:2 68:21 102:7
 157:13 191:24 196:17,21
 197:12
**elaborate** 39:12
**elected** 42:25 55:5
**election** 42:23 43:2 49:23 55:3
**eleven** 6:13 97:18 106:5 146:8
 176:25
**email** 4:15,24 5:6 6:8,10,12,14
 6:18 36:4,13,20,24 37:7,8,11
 37:12,22,25 38:4 40:4,5 45:8
 45:10,12,17 55:24 86:9,10,11
 86:22,23 87:14 88:3 90:13,16
 90:19,22,23 91:2,5,7,20,23
 92:6,13 93:6,21 94:2,4 95:6
 95:20 96:9 97:5,19,22,24 98:4
 98:4,6,12,20 101:13,15 112:19
 112:20 113:4,7,11 117:23
 118:11,14,16,18 119:8,12
 120:19,25 121:4,6,8,8,12,14
 121:19 122:14,15 127:6,16

```
    189:14,21 190:4,5,8,20,23
    191:2,5 192:2,6 204:5 205:25
emailing 190:9
emails 4:10,16,21 5:2,4,8 36:16
    36:21 37:13 38:16 45:18 55:21
    55:25 64:14 85:19,25 86:5,13
    86:14 87:18 89:23 92:5 95:23
    96:13 101:10 121:25 122:5,18
    122:21 127:2 128:15 143:4
embrace 72:19
Empire 28:12
employed 19:12,14
employee 21:5 99:18
encourage 49:24
ended 53:17
enforcement 192:20 206:19
engaged 141:18
engagement 161:13
engages 50:21
engineering 52:9 89:3 164:3
enter 166:5
entered 186:21,24
entire 21:19 24:21 91:5 122:14
    133:12 154:25 179:2
entirely 133:17 154:20 160:13
    161:7
entity 194:3 205:21,22
entrance 188:8
equated 177:4
Erin 190:14,17 191:12,13
errata 26:24 211:7
especially 171:24
ESQ 2:5,19,25
essentially 20:7 32:9 36:4,7
    84:6 103:22 124:5,7 147:15
    186:13 199:21 203:5 206:10
establish 207:19
established 17:14
estimate 29:7 35:12 52:17
et 10:17,18 213:4,4
evening 52:18
event 4:17 5:9 6:10,12,20 15:13
    15:18,19,25 16:4,5,9,18 34:16
    34:17,21,23,25 51:7,8,12,18
    51:22,23 52:2,15,18 53:2,5,8
    53:15,18,21 54:23 55:9,13
    56:2,11,12,20 57:2,9,11,14,22
    58:20 59:15 60:25 61:7,19
    62:2,3 63:9,10,12,15,21 69:17
    69:20,21 70:17,20 74:21,25
```

```
    75:6,11 76:18 77:6,7,9,13
    78:8,13,24 79:3,24 80:3 81:6
    81:10 83:4,6 84:15,23 85:3,10
    85:14,20 86:19,23 87:4,7,21
    88:7 91:17 92:18,22 93:15
    94:18 95:23 96:7,25 97:14
    98:12,21,25 99:3,8,22 100:3
    100:10,13,17,22,22 101:3,21
    101:22 102:8,17,21,24,25
    103:4,5 105:10,11,14,18,20,21
    106:11,15,16,20,22,25 107:7
    109:6,10,14,23 110:2,9 111:3
    111:16 112:16 113:17 114:12
    116:6,7,13,14,21,22 117:5,5
    117:12,12,19,19,23 118:22,23
    119:16,23 120:16 121:22 122:2
    123:9,21,22,25 125:14 128:3
    128:12,13,16,21 129:4,4 130:6
    130:10,23 132:6,15 133:4,12
    135:5,9 138:7 139:14 141:19
    141:23 142:5 143:2,5,14
    144:19 145:9,20 148:17 150:13
    153:16,25 157:16,24 159:5,9
    159:13,15 162:10 163:7,14,21
    163:23 164:15,16,19 167:14,25
    168:9,20 169:21 170:3 173:18
    174:4,5,12 175:13 177:13
    178:2,3,8,21 179:17,20 181:8
    181:12,15 188:25 194:12
    195:23 200:8
event's 164:18
events 33:5,7,9,12 34:22 39:17
    51:8 53:4,18 62:12 101:5
    184:18 185:4 208:5
eventually 186:16
everybody 18:20 24:22 68:4
    146:9
everything's 45:14
exacerbated 208:2
exact 16:17 18:2 29:3 31:2
    55:12,18 105:25 107:18 108:21
    120:15 124:19 128:10 136:2
    142:10 154:18
exactly 25:24 84:24 110:5
Examination 4:4,5,6 10:9 196:8
    208:24
Examining 213:6
examples 34:13
exceptions 211:6
```

**exchange** 85:25 86:13
**exchanged** 127:3 143:4
**exchanges** 87:14
**execute** 26:4,13
**executive** 30:24
**exhibit** 16:21 17:3,3 48:17
  49:17 70:23 75:25 89:25 97:18
  106:5 110:13 112:12 117:21
  121:10,11 122:17,25 135:20
  141:13 146:20 154:5 159:4
  167:12,23 168:13 169:17
  171:10,10 172:24 174:15
  175:11 176:16 179:4 182:7
  185:2 189:6 190:2 192:3,10,19
  194:8 200:13
**exhibits** 14:5,10
**exist** 55:19
**exit** 186:16
**experienced** 119:4
**Expires** 211:11
**exposes** 19:24
**express** 166:18,25
**expressing** 148:8
**expressive** 48:20 50:21,22 208:5
**extent** 101:9

---

**F**

**F** 4:2
**face** 171:14
**Facebook** 44:7 147:2,4,6
**facemasks** 172:4
**facet** 19:25
**facilitate** 88:20 164:14
**facilitated** 194:13
**fact** 67:14 170:15 184:14 203:10
**factor** 47:24
**facts** 21:12 22:4 37:15 39:6
  80:14 82:14
**factual** 27:6
**factually** 27:16 115:14
**fail** 213:10
**fair** 14:20 16:19 17:13 18:6
  24:17 26:20,21,25 27:2 28:2
  35:23 39:7 40:4 42:9 43:7
  48:8 64:15,16 77:10 79:10
  82:12,13 83:18 96:20 97:17
  106:10 114:3 120:8 122:7
  153:9 161:25 162:5,25 169:15
  174:14 193:25 194:6 206:13
**fall** 17:18,19 18:11,16 22:23

23:15,18 24:4 25:5,8 27:12
  29:2 30:6 35:20 60:10,13 63:4
  77:23 78:22 79:22 80:22 82:24
**familiar** 10:21 147:6 153:19
  154:20,24
**far** 35:4 43:16 58:13 65:23
  114:25 131:17 205:5
**farther** 71:12 72:8,20 91:5
  95:13 97:4 99:21 105:9 135:21
  171:9
**fear** 107:7
**featuring** 148:17
**February** 18:22 28:4 45:3,5,7
  46:10 65:2 71:13,19 193:22
  194:4
**federal** 8:4 26:12
**fee** 161:10,12
**feel** 39:19 82:3 125:15
**fellow** 50:24
**felt** 44:11 46:2 47:11
**ferret** 20:13
**Fest** 59:21
**fifteen** 35:12,16 182:6,7,11,18
  183:15,19
**fifty** 125:24 133:7 141:13,15
**fifty-** 142:11 153:20
**fifty-eight** 153:11,14
**fifty-nine** 146:23
**fifty-one** 120:20
**fifty-plus** 104:16
**figured** 46:6
**file** 141:8,10
**filed** 49:10 178:2
**files** 39:18
**fill** 27:10
**final** 42:14 190:2
**finally** 12:19,22 75:19
**find** 14:17 55:15 127:6 128:18
**fine** 12:19 68:7 104:5
**finish** 11:24,25 12:24 24:13
**finished** 23:15 24:16,22
**fire** 174:21
**first** 6:24 11:11 16:20 17:2
  18:17,18 22:3 23:3 24:4 29:3
  29:22 35:11,16 39:23 62:23
  67:19 68:23 72:22 74:6 90:4
  106:4 108:7,20 118:13 141:3
  148:4,8 163:4,5 166:18 179:6
  187:21 198:8,11 199:2 200:20
  201:25 206:24,24

**five** 41:13  49:17  113:11  146:12
  189:25
**five-** 146:7
**five-minute** 68:5
**flexible** 24:12
**flooded** 170:5
**fluctuate** 35:14
**fluctuated** 35:19
**flyer** 4:22  51:20  85:20,21  86:16
  87:16,19  88:16  100:24  101:9
  159:11
**flyers** 4:13  34:22,24  39:17,24
  39:24  40:7,8  50:23  56:9,13,18
  56:21,22  57:2,8,11,13  88:21
  132:7,15,18,21  133:3
**focus** 174:16
**follow** 37:11  39:4  40:8
**follow-up** 208:22  210:3
**followed** 37:4  155:20
**following** 109:10
**follows** 49:18  123:5  141:14
  155:3  167:24  168:14  171:11
  176:17  189:8  194:9
**foot** 124:10
**force** 43:21
**forced** 204:13
**foregoing** 211:3  212:3,8
**forgive** 39:19
**form** 8:8  73:21  74:10  183:8,16
**formal** 160:7
**format** 38:17
**formed** 182:12,19  183:21
**former** 15:9  69:4  80:20
**forming** 183:4
**forth** 75:16
**forty** 6:23  110:14  125:20  126:5
  172:25  200:14
**forty-** 70:23  201:24  202:21
  203:4
**forty-eight** 118:6  123:3,6,13
  126:2,4  201:19
**forty-five** 122:17
**forty-four** 122:16
**forty-nine** 121:16
**forty-seven** 123:3,4,6,7
**Forty-three** 7:2
**forward** 122:11  127:7
**forwarded** 93:6,21  94:4  95:23
  96:13  98:4  99:11  117:24  118:5
  121:14,19  122:5,11

**forwards** 5:2
**Foundation** 1:5  10:17  22:7  83:25
  84:4  161:6  168:8
**four** 48:5  49:17  72:23  81:14
  174:17,18
**fourteen** 49:16  50:19  53:13
  57:17  90:8  93:4  153:10  178:25
**fraud** 19:24
**free** 73:20  74:8  75:4  82:3
  126:24  148:9,16  179:7,14,16
  180:3  181:20,23  182:3  198:2
**Free-Speech** 5:5
**freedom** 126:16
**frequency** 30:12
**freshman** 23:2
**Friday** 106:20,25
**friend** 66:7  67:5,13  148:3
**friends** 103:24  104:12
**front** 2:20  108:11  138:19  179:6
**full** 9:25  142:5  190:8
**full-time** 21:5
**function** 43:24
**functioning** 50:10,14  194:3
**funding** 208:4,13,15
**fundraising** 49:25  50:9
**further** 8:7,10,13  47:15  58:24
  94:11  177:3  191:12
**future** 50:4
**fuzzy** 24:5  73:17  126:15

G

**G** 4:2
**G-N-E-L-L-I** 10:5
**Gallagher** 102:11,24  103:9,20
  104:20  105:6  108:21  112:21
  113:12  114:16  115:15  118:18
  143:14,17
**game** 81:18
**gathered** 158:20
**gathering** 160:7
**gauge** 138:3
**gear** 171:24
**general** 2:11  10:13  21:25  22:4
  26:10  109:8  166:20,21,22
  213:12
**General's** 9:9
**generally** 12:7  119:2
**generous** 140:19
**gentleman** 84:20  159:25
**genuinely** 129:17  199:16

**George** 63:5 160:2,23
**getaway** 168:19
**getting** 29:5 33:10 121:5 125:11
  176:22 184:5 188:2
**Giuseppe** 77:15
**give** 9:19 27:6 31:16 32:14
  34:13 60:8 110:25 132:12
  137:18 198:12 208:17
**given** 30:24 31:14 32:13,17
  166:13
**giving** 11:6,19,20 125:10 212:6
**glad** 118:21
**Glock27** 138:2
**gloves** 137:11
**Gmail** 5:3 90:7,14,24 91:19
  92:14 94:7 96:10 98:6 117:25
  120:25 121:15 122:2,6
**go** 11:14 18:10 22:21 48:2 49:15
  50:18 58:25 62:18 71:25 89:25
  92:11 93:2,25 95:3 97:17
  104:24 112:12 120:17 121:11
  122:24 141:12 142:9 143:2
  153:10 162:5 164:12 165:17
  166:4 167:5,10 168:11 169:15
  171:8 172:24 174:14 176:12
  182:5 184:24 188:8 189:4,24
  192:8 194:7 198:19 200:11,13
  200:13 202:4,10 203:20 208:23
  210:8
**goes** 20:18 58:14 122:17 126:14
  149:20 189:6 204:24
**going** 9:19 11:4,16,18,19,23
  14:6 17:17 20:9 21:15 33:11
  37:10 43:6 45:16 46:3,5 48:3
  48:7 55:23 64:13,17 68:2,20
  70:22 72:5 81:24,25 86:4
  101:8 103:13 109:4,22 121:7
  122:4,25 128:14 130:17 145:23
  145:24 146:3 153:12,12,13
  165:21 167:3 173:2 174:16
  177:25 179:2 196:3
**good** 10:11 29:13 68:8,11 73:23
  104:6 146:9 148:2 190:8
**government** 20:2 49:24
**graduate** 23:12
**graduated** 23:7,8 27:19
**graduation** 28:11
**granting** 205:16
**gray** 137:10

**Great** 29:8
**greeted** 177:6
**ground** 136:25 138:12 199:22
**group** 4:12 29:9,25 35:10,20,24
  35:25 40:12,22 42:5 46:16
  47:19 49:5,8 50:16 56:22
  63:19 72:20 73:20,25 74:7,8
  80:24 87:23 96:23 97:16
  103:11 115:6,23 134:6,13,20
  142:16 152:17 153:3,6 155:5
  171:6 195:23 196:23 202:8
**group's** 157:5
**GroupMe** 36:7 38:8,14,17,22 39:5
  54:13 55:24
**groups** 84:8 113:20 114:17
  115:13 133:22 155:18 156:17
  192:13 196:13,17 197:8,21
  199:13,13 204:23 205:2
**guess** 12:14 30:22 31:20 39:16
  47:10 52:16 76:22 78:11 96:6
  96:21 105:24 130:2,15 197:5
  197:11
**guessing** 129:13 134:22
**guest** 34:19 62:18 110:25
**gun** 137:23 138:13 139:17 157:6
  158:5,7,9,13
**guns** 137:24
**guy** 69:23 70:5 149:7
**guy's** 126:18

**H**

**H** 6:2 90:8
**half** 18:19 145:24
**halfway** 146:4
**hall** 52:4,6 89:4 111:3,17,18,19
  163:7 164:7,16,18,23 165:5,12
  165:23 166:4,6,10,14,19,25
  169:23,24 170:12 171:5,13
  184:13 185:7
**Halloween** 95:10
**halls** 52:12 124:8 166:3
**hallway** 166:5
**hand** 9:17,24 180:10
**handcuffs** 177:19 184:15,17,19
  188:2
**handed** 133:3,8 177:7 180:15,17
**handing** 132:19 141:4 148:16
**handled** 89:14
**hanging** 51:24
**happen** 62:16

**happened** 16:14 34:20 63:2 89:5
  103:23 106:15,16 120:16
  147:15 156:24,25 197:19
**harassed** 148:6
**hard** 33:25
**hardcore** 47:5
**harder** 164:5
**hardest** 32:12
**Harvey** 1:10 2:9 22:13 116:10
  117:8 145:6 181:11 190:22
  191:16
**hat** 137:6
**HAYDEN** 2:25 146:10
**Haynes** 69:24 71:5,14 173:18
  174:4
**Haynes'** 70:25
**head** 12:21
**heading** 45:23 112:15 211:4
**headquartered** 108:10
**hear** 12:12,13 175:5 185:10
  186:23
**heard** 26:9 73:12 74:11 126:5
  187:25
**hearing** 8:16 74:17,19 175:7
**held** 30:6,20,21 31:3 34:16
  46:25 51:8 52:2,3,11 53:6
  54:23 55:3,16 84:10 106:11
  111:3,16,18 123:25 124:2
**help** 33:21 34:4 139:21 148:16
**helped** 32:18 33:4,8
**helpful** 14:15
**helping** 33:7 85:10 109:8 177:2
**hereof** 211:4 212:6
**hereto** 212:5
**hey** 31:15 54:14
**hi** 87:12
**hidden** 4:24 121:3
**high** 123:9 157:7,11
**hints** 170:16
**hired** 168:2,8
**hit** 18:23 41:21
**hold** 30:21 31:7 53:18,20 74:25
  180:16,18
**holding** 113:17
**home** 17:25 18:20 24:21 25:10
  41:11 42:7,18 43:6 65:3 78:4
**Honest** 188:23
**honestly** 11:2,4 16:16 18:2
  25:15 30:25 43:14,16 55:17
  59:7 112:4 120:14 125:16

  150:14 187:20
**hooded** 171:15 172:9
**host** 53:17 61:7 63:18 208:5
**hosted** 51:8 57:23 61:18 62:9
  96:19
**hosting** 50:23 57:17 61:2,23
**hot** 125:10 132:11 140:6 148:16
**hour** 68:2 125:16 145:24 167:25
  169:20
**hours** 141:17 142:6 167:13
**house** 19:6
**hundred** 52:12,13 104:16,16
  110:5 133:7 149:12,19
**hundreds** 170:3
**hunt** 82:7

---

**I**

**idea** 32:9 61:17
**identification** 70:24
**identified** 68:21
**identify** 97:19
**identities** 171:15
**imagery** 157:6 158:5,7
**imagine** 29:4 110:4 115:16
  202:19
**impede** 114:12
**implication** 33:18
**in-** 41:11
**in-person** 41:7
**inability** 208:12
**inaccurate** 178:7,19 202:24
**incident** 15:6 119:17 141:17
  147:14 150:2,25 151:6,14
  194:12 206:3
**incidents** 17:16 47:16
**incited** 142:15
**inclined** 158:11
**included** 111:4 157:5
**includes** 76:6
**including** 21:20 42:16 50:22
  51:6 55:20 56:7 57:22 116:6
  116:13,21 117:5,11,18
**inclusive** 212:10
**incorporated** 161:10
**increase** 163:6,16
**increased** 163:14
**increasing** 158:20
**independence** 200:17
**independent** 21:4
**Index** 1:9 213:4

**indicate** 190:3
**indicated** 197:7
**indicates** 92:4
**individual** 1:11,13,14 80:16
  82:17 83:21 177:16 178:18
**individuals** 21:24 112:24 138:19
  149:12,19 173:22 175:22
**inevitable** 168:16
**info** 36:5 66:8 82:11 88:16
**inform** 190:9
**information** 4:19 50:23 57:18,23
  59:25 60:9 61:3,7,18 81:20
  82:2,3 192:11 204:21
**informed** 15:3,14,15 168:16
**informing** 189:14 204:5
**infringed** 73:20 74:9 75:4
**Ingraham** 2:18 9:12
**initial** 89:7 113:11
**inquire** 118:24
**inside** 165:17
**insiders** 20:7
**insignia** 171:15,16,17,17 172:7
  172:10,17,21
**insistence** 174:19
**instance** 73:12 197:3
**instances** 102:5 151:23
**institution** 23:11
**institutions** 23:23 24:13 27:24
**instructs** 12:7
**Int'l** 212:11
**intent** 183:23
**intention** 157:16
**interact** 129:9
**interacted** 102:5
**interaction** 87:10 102:3,15,16
  137:13 143:22
**interactions** 102:6 143:8,18
  144:4
**INTERNATIONAL** 213:2
**interrogatories** 6:25 173:2
**interrogatory** 110:15,22 173:4
  173:13
**interrupt** 11:20
**interview** 20:7
**introduction** 175:17,19
**investigating** 22:17
**investigation** 21:11
**investigative** 19:20 20:6
**Investigator** 103:8,19 105:6
  114:16 143:13,17

**invite** 63:14
**invited** 15:20 34:15,21 110:25
**inviting** 34:9 50:24 61:24
**involve** 22:9
**involved** 11:6 21:10,15 22:17,18
  22:18 29:12,13 32:3 38:9
  49:12 57:2,7 76:19 88:3 89:19
  125:8 135:4,13 139:20 147:17
  147:20 150:9,14,17,20 167:6,8
  174:25 193:22 195:5 206:12
**involvement** 32:19 33:15 35:5
  42:8,11 53:16 56:2 63:19
  84:23,25 85:4 125:3 135:14
  145:2,13 159:8,12 191:25
  195:22
**involves** 15:24 16:4
**involving** 62:10 209:7
**issue** 73:23
**issued** 153:15
**issues** 113:18 119:4
**it'd** 29:12

---

**J**

**J** 6:16
**J-A-Y** 13:14
**jacket** 137:6
**jackets** 138:20
**January** 63:24 194:11
**Jay** 13:13
**Jeffrey** 168:17 169:2,5
**job** 21:2,22 34:3
**Joe** 76:11,14,15,25 77:4,14,20
  78:2 83:22 102:10,24 104:20
  108:21 112:20 115:15 119:5,15
  159:24
**John** 1:13 2:9,12 4:24 5:3 9:8
  10:12 22:14 32:2 33:23 43:19
  66:23 67:7 85:9 90:23 92:4
  97:9,12 98:5 101:14 102:13,18
  104:3 107:5,5,6 108:2,25
  110:4 111:4 112:2,21,21,24
  116:18 117:15 118:18,21
  119:17,25 120:2,11,21 131:15
  145:16 147:22 159:23 165:3
  173:15,24 175:15 180:22
  181:15 185:22 190:25 213:6,13
**JOHNSON** 3:8
**join** 28:24 29:9,25 72:4 75:21
  142:15
**joined** 35:10 51:4 56:5 57:20

155:5
**joint** 75:23
**Jon** 1:6  22:8  46:11,17,17  64:20
  111:4  112:2  131:15  159:24
  173:16,25
**Joseph** 118:18
**Joshua** 99:12,14
**journalism** 19:16  20:6
**journalist** 19:20  21:23
**July** 49:9,13
**June** 20:24
**justice** 177:3

---

**K**

**Kannappan** 84:20  85:13  87:2
  180:20  188:17,18
**keep** 64:20  68:11  145:24  184:21
**keeping** 40:16
**kept** 40:13  85:24  141:9
**Kessler** 79:17,19  80:7  111:5
  112:3  173:17  174:3
**Kestecher** 66:2  111:5,25  131:15
  134:17  136:6  137:7  149:6
  159:23  173:16,25
**KEVIN** 2:25
**kick** 184:13
**Kimberly** 2:5  9:13  178:12
**kind** 31:13  32:13  33:24  39:21
  59:11  65:11  84:11  119:4
  126:14  128:3  140:5,20  141:11
  189:2  198:2,15
**King** 2:4  9:13
**knew** 83:4  99:8
**know** 11:23  12:11,12,16,17,17,23
  13:18  16:22,22  17:9,10,11
  18:18  19:25  20:2,8,10,19
  21:16  25:19,22,23,24  28:22
  29:5,14  30:2  31:15,16,17,19
  32:10,11,14,14,21  33:5,5,6,8
  33:9,24,24  34:2,4,10,13,20,20
  34:24  35:3,5,14,21,22  36:5,9
  38:7,11,24  39:18,19,20,21
  40:2  41:5,5,15,19  43:16,18,21
  43:22,23  44:13,17  46:4,21
  47:3,4,5,6,11  48:5  49:4,6,8
  51:9,19,24  52:5,12  53:25  54:3
  54:5,21,25  56:17  59:13,13,21
  60:12,17  61:13  63:2,3  64:13
  65:11,12,25  66:8,18  67:5,6,20
  67:22  68:24  69:18,23  70:4,16

70:19  71:2  72:11,13  73:5  75:7
  75:9,14,25  76:4,11,18  77:14
  78:10,15,20,25  79:4,13,16,25
  80:4,16  81:7,9  82:17  83:11,21
  84:7,24  85:22,23  86:6,10  88:6
  89:6,14,16  91:9  92:8,24  93:17
  93:20,23  94:17,20,23  95:16,19
  96:8,14,15  97:15  98:20,23
  99:2,14,19  100:6  101:4,14
  102:4,12,13,20,20  103:23
  104:3,4  105:16  108:20  109:2,3
  109:8,9,10,22,23,25  110:6
  111:24  114:3,6,19,25  115:13
  119:8,25  120:2,7,8,9,14  121:4
  121:18  122:9,22  124:6,11,19
  124:20  125:8,17  126:16  127:12
  127:15,21  128:20  129:18  130:5
  130:9,19,24  131:4  132:10,12
  133:9,10  134:4,19,24  136:3,9
  136:12,14  137:11,13  138:22
  139:4  140:25  141:2,3  142:3,9
  144:8,12,15,18,21  145:4,5,16
  145:19,21  150:15,23,24  151:9
  151:12,15  152:13,16,17  153:5
  153:8,22  156:25  160:7,10,20
  160:24  161:3,5,8,9,11,16,16
  161:21  163:13,16,18,20,23
  164:5  166:7,11,15  169:2,12,14
  170:11,15,24,25  171:4  172:13
  172:15  173:23,24,25,25  174:2
  174:9,12,13  177:23  178:2,4
  180:8  181:9,10,14,16,17
  182:17,17,23,25  183:2,20
  184:10  185:12  186:2,5  187:20
  190:14,17  191:12,24  192:5,16
  192:17  193:4,7,8,9,12,17,19
  195:2,8,20  196:18,20,21
  197:16,23  199:18,23  201:2,12
  202:13  203:13  204:16  207:8,12
  208:11,12  209:11,12
**knowing** 76:9
**knowledge** 15:16  25:9  35:4  42:10
  53:3  56:17  100:21  101:6  115:2
  115:11  116:3,8,10,15,18,23,25
  117:6,8,13,15,20  144:25
  145:12  157:13,23  161:22  166:9
  166:13  173:15  177:20  186:9
  187:23  191:16,19,21,23  192:4
  192:7  194:2  200:23  204:12,17
  204:18  205:6  207:4,6,14,17

208:10,14,16 209:17,19,21
**known** 49:20 111:3 123:10 155:5
**Kyle** 46:14 111:5 112:2 159:24
  173:17 174:2

---

## L

**L** 4:9 90:8
**L-A-U-R-E** 82:20
**L.H** 113:17
**L.L.P** 2:4
**label** 47:3
**Lacey** 65:25 66:4,5 102:13 104:4
  111:5,25 131:14 134:16,19
  136:6 137:4,7 149:6,8 159:23
  173:16,25
**Laffer** 4:17,22 6:12 15:6,13,18
  15:20,25 16:18 34:17,23 51:7
  53:5,15,21 54:23 55:9,13 56:2
  56:11,12,20,25 57:9,11,14,22
  58:20 59:13,14 60:25 61:7
  62:2,9 63:9,10,12,15,21 69:21
  70:20 76:18 77:6,9,12 78:13
  79:3 80:3 81:10 83:6 84:15,23
  85:3,12,14 87:4,21,24 88:10
  91:16 92:18,22 93:14 94:18
  95:23 96:7,25 98:13 99:3,22
  101:9,21 102:17 105:10,13,18
  105:21 106:16,20,22 107:13
  109:10,23 110:2 116:6,13,21
  117:5,12,19,23 118:23,23
  121:22 122:2 132:15 141:19
  148:18 150:13 153:25 159:5,15
  159:17 160:3 161:12 162:2,10
  163:9,14,21 164:16 167:14,14
  167:18,25 168:19 169:21 170:3
  170:13 173:18 174:12 175:13
  175:17 176:17,21,24 177:2
  179:17,19 181:8,12,15 185:7
  185:17 186:18,21,24 187:14,18
  188:25 194:12 195:23
**Laffer's** 61:19 88:4,7 98:17
  161:10 166:17 168:17 175:20
  188:9
**laid** 199:21,22
**Lainson** 1:25 212:2,14
**late** 51:14
**Lauer** 82:18 159:24 174:10
**law** 2:18 22:3
**lawsuit** 10:18,21 15:8,14,24
  16:4 17:11 21:12,17,24 22:4

47:23 65:19 66:15 67:15,18,19
  67:23 69:15 70:14 78:6 79:11
  80:14 82:15 83:19
**Leaders** 1:16 22:15 114:20,21
**leadership** 44:6 45:24 46:8,10
  50:3
**learning** 40:23
**leave** 26:18 27:8 64:12 97:18
  166:4 185:18 186:12 196:24
  197:4,14
**lecture** 52:4,5,12 89:4 98:17
  104:21 107:13 111:3,17,18,19
  124:7 142:9,10 163:7 164:7,9
  164:16,18,23 165:5,12,23
  166:3,4,5,10,14,19,25 169:23
  169:24 170:12 171:5,13 184:13
  185:7
**led** 186:16
**left** 28:3 38:25 54:19 72:20
  104:22,24 135:9 143:9 185:19
  185:20,21 186:11,19 187:12,21
**left-leaning** 114:24
**let's** 11:14 12:3 22:21 23:25
  24:15 38:19 48:2 49:15 50:18
  58:25 66:21,21 71:9 89:25
  91:4,11 92:11 93:2,25 97:3,17
  102:23 110:11,13 112:12
  117:21 120:17 121:11 122:23
  123:20 135:18 136:9 141:12
  146:7,20 153:10 154:5 162:5
  162:25 163:3,3 164:12 167:10
  167:21 168:11 169:15 171:8
  172:2,2,24 174:14 175:9
  176:12 182:5 184:24 189:4,24
  192:8 194:7
**letter** 40:8 149:14 206:4,5
**letters** 90:8
**levels** 49:23 50:2
**liar** 176:24
**liberal** 52:10
**Libertarians** 80:24
**life** 13:19
**light** 20:9
**liked** 32:11
**limit** 44:14
**limitations** 198:14,23
**limited** 44:8 87:15,19 137:13
  200:17
**limiting** 43:24 44:4

800.523.7887                                           Associated Reporters Int'l., Inc.

Page 231

**line** 50:9 154:9
**lined** 169:23
**lines** 31:2 74:12,18,20 75:23
 108:12 180:3
**link** 100:25
**linked** 33:7
**list** 4:18 21:20 22:12 30:24
 36:5 62:21 118:25
**listed** 22:7 53:12 111:22
**Listserv** 36:4,13,17
**literally** 199:22
**litigating** 47:23
**litigation** 10:15
**little** 34:24 35:8 47:11,15 54:5
 71:12 72:8 94:11 95:13 97:3
 99:20 105:9 112:18 113:10
 122:11 135:21 140:7 171:9
 179:2 191:11 201:20
**live** 13:20 15:4 18:14,15 19:4
**lived** 13:17 17:18 18:6,10,21
**living** 111:2
**Lizak** 1:6 22:9 46:11 64:20,21
 65:10 111:4 112:2 131:15
 159:24 173:16,25 194:10
**Lizak's** 46:17
**local** 50:2
**locate** 81:23
**located** 48:4 49:16 165:24,25
 168:12 169:16 175:10
**location** 55:18 136:21 163:21
 164:3,4
**locations** 119:3
**Lockheed** 199:20
**Logan** 46:13 111:5 112:3 173:17
 174:3
**logic** 164:8
**long** 13:16 20:22 45:14 124:5,6
 125:13 142:4 143:2 193:17,19
**longer** 146:3 193:21
**look** 96:4 106:2 136:20,24 163:4
 200:11
**looked** 85:23 183:6
**looking** 12:14,15,16 39:7 144:14
**looks** 90:21 91:11,12,13 92:16
 93:13 94:11 97:8 98:24,25
 99:12 136:5,11 139:6 140:2
 145:6 154:20,21,23 181:9,16
**lot** 29:4 36:8 38:12 43:21 46:18
 47:9 51:22 52:9,10 124:9,10
 188:11,25 195:16

**lunch** 159:14,19,22 160:5,9,11
 161:5,10 169:13
**luncheon** 169:10

**M**

**machine** 138:13
**magazine** 19:22 20:15
**main** 109:21
**maintain** 37:6 39:10,24 45:9
 51:17 91:19 120:24
**maintained** 36:14
**majority** 177:5
**making** 26:11 97:12
**man** 137:10,11 160:2 176:23
 184:5
**manner** 148:23
**March** 1:21 13:10 18:22 28:4,6
 45:3 65:2,22 70:25
**marked** 6:3 17:2 70:23,24 97:19
 135:20
**married** 19:8
**Martin** 199:20
**masks** 171:14
**materials** 133:15 135:8 140:25
 212:11
**MATT** 3:8
**matter** 10:17 17:6 65:8 67:2
 73:21 74:9 86:14 87:15 96:13
 127:3 199:12
**maximum** 35:19
**mean** 11:7 12:8 17:19 20:2,18
 26:10 32:18,25 34:8,12 39:16
 43:20 44:3,10 47:2 51:21
 53:23 72:18 87:11,12 97:14
 109:20 120:13 133:18 160:14
 164:10 165:8 186:3 195:15
 199:13,14
**meaning** 23:17 35:24
**means** 100:7
**meant** 47:4
**medium** 20:21
**meet** 29:13,19,21 140:14
**meeting** 29:11,15,23,25 35:11,16
 41:16 43:4 54:11,14 64:5
 162:18,21,24 163:2 168:5,24
 194:13,24 195:2,6,10,13
 198:19
**meetings** 4:18 30:4,6,11,13 36:6
 40:11,17,22,24 41:2,6,7,12,14
 41:18,25 44:9 53:21,22 54:2,6

54:18,21,22 55:8,13,16,20
56:23 62:12,13,19 63:14 64:9
70:5,9 76:17
**megaphone** 177:7,17,17 178:5,18
182:9 184:5,20 187:17,23
**megaphone-wielding** 182:13 184:7
**member** 28:16 66:5 70:7 76:21
77:21 78:19,22 79:20,22 81:3
82:22,24 134:25 147:24 176:18
181:19
**members** 15:9 35:9,20,25 36:10
38:18 48:25 49:21 97:16
113:19 114:17 141:15 142:15
144:6,9 148:5,20 170:4,14
171:6,11 179:13 182:11,18,24
**membership** 30:3 42:5 76:7 84:11
**mentioned** 51:12,20 59:14,15
68:23 126:15 187:9
**mentions** 57:17
**message** 6:22 99:11 122:11
154:11
**messages** 4:12 38:17 39:5 142:16
**messenger** 36:8
**met** 87:2 141:3 162:11 168:2
194:10
**method** 186:14
**Michael** 62:23 63:4 110:25
111:12 147:22,24 159:25
160:21
**middle** 10:3 136:6
**mine** 46:18 66:7
**minute** 146:8
**minutes** 40:13 120:19 182:9
**misspoke** 165:10
**misunderstanding** 203:2
**mob** 104:15 142:12,16
**mobbed** 149:19
**mode** 35:24 87:10
**moderate** 47:10
**modern-day** 177:4
**mom** 19:5
**moment** 105:10 126:15
**Monday** 99:23 105:21 106:3,16
107:12 153:14 154:2,9 162:10
**money** 160:18
**month** 29:3 30:8 45:3
**months** 69:13 81:14
**months'** 63:3
**Moore** 2:12 4:4,6,10,12,13,15,16
4:18,19,21,22,23 5:2,4,7 9:8

9:8 10:8,10,12 14:9,12,16,20
14:21 16:20,24 21:18 22:2
26:3,9,15,16 48:12,15 58:4,8
58:9 61:11 68:4,9,16 90:3,5
91:4,6 109:17,24 110:13,16
120:6 129:24 135:18,23 145:23
146:4,7,11,16 158:15,16 173:5
173:9,11 178:11,16 183:10,13
196:2,6 208:22,25 209:22
210:2,7 213:6,13
**Morgan** 34:15
**morning** 10:11 102:18 107:15
124:19,21 131:21 190:8
**mornings** 102:18
**motivated** 192:22 206:20
**move** 53:13 75:25 117:21 122:23
153:10 156:17,21 159:3 162:25
163:7 167:21 175:9 179:2
184:7 201:18 204:19 206:16
207:23
**moved** 89:4 92:24 163:21,24
**moving** 27:12 68:11 164:9 184:21
**murdered** 176:22
**Murray** 4:20 80:17,19,20,25
81:13

**N**

**N** 4:2,2 6:2 90:9
**name** 9:25 10:2,4,4,12 13:4 31:2
52:8 63:6 64:19 68:23 76:3,5
76:9,9,11 77:14 79:16 84:21
90:11 108:21 126:18 137:12
140:18 149:7 169:8 191:12
213:4
**named** 34:15 69:23 76:2 78:15
80:17 82:18 83:21 84:20
159:25 160:2
**names** 13:6
**national** 50:2
**near** 192:9
**nearby** 102:21 167:15
**nearly** 182:9
**necessarily** 20:5 33:5 170:24
**need** 12:22 168:19 200:3,4
**negative** 143:7
**Nelson** 46:14 111:5 112:3 159:24
173:17 174:2
**neutral** 114:23
**never** 17:11 41:21 67:14,23,24
70:13 76:16 78:5 79:10 83:19

87:13 197:2 198:16
**new** 1:3 2:7,7,11,14,21 3:4 9:9
10:19 13:15 45:24 48:22
194:14 213:12,14
**news** 17:10 154:9 157:13 158:2
**newspaper** 20:15
**nice** 70:5 85:24 209:23
**night** 77:5 118:22 154:2 171:5
172:4
**nine** 6:11 111:3,17,19 113:17
117:22 121:11 175:10,18
**nineteen** 6:21 154:6 159:4,5
162:7
**ninety-eight** 169:16,18,20
**ninety-four** 167:22
**ninety-nine** 169:18 170:2
**ninety-one** 112:14
**ninety-seven** 168:12,15
**nodding** 12:20
**non-political** 148:22
**non-students** 170:4
**nonprofit** 84:6 134:9
**noon** 154:22
**Northern** 1:3 10:18
**notary** 8:12 211:11 213:9
**note** 9:6 122:14
**noted** 175:22 211:4,6
**notes** 40:16,19
**notice** 29:10
**noticed** 50:8
**notified** 156:4
**November** 15:21 16:4,14 17:16
51:6 53:15 56:7 58:21 60:21
74:20 75:11 84:15 90:22 92:13
93:7,15,18 94:2,15 95:7,14
96:5 98:9 99:3,4,23 105:20,22
106:3,11,25 118:5 120:20
121:15 122:6 123:8 127:23
131:3,6 135:5,10,14,16 136:13
136:22 137:15 138:16 144:20
145:3,8,14,20 147:3 148:5
150:25 151:10,21 152:19 153:7
153:14,16 154:10,12,22 156:22
162:10 170:13 173:19 181:4,5
189:18 190:13 204:8 206:2
209:3,11,15
**number** 10:19 17:6 18:3 35:13,19
37:4 41:5 55:12 110:23 117:22
121:25 158:21 173:4,13 182:8
212:9 213:4

**numbers** 90:8
**numerous** 142:17

### O

**O** 4:2,2 68:9 171:9 174:17,18
175:10,10,13,18
**oath** 68:18 146:18
**Object** 183:8
**objection** 12:6 58:3,6 61:9
109:15 120:4 129:22 158:14
178:9
**objections** 8:7
**observation** 183:6
**observations** 183:3,23 184:2
**observed** 171:11
**obtain** 123:15 125:22 126:8,23
127:18 192:13,23 201:21 202:2
202:23 204:23 206:21
**obtained** 60:13 130:11,23 202:25
**obtaining** 5:4 75:15
**obviously** 15:12 54:4 141:5
160:9 164:5
**occasion** 209:15
**occasions** 196:16,22,23 197:10
197:12
**occur** 63:8,9 65:15 142:23 170:9
179:11 182:21 185:10 209:12
**occurred** 15:13 16:12 17:16 51:7
51:14 54:22 62:22 98:9 107:20
108:5 109:6 130:6,10 142:21
148:13 149:13,15,23 150:3
151:2,6,14 153:25 156:11,14
159:15 160:4 176:3 183:12
195:12
**occurrence** 143:5
**October** 31:21 51:14 62:24 91:14
92:17 94:12 95:10 110:24
113:7,12,25,25 118:19 119:9
119:13,22
**offended** 158:18
**office** 2:11 9:9 10:13 30:19
125:6 139:25 140:10,11,16,19
141:6,6 213:12
**officer** 30:16 102:10 108:17,20
**officer's** 108:20
**officers** 30:24 143:22 177:10
184:6 186:8
**offices** 30:19,20 31:8
**official** 1:11,13,14 6:16 17:23
30:3 32:8,18 70:4 86:8 147:3

```
 154:8 200:9
officially 54:3 140:17
officials 64:6 141:4 196:25
oh 88:14 149:17 154:18 160:2
okay 9:23 10:25 11:5,11 13:4,8
  13:11,16,20,23 14:4,8,12,16
  14:20 15:7,17,23 16:8,13,19
  17:13 18:4,9,13,21 19:8,21
  20:4,12,22,25 21:6 22:6,12,21
  23:5,14,25 24:3,15,19 25:4,7
  25:10,13,17 26:2,15 27:3,8,15
  28:2,8,15,20,24 29:8,19 30:5
  30:10,15,19 31:7,23 32:6
  33:11 34:12 35:7,18,23 36:12
  36:25 37:6 38:3,8 39:3,7,23
  40:3,6,15,20 42:4,7,13,13,20
  43:11 44:19,25 45:6,9,16,18
  45:20 46:15 47:14 48:2,9
  49:15 50:12,18 51:4,13,17,25
  52:5,25 53:9,23 54:17 55:2,15
  56:15,25 57:6,12,16,25 58:8
  58:17,24 59:5,18 60:8,16,19
  60:24 61:15,22 62:15,20 63:8
  63:22 64:3,7,11,17 65:15,25
  66:10,18 67:7,17,25 68:12,20
  69:8,14,23 70:10,13,22 71:9
  71:25 72:22 73:13,18 74:5,13
  75:9,14,19,24 76:6,24 77:17
  78:5,12,15 80:10,16 81:2,16
  81:22 82:5,9,17 83:18 84:10
  84:22 85:2,11,17,25 86:4,12
  86:18 87:9,14,20 88:17 89:6
  89:11,16,22 91:4,13,19,22
  92:3,11 93:2,20 95:2,16,22
  96:12,18,22 97:3,8,17 99:2,17
  99:20 100:12,16,20 101:8,12
  101:19 102:6,9,13,14,23
  103:12,15 104:3,7,18,22 105:8
  105:19 106:2,14,18,23 107:9
  108:2,5,16,23 109:12,20 110:8
  110:11 111:16,21 112:12 113:3
  113:6,9 114:3,7,11,15 115:22
  116:2 117:21 118:21 119:15,21
  120:10,17 121:7,9 122:4,9,13
  122:20,23 123:20,24 124:11,16
  124:20 125:2,13,19 126:5,12
  126:21 127:2,5,7,16 128:14,17
  128:23 129:10,19 130:5 131:12
  131:19 132:14,18 133:3,6,11
  133:21,24 134:5,12,19 135:12
```

```
  135:18,22 136:3,9,12,20 137:3
  137:19,22 138:11,18,24 139:7
  139:11,19 140:9 141:12,25
  142:4,11,25 143:11,21 144:3,8
  144:18 145:22 146:5,7,11,20
  147:20 148:4,15 149:8 150:16
  150:24 151:17,24 152:22 153:5
  153:9,9 154:5,21,25 155:17
  156:16,24 157:4,19 158:15,17
  159:3,14,21 160:4,10,19,25
  161:9,22,25 162:5,22,25
  163:20 164:12 165:19 166:2,8
  166:23 167:6,10,21 168:11
  169:9,15 170:11 171:4,8 172:2
  172:6,16,20,24 173:12 174:5
  174:11,14 175:9 176:12 177:21
  177:25 179:13 180:9,17 181:7
  183:10,18,25 184:6,20,24
  186:11,20 187:22 188:4,7,14
  188:19,21 189:4,24 190:7
  191:4,7,11,15 192:5,8,18
  193:9,21 194:6,23 195:17,20
  196:21 197:17,24 199:4,7
  200:7,11 201:3,13,18 202:15
  202:21 203:15,20 204:11,19
  205:8 207:8,13,18 208:9,14,17
  209:8,18,22
once 27:10 30:8 73:9 88:17
  104:17 165:20 170:2 189:11
  199:15 203:25
one- 189:4
ones 56:18
online 24:7,13,16,22 25:5,20,25
  26:7 27:24 28:13 96:17
open 99:21 100:2,6 165:20
opened 170:3
operate 200:16
opinion 43:22,23 72:18 73:19
  74:8 166:24 198:6 201:10
opportunity 29:13 73:23 160:8
opposed 163:17 164:7 205:11,20
  207:10
oppressed 176:22
oppression 177:3
option 164:11
organization 1:15 19:16,23
  30:20 44:12 48:21 49:25 50:21
  84:5 114:24 134:10 148:6
  150:5 152:21 155:4 160:16
  198:25 199:17 202:10
```

**organizations** 123:14  124:9
  131:2  148:21,22  150:7  152:9
  152:14  158:20  201:20,23
**organize** 164:18
**organized** 54:7,8  123:8
**original** 8:13,17  164:2
**originally** 163:17
**Outback** 188:20
**outside** 103:10  115:7  155:19
  169:23
**overarching** 28:3
**overture** 75:20

-----------------------------------
                    **P**
**P** 4:2  120:24
**P-R-E-S-T-O-N** 10:3
**P-S-C-A-G-N-E** 37:4
**P.C** 90:13
**p.m** 1:22  4:23  99:24  113:12
  118:6  120:20  121:16  142:12
  175:14  210:11
**packed** 169:23  170:5
**page** 16:21  17:2  48:4  54:3  71:10
  72:2,23  90:4  92:4,11  93:2,25
  95:2,3,4,5  96:4  100:25  106:4
  110:18  112:14  118:9  120:18
  122:16  123:2  141:14  146:23
  153:10,11  162:7,7  163:2
  167:12,12,22  168:12  169:17
  171:9,10  173:3,7  174:15
  175:11  176:15,16  179:3  182:7
  184:25  189:6,6,24  192:2,10
  194:7,8  212:5
**pages** 49:17  93:4  98:2  212:9
**paid** 20:25  160:10  161:2,5,12,15
  161:17,23  169:12
**paleo** 47:3
**pandemic** 18:23  24:22  40:23  41:9
  41:10,21  42:2,5,16,18  43:7
  65:3  70:12  83:16
**paperwork** 55:19
**paragraph** 48:3,11,12,17  50:19
  53:13  57:16,17  123:4,13
  125:20,24  141:13  142:6,11
  148:4,15  149:11,23,25  150:10
  152:8  153:11,20  155:3  158:17
  158:21,22,25  159:4  162:6,8,18
  163:2  164:12  165:13  167:10,21
  168:11,13  169:16  171:8  174:17
  175:9  178:25  184:24  189:4

**190:4  192:8,18,19  194:7
  200:14  201:19,24  202:21  203:4
  203:21  204:20,25  206:16**
**paragraphs** 49:15  123:2  176:12
  182:5
**paraphrasing** 31:15  103:21
**parentheses** 48:19
**parents** 13:22  15:3
**Parkway** 3:2
**part** 17:16  20:6  21:22  34:3  50:8
  173:14
**participants** 111:4,22
**participate** 36:12
**particular** 29:23  47:16,18  73:12
  126:20  127:3
**particularly** 85:20
**parties** 8:4  21:17  213:10
**party** 49:21  50:2,5,14,25  122:20
**pass** 82:3  140:25  196:3
**passerby** 141:18
**passerbys** 143:8
**passes** 205:23
**Patrick** 112:25
**pay** 161:19
**peacefully** 148:8
**pedestrian** 123:12
**Pelletier** 1:13  2:10  9:10  10:15
  22:14  112:24  116:18  117:16
  145:16  162:14  177:9  181:15,22
  185:5  190:25
**pending** 12:24
**people** 29:13,19  32:11  33:23
  35:13,14,17  52:14  54:10  65:3
  67:20  104:16  129:9  131:16,17
  132:8,12,19  137:4  138:22,25
  145:25  147:15  160:8  161:3
  165:21  170:12,19  171:5,23
  182:23  183:15,19  187:8  188:17
**people's** 34:24
**percent** 110:5
**perfectly** 12:19
**period** 18:14  23:18  37:15  142:7
**permission** 73:2,7,15  75:7,10
**permit** 5:5  60:13  73:10  75:2,13
  75:15,18  123:16  125:22  126:9
  126:23  127:18,22  130:7,11,13
  130:14,18,22  131:2  150:8
  152:2,10,14  192:23  196:14,18
  196:24  197:8,15,22,25  198:25
  199:24  201:21  202:2,10,23

203:6,11,18 205:10,17 206:21
209:14
**permits** 150:6 200:16
**permitting** 150:4 151:3,7
**person** 41:12 75:25 77:14 97:9
132:24 188:2
**personal** 45:22,25 46:4 58:10
86:9 116:2,9,17,25 117:7,14
144:24,25 145:11,12 166:8,12
183:25 187:22 191:15,20
204:17,18 205:6 207:6,17
209:17
**personally** 33:20 34:14,20 46:18
47:2,10,12 84:13 101:20,23
125:14 143:11 171:20 174:12
182:25 188:4 193:7 207:22
**persons** 166:17
**pertains** 40:16
**Phillips** 63:5 160:2,23
**phone** 87:21
**photo** 6:20 136:10,12,18 137:4
139:12 158:8
**phrase** 213:16,17,18,19,20,21,22
**physical** 100:18 131:7
**physically** 28:5
**pick** 137:23 139:17 158:9,13
164:11
**picked** 88:10,18
**picking** 88:3
**picture** 135:18,25 136:2,16
137:20,24
**pictures** 34:25
**Pinkerton** 167:25 168:8 185:6
186:4,6
**pinpoint** 39:21
**pins** 132:9 148:20 171:16 172:17
172:19
**place** 15:15 147:14 211:4 212:4
**places** 124:8 167:2
**Plaintiff** 1:8 28:17 48:18 83:25
**Plaintiff's** 6:24 93:5 118:10
122:16 164:19
**Plaintiffs** 2:3 9:14 21:20 22:7
22:10 162:11 171:11 194:9
**Plaintiffs'** 208:3
**plan** 74:25 142:25
**planned** 164:18
**planning** 72:25 73:6,14 159:9
163:17

**Plattsburgh** 28:13
**played** 81:18 199:23
**please** 9:7,16,24,25 12:23 98:19
112:13,19 127:7 128:18 146:21
211:5 213:8,9
**PLOT** 1:17 113:19 114:17,19
115:5,20 116:5,12,20 169:22
170:5 171:6,12,15,16,16,17,24
172:7,10,17,21 176:20 182:9
182:12,19,24
**plus** 52:13
**podium** 176:18 187:14
**point** 12:5 24:11 38:13 42:12
43:17 44:9,20 46:10 61:6
85:11 88:7 103:6 105:14,15
134:6,8,13 135:2,4,8,9,13
144:19 148:19 149:2 150:4
151:18,19 152:25 155:6,11
177:18 188:10 196:15 197:10
197:13
**police** 101:22,24 102:4,4,7,7,11
102:19 105:5,11 106:19 107:23
108:10,14,24 110:7 114:8,12
119:18 120:3,12 143:12,22
145:2 163:6,13,18 184:4,21
**policy** 177:11 185:6,13,15
189:17 190:12 192:21 204:7
206:6,7,19 207:9
**politely** 65:13
**political** 50:3 134:10 148:21
**politics** 29:12 46:17,20,21,23
**popped** 67:20
**portal** 25:20 26:7
**portion** 175:21 208:11
**position** 42:19 84:11 198:24
**positive** 43:21 128:23
**positively** 58:18
**possible** 25:16 27:5,17 60:7
71:8 107:17 118:16 120:13,15
137:18 161:7,21 169:14 186:6
209:9
**possibly** 41:15 59:4 78:9 112:2
185:24
**post** 44:7 147:2,4,7
**post-date** 4:17 55:25
**posted** 56:9
**poster** 139:16 158:7
**posters** 148:20 157:6 158:4
**posting** 50:22

**posts** 20:20
**pour** 140:8
**power** 200:18,25  201:5,13
**preceded** 15:8
**preceding** 105:15,17  106:21
**Prejudice** 7:3  71:11
**prep** 51:22
**preparation** 21:10  50:4
**prepare** 14:2
**prepared** 179:17,19  212:10
**preparing** 39:14
**presence** 163:6,14  212:4  213:8
**present** 3:6  16:8  60:25  107:19
  109:10  111:22  112:5  114:8
  124:23  125:14  129:3  133:15
  139:8  142:20  144:19  149:13,22
  156:10  158:24  162:17  167:18
  168:5,23  169:9  170:12  171:5
  173:18,23  174:9  176:2  177:6
  181:8,12,15  187:4  197:2
**presentation** 111:2
**preserving** 12:9
**president** 1:6,10  6:22  31:25
  33:23  43:18  46:12,13  69:5
  72:7  85:9  154:11  174:11
  175:15
**press** 162:2
**Preston** 1:1,20  2:1  3:1  4:1,3
  5:1  6:1  7:1  8:1  9:1,22  10:1,2
  11:1  12:1  13:1,5,9  14:1  15:1
  16:1  17:1  18:1  19:1  20:1  21:1
  22:1  23:1  24:1  25:1  26:1  27:1
  28:1  29:1  30:1  31:1  32:1  33:1
  34:1  35:1  36:1  37:1  38:1  39:1
  40:1  41:1  42:1  43:1  44:1  45:1
  46:1  47:1  48:1  49:1  50:1  51:1
  52:1  53:1  54:1  55:1  56:1  57:1
  58:1  59:1  60:1  61:1  62:1  63:1
  64:1  65:1  66:1  67:1  68:1  69:1
  70:1  71:1  72:1  73:1  74:1  75:1
  76:1  77:1  78:1  79:1  80:1  81:1
  82:1  83:1  84:1  85:1  86:1  87:1
  88:1  89:1  90:1,11  91:1  92:1
  93:1  94:1  95:1  96:1  97:1  98:1
  99:1  100:1  101:1  102:1  103:1
  104:1  105:1  106:1  107:1  108:1
  109:1  110:1  111:1  112:1  113:1
  114:1  115:1  116:1  117:1  118:1
  119:1  120:1  121:1  122:1  123:1
  124:1  125:1  126:1  127:1  128:1
    129:1  130:1  131:1  132:1  133:1
  134:1  135:1  136:1  137:1  138:1
  139:1  140:1  141:1  142:1  143:1
  144:1  145:1  146:1  147:1  148:1
  149:1  150:1  151:1  152:1  153:1
  154:1  155:1  156:1  157:1  158:1
  159:1  160:1  161:1  162:1  163:1
  164:1  165:1  166:1  167:1  168:1
  169:1  170:1  171:1  172:1  173:1
  174:1  175:1  176:1  177:1  178:1
  179:1  180:1  181:1  182:1  183:1
  184:1  185:1  186:1  187:1  188:1
  189:1  190:1  191:1  192:1  193:1
  194:1  195:1  196:1  197:1  198:1
  199:1  200:1  201:1  202:1  203:1
  204:1  205:1  206:1  207:1  208:1
  209:1  210:1  211:1,3,8  212:1,3
  213:1,5,7,25
**pretty** 19:25  32:21  36:6  43:18
  63:3,11  72:19  84:6  101:2
  114:25  124:18  131:10  132:2,13
  140:13
**prevent** 53:2  177:12  178:7,20
  181:19,22,25  182:2  184:4
**previous** 106:12
**previously** 123:15  127:17  135:19
  196:15  209:3
**primarily** 20:17  50:20
**primary** 20:21
**principles** 49:21  50:25
**prior** 5:8  22:24  34:16  58:19
  59:14  62:2  76:17  78:3  97:14
  119:2  128:4,12,15,21  129:4
  130:6,10,23  133:6  179:17,19
  180:6  197:10  209:9
**private** 96:10
**pro** 132:10
**pro-** 132:10  158:8
**pro-choice** 137:23  158:13
**pro-fracking** 63:6
**probably** 14:4  16:22  30:8  31:20
  31:21  35:12,16  51:19  52:16
  55:10  67:6  78:3  79:8  81:14,24
  86:15  104:16  110:4  115:16
  184:12
**problem** 165:11
**problems** 150:5  151:19
**procedure** 8:5  26:12  199:25
  203:17

**procedures** 155:20
**proceed** 173:2
**proceeds** 176:16
**process** 89:15,19 134:16 187:20
 189:2 202:14 206:13
**producing** 22:17
**production** 21:10
**professional** 156:3
**Progresses** 164:23 166:10 171:12
 182:8
**progressive** 1:16 22:15 114:20
 114:21,24
**Progressives** 1:15 22:14 72:9,14
 72:16,17 73:24,25 75:21 76:7
 115:4,17,19,23 116:25 117:4
 117:10,17 142:13,15 144:6,9
 165:9,16 169:22,25 170:5,14
 170:19,22,23 176:19 182:12,18
 182:24 199:18
**Progressives'** 164:14
**Project** 19:15 20:23 21:23
**promote** 49:20 56:23 148:16
**prompted** 47:16,19
**promptly** 175:14
**pronounce** 84:21
**proper** 150:3 151:2,7 189:18
 190:13 204:8
**properly** 155:20
**property** 73:21 74:9 75:5 141:9
**proposition** 26:10
**protection** 198:12
**protective** 182:13,19 183:4,9,11
 183:16,20,21 184:3
**protest** 72:4 73:25 103:11,12
 133:8 166:14 198:2 199:19
**protesters** 166:13
**protestors** 16:11
**protests** 143:8
**provide** 5:7 20:10 37:13 40:7
 56:3 128:19 166:9
**provided** 17:25 89:22 164:23
 165:6,15 169:24 212:12
**providing** 164:15 175:16
**provocative** 157:5 158:4,7,9,13
**proximity** 133:25
**pscagne** 37:3
**public** 8:12 73:20 74:9 75:4
 126:17 198:12,21 211:11 213:9
**published** 20:14

**punishment** 192:20 206:18
**purpose** 49:19 50:15,20 56:16
 57:9 58:14 75:2 184:3
**purposefully** 75:15
**purposes** 5:5 12:9 75:16 126:24
**pursuant** 8:6 177:11 185:5
**put** 9:23 14:18 16:20 17:4 64:18
 88:15 90:4 100:25 101:13
 110:13 124:9 125:20 135:18
 140:14,20 146:20 154:5 177:19
 184:14 188:2 198:18 202:18
**putting** 157:17

## Q

**Q.R** 100:24
**question** 11:23,24 12:11,12,24
 17:14 22:3 26:19 28:3 39:20
 45:21 57:6 74:7 106:23 109:12
 118:13 126:7 150:3 151:2,6
 152:22 178:15,17 199:6 201:24
 204:24 210:7
**question-and-answer** 175:21
**questions** 8:8 11:2,17,18 42:14
 48:8 58:25 116:24 150:21
 160:8 175:21 176:14 190:14
 196:4,6 208:20
**quick** 145:25 168:19 208:22
**quote** 31:12 72:3,3,6
**quoted** 4:24 121:3
**quotes** 72:3

## R

**R** 4:2,9
**R-E-I** 66:19
**R-E-I-G-N** 68:24
**R-E-X-F-O-R-D** 13:15
**racial** 177:3
**rainbow** 138:12
**raise** 9:17
**Raj** 4:21 84:20 85:13,18 86:2,22
 87:2,12,21 180:20 188:17,18
**rarely** 76:15
**reach** 82:12 119:3 143:12 184:17
 184:18
**reached** 187:5
**read** 8:10 10:23 17:8,12 48:5,16
 49:2,17 50:7 51:2 71:15,22
 72:22 73:3,19 74:3 75:16
 100:4 110:19 111:7 113:21
 119:6 123:4,5,18 141:20

142:18 148:10,24 152:10
153:13,17 154:25 155:9,22
156:8,17 157:8 162:8,15
163:11 164:20 167:13,16,23
168:3,21 169:18 170:7 171:18
173:20 174:23 175:12,24
176:13 177:14 179:9 182:15
185:2,8,15 189:19 190:15
192:14 193:2 194:16 200:14,20
201:7 203:21 204:9,20 205:4,9
205:18 206:18,25 207:24 208:7
211:3 213:8
**readily** 163:8,9
**reading** 153:23
**reads** 49:18 50:19 71:11 73:22
110:21 118:21 123:5,7,13
141:14 148:4,15 150:2 153:14
155:3,17 156:2 162:9 163:3,5
164:13 167:24 168:13 171:10
174:18 176:17 179:3,5 182:7
189:8 192:11,19 194:9
**realize** 50:12
**really** 32:9,18,19,19 34:2 35:3
39:21,21 41:5 43:15,25 59:17
67:24 70:5 76:16 78:20 87:13
134:10 160:6 188:24 206:14
**reason** 10:25 12:25 72:4 106:7
109:21
**reasonable** 167:4
**recall** 25:15 27:16,17 38:13
40:15,18 47:21 49:11 51:11
53:5,10 56:20 57:10 58:12,14
60:23 61:14,16 62:22 71:18
73:9 74:13,17 76:4 102:2
104:9 105:7 151:22 152:20
153:2,23 156:15,23 159:12
162:20 172:11,18,22 187:2
188:23 189:22,23 195:4,24
197:3,9 200:7 206:4
**recalling** 197:12
**receive** 14:9 36:16,21 208:4,13
**received** 40:9
**recipient** 191:4
**recitation** 176:5
**recognize** 17:7 90:16 97:22,24
118:14 122:18 138:13,14 144:4
147:9 190:5
**recognized** 32:13 155:7,12
**recollection** 25:18 26:23 27:11
51:15 58:11 59:5 60:22 64:15

74:24 113:24 139:12,16 141:23
184:18
**record** 9:4,7,25 12:3,9 37:11
48:17 49:18 68:13,15 82:11
93:3 110:20,22 112:13 117:22
118:8 122:15 123:5,6 146:13
146:15 153:13 155:2 162:8
167:13,24 169:19 175:12
176:14 185:3 200:14 203:22
204:21 207:24 210:8,9 211:4
212:10
**recorded** 195:3,10
**recording** 11:17 195:5
**records** 39:11,12 51:18
**recruiting** 148:19
**red** 137:6,10 171:17 172:21,23
**Redirect** 4:6 208:24
**Reed** 63:23 194:13,19
**refer** 28:20 119:16 207:9
**reference** 114:16 128:15
**referenced** 15:18 51:9 56:8
140:10 146:22 153:20 165:13
186:4 190:4
**references** 61:23
**referencing** 5:8
**referred** 96:15 140:9 142:6
154:15 162:18 197:24
**referring** 15:18 23:9 26:7 28:22
115:15,16 119:20 125:19
140:22,23 153:22 154:4 196:22
197:6 207:10
**refers** 115:13
**Reflection** 7:3 71:11
**refresh** 25:18 26:22 27:11 64:14
74:24 113:23 139:15 141:22
**refreshed** 139:18
**refreshes** 139:12
**refused** 156:17,21 196:24 197:15
**regard** 199:8
**regarding** 21:11 51:18 55:20
86:19 88:3 89:23 101:22 116:3
116:18 117:8,15 135:13 139:12
141:18 153:15 201:24
**regards** 118:22 189:17 190:12
204:7
**register** 100:13,14
**registered** 17:23,24 48:20
**registration** 99:22 100:2,7,10
100:21

**Reign** 66:18 68:23,25 69:3,4,7,9
 69:12 173:16
**Reilly** 112:25
**reinstate** 201:6
**related** 21:24 38:4,5 39:5 92:5
 188:24
**relating** 15:5,12 51:23 85:20
**relation** 86:16
**relatively** 63:2 124:18
**released** 71:19 147:14
**relevant** 4:10 37:13,14,15
**religion** 47:6
**relocate** 156:7
**remarks** 175:20
**remember** 12:18 16:16 18:2 25:23
 29:10 30:9,25 35:5 45:3 52:7
 55:17 58:18 59:11,12,17 63:5
 69:19,22 70:18,21 71:7 73:10
 74:5,7,19 75:8,22 76:8 77:8
 78:9,14,23 79:2,5,23 80:2,5
 81:8,11 83:5 87:18,25 88:8
 89:5,24 91:18 92:2,10,23,25
 93:22 94:25 95:21 96:11
 100:19 101:18 105:17,25
 106:22 107:11,18 109:2,4
 110:5 111:24,25,25 112:4,10
 112:11 114:2,10 118:15,16
 119:14 120:15 121:5,20 122:3
 122:19 128:2,3,4,8,10,13
 129:10 130:3 131:17 132:13,17
 133:2,19,20 134:3,23 135:11
 135:17 137:12 138:15,17 143:3
 143:6,10 149:7 151:13,19
 152:5,23 157:16 158:3 159:22
 160:3 162:23 170:24 171:3,23
 171:25 172:20 174:3 175:7
 176:8 179:23,25 180:4,19,21
 180:23 181:2 187:3,10 188:18
 189:3 195:12,15,17 199:14,15
 209:6
**remembering** 87:4
**remote** 40:23 41:24 44:23 45:2
**remotely** 12:11 25:11
**remove** 163:9 185:6
**removed** 187:18
**removing** 187:20
**renowned** 148:18
**rep** 137:14
**repeat** 119:11 130:8 178:14
 205:13

**rephrase** 12:13
**Reported** 1:25
**Reporter** 9:4,15,23 10:6 14:19
 48:10,14 68:15 146:15 173:7
 173:10 210:9 212:14
**Reporters** 212:11 213:2
**represent** 190:2
**representative** 3:7,8 84:14
 116:5,12,20 117:3,10,17
 194:14
**representatives** 114:4 118:24
 155:18 156:3
**representing** 9:10,12,14 10:14
 14:23
**Republican** 38:18 39:25 46:22
 47:11 49:21,23,25 50:4,5,14
 50:25 56:23 62:19 84:7 131:24
 132:11 134:2 149:9 193:14
**Republican's** 6:10 206:21
**Republicans** 1:6,7 4:14 14:24
 15:10,20 16:5 22:8 28:18,21
 28:25 30:6,17 31:8 34:7 35:9
 35:24 38:6,9 39:11 40:9,10,21
 42:2,9,12 48:19,20 49:5,13,20
 50:20 51:5,8 53:6,17,17,20
 54:22 56:3,6,8 57:8,13,21,23
 60:4,10,13 61:2,6,18 62:4,9
 62:14 63:13,18,24 66:6 69:5
 70:8 72:25 73:6,14,23 74:15
 74:25 75:10 76:20 77:22 78:20
 79:21 80:21 81:3 82:23 86:8
 88:18,19 89:7 92:5 96:23 97:5
 97:7 100:9 103:16,25 105:2
 107:3 112:10,16 113:16 123:8
 123:15 125:6,21 126:8,23
 127:18,22 130:7,11 131:6
 136:21 138:6 140:6,15 141:7
 141:15 142:14 146:24 147:5,25
 148:5 151:25 152:24 155:4
 156:21 157:22 160:17 161:19
 162:11 165:7 173:14,14 174:9
 174:19 175:16 179:5,14 181:20
 182:2 185:23 187:7 188:15
 189:10,14 190:10 191:6,8,10
 192:6,25 193:22 194:3,10
 195:9,21 196:15 197:10,13
 198:3 202:2,9,22 203:24 204:4
 204:14 206:11 209:10,14
**Republicans'** 86:23 91:23 110:14
 123:11 139:8,13,24 140:10,11

153:16 172:25 191:17,22
192:22 193:5,10,14 206:23
207:16,21
**request** 5:7 26:12 37:10,14 39:4
39:7 40:7 45:17 82:10 86:5
101:8 121:7,12 203:5,12 205:9
205:16,23 210:3
**requesting** 26:4
**requests** 4:10,12,13,15,16,18,19
4:21,22,23 5:2,4 202:4,15
205:22
**require** 100:10,16
**required** 24:10 89:12,13 100:21
124:12,14 150:6 192:12 200:3
204:22
**requirement** 150:8 152:10,15
**requiring** 198:24
**reservable** 155:19
**reservation** 93:10,14 94:4,12
95:9,13,17 96:19 97:9 101:2
156:5
**reservations** 97:13 101:7 124:12
**reserve** 88:23 96:17,23 127:13
208:5,12
**reserved** 8:9 89:2 152:18 153:6
156:6
**resided** 18:5
**resident** 19:2
**residential** 17:22
**residing** 17:20
**resign** 45:7,21 47:20,24
**resignation** 4:15 45:17 47:16
**resigned** 42:19 43:6 44:20 45:4
45:6 65:4,7,9
**respect** 209:9
**respective** 8:4
**respond** 173:15
**responded** 192:6
**response** 6:24 110:22 157:17
173:3,12 179:7
**responses** 110:15 173:2
**responsibility** 39:14
**responsiveness** 8:8
**rest** 112:3 186:19
**restate** 12:13
**restored** 194:2
**restrain** 182:10
**Restuccia** 4:24 5:3 6:16 32:2,10
33:23 43:19 66:22,24 85:9
90:23 92:4,14 93:6,20 94:5,23

95:7,19 96:8 97:9 98:5 101:15
102:19 107:5,5,6 111:4 112:2
112:21 113:13 118:18 120:21
121:18,25 122:5 131:15 147:22
159:23 165:4 173:16,24 175:15
175:19 176:6 180:22 185:22
**Restuccia's** 97:20 117:25 121:14
**retains** 200:18,24
**retaliatory** 207:25
**return** 28:5 213:11
**returned** 8:15 41:21
**returning** 16:23
**review** 13:25 26:4,13 71:2,3,6
71:20,23 141:6
**Review's** 140:19
**reward** 33:24
**Rexford** 13:15 19:6
**Riccardi** 83:22
**rid** 135:21
**right** 9:17 11:14 18:9 21:16
28:8,15 35:7 40:6,20 43:11,12
44:19 47:12,13,14 48:13 54:11
54:19 55:6 60:24 67:25 68:9
86:12 90:10,11 96:23 101:17
103:18 104:3 105:22 106:3
121:10 124:6 133:14 136:19
140:4 148:8 149:3,11 158:10
159:3 166:18,24 187:3,8 188:7
198:4,21 203:21 208:19
**rights** 189:12 198:2 199:2 204:2
208:3
**ring** 76:9
**rings** 76:3 138:8
**Robinson** 72:7,11
**role** 30:22,25 31:12,16,20 32:4
32:17,23 33:2,6,13 34:5 44:2
70:4 84:11 205:16
**Roman** 76:2,2
**room** 6:8 18:3 88:24 89:2,4,7,12
89:20,23 90:7 91:12 92:17
94:4,11 95:9 96:14,24 97:13
97:16 121:12 140:12 141:11
170:6 177:10 185:20 186:14
**Room-request** 6:18
**rooms** 44:8,14 52:13 96:17,19
142:16 208:5,12
**Rose** 1:11 2:9 6:22 9:10 10:15
22:14 116:3 117:2 144:12,18
144:25 153:15,24 154:12
162:13 181:7 189:9 190:19

191:21 192:11,23 193:10
194:11 195:9 201:5 203:22
204:21 206:22 207:25
**Roth** 78:16,18,19 111:6 112:4
**roundtable** 113:17
**routes** 163:8
**row** 176:20 179:6,6
**rows** 171:12
**rules** 8:5 11:15 26:12
**run** 48:7 125:17

**S**

**S** 3:7 4:2,9,9
**S-A-U-G-U-S** 157:7
**S-C-A-** 10:4
**S.A** 73:2,6,15 75:7,10 115:10,23
134:17,20 155:5,7,12 156:4,21
191:6,8,17,21 206:5,8 209:19
**safer** 164:11
**safety** 104:11 107:7
**Saitta** 2:19 4:5 9:11,11 68:7
196:3,5,9 208:19 209:2,24
**Sam** 80:7
**Samuel** 79:16,19 111:5 112:3
173:17 174:3
**sanctioned** 115:5,9,23 134:12,18
134:20 206:11
**Saturday** 107:10
**Saugus** 157:7
**save** 175:20
**saw** 17:10 29:10 35:12 102:10
104:25 105:6 144:15 165:18,20
184:14,16 199:15
**saying** 12:21 73:11 130:16
158:12
**says** 50:10,13 72:3,3,8,24 90:6
90:7 96:14 97:6 99:22 110:24
111:19 113:15 115:12 119:15
121:3 125:21 127:17 137:22
138:2 142:12 147:3 149:18
151:5,17 152:8 154:8,9,11
156:17 157:4 173:13,14 203:5
**Scagnelli** 1:1,20 2:1 3:1 4:1,3
5:1 6:1 7:1 8:1 9:1,21,22
10:1,3,4,11 11:1 12:1 13:1,5
14:1 15:1 16:1 17:1 18:1 19:1
20:1 21:1 22:1 23:1 24:1 25:1
26:1,18 27:1 28:1 29:1 30:1
31:1 32:1 33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1 41:1 42:1

43:1 44:1 45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1 53:1 54:1
55:1 56:1 57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1 65:1 66:1
67:1 68:1 69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1 89:1 90:1
90:11,13 91:1 92:1 93:1 94:1
95:1 96:1 97:1 98:1 99:1
100:1 101:1 102:1 103:1 104:1
105:1 106:1 107:1 108:1 109:1
110:1 111:1 112:1 113:1 114:1
115:1 116:1 117:1 118:1 119:1
120:1,25 121:1 122:1 123:1
124:1 125:1 126:1 127:1 128:1
129:1 130:1 131:1 132:1 133:1
134:1 135:1 136:1 137:1 138:1
139:1 140:1 141:1 142:1 143:1
144:1 145:1 146:1 147:1 148:1
149:1 150:1 151:1 152:1 153:1
154:1 155:1 156:1 157:1 158:1
159:1 160:1 161:1 162:1 163:1
164:1 165:1 166:1 167:1 168:1
169:1 170:1 171:1 172:1 173:1
174:1 175:1 176:1 177:1 178:1
179:1 180:1 181:1 182:1 183:1
184:1 185:1 186:1 187:1 188:1
189:1 190:1 191:1 192:1 193:1
194:1 195:1 196:1,10 197:1
198:1 199:1 200:1 201:1 202:1
203:1 204:1 205:1 206:1 207:1
208:1,23 209:1 210:1 211:1,3
211:8 212:1,3 213:1,5,7,25
**scenario** 127:25
**scenarios** 62:18
**scene** 104:19 143:9,19,19,23
144:5
**scheduled** 169:21
**scheduling** 4:16 55:20,25
**school** 36:9,23 37:2 43:23 44:3
99:3,24 124:8,9 157:7,11
**screen** 14:18 16:21 64:18 106:3
118:12 125:21,25 126:3 135:19
146:21 154:6 173:6 182:6
**scroll** 21:19 71:9,12 72:8 91:4
92:16 93:13 94:10 95:13 96:3
97:3 98:19 99:10,20 112:18
119:21 135:21 154:6,17 191:11

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 243

scrolling 113:10  118:10  122:13
search 5:7  37:12,22  55:24,24
  121:8  122:5  127:6  128:15
  210:4
searching 45:18
seat 52:13
seats 52:12  174:22
Sebastian 76:2
second 58:15  71:10  120:18  144:5
  164:13  176:20  200:12  208:17
Secondly 40:11
seconds 176:18
secretary 46:14  108:18
section 72:23
secure 89:12  92:17  150:6  155:20
secured 130:7
securing 89:20,23
security 109:23  110:2,7  118:25
  164:2  185:25,25,25  186:3,8
see 17:4  25:22  33:19  57:18
  71:12  85:21  90:10,11  91:7,11
  92:12  96:12  97:6  98:3,22
  99:11,21  103:8  106:3  108:2
  112:16,19  114:15  119:3  121:16
  122:10,14  125:24  126:2  135:7
  136:15,18,18,25  137:15,19
  138:20  140:7  144:22  145:10
  146:11  154:8,13  158:21  165:5
  165:12,19  169:7  172:3,6,9,16
  179:2,11  181:13  182:21  185:17
  189:21  190:19,22  207:22
seeing 118:15  138:15  172:11,18
  172:20,22  189:22,23
seen 108:21  113:3  135:24  207:18
selected 89:7  91:14
semester 17:19  18:11,16,17,19
  23:3,3,17  24:6,16  29:3,3  31:6
  35:20  40:25  41:3  54:24  64:8
  69:6  78:4  80:8,22  83:17  208:6
semesters 18:14  23:21  24:2,4
senator 63:22  194:19,21
send 36:15  38:16  192:2
sending 142:16  210:2
sends 90:23
senior 24:11
sense 16:17  45:25  64:2  111:20
  130:13,17  146:2  164:10  167:4
sent 18:19  24:21  41:11  42:18
  45:11  65:3  78:4  85:19  86:9
  92:4,8  94:23  95:6,19,25  96:2

96:9  101:15  113:11  119:9,13
  153:24  154:18,22  189:14  204:4
  205:25
sentence 73:19,22  75:3  155:17
  155:24  156:2,16  157:5  201:4,8
sentences 72:23  75:16
separate 5:5  13:14  46:7  62:17
  80:24  119:18  140:3
September 29:4,6,16,24  31:21
  51:6  56:6  57:21  72:9,24  73:7
  73:14  74:6,14  93:10
serve 81:24
service 38:12  50:5  89:9  96:17
set 6:24  42:14  75:16,24  97:16
  124:17,21,23  125:8,12,18
  131:8  132:16  133:25  139:21
  155:18  157:14,15  198:8,20
setting 33:9  125:3  139:20,21
  159:13
settings 100:3
settle 87:23
seven 6:9  99:24  110:18  112:12
  162:19
seven-thirty 175:14
seventeen 6:19  95:5  135:20
seventy- 162:18  189:24
seventy-five 48:5  189:25  192:3
  192:3
seventy-seven 162:6,9
shaking 12:21
shape 138:13
share 14:15  36:5
shared 17:10  67:21
shed 20:9
sheet 26:24  211:7
shirts 171:17  172:21,23
shooting 157:7,11,13,18,19,23
  158:2
shortly 30:21  38:24  65:7
shouting 176:20
show 16:25  35:15  70:22  76:17
  82:2  91:5
showed 158:8  163:18
showing 4:24
shown 205:5,8,18,24
sic 23:16  82:20
side 171:13
sides 148:22
sight 144:13  145:17

Associated Reporters Int'l., Inc.

Page 244

**sign** 8:11 109:3 137:22 138:5,12
  180:9 181:20,23 213:8,10
**signature** 213:11
**signed** 8:14 213:24
**signs** 50:23 56:9 133:14 137:19
  179:7,14,16 180:6,7 181:4
  182:3
**Silverstein** 76:12,14,15 159:24
**similar** 39:3
**similarly** 150:7 152:9,14
**simply** 64:3
**sir** 10:22 11:10 13:7 14:3 16:25
  17:7 18:12 19:3 21:13 22:5,11
  22:20 31:10 48:17 49:2 50:7
  51:15 58:11 61:13 68:2,17
  73:3 74:3 97:22 111:7 113:21
  119:6 120:8 121:16 123:18
  135:24 141:20 142:18 146:17
  147:7 148:24 150:10 152:17
  153:17 155:9,22 156:8,18
  157:8 162:8,15 163:11 164:20
  167:16 168:3,21 170:7 171:18
  173:20 174:23 175:24 177:14
  179:9 182:15 183:15 185:8
  189:19 190:5,15 192:14 193:2
  194:16,24
**sit** 13:12 128:8 147:10 157:2
  199:13
**sitting** 179:6
**situation** 126:20 154:2 209:7
**Six** 69:13
**sixteen** 6:17 113:12 121:11
  182:6,11
**sixty** 146:23
**size** 174:20
**skills** 50:3
**slavery** 177:4
**slightly** 43:9
**snow** 136:25
**Socialism** 34:18,23 51:12 52:15
  56:19 62:5 101:5 110:12,24
  111:10 113:25 114:5,8 128:2
**society** 19:25
**somebody** 58:4 88:23
**somewhat** 154:24
**soon** 177:7
**sorry** 21:22 37:17 48:10 56:10
  57:5 58:4 66:19 97:23 106:24
  126:4 144:2 165:10 202:6

**sort** 21:15 29:6 31:16 32:14,15
  33:14,18,20 34:25 42:14 43:23
  47:7 57:3 84:22 85:4 150:6
  171:2 187:14
**sound** 31:18 68:11 105:22 146:9
**source** 100:20 101:12 154:8
**sources** 20:7
**Soviet** 111:2
**space** 124:12 125:6 127:14
  135:22 152:18 153:6 155:19,21
  156:5 198:21
**spaces** 126:17 198:12
**Spalding** 2:4 9:14
**span** 63:3
**speak** 15:21 34:16 81:17 108:3
  108:16 118:24 161:15 198:4
**speaker** 31:3,9,12,18 32:7,23
  33:3,6,13 34:14 39:9,15 62:4
  63:25 110:25 111:13
**speaker's** 88:20
**speaker-hosted** 53:7
**speaker-related** 35:4
**speakers** 4:18 33:15 34:6,9,19
  50:24 52:21,23,24 53:12 61:24
  61:24 62:8,10,11,18 63:14,18
  63:21 64:9 111:15 195:22,25
**speaking** 37:17,19 92:18 93:15
  94:18 161:13 184:21 187:15
  200:7
**specific** 29:23 53:14 188:24
  189:3 195:15,18
**specifically** 97:5
**specifics** 33:12 152:5
**specify** 37:14 39:6
**speculate** 58:11 130:17 183:23
**speculating** 129:20
**speculation** 58:7 61:10 120:5
  178:10
**speech** 73:20,21 74:8,10 75:4
  101:21 126:17,24 148:9 177:11
  179:7,14,16 180:4 181:20,23
  182:3 185:5,12 198:2
**spell** 9:24 19:17
**spelled** 10:3 37:4 66:19
**Spencer** 69:24 70:2,3,11 71:14
  173:18 174:4
**Spine** 58:22 104:23,25 123:10
  124:3,4,5 125:8 127:14,22
  131:3 136:11 141:16 152:19
  153:6 197:21 198:25 199:14,22

200:5 205:10,17
**spoke** 64:23 66:11,22,22,23 79:6
83:14 107:24 170:13 182:9
186:10
**spoken** 81:13
**spread** 20:20 85:22
**spring** 18:19 24:4,16 25:13
26:20 31:6,9 40:22,25 41:3
42:2,15 54:19 63:17 64:8 69:6
78:3 79:8 80:8 83:16 208:6
**squared** 33:10
**staff** 21:6 129:7 156:3
**stamp** 95:3,4,5 96:4 98:2 112:14
122:16
**stamped** 93:4 118:9 146:23
**stand** 129:8 200:4
**standing** 24:11 104:17 138:19
171:12 174:22 185:24 187:7
**start** 30:4 134:11 198:20
**started** 15:2 21:3 23:14 29:6
43:5 134:16 157:24 175:14
**starting** 46:19 150:21
**starts** 149:12
**state** 2:11 9:9,24 17:5 28:12,13
47:7 48:21 50:2 93:3 110:21
112:13 117:22 118:8 128:25
211:2 213:12
**stated** 10:12 212:5
**statement** 6:16 18:7 24:17 42:9
43:8 77:10 96:20 106:10 147:3
147:13 150:12,18,20,22 151:10
153:15,20,23,23 174:20 200:24
201:11 207:4,5 208:10
**states** 1:2 201:25
**stating** 202:22
**station** 119:18
**stationed** 177:10
**status** 49:7 177:23
**stay** 65:12 142:4 168:18
**stayed** 18:3
**Steakhouse** 188:20
**Stenger** 1:1,10 2:1,9 3:1 4:1
5:1 6:1 7:1 8:1 9:1,10 10:1
10:14,18 11:1 12:1 13:1 14:1
15:1 16:1 17:1 18:1 19:1 20:1
21:1 22:1,13 23:1 24:1 25:1
26:1 27:1 28:1 29:1 30:1 31:1
32:1 33:1 34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1 42:1 43:1
44:1 45:1 46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1 54:1 55:1
56:1 57:1 58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1 78:1 79:1
80:1 81:1 82:1 83:1 84:1 85:1
86:1 87:1 88:1 89:1 90:1 91:1
92:1 93:1 94:1 95:1 96:1 97:1
98:1 99:1 100:1 101:1 102:1
103:1 104:1 105:1 106:1 107:1
108:1 109:1 110:1 111:1 112:1
113:1 114:1 115:1 116:1,10
117:1,8 118:1 119:1 120:1
121:1 122:1 123:1 124:1 125:1
126:1 127:1 128:1 129:1 130:1
131:1 132:1 133:1 134:1 135:1
136:1 137:1 138:1 139:1 140:1
141:1 142:1 143:1 144:1 145:1
145:6,12 146:1 147:1 148:1
149:1 150:1 151:1 152:1 153:1
154:1 155:1 156:1 157:1 158:1
159:1 160:1 161:1 162:1,13
163:1 164:1 165:1 166:1 167:1
168:1 169:1 170:1 171:1 172:1
173:1 174:1 175:1 176:1 177:1
178:1 179:1 180:1 181:1,11
182:1 183:1 184:1 185:1 186:1
187:1 188:1 189:1,8 190:1,22
191:1,16 192:1,11,23 193:1,4
194:1,11 195:1,9 196:1 197:1
198:1 199:1 200:1 201:1,4
202:1 203:1,22 204:1,21 205:1
206:1,21 207:1,25 208:1 209:1
210:1 211:1 212:1 213:1,4
**stenographer** 11:16 12:2 90:4
**steps** 88:18
**stick** 66:21
**Sticking** 40:20
**STIPULATED** 8:3,7,10,13
**STIPULATIONS** 8:2
**stood** 176:20 179:6
**stopped** 25:24
**store** 102:22 108:7,9
**stored** 141:5
**stories** 21:23 22:9
**story** 20:11,12,14,14,16 21:16
22:18
**Street** 2:20
**strike** 13:23 66:19 93:23 144:11
158:15

**student** 1:12,15,17 2:16 3:7,8
  9:12 22:15,22 23:6 24:2,21
  25:8,14 26:19 27:21 28:5
  48:21 49:5 50:16 84:7 113:19
  114:17 115:5,13 123:14,16
  125:22 126:9 127:18 131:2
  141:18 155:4 177:7,12,22,24
  178:8,20 189:12,16 190:11
  192:12,24 194:3 196:18 197:21
  198:24 200:9,16,18,25 201:5,6
  201:14,20,21 202:3,5,17,23,23
  203:6,7,17 204:3,7,13,22
  205:2,3,11,15,20 206:22
  207:11,14,20 208:2
**students** 24:10 48:24 50:4,25
  59:24 134:11 142:17 153:25
  156:4 158:18 170:3 205:2
**stuff** 20:3 32:12 35:2 47:7
  56:14 80:23 132:11 140:14,21
  140:22 141:5
**subdivision** 110:19,23
**subject** 65:8 67:2 86:14 87:15
  96:13 127:3
**subpoena** 8:6 81:24
**suggest** 33:14 205:6
**suggested** 150:2,24 151:6,14,16
**Suite** 3:3
**summarized** 176:9
**summary** 176:6
**summer** 25:2 27:4
**Sunday** 107:10
**SUNY** 1:10,12,14,16 28:12,12
  48:22,23 49:22 123:9 162:12
  163:5 164:13 169:25 174:21
  189:9,13 200:15 203:23 204:3
  209:19
**supports** 84:7 176:24
**supposed** 153:3
**suppression** 177:11 185:5,13
**sure** 9:8 14:17 32:11,25 34:10
  36:6 44:18 51:22 63:3,11 66:8
  84:6 85:23 101:2 115:25
  124:18 125:16 131:10 132:2
  133:17 140:13 154:20 160:13
  202:8 203:4 205:14
**surrounding** 104:17
**suspend** 191:17,22 201:6 204:14
**suspended** 48:21 49:5,9 54:4
  189:15 190:10 193:15,18 204:6
  206:2

**suspending** 206:5
**swear** 9:5,18
**sweatshirt** 137:10
**sweatshirts** 171:16,25,25 172:10
**switched** 21:5
**sworn** 4:3 9:22 10:7 184:16
  211:9 212:7
**swung** 108:6
**system** 96:19 127:10,13 177:3

---

### T

**T** 4:9,9 6:2
**T-A-J** 72:7
**t-shirts** 170:19,22
**T.P.U.S.A** 136:7 137:14 138:6
  140:3 209:3,4,7
**table** 60:3 61:3,7 72:25 73:6,15
  73:24 102:14 123:11,16 124:12
  124:16 125:4,22 126:9 127:19
  129:7,9 130:9 131:25 132:15
  132:16,22 136:5 138:6,19
  139:9,13 140:3,4 148:19,22
  149:2 153:3 158:20 196:17
  198:9,13,20,25 200:4 202:3,4
  202:10 203:18 205:3,10,16
**tabled** 127:22 131:2 141:16
  150:5,7 151:18 152:2,9,14
  196:13,24 197:8,21
**tables** 50:23 57:17,23 60:2
  61:18 124:10 125:4,9,10
  127:13 131:5,7,13 132:4
  133:15,25 136:15 139:20,22,24
  149:19 155:18
**tabling** 5:8 6:20 16:5,9 58:14
  58:22 59:3,9,17 60:6,9,13,20
  60:23 69:17,20 70:17 72:4
  74:21,25 75:5,11,21,23 77:7
  78:8,24 79:24 81:6 83:4 86:19
  86:23 101:20 102:10,24,25
  103:4,5 105:10,19 106:11,15
  106:24 109:6,14 110:9 116:6
  116:13,21 117:5,11,19 119:23
  120:16 123:9,22,24 125:14
  127:13 128:3,12,13,16,21
  129:2,3,4,16 130:6,10,23
  133:4,12,22 134:2 135:5,9
  136:21 137:16 138:7 139:14
  141:23 142:14 143:2,5 144:19
  145:9,20 147:14 151:20,23
  152:24 153:16 154:2 155:13

156:4,5 157:14,24 158:19
177:25 178:3 189:17 190:12
192:13,21 194:12 197:25
198:20 200:8 204:7,14,23
205:22 206:3,6,7,12,19 207:9
209:3,4,6,10,12,14
**tablings** 58:12
**Taj** 72:6,11
**take** 12:22,25 23:19,20,22 24:25
25:4 27:4,13 28:9 47:8 68:5
88:19 132:8 145:24 146:6,7
174:22 189:9 196:11 203:23
**taken** 8:6 136:10,13 211:4 212:3
**takes** 73:21 74:10
**talk** 6:18 11:25 12:15 23:25
62:13 64:7 67:6 102:23 107:22
110:11 121:12 123:20 186:7
**talked** 54:17 64:19 67:23,24
69:11 70:11 77:3,25 80:6
88:20 95:4 127:9 137:3 151:25
197:25
**talking** 29:22 50:24 67:21 74:7
**talks** 158:17
**tan** 137:6
**Tariffs** 98:13 99:23
**team** 20:10 34:2
**tell** 12:19 17:17 26:24 54:10
62:21 67:7,10 81:23 97:12
108:5 156:13
**telling** 32:4 147:15
**ten** 68:9,10,10 141:16,25 173:4
173:13 176:13,17 182:11,18
183:15,19
**term** 21:16 114:24 131:13
**terms** 23:21 34:8 35:14 53:7
54:8 159:12 199:24
**testified** 67:14 183:9 196:12
201:22 205:14
**testify** 11:2,4 212:7
**testifying** 67:11
**testimonies** 24:20
**testimony** 9:19 11:6 14:25 22:24
42:22 45:2 67:8 68:22 77:11
120:11 133:7 150:16 152:4
170:18 197:7,9 209:9 211:4
212:3,6 213:8
**text** 4:24 121:3 190:8
**thank** 9:15 10:6,8 48:14,14
102:19 109:22 173:10 208:20
209:24,25

**thanked** 108:14,15
**thankfully** 24:12
**thanking** 109:13
**thanks** 13:4 22:21 39:8 45:20
68:12 119:4,15 122:9 146:11
209:23
**that'd** 14:15
**thereabouts** 119:13
**thing** 16:11 17:9,12 27:14 53:12
102:10 124:2 140:4 155:2
179:3 202:19
**things** 12:21 20:9 24:5 33:20
35:4 43:21 125:5 132:2,6
140:20,23 141:2 170:23 205:18
205:24
**think** 17:14 24:6 26:6 28:9,14
32:5,24 38:12,24 40:14 42:3
42:11 45:5 46:13 47:17 51:20
53:19 55:22 56:7,24 57:4 58:2
59:8 60:18 61:20 62:17,24,25
63:16 64:10 65:7,17,20,23
66:12,16 70:3 72:19 73:8,8,12
73:16 77:5 80:22,23 84:20
86:10,20 87:11,22 88:5 89:8
96:17 107:2,5,24 108:12 109:7
109:21,21 110:10 114:14
126:11,12 127:4 128:11 134:17
134:21 135:3 136:7 140:7
143:15 145:25 146:5 150:12
152:4 158:12 159:11 160:12
162:4 167:2 181:6 186:10
187:25 188:25,25 196:2 199:4
201:23 206:17 208:18
**thinking** 60:5 73:18 137:17
150:11 174:13
**third** 50:9 155:2
**third-party** 161:2
**thirteen** 49:16,19 141:14 176:13
177:9
**thirty** 52:16 99:24 142:12 189:5
190:4 203:21,22 213:9,10
**thirty-** 118:9 207:23
**thirty-five** 146:8
**thirty-four** 98:3 194:7
**thirty-one** 192:9 204:20
**thirty-three** 98:3
**thirty-two** 192:18 206:17
**Thomas** 2:19 63:22 194:13
**thought** 29:12 73:22 126:5,5
209:8

**threatened** 148:6
**three** 6:7 13:13 22:10 41:18
  52:24 55:11 62:17,21 68:9
  70:24 72:2 81:14 90:2 120:19
  131:18 137:24 141:17 142:5
  207:24
**Thursday** 90:22 94:2 105:20
  106:12,15 118:5 120:20 123:7
  154:12 189:18 190:13 204:8
**tickets** 100:16,18
**time** 1:22 8:6,15 11:25 17:21
  18:5,14 23:17,19,20 28:16
  31:21 32:2 33:23 34:7 35:15
  37:15 40:12 46:7,13 51:4,11
  53:15 56:5 57:20 61:2 64:23
  66:7,10,23 69:11 70:10 71:23
  76:19 77:3,25 79:6 80:6 81:12
  83:14 96:25 99:6 111:2 120:3
  124:16,19,20 131:20 141:17
  144:5,11 154:18 155:13 175:23
  180:7 187:4 198:5,20 199:14
  199:16 208:21 209:23 210:5
  211:4 212:4
**timeframe** 16:17
**times** 15:18 56:15 57:25 62:15
**tired** 176:21,22
**title** 31:24 32:20,21 33:18
  34:25 71:10 98:16 154:11
**titled** 98:12 117:23 121:12
**titles** 32:13,18 33:24
**today** 11:3,6 13:12 14:6,25 15:2
  15:5 17:19 18:11 26:11 71:16
  113:4 128:9 135:25 147:10
  157:2 159:10
**today's** 14:2
**told** 15:6 32:10 44:5 65:13 85:9
  88:12,14 97:15 110:4,6 151:4
  159:9 165:3 180:15,18 189:23
  198:11 205:19
**Tom** 9:11
**Tomorrow** 1:16 22:15 114:20,22
**top** 72:23 90:10,21 92:12 96:4
  98:4 135:22 162:7 169:16
  184:25 192:10
**touched** 32:24
**Trade** 98:13 99:23
**traffic** 123:9,12 124:10
**transcript** 26:5,13,18 27:9
  64:13 211:5,7 213:8,10,11

**transcription** 212:9
**transfer** 24:14
**transferred** 23:24 27:25 125:5
**treasurer** 31:5,9 42:15,17,21,25
  43:5,12 44:2,20 46:9 55:5
  65:5,13 80:21 81:4
**trial** 8:9,16 11:8 12:9
**tried** 189:2
**true** 126:6 201:11 211:5,7
  212:10
**Trump** 98:13 99:23 137:7 139:6,7
  139:17 140:24 176:23 177:2
**truth** 9:19,20,20 212:7,7,8
**try** 11:20 24:15 184:12
**trying** 14:16 20:13 34:11 61:22
  73:8 80:22 81:22 106:18
  109:17 126:21 130:3 134:23
  195:24
**Tuesday** 118:19
**turn** 20:11
**Turning** 134:6,8,13,25 135:4,7,8
  135:13 148:19 149:2 150:4
  151:18,19 152:25 155:6,11
  196:15 197:10,13
**twelve** 6:15 48:4,12,18 112:14
  123:2 146:20 173:3,9 177:5
**twenty** 10:19 17:6 35:13,17
  48:24 167:12
**twenty-** 17:6
**twenty-five** 185:2
**twenty-four** 179:3 182:8
**twenty-one** 167:23 168:13
**twenty-seven** 189:7 192:10 194:8
**twenty-six** 189:6
**twenty-third** 194:14
**twenty-three** 174:15 175:11
  176:15
**twenty-two** 10:20 169:17 171:10
**twice** 156:17,21 165:21
**two** 5:5 17:7 24:4,6 37:3,4
  55:11 56:18 58:2,12 86:15
  110:23 111:14 118:10 127:6
  131:11,13 138:18,24 139:23
  146:23,23 149:12,18 155:18
  158:19 166:3 167:25 171:9
  182:9 196:23
**two-line** 189:14 204:5
**two-minute** 175:16
**typewritten** 212:8

| **U** | |
|---|---|
| **U** 4:9 | 209:13 |
| **U-Fest** 59:19,22 141:3 | **University's** 115:24 148:7 |
| **U.P.D** 1:14 145:13 162:12 163:6 | 151:20 192:21 206:19 207:9 |
| 163:9,13,15 168:2,15 174:19 | **University-** 96:18 |
| 175:2 177:10,18 178:7,20 | **unofficial** 30:22 53:22,24 |
| 181:18 182:10 184:6 | **unquote** 31:12 |
| **U.S** 194:14 | **upcoming** 141:19 148:17 |
| **U.S.A** 134:6,8,13 135:2,4,8,9 | **urged** 177:8 |
| 148:19 149:2 150:4 151:18,19 | **use** 38:12,17 54:13 114:23 |
| 152:25 155:11 | 155:20 158:10 199:14 |
| **U.S.A.'s** 135:14 | **usually** 20:18,20 |
| **uh-huh** 12:21 68:3 77:19 91:8 | **utilization** 180:6 |
| 92:15 101:11 127:11 | **utilize** 38:3,14 60:2 91:22 |
| **ultimately** 202:20 | 166:24 |
| **un-American** 148:9 | **utilizing** 152:18 |
| **unaware** 203:15 | |

V-column continuing:

**unclear** 209:11
**unconstitutional** 192:20 206:18
**understand** 12:10 28:9 34:11
  61:23 68:17 109:18 113:15
  126:22 131:13 146:17
**understanding** 15:24 22:24 24:20
  41:20 50:15 51:13 83:24 84:9
  85:7 89:2 97:10 105:20 115:18
  115:19 140:18 160:25 161:14
  183:19 193:13 194:20 198:3,7
  202:4 204:25
**Understood** 13:3 32:22
**undertake** 33:2
**unincorporated** 48:23
**Union** 111:2 155:19 156:3
**UNITED** 1:2
**University** 1:5,7,17 2:17,23,24
  3:3 15:10,21 17:22 18:18 22:8
  22:16,23 23:13,16,23 24:8,9
  25:5,25 28:13,16,17 36:23
  37:2,25 41:25 44:8,13,15,16
  44:17,23 45:2,12 48:18,22
  52:25 54:3 59:21 64:6 66:6
  77:22 86:8 99:17 101:21,22,24
  102:3,4,7,11,19 107:23 108:9
  108:10 110:7 113:16 114:4,7
  114:12,12 115:8 134:14 143:12
  146:24 147:4 153:24 154:9
  155:8,13 167:5 184:4 189:11
  189:16 190:11 191:9 196:25
  197:4 199:5 201:14 202:17,20
  203:25 204:6 207:10 208:4

| **V** | |
|---|---|

**v** 1:1,9 2:1 3:1 4:1 5:1 6:1 7:1
  8:1 9:1 10:1 11:1 12:1 13:1
  14:1 15:1 16:1 17:1 18:1 19:1
  20:1 21:1 22:1 23:1 24:1 25:1
  26:1 27:1 28:1 29:1 30:1 31:1
  32:1 33:1 34:1 35:1 36:1 37:1
  38:1 39:1 40:1 41:1 42:1 43:1
  44:1 45:1 46:1 47:1 48:1 49:1
  50:1 51:1 52:1 53:1 54:1 55:1
  56:1 57:1 58:1 59:1 60:1 61:1
  62:1 63:1 64:1 65:1 66:1 67:1
  68:1 69:1 70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1 90:1 91:1
  92:1 93:1 94:1 95:1 96:1 97:1
  98:1 99:1 100:1 101:1 102:1
  103:1 104:1 105:1 106:1 107:1
  108:1 109:1 110:1 111:1 112:1
  113:1 114:1 115:1 116:1 117:1
  118:1 119:1 120:1 121:1 122:1
  123:1 124:1 125:1 126:1 127:1
  128:1 129:1 130:1 131:1 132:1
  133:1 134:1 135:1 136:1 137:1
  138:1 139:1 140:1 141:1 142:1
  143:1 144:1 145:1 146:1 147:1
  148:1 149:1 150:1 151:1 152:1
  153:1 154:1 155:1 156:1 157:1
  158:1 159:1 160:1 161:1 162:1
  163:1 164:1 165:1 166:1 167:1
  168:1 169:1 170:1 171:1 172:1
  173:1 174:1 175:1 176:1 177:1
  178:1 179:1 180:1 181:1 182:1

183:1 184:1 185:1 186:1 187:1
188:1 189:1 190:1 191:1 192:1
193:1 194:1 195:1 196:1 197:1
198:1 199:1 200:1 201:1 202:1
203:1 204:1 205:1 206:1 207:1
208:1 209:1 210:1 211:1 212:1
213:1,4
**V-E-R-I-T-A-S** 19:18
**V.P** 1:12
**variety** 20:3 50:22
**Vasquez** 62:24 63:4 110:25
  111:12 147:23,24
**vehicle** 168:18
**vehicles** 188:11
**VENUE** 1:23
**verbal** 12:20
**verified** 6:6 17:5
**Veritas** 19:15,17 20:23 21:23
**versus** 10:17
**Vestal** 3:2
**vice-** 46:12 69:4
**Vice** 6:22 154:11
**video** 20:16,18,19,20,21 81:18
**views** 47:9 158:19 166:17,25
  192:25 193:6,11 206:23 207:16
  207:21
**violated** 189:11 204:2
**violating** 206:6
**violation** 189:16 190:11 196:19
  199:2 204:6,15 206:12 208:2
**visible** 21:19 99:25
**voice** 175:23
**voluntarily** 82:2
**volunteers** 148:18 149:5
**vote** 17:24

---

**W**

**W-A-Y** 13:14
**Wade** 2:5 9:13,13 14:11,14 26:6
  26:14 58:3,6 61:9 68:8 109:15
  109:19 120:4 129:22 146:2,5
  158:14 178:9,13 183:8
**walked** 102:11 103:22 104:2
  188:11
**walkway** 124:6
**want** 16:25 20:8 31:16 32:25
  64:19 68:4 72:5 78:11 118:24
  145:24 198:9
**wanted** 85:21 110:17 198:4
**wants** 202:10

**Wars** 98:13 99:23
**wasn't** 30:23 43:25 45:24,24
  86:9 107:6 140:17 152:22
  197:18
**waste** 19:24
**way** 11:15 13:13 33:7 39:22 82:4
  108:15 115:4 172:3 198:18
**ways** 140:13
**we'll** 16:13,13,22,22 17:3 27:8
  27:8 31:17,17,17 35:7 47:14
  64:7,12 68:12 71:12 95:3
  105:8 122:23 146:8,11 153:9
  154:6 159:3 177:17 208:23
  210:2,3
**we're** 9:4 10:16 12:11,14,15,16
  14:5 26:10 27:3,12 33:11
  47:23 54:14 68:15 72:5 81:22
  119:22 146:15 179:2 206:17
**we've** 17:14 64:19 67:25 127:9
  145:23
**wearing** 137:5,10 138:19 170:19
  170:21 171:14 172:3,7,17
**weather** 129:11 136:25
**web** 89:8
**Webex** 1:23
**website** 19:21 20:15,19
**week** 148:23
**weekend** 107:9
**welcome** 175:23
**went** 42:7 43:16 44:23 45:2
  51:22 94:7 102:10 104:5,22
  107:4,4 108:9,9,11,15 118:22
  148:14 186:13 187:5 188:12
**weren't** 62:12 133:11 148:12
  149:13 150:6 167:6
**whatsoever** 191:25
**When's** 64:23 66:10,23 69:11
  70:10 77:3,25 79:6
**whereabouts** 79:14 83:12
**whistle** 20:8
**wide** 20:2 50:21
**withdrawn** 199:6
**witness** 8:10,14 9:5,16,22 10:2
  10:7 14:13 21:20 26:4,11 91:5
  142:23 170:9 171:20 178:12,14
  188:5 209:25 210:6 212:6
**witnesses** 68:21
**woman** 34:15 137:5
**woman's** 63:6

Associated Reporters Int'l., Inc.

**Woodward** 159:25 160:21
**word** 97:7 124:6 137:7 158:10
 213:16,17,18,19,20,21,22
**words** 13:14 48:19 60:16 98:21
 99:21 139:23 154:7
**work** 11:16 32:15
**worked** 20:23 32:12 34:2
**working** 33:25 66:8 86:16 131:12
 131:13
**workplace** 20:9
**worries** 209:25 210:6
**would've** 36:22 96:9 202:24
**wouldn't** 158:6 181:17
**write** 37:20
**writer** 20:4 71:6,8
**writeup** 20:18
**writing** 150:9
**written** 20:14 68:22 151:10
 181:3
**wrong** 106:24 148:9 184:17
**wrote** 126:18

---

**X**

**X** 1:19 4:2 6:2,2 211:8,10

---

**Y**

**Y.A.F** 84:11,15,22 85:3 162:11
 168:2,16 174:19
**Y.A.F.'s** 192:25 193:5,10 206:23
 207:16,21
**Y.A.F.-sponsored** 148:17
**YAF** 85:10
**yeah** 17:20 18:16 20:17 29:18,24
 30:3 38:15 42:10,11 44:16
 45:15,19 51:10 54:12,20 55:14
 67:21 69:7 70:9 76:8,23 77:24
 80:12,24 81:5,5,21 85:15
 87:17,17 88:14,22 89:14 90:15
 92:20 96:6,7,21 97:15 98:22
 99:7,8,12 104:4 105:12 108:4
 108:19 109:20 127:8 129:5
 132:5 146:10 151:8 152:12
 154:14,19,23 159:18 161:4
 163:15 179:21 198:7,11 199:10
**year** 21:4 27:22 29:17 66:13
 97:21 116:5,12,20 117:4,11,18
**yell** 12:2
**yelling** 176:21
**yesterday** 66:25 67:3
**York** 1:3 2:7,7,11,14,21 3:4 9:9

 10:19 13:15 48:22 213:12,14
**York's** 194:14
**Young** 1:1,5 2:1 3:1 4:1 5:1 6:1
 7:1 8:1 9:1 10:1,17 11:1 12:1
 13:1 14:1 15:1 16:1 17:1 18:1
 19:1 20:1 21:1 22:1,7 23:1
 24:1 25:1 26:1 27:1 28:1 29:1
 30:1 31:1 32:1 33:1 34:1 35:1
 36:1 37:1 38:1 39:1 40:1 41:1
 42:1 43:1 44:1 45:1 46:1 47:1
 48:1 49:1 50:1 51:1 52:1 53:1
 54:1 55:1 56:1 57:1 58:1 59:1
 60:1 61:1 62:1 63:1 64:1 65:1
 66:1 67:1 68:1 69:1 70:1 71:1
 72:1 73:1 74:1 75:1 76:1 77:1
 78:1 79:1 80:1 81:1 82:1 83:1
 83:25 84:1,3 85:1 86:1 87:1
 88:1 89:1 90:1 91:1 92:1 93:1
 94:1 95:1 96:1 97:1 98:1 99:1
 100:1 101:1 102:1 103:1 104:1
 105:1 106:1 107:1 108:1 109:1
 110:1 111:1 112:1 113:1 114:1
 115:1 116:1 117:1 118:1 119:1
 120:1 121:1 122:1 123:1 124:1
 125:1 126:1 127:1 128:1 129:1
 130:1 131:1 132:1 133:1 134:1
 135:1 136:1 137:1 138:1 139:1
 140:1 141:1 142:1 143:1 144:1
 145:1 146:1 147:1 148:1 149:1
 150:1 151:1 152:1 153:1 154:1
 155:1 156:1 157:1 158:1 159:1
 160:1 161:1,6 162:1 163:1
 164:1 165:1 166:1 167:1 168:1
 168:7 169:1 170:1 171:1 172:1
 173:1 174:1 175:1 176:1 177:1
 178:1 179:1 180:1 181:1 182:1
 183:1 184:1 185:1 186:1 187:1
 188:1 189:1 190:1 191:1 192:1
 193:1 194:1 195:1 196:1 197:1
 198:1 199:1 200:1 201:1 202:1
 203:1 204:1 205:1 206:1 207:1
 208:1 209:1 210:1 211:1 212:1
 213:1,4

---

**Z**

**Zegers** 34:16

---

**0**

**014-LH-M** 6:8
**09:01** 9:2

| 1 |
| --- |

**1** 212:5,9
**1:51** 4:23
**10** 4:4
**10/25/2019** 6:10
**10/28** 113:17
**10:03** 68:13
**10:12** 68:13
**10036** 2:7
**101** 4:22
**11/14/2019** 6:16,22
**11/21/2019** 4:23 6:8,12,14,18
**11:29** 146:13
**11:35** 146:13
**110** 6:23
**112** 6:9
**117** 6:11
**1185** 2:6
**12** 138:2
**12:40** 1:22 210:10
**121** 4:23 6:17
**12148** 13:15
**122** 5:2
**12224** 2:14 213:14
**127** 5:4
**128** 5:7
**12th** 99:4
**135** 6:19
**13902** 3:4
**13905** 2:21
**14** 16:4 75:11 92:17 123:8
  127:23 131:3,6 135:5,10,14,16
  136:13,22 137:15 138:16
  144:20 145:3,8,14,20 151:21
  152:19 153:7,16 154:12 204:8
  209:3,11,15
**146** 6:15
**14th** 58:21 60:21 74:20 93:18
  105:21 106:11,15 148:5 156:22
  189:18 190:13
**154** 6:21
**15th** 106:25
**16** 6:5
**16th** 107:10
**17** 147:3 150:25 151:10
**17th** 107:10
**18** 15:21 94:15 95:14 99:3,23
  106:3 153:14 154:10,22 162:10
  170:13 173:19 181:5

**18th** 105:22 106:16 107:12,15
  154:2
**19** 23:18 43:12 118:5
**196** 4:5

| 2 |
| --- |

**2** 72:9
**20** 194:11
**20-CV-822(LEK/ML)** 1:9 213:4
**2001** 13:10
**2002** 23:15
**2005** 13:18
**2019** 7:3 15:21 16:4,14 17:17,18
  17:19 18:11,16 22:23 23:15
  24:4,4 29:2,6,25 30:7 31:22
  35:21 42:23 43:6 51:6,7,14
  53:15 56:6,7 57:21 58:21
  60:10,14 63:4 69:6 71:12 72:9
  73:7 74:6,14,20 75:11 77:23
  78:22 79:22 80:22 82:25 84:15
  90:22 91:14 92:13,18 93:7,10
  93:15 94:3,12,15 95:7,10,14
  96:5 98:9 105:21,22 110:24
  113:7,12 116:5,12,20 117:4,11
  117:18 118:19 119:9,13,22
  120:20 121:15 122:6 123:8
  127:23 131:3,6 135:5,10,14,16
  136:13,22 137:16 138:16
  144:20 145:3,8,14,20 147:3
  150:25 151:21 152:19 153:7,14
  154:22 156:22 162:10 170:13
  173:19 181:5 209:4,11,15
**2020** 18:19,22 20:24 24:5,16
  25:2,5,8 28:4,6 31:6,9 40:22
  40:25 41:3 42:2,15 45:7 46:10
  49:9,13 54:19 63:17,24 64:8
  65:22 71:14,19 78:3 79:8 80:8
  83:17 193:23 194:4,11 208:6
**2021** 25:14 26:20 27:4,13
**2022** 23:9,12,18 27:19,22
**2023** 1:21 211:10
**208** 4:6
**21** 90:22 92:13 93:7 94:3 95:7
  96:5 98:9 118:5 120:20 121:15
  122:6
**210** 212:9
**24** 93:10
**24th** 70:25
**25** 113:7,12
**28** 113:25

**29** 119:9,13,22
**29th** 118:19

---

### 3

**3** 71:13,19 94:12
**3/30/2023** 1:1 2:1 3:1 4:1 5:1
  6:1 7:1 8:1 9:1 10:1 11:1
  12:1 13:1 14:1 15:1 16:1 17:1
  18:1 19:1 20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1 40:1 41:1
  42:1 43:1 44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1 52:1 53:1
  54:1 55:1 56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1 64:1 65:1
  66:1 67:1 68:1 69:1 70:1 71:1
  72:1 73:1 74:1 75:1 76:1 77:1
  78:1 79:1 80:1 81:1 82:1 83:1
  84:1 85:1 86:1 87:1 88:1 89:1
  90:1 91:1 92:1 93:1 94:1 95:1
  96:1 97:1 98:1 99:1 100:1
  101:1 102:1 103:1 104:1 105:1
  106:1 107:1 108:1 109:1 110:1
  111:1 112:1 113:1 114:1 115:1
  116:1 117:1 118:1 119:1 120:1
  121:1 122:1 123:1 124:1 125:1
  126:1 127:1 128:1 129:1 130:1
  131:1 132:1 133:1 134:1 135:1
  136:1 137:1 138:1 139:1 140:1
  141:1 142:1 143:1 144:1 145:1
  146:1 147:1 148:1 149:1 150:1
  151:1 152:1 153:1 154:1 155:1
  156:1 157:1 158:1 159:1 160:1
  161:1 162:1 163:1 164:1 165:1
  166:1 167:1 168:1 169:1 170:1
  171:1 172:1 173:1 174:1 175:1
  176:1 177:1 178:1 179:1 180:1
  181:1 182:1 183:1 184:1 185:1
  186:1 187:1 188:1 189:1 190:1
  191:1 192:1 193:1 194:1 195:1
  196:1 197:1 198:1 199:1 200:1
  201:1 202:1 203:1 204:1 205:1
  206:1 207:1 208:1 209:1 210:1
  211:1 212:1 213:1,5
**30** 1:21 213:9,10
**31** 110:24 113:25
**31st** 95:10
**37** 4:10
**39** 4:12

---

### 4

**40** 4:13
**4400** 3:2
**45** 4:15
**46** 2:20

---

### 5

**501(c)(3)** 19:23
**523-7887** 213:2
**56** 4:16

---

### 6

**614** 3:3
**64** 4:18

---

### 7

**7** 91:14
**70** 7:2 13:13

---

### 8

**8** 93:15
**800** 213:2
**82** 4:19
**86** 4:21
**8th** 93:18

---

### 9

**9:01** 1:22
**90** 6:7
**97** 6:13
**9th** 13:10



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2293

April 20, 2023

Joe Zales, Esq.
King & Spalding, L.L.P.
1185 Avenue of the Americas
New York, New York 10036

Re:     *Young America's Foundation, et al v. Stenger, Harvey, et al.*
        *Northern District of New York*
        20-CV-0822 (LEK)(ML)

Dear Mr. Zales:

      Enclosed please find the original deposition transcript of Preston Carter Scagnelli.  Please ask the witness review the transcript for accuracy, correct any errors on the accompanying Errata Sheet, sign the accompanying acknowledgment before a notary, and **return the original deposition transcript with signed Errata Sheet and Acknowledgment to this office within 30 days**.  Please be advised that if you fail to return the original errata sheet and acknowledgment to me signed, I will assume there are no errors and will ask the Court to deem it signed.

      Also, by this letter I am following up on the document requests made at this deposition (see annexed transcript, pp. 4 – 5), which were reiterated by e-mail post-deposition.

      Very truly yours,

      *s/ John F. Moore*

      John F. Moore
      Assistant Attorney General

Enclosure

## <u>WHAT TO DO WITH YOUR DEPOSITION TRANSCRIPT</u>

1.    The transcript is supposed to be an exact record of the questions you were asked at your deposition and the answers you gave.

2.    The purpose of having you review the transcript is to make sure that the court reporter did not make any mistakes taking down your testimony, and to give you a chance to correct any mistakes you made in giving the testimony.

3.    You should read the transcript carefully.

4.    Make a list of any errors you find.  Use the errata sheet in the transcript, and create and use additional (similar) sheets as necessary.  The list should give the page, line number, error, and correction.  Example:

    PAGE:LINE:            CHANGE FROM:        CHANGE TO:
    Page 5 Line 10        "Pittsburgh"        "Plattsburgh"

5.    If on rereading the transcript you realize that you made a mistake in your testimony, this is your chance to correct it in the manner described above.

6.    The list does not need to be typed.

7.    You SHOULD NOT mark corrections on the transcript itself.

8.    IF YOU HAVE MADE A LIST OF ERRORS, MAKE SURE THAT YOU WRITE NEXT TO YOUR SIGNATURE ON THE TRANSCRIPT, "SUBJECT TO THE ATTACHED LIST OF CHANGES."

9.    After you have made a complete list of any corrections you think are needed, you must SIGN AND DATE BOTH THE TRANSCRIPT (the signature page is at the end) AND THE CORRECTION SHEET, if any, in front of a NOTARY PUBLIC.

10.    Mail the transcript and the correction sheet back to me.

Please remember to call with any questions or concerns: (518) 776-2293

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

BINGHAMTON UNIVERSITY COLLEGE
REPUBLICANS, JOHN LIZAK, YOUNG AMERICA'S
FOUNDATION,

<em>Plaintiffs</em>,

Index No. 20-CV-0822

LEK/ML

-against-

BRIAN ROSE, JOHN PELLETIER, COLLEGE
PROGRESSIVES, PROGRESSIVE LEADERS OF
TOMORROW, STUDENT ASSOCIATION OF
BINGHAMTON UNIVERSITY, HARVEY G.
STENGER,

<em>Defendants</em>.

―――――――――――――――――――――――――――

**CORRECTION SHEET: DEPOSITION OF PRESTON CARTER SCAGNELLI**

<u>PAGE/LINE</u>  <u>CHANGE FROM</u>                <u>CHANGE TO</u>

_____

_____

_____

_____

_____

                              _____

Sworn to before me this     day of          , 2023

_____
Notary Public

**Correction Sheet**
**Page 2**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____

Sworn to before me this    day of            , 2023


_____

Notary Public