# EXHIBIT 12

2/13/2023 - Young America's v Stenger - Lacey Kestecher

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK


YOUNG AMERICA'S FOUNDATION, BINGHAMTON UNIVERSITY COLLEGE

REPUBLICANS and JON LIZAK, President of the College

Republicans of Binghamton University,

    Plaintiff,

v                         Index #: 20-CV-822(LEK/ML)

HARVEY STENGER, President of SUNY Binghamton,

in his Official and Individual Capacities; BRIAN ROSE,

V.P. for Student Affairs of SUNY Binghamton, in his

Official and Individual Capacities; JOHN PELLETIER, Chief

of SUNY Binghamton U.P.D., in his Official and Individual

Capacities, COLLEGE PROGRESSIVES, A Student Organization

at SUNY Binghamton; PROGRESSIVE LEADERS OF TOMORROW

"PLOT", Student Association of Binghamton University

    Defendants.

_____X

        DEPOSITION OF: LACEY KESTECHER

        DATE:          February 13, 2023

        TIME:          11:03 a.m. to 4:13 p.m.

        VENUE:        Webex


Reported by Annette Lainson

Page 2

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2    APPEARANCES:
 3        FOR THE PLAINTIFFS:
 4              KING & SPALDING, L.L.P.
 5              BY: STEVE MILLER, ESQ.
 6              1185 Avenue of the Americas
 7              New York, New York 10036
 8
 9        FOR DEFENDANTS HARVEY STENGER, BRIAN ROSE and JOHN
10        PELLETIER:
11              OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
12              BY:  JOHN MOORE, A.A.G.
13              AMANDA KURYLUK, A.A.G.
14              The Capitol
15              Albany, New York 12224
16
17        FOR DEFENDANTS STUDENT ASSOCIATION OF BINGHAMTON
18        UNIVERSITY:
19              ASWAD & INGRAHAM, ATTORNEYS AT LAW
20              BY:  THOMAS A. SAITTA, ESQ.
21              46 Front Street
22              Binghamton, New York 13905
23
24
25
```

800.523.7887                              Associated Reporters Int'l., Inc.

Page 3

```
1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2             I N D E X   O F   P R O C E E D I N G S

3   LACEY KESTECHER: Sworn

4   Direct Examination by Mr. Moore                         9

5   Cross Examination by Mr. Saitta                       198

6

7

8                  R E Q U E S T   L I S T

9   . Mr. Moore requests copies of all texts RE:   61

10       Tabling of events between Ms. Kestecher and any

11       members of the College Republican

12  . Mr. Moore requests copies of all texts RE:   62

13       Dr. Laffer event between Ms. Kestecher and any

14       members of the College Republican

15  . Mr. Moore requests that those texts provided 62

16       be entered in the record

17  . Mr. Moore requests copies of texts, emails,  87

18       social media, and any messages between Ms. Kestecher

19       and Taylor, RE: 11/14/2019 tabling

20  . Mr. Moore requests a copy of the statement   114

21       made by Ms. Kestecher on the police report

22  . Mr. Moore requests copies of any emails      167

23       between Ms. Kestecher and the Defendants

24  . Mr. Moore requests authorization from Ms.    167

25
```

800.523.7887                              Associated Reporters Int'l., Inc.

Page 4

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       Kestecher to access her email account for
 3       Binghamton.edu
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                  E X H I B I T   I N D E X
 3    Marked as
 4    Described as
 5    Kestecher One                                    199
 6    Reservation Guidelines
 7    J.P. Three                                       110
 8    Incident Reports
 9    S.A. Fourteen                                    166
10    7/10/2020 Email from K. Kestecher to College
11    Republican
12    Defendant's One                                   13
13    Complaint
14    Defendant's Twelve                               104
15    Official Statement by J. Restuccia, RE: 11/14/2019
16    Defendant's Thirteen                             148
17    11/19/2019 Email from the Executive Vice President
18    S.A. to College Republicans S.A., RE: Their account
19    suspended
20    Defendant's Fifteen                              185
21    Defendant's disclosure of documents pursuant to
22    F.R.C.P. Rule 26
23    Defendant's Seventeen                             87
24    Photo of tabling event
25    Defendant's Nineteen                             120
```

800.523.7887                              Associated Reporters Int'l., Inc.

Page 6

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2      Message from Vice President B. Rose, RE: 11/14/2019

3      Defendant's Thirty                              154

4      7/10/2020 Email from L. Kestecher to R. Yarosh

5      Defendant's Thirty-one                          157

6      7/10/2020 Email from L. Kestecher to M. Johnson

7      Defendant's Thirty-two                          160

8      7/10/2020 Email to K. Nelson, RE: College Account

9      Frozen

10     Defendant's Thirty-three                        168

11     9/18/2020 Email RE: College Republicans Reinstatement

12     Defendant's Thirty-four                         170

13     9/24/2020 Email RE: College Republicans E Board

14     Defendant's Thirty-five                         172

15     7/14/2020 Email from L. Kestecher to B. Rose RE:

16     Student Association

17     Defendant's Thirty-six                          174

18     7/14/2020 Email from B. Rose to L. Kestecher RE:

19     Student Association

20     Defendant's Thirty-seven                        176

21     7/6/2020 Email from M. Johnson to L. Kestecher, RE:

22     Student Association

23     Defendant's Thirty-eight                        191

24     F.B. Messenger Screenshots between L. Kestecher

25

ARII@courtsteno.com                          www.courtsteno.com

Page 7

1   2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    STIPULATIONS

3       It is HEREBY STIPULATED by and among the attorneys

4   for the respective parties, in accordance with the Federal

5   Rules of Civil Procedure, that this deposition may be

6   taken by the Defendant at this time, pursuant to subpoena;

7       FURTHER STIPULATED, that all objections except as to

8   the form of the questions and responsiveness of the

9   answers, be reserved until trial;

10      FURTHER STIPULATED, that the witness may read and

11  sign the deposition and make any corrections to same

12  before any Notary Public;

13      AND FURTHER STIPULATED, that if the original

14  deposition has not been duly signed by the witness and

15  returned to the attorney taking the deposition by the time

16  of trial or any hearing in this cause, a certified copy of

17  the deposition may be used as though it were the original.

18

19

20

21

22

23

24

25

Page 8

```
 1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    (The deposition commenced at 11:03
 3     a.m.)
 4                    THE REPORTER:  We are on the record.
 5     Before I swear in the witnesses -- the witness, if I
 6     could get the attorneys to note their appearance for
 7     the record, please?
 8                    MR. MOORE:  I'm John Moore from the
 9     New York State Attorney General's office, and also
10     present from our office is Amanda Kuryluk.  We
11     represent the Defendants, Stenger, Rose, and
12     Pelletier.
13                    MR. SAITTA:  Tom Saitta with the law
14     firm, Aswad & Ingraham, representing the Student
15     Association.
16                    MR. MILLER:  Stephen Miller from King
17     & Spalding, representing the Plaintiffs.
18                    THE REPORTER:  And Mr. Johnson, does
19     anybody know?
20                    MR. MOORE:  He is a representative of
21     S.A. I believe in this hearing and observational
22     capacity, but I'll let -- have Tom correct me if
23     that's not the case.
24                    MR. SAITTA:  Oh, that's correct.
25                    THE REPORTER:  Okay.  All right.
```

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2         Thank you.  If I could get the witness to unmute
 3         herself and raise her right hand.  Do you swear or
 4         affirm that the testimony you're going to give is the
 5         truth, the whole truth and nothing but the truth?
 6                        MS. KESTECHER:  Yes.
 7                        WITNESS; LACEY KESTECHER; Sworn
 8                        THE REPORTER:  Okay.  You can put your
 9         hand down.  Can you please state and spell your full
10         name for the record, please?
11                        THE WITNESS:  Lacey Kestecher.  Lacey,
12         L-A-C-E-Y Kestecher, K-E-S-T-E-C-H-E-R.
13                        THE REPORTER:  Thank you.  The witness
14         has been sworn.
15                        MR. MOORE:  Thank you.
16                        DIRECT EXAMINATION
17                        BY MR. MOORE:
18                        Q.  Good morning, Ms. Kestecher,
19         thank you for your time here today.  First question.
20         Can you hear me okay?
21                        A.  I hear you all good.
22                        Q.  Sometimes I move around.  And if
23         you can't hear me during any point during
24         questioning, please yell at me and I'll turn more
25         towards the computer and make sure that -- I want to
```

```
1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
2       make sure you can hear all my questions, okay?  And
3       I'll -- I'll do the same for you, okay?
4                        Have you ever been involved in a
5       deposition before today?
6                        A.   No, this is my first.
7                        Q.   Okay.  I'll explain to the rules
8       to you in a second.  First, we're here for a
9       deposition in the matter of Young America's
10      Foundation et al versus Sten -- Stenger et al.  I
11      represent the state defendants in this matter,
12      Stenger, Rose, and Pelletier.
13                       And this is a lawsuit in the Northern
14      District of New York.  Its C.V. number is twenty C.V.
15      eight two two.  And are there -- is there any reason
16      you can't testify today honestly, any questions I'm
17      asking you?
18                       A.   No.
19                       Q.   Okay.  Are you on any medications
20      at the present time?
21                       A.   No.
22                       Q.   Let's go through the deposition
23      rules.  I saw in the beginning of one of my
24      questions, you started shaking your head.  All of our
25      answers need to be verbal.  So although I can see you
```

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        if you nod or shake your head.  If you could please

3        make them verbal, yes or no for example, rather than

4        uh-huh or something that the stenographer would have

5        a problem transcribing.

6                    Secondly, if you don't understand any

7        of my questions, please let me know before you answer

8        it, and I will rephrase it, so you can understand it.

9        If, at some point, you want to take a break, please

10       just let me know.

11                   The only thing I'll ask is that you

12       answer whatever the pending question is, and then

13       we'll take whatever break is necessary.  Finally, I

14       can't speak for your attorney, but I don't want you

15       to guess.  So what I'm looking for here today is --

16       is something you have knowledge regarding.

17                   So if you don't know something or you

18       don't remember something, that's okay to tell me,

19       okay?

20                   A.   Understandable.

21                   Q.   Okay.  First question.  I sent a

22       number of exhibits to your attorneys late last week.

23       Did you -- were you provided copies of those

24       exhibits?

25                   A.   Yes, I have the copies.

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    Q.   You have physical copies with you
 3    here today?
 4                    A.   Not, physical, but yes, so.
 5                    Q.   Okay.  I'm asking this because
 6    we're going to need to access some of these exhibits
 7    during the deposition.  So if you have a way to view
 8    them on your computer, let me know.  If you don't, I
 9    can have our stenographer put them on the screen.
10                    I'm trying to establish this now at
11    the beginning of the deposition.
12                    MR. MILLER:  John, would you be able
13    to either view or haven't had -- share those on the
14    screen?
15                    MR. MOORE:  Yeah, of course.  That's
16    why I'm trying to find out what the situation is now.
17                    MR. MILLER:  Yeah.
18                    MR. MOORE:  Because obviously, if she
19    has physical copies, I can ask her to just turn to
20    it.  If she doesn't, then I can do it this way.  So -
21    -
22                    MR. MILLER:  Okay.  I think -- I think
23    that would be easier.
24                    MR. MOORE:  I am going to go to the
25    exhibits.  If you can -- I'll tell you right now that
```

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        the first exhibit we're going to be putting on the

3        screen is Defendant's Exhibit One which is the

4        Complainant's demand.  And I'm going to be returning

5        to that throughout the deposition.

6                        BY MR. MOORE:  (Cont'g.)

7                        Q.    Okay.  Ms. Kestecher, have you

8        ever gone by any other names?

9                        A.    No.

10                       Q.    And what's your date of birth?

11                       A.    ███████████████.

12                       Q.    What is your current address?

13                       A.    I live in California.  Give me

14       one second.  You need the whole?

15                       Q.    Sure.

16                       A.    Give me a second.  Sorry, I don't

17       have my zip code memorized.  Nonetheless, it's my

18       first name and then ███████████.  Do you need me

19       spell that out?

20                       Q.    H-A-M-P --

21                       A.    ██████████████████████,

22       ███████████████████████████████████████████.

23                       Q.    How long have you lived there?

24                       A.    August.

25                       Q.    August of 2022 is when you moved

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2         there?
 3                      A.    Yes.
 4                      Q.    And who do you live with there?
 5                      A.    Myself.
 6                      Q.    And in November of 2019, what was
 7         your address?
 8                      A.    I was living at Binghamton at the
 9         time.  So I was living on the campus.
10                      Q.    Okay.  So you lived at Binghamton
11         University Campus?
12                      A.    Yes.
13                      Q.    Between November 2019 and today,
14         have you lived at any other addresses other than the
15         Binghamton University Campus and your current in
16         Westlake Village, California?
17                      A.    I lived at home, New Jersey.  So
18         I was living there throughout the duration of the
19         pandemic.  And then at my university, Pepperdine and
20         now I live within driving distance of Pepperdine,
21         too.
22                      Q.    What's the address in New Jersey
23         you lived at?
24                      A.    ███████████, that's one word,
25         ████████████████████████████.
```

Page 15

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                     Q.   And that's your parent's house, I

3    assume?

4                     A.   Yes.

5                     Q.   We've marked an exhibit as

6    previously at an earlier deposition, Defendant's

7    Exhibit One, which is the Complainant's demand.  I

8    know you've been provided a copy.  I would ask that

9    our stenographer put the first page up on the screen.

10                    Ms. Kestecher, do you recognize this

11   document?

12                    A.   Yes.

13                    Q.   And what is it if you know?

14                    A.   Is this not the -- the lawsuit

15   itself or whatever is being deposed there.

16                    Q.   Okay.  Well, this is a -- the

17   title says, verified complaint for injunctive and

18   declaratory relief, monetary and punitive damages and

19   attorney's fees and costs.  You see that?

20                    A.   Yes.

21                    Q.   And it's -- the Plaintiffs are

22   Young America's Foundation, Binghamton University

23   College Republicans and Jon Lizak and the Defendants

24   are Harvey Stenger, Brian Rose, John Pelletier,

25   College Progressives, Progressive Leaders of

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2         Tomorrow.  And I see the word, PLOT after that and
 3         Student Association of Binghamton University.
 4                        Would you agree with me?
 5                   A.   Yes.
 6                   Q.   And this is the verified
 7         complaint in this lawsuit, correct?
 8                   A.   Yes.
 9                   Q.   And have you ever reviewed this
10         verified complaint before today?  Have you ever read
11         it?
12                   A.   I've gone through it briefly.  I
13         haven't read it in depth though per se.
14                   Q.   When did you first review it?
15                   A.   I don't recall.  It was a few
16         years ago whenever it came out.
17                   Q.   And before it was -- before it
18         was filed if you know?
19                   A.   I -- I don't recall when I viewed
20         it.  I just saw them.  Somebody sent it to me.  I
21         think a friend texted it over.  So that was that.
22                   Q.   Who sent it to you?
23                   A.   I don't remember.  Somebody just
24         sent me it as, I think an organization -- or a non-
25         organization.  It was just in an article or whatever
```

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       else, somebody sent me the article attached as a
 3       P.D.F. to the article direct link, hyperlink.
 4                      Q.   Okay.  Got you.  So after it was
 5       filed, someone sent you a copy.  And then you looked
 6       at it online.  Is that a fair statement?
 7                      A.   Yes, it was just a hyperlink from
 8       another article and it was all public.  So I don't
 9       even remember when I saw it.
10                      Q.   Understood.  So if you haven't
11       read the entire thing, you don't know whether the
12       allegations therein are all accurate or not?
13                      MR. MILLER:  Objection.  Calls for
14       speculation.
15                      BY MR. MOORE:  (Cont'g.)
16                      Q.   If you don't understand my
17       question, I can re -- rephrase it.  You can answer.
18                      A.   Restate that question.
19                      Q.   Sure.  You haven't read the
20       complaint, correct?
21                      A.   I've gone through it briefly.
22                      Q.   Do you know whether all of the
23       allegations therein are accurate?
24                      MR. MILLER:  Same objection.
25                      MR. MOORE:  You can answer.
```

Page 18

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    THE WITNESS:  Can you rephrase that

3        one more time?

4                    BY MR. MOORE:  (Cont'g.)

5                    Q.   Do you know if the allegations in

6        the verified complaint we've marked as Exhibit One

7        are all accurate?

8                    MR. MILLER:  You can answer the

9        question, Lacey.

10                    THE WITNESS:  I don't -- I don't know.

11                    BY MR. MOORE:  (Cont'g.)

12                    Q.   Is it fair to say that the

13        allegations in your comp -- in this complaint,

14        complaint of incidents that occurred in November of

15        2019.  Is that accurate?

16                    A.   Yes.  Yes, it's accurate.

17                    Q.   And in November 2019, you were a

18        student at Binghamton University?

19                    A.   Yes, I was.

20                    Q.   And were you employed by anybody

21        at the time?

22                    A.   No, not at the time.  Just a

23        student.

24                    Q.   I didn't ask you this.  Are you

25        currently employed?

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                      A.   Part time I am, but I'm also a

3        student, so.

4                      Q.   Understood.  And we'll go through

5        your educational history in a moment.  But where are

6        you currently employed?

7                      A.   At my University.  So Pepperdine

8        University, School of Public Policy.

9                      Q.   That's where you go to school.

10       I'm asking where you're employed.  You said you had a

11       part time job.

12                     A.   Yes, I worked -- I worked there

13       as well.

14                     Q.   Oh, you work at the University?

15       Got you.  Okay.

16                     A.   Yes.

17                     Q.   Between November of 2019 and

18       today, have you been employed anywhere else?

19                     A.   Part-time internships or excuse

20       me, full-time internships.  So just few different

21       places over the summers.

22                     Q.   Internships?

23                     A.   Uh-huh, yes.

24                     Q.   Between November of 2019 and

25       today, what internships have you participated in?

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                      A.   For summer.  So summer of 2020.

3      That is with the Leadership Institute.  Summer of

4      2021, I was with The Daily Caller.  Some -- this past

5      summer, I was with the Manhattan Institute.  So I

6      interned at each of those organizations.

7                      Q.   What is the Leadership Institute?

8                      A.   It is a conservative nonprofit

9      that seeks to promote liberty, freedom, conservative

10     values.

11                     Q.   Okay.  What did you do there?

12                     A.   I was a journalist.  So I work

13     within a department just writing and producing

14     articles.

15                     Q.   For -- was that for a particular

16     publication?

17                     A.   Yes, it was with the Leadership

18     Institute's Campus reform.

19                     Q.   Campus reform, is that a magazine

20     or some sort of publication?

21                     A.   It's the leadership institute.

22     That's a project by the organization.  So that's

23     their outlet.

24                     Q.   Outline journal?  I'm trying to

25     find out what it is.  What are you -- were you a

Associated Reporters Int'l., Inc.

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        journalist in?

3                        A.   I wrote in regards to campus

4        incidents that went on a university's report on that.

5                        Q.   Okay.  Did you write anything

6        about the campus incidents which are the subject

7        matter of this lawsuit?

8                        A.   I don't believe so, no.

9                        Q.   All right.  And you were there

10       just during the summer of 2020?

11                       A.   Yes, just that summer.

12                       Q.   Were you at a physical job or was

13       that something you were doing from your parents at

14       New Jersey?

15                       A.   Fully remote from my home, New

16       Jersey.

17                       Q.   In the summer of 2021, you work

18       for something called the Daily Caller?

19                       A.   Yes.

20                       Q.   What is the Daily Caller?

21                       A.   Also, a news outlet reports on

22       any and all news, political reporting for the most

23       part.  So I worked from there.

24                       Q.   A website?

25                       A.   Yes, there's a website.

800.523.7887                              Associated Reporters Int'l., Inc.

Page 22

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                      Q.   And what did you do for them?
 3                      A.   I wrote as well, wrote some
 4      articles for them and just some technological aspects
 5      of maintaining a website.
 6                      Q.   Was that a physical in-person
 7      position or did you do that remotely as well?
 8                      A.   That was also remote.
 9                      Q.   Were you paid by them or was it
10      for a school grant or something else?
11                      A.   I don't recall getting paid.  I
12      was just doing that for experience.
13                      Q.   And was that just during the
14      summer of 2021?
15                      A.   Yes, just that summer.
16                      Q.   The third thing you mentioned was
17      the Manhattan Institute.
18                      A.   Yes.
19                      Q.   What is the Manhattan Institute?
20                      A.   It is a think tank in New York
21      City that focuses on free markets, individual
22      freedom, and promoting American values.
23                      Q.   When you say it's a think tank,
24      what -- what you do for them as part of your
25      internship?
```

ARII@courtsteno.com                              www.courtsteno.com

Page 23

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    A.   A researcher.  So I'd just
 3    research economic policy, public safety, education
 4    policy, whatever was -- the assignments were given my
 5    way.
 6                    Q.   Was that a physical in-person
 7    position or were you operating remotely?
 8                    A.   Hybrid.  Hybrid position.
 9                    Q.   Were you paid for that position?
10                    A.   Sorry, what was that?
11                    Q.   Were you paid at all for that
12    position?
13                    A.   Yes.
14                    Q.   Were you a student at Binghamton
15    University during fall 2019?
16                    A.   Yes.
17                    Q.   And you're currently a student at
18    Pepperdine?
19                    A.   I am.
20                    Q.   And what year -- are you still an
21    undergrad or you're graduate student?
22                    A.   I graduated from Binghamton in
23    May of 2021.  So -- I'm now at --
24                    Q.   Is that '21 your two-year degree?
25                    A.   I finished my undergraduate in
```

Page 24

```
 1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2        two years at Binghamton University.  So I'm now in a
 3        master's program.
 4                      Q.   How long have you been at
 5        Pepperdine?
 6                      A.   Since August of 2021.
 7                      Q.   Let's talk about your educational
 8        history starting with Binghamton University.  Is that
 9        the first college you attended?
10                      A.   Yes.
11                      Q.   When did you start at B.U.?
12                      A.   August of 2019.
13                      Q.   So the events that are alleged in
14        the complaint concern events that occurred during the
15        fall semester of 2019, correct?
16                      A.   Yes.
17                      Q.   And you were a freshman at B.U.
18        at the time?
19                      A.   I was.
20                      Q.   And you graduated in May of 2021,
21        right?
22                      A.   Uh-huh, yes.
23                      Q.   Okay.  And what was your G.P.A.
24        every year?
25                      A.   Three point --
```

Page 25

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    MR. MILLER:  Objection.  Objection,

3        relevance.  You can answer.

4                    THE WITNESS:  Three point nine.

5                    BY MR. MOORE:  (Cont'g.)

6                    Q.   And what was your -- what degree

7        did you receive from the university?

8                    A.   It was an undergraduate degree.

9        So Bachelor of Science in Business Administration

10       with a concentration in finance.

11                   Q.   So concentrating on fall 2019,

12       were you a member of any student groups of B.U.

13       during fall 2019?

14                   A.   I was a part of our College

15       Republicans, Binghamton Review, and bit of College

16       Libertarians, our newly forming Turning Point U.S.A.,

17       and that was that.

18                   Q.   Okay.  Let's start with College

19       Republicans.  What date did you join that

20       organization?

21                   A.   I can't recall.  I think sometime

22       in September.

23                   Q.   And what is the purpose or

24       function of the College Republicans as a student

25       group in your understanding?

Page 26

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    A.    From my understanding, it's to

3    promote first off, the ideals of America that are

4    represented by the Republican Party itself, that

5    being individual freedom, liberty, and also a

6    conservative viewpoint that comes along with that.

7                    Q.    Okay.  And did you hold any

8    offices in the College Republicans in fall 2019?

9                    A.    Don't think so.  I was -- I think

10   I was V.P. at one point.  Maybe it was the following

11   semester.  I don't remember.  It was -- the

12   timeframe, it's -- I can't recall exactly.

13                   Q.    So you don't --?

14                   A.    In the fall -- oh, being the

15   fall, it wasn't in the -- I don't think in the next

16   semester, but in that fall, I was not in any office.

17                   Q.    Okay.  So you did hold some

18   office in the College Republicans at some point after

19   fall 2019?

20                   A.    Yes, at some point later on.

21                   Q.    You were the V.P. at one point.

22   Is that correct?  Vice president.

23                   A.    If I'm recalling correctly, I

24   think I was the V.P. possibly, but I might be getting

25   it confused with something else.  I -- I don't

Associated Reporters Int'l., Inc.

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
2         remember exactly.
3                        Q.   Do you remember what time period
4         you held office?  You said earlier the next semester?
5                        A.   Yes, because I think we did
6         another election.  Was it December or January?  It
7         might have been.  I think it was January.  And I
8         think I held an office at that point.  Maybe it was
9         treasurer or secretary.  I can't recall.
10                       Q.   And so January 2020, there was an
11        election or December of 2019.  And you were elected
12        to some position.  You just don't remember what it
13        was.  Is that correct?
14                       A.   Yes, I'm pretty sure I was
15        elected.  It's all pretty fuzzy.  It's about over
16        three years now.  I can't really remember what's
17        going on since then.
18                       Q.   The Binghamton Review, what is
19        that?
20                       A.   It's a publication at Binghamton
21        that generally attracts a lot of people that are
22        maybe more right leaning, conservative, libertarian,
23        anybody could write for it.  It's nonpartisan, but
24        it's just another publication where you can write
25        whatever you want about anything and you publish it.

Page 28

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.   And what did you do at Binghamton

3    Review in fall 2019?

4                    A.   I was dealing with their social

5    media, and just posting articles, wrote a few

6    articles, and that's all.

7                    Q.   Did you write any articles about

8    the events alleged in the complaint?

9                    A.   No, not from what I recall.

10                   Q.   Did you have -- when did you join

11   the Binghamton Review?

12                   A.   September of 2019.

13                   Q.   And did you hold any offices

14   there during your time at B.U.?

15                   A.   Yes, I do recall that fall.  I

16   was dealing with social media.  Head of social media,

17   however, you would term that position to be.

18                   Q.   You don't remember what the name

19   for the position was?

20                   A.   It was social media specialist or

21   something in that realm.  Something in terms of that,

22   but dealing with social media.

23                   Q.   You're also a member of the

24   College Libertarians, you said?

25                   A.   I would just go to a few

```
 1   2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2      meetings.  So I guess to some extent I was a member,
 3      but it's not like I held any office or anything.
 4               Q.   Okay.  So is it fair to say you
 5      never held an office of the College Libertarians?
 6               A.   Yes, I would say that.
 7               Q.   Do you have any involvement with
 8      that group other than attending a few meetings?
 9               A.   Went to a few meetings, not
10      really besides that.
11               Q.   Okay.  You weren't involved in
12      booking space for them or anything like that?
13               A.   No, I was not.
14               Q.   And you finally use -- you used
15      the word T.P.U.S.A.  Was is that?
16               A.   Turning Point U.S.A.  It's an
17      organization that looks to promote free enterprise,
18      freedom, liberty, just American values, on college
19      campuses.
20               Q.   What date did you join
21      T.P.U.S.A.?
22               A.   I started the organization or try
23      to at least start it in September or October, it
24      might have been, 2019.
25               Q.   What -- was that a organization
```

Page 30

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2          that was chartered by the S.A. the Student
 3          Association in November 2019?
 4                      A.   No it was not chartered and it
 5          never was.
 6                      Q.   Okay.  So my question was,
 7          November 2019, it was not chartered during that time
 8          period?
 9                      A.   No.
10                      Q.   And did you hold any office in
11          T.P.U.S.A. during the fall of 2019?
12                      A.   I founded it and I was the
13          president for that organization.
14                      Q.   Okay.  How many members did it --
15          did it have?
16                      A.   I can't give a number on that.  I
17          don't -- I don't know.  I -- we were just starting it
18          up.  So I don't know.  I just had signatures.
19                      Q.   Well, how many -- more than five
20          people?
21                      A.   In regards to signatures?
22                      Q.   Membership for the T.P.U.S.A.
23          That was an organization in the fall of 2019,
24          correct?
25                      A.   It was being started up.  So it
```

Page 31

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        wasn't quite formed yet, per se.

3                        Q.   Other than you, did it have any

4        members?

5                        A.   I was slowly making a team.

6        That's what you mean.

7                        Q.   Generally, an organization -- how

8        many members did the College Republicans have in the

9        fall 2019, if you know?

10                       A.   I don't know.

11                       Q.   More than five?

12                       A.   I would say more than five.  We

13       had more than five there.

14                       Q.   More than ten?

15                       A.   I'd probably say so.  I don't --

16       I don't know how many people are on the email list.

17                       Q.   Okay.  You just don't know?

18                       A.   No, I don't know.

19                       Q.   But there were members of the

20       group, correct?

21                       A.   Is this College Republicans,

22       you're asking?

23                       Q.   Yes, College Republicans.  Fall

24       2019, there were members from College Republicans,

25       correct?

Page 32

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    A.    Yes, of course, there are

3    members.  I just -- I don't know how many.

4                    Q.    Sure.  Turning back to Turning

5    Point U.S.A., Binghamton Turning Point U.S.A., fall

6    2019.  You were starting the -- the group up.  Were

7    there members of the group?

8                    A.    There's people interested.  I

9    hadn't really formed a group yet, though.  I was just

10   starting to form it.

11                   Q.    Okay.  Did you ever formed a

12   group?

13                   A.    Well, I never really got around

14   to doing that because of the incidents that happened,

15   so.

16                   Q.    What incidents that happened?

17                   A.    November 2019 incidents.

18                   Q.    What -- what did that have to do

19   with you forming Turning Point U.S.A. currently?

20                   A.    Well, it made the campus very

21   hostile to begin with and it was difficult to take

22   any actions going forth on that.

23                   Q.    Did you ever made a formal

24   attempt to charter that group with the Binghamton

25   University S.A.?

```
1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
2                        A.    No, I had not made any attempts
3           to charter.
4                        Q.    Okay.  Were any of the College
5           Republican members, in fall 2019 also members of the
6           T.P.U.S.A. organization that you were trying to form,
7           or the team that you described?
8                        A.    Yes, I believe -- I mean, there
9           was College Republicans itself, but a lot of the
10          people would go in between, but I had it, Jon Lizak,
11          he was my V.P., was going to be my V.P. as we were
12          trying to organize it.  And I don't recall who else.
13          It was -- just trying to get it started and off the
14          ground.
15                       So that's like, really all I can
16          remember.
17                       Q.    So it was only you and Mr. Lizak?
18                       A.    Well, on our main team to begin
19          with, we were -- I think there was other people
20          affiliated with it, but I can't say that --.
21                       Q.    That's what I'm asking, who were
22          those people that were affiliated with other than you
23          and Lizak?
24                       A.    Primarily College Republicans at
25          the time because the view, the group held most of the
```

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        similar views as the College Republicans, so.

3                     Q.   Okay.  Well, I'll name you some

4        nicknames of the College Republicans and we talked

5        about them, can you tell me whether they're involved

6        in T.P.U.S.A.?

7                     A.   Yes, I can do that.

8                     Q.   Can you remember any of those

9        names now?

10                    A.   John Restuccia, he was a part of

11       that group as well.  I think -- .

12                    Q.   And so that Mr. Restuccia

13       testified that he was not a member of T.P.U.S.A.,

14       would that be accurate or inaccurate?

15                    A.   Well, the group was forming at

16       the time.  So it wasn't really put together, per se.

17                    Q.   Other than Lizak and Restuccia,

18       were there any other prospective members of

19       T.P.U.S.A. in fall 2019?

20                    A.   Prospective members would include

21       people and students and College Republicans, College

22       Libertarians, people from Binghamton Review.

23                    Q.   Okay.  But you never got so far

24       as to charter the group or get any formal members.

25       Is that a fair statement?

```
 1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    A.    Yes, that'd be a fair statement.
 3                    Q.    Okay.  Let's turn to -- well,
 4          we've already got the complaint up on the screen.
 5          Let's go to paragraph twelve of the complaint, which
 6          is page four of seventy-five.  I'll ask that would be
 7          put on the screen.  There it is.  I'll read this into
 8          the record, ma'am.
 9                          Plaintiff, Binghamton University
10          College Republicans is an expressive, registered, but
11          suspended student organization at the State
12          University of New York and Binghamton, and
13          parentheses, the SUNY Binghamton.  The non-
14          incorporated association of SUNY Binghamton students
15          and has approximately twenty members.
16                          Did I read that correctly?
17                    A.    Yes, you read that correctly.
18                    Q.    What does the word expressive
19          mean in this paragraph if you know?
20                    A.    I'm not sure.
21                    Q.    Is it accurate that the B.U.
22          Republicans are currently suspended as a student
23          group?
24                    A.    At this moment, I'm not attending
25          Binghamton University right now.
```

Page 36

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                      Q.   Well, your experience, since you
 3         became a member of the College Republicans, after it
 4         was -- it says here.  It was currently suspended.
 5         Did the -- were the College Republicans ever
 6         suspended during your time at SUNY Binghamton?
 7                      A.   Yes, they were.
 8                      Q.   Okay.  We'll talk about that in
 9         greater detail.  At any time thereafter, did that
10         suspension cease?
11                      A.   I don't recall.  I don't recall.
12                      Q.   Okay.  I'll show you some
13         documents later.  It says here, it has approximately
14         twenty members.  Do you see that?
15                      A.   Yes, I can read it.
16                      Q.   Was that the number of members in
17         fall 2019?
18                      A.   I didn't deal with the logistics.
19         I wasn't an officer.  So I can't say.
20                      Q.   The date of this is -- that this
21         document was filed is July 22nd, 2020.  You see that?
22         It's at the top of the page there.  Were you a member
23         of the College Republicans in July 2020?
24                      A.   Yes, but it was hard to do
25         anything because everything was remote at that point.
```

Associated Reporters Int'l., Inc.

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        It was summer, so.

3                    Q.   Okay.  Was the organization

4        suspended in anyway in July 2020?

5                    A.   I don't recall.  I remember it

6        being suspended after the events that transpired.  I

7        don't know how long it was suspended for.

8                    Q.   Okay.  Let's see if we can

9        refresh your recollection.  Go to the bottom of the

10       page and into the top of the next page, and we're

11       still on that Exhibit One, page four -- pages four

12       and five.  Paragraph thirteen and fourteen, I will

13       read into the record and then ask you some questions.

14                    It reads as follows.  The purpose of

15       College Republicans is to make known and promote the

16       principles of the Republican Party among members of

17       the SUNY Binghamton campus community, to aid in the

18       election of Republican candidates at all level of

19       government, to encourage and assist in the

20       organization, and active functioning of the

21       Republican Party at local, state and national levels,

22       and to develop political skills and leadership

23       abilities among the Republican students as

24       preparation for future service by their, to the

25       Republican Party and community.

Page 38

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Paragraph fourteen.  College

3    Republicans achieves this purpose primarily by being

4    an expressive organization and engages in a wide

5    variety of expressive activities, including posting

6    flyers and signs, hosting tables with information,

7    inviting speakers to campus, and talking with fellow

8    students about the Republican Party principles.

9                    Did I read that correctly, ma'am?

10                   A.   Yes, you did.

11                   Q.   Okay.  Paragraph fourteen talks

12   about -- well, let me ask this.  From the time you

13   joined the B.U. Republicans in September of 2019 up

14   to and including November of 2019, had the B.U.

15   Republicans hosted or held any events on campus?

16                   A.   Yes, we had an event in September

17   of 2019.

18                   Q.   What event was there?

19                   A.   Was an event on socialism.

20                   Q.   Was that called The Case Against

21   Socialism?

22                   A.   Yes, that was the event.

23                   Q.   And where, on campus was that

24   event held?

25                   A.   I can't recall.  It was in one of

1       2/13/2023 - Young America's v Stenger - Lacey Kestecher

2          the lecture rooms.

3                          Q.   How many people attended?

4                          A.   If I recall correctly, which --

5          to the best of my memory is maybe around thirty, I

6          think it was.

7                          Q.   Okay.  Is any paperwork or

8          records exist regarding the event such as

9          advertising, planning documents, photographs, video,

10         or any other documentation?

11                         A.   Presuming there's pictures that

12         maybe I took, but I don't deal with the lo -- I

13         didn't deal with the logistics on planning these

14         events.

15                         Q.   Who dealt with the logistics?

16                         A.   It was primarily the College

17         Republicans board, so.

18                         Q.   And you were not on board at the

19         time?  Did you have any involvement in booking rooms

20         for College Republican events during fall 2019?

21                         A.   No, I had never been involved in

22         that.

23                         Q.   Would you say you had never been

24         involved in -- in that.  You never were involved in

25         booking rooms, or reserving tables for College

Page 40

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2        Republican events during your entire time at
 3        Binghamton University.  Is that a good statement?
 4                    A.   I had never booked a room.  I --
 5        I didn't reserve the tables.  There was other people
 6        in the organization who dealt with those, whose duty
 7        is, so that wasn't mine.
 8                    Q.   Other than The Case Against
 9        Socialism, were there any other events held on campus
10        during Novem -- I'm sorry, during fall 2019 hosted by
11        the College Republicans?
12                    A.   That's the only one I remember.
13        I was just a member of the organization.  So I --
14        only what I attended is what I would remember.
15                    Q.   After November of 2019 until the
16        present time, or at least during your time at B.U.,
17        did the B.U. Republicans post or hold any event on
18        campus?
19                    A.   The best of my memory, I would --
20        I don't remember any other event occurring.
21                    Q.   Okay.  So they might have
22        happened, they may not have happened.  You just don't
23        remember as you sit here today?
24                    A.   I wasn't much involved after much
25        of that which happened over that time period, and it
```

Page 41

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       was all remote.  So I don't think we had any events,
 3       but --
 4                    Q.   Well, let me ask you this.  I
 5       think we can all agree the pandemic began in March of
 6       2020, correct?
 7                    A.   Yes.
 8                    Q.   And were you attending the school
 9       remotely for the remainder of that semester?  Spring
10       2020?
11                    A.   Yes, I was.
12                    Q.   Did you attend classes at B.U.
13       remotely in fall 2020?
14                    A.   Yes, that was remote.
15                    Q.   You graduated at the end of
16       spring 2021, correct?
17                    A.   Yes.
18                    Q.   Did you attend classes remotely
19       during spring 2021?
20                    A.   Yes, I remained remote that
21       entire year.
22                    Q.   And so you're attending the
23       university from New Jersey, your parent's home in New
24       Jersey.  Is that correct?
25                    A.   That is correct.
```

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                      Q.   Did you spend any time on campus

3      between March 2020 and spring 2021?

4                      A.   No, not after; I left the campus

5      because of that.  Because of COVID, I didn't feel

6      particularly comfortable after the events that

7      transpired in the fall of 2019, so.

8                      Q.   Well, my question was, you were a

9      remote student following March of 2020, correct?

10                     A.   Yes, that's accurate.

11                     Q.   During January and February and

12     up to the pan -- to the time the pandemic hit in

13     March 2020, were you on campus as a student?

14                     A.   If you're saying in 2021?

15                     Q.   No, let me -- let me rephrase.

16     That was a poorly worded question.  During spring

17     2020, were you a student at Binghamton University in

18     person on campus before the pandemic hit?

19                     A.   Yes, before the pandemic, I was

20     in person, and then we all went remote.

21                     Q.   And when did you go remote?

22                     A.   March of 2020.

23                     Q.   Did you have the option to return

24     to campus at any time before your graduation?

25                     A.   Yes, fall.  So that was August of

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2         2020.

3                          Q.   But you chose to remain remote

4         thereafter?

5                          A.   Yes.

6                          Q.   Okay.  Okay.  So that -- that

7         will -- I believe that answers my questioning

8         somewhat.  From the time you joined the Binghamton

9         Republicans until your graduation, were you aware of

10        the Binghamton Republicans ever posting flyers or

11        signs on campus?

12                         A.   Posted signs like any other

13        organization?  I didn't handle that though.  I didn't

14        deal with promotional tasks.

15                         Q.   Okay.  So you weren't involved in

16        posting signs or flyering during the time you were at

17        B.U. for the College Republicans?

18                         A.   No, I did not deal with that.

19                         Q.   Okay.  And still sticking with

20        the allegations in paragraph fourteen, were you

21        involved in the B.U. Republicans hosting tables with

22        information at all during your time at SUNY

23        Binghamton?

24                         A.   What do you mean exactly by

25        hosting tables?

Page 44

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    A.   Well, paragraph fourteen, it's

3    right up there on the screen.  College Republicans

4    achieve this purpose primarily by being an expressive

5    organization and engages in a wide variety of

6    expressive activities including posting flyers and

7    signs.

8                    And then the next portion sentence

9    says, hosting tables with information.  The question

10   for you was, during your time at B.U. had the College

11   Republicans ever hosted tables with information that

12   you were involved in?

13                   A.   Yes, we had tables for promoting

14   events, giving out the information on those events,

15   so.

16                   Q.   Okay.  What's the first time you

17   were involved in a table for promoting event as

18   you're describing?

19                   A.   I think the first time was in

20   November of 2019 when that incident happened, but I

21   don't know if I was -- if I did anything before that.

22   I can't recall.  That's the only one I remember

23   directly.

24                   Q.   But there was the November 14th,

25   2019 tabling event on The Spine, correct?  That's the

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2       one you're referring to?

3                        A.   Yes, that event.

4                        Q.   And you were present at that?

5                        A.   Yes, I was.

6                        Q.   And have you ever been involved

7       in tabling before what we've called the November 2019

8       tabling event?

9                        A.   To the best of my memory, I

10      recall helping with handing out flyers and stuff.  I

11      don't know if I had a table or not, but I helped with

12      promotional.

13                       Q.   All right.  Well, earlier you had

14      said you weren't involved in promotional, but now

15      you're telling us you were involved in handing out

16      flyers at some point before November 2019?

17                       A.   Well, promotional is oftentimes

18      actually posting the sign or something in a hallway

19      or whatever else, that's what I'm referring to by

20      that.  In this sense of the word, I'm mean, may --

21      maybe handing out flyers in a different sense of the

22      word promotional.

23                       Q.   And when did you hand out flyers

24      during your time at Binghamton University other than

25      the tabling event of November 14th, 2019?

Page 46

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                        A.    The best of my memory, I was

3         also, I think I did a little bit of that with Turning

4         Point when I was trying to get it started and collect

5         signatures.  And with, I believe also The Case

6         Against Socialism.  I think I might have helped out

7         there and just handing out some flyers.

8                        Q.    Okay.  But Turning Point U.S.A.

9         is not the College Republicans, correct?  That's a

10        separate -- separate groups, correct?

11                       A.    Yes, they're separate.

12                       Q.    But you were involved in handing

13        out flyers for The Case Against Socialism?

14                       A.    I don't recall exactly, but I

15        remember at some point handing out flyers.  I don't

16        recall what for, but --

17                       Q.    Is that at a tabling or did you

18        do that just walking around campus on your own if

19        that's -- you understand my question.

20                       A.    I can't recall.  I don't recall.

21                       Q.    Was there ever a tabling to

22        promote the Case Against Socialism event?

23                       A.    I don't remember.

24                       Q.    And other than the November 14th,

25        2019 event, do you remember any other tabling for the

```
1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
2      College Republicans that you were involved in?
3                      A.   I don't recall anything that I
4      was involved in.
5                      Q.   Okay.  And were you involved in
6      any tabling events for the College Republicans after
7      the November 14th, 2019 tabling?
8                      A.   To the best of my memory, I don't
9      recall us even having another tabling event.
10                     Q.   From the time you joined the B.U.
11     Republicans in September 2019 up to and including
12     November 2019, had the B.U. Republicans invited or
13     hosted speakers on campus?
14                     A.   Sorry, could you repeat that one
15     more time?
16                     A.   From the time you joined the
17     College Republicans in September of 2019 up to and
18     including November 2019, had the B.U. Republicans
19     invited and/or hosted speakers on campus?
20                     A.   Well, in between that time
21     period, we had the two events.  So we have The Case
22     Against Socialism where we had, I think three
23     speakers come in.  And then in November, we had Dr.
24     Art Laffer.
25                     Q.   And were you involved in hosting
```

Associated Reporters Int'l., Inc.

```
1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
2         any other speakers on behalf of the College
3         Republicans after Dr. Laffer event on November 18th,
4         2019?
5                      A.   I hadn't -- from what I recall, I
6         hadn't dealt with anything going forward with any
7         speakers or events after that.
8                      Q.   Did anyone from Binghamton
9         University prevent you from holding the cases -- The
10        Case Against Socialism event?
11                     A.   I hadn't dealt with that.  I just
12        showed up to the event.
13                     Q.   Going back to the caption,
14        there's a -- the name, Jon Lizak, you mentioned him
15        before.  Do you know Mr. Lizak?
16                     A.   Yes, I know him.
17                     Q.   How long have you known him for?
18                     A.   I -- I met him in my freshman
19        year of fall 2019.
20                     Q.   When's the last time you spoke
21        with him?
22                     A.   I can't recall.  A few years ago.
23                     Q.   Do you know if he's a current
24        B.U. Republicans member?
25                     A.   No, I do not know.
```

Page 49

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    Q.   Do you know when he was a member
 3    of the College Republicans?
 4                    A.   All I remember was throughout the
 5    duration of up to May 2020, which is when that year
 6    ended and I think that following year in 2021 up
 7    until my graduation, I think he was involved.  I -- I
 8    don't recall.
 9                    Q.   Okay.  So you think he was a
10    member of the College Republicans during the same
11    period you were a member of the College Republicans?
12                    A.   Yes, that's what I remember.
13                    Q.   And do you have any knowledge of
14    his membership after you left Binghamton Univer --
15    University?
16                    A.   No, I do not know.
17                    Q.   Do you know if he's still a
18    student at Binghamton University?
19                    A.   No, I have no idea.
20                    Q.   Have you ever discussed this
21    lawsuit with him?
22                    A.   Well, maybe just a brief mention
23    of it, but that's all.
24                    Q.   What was that?
25                    A.   I don't recall.  Just small talk.
```

 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

 2                    Q.   But when was that if you know?

 3                    A.   I don't know.  I haven't spoken

 4         with him in years.

 5                    Q.   Are you aware that he made a

 6         request to withdraw as a Plaintiff from this lawsuit?

 7                    A.   No, I don't know that.

 8                    Q.   You know -- you mentioned John

 9         Restuccia.

10                    A.   Yes.

11                    Q.   Who is John Restuccia?

12                    A.   Was the former president of

13         Binghamton University College Republicans, leading up

14         to January of 2020 -- or not 2020.  Yes, January --

15         around January of 2020, I don't know if he held the

16         office after that, but he was the president when I

17         came into the organization.

18                    Q.   What's the last time you spoke

19         with John Restuccia?

20                    A.   A year ago.

21                    Q.   Have you ever discussed the

22         lawsuit with him?

23                    A.   Once again, like Lizak, maybe

24         brief conversation, but nothing really ever about it.

25                    Q.   He's been identified as a witness

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2          to the events in this complaint, do you know what he
 3          would be a witness to?
 4                      A.   John was there when the event
 5          transpired.
 6                      Q.   Okay.  I'm going to ask you about
 7          a few other names we've been given from the College
 8          Republicans.  The next name is Logan, L-O-G-A-N
 9          Blakeslee, B-L-A-K-E-S-L-E-E.  You know who this
10          person is?
11                      A.   Yes, I know Logan.
12                      Q.   And what information about the
13          allegations in the complaint does Logan have, if you
14          know?
15                      A.   I don't think Logan was that
16          involved with any of this really.  Besides, I think
17          he was at the Art Laffer event.  That's all I know.
18                      Q.   Are you currently in contact with
19          Logan?
20                      A.   No.
21                      Q.   When's the last time you spoke
22          with Logan?
23                      A.   Years ago.
24                      Q.   Okay.  ... with Logan?
25                      A.   Not from what I recall.
```

Page 52

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                         Q.    Do you know who Kyle Nelson is?

3    K-Y-L-E, Nelson is N-E-L-S-O-N.

4                         A.    Yes, I know Kyle.

5                         Q.    Who is Kyle?

6                         A.    Was -- he had something -- was he

7    the treasurer or secretary of College Republicans, I

8    think.   I don't recall, but he held some form of

9    office.

10                        Q.    Was this in fall 2019 or at some

11   other time?

12                        A.    I can't recall if it was either -

13   - maybe it was fall or maybe it was that spring, I

14   don't know.

15                        Q.    He's been identified as a witness

16   in this litigation.   Do you know what Kyle would have

17   been a witness to?

18                        A.    Kyle was also there for the Art

19   Laffer event.

20                        Q.    Was he at the tabling event?

21                        A.    I don't recall.

22                        Q.    Have you ever discussed the --

23   the claims in this lawsuit with him?   Or the lawsuit

24   at all with him?

25                        A.    If maybe it came up in

Associated Reporters Int'l., Inc.

Page 53

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2          conversation, but nothing really ever talked about

3          it, just brief notice, and that's all.

4                          Q.   When's the last time you talk to

5          Kyle?

6                          A.   Three years ago, maybe.

7                          Q.   You're not currently in contact

8          with him?

9                          A.   No, I have no contact.

10                         Q.   You see another name, Sebastian

11         Roman.  Do you know who Sebastian Roman is?  Who is

12         Sebastian Roman?

13                         A.   He would come to some of the

14         right leaning organizations.  So College Republicans,

15         I think maybe College Libertarians, I think

16         Binghamton Review.  He wasn't too involved with

17         anything.

18                         Q.   He was named as a witness to this

19         -- in this lawsuit.  Do you know what he was a

20         witness to?

21                         MR. MILLER:  Objection.  Calls for

22         speculation.

23                         BY MR. MOORE:  (Cont'g.)

24                         Q.   I'm asking if you know what --

25         what he was a witness to.

Associated Reporters Int'l., Inc.

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                      MR. MILLER:  Objection.  It's calling

3      for speculation about what he witnessed.

4                      MR. MOORE:  Objection is on the

5      record.  You need to answer.

6                      THE WITNESS:  I -- I don't know.

7                      BY MR. MOORE:  (Cont'g.)

8              Q.   Was he at the tabling event?

9              A.   I don't recall if he showed up or

10     not, I've -- I've no idea.

11             Q.   Was he at the Laffer event?

12             A.   I don't remember.

13             Q.   Have you ever discussed this

14     lawsuit with Sebastian Roman?

15             A.   I don't know.  I don't think so.

16             Q.   When's the last time you spoke

17     with Sebastian Roman?

18             A.   Once again, years ago.  I -- I

19     don't remember.

20             Q.   You're not currently in contact

21     with that individual?

22             A.   No, no contact.

23             Q.   You know who Thomas Gagliano is?

24     And that's G-A-G-L-I-A-N-O?

25             A.   Yes.

800.523.7887                          Associated Reporters Int'l., Inc.

Page 55

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                      Q.   Who is Thomas Gagliano?

3                      A.   He was the former editor in chief

4        for the Binghamton Review.

5                      Q.   Do you know what information

6        about the allegations in the complaint Thomas would

7        have?

8                      A.   No.

9                      MR. MILLER:   Objection.   Speculation.

10                     BY MR. MOORE:   (Cont'g.)

11                     Q.   Was he at the tabling event?

12                     A.   I don't know.

13                     Q.   Was he at the Laffer event?

14                     A.   I think he was.

15                     Q.   Have you ever discussed the facts

16       in this lawsuit with Thomas?

17                     A.   No.

18                     Q.   When's the last time you spoke

19       with Thomas?

20                     A.   Years ago.   Three years ago.   I

21       don't know.

22                     Q.   Had you ever had any contact with

23       Dr. Arthur Laffer other than on November 18th, 2019?

24                     A.   No.

25                     Q.   You know who Joe Riccardi is?

ARII@courtsteno.com                          www.courtsteno.com

Page 56

```
 1        2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                          A.   No.
 3                          Q.   Okay.  Are you aware of the
 4        identity of any other witnesses to the tabling events
 5        of November 14th, 2019?
 6                          A.   Well, on the tabling event, it
 7        would be me, Jon Lizak and Taylor Ziniski.
 8                          Q.   Who's the third name?
 9                          A.   Taylor Ziniski.
10                          Q.   Who's Taylor?
11                          A.   At the time he was the Turning
12        Point rep for that region.  Z-I-N-I-S-K-I.
13                          Q.   Have you ever discussed the facts
14        of this case with Taylor?  Have you seen Taylor since
15        November 14th, 2019?
16                          A.   Yes, a few times.
17                          Q.   And when's the last time?
18                          A.   November,
19                          . 2022.
20                          Q.   But you didn't discuss this
21        lawsuit at all with him?
22                          A.   No, we're just friends.
23                          Q.   Was Taylor at the Laffer event?
24                          A.   No, I don't recall him being
25        there.
```

1        2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                            Q.   Other than you, Lizak and Taylor,

3        was anybody else at the tabling event associated with

4        the College Republicans or Turning Point U.S.A.?

5                            A.   I don't recall.  I think there

6        was -- I don't know if he was really affiliated.  I

7        think he became affiliated after, but there was Joe

8        Silverstein.  He was there briefly.

9                            Q.   Was John Restuccia there?

10                           A.   I think he showed up at a later

11       time.  He wasn't there for the whole thing, but I

12       think he showed up at some point as the events

13       transpired.  I can't recall exactly.  It was over

14       three years ago now.

15                           Q.   He was there some of the time,

16       but not all of the time.  Is that a fair statement?

17                           A.   From what I recall, yes.

18                           Q.   You remember specifically what

19       hours during the tabling event he was present?

20                           A.   I don't recall.  I wasn't

21       watching the time.  It was hectic that day.

22                           Q.   Were there any other members of

23       College Republicans at the tabling event other than

24       those individuals you've mentioned?

25                           A.   That's all I remember.  I can't

Associated Reporters Int'l., Inc.

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2       recall.

3                    Q.   Are you aware of any other

4       witnesses to the Dr. Laffer event of November 18th,

5       2019?

6                    A.   I don't know besides the people

7       standing in the room that day.  I don't know.

8                    Q.   It's fair statement there were

9       lot of people in the room that day, correct?

10                   A.   Yes, fair statement.

11                   Q.   Let's confine it to the College

12      Republicans.  Who was there from the College

13      Republicans?

14                   A.   It was me, Kyle, John Restuccia,

15      Jon Lizak, I think Preston Scagnelli.  I think Joe

16      Silverstein was there.  Some other guy named Nick.  I

17      don't recall his last name.  Bryn Laur.

18                   Q.   What was that last name?  The

19      final name you said, Bryn Laur?

20                   A.   L-A-U-R Lau -- Laur, I believe

21      that's how you say it.

22                   Q.   What's the first name?

23                   A.   Bryn, B-R-Y-N.

24                   Q.   Were there any other College

25      Republicans present at that time?

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    A.   Logan might have been there, but
 3    I don't know.  That's -- that's all I can recall.
 4                    Q.   Okay.  That's all I'm asking.
 5                    MR. MOORE:  We've been going for a
 6    little over an hour.  Do we want to take a short
 7    break, Steve?
 8                    MR. MILLER:  That -- I think that'd be
 9    fine when -- when you guys want to break for lunch?
10                    MR. MOORE:  It's twelve zero five now.
11    What do you say we'd break for lunch -- what do you
12    prefer, Steve?
13                    MR. MILLER:  I'm okay breaking now or
14    we could go, you know, we could go up to twelve
15    thirty, if you want, we'll break then.
16                    MR. MOORE:  Okay.  Let's take a five-
17    minute break now and then they will go till around
18    twelve thirty and we'll break for lunch.  Is that
19    okay?
20                    MR. MILLER:  Yes, that works.
21                    MR. MOORE:  So we'll be back at twelve
22    ten.
23                    (Off the record, 12:05 p.m.)
24                    (On the record, 12:13 p.m.)
25                    THE REPORTER:  We're back on the
```

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       record.
 3                    BY MR. MOORE:   (Cont'g.)
 4                    Q.   Ms. Kestecher, I had asked you
 5       about conversations you've had with the various
 6       members of the College Republicans since these
 7       events.  Had you ever exchanged texts with any
 8       members of the College Republicans before the tabling
 9       event of 2019?  I think you're on mute.
10                    A.   Sorry.
11                    Q.   Okay.  I can hear you.
12                    A.   Yes, we had texted each other.
13                    Q.   Okay.  Did you text them at all
14       about the tabling event whether during the tabling
15       event or thereafter?
16                    A.   I mean, we were friends, so
17       friends text each other.
18                    Q.   Yeah, understood.  Who did you
19       exchange texts with about the tabling event?
20                    A.   I recall or at least from what I
21       would remember would be John Restuccia, Lizak, Kyle,
22       Weston and that was all probably.  I don't know maybe
23       -- maybe a few other people in there, I don't know.
24                    Q.   You still have the same phone
25       number that you had in November of 2019, cellphone
```

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       number?  Yes?
 3                     A.   Yes, I have the same phone
 4       number.
 5                     Q.   Maintained copies of any text
 6       you've exchanged with the individuals you mentioned,
 7       Restuccia, Lizak, Kyle, Weston?
 8                     A.   I don't think so.  I haven't
 9       backed up my phone in years.  So I've lost a lot.
10                     MR. MOORE:  Steve, is -- is -- is Ms.
11       Kestecher being produced as party witness here?
12                     MR. MILLER:  Yes, she is.
13                     MR. MOORE:  Okay.  I'm going to make a
14       request for copies of all texts about the tabling of
15       events exchanged between Ms. Kestecher and any
16       members of the College Republicans including the four
17       individuals that she mentioned.
18                     MR. MILLER:  Okay.  Yeah, if she has
19       any we'll -- we'll talk about that after today.
20                     MR. MOORE:  Okay.
21                     BY MR. MOORE:  (Cont'g.)
22                     Q.   Same questions that concerns the
23       Dr. Laffer event.  Did you exchange texts with
24       anybody from the College Republicans or anybody else
25       about the Laffer event?
```

Page 62

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                   A.    Possibly the same people.   I
 3         don't remember what I've texted three years ago.
 4                   Q.    All right.  I'm going to make the
 5         same request that you provide copies of those texts
 6         if you still have them to counsel.
 7                   MR. MOORE:  And Steve, I'm going to
 8         make a request for those on the record I'll follow up
 9         by email.
10                   BY MR. MOORE:  (Cont'g.)
11                   Q.    Had you exchanged in any texts
12         with anybody from the College Republicans or anybody
13         else regarding this lawsuit.  And let me qualify
14         that.  I'm not asking you about text exchange with
15         attorneys or texts which the plaintiffs attorneys who
16         were party -- or were party to in this matter.
17                   I'm asking whether you exchanged text
18         with anybody about the subject matter of this lawsuit
19         or the lawsuit itself since November 2019?
20                   A.    Just in regards to anything --
21         anything regarding it?
22                   Q.    Yes.
23                   A.    I think so.  I mean, if I'm
24         talking with somebody, presumably I would have.
25                   Q.    And who would that be if you
```

Associated Reporters Int'l., Inc.

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       know?
 3                          A.   I don't know, maybe my family
 4       members when I'm talking about my life, or my
 5       friends, I -- I don't know.
 6                          Q.   Would it include any members of
 7       the College Republicans?  Former members?
 8                          A.   I don't recall, possibly, but I
 9       don't -- I don't know.
10                          Q.   Had you ever been involved in
11       making social media posts of any kind regarding the
12       tabling event?
13                          A.   With College Republicans, I
14       hadn't dealt with the social media aspect of any
15       kind.
16                          Q.   How about any personal social
17       media posts about the tabling event, did you make any
18       before or after the tabling event?
19                          A.   With regards to just what
20       happened or anything with it?
21                          Q.   Yes.
22                          A.   No, I don't think so unless I
23       posted an article maybe.  If there was an article
24       about it, but re-posted something.
25                          Q.   What article have you posted
```

```
 1       2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2          about the tabling events since November of 2019,
 3          during or since November 2019?
 4                    A.   Well, they weren't my articles, I
 5          would just repost something I might have found on, I
 6          don't know, maybe on Facebook.
 7                    Q.   Okay.  You didn't personally --
 8          you said you were writing for a few different
 9          publications in internships.  Have you written any
10          articles about the tabling event?
11                    A.   I don't know.
12                    Q.   On social media or otherwise.
13                    A.   No, not from what I recall.  I
14          think I was just posting articles that came from
15          other sources and then just reposting.
16                    Q.   Okay.  Same question for the
17          Laffer event.  Have you been involved in making any
18          social media posts about the Laffer event since it
19          occurred?
20                    A.   I don't know.
21                    Q.   And have you been involved in
22          making any social media posts about the subject
23          matter of this lawsuit or the lawsuit itself?
24                    A.   Not from what I recall.
25                    Q.   How about social media messaging.
```

1     2/13/2023 - Young America's v Stenger - Lacey Kestecher

2          What social media are you involved in personally?

3                         A.   Both Facebook, Instagram.

4                         Q.   Had you use any of those

5          platforms to exchange messages with anyone regarding

6          the subject matter of this lawsuit?

7                         A.   I don't recall.

8                         Q.   Okay.  I'm going to ask that you

9          search your social media platforms and provide copies

10         of any social media messaging you engaged in

11         regarding the subject matter of this lawsuit.  You

12         know, there's a plaintiff in this case, Young

13         America's Foundation?

14                        A.   Yes, I'm aware of that.

15                        Q.   Do you know what Young America's

16         Foundation is?

17                        A.   It's a conservative leaning

18         organization that, similar to the other

19         organizations, also promotes free speech, freedom,

20         liberty, American conservative values.

21                        Q.   Have you ever held any kind of

22         role, position, or membership in Young America's

23         Foundation?

24                        A.   No.

25                        Q.   Did you have any contact or

Page 66

1        2/13/2023 - Young America's v Stenger - Lacey Kestecher

2            communication with Young America's Foundation before

3            November 2019?

4                         A.   No, I hadn't dealt with that.

5                         Q.   Did Young America's Foundation

6            has some involvement with the Laffer event?

7                         A.   Yes, because Art Laffer was their

8            speaker, so that's all I know.

9                         Q.   Go ahead If you haven't answered.

10                        A.   I didn't really deal with

11           anything on that front, though that's all I know

12           besides that.

13                        Q.   Okay.  So you had no involvement

14           in the B.U. Republicans getting involved with Young

15           America's Foundation as it pertains to the Laffer

16           event on the 14th of November, 2019?

17                        A.   Yes, I did not deal with that.

18                        Q.   Okay.  Do you know, Raj

19           Kannappan, Raj is R-A-J, Kannappan for the record is

20           K-A-N-N-A-P-P-A-N?

21                        A.   I did briefly on the day of the

22           event, but besides that I had no communication.

23                        Q.   Did you have any contact with him

24           before or after the event?

25                        A.   No.  Maybe once after, I don't --

Page 67

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2         I don't remember, but that was all.
 3                        Q.   But did you have contact with him
 4         after the event?
 5                        A.   I don't think I had, and if I
 6         did, then maybe it was something brief, but I don't
 7         remember.  All I remember is meeting him briefly on
 8         the day of the event and that was it.
 9                        Q.   And how was -- there was a room
10         selected for the Dr. Laffer event, correct?
11                        A.   Yes.
12                        Q.   How is that room booked and by
13         whom?
14                        A.   I haven't dealt with any of that.
15                        Q.   You had no involvement into that
16         process?
17                        A.   No, I -- I did not deal with any
18         of that.
19                        Q.   Was there a luncheon with Dr.
20         Laffer before the speaking event?
21                        A.   Yes, that was on the afternoon.
22                        Q.   Did you attend that lunch?
23                        A.   I did.
24                        Q.   Who attended the lunch beside
25         you?
```

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    A.   Me, a few of the College
 3    Republicans and a few of the finance society, I think
 4    that's what the name of it is, a few of their board
 5    members as well.
 6                    Q.   What occurred at the lunch?
 7                    A.   It was just a Q&A with Dr.
 8    Laffer, just small talk.  Sorry?
 9                    Q.   Who paid for the lunch?
10                    A.   I have no idea.
11                    Q.   Was this lunch incorporated into
12    the contract with Dr. Laffer and part of his fee?
13                    A.   I -- I don't know.
14                    Q.   Was there a press conference
15    either before or after the lunch?
16                    A.   No, we just had lunch and spoke
17    with him.
18                    Q.   You weren't present at any press
19    conference involving Dr. Laffer that day?
20                    A.   I have no knowledge.
21                    Q.   Do you know who Jeff Coughlan is
22    or C-O-U-G-H-L-A-N, Coughlan -- yeah, Coughlan.  Do
23    you know who funded Dr. Laffer's appearance?
24                    A.   I hadn't dealt with the funding
25    or any of that with the event.
```

Page 69

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                        Q.   You don't know who paid for?

3                        A.   All I know is that YAF was

4      involved, but besides that, it was other people and

5      College Republicans were dealing with that, that

6      wasn't my responsibility.

7                        Q.   Was The Case Against Socialism

8      event held on October 28th, 2019?

9                        A.   I don't remember the day, but it

10     was in October 2019.

11                       Q.   Did you ever meet with anybody

12     from Binghamton University about the event before the

13     event?

14                       A.   I hadn't.

15                       Q.   Did you have any contact with the

16     university police members about the case against

17     socialism event before the event?

18                       A.   I hadn't dealt with them.

19                       Q.   Was anybody from the university

20     police department present at The Case Against

21     Socialism event?

22                       A.   I think so.  I don't remember

23     though.

24                       Q.   Did anybody from the university

25     prevent that event from going forward?

Page 70

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    A.   I hadn't dealt with getting that

3       event together, so I wouldn't have any knowledge on

4       that.

5                    Q.   What is PLOT?  We talked about

6       them being in the caption, the Progressive Leaders of

7       Tomorrow; do you know what that organization is?

8                    A.   From what I'm aware, it's

9       evidently the name, it's a progressive organization.

10      And from what I've known and what I've at least heard

11      is it's somewhat similar to Antifa.  So that's all I

12      know.

13                   Q.   Is it a Binghamton University

14      student group or an outside group if you know?

15                   A.   From what I know it's an outside

16      group.  I don't know -- I don't know much about it.

17                   Q.   What about the College

18      Progressives, do you know who they are?

19                   A.   Yes, I do.  They -- and they are

20      a Binghamton group, I know that for a fact.

21                   Q.   What do you know about the

22      College Progressives?

23                   A.   They are a progressive-leaning

24      and very left-leaning organization at the university.

25                   Q.   Okay.  Do you have any personal

```
1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
2          knowledge regarding whether the Defendant Brian Rose
3          had any direct contact or communication with any
4          representative of PLOT during the calendar year 2019
5          up to and including the tabling events or Laffer
6          event?
7                    A.   That is not within my knowledge,
8          I don't know.
9                    Q.   Do you have any personal
10         knowledge regarding whether Defendant Harvey Stenger
11         have any direct contact or communication with any
12         representative of PLOT during the calendar year 2019
13         up to and including the tabling events or Laffer
14         event?
15                   A.   I wouldn't know.
16                   Q.   Do you have any personal
17         knowledge regarding whether the Defendant John
18         Pelletier had any direct contact or communication
19         with any representative of PLOT during the calendar
20         year 2019 up to and including the tabling events and
21         Laffer event?
22                   A.   I don't have any knowledge of
23         that either.
24                   Q.   Same questions as it pertains to
25         the College Progressives.  Do you have any personal
```

Page 72

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2          knowledge regarding whether Defendant Brian Rose had
 3          any direct contact or communication with any
 4          representative of College Progressives during the
 5          calendar year 2019 up to and including the tabling
 6          event and Laffer event?
 7                      A.   I don't know.
 8                      Q.   Do you have any personal
 9          knowledge regarding whether Defendant Harvey Stenger
10          had any direct contact or communication with any
11          representative of College Progressives during the
12          calendar year 2019 up to and including the tabling
13          event and Laffer event?
14                      A.   I don't have any knowledge on
15          that.
16                      Q.   And do you have any personal
17          knowledge regarding whether Defendant John Pelletier
18          had any direct contact with any representative of
19          College Progressives during the calendar year 2019 up
20          to and including the tabling event and Laffer event?
21                      A.   I don't know.
22                      Q.   You don't know?  Okay.  Let's go
23          to paragraphs forty-seven and forty-eight of Exhibit
24          One, which is the verified complaint in this matter.
25                      MR. MOORE:    Annette if you could put
```

Page 73

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        those up on the screen I'd appreciate it.  It starts

3        at the bottom of page twelve, Annette and conclude at

4        the top of page thirteen.  Right there.  I'll read a

5        paragraph forty-seven into the record first.

6                    BY MR. MOORE:  (Cont'g.)

7                    Q.    That reads, on Thursday,

8        November 14, 2019, College Republicans organized the

9        tabling event in a high-traffic area of SUNY

10       Binghamton's campus known as The Spine.  College

11       Republicans' table was not blocking access to

12       buildings or pedestrian traffic.

13                    And then the next paragraph, paragraph

14       forty-eight reads as follows, as they and many other

15       student organizations have done previously, College

16       Republicans did not obtain a permit from the  Student

17       Association to table on this date.  Did  I read those

18       paragraphs correctly, ma'am?  We lost -- we lost her

19       Steve.

20                    MR. MILLER:  Lacey, are you still on?

21       Just give her a second.

22                    THE WITNESS:  Sorry, I think my Wi-Fi

23       went out for a quick second.

24                    MR. MOORE:  It's okay.  It's the

25       problem with these remote depositions.

Page 74

1     2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                     BY MR. MOORE:   (Cont'g.)

3                     Q.   I just read paragraphs forty-

4        seven and forty-eight into the record.   Where did --

5        where did we -- we lose you?

6                     A.   I think I heard you read them and

7        then I went out.

8                     Q.   Well, did I read those paragraphs

9        correctly?

10                    A.   Yes, that's what I recall you

11       asking that when -- when I went out.

12                    Q.   Where was this tabling event

13       held?

14                    A.   It was on The Spine of the

15       campus.

16                    Q.   What is The Spine?

17                    A.   It's just a center walkway,

18       essentially down Binghamton's main lecture halls.

19                    Q.   It's a walkway, outdoor walkway.

20       Is that correct?

21                    A.   Yes, it's basically just a

22       straightaway where all the lecture halls and just the

23       main part of campus is located.

24                    Q.   Fair to say walking sidewalk on

25       campus near the lecture hall buildings, is that a

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       fair statement?
 3                    A.   Yes, it -- it's just a main long
 4       walkway that goes throughout the center.
 5                    Q.   Were you personally present for
 6       the tabling event?
 7                    A.   Yes, I was.
 8                    Q.   And were you there for the entire
 9       event or only a portion?
10                    A.   I was there for the entire event.
11                    Q.   And what time did it begin?  If
12       you see paragraph fifty, now it says ten a.m.  Is
13       that accurate?
14                    A.   Yes, around that time period.
15                    Q.   And let's look at paragraph
16       forty-eight, it says, as they and many other student
17       organizations have done previously, College
18       Republicans did not obtain a permit from the Student
19       Association to table on this date.  What does this
20       refer to?
21                    A.    It refers to myself and the other
22       people I was with setting up a table on the side of
23       The Spine without a permit.
24                    Q.   Were you -- were you aware of the
25       process for obtaining a permit for tabling on The
```

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2         Spine?

3                      A.   No, I did not deal with that.

4                      Q.   Who did deal with that for the

5         College Republicans?

6                      A.   I believe it was John Restuccia,

7         I don't know though.

8                      Q.   Are you familiar with what's

9         called the B THERE System, it's capital B-T-H-E-R-E,

10        you know what B THERE is?

11                     A.   I don't think I've ever heard of

12        that.

13                     Q.   Do you know whether the College

14        Republicans have utilized the B THERE System to

15        secure room for Dr. Laffer's appearance?

16                     A.   I haven't dealt with that, I

17        don't know.

18                     Q.   Do you know if the College

19        Republicans tried to utilize the B THERE System to

20        secure a space for the November 14 tabling event?

21                     A.   I don't know, that's not my

22        knowledge.

23                     Q.   Were you involved in any

24        discussions with any members of the College

25        Republicans before November 14, 2019, regarding

Page 77

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        whether the group planned to secure a space for the

3        tabling event?

4                    A.   I don't recall.

5                    Q.   You don't recall whether you were

6        involved in any conversations?

7                    A.   I don't recall about -- it maybe

8        with setting up the tables and just getting

9        everything together, but I hadn't dealt with much of

10       the -- much at all of that, I guess, to some extent.

11                   Q.   Well, my question was, did

12       anybody discuss it?  Did you ever hear anybody say we

13       need to get a space -- reserved a space for a table

14       or we're not going to reserve a space for the

15       tabling?

16                   A.   I don't remember.

17                   Q.   Okay.  So you have no memory of

18       that discussion ever coming up in your presence?

19                   A.   I don't recall, no.

20                   Q.   Okay.  It says, paragraph forty-

21       eight, as they had done previously, College

22       Republicans did not obtain a permit from the Student

23       Association to table.  Are you aware of other events

24       when this -- when the College Republicans had a

25       tabling and didn't obtain a permit before November

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2    14, 2019?

3                    A.    I don't recall.

4                    Q.    You're not aware of it?

5                    A.    No, I'd only been on the campus

6    for -- I only got involved about a month earlier at

7    that point, so.

8                    Q.    Fair enough.  Are you aware of

9    any other student organizations who tabled on The

10   Spine without a permit before November 14, 2019?

11                   A.    I didn't have much knowledge of

12   anything with permits.  I didn't deal with any of

13   that, so I wouldn't know.

14                   Q.    Same question for after November

15   14, 2019.  Are you aware of any other student

16   organizations who tabled on The Spine after November

17   14, 2019 without a permit?

18                   A.    I -- I wouldn't know.

19                   Q.    How many tables did the College

20   Republicans have on November 14, 2019?

21                   A.    College Republicans had one

22   table, and then there was another table, but that was

23   a Turning Point table, so a total of two.

24                   Q.    Two you said?

25                   A.    Yes.

Associated Reporters Int'l., Inc.

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.    So there were two tables on The

3      Spine?

4                    A.    Yes, there was two tables.

5                    Q.    Who was, quote unquote, working

6      the College Republicans table on November 14th, 2019?

7                    A.    Well, it was me and Jon Lizak,

8      we're going back and forth between the two tables.

9                    Q.    So were you also working the

10     T.P.U.S.A. table?

11                   A.    Yes, I was working that one as

12     well, I was just shuffling back and forth between the

13     two.

14                   Q.    Okay.  And was Jon Lizak

15     shuffling back and forth between both tables?

16                   A.    I -- I don't recall exactly, I

17     think he might have.

18                   Q.    How about other College

19     Republican members, was anybody else working both

20     tables?

21                   A.    I don't remember.

22                   Q.    Was anyone who was not a College

23     Republicans member working the T.P.U.S.A. table?

24                   A.    Taylor Sandusky would be one

25     because he was my Turning Point rep and was helping

1        2/13/2023 - Young America's v Stenger - Lacey Kestecher

2             out with that table.  So he was just doing that.

3                          Q.    What was -- what was on or around

4             the College Republicans' tables? I mean, did you have

5             any materials on the table or signs or pictures or

6             anything like that?

7                          A.    I believe it was promotional --

8             from what I remember it was the promotional Trump

9             tariffs and taxes or however it was phrased, I think

10            we had those Arthur Laffer promotional material being

11            given out because we had that event going on the

12            coming days, besides that --

13                          Q.    So you, go ahead.

14                          A.    I brought a Trump cut out, but

15            besides that, that was for them the -- that was for

16            that table.

17                          Q.    So you had a Donald Trump

18            cardboard cut out at the College Republican's table.

19            Is that a fair statement?

20                          A.    Yes, I kind of just brought it

21            out with the tables, so I don't recall if it was

22            really towards one or the other, it was just there

23            with a -- which went along with the event promotional

24            so --.

25                          Q.    In your head, is it true that

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        you're handing out flyers for the Dr. Laffer event?

3                        A.   From what I recall, that's what I

4        was doing.

5                        Q.   How many flyers if any, were

6        handed out to passerbys -- passersby?

7                        A.   I -- I couldn't give a number, I

8        -- I had no idea.  I couldn't remember.

9                        Q.   And how -- do you know how many

10       flyers you brought to the event?

11                       A.   I don't -- I don't know.

12                       Q.   There's an email from John

13       Restuccia which says, a hundred and fifty flyers were

14       handed out at the tabling.  Would you have any reason

15       to disagree with that specification?

16                       A.   I wouldn't.

17                       MR. MILLER:  Objection, call -- calls

18       for speculation, you can answer if you know.

19                       BY MR. MOORE:  (Cont'g.)

20                       Q.   Do you know?

21                       A.   I hadn't dealt with printing out

22       materials or getting them together.  I was just

23       handing them out so --.

24                       Q.   So if John wrote that, you don't

25       know whether it's true or not.  Is that a fair

Associated Reporters Int'l., Inc.

Page 82

```
 1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2        statement?
 3                        A.   I wouldn't know, he -- he dealt
 4        with that so that wasn't my -- it wouldn't be in my
 5        knowledge.
 6                        Q.   By the way I don't want you to
 7        guess about anything.  Was there anything else being
 8        handed out at the College Republican's table other
 9        than flyers?
10                        A.   I don't recall, maybe there was a
11        sign-up sheet, I don't remember, I don't know.
12                        Q.   What would the sign-up sheet be
13        for?
14                        A.   Getting names and emails down for
15        the email list or that might -- I might be confusing
16        it with a Turning Point table, I don't know, but I
17        know there was those flyers for the event.
18                        Q.   And was anything else being
19        handed out by the College Republicans?
20                        A.   I -- I can't recall.
21                        Q.   Other than the cardboard cutout
22        of then President Trump, were there any other signs
23        or pictures at the College Republicans table?
24                        A.   Not from what I remember.
25                        Q.   How far away was the T.P.U.S.A.
```

Page 83

1       2/13/2023 - Young America's v Stenger - Lacey Kestecher

2          table from the College Republican's table?

3                      A.   Few feet and I don't, they

4          weren't -- they weren't too far, I don't -- I don't

5          know exactly.

6                      Q.   Can you describe what was

7          displayed at the T.P.U.S.A. table?

8                      A.   It was a typical, the general

9          Turning Point sign, so it was a wide breadth of them

10         ranging from the free speech sign, to pro-second

11         amendment sign, to free market signs.  It wasn't

12         anything in particular, there was a wide array.

13                     Q.   Okay.  Did the College

14         Republicans coordinate the tabling events with

15         T.P.U.S.A. before the event?

16                     A.   Actually, from what I remember it

17         wasn't supposed to happen like that.  The Turning

18         Point was -- we were going to have an event the

19         following week, but just time restraints and

20         everything it just so happened that we fell on the

21         same day with each other.  So that was the only

22         reason why it end up being both tables at once.

23                     Q.   Okay.  Someone coordinated the

24         fact that College Republicans is having a tabling

25         about the Dr. Laffer event, T.P.U.S.A. should join or

Page 84

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        vice versa.  You understand what I'm asking?

3                    A.   Not exactly, sorry, can you

4        rephrase that?

5                    Q.   Okay.  Well, let's look at

6        paragraph forty-nine of the compliant complaint.

7        It's right up there in the screen.  And I'll read it

8        into the record.  It says, this tabling event

9        promoted an upcoming lecture by renowned economist

10       and presidential adviser Dr. Arthur Laffer titled,

11       Trump, tariffs, and trade wars that College

12       Republicans was co-hosting with Y.A.F. on Monday,

13       November 18, 2019.

14                    And after that, it says Dr. Laffer

15       event.  Is that why the College Republicans tabling

16       event was held; what's described in paragraph forty-

17       nine?

18                    A.   Yes, it was designed to promote

19       that event that was upcoming in the coming days.

20                    Q.   And how was that date picked,

21       November 14, 2019?

22                    A.   I don't know, I don't pick it.

23                    Q.   Okay.  And do you know who did

24       pick it?

25                    A.   I don't have that knowledge.

Associated Reporters Int'l., Inc.

                                                              Page 85

1     2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                      Q.   Was it John Restuccia, who is

3     president of the College Republicans at the time or

4     don't you know?

5                      A.   I -- I don't know who would have

6     been in the organization.

7                      Q.   November 2019, you were

8     associated with T.P.U.S.A., correct?

9                      A.   Indeed I was.

10                     Q.   Did T.P.U.S.A. have November 14,

11    2019, secured as a date that that organization was

12    going to table before November 14, 2019?

13                     A.   We plan to have it at some point

14    in the near future, that wasn't necessarily going to

15    be the day, it just worked out logistically for us.

16                     Q.   Okay.  Well, how did that come to

17    be is what I was getting at before.  Did College

18    Republicans decide to do the tabling on The Spine and

19    then T.P.U.S.A. joined up, or was it the other way

20    around?

21                     A.   I don't recall necessarily.  It

22    was just -- just so happened, I -- I don't know.

23                     Q.   T.P.U.S.A. brought materials

24    there, correct?

25                     A.   Yes, they did.

Page 86

1     2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.   And there was an individual named

3     Taylor, who was an employee of T.P.U.S.A. who was

4     there, correct?

5                    A.   Yes.

6                    Q.   And you would describe him as

7     your rep, correct?

8                    A.   He -- he was the Turning Points'

9     rep for that region, whatever region they were given

10    in the northeast for this position work entering

11    point.  So Binghamton fell under that jurisdiction.

12                   Q.   Well, how did Taylor find out

13    about this tabling on November 14, 2019, so he bought

14    a table and written materials and signs to that?

15                   A.   Well, it's because we -- well, we

16    had plans to table at some point and it just so

17    happened that that was the day that worked out for

18    us.

19                   Q.   Did you tell him that that was

20    the day it was going to happen?

21                   A.   I don't recall, we just worked

22    out a day that worked for both of our schedules.

23                   Q.   How did you work it out, in

24    person or was there a written -- some sort of message

25    sent between you and Taylor or someone else and

Page 87

```
1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
2         Taylor to secure that date?
3                        A.   Might have been either text
4         message or phone call, I don't recall.
5                        Q.   Do you maintain text messages
6         with Taylor on your phone?
7                        A.   I probably lost any from that
8         long ago at this point.
9                        Q.   Okay.  I'm going to make a
10        request that you do search on your phone to find
11        whether you have any text messages or other messages
12        whether it be emails, social media, et cetera with
13        Taylor regarding the November 14, 2019 tabling,
14        either before, during or after that event, okay?
15        Yes?
16                        A.   Yes.
17                        MR. MILLER:  Yeah, we'll -- we'll
18        touch base and we'll get back to you on that.
19                        MR. MOORE:  Okay.
20                        BY MR. MOORE:  (Cont'g.)
21                        Q.   Now let's go to Exhibit
22        Seventeen.
23                        MR. MOORE:  If you could put that up
24        on the screen, please, we'll return to Exhibit One,
25        Annette.  Can we turn that?
```

Page 88

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    BY MR. MOORE:   (Cont'g.)

3                    Q.   Do you recognize that photo Ms.

4    Kestecher?

5                    A.   Yes, I do.

6                    Q.   What is that a photograph of?

7                    A.   That was when we were tabling the

8    day of.

9                    Q.   This -- who is depicted in this

10   photo?

11                   A.   I don't know who the students

12   are, but I'm on the right-hand side and Taylor's on

13   the left-hand side.

14                   Q.   Okay.  What does your hat say?

15                   A.   Trump 2020.

16                   Q.   And what is on the table there on

17   the T.P.U.S.A. table?

18                   A.   From what I recall, we had

19   stickers, pens --

20                   Q.   Are those ...?

21                   A.   I don't recall.

22                   Q.   There's a sign to the left of

23   Taylor.  It says, I'm pro-choice pick your gun, and

24   then there's a -- there's the three images which are

25   a Glock 27, AR-15, and a 12 gauge.  Is that correct?

Page 89

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    A.   Yes, that's correct.

3                    Q.   What is the sign below that?

4                    MR. MOORE:   If you could scroll down a

5          little, Annette.

6                    BY MR. MOORE:   (Cont'g.)

7                    Q.   It seems to be a year fee, what

8          is that a photograph or a picture of?

9                    A.   Trying to play promotional, just

10         get your gun.

11                   Q.   Sort of looks like an image of a

12         rainbow in the shape of an AR-15.  Is that correct?

13                   A.   Yes, it appears to be.

14                   Q.   At the feet of the students,

15         there's a sign behind that.  Do you have any

16         recollection of what that sign said?

17                   A.   No, I can't see it, I -- I don't

18         know there was a bunch of signs, so.

19                   MR. MOORE:   Annette, if you could

20         scroll up a little bit so we can see the top of the

21         picture.

22                   BY MR. MOORE:   (Cont'g.)

23                   Q.   We see the stand-up which appears

24         to be the -- the President Trump stand-up that you

25         described, correct?

Page 90

1     2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    A.   Yes.

3                    Q.   That seems to be at the vicinity

4     of another table.  What is that other table?

5                    A.   That would be the College

6     Republicans table there.

7                    Q.   There seems to be a box on top of

8     that.  What is that box?

9                    A.   I don't recall, but probably the

10    promotional material I presume, because it was also

11    windy that day, I think.  What I remember is we had

12    to hold stuff down so it wouldn't fly everywhere.

13                   Q.   All right.  Paragraph fifty of

14    the complaint -- we can go back to Defendant Exhibit

15    One here.  That reads, members of College Republicans

16    arrived on The Spine at approximately ten a.m. and

17    tabled for close to three hours without incident,

18    during which time they engaged with student passersby

19    regarding the upcoming Dr. Laffer Event.  Did I read

20    that correctly?

21                   A.   Yes.

22                   Q.   And is that what occurred?

23                   A.   Yes, that was -- that was what

24    happened.

25                   Q.   Was there any plan on how long

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2       the tabling event would last?

3                    A.   What I recall just how long is

4       our schedules permitted based off of class schedules

5       and everything else.

6                    Q.   Did you have class that day?

7                    A.   I believe I had a class that

8       evening.

9                    Q.   Were there any negative

10      interactions or protests before one p.m. on November

11      14, 2019, at the tabling event?

12                   A.   I can't recall exactly the times,

13      it happened over the course, the build-up of the

14      entire incident.

15                   Q.   Did you have any personal contact

16      with university officials or B.U. police before one

17      p.m.?

18                   A.   No, I had not.

19                   Q.   Did you ever personally contact

20      anybody from the university or the Binghamton

21      University police during the tabling event?

22                   A.   I had not.

23                   Q.   Did you ever contact anybody else

24      to report anything that had occurred during the

25      tabling event during the tabling?

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                        A.   Well, when the police showed up,
 3           I mean, that was when the contact happened was when
 4           they came to the tabling event that's when we had
 5           contact, but besides that I -- I didn't have contact
 6           beforehand.
 7                        Q.   Did you have contact with anybody
 8           else during the tabling events other than passersby
 9           and people who were at the table?  In other words,
10           did you send any texts or emails or anything like
11           that while the tabling was going on?
12                        A.   I recall maybe I had some contact
13           with other College Republicans, but besides that, it
14           was pretty focused in on the event.
15                        Q.   Paragraph fifty-one, which is on
16           the screen of Exhibit One reads as follows, at
17           approximately one thirty p.m. a mob of Defendant
18           College Progressives confronted College Republicans
19           over the content of their tabling.  College
20           Progressives incited other members to join the mob by
21           sending messages to group chat rooms with numerous
22           other students.  Did I read that correctly?
23                        A.   Yeah.
24                        Q.   Were you present when this
25           occurred?
```

Page 93

1        2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                              A.    Yes.

3                              Q.    How many people confronted the

4        College Republicans?

5                              A.    Lots of people.  I think it was

6        rumored that at some point it reached around two

7        hundred people or so.  It was a lot, I -- I don't

8        know, it was overwhelming.

9                              Q.    Okay.  And did it began at

10       approximately one thirty p.m. as it -- as it states

11       in paragraph fifty-one?

12                             A.    Yes, around that time.

13                             Q.    And how do you know they were

14       members of the College Progressives there?

15                             A.    Well, when you look at the video

16       footage, you could see their president or V.P. gave

17       them more hate, yelling at us in the video, so she's

18       clearly seen herself.  I didn't know many of the

19       College Progressive members, other people had,

20       College Republicans, but she's the one who I could

21       certainly point out to you.

22                             Q.    In your opinion, did the

23       individuals who protested the tabling event have a

24       First Amendment right to do so?

25                             A.    They could protest what they want

1     2/13/2023 - Young America's v Stenger - Lacey Kestecher

2         to, but they don't have the ability to take our gear,

3         and destroy it, and scream in our faces, and harass

4         us.

5                     Q.   Did -- you said the police showed

6         up?

7                     A.   They had.

8                     Q.   Do you know who contacted the

9         police?

10                    A.   I have no knowledge of that.

11                    Q.   Let's look at paragraph fifty-

12        five.

13                    MR. MOORE:  Steve will go for about

14        five more minutes and then take a lunch break.

15                    MR. MILLER:  Yeah.

16                    BY MR. MOORE:  (Cont'g.)

17                    Q.   Fifty-five reads, U.P.D. arrived

18        at the scene and instead of dispersing the mob and

19        protecting College Republicans' rights to free speech

20        as the written regulations required, applied the

21        speech suppression policy by demanding that College

22        Republicans leave The Spine while the College

23        Progressives chanted, pack it up.  Did I read that

24        correctly?

25                    A.   Yes, you did.

```
 1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    Q.   Do you know what time the police
 3      appeared?
 4                    A.   I don't recall.
 5                    Q.   You don't know who called them?
 6                    A.   No, I do not know.
 7                    Q.   Do you how many of them appeared?
 8                    A.   From what I remember, I believe
 9      it was between three and five.
10                    Q.   Did you feel in danger at that
11      time?
12                    A.   Yes, I did.
13                    Q.   And what occurred when the police
14      appeared?
15                    A.   Nothing much changed.  They just
16      tried to -- I don't really know how to describe it,
17      per se.  They were just -- they were trying to ensure
18      that nothing else occurred.  I mean, they were just
19      as -- the protesters were just as uncivilized when
20      they showed up, so.
21                    Q.   Didn't the police stand between
22      the College Republicans and the protesting
23      individuals?
24                    A.   From what I recall that's what
25      they were trying to do.
```

Page 96

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                        Q.   Did you personally have any
 3    conversations with the police?
 4                        A.   When I was at the protest, and it
 5    was occurring, yes, I told them that from what I
 6    recall, I wasn't feeling safe because I had the one
 7    woman in the video kept pressing against me.  So the
 8    officer had to say something to her.  So I guess that
 9    would be an interaction there.
10                        Q.   Do you know what her name was?
11                        A.   It was Erin Snashall, I believe.
12                        Q.   Is that the individual who knock
13    your hat off?
14                        A.   I don't recall if it was her or
15    somebody else.  It was very hectic, so somebody took
16    it off my head.
17                        Q.   Did anyone say anything to you
18    while you were tabling about whether you had properly
19    reserved space for the tabling?
20                        A.   From what I recall, I think
21    somebody from the administration had spoken about it
22    and I don't remember much though.
23                        Q.   Do you know who that person was?
24                        A.   No, I -- I -- I don't know who he
25    was.
```

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                        Q.   Do you know if that was someone

3      from the Student Association or from the Binghamton

4      University Administration?

5                        A.   I believe he was from Binghamton,

6      not the Student Association.

7                        Q.   You don't know who that

8      individual was?

9                        A.   No, I don't know who that was.

10                       Q.   Do you know what that person said

11     to you?

12                       A.   He just asked us because it was

13     getting louder and louder because it was in his

14     jurisdiction to watch over that area that if maybe we

15     could move because of that.

16                       Q.   Okay.  Did you say anything in

17     response to that, or did anyone from the College

18     Republicans respond to that?

19                       A.   I don't recall.

20                       Q.   Okay.  Did the College

21     Republicans at any point pack up tables and materials

22     and leave The Spine?

23                       A.   I don't remember if we packed

24     stuff up or not, we were just scurried away

25     essentially.  So the police officers kind of led us

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2        out.  All I remember is that our tables were getting
 3        crushed and they were kicking them and everything,
 4        so.
 5                    Q.   Well, when you left where the
 6        tables folded up along with the materials that were
 7        there.
 8                    A.   I -- I don't recall, it -- it --
 9        it was hectic, I don't really remember what happened.
10        All I remember is getting out of the situation.
11                    Q.   Where did you go from The Spine?
12                    A.   Well, the police officers and I
13        guess all of us we were just led out towards one of
14        the close-by buildings, I don't know what the
15        building was, sorry.
16                    Q.   Did the police escort you there?
17                    A.   I don't recall.  There was all
18        the police in the building, so I think somebody just
19        told me that we're leaving from what I remember and
20        we all just followed the police evidently because we
21        all ended up in the same spot.
22                    Q.   Who told you, you were leaving?
23                    A.   From what I remember, I think it
24        was John Restuccia.
25                    Q.   And who was in the group that
```

```
 1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       left?
 3                        A.   It's me, and I believe Taylor, I
 4       think it is John Restuccia, Jon Lizak and I think
 5       some of the students also there, to the best of my
 6       memory that's what I remember.
 7                        Q.   Were there any police with you
 8       when you were leaving?
 9                        A.   I just followed everybody and
10       where we all ended up the police were there, so.
11                        Q.   How many police were there where
12       you ended up?
13                        A.   I don't recall, maybe around a
14       handful.
15                        Q.   You said three to five were out
16       on The Spine, how many ended up where you went to?
17                        A.   I can't remember I think around -
18       - somewhere around that same number.
19                        Q.   And do you know any of their
20       names -- any of the police officers?
21                        A.   And I wouldn't know, I wouldn't
22       recall.
23                        Q.   Do you know, Vice President --
24       B.U. Vice President Brian Rose by sight?
25                        A.   I -- I know his name.
```

Page 100

```
 1        2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                        Q.   If you saw him today would you
 3        know it was him?
 4                        A.   No, I wouldn't -- I wouldn't, no.
 5                        Q.   Was he at the November 14th, 2019
 6        tabling event?
 7                        A.   I -- I wouldn't have any
 8        knowledge of that.
 9                        Q.   What -- do you have any personal
10        knowledge whether he had any personal involvement in
11        directing the actions of B.U. police on November 14,
12        2019?
13                        A.   That would not be my knowledge.
14                        Q.   Do you know B.U. President Harvey
15        Stenger by sight?
16                        A.   Yes, I do.
17                        Q.   Was he at the November 14, 2019
18        tabling event?
19                        A.   I don't recall him being there.
20                        Q.   Do you have any personal
21        knowledge whether President Stenger have any personal
22        involvement in directing the actions of the B.U.
23        police in November 14, 2019?
24                        A.   I won't have any knowledge of
25        that.
```

Page 101

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    Q.   Do you know Defendant John
 3         Pelletier by sight?
 4                    A.   I know who he is.
 5                    Q.   Who is he?
 6                    A.   I think he was the chief of
 7         police for Binghamton.  I think he was present at
 8         that time from what I recall.
 9                    Q.   Was he at the November 14, 2019
10         tabling event, if you know?
11                    A.   From what I recall, he was.
12                    Q.   Where was he?
13                    A.   I wouldn't know it was so hectic.
14         There were so many people there.
15                    Q.   Okay.  Well, you said you
16         believed he was, where did you see him?
17                    A.   I couldn't pinpoint a spot, it
18         was hectic the whole event, so.
19                    Q.   Did you have any conversations
20         with Chief Pelletier at the scene?
21                    A.   I don't recall.  I had
22         conversations with some of the officers.  But I
23         couldn't recognize the officer by name and face per
24         se.  I was just trying to make sure I wasn't getting
25         or I was at least protected.  So I was interacting
```

Page 102

```
 1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2        with the officers, but I don't necessarily know all
 3        their names.  It was overwhelming.
 4                     Q.   Okay.  Were they protecting you
 5        at the scene, or trying to?
 6                     A.   I don't really know what they
 7        were trying to do per se.  I can't speak on behalf of
 8        them, but it didn't really seem like much was going
 9        on because the protesters were continuing to just
10        surround us.  They were just trying to serve as a
11        barricade, but the students were getting increasingly
12        rowdy throughout the time period.
13                     Q.   There were about two hundred
14        students?
15                     A.   From what I recollect it got up
16        to that number, I believe.
17                     Q.   From what you recall, about three
18        to five officers?
19                     A.   That's what I remember, but it's
20        been three years so I can't -- I can't really recall
21        much.
22                     Q.   Okay.
23                     MR. MOORE:   It's one zero five right
24        now.  Do we want to take a break so people can get
25        lunch and then come back?
```

Page 103

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    MR. MILLER:  Yeah, that sounds good.
 3         What time do you want to start up again?
 4                    MR. MOORE:  You tell me.  I mean, I
 5         can be quick, but --.
 6                    MR. MILLER:  How about -- should we
 7         say about one twenty-five or one thirty, is that --
 8         is that work for everybody?
 9                    MR. MOORE:  Let's say one thirty.
10         It's one zero five right now, so we'll say one
11         thirty.  That work for everybody?  Okay.  We'll see
12         you at one thirty, thanks.
13                         (Off the record, 1:05 p.m.)
14                         (On the record at 01:35 a.m.)
15                    THE REPORTER:  We're on the record.
16                    MR. MOORE:  Okay.  You're prepared to
17         proceed, Ms. Kestecher?
18                    THE WITNESS:  Sorry.  Yeah.
19                    MR. MOORE:  What I'm looking at is the
20         -- the -- I'm going to look at the -- the full
21         statement that's there under the words official
22         statement.  I can see it fine from here as long as
23         the witness can.
24                    BY MR. MOORE:  (Cont'g.)
25                    Q.  So we're -- we're back on the
```

Associated Reporters Int'l., Inc.

Page 104

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2         record.  Are you -- you're prepared to proceed, Ms.

3         Kestecher?

4                        A.   Yes, I am.

5                        Q.   Okay.  I'm showing you what's

6         been marked as -- previously marked as Defendant's

7         Exhibit Twelve.  This appears to be a social media

8         post, a Facebook post on -- by the Binghamton

9         University College Republicans dated November 17th,

10        2019.  Do you recognize this social media post?

11                       A.   It looks familiar, but I don't

12        recall much of it.  I didn't deal with the social

13        media for College Republicans.

14                       Q.   Okay.  Well, that's my next

15        question.  Did you have any participation in

16        authoring this statement?

17                       A.   No, I don't -- I don't recall.

18                       Q.   It says at the top, official

19        statement by B.U.C.R. President John Restuccia

20        regarding November 14th incident.  Do you see that?

21                       A.   Yes, I do.

22                       Q.   Did you have any contact with Mr.

23        Restuccia about preparing this statement before it

24        was posted?

25                       A.   Not from what I recall.

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    MR. MOORE:  Okay.  Annette, can you

3        scroll down a little so we can see the whole

4        statement?  Okay.  That's good.

5                    BY MR. MOORE:  (Cont'g.)

6                    Q.   The second paragraph reads, we

7        are handing out free hot chocolate to help promote

8        the upcoming Y.A.F. sponsored event re -- featuring

9        renowned economist Arthur Laffer.

10                   Volunteers at the Turning Point U.S.A.

11       table next to us were recruiting members with their

12       posters and pins.  Many organizations from all

13       political sides and many non-political organizations

14       tabled in this manner on campus every week.  Did I

15       read that correctly?

16                   A.   Yes, you did.

17                   Q.   Who were the volunteers at the

18       Turning Point U.S.A. table?

19                   A.   Well, it was me, Taylor was

20       there, John Lizak and whatever other College

21       Republicans passed their way through and maybe helped

22       between classes.  I don't recall who that would've

23       been though, per se.

24                   Q.   But the three people you

25       mentioned were working both tables, you, John Lizak,

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        and Taylor?

3                    A.    Taylor was not working with the

4        College Republicans table strictly.

5                    Q.    He was at the table for

6        T.P.U.S.A.?

7                    A.    Yes.

8                    Q.    But you and John Lizak were

9        working both tables, is that a fair statement?

10                   A.    Yes, the two of us were -- we're

11       -- we were going between the two.

12                   Q.    And you're -- and are you aware

13       of any other political and non-political

14       organizations that tabled in that place on campus

15       every week as it states in this statement?

16                   A.    I'm not really familiar with how

17       people go about tabling.

18                   Q.    Okay.  Let's look at the -- the

19       fourth paragraph there and it says as follows.  I'll

20       read it into the record.  It has been suggested that

21       the incident in question occurred because we didn't

22       have proper permitting.

23                   In the past, Turning Point U.S.A. and

24       our organization have tabled without any problems and

25       weren't required to secure any sort of permits.

Page 107

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2    Countless other organizations have similarly tabled

3    without a permit requirement.  Did I read that

4    correctly?

5              A.   Yes.

6              Q.   If you know, how many times has

7    Turning Point U.S.A. tabled without any problems

8    without permits on the Binghamton University campus?

9              A.   From what I recall we previously

10   had beforehand, I don't recall if we had a table or

11   not.  But we were handing out materials, collecting

12   signatures about a month earlier, was it -- it might

13   have been end of September, early October.

14             Q.   But that wasn't associated with

15   the table?

16             A.   I -- I don't recall.

17             Q.   Do you remember where that was

18   located?

19             A.   Around the same spot.  On The

20   Spine.

21             Q.   But as you sit here today, you

22   don't recall whether there was a table or not?

23             A.   I can't recall exactly.  I know

24   we had a big sign, so.

25             Q.   Do you know what date that

Associated Reporters Int'l., Inc.

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2       occurred on?

3                       A.   I'm in -- I don't know.

4       September, October.

5                       Q.   Do you have any records regarding

6       that incident -- event, let's say?

7                       A.   I don't recall.

8                       Q.   Did you send out any social media

9       posts about that recruiting event?

10                      A.   I don't believe we even had a

11      social media at that time.

12                      Q.   Did you exchange any texts with

13      anybody regarding that recruiting event?

14                      A.   I don't recall.  It was me and

15      John Lizak who just went out there and promoted the

16      club for the first time on the campus.

17                      Q.   So would you just, if someone

18      walk by, you would hand them a flyer or something,

19      how did that work?

20                      A.   Yes, I think we had a -- we might

21      have had flyers, we might not have, I don't remember,

22      but we were just trying to get signatures.  It was

23      more or less, are you interested in the club, if you

24      are, put down your email.  And then, you want to sign

25      it, you sign.  If not, you walk by.

Page 109

```
1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
2                       Q.   And did people do so, did you get
3      any signatures?
4                       A.   Yes.  From what I recall, we got,
5      I mean, we were getting quite a bunch, I can't
6      remember a number, but we were getting people
7      interested.
8                       Q.   Do you still have that page with
9      the signatures or pages?
10                      A.   Yeah.  I -- I don't have it.
11                      Q.   Where did it go?
12                      A.   Probably in the garbage at this
13     point.  I -- I have no idea.  Lost it somewhere.
14                      Q.   Do you have any, I think you had
15     already answered this earlier in our deposition, but
16     do you have any knowledge of when the B.U. College
17     Republicans have tabled without a permit prior to
18     November 14th, 2019?
19                      A.   I don't have any knowledge of
20     that.  I -- I wouldn't know.
21                      Q.   Any -- okay.  And Turning Point
22     U.S.A. was not an approved student group at any point
23     during your time at Binghamton University, correct?
24                      A.   That's correct.  Yeah, it was
25     not.
```

Page 110

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.    This paragraph also says

3    countless other organizations have similarly tabled

4    without a permit requirement.  Can you name any of

5    those countless organizations to have tabled without

6    a permit requirement?

7                    A.    I didn't and I still don't -- I

8    don't know anything about the tabling or not the

9    tabling, but per se, the permit requirements, I don't

10   know anything about that, so I couldn't even speak to

11   anything with regard to it.

12                   Q.    Okay.  Did you file any police

13   reports as a result of the November 14th, 2019

14   tabling event?

15                   A.    Yes, I did.

16                   MR. MOORE:  Okay.  I'm going to ask

17   Annette if you could put the Exhibit JP Three up on

18   the screen.

19                   THE REPORTER:  I don't see an Exhibit

20   with that.  Pelletier three?

21                   MR. MOORE:  Yeah, that's it.

22   Pelletier three.  The sticker says JP Three.  This is

23   a --

24                   THE REPORTER:  Okay.

25                   MR. MOORE:  -- Deposition Exhibit that

Page 111

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2         was marked at the -- the deposition of John Pelletier
 3         back in October of last year, I believe.
 4                        BY MR. MOORE:  (Cont'g.)
 5                        Q.   Do you recognize this document,
 6         Ms. Kestecher?
 7                        A.   I recommend -- I recognize the
 8         name.  I'm presuming this was my police report.
 9                        Q.   Erin Snashall is the name, E-R-I-
10         N S-N-A-S-H-A-L-L?  That's on --
11                        A.   That was it.
12                        Q.   -- the first page of JP Three.
13         Who is that person, Erin Snashall?
14                        A.   She was the woman in the video,
15         so when you look through the footage, she was the one
16         who was ridiculing me for -- throughout the duration
17         of the hours that they were protesting.
18                        Q.   Okay.  And then, there is, near
19         the bottom of the page, we see a box titled
20         narrative.  You see that?
21                        A.   Yes.
22                        Q.   I'll read the first paragraph.
23         It says, this is date of action November 16th, 2019,
24         date written November 16th, 2019.  And it has the
25         Officer name, Orlando Torres, T-O-R-R-E-S,
```

Page 112

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2    Lieutenant.  Did I read that correctly?

3                    A.   Yes, you did.

4                    Q.   First paragraph reads, at

5    approximately sixteen twelve hours, I met with Lacey

6    Kestecher and John Lizak.  Both are resident students

7    of Binghamton University and members of the College

8    Republicans Group.

9                    They were both involved in the

10   incident that transpired November 14th and documented

11   an incident at four zero four six seven.  Each wish

12   to report claims of harassment.  As each have their

13   own incident in claims John's will be detailed in

14   incident four zero five zero four.

15                   John, however, was a witness to

16   Lacey's claims and as such will be mentioned in this

17   report and his written statement is attached.  Lacey

18   wished to make a claim against the female she

19   described in her statement attached, a tall, light-

20   skinned female with dreadlocks.

21                   She stated this female was very

22   aggressive to her.  Kept invading her personal space,

23   screaming in her face, threatened to spit on her, and

24   swore at her saying things like suck my dick, and

25   calling Lacey a pussy and a little white bitch.  Lacy

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2         advised she has video evidence of the allegation she

3         is making.

4                        Based on the description, Lacey gave

5         of the female and my knowledge of the incident, this

6         female's believed to be student Erin Snashall.  Erin

7         has not yet been interviewed regarding this incident.

8                        John stated that he witnessed much of

9         the behavior towards Lacey and stated that he also

10        feared for her safety given the aggressive behavior

11        described of the suspect.  Did I read that correctly?

12                        A.   Yes, you did.

13                        Q.   Did you meet with Lieutenant

14        Orlando Torres at approximately four twelve p.m. on

15        November 16th, 2019?

16                        A.   Yes, I did.

17                        Q.   What police department does

18        Lieutenant Torres work for?

19                        A.   It was the one -- one right on

20        Binghamton's campus, so --.

21                        Q.   University police?

22                        A.   Yes.

23                        Q.   Is that paragraph I just read an

24        accurate summary of that meeting?

25                        A.   Yes, that was.

Page 114

```
1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
2                    Q.   And it says, Lacey wished to make
3     a claim against the female she described in her
4     statement.  What claim does that refer to?
5                    A.   Presuming it was probably my
6     police report.
7                    Q.   Do you still have a copy of that
8     statement that is referenced in here?
9                    A.   Believe I have -- I do have the
10    copy.
11                   MR. MOORE:  Steve, I'm going to
12    request a copy of the statement that Ms. Kestecher
13    prepared because I think, as we've previously
14    discussed, this might have gone to the court, and
15    then been sealed, so I don't believe we had it.
16                   MR. MILLER:  Okay.  Can you put that
17    request in -- in writing after the deposition?  We'll
18    considered it.
19                   MR. MOORE:  Sure.
20                   BY MR. MOORE:  (Cont'g.)
21                   Q.   Second paragraph reads, Lacey,
22    then made -- made allegations that a black male
23    ripped her hat off of her head and threw it in the
24    crowd and made a motion as if to get her.
25                   Lacey was given a victim option here,
```

Associated Reporters Int'l., Inc.

Page 115

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       which she chose criminal prosecution.  I advised
 3       Lacey that based on the behavior she described, if
 4       charges were filed, they would likely amount to
 5       violation level harassment.
 6                      I advised her of the process for this
 7       of her filling out information and obtaining a
 8       summons from the suspect's appearance in court, she
 9       stated that she was fine with that.
10                      I advised Lacey this report, her
11       statement would be forwarded to appropriate persons
12       and someone would follow up with her.  Did I read
13       that correctly?
14                      A.   Yeah.
15                      Q.   Do you know who the black male
16       referred to in that statement is?
17                      A.   It was in the -- I don't know if
18       you saw it in the video per se, but I recall it
19       happening, I wasn't able to put a face to the person
20       because it happened so quick.
21                      Q.   Well, do you know if that person
22       was ever identified?
23                      A.   I don't think so.  I don't think
24       they were identified because it was hard to catch it,
25       their face and everything else, with everything
```

Associated Reporters Int'l., Inc.

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        happening.

3                        Q.   Do you know if there was ever a

4        summons issued for that person, the unidentified

5        black male?

6                        A.   I do not know.

7                        Q.   At the bottom of this page there

8        is a December 5th, 2019 entry, do you see that?

9                        A.   Yes, I do.

10                       Q.   It appears to also be written by

11       Lieutenant Torres.  Would you agree with me?

12                       A.   Yes.

13                       Q.   It says, at approximately twenty-

14       one twenty-eight hours, Lacey came to the station to

15       sign the accusatory instrument.  She was advised that

16       a summons would be issued directing Erin to appear in

17       court.  Did I read that correctly?

18                       A.   Yes, you did.

19                       Q.   Do you know if a criminal summons

20       was issued to Erin Snashall?

21                       A.   I do not know.  I don't recall.

22                       Q.   Did you attend that court

23       appearance?

24                       A.   I never attended a court

25       appearance during my time at Binghamton.

Page 117

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                          Q.   Do you know the outcome of that

3      criminal case?

4                          A.   I do not know.

5                          Q.   Okay.  Annette if we can move to

6      Bates-stamped pages seven and eight of this document?

7      Do you recognize this page, ma'am?  And I'll state it

8      again, this is Exhibit JP Three Bates-stamped pages

9      seven and eight.  This is seven we're looking at

10     right now.

11                         A.   I haven't seen this, but I'm

12     presuming something relating to our police reports.

13                         Q.   Let's move to page eight, next

14     page.  At the top of the page there's entry under the

15     word narrative from a Mark Silverio.  Do you know who

16     that is?

17                         A.   I do not.

18                         Q.   Do you know who Ethan Campbell

19     is?

20                         A.   Sounds familiar, but I don't

21     know.

22                         Q.   There's another narrative below

23     that, dated November 16th, 2019 by Orlando Torres

24     again.  I'll read this one into the record.  At

25     approximately six twelve hours, I met with Lacey

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2         Kestecher and John Lizak, both are resident students

3         at B.U. and members of the College Republicans Group.

4                        They were both involved in the

5         incident that transpired November 14th and documented

6         in incident four zero four six seven.  Each wished to

7         report claims of harassment and each have their own

8         incident and claim.

9                        Lacey's incident will be detailed in

10        incident four zero five zero three.  John stated that

11        at approximately six fifteen hours on 11/14/2019, he

12        observed a tweet that made him feel unsafe.  The

13        tweet was a photo of himself at his tabling event

14        with the cardboard cutout of Donald Trump.

15                        The tweet, the poster, who's Twitter

16        name is Idiot Dumbass, and handle is @cumguardian

17        states, this is a racist that goes to Binghamton

18        University, make him feel unsafe in public spaces.

19        Because this -- of this tweet John stated that he is

20        fearful of what could happen to him.

21                        He's afraid people will recognize him

22        in public because of this tweet and possibly take

23        action against or harass him.  A screenshot of the

24        tweet is attached and has been saved to the drive.

25                        While John and Lacey were at the

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2         station, Lacey stated that her brother was able to

3         learn the I.P. address of the Twitter account

4         responsible for the tweet.

5                     She stated that the name associated

6         with that I.P. is Ethan Campbell.  It should be

7         noted, there is a commuter student currently

8         registered at Binghamton University by the name of

9         Ethan Campbell.  Did I read that correctly?

10                    A.   Yes, you did.

11                    Q.   And were you present at the

12        meeting described in this paragraph I just read?

13                    A.   I -- I don't recall it, but if it

14        was written up, then I must have been.

15                    Q.   And at the bottom of that there's

16        another narrative just below that again, by

17        Lieutenant Torres dated November -- I'm sorry,

18        December 5th, 2019.

19                    And that says that at approximately

20        twenty-one hundred hours, John came to the station to

21        sign the accusatory instrument.  He's advised that a

22        summons would be issued directing Ethan to appear in

23        court in relation to these charges.  Did I read that

24        correctly?

25                    A.   Yes.

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.   Do you know if a criminal summons

3      was issued to Ethan Campbell?

4                    A.   I have no knowledge.

5                    Q.   Did you attend the court

6      appearance for Ethan Campbell, if any?

7                    A.   No.

8                    Q.   Did you -- do you have any

9      knowledge of the outcome of that criminal case?

10                   A.   I do not.

11                   Q.   Okay.  Let's go to paragraph

12     nineteen -- I'm sorry, strike that.  Let's go to --

13     back to Exhibit One of the complaint.  And that's,

14     I'm looking at paragraph fifty-eight, which starts on

15     the bottom of page fourteen of Exhibit One.  And I'll

16     read that into the record.

17                        Fifty-eight, on Monday, November 18th,

18     2019, Rose issued a statement regarding the

19     disruption of College Republicans tabling event on

20     November 14th.  Did I read that correctly?

21                   A.   Yes.

22                   MR. MOORE:  And let's put Exhibit

23     Nineteen up on the screen if we could, please?  Can

24     you scroll down to the bottom of the page?

25                   BY MR. MOORE:  (Cont'g.)

Page 121

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                        Q.    Do you recognize that post, Ms.

3        Kestecher?

4                        A.    I do recall that being sent on

5        the B line.

6                        Q.    Is this the statement of Brian

7        Rose that is referenced in paragraph fifty-seven of

8        the complaint?

9                        A.    I presume so.

10                       Q.    Okay.  I'm going to read this

11       third paragraph of this.  And it reads, the College

12       Republicans an organization chartered by the Student

13       Association was joined by another group.

14                       Group known as Turning Point that, by

15       its own choice is not chartered by the S.A. or

16       otherwise recognized by the University.

17       Representatives of the two groups set up tables

18       outside the union in a reservable space without

19       having followed procedures to properly secure use of

20       the space.

21                       Representatives of the union

22       professional staff and of the S.A. notified the

23       tabling students that they were tabling without

24       reservation in a space that had to be reserved in

25       advance and asked them to relocate.

Page 122

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                        The groups refused twice to move.  The
 3    groups' display included pro -- provocative posters
 4    with gun imaginary.  This being the same day as the
 5    Saugus High School student shooting.
 6                        Self-evidently from the nature of
 7    their display and their refusal to comply with
 8    procedures for reserving the space in question, the
 9    groups intended to be provocative.
10                        Social media activities suggesting
11    they're handing out hot chocolate and promoting an
12    upcoming lecture failed to accurately represent the
13    context.  Did I read that correctly?
14                        A.   Yes, you did.
15                        Q.   Okay.  Is it accurate that
16    T.P.U.S.A was not chartered by S.A. on November 14th,
17    2019?
18                        A.   Yes, it -- it was not chartered.
19                        Q.   And is it accurate that the
20    College Republicans and T.P.U.S.A. followed -- failed
21    to follow procedures to properly secure use of the
22    space if you know?
23                        A.   I -- I wouldn't know.
24                        Q.   Do you remember representatives
25    of union professional staff or S.A. advising the
```

Page 123

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2    College Republicans that you were tabling without

3    reservation in a space that had to be reserved in

4    advance?

5                    A.   As I mentioned previously, I

6    believe that it was a staff member who came down and

7    said we were within his jurisdiction of the area.  So

8    there was that and I believe it was Khaleel James.

9                    I think he was actually the

10   multicultural V.P. at the time, so I don't know why

11   he was coming towards us in the S.A. but he was the

12   other one who spoke with us.

13                   Q.   Did either of those people tell

14   you you were tabling without a reservation in a space

15   that had to be reserved in advanced?

16                   A.   I believe Khaleel did.  I don't

17   know about the other man.  He simply told us that it

18   was in his -- that area was in his jurisdiction and

19   it was getting quite loud, so if we could just move.

20   That was what I remember.

21                   Q.   Okay.  Did both of them tell you

22   to -- ask you to relocate?

23                   A.   Well, one man did.  I don't know

24   if Khaleel said to relocate or get a reservation,

25   but.

Page 124

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    Q.   Did you relocate when you were
 3         told by the other man to relocate?
 4                    A.   No, we didn't because it's public
 5         property and we were off to the side, so.
 6                    Q.   Okay.  So you refused to move, is
 7         that a fair statement as stated in this statement?
 8                    MR. MILLER:  Objection.
 9         Mischaracterizes her testimony.
10                    BY MR. MOORE:  (Cont'g.)
11                    Q.   But you were asked to move,
12         correct?
13                    A.   We were asked to move, but we
14         were allowed to be there at the public property.
15         It's a public university and we were off to the side.
16                    Q.   Okay.  So you did not move after
17         you were asked to, is that correct?
18                    A.   Couldn't move.  We were getting
19         surrounded by students, so.
20                    Q.   That wasn't my question.  After
21         you were asked to move, did you move?
22                    A.   I would have to qualify that.
23         First off, we couldn't move -- well, we didn't move
24         and we couldn't move.  We were being surrounded by
25         students at that same time, so.
```

Associated Reporters Int'l., Inc.

Page 125

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                      Q.   And we've already -- you've

3      already testified that T.P.U.S.A.'s table included

4      posters with gun imagery, correct?

5                      A.   Yes, it had gun -- gun imagery,

6      but it also had many other signs.  So I -- I wouldn't

7      just say it was simply Two-A-related signs, there

8      were lots of other things there as well.

9                      Q.   Did -- was there a school

10     shooting the same day if you know?

11                     A.   Not that I was aware of when we

12     got out there tabling.

13                     Q.   Okay.  Let's move back to the

14     complaint and I'm -- I'm going to direct your

15     attention to paragraph seventy-seven.  And this reads

16     paragraph seventy-seven of Exhibit One.

17                     On the day of the Dr. Laffer event,

18     Monday, November 18th, 2019, Plaintiff Y.A.F. and

19     College Republicans met with U.P.D. and cer --

20     certain SUNY Binghamton Administrators acting at the

21     direction of Defendants Stinger, Rose, and Pelletier.

22     Did I read that correctly, ma'am?

23                     A.   Yes.

24                     Q.   Were you present at this meeting?

25                     A.   No.

Page 126

```
 1       2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                     Q.    Okay.
 3                     A.    I --.
 4                     Q.    Let's move.  Let's move on to
 5       paragraph eighty-nine.  Were you involved in any
 6       meetings with SUNY Administration before the Laffer
 7       event begin?
 8                     A.    No, I was not.
 9                     Q.    Paragraph eighty-nine reads from
10       Exhibit One.  A few hours before the Dr. Laffer
11       event, Dr. Laffer and his aides arrived at a nearby -
12       - nearby airport.
13                     Paragraph ninety, Y.A.F. was not the
14       only party there to greet them.  However, as two
15       officers from U.P.D. arrived and intercepted Dr.
16       Laffer.  Did I read that correctly, ma'am?
17                     A.    Yes.
18                     Q.    Were you present for the airport
19       meeting described in those paragraphs?
20                     A.    I was not.
21                     Q.    Let's go to paragraph ninety-
22       eight of the complaint.  I'll read ninety-eight and
23       ninety-nine of the complaint, then I have some
24       questions.  Ninety-eight, at least one hour before
25       the Dr. Laffer event was scheduled to begin, College
```

Page 127

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2         Progressives and PLOT and their co-conspirators were
 3         lined up outside the lecture hall and packed into the
 4         adjacent lecture hall provided to College
 5         Progressives by SUNY Binghamton Administrators.
 6                        Ninety-nine, once the door to the Dr.
 7         Laffer event were opened, hundreds of students and
 8         non-students, many of the members of College
 9         Progressives and PLOT flooded in and packed the room.
10         Did I read that correctly?
11                   A.   Yes.
12                   Q.   Were you present when this
13         occurred?
14                   A.   Was.
15                   Q.   You know whether the people who
16         entered the lecture hall as described in these
17         paragraphs were members of College Progressive?
18                   A.   None of them are identifiable
19         from the day before with regards to the protestors.
20                   Q.   Well, my question was, do you
21         know if they were College Progressives?  I think when
22         we talked about the tabling event, you had identified
23         Ms. Moorthy.  Were -- were there any College
24         Progressives you recognized at the Laffer event?
25                   A.   From what I recall, I think
```

Page 128

1   2/13/2023 - Young America's v Stenger - Lacey Kestecher

2      Moorthy was also in that event as well, from what I

3      remember.  But I -- I don't recall exactly.  I wasn't

4      familiar with all of the group members of College

5      Progressives.  I'd only been at Binghamton for a few

6      months at that point, so.

7                  Q.   I'm just asking because this

8      paragraph says many of the members of College

9      Progressives.  Other than her, do you know any of the

10     -- if any of the people there were College

11     Progressives?

12                 A.   I didn't know the College

13     Progressives.  She was the only one who I identified

14     during the tabling.  From what I recall, I think she

15     was also at this, but I didn't really know any other

16     College Progressives besides her.

17                 Q.   Okay.  How about PLOT?  Do you

18     know anybody who's a member of the PLOT?

19                 A.   I -- I don't -- I don't know

20     anybody who's a member of  PLOT

21                 Q.   Okay.  So you don't know who the

22     people who are in the -- in the room were members of

23     PLOT that night?

24                 A.   No, I don't.  I couldn't name or

25     identify people, but I could say that the pro --

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       there were protestors.
 3                    Q.   Have you already told me all of
 4       the members you're aware of who were present from the
 5       College Republicans at the Laffer event?
 6                    A.   That's -- that's all I -- all I
 7       recall.
 8                    Q.   Other than those members of the
 9       College Republicans that you've told me about who
10       were present at the Laffer event, did you know
11       anybody else who was present in the room when it
12       occurred?
13                    A.   I can't recall exactly.  But I do
14       know that the first, I believe, it was two rows were
15       reserved for people who were -- we reserved to come
16       in first at the event or at least sectioned off, and
17       then, the rest was just protesters.
18                    Q.   Okay.  So there were some re --
19       reserve seats at the front of the lecture hall?
20                    A.   I don't know if they were pre --
21       reserved per se, but I do know they were people that
22       were definitely interested in the event and weren't
23       protestors who were sitting there.
24                    Q.   Do you know the identity of any
25       of these people?
```

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                      A.   I -- I can't recall.
 3                      Q.   Well, my question is, as you sit
 4           here today, do you know anybody who was present whose
 5           name you know?
 6                      A.   Not besides all of the people who
 7           I've previously mentioned.  I mean, I think Tommy
 8           Gagliano was filming the event, but besides that, I
 9           can't think of anything else.
10                      Q.   Okay.  Let's go to the next page,
11           the top of page twenty-three of Exhibit One paragraph
12           one zero four.  It reads, at the insistence of
13           College Republicans and Y.A.F., U.P.D. made one
14           statement about the size of the crowd and SUNY
15           Binghamton's fire code and asked those standing to
16           take their seats.  Do you recall what was said?
17                      A.   I -- I don't know.
18                      Q.   Paragraph one zero seven a little
19           farther down the page.  It reads, due to the size of
20           the crowd, several invited guests of Plaintiffs and
21           other interested students weren't able to enter the
22           lecture hall and attend the event.  Did I read that
23           correctly?
24                      A.   Yes.
25                      Q.   Do you know who this refers to?
```

Page 131

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                       A.   I'm presuming all of the

3    protestors who filled the room because there were

4    countless other students who wanted to actually sit

5    in on the event, and they weren't able to.

6                       Q.   Well, do you know the names of

7    any of those people?

8                       A.   No, I didn't deal with the

9    signups or who was permitted into the event, that was

10   not within my jurisdiction.

11                      Q.   Was there a sign-up for the

12   event?

13                      A.   I don't know how the event was, I

14   didn't deal with any of that.  I just showed up and

15   did my part of attending it, but I don't know how

16   people went about organizing it.

17                      Q.   Okay.  You weren't involved in

18   the organization event?

19                      A.   Organization event, no.  I was

20   not.

21                      Q.   Turning to one zero eight and one

22   zero nine on the same page of Exhibit One.  Paragraph

23   one zero eight reads, the Dr. Laffer event started

24   promptly at seven thirty E.S.T. with John Restuccia,

25   the then President of College Republicans, providing

Page 132

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        a brief, two-minute introduction of Dr. Laffer.

3                    One zero nine, during his

4        introduction, Restuccia asked those in attendance who

5        disagreed with Dr. Laffer's remarks to save their

6        questions for the question and answer portion.  He

7        noted that such individuals would be more than

8        welcome to voice any disagreements at that time.  Did

9        I read that correctly?

10                   A.   Yes.

11                   Q.   Is this a fair summary of what

12       Mr. Restuccia said?

13                   A.   This is.

14                   Q.   Okay.  I'm going to direct your

15       attention to paragraphs one ten through one thirteen

16       and read those into the record.  Paragraph one ten,

17       Dr. Laffer took the podium and just a few seconds in,

18       a member of Defendant College Progressives and or

19       Defendant PLOT stood up in the second row and began

20       shouting accusations at Dr. Laffer.

21                   Yelling, we are tired of being

22       oppressed and we are tired of getting murdered by

23       this Trump Administration, that you, this man, this

24       liar, Dr. Laffer supports.

25                   One eleven, the disruptor then accused

Associated Reporters Int'l., Inc.

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2    Dr. Laffer of helping the Trump Administration

3    further racial oppression in a justice system that he

4    equated with modern day slavery.  One twelve, the

5    majority of those present greeted these accusations

6    with applause and the disrupting student was handed a

7    megaphone and urge to continue.

8              One thirteen, although Pelletier and

9    U.P.D. had stationed several officers in the room,

10   pursuant to the speech suppression policy, they took

11   no action to prevent this student from disrupting the

12   event.  Did I read this correctly, ma'am?

13             A.   Yes.

14             Q.   Do you know what the speech

15   suppression policy is?

16             A.   I'm not aware.

17             Q.   Have you ever read it?

18             A.   No.

19             Q.   Do you know if the individual,

20   we'll call him the megaphone disruptor.  Was the

21   megaphone disruptor arrested by the police?

22             A.   I -- I don't recall.  I think a

23   few people were arrested that day.  I don't know if

24   he was one of them.  I don't recall.

25             Q.   Was it a he or a she?  Was it a

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2      he?

3                        A.   Yes, it was a man.

4                        Q.   Was he a student?

5                        A.   I don't know.

6                        Q.   Was he a member of College

7      Progressives if you know?

8                        A.   I do not know.

9                        Q.   Was he member of PLOT if you

10     know?

11                       A.   I don't know.  But he was

12     certainly a protestor, I can say that.

13                       Q.   I know you said you don't know if

14     he was arrested.  Did the police apprehend him?

15                       A.   I don't recall them doing

16     anything to stop him at that moment.

17                       Q.   So at no point did they take

18     action to keep him from disrupting the event?

19                       A.   I do not recall them taking any

20     action.

21                       Q.   The police moved towards the

22     speaker.  We'll call him the megaphone disruptor.

23     The police moved towards the megaphone disruptor.

24                       A.   Sorry, are you asking if they

25     moved towards him?

Associated Reporters Int'l., Inc.

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                      Q.    Yeah.

3                      A.    I don't -- I don't recall.

4                      Q.    Did they ever reach him?

5                      A.    I don't recall.  It was very

6      hectic with what was happening.

7                      Q.   If that individual was arrested,

8      would you agree with me that it is inaccurate that

9      they took no action to prevent this student from

10     disrupting the event?

11                     MR. MILLER:  Objection.  Calls for

12     speculation.

13                     MR. MOORE:  You can answer.

14                     THE WITNESS:  Sorry, what was that

15     question again?

16                     MR. MOORE:  If that individual was

17     arrested, and by that individual, I mean, the

18     megaphone disruptor.  Would you agree that it is

19     inaccurate that they took no action to prevent this

20     student from disrupting the event?

21                     MR. MILLER:  Same objection.

22                     THE WITNESS:  All I can say is that

23     they didn't take sufficient action to allow for the

24     event to go forth considering the disruptions that

25     were going on.

Page 136

```
1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
2                     BY MR. MOORE:  (Cont'g.)
3                     Q.   Well, I'm asking about this
4     individual.  You don't know if he was arrested,
5     right?
6                     A.   I -- I don't know.  I -- we left
7     the room -- we left the room quite rapidly, so I
8     don't know what happened in regards to the arrest of
9     someone.
10                    Q.   If he was arrested, that's taking
11    action, right?
12                    MR. MILLER:  Objection.  Calls for
13    speculation.
14                    MR. MOORE:  You can answer.
15                    THE WITNESS:  What exactly are you
16    asking then?
17                    MR. MOORE:  Is arresting someone
18    taking an action?
19                    A.   Concerning the event that was
20    forth going that was unable to go forth and had to
21    stop because it was being protested, so severely,
22    there was obviously not sufficient action being
23    taken.
24                    MR. MOORE:  Okay.
25                    BY MR. MOORE:  (Cont'g.)
```

Page 137

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.   So you'd agree that it is an

3    action, you just don't think it's a sufficient

4    action.  Is that fair?

5                    MR. MILLER:  Objection.

6    Mischaracterizing her testimony.

7                    BY MR. MOORE:  (Cont'g.)

8                    Q.   Well, she didn't answer the

9    question.  Is arresting someone taking an action,

10   ma'am?  Yes or no?

11                   A.   Anything can be considered an

12   action at this point.  In this regard, nonetheless,

13   the speaker was not able to speak and go forth.

14                   MR. MOORE:  Move to strike as non-

15   responsive.

16                   BY MR. MOORE:  (Cont'g.)

17                   Q.   Is arresting an individual taking

18   an action, yes or no?

19                   A.   It can be argued that it is an

20   action to some extent, but it's a question of was it

21   appropriate action, which in the event of that

22   happening, obviously, the event didn't go forth, had

23   to stop.

24                   Q.   Move to strike that.  Any way,

25   we'll move on.  I'll read one fourteen into the

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2    record and it reads, College Republicans were sitting

3    in the front row, stood up and displayed free speech

4    signs in response to the disruptors.  Did I read that

5    correctly?

6              A.   Yes.

7              Q.   Did that occurred?

8              A.   Yes, this did.  Whether we were

9    standing up along the side or in the front row, that

10    happened.

11              Q.   Displayed a free speech sign?

12              A.   I did; I held a sign that I

13    believe said silencing speech is a form of fascism.

14              Q.   Okay.  Did you prepare that sign

15    prior to the Laffer event?

16              A.   I didn't prepare the signs just -

17    - yeah.  That's one of their signs, I believe.

18              Q.   Produced by Y.A.F.?

19              A.   Yes.

20              Q.   Someone from Y.A.F. gave it to

21    you?

22              A.   I don't know who gave it to me.

23    Somebody gave it to me.

24              Q.   Well, who is that person?

25              A.   I don't recall.

Page 139

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.   Was it Raj Kannappan?

3                    A.   I don't recall.  It could have

4    been one of the College Republicans who handed it to

5    me.  I don't know.

6                    Q.   Was there any discussion about

7    what to do with those signs when it was handed to

8    you?

9                    A.   No.  I just -- I had the sign

10   with me.  It was an event, so.

11                   Q.   And all of the College

12   Republicans there had a sign, correct?

13                   A.   I don't know if everybody did, I

14   had a sign.  I can't speak on behalf of the others.

15                   Q.   Okay.  Well, it says, the College

16   Republicans who were sitting in the front row, stood

17   up and displayed free speech signs in response to the

18   disruptors.  Is that correct?  And you said yes.  Was

19   there a plan to display these signs before you did?

20                   A.   Well, the plan was to listen to

21   Dr. Laffer's speech.

22                   Q.   Okay.  Was there a plan as it

23   pertained to the free speech signs?

24                   A.   I think that's just -- I don't

25   recall.

Page 140

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.    Okay.

3                    A.    I don't -- I don't remember.

4                    Q.    So did you all just stand up

5     spontaneously, turned around and display the free

6     speech signs, or was there a plan to do so before the

7     event commenced?

8                    A.    I don't recall there being a plan

9     to stand up in front of everybody and display the

10    signs.

11                   Q.    While the event was ongoing, did

12    someone tell you to stand up and display the sign

13    before it occurred?

14                   A.    From what I recall, it just

15    happened.  As the protestors got louder and louder,

16    we just ended up standing there and holding up the

17    signs.

18                   Q.    Were there any texts, social

19    media posts, or emails about the plan to display

20    signs exchanged before the Laffer event?

21                   A.    No.  I cannot recall anything.

22                   Q.    Was Defendant Brian Rose present

23    at the Dr. Laffer event?

24                   A.    I don't recall him being there.

25    I'm not sure.

1   2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                     Q.   Was Defendant Harvey Stenger

3   present at the Dr. Laffer event?

4                     A.   To the best of my memory, I don't

5   think he was there.

6                     Q.   You know if Defendant John

7   Pelletier was present at the Dr. Laffer event?

8                     A.   I don't recall.

9                     Q.   Did you have any conversations

10   with Chief Pelletier at the event?

11                     A.   I had not, no.  Not from what I

12   remember.

13                     Q.   Did you hear Chief Pelletier say

14   anything to anyone at the event?

15                     A.   I don't recall.

16                     Q.   Did anyone from the U.P.D.

17   prevent you or any other member of the College

18   Republicans from displaying your free speech signs?

19                     A.   Not from what I recall.

20                     Q.   Did anyone else from Binghamton

21   University prevent the College Republicans from

22   displaying free speech signs?

23                     A.   From what I remember, I don't

24   believe so.  We just stood up there with our signs

25   because the protestors were getting louder.

Page 142

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.   And no one prevented you from

3        doing so?

4                    A.   I don't recall.  We were more

5        towards the front, so we just stood there with our

6        signs.

7                    Q.   Okay.  Let's read paragraphs one

8        fifteen and one sixteen into the record, and it reads

9        as follows, one fifteen.  The member of College

10       Progressives and, or PLOT spoke through the megaphone

11       for nearly two minutes before U.P.D. took any action

12       of restraining him.

13                   One sixteen, ten to fifteen members of

14       College Progressives and PLOT then formed a

15       protective barrier around the megaphone wielding

16       disruptor.  Did I read that correctly?

17                   A.   Yes.

18                   Q.   Do you who any of the members,

19       the ten to fifteen members of the College

20       Progressives and PLOT who formed the protective

21       barrier were?

22                   A.   I can't recall.  And I'm not as

23       familiar as other people would have been with the

24       College Progressives and PLOT and identifying them.

25                   Q.   Do you know whether these people

Page 143

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2    were members of the College Progressives or PLOT?

3                    A.   I -- I wouldn't know.  I'm not

4    familiar.

5                    Q.   Do you know why they formed a

6    protective barrier around the speaker, the megaphone

7    disruptor?

8                    A.   All right.  What was that

9    question again?

10                   Q.   Do you know why they formed a

11   protective barrier around the megaphone disruptor?

12                   A.   From what it appeared at the

13   event, it was so that the police could not interrupt

14   who was speaking.  That's what I recall.

15                   Q.   Were the police attempting to

16   move towards the megaphone wielding disruptor at the

17   time they formed the barrier?

18                   A.   I don't -- I don't recall.

19                   Q.   Let's go to paragraph one

20   eighteen.  Then reads these follows, during these

21   events, Pelletier, acting pursuant to the speech

22   suppression policy directed the Pinkerton agents to

23   remove Dr. Laffer from the lecture hall.  Did I read

24   that correctly?  Did you hear this occur?

25                   A.   I wasn't -- I didn't deal with

Page 144

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2         anything to -- with that -- with regards to Dr.

3         Laffer or the security.  So I -- I wouldn't know.  I

4         don't have any information on that.

5                        Q.   You didn't hear that.  Okay.  You

6         don't have any information.  You didn't hear what

7         happened, correct?

8                        A.   I -- I have no knowledge of any

9         of this.  I didn't deal with anything relating to the

10        police or the security at the event.

11                       Q.   How long did you stand displaying

12        the free speech signs?

13                       A.   I -- I can't recall how long it

14        was.  It wasn't very long though because soon after

15        Dr. Laffer left, we also left.

16                       Q.   Did you see Dr. Laffer leave?

17                       A.   Yes.

18                       Q.   Did you say yes?

19                       A.   I saw -- saw him walk out toward

20        -- in the exit.

21                       Q.   And what did you do next?

22                       A.   Recall soon after, to the best of

23        my memory, we followed him out of the building.

24                       Q.   Okay.  Paragraph one twenty-two

25        reads as follows.  This is of Exhibit One, page

Page 145

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2         twenty-five.  Pelletier and U.P.D.'s minimal and
 3         delayed efforts eventually removed the disruptor with
 4         the megaphone, but only after he handed off the
 5         megaphone so that others could continue to disrupt
 6         the event and block Plaintiff's expression.
 7                        Was the megaphone disruptor removed
 8         before or after Dr. Laffer left?
 9                        A.   I -- I don't recall.  All I
10         recall is that the event was getting increasingly
11         louder, and the protestors were getting more
12         uncivilized in how they were acting and that's all I
13         remember.
14                        Q.   Did you personally feel unsafe?
15                        A.   I did, yes.
16                        Q.   Do you know if the megaphone
17         disruptor was arrested when he was removed by the
18         police as stated in paragraph one twenty-two?
19                        A.   I have no knowledge on what
20         happened with the megaphone.
21                        Q.   Do you have any personal
22         knowledge of whether anybody else was arrested?
23                        A.   I have no knowledge on that
24         front.
25                        Q.   Was any -- anyone from the
```

Associated Reporters Int'l., Inc.

Page 146

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       College Republicans arrested by U.P.D.?
 3                    A.   I don't -- I don't recall anybody
 4       in College Republicans being arrested, so.
 5                    Q.   Okay.  When you left the lecture
 6       hall, where did you go?
 7                    A.   Out through the back exit.  And
 8       then, we just went off the campus and went out to
 9       meet the College Republicans, so.
10                    Q.   Did you have any conversations
11       with Dr. Laffer after you left the lecture hall?
12                    A.   No.  It was -- that was it.  I
13       think he was leaving to go back home, so.
14                    Q.   You didn't hear any conversations
15       he had with anyone during this time?
16                    MR. MILLER:  I didn't hear that
17       response.
18                    THE WITNESS:  I didn't -- I didn't
19       recall anything.
20                    BY MR. MOORE:   (Cont'g.)
21                    Q.   And you went out to a restaurant
22       after that?
23                    A.   Yes, the College Republicans and
24       Cornell Republicans all just went out to eat, so.
25                    Q.   Let's go to paragraph one thirty
```

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       of the complaint.  Before I go to that, do you have
 3       any knowledge regarding any criminal proceedings that
 4       were initiated against anyone who was arrested at the
 5       Laffer event?
 6                     A.   I have no knowledge.
 7                     Q.   Paragraph one thirty reads as
 8       follows.  Stenger and Rose did however cause SUNY
 9       Binghamton to take any action against College
10       Republicans, the day after the University had once
11       again violated their constitutional rights.   The
12       Student Association which is controlled by the SUNY
13       Binghamton Administration sent College Republicans a
14       two line email informing them that they were being
15       suspended due to their violation with both the
16       University and Student Association policy in regards
17       to tabling without proper approval on Thursday
18       November 14th.  Did I read that correctly, ma'am?
19                     A.   Yes.
20                     Q.   And how do you know that Stenger
21       and Rose caused SUNY Binghamton to take any action as
22       it pertains to the College Republicans?
23                     A.   Sorry.  Can you repeat that?
24                     Q.   Well, do you know whether Stenger
25       and Rose caused SUNY Binghamton to take actions
```

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2      against College Republicans?
 3                    A.   I don't have any knowledge in
 4      this regard.
 5                    Q.   Okay.  You don't know whether
 6      they had any involvement in the suspension.  Is that
 7      correct?
 8                    A.   I wouldn't know.  I didn't deal
 9      with any -- anything with regards to the suspension
10      of College Republicans.  I had no -- I had nothing to
11      do with this.
12                    Q.   Okay.  Can we put Exhibit
13      Thirteen up on the screen?  You recognize this email,
14      Ms. Kestecher?
15                    A.   I don't.  I don't recall this
16      email.
17                    Q.   Okay.  Do you know what Campus
18      Reform, a project of the Leadership Institute is?
19                    A.   Yes.  I do.
20                    Q.   What's that?
21                    A.   Campus Reform is a -- it is a
22      project as described with the Leadership Institute
23      which looks to report on bias on college campuses.
24                    Q.   Bias against who?
25                    A.   Pertains specifically to college
```

Associated Reporters Int'l., Inc.

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2       students.  Particularly, liberal bias.

3                    Q.    Okay.  Did you or do you have any

4       involvement with Campus Reform, a project of the

5       Leadership Institute?

6                    A.    Previously I had.  Not anymore.

7                    Q.    When did you have involvement

8       with that organization?

9                    A.    Around September or October of

10      2019 to maybe the following year.  I interned with

11      them, so.

12                   Q.    Because you can sort of see in

13      the background of Exhibit Thirteen more clear,

14      perhaps, if I hold this up to the -- up to the

15      screen, you'll see that there's a background that

16      says, Campus Reform, a project of the Leadership

17      Institute.  Do you see that on my screen?

18                   A.    I do.

19                   Q.    Do you know why this exhibit has

20      that background, is that something you printed out?

21                   A.    No.  That was -- no.

22                   Q.    Nothing to do with you?

23                   A.    I recall -- I don't recall this

24      having anything to do with me.

25                   Q.    Do you know who Erin Bishop is?

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                      A.   I don't recall.
 3                      Q.   And who are the recipients of
 4      this email?
 5                      A.   I -- I don't know much about this
 6      email.  I didn't send it or have anything to do with
 7      it.
 8                      Q.   Okay.  Well, do you have any
 9      personal knowledge that Defendant Stenger caused the
10      Executive Vice-President of S.A. to take action
11      against the College Republicans by having the S.A.
12      suspend College Republicans?
13                      A.   Sorry.  Can you -- can you
14      rephrase that?
15                      Q.   Do you have any personal
16      knowledge that Defendant Stenger caused SUNY
17      Binghamton to take action against the College
18      Republicans by having the S.A. suspend the College
19      Republicans?
20                      A.   I can't speak with any regard to
21      that.  I wouldn't have any information.
22                      Q.   How about Brian Rose?  Do you
23      have any knowledge that Brian Rose was involved in
24      causing S.A. to send this email that is marked as
25      Exhibit Thirteen?
```

Page 151

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    A.   I wouldn't know and I also have
 3         no dealings with the S.A., so.
 4                    Q.   Do you -- did you respond to
 5         this?  Did you or anybody else from the College
 6         Republicans respond to this email that we've marked
 7         as Exhibit Thirteen?
 8                    A.   I -- I don't know.
 9                    Q.   Okay.  You see that, that the
10         emails from the Executive Vice-President S.A. to the
11         College Republicans S.A., you see that?
12                    A.   Yes.  I can see that.
13                    Q.   Okay.  Do you know who from the
14         College Republicans received this email?  I know --.
15                    A.   I don't -- I don't know.  I don't
16         -- I didn't deal with that, anything to do with the
17         S.A. or the College Republicans so I can't -- can't
18         speak to that.
19                    Q.   Okay.  Would you agree with me
20         that this says, good morning, I am emailing to inform
21         you that the B There account for College Republicans
22         has been suspended.  You see that?
23                    A.   Yes, I see that.
24                    Q.   Do you know what the B There
25         account is?
```

Page 152

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    A.    No.   I don't -- I don't deal with

3         any of that.   I didn't deal with any of that, so

4         never heard of it.

5                    Q.    Okay.   Let's go to paragraph one

6         thirty-one of the complaint, this is on page twenty-

7         seven.   And that reads upon information and belief,

8         Stenger, Rose, and the Student Association have not

9         required other groups to obtain approval before

10        tabling on campus.   Did I read that correctly?

11                   A.    Yes.

12                   Q.    You know what other groups have

13        not been required to obtain approval before tabling

14        on campus?

15                   A.    All right.   I don't have any

16        knowledge with regards to getting approval before

17        tabling.   I don't know anything with this.

18                   Q.    Paragraph one thirty-two reads

19        this punishment -- punishment was an unconstitutional

20        enforcement of the University's tabling policy

21        because it was motivated not by College Republicans'

22        decision not to obtain -- obtain a permit, but by

23        Stenger, Rose, and the Student Association's

24        disagreements with the College Republicans and

25        Y.A.F.'s views.   Did I read that correctly?

```
 1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    A.   Yes.
 3                    Q.   Do you know whether Defendant
 4     Stenger disagreed with the College Republicans'
 5     views?
 6                    A.   I can't speak with regards to his
 7     views.
 8                    Q.   Do you know that -- whether
 9     Defendant Rose disagreed with the College
10     Republicans' views?
11                    A.   I don't know.
12                    Q.   Is it correct that the College
13     Republicans B There account was suspended, not the
14     group itself?
15                    A.   I didn't -- I have no idea on
16     this front.  I -- I don't know.
17                    Q.   How long was the College
18     Republicans B There account suspended for?  You're
19     shaking your head but I can't hear what you're
20     saying.
21                    A.   Oh, I -- I don't know.  I don't -
22     - I don't have any information with regards to this.
23                    Q.   Was any effort made to appeal
24     that suspension?  Do you know?
25                    A.   I don't know.  I have no idea.
```

Page 154

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                        Q.   Were the College Republicans a

3    functioning group at anytime after November 21, 2019?

4                        A.   Oh, what exactly do you mean by

5    function?

6                        Q.   Well, did the College Republicans

7    exist as a student group after November 2019?

8                        A.   I recall us being suspended but

9    still having a group chat to whatever extend that

10   was.  But we were suspended, so the group was

11   basically not -- not part of the campus at that

12   point.

13                       Q.   But -- well, do you know whether

14   this -- the College Republicans group's status as a

15   B.U. student group was restored at any point while

16   you were still a student?

17                       A.   I don't know.  I don't recall.

18                       Q.   Okay.  Let's see if we can

19   refresh your recollection.  Can we put on Exhibit

20   Thirty up on the screen, please?  This is Exhibit

21   Thirty which has been marked with today's date.  At

22   the bottom of this page, there appears to be July

23   10th, 2020 email from Lacey Kestecher to Ryan Yarosh.

24   Do you recognize this email, ma'am?

25                       A.   Yes.  I did send this.

Page 155

```
 1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    Q.   And who -- who sent this email?
 3                    A.   I did.
 4                    Q.   Did the B.U. College Republicans
 5     re-register as a Student Organizations in spring,
 6     2020?
 7                    A.   I don't know.  I didn't -- I
 8     didn't deal with any of that.
 9                    Q.   Who is Ryan Yarosh?
10                    A.   I don't know.  I can only go
11     based off of this email who he is.
12                    Q.   You emailed him, correct?
13                    A.   I did.  But I don't -- I don't
14     recall.  It's been three years now.
15                    Q.   Do you know why you emailed him
16     as you sit here today?
17                    A.   Well, presumably from the email
18     it's because I didn't see College Republicans on the
19     B Engaged page, so.
20                    Q.   I'm going to read the email into
21     the record, it says, good morning.  Can you provide a
22     reason as to why the College Republicans is no longer
23     on the B Engaged page?  It doesn't appear to be
24     chartered by Binghamton University in New York.  Can
25     you provide more details on this?  I look forward to
```

Associated Reporters Int'l., Inc.

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2          hearing from you, Lacey Kestecher.  You wrote that,
 3          correct?
 4                          A.   Yes, I did.
 5                          Q.   Did you recall why you addressed
 6          it to Mr. Yarosh?
 7                          A.   I -- I don't know.  I don't
 8          recall.
 9                          Q.   Did he respond to you?
10                          A.   I don't -- I don't recall.
11                          Q.   You know what he did after
12          receiving this email?
13                          A.   I don't remember.
14                          Q.   What's that?
15                          A.   I -- I don't remember what he did
16          in regards.
17                          Q.   Did you send this email or a
18          similar version of this email to any other
19          recipients?
20                          A.   I don't -- I don't remember.
21                          Q.   Okay.  Let's go to paragraph
22          thirty-one, marked for identification today.  I'll
23          state for the record that Exhibit Thirty which we
24          just discussed was on the State Defendant's
25          disclosure as Bates-stamped page seven sixteen.
```

Page 157

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2         Exhibit Thirty-one is from S.A.'s disclosure.  And
 3         this is Bates-stamped pages E seventeen through
 4         nineteen.
 5                   I'm going to direct your attention to
 6         the middle of Bates-stamped page eighteen.  I'm at
 7         the bottom of the next page.
 8                   THE REPORTER:  The Bates stamp is
 9         under the WebEx things so I can't really see it.
10         Sorry.
11                   MR. MOORE:  So it's that page, you see
12         an email at the bottom there.
13                   THE REPORTER:  Okay.
14                   MR. MOORE:  Right there.  Can you
15         scroll up just a little bit, please?
16                   BY MR. MOORE:  (Cont'g.)
17              Q.   Okay.  I'm directing your
18         attention to Bates-stamped page E eighteen from
19         Defendant's Exhibit Thirty-one.
20              A.   Okay.
21              Q.   And do you recognize that email
22         that's on the screen?
23              A.   That one that, presumably, the
24         one that I wrote?
25              Q.   So it's from Lacey Kestecher and
```

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       the email address is lkestc1@binghamton.edu.  Did you
 3       send that email on July 10th, 2020 at eight thirty-
 4       four a.m.?
 5                    A.    Yes.  I did.  It's my email.
 6                    Q.    And it looks like it's addressed
 7       to getinvolved@binghamtonsa.org, and also,
 8       president@binghamtonsa.org.  Is that correct?
 9                    A.    Yes.
10                    Q.    And is that, essentially, in sum
11       and substance the same email you sent to Ryan Yarosh
12       from the University?
13                    A.    Yes, I believe it's the same
14       email.
15                    Q.    Okay.  And scrolling up just a
16       little, there's a response from Matt Johnson that
17       reads, that's a -- from about six minutes after you
18       sent your email.
19                    And it says, they failed to re-
20       register their organization during the annual
21       registration process.  Despite the E.V.P. reaching
22       out to the @binghamtonsa.org account and all the
23       individual listed officer emails multiple times.
24                    As an inactive org, they have been
25       frozen and had their B Engaged listing hidden until
```

Page 159

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2       they meet with the E.V.P. to set up a success plan to

3       remain compliant and prevent this from happening

4       again.

5                    This is the same process as all S.A.

6       organizations that fail to complete re-registration

7       must go through.  Did I read that correctly?

8                    A.   Yes.

9                    Q.   Did anyone from the College Re --

10      anyone else from the College Republicans inquire as

11      to the status of the College Republicans B Engaged

12      account other than you?

13                   A.   I don't recall.  But I think

14      there is some questions, but I don't -- I don't

15      remember.

16                   Q.   Do you know who asked those

17      questions?

18                   A.   No.  I don't recall.

19                   Q.   Okay.

20                   MR. MILLER:  John, I just want to

21      clarify that I -- I'm not sure whether Ms. Kestecher

22      or anyone else from the College Republicans was on

23      this email from Matt Johnson, I just want to note

24      that for the record.

25                   MR. MOORE:  I'm not clear on that

800.523.7887                           Associated Reporters Int'l., Inc.

Page 160

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        either.  So I'll -- I'll ask her.

3                    BY MR. MOORE:  (Cont'g.)

4                    Q.   Do you -- did you receive this

5        email from Matt Johnson, Ms. Kestecher?

6                    A.   I don't recall receiving this

7        email.

8                    Q.   Okay.  Fair enough.  Then, let's

9        go to Exhibit Thirty-two.

10                   MR. MOORE:  Annette, I'm going to be

11       looking at the email at the top of the -- the first

12       page there.  So try to get the full email on there.

13                   THE REPORTER:  So this one.

14                   BY MR. MOORE:  (Cont'g.)

15                   Q.   I'm showing you what's been

16       marked as Defendant's Exhibit Thirty-two with today's

17       date.  This is an email dated Friday, July 10th, 2020

18       at ten ten a.m.  It appears to be from

19       knelson8@binghamton.edu to evp@binghamtonsa.org and

20       vpf@binghamtonsa.org.  Do you recognize this email,

21       ma'am?

22                   A.   Both Kyle's, so yes.

23                   MR. MOORE:  All right.  I'll state for

24       the record also, this is Bates-stamped pages A

25       sixteen through eighteen.  This is from S.A.'s

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2       disclosure.

3                     MR. MILLER:  Sorry.  John, are you

4       asking if she received this email or what are you

5       asking, you're asking if she recognizes it?

6                     MR. MOORE:  Yeah.  Yeah.  I'm going to

7       ask that.

8                     MR. MILLER:  All right.

9                     BY MR. MOORE:  (Cont'g.)

10                    Q.   Did you ever receive -- did you

11      know Kyle had sent this email?

12                    A.   Yeah.  I don't -- I don't know

13      anything regards to this email being sent.  I just

14      know Kyle, that's it.  I don't know anything about

15      this email.

16                    Q.   We've already talked about Kyle

17      Nelson.  He was one of the College Republicans

18      members.

19                    A.   Yes.  I don't know anything about

20      this email though.

21                    Q.   Okay.  And you didn't know if he

22      sent this email at the time?

23                    A.   No.  I don't recall anything with

24      this.

25                    Q.   Now, it looks from the first

Page 162

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2        paragraph, it says, hello, my name is Kyle Nelson.
 3        And I'm the Treasurer of the College Republicans at
 4        Binghamton University.  I am reaching out to you in
 5        regard to our club's account being frozen due to
 6        failure to re-register or inactivity.  Did I read
 7        that correctly?  You said yes?
 8                    A.   Yes.
 9                    Q.   And the second paragraph, I'm not
10        going to read the whole thing into the record.  There
11        appears to be an explanation from Kyle as to why the
12        College Republicans didn't re-register.  Do you know
13        if that paragraph is accurate?
14                    A.   I don't know anything about this
15        email.  I can't --.
16                    Q.   Okay.  You already said that but
17        if you read that paragraph that -- and I'll read it
18        into record if you want.  It says during the previous
19        school year in between semesters, extenuating
20        circumstances led to our club selecting a new
21        Executive Board to represent and oversee our club's
22        activities.  This created confusion surrounding vital
23        club information such as account information,
24        passwords, and over -- overall familiarity with the
25        current situation following the S.A.'s decision to
```

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2        give our club a one semester ban as a result of what
 3        unfolded during our tabling speaking events.  This
 4        confusion and lack of clarity for our club's new
 5        officers prevented us from completing the necessary
 6        steps in a timely fashion, as well as limited our
 7        ability to maintain consistent account activity.  Did
 8        I read that correctly?
 9                     A.   Yes.
10                     Q.   And Kyle wrote this.  Not you,
11        correct?
12                     A.   It's Kyle who wrote this.
13                     Q.   Do you know if that's accurate,
14        what he wrote in that paragraph I just read into the
15        evidence?
16                     A.   I didn't deal with anything with
17        the S.A.  I have -- I have nothing to do with
18        anything with them, with chartering or anything in
19        that regard.
20                     Q.   You did sent an inquiry to them
21        on the same day, correct?  We just talked about that
22        in Exhibit Thirty-one?
23                     A.   Yes, I did.  But I didn't
24        actually deal with the S.A. in regards to any of the
25        organizational details.
```

Page 164

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                          Q.   S.A. never emailed you in

3      response to your email on July 10th, 2020?

4                          A.   I don't remember.  I just -- I

5      didn't deal with actually maintaining the

6      organization itself.  That wasn't my duty, the

7      College Republicans.

8                          Q.   Okay.  Well, let's just focus on

9      the question I asked.  I've read this paragraph that

10     Kyle wrote to the Binghamton S.A.  Do you know

11     whether what he wrote is accurate or not?  And if you

12     don't know, that's fine too.

13                          But I've asked you to read the -- the

14     paragraph.  I'm wondering if what he writes there is

15     accurate.  If you know.

16                          A.   I -- I didn't deal with any of

17     this.  I know there -- I know there was a lot of

18     confusion that were going on.  So I would say it was

19     accurate with regards to what happened.  Yes.  It was

20     very confuse -- I would say it was -- it was very

21     confusing at the time, what was going on with the

22     Board, the Organization, with the suspension and

23     everything else.

24                          So I would say this is overall an

25     accurate display of what happened and a lot of us

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        didn't know what was really going on.  There was a

3        lot of different parts, so.

4                    Q.   The next paragraph reads our

5        currently elected Executive Board members are as

6        follows.  And it list four members.  President Jon

7        Lizak, Vice-President Logan Blakeslee, Treasurer Kyle

8        Nelson, Secretary Lacey Kestecher.

9                    My question for you is as of July

10       2020, was that the Executive Board of the College

11       Republicans?

12                   A.   I don't remember but presumably

13       this was -- I don't remember though.  It's -- it's

14       been years now.

15                   Q.   Well, it's been -- this is July

16       of 2020.  Do you know whether you were the Secretary

17       of the College Republicans in July of 2020?  Was that

18       your position as an Executive Board member of the

19       College Republicans?

20                   A.   I don't remember.  There was --

21       it was hard with the organization itself with the

22       suspend.

23                   Q.   Okay.

24                   A.   And it was an online environment,

25       so I don't really recall what was going on.

Page 166

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.   Okay.  Let's move on to the

3    Exhibit S.A. dash Fourteen.  Do you have that one?

4                    .
                    Exhibit that's been marked as S.A.
5    Fourteen at a previous exhibit and if we scroll down

6    just a little bit, we see your Friday July 10, 2020

7    eight thirty-four a.m. email, correct?

8                    A.   Yes.

9                    Q.   And that's an email you sent to

10   the Binghamton S.A. correct?

11                   A.   Yes, I did.

12                   Q.   And you said earlier you don't

13   remember if you got a response from the S.A. correct?

14                   A.   I don't recall.

15                   Q.   Okay.  Let's scroll to the bottom

16   of this page and the top of the next page.  And I'll

17   state for the record that S.A. Fourteen is Bates-

18   stamped pages A thirteen through fifteen of S.A.'s.

19   emails.  And do you see an email there dated July

20   14th, 2020 at three forty-seven p.m. from E.V.P. at

21   Binghamton S.A. to you?

22                   A.   Yes.

23                   Q.   Did you receive this email?

24                   A.   Presumably, I did.

25                   Q.   Are you able to access this email

Page 167

```
 1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2        account anymore?
 3                        A.   I do.  I don't use it though.
 4                        Q.   Okay.  Well, it's
 5        lkestec1@binghamton.edu.  You're able to access that
 6        email account?
 7                        A.   Yes, I could get access to it.
 8                        Q.   Okay.  I'm going to ask if you
 9        can access that email and find any emails that you
10        sent to or from any of the Defendants in this matter
11        and that includes B.U., Defendant's Stenger, Rose, or
12        Pelletier, and the S.A.  I'll follow up with a
13        request for that in writing, Steve.
14                        MR. MILLER:  All right.  Thanks, John.
15                        MR. MOORE:  And Steve, the other thing
16        we could do is get an authorization from Ms.
17        Kestecher to access her email for Binghamton.edu and
18        find it that way.  We'll leave that up to you.  But
19        I'll put that in the request as well.
20                        MR. MILLER:  Sorry, what -- what do
21        you mean by that?  Do you mean -- you mean authorize
22        the university to do a search?
23                        MR. MOORE:  Yeah.
24                        MR. MOORE:  I think  we've discussed
25        that with respect to a couple of -- with Mr.
```

Associated Reporters Int'l., Inc.

Page 168

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2        Restuccia as well at his deposition.
 3                    MR. MILLER:  Okay.
 4                    MR. MOORE:  Yeah -- but --.
 5                    MR. MILLER:  Just put that in writing
 6        and we'll -- we'll consider it after -- afterwards.
 7                    MR. MOORE:  And obviously, I'll state,
 8        you know, if we -- we were to obtain any emails, we'd
 9        send you full copies of anything we do obtain.
10                    MR. MILLER:  Okay.
11                    BY MR. MOORE:  (Cont'g.)
12                    Q.   So in this email from -- it looks
13        like it's from somebody named Maggie Koekkoek, K-O-E-
14        K-K-O-E-K.  Do you know who that is?
15                    A.   No, I do not know.
16                    Q.   Okay.  And then, in her bottom
17        email which she describes as a response to Kyle
18        Nelson, it says based on our policies member of -- of
19        your E-Board will need to meet with me to have a
20        quick discussion about what has happened and how
21        we'll make sure that your group has support and good
22        management going forward.  Do you know if that
23        meeting ever occurred?
24                    A.   I -- I -- I have no knowledge.
25                    Q.   Let's move on to Exhibit Thirty-
```

Page 169

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2          three.  I'll state for the record that Defendant's

3          Exhibit Thirty-three marked for identification today

4          is bates stamp pages A ten through A twelve of

5          Defendant S.A.'s disclosures.

6                      And at the top of that page, there's

7          an email from Jon Lizak to evp@binghamtonsa.org.  Is

8          that correct?

9                      A.   Yes, it is.

10                     Q.   And it says, hi, Maggie, I am the

11         President of College Republicans.  I would like to

12         have that meeting you mentioned to Kyle and Lacey

13         about reinstatement for my club.  Thank you, Jon

14         Lizak.  Did I read that correctly?

15                     A.   Yes.

16                     Q.   Does this refresh your

17         recollection as to whether that meeting occurred?

18                     A.   I -- I don't know anything about

19         the meeting.  I didn't -- I didn't handle stuff with

20         the S.A.  I didn't get myself involved with that

21         front, so.

22                     Q.   Okay.  Well, you did send and

23         receive from email -- some emails from S.A. correct?

24                     A.   Yes, I did send some emails but I

25         never handled meetings or anything with booking or

Associated Reporters Int'l., Inc.

Page 170

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
2       anything like that.
3                       Q.   Okay.  So you didn't attend any
4       email -- the email referenced by Maggie and Jon Lizak
5       in these emails?
6                       A.   A meeting, no, I -- I never had a
7       meeting with the S.A.  I don't ever recall attending
8       any meetings.
9                       Q.   Let's see if we can refresh your
10      recollection.  We'll go to Exhibit Thirty-four.  And
11      I'll state for the record that this is
12                      Bates-stamped pages eight and nine of
13      S.A.'s disclosure and this is Exhibit Thirty-four
14      marked with today's date.
15                      This appears to be another email from
16      Mr. Lizak to the Executive Vice President of S.A.
17      correct?
18                      A.   Yes.
19                      Q.   That's dated September 24th,
20      2020, correct?
21                      A.   Yes, yes.
22                      Q.   And it says, hi, Maggie, thank
23      you for the meeting.  My main takeaway was that, in
24      order for my club to return to normalcy, all I need
25      to do is send you the names of my E-Board and attend

Associated Reporters Int'l., Inc.

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2          Sunday's training session.  Is that a fair

3          conclusion?

4                         And then, there's that same list of E-

5          Board members which includes you as secretary,

6          correct?  Yes?

7                         A.   Yes.

8                         Q.   Okay.  Did you -- you did not

9          attend that meeting between Jon and Maggie?

10                        A.   No, no, I did not.  Not from what

11         I recall.

12                        Q.   And then, if we go back to the

13         bottom of this -- we'll go to the bottom of this

14         page.  There's an email that says from the Executive

15         Vice President in S.A. to Jon Lizak.  It says your

16         page is all set so your whole E-Board should have

17         admin access.  Let me know if you have any other

18         questions, best, Maggie.  And that's dated Thursday,

19         September 24th, 2020.  Is that correct?

20                        A.   Yes.

21                        Q.   Does this refresh your

22         recollection that the College Republicans was

23         restored as a student group with B There access as of

24         September 24th, 2020?

25                        A.   I don't know.  I -- I never had

Page 172

```
1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
2        any dealings with B There or administrative work with
3        College Republicans.  I -- I can't say anything on
4        this front.
5                      Q.   So it might have been restored as
6        of that date.  It might not have been restored as of
7        that date.  You just don't know as you sit here
8        today.  Is that fair?
9                      A.   Yes, that's fair.  I -- I don't
10       know.
11                     Q.   Okay.  Let's look at another
12       email you sent.  This is marked as Defendant's
13       Exhibit Thirty-five, marked with today's date.  And
14       this is Bates-stamped page seven twenty from the
15       State Defendant's disclosure.  It appears to be an
16       email from you to Brian Rose.
17                     And it reads -- it's titled Student
18       Association.  Reads, in the past week -- it says,
19       good afternoon.  In the past week, myself and two
20       fellow conservatives have noticed a common theme that
21       we are not receiving emails from the Student
22       Association.
23                     We found this out when we did not
24       receive their email sent out last night on the S.A.
25       line but we instead received the email from other
```

Page 173

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2          students forwarding it to us.  College Republicans
 3          has also been removed from the B-line list.
 4                        Next paragraph.  Given these
 5          developments, we have concerns that the S.A. has
 6          purposefully been removing known conservatives from
 7          their email list.  I'm taking this up to a higher
 8          position, for the S.A. has not been responsive to my
 9          emails regarding other club matters.  Thank you,
10          Lacey Kestecher.
11                        Did I read that correctly?
12                        A.   Yes.
13                        Q.   This is dated Tuesday, July 14th,
14          2020 at two twenty-two p.m., correct?
15                        A.   Yes.
16                        Q.   The S.A. did respond to you the
17          same day, correct?
18                        A.   I -- I don't recall.
19                        Q.   Did Brian Rose respond to your
20          email?
21                        A.   I -- I don't recall -- I don't
22          recall anything with responses and what not.  It's
23          been three years or so or what not, I don't really
24          remember.
25                        Q.   So he might have responded, he
```

Page 174

1     2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        might not have responded.  You just don't remember as

3        you sit here today?

4                    A.   I -- I don't remember.

5                    Q.   Let's go on to paragraph thirty-

6        six.  And this is from the State Defendant's

7        disclosures, Bates-stamped pages seven twenty-one

8        through seven twenty-five.

9                    MR. MILLER:  John, do you mind if we

10       take a short break?

11                   MR. MOORE:  Oh, sure.  It's three

12       o'clock, three zero one right now.  I don't have a

13       huge amount to go.  So let's take five minutes now

14       and I should be able to finish up pretty quickly,

15       Steve.

16                   MR. MILLER:  All right.  Sounds good.

17                   MR. MOORE:  Okay.

18                   MR. MILLER:  Thanks.  We'll go --

19       we'll come back at three zero six.  Does that sound

20       good?

21                   (Off the record; 3:01 p.m. to 3:08

22       p.m.)

23                   BY MR. MOORE:  (Cont'g.)

24                   Q.   We're referring to Defendant's

25       Exhibit Thirty-six which I had stated was State

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

 2          Defendant's Bates-stamped pages seven twenty-one

 3          through seven twenty-five when I last -- when we're

 4          last on the record.

 5                        And I'm going to direct your

 6          attention, Ms. Kestecher, to the very last page of

 7          this.  And an email dated July 14th, 2020 at seven

 8          fifty-three p.m.

 9                        If you scroll up just a little there,

10          please, so we can see the to from.  This is from

11          Brian Rose to Lacey Kestecher, CC to Randall Edouard.

12          Do you see that?

13                        A.   Yes, I do.

14                        Q.   Did you receive that email, Ms.

15          Kestecher?

16                        A.   Presumably, I -- I don't remember

17          though.

18                        Q.   It reads, Hi, Lacey, thanks for

19          bringing your concern to our attention.  I have asked

20          our dean of students to be in contact with the S.A.

21          and he will follow up with you.  We contacted the

22          S.A. once before recently around something similar on

23          your behalf.  I don't remember the specifics.

24                        They were responsive, so I don't

25          believe there was any intentional conduct here.
```

Page 176

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
2        Regardless, we will work through with them whatever
3        process they use to populate the Listserv so as to
4        ensure it is complete.  Sincerely, Brian Rose.
5                    Does this refresh your recollection
6        whether you received this?
7                    A.   I -- I presume I received it if
8        it was to my email.  I don't remember though.
9                    Q.   Okay.  Can you search your email
10       to confirm that you did receive it, please?  Confirm
11       that in writing.
12                   MR. MILLER:  Sorry, John, you're going
13       to put that in writing?
14                   MR. MOORE:  Sure.
15                   BY MR. MOORE:  (Cont'g.)
16                   Q.   Do you know what steps were taken
17       by Brian Rose or the Dean of Students in response to
18       your email to Brian Rose?
19                   A.   No, I -- I -- no recollect --
20       recollection or any idea of what was taken on their
21       behalf.
22                   Q.   Okay.  Let's go to Exhibit
23       Thirty-seven.  I will state for the record that
24       Exhibit Thirty-seven is S.A. Bates-stamped pages D
25       one through seven.  This is a large number of emails.

Page 177

```
1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
2    But since you've been provided with this email before
3    the deposition, did you recognize any of the emails
4    in this chain?
5                  A.   Which emails in particular?
6                  Q.   Well, let's -- let's go to pages
7    five through seven and this appears to be an email
8    dated Thursday, July 16th, 2020 at twelve forty-nine
9    p.m. from Matthew Johnson to you with a couple of
10   other individuals copy.
11                 Did you receive this email?  And it's
12   a lengthy email and it covers almost three pages.
13                 A.   My email is listed.  I presume I
14   did.  I don't -- I don't remember this email.
15                 Q.   Okay.  Well, again, I'm going to
16   ask that you review your SUNY email address to
17   confirm that you received this and I'll follow up in
18   writing, okay, Steve?
19                 MR. MILLER:  Yeah, yeah, please put
20   that in writing.  Thanks.
21                 MR. MOORE:  The first sentence of this
22   reads, your message to Vice President Rose was
23   forwarded to me to look into as a professional staff
24   member within the Student Association, and then, it
25   goes on pretty -- with a significantly long email
```

Associated Reporters Int'l., Inc.

1     2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        there.

3                        Do you know one way or the other

4        whether it would be -- the large amount of

5        information in this email from Matthew Johnson is

6        accurate or not?  You can take your time and read it

7        if you want.

8                        MR. MILLER:  Yeah, Lacey, please --

9        please read through this email before you answer any

10       question.

11                       THE REPORTER:  If you need me to

12       scroll just let me know when to go.

13                       THE WITNESS:  Read through the

14       entirety of it?

15                       BY MR. MOORE:  (Cont'g.)

16                       Q.   Sure.

17                       A.   Okay.  Could you scroll a bit

18       down?  Can you scroll again, sorry?  Can you scroll a

19       bit further?  Can you scroll further?  And what --

20       what was the question with regards to this email?

21                       Q.   We'll start again.  Have you now

22       read Mr. Johnson's June 14, 20 -- let me make sure I

23       have the right date here.  Have you reviewed Mr.

24       Johnson's July 16th, 2020 email to you?

25                       A.   Yes.

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 179

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.   Does this refresh your

3    recollection whether you received this email?

4                    A.   I think I recall receiving it.  I

5    -- I don't really remember my emails from three years

6    ago.

7                    Q.   Is there any -- following your

8    review of this email, is there anything in this email

9    which is inaccurate as far as you know?

10                   A.   I can't speak with regards to the

11   accuracy of the email.  All I remember at this time

12   was that I wasn't receiving emails, I believe, from -

13   - I missed something from B-line which was kind of

14   strange and a few other conservative leaning students

15   had as well.  So that's all I recollect.

16                   Q.   After you brought this to the

17   attention of S.A. was that problem corrected?

18                   A.   I -- I don't recall.  I -- I

19   can't -- I can't remember.

20                   Q.   Did you respond to Mr. Johnson's

21   email that you just read?

22                   A.   I don't remember.

23                   Q.   Did you forward Mr. Johnson's

24   response to anybody else from College Republicans?

25                   A.   I don't recall.

ARII@courtsteno.com                            www.courtsteno.com

Page 180

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.   Okay.  Let's go back to the

3    complaint, which is Exhibit One.  I've just got a few

4    more questions and I should be done with you.

5    Paragraph one thirty-four, which is on page twenty-

6    seven of Exhibit One.

7                    It reads, one thirty-four, Plaintiffs

8    College Republicans and Lizak met with Defendants

9    Stenger and Rose on January 20, 2020 to discuss the

10   tabling incident and the Dr. Laffer event.  This

11   meeting was facilitated by Congressman Thomas Reid,

12   the U.S. representative for New York's 23rd

13   Congressional District, who also attended.  Did you

14   attend this meeting?

15                   A.   Yes, sir.

16                   Q.   But first of all, did I read that

17   -- that paragraph correctly?

18                   A.   Yes, you did.

19                   Q.   Did you attend this meeting?

20                   A.   I -- I was at this meeting.

21                   Q.   Did you know that there was a

22   recording of this meeting?

23                   A.   Yes.

24                   Q.   Who made that recording?

25                   A.   One of us that were there, I

Page 181

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2      don't -- I don't recall who it was.

3                     Q.   Was it you?

4                     A.   I -- no, I -- I don't think it

5      was me because I would've had it -- I don't -- I

6      don't think I have it.  It might have been -- I -- I

7      can't recall.  I think it -- I don't really know.

8                     Q.   Well, who was at the meeting

9      besides you?

10                    A.   Me, Kyle, Jon Lizak, one of the

11     Leadership Institute Reps and Taylor Ziniski.

12                    Q.   From Turning Point U.S.A.?

13                    A.   Yes.  And I believe that was all.

14     Preston, I think, was also there.

15                    Q.   And you don't know who recorded

16     the meeting?

17                    A.   From what I recall, I think it

18     might have the Leadership Institute Rep or it might

19     have been Taylor.  I don't know.  It was on -- it was

20     on somebody's phone.  I think it was one of the two

21     of them.

22                    Q.   Okay.

23                    A.   I think it was the L.I. Rep but -

24     -

25                    Q.   Okay.  Did the person who

Page 182

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2       recorded it tell all of the participants in the

3       meeting that they were recording it?

4                     MR. MILLER:  Objection, asked and

5       answered.  She said she doesn't know who recorded the

6       meeting.

7                     BY MR. MOORE:  (Cont'g.)

8                     Q.   Okay.  But she knows it was

9       recorded.  Do you remember the participants of the

10      meeting being told that it was being recorded during

11      the meeting?

12                    A.   I don't recall us saying that we

13      were recording.

14                    Q.   So the answer is, no, they were

15      not told.

16                    MR. MILLER:  Objection.

17      Mischaracterizing the witness's testimony.

18                    BY MR. MOORE:  (Cont'g.)

19                    Q.   Okay.  Besides the individuals

20      you listed, was Senator Reid there?  Representative

21      Reid, was he present at the meeting?

22                    A.   Oh, yes.  I forgot about him.  He

23      was there as well.

24                    Q.   Was Defendant Rose in the

25      meeting?

Page 183

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                        A.   Yes, Rose as well.

3                        Q.   Was Defendant Stenger in the

4        meeting?

5                        A.   Yes.

6                        Q.   Were Defendants Stenger and Rose

7        told the meeting was being recorded prior to or

8        during the meeting occurring?

9                        A.   My recollection, I don't believe

10       so.

11                       Q.   Let's go to paragraph one forty-

12       five which is on page thirty of seventy-five.  And

13       this reads, one forty-five, by failing to perform

14       their constitutional duty to protect Plaintiffs' free

15       speech activity in the form of the Dr. Laffer Event,

16       and by actively encouraging, participating in, and

17       permitting the disruption of that event, Stenger,

18       Rose, and Pelletier caused financial damages to the

19       Plaintiffs totaling thirty-seven thousand seven

20       hundred and seventeen dollars and ninety-three cents.

21                       This total includes Dr. Laffer's

22       honorarium, transportation, and private security,

23       Y.A.F.'s flights, transportations, meals, and

24       accommodations, and the hiring of an event

25       photographer and mailing of marketing materials.  Did

Associated Reporters Int'l., Inc.

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2        I read that correctly?
 3                    A.   Yes.
 4                    Q.   Do you know who paid this thirty-
 5        seven thousand dollars and change?
 6                    A.   I didn't deal with any of the
 7        financial aspects of this event.  I don't -- I don't
 8        know.
 9                    Q.   So you don't know if this came
10        from Y.A.F. funds or -- or College Republican funds
11        or something else?
12                    A.   I didn't -- I didn't deal with
13        finances.  I mean, I -- there was other people in the
14        organization who dealt with all of this, so that
15        wasn't my duty.
16                    Q.   Who were those people?
17                    A.   Whoever was on the board at that
18        time in College Republicans.  I had -- I didn't deal
19        with getting the event together.  I didn't deal with
20        finances.
21                    Q.   Okay.  Paragraph one forty-six
22        reads, Plaintiffs desire to once again host Dr.
23        Laffer and similar speakers on SUNY-Binghamton's
24        campus.  However, Plaintiffs reasonably fear if they
25        do, Stenger, Rose, and Pelletier will again enforce
```

Page 185

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2        the Speech Suppression Policy to conspire with,
 3        encourage, and permit disruptors (including College
 4        Progressive and PLOT) to engage in disruptive and
 5        disorderly conduct designed to suppress Plaintiffs'
 6        message.  Did I read that correctly?
 7                    A.    Yes.
 8                    Q.    Have the College Republicans
 9        attempted to host another speaker since November of
10        2019?
11                    A.    I -- I don't know.  I --.
12                    Q.    Well, did the College Republicans
13        attempt to host another speaker during your time at
14        Binghamton University before you graduated?
15                    A.    To the best of my recollection, I
16        don't recall.
17                    Q.    Okay.  I'm going to put -- I'm
18        going to ask Annette to put Exhibit Fifteen up on the
19        screen.  Go to the second page and the top of the
20        second page.  This is the Defendant's disclosure of
21        documents page and stop right there.
22                    And we've identified a recording in
23        this.  You see a web address there, a twitter.com
24        address.  Do you see that?
25                    A.    Yes.
```

Page 186

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.   Okay.  I'm going to ask that you

3        listen to a recording.  Amanda, if you can share that

4        and play it for the witness and then, I'll ask you

5        some questions about it.

6                    MS. KURYLUK:  All right.

7                    MR. MOORE:  But I'll -- I'll represent

8        for the record that this is the twitter.com recording

9        referenced in Exhibit Fifteen.

10                   THE REPORTER:  I don't -- I don't have

11       anything.  The only thing I have is -- are the

12       P.D.F.s.

13                   MR. MOORE:  Yeah, that's right.

14       Amanda, who just came up on the screen is going to

15       share this.

16                   THE REPORTER:  I'm sorry.  I thought

17       you said me.

18                   MS. KURYLUK:  All right.  I'm -- I'm

19       going to -- can you guys hear me okay?

20                   MR. MOORE:  Yeah.

21                   THE REPORTER:  Uh-huh.

22                   MS. KURYLUK:  Okay.  I'm going to play

23       it.  If you can't hear it, let me know.  Okay.  I'm

24       going to share it.

25                   MR. MOORE:  Amanda, is it playing

Associated Reporters Int'l., Inc.

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2          because I'm not hearing anything.

3                      MS. KURYLUK:  It is playing.  I could

4          hear it here.  Can you not hear it?

5                      MR. MILLER:  I don't hear anything

6          either.

7                      MR. MOORE:  Yeah, I don't hear

8          anything.

9                      MS. KURYLUK:  I'll pause it because I

10         can hear it -- I can hear it on my end.  I can try it

11         again.  See if we can get audio.  It -- it says it's

12         -- you guys can see it but can't hear it, is that

13         what's going on?

14                      MR. MOORE:  We can see it but we can't

15         hear it.

16                      MS. KURYLUK:  Okay.  It doesn't have

17         an audio in the beginning but it does at like --

18         start at -- when it starts at thirty-six seconds.

19         I'll try and see if I can figure out why it's not --

20         I can share the -- the audio.  I have mine up all the

21         way.  Let me try this again.  You guys hear anything

22         now?

23                      MR. MOORE:  Nothing.

24                      MR. MILLER:  No.

25                      MS. KURYLUK:  Maybe I can email this

Associated Reporters Int'l., Inc.

Page 188

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2         with the link to the Court Reporter because I don't
 3         know why it's not but I can hear it.  You guys can
 4         hear me, I'm not sure why there's no audio.
 5                    MR. MOORE:  Okay.  Is that something
 6         we can do Annette?
 7                    THE REPORTER:  To be honest, it's --
 8         she has the same settings that I do.  So I'm looking
 9         through --.
10                    MS. KURYLUK:  And it says I'm off mute
11         for the shared screen.
12                    THE REPORTER:  I'm just looking to see
13         if there's anything I need to --.
14                    MS. KURYLUK:  Going through the
15         settings now.
16                    MR. MOORE:  We can go off the record
17         while this is --
18                    (Off the record; 03:28 p.m. to 03:30
19         p.m.)
20                    THE REPORTER:  Okay.  We are on the
21         record.  And I'm sorry, what exhibit?
22                    MR. MOORE:  Back on the record.
23                    BY MR. MOORE:  (Cont'g.)
24                    Q.  Ms. Kestecher, have you ever
25         heard the recording that was posted on Twitter by the
```

Associated Reporters Int'l., Inc.

Page 189

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2          Frances Beal Society?

3                          A.    Yes, I have.

4                          Q.    Based on your recollection of

5          that recording -- since you've heard it before today,

6          do you know who made that recording?

7                          A.    From what I recall it was Faisal

8          Alam.

9                          Q.    Who made the recording?

10                         A.    Faisal, F-A-I-S-A-L.  I believe

11         his last name was Alam, A-L-A-M.

12                         Q.    Who is Faisal?

13                         A.    You -- I don't know if he's a

14         student still at Binghamton.  He was a student at the

15         time and he would show up to a few of the meetings

16         whether it be College Libertarians or maybe one

17         College Republicans meeting.

18                         Q.    Is that when this that was

19         recorded?

20                         A.    I don't remember if it was a

21         meeting or what it was.  I just remember it was after

22         the event and we were just looking to decompress, and

23         joke around a bunch of us because most of us were

24         friends and we were all pretty stressed, so.

25                         Q.    What event?

Page 190

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                          A.    I believe, it was after both the

3        Art Laffer and the tabling event.  Just a lot of

4        pressure and just looking for a way to joke around

5        with each other as we oftentimes did.

6                          Q.    Okay.  Do you know whose voices

7        are in the recording?  There's a female voice that's

8        you, correct?

9                          A.    Yes.

10                         Q.    Who were the -- there were

11       several male voices.  Do you know who those people

12       are?

13                         A.    I -- I think Lizak was in it and

14       Restuccia.  I don't know who else.

15                         Q.    Okay.  Because the -- the

16       recording I've listened to refers to Lizak in the

17       third person.  He was there?

18                         A.    I -- I don't remember.  I'd have

19       to listen to the recording again.

20                         Q.    And we played the recording for

21       Mr. Restuccia and he claims he was not there and none

22       of the voices are his.  Does that refresh your

23       recollection as to whether he was there?

24                         A.    I don't -- I don't remember.  I'd

25       have to listen to it again.

Page 191

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.    Do you know other than Faisal and

3         you, who else might have been present?

4                    A.    No, just maybe some College

5         Republicans or Libertarians.

6                    Q.    Okay.  Annette if we can put

7         Exhibit Thirty-eight up on the screen.  This is

8         Exhibit Thirty-eight marked with today's date.  At

9         the top of it is a -- appears to be a social media

10        post from the Frances Beal Society.  Do you know what

11        the Frances Beal Society is?

12                   A.    From my knowledge, it's

13        essentially a group that's affiliated with College

14        Progressives.  I don't know if they're two different.

15        I think they're presumably the same people in each

16        organization from what I was aware of during my time

17        at Binghamton.

18                   Q.    Okay.  And then, scrolling down

19        to -- there's black portion.  There is a -- appears

20        to be a social media exchange.  If you can scroll

21        back up to the top a little more that starts right

22        there.  Do you recognize those social media posts,

23        messages?

24                   A.    Yes, those are my text messages

25        to Faisal.

Associated Reporters Int'l., Inc.

Page 192

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                          Q.   Okay.  And these are just text

3    messages on the phone between you and Faisal?

4                          A.   Messenger or Facebook Messenger.

5                          Q.   Okay.  So the first post you see

6    there, bet, and it's got numerous t's, bet they're

7    definitely going to shit their pants when they hear

8    about the lawsuit.  That's from Faisal?

9                          A.   Yes.

10                         Q.   And what lawsuit is he -- lawsuit

11   is he referring to?

12                         A.   I don't know.  I don't re -- I

13   don't remember at this point.

14                         Q.   Is it this lawsuit?

15                         A.   I don't -- I don't know -- I

16   don't know when this text message was written.

17                         Q.   Have you been involved in other

18   lawsuits involving the Binghamton University College

19   Republicans?

20                         A.   No, I have not.  I don't think

21   there was any other lawsuit, so.

22                         Q.   Is it a fair presumption that

23   it's referring to this lawsuit then?

24                         MR. MILLER:  Objection calls for

25   speculation.

Page 193

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    MR. MOORE:  Just following up.

3                    BY MR. MOORE:  (Cont'g.)

4                    Q.   If you're not involved in any

5    other lawsuits involving the College Republicans or

6    Binghamton University, is this referring to this

7    lawsuit?  If you know.

8                    A.   I don't -- don't know.  I don't

9    have the whole thread on this.

10                   Q.   Okay.

11                   A.   I'm picking -- picking parcels

12   out of it.  I can't -- I can't say.

13                   Q.   You still had this thread on your

14   phone?

15                   A.   I don't think so.  I have no

16   contact with him, so I deleted anything to do with

17   the kids.  So that was that.

18                   Q.   Okay.  Well, he wrote that

19   they're definitely going to shit their pants when

20   they hear about the lawsuit.  Underneath that there's

21   a message that says, ha-ha, that's the goal and to

22   finally be able to get big speakers on campus.  Is

23   that message from you?

24                   A.   Yes, I wrote that.

25                   Q.   What goal are you referring to?

Page 194

1     2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    A.    I don't know.  I don't have --.

3                    Q.    Referring to the goal of getting

4        them to shit their pants when they hear about the

5        lawsuit.  Is that the goal?

6                    A.    I don't know -- I don't know the

7        context of this message that I wrote and I usually

8        write in a hyperbolic fashion and half of my text

9        messages are usually joking around if not all of

10       them.  So I don't know.  People don't really take me

11       too seriously over text.

12                   Q.    Okay.  Do you know who the they

13       are referred to in the preceding paragraph that you

14       responded to?  They're definitely, who are they?

15                   A.    I -- I don't know.

16                   Q.    Okay.  Scrolling down a little.

17       You say, and to finally get -- be able to get big

18       speakers on campus.  Are you referring to the

19       Binghamton University campus?

20                   A.    But I broke this text message.

21       Presumably, I don't know what other campus I would be

22       talking about.  I don't -- I don't know.

23                   Q.    Okay.  The person you're texting

24       with responds no more shutting down events and being

25       crybabies, L.M.A.O., can't shut down events anymore

Associated Reporters Int'l., Inc.

Page 195

1     2/13/2023 - Young America's v Stenger - Lacey Kestecher

2     L.O.L.L.

3                         Who are we trying to bring on to

4     campus?  So I can plan my calendar and get ready for

5     the chaos L.O.L.  Did you receive that text from

6     Faisal?

7                         A.   I did.

8                         Q.   And you responded, O-O-F, we're

9     going to have to play it by year.  I want Shapiro or

10    Crowder at some point in the next few years.  Did you

11    write that?

12                        A.   I did write that.

13                        Q.   Who is Shapiro referred to in

14    this paragraph?

15                        A.   Refers to the conservative

16    commentator, Ben Shapiro.

17                        Q.   Okay.  Did you or the College

18    Republicans make any effort to bring Ben Shapiro to

19    campus at B.U. at any time after this message was

20    sent?

21                        A.   Not from what I recall.  I mean,

22    this is just hyperbolic text -- texting.  I mean,

23    it's exaggerated.  I -- once again, I text in a

24    joking manner.  I write in exaggerated terms.  I

25    always have and I always will.  So that's that.

Page 196

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                    Q.   Who is Crowder, C-R-O-W-D-E-R?

3    Who does that refer to?

4                    A.   Likewise, another conservative

5    commentator, Steven Crowder.

6                    Q.   Did you or the Binghamton

7    University College Republicans make any effort to

8    bring Steven Crowder to campus at any time after this

9    message was sent?

10                    A.   No, in the case of both of these

11   speakers we never made during my duration I was

12   associated with the organization.  There was no

13   attempt to bring on either.

14                    Q.   Okay.

15                    MR. MOORE:  Annette, did we have any

16   success being able to play that recording?

17                    THE REPORTER:  The only suggestion

18   that was given is if somebody wanted to call in and

19   like play it over their cell phone but that it's.

20   I'm -- I'm not sure why --.

21                    MR. MOORE:  Amanda, do you want to try

22   that?

23                    MS. KURYLUK:  I could try doing that.

24   Share my screen.

25                    MR. MOORE:  It was just a pop up from

Page 197

```
1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
2       Matt Johnson that might give us some -- about that.
3       It says within the audio settings Amanda needs to
4       change noise removal to music mode and it should
5       work.
6                  MS. KURYLUK:  All right.  Let me see
7       if I can do that.  Let me share.  All right.  I just
8       switched this so let me see if this works.  Can you
9       guys hear this?
10                 MR. MILLER:  No.
11                 MR. MOORE:  No.
12                 MS. KURYLUK:  I'll try again.  I
13      switch to music mode, so let me see.  Hold on.  Can
14      you guys hear now?
15                 MR. MOORE:  No.
16                 MS. KURYLUK:  That's the music mode.
17      All right.  Let's see what Matt's saying --
18                 MR. JOHNSON:  I think the audio is
19      just about to start.  Just give it --.
20                 MS. KURYLUK:  Yeah.  I mean, right
21      here it's supposed to start, so just give it a second
22      if you can hear -- are you guys hearing anything?
23                 MR. MILLER:  No.
24                 MR. MOORE:  No.
25                 MS. KURYLUK:  I can try calling in.
```

Page 198

```
1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
2        All right.  I'm going to try calling from my phone
3        and see if I can play through that.
4                      MR. MOORE:  Okay.  This is the last
5        thing we'll try and if it doesn't work, we will stop
6        wasting everybody's time on this.
7                      MS. KURYLUK:  Okay.  Let me know if
8        you're hearing anything.  It's probably going to echo
9        now, so please, let me know.
10                     MR. MOORE:  Okay.  I hear nothing, so
11       thanks.
12                     MS. KURYLUK:  Sorry.
13                     MR. MOORE:  Yeah.  Let's move on.
14       Tom, do you have questions?  That's all -- that's all
15       I have for now.
16                     MR. SAITTA:  Yeah, I've got a few.
17       I'll try not to repeat what you've already been over.
18                     CROSS EXAMINATION
19                     BY MR. SAITTA:
20                     Q.  Okay.  Are you ready?  Okay,
21       Lacey.  And -- and if you've covered this already,
22       just let me know.  Do you have any personal knowledge
23       of the College Republicans tabling and having a
24       tabling event in The Spine without getting a permit
25       to do so beforehand?
```

Associated Reporters Int'l., Inc.

Page 199

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                        A.   I didn't deal with any of the

3        permit or anything with regards to that.  I -- I

4        didn't deal -- I didn't deal with anything with

5        regards to permits.

6                        Q.   All right.  So you wouldn't know

7        whether or not in the past the College Republicans

8        have tabled in The Spine without getting a permit?

9                        A.   No, I -- I have no knowledge with

10       anything in regards to that.

11                       Q.   How about other student

12       organizations tabling on The Spine without a permit?

13       Do you have any personal knowledge of that?

14                       A.   No, I didn't -- I didn't have any

15       dealings with tabling or with the S.A. in that

16       regard, reservations.

17                       Q.   Okay.  I'll ask if you could put

18       up on the screen what I sent today as Kestecher

19       Exhibit One.  This is a document that was provided in

20       discovery and I believe used in some of the -- well

21       not this document but it's -- a copy of it used in

22       prior depositions and it's the tabling policy.

23                       And I'll ask you to scroll down to

24       where there's a picture of The Spine.  Yeah, right

25       there.  If you move up just a little.  Okay.

Page 200

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2    Beautiful.  Okay.  Lacey, do you see the picture, the

3    map that's up there?

4                    A.   Yes.

5                    Q.   Okay.  And in terms of the

6    tabling event held shortly before the Laffer speech,

7    on that map, can you tell us whether or not you were

8    tabling in the areas marked either A, B, C, or D?

9                    MR. MILLER:  Annette, could you zoom

10   out just a little bit, please?

11                   THE REPORTER:  I can.  If -- I'll need

12   to save these and then, open it again.  So hold on

13   one second.

14                   MR. MILLER:  I think if you -- if you

15   scroll down just a little bit, I think the -- the map

16   will come into -- yeah.

17                   MR. SAITTA:  Yeah.

18                   THE REPORTER:  Is that good?

19                   MR. MILLER:  Yeah, I -- I think that -

20   - that will do.

21                   BY MR. SAITTA:  (Cont'g.)

22                   Q.   Okay.  So I guess -- let me start

23   it this way, Lacey.  Do you recognize the areas

24   labeled as A, B, C and D in that photograph?

25                   A.   I relatively do.  It's been years

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2         since I've been on Binghamton's campus, however.
 3                      Q.   All right.  And would it be fair
 4         to say those are all areas that are on The Spine, as
 5         that term you used on campus?
 6                      A.   Yes.
 7                      Q.   Okay.  And do you remember when
 8         you were tabling for the Laffer event or the College
 9         Republicans were tabling, were they tabling in the
10         area of A if you recall?
11                      A.   It was either -- I -- I can't
12         remember exactly.  It was either A or C but we were
13         on -- yeah --.
14                      Q.   Any one of those.
15                      A.   One of those.
16                      Q.   Okay.  And to your knowledge, are
17         those areas that you need a permit in order to table?
18                      A.   I don't -- I don't know anything
19         about permits.  All I know is that it is public
20         property.  And we were off to the side and not
21         intruding on anybody.
22                      Q.   Okay.  So if -- if I understand
23         what you're saying you have no knowledge as to
24         whether or not a permit was required by the campus
25         policy to be obtained before tabling in areas A, B,
```

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2    C, or D, you just don't know?
 3                    A.   I have no knowledge of anything
 4    with regards to permits.
 5                    Q.   Okay.  So when there was a
 6    statement that other groups have tabled there without
 7    permits, is that anything you have any knowledge of?
 8                    A.   I have no knowledge of anything
 9    with regards to that.
10                    Q.   Now, you mentioned that during
11    the tabling event a -- a representative of the S.A.
12    had spoken to the Republicans.  Do you recall that?
13                    A.   Came up to both of the tables.  I
14    don't -- I don't know if it's directly Republican or
15    ours though.
16                    Q.   Okay.  But did he address the
17    table that was being operated by the College
18    Republicans?  Did he speak to those people as well as
19    Turning Point?
20                    A.   I don't -- I don't really recall
21    who he was directing it towards.
22                    Q.   Okay.  And you recall -- I think
23    you testified that -- that person said that you
24    needed a permit to table and asked you to leave.  Do
25    you recall that?
```

Page 203

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                      A.   Yes, I remember that was Khaleel
 3      James, my memory.
 4                      Q.   Okay.  And did Mr. James say
 5      anything about the consequences if you didn't leave
 6      that there would be sanctions against the
 7      organization?
 8                      A.   What I recall -- I don't -- I
 9      don't really remember.  I just -- all I recall was
10      that he was the V.P. for multicultural groups, I
11      believe at that point.  So I don't really know why he
12      was the one coming up to us because it didn't have
13      anything to do with anything in regards to
14      multicultural events, so.
15                      Q.   Okay.  There was a -- he was
16      saying that there was a violation of the university's
17      policy.  Did he indicate that it's something the S.A.
18      could sanction you for?
19                      A.   I -- I don't remember exactly
20      what he said.  He was just --.
21                      Q.   Okay.  Now, I'll ask you to look
22      at Exhibit Thirty, which I think was up before.
23                      THE REPORTER:  Is it one that John
24      had?
25                      MR. SAITTA:  Yes.
```

Page 204

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    THE REPORTER:  Okay.  Yeah.  Let me
 3       get it.
 4                    BY MR. SAITTA:  (Cont'g.)
 5                    Q.   Yes, Defendant's Exhibit Thirty.
 6       All right.  And this was the email you sent on July
 7       10th to Ryan Yarosh?
 8                    A.   Yes.
 9                    Q.   Okay.  Is there any -- why did
10       you send somebody from the administration a letter
11       rather than the S.A.?
12                    A.   I don't remember.  I was just
13       trying to get an answer that was it.
14                    Q.   Okay.  And -- and it indicates
15       that it says it doesn't appear to be chartered by
16       Binghamton University anymore.  What was the basis of
17       your belief that the Republicans had been de-
18       chartered by the university?
19                    A.   I don't -- I don't remember.
20                    Q.   Okay.  What is your understanding
21       of what chartering means in that context if you used
22       it?
23                    A.   I -- I can't speak to what I was
24       writing at the time.  All I could say is that right
25       now I'm presuming.  I meant, recognize but I don't
```

Page 205

```
 1   2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       know.  I wrote this email about three years ago now,
 3       so.
 4                   Q.   If you know, did you understand
 5       that there was a difference between de-chartering a
 6       student organization and issuing of sanctions such as
 7       suspension of a B There account?
 8                   A.   To repeat, I don't know anything
 9       with regards to how organizations are handled with
10       the S.A.  I don't know anything about B There.  I've
11       never even heard of it until today.  So I don't know
12       anything in this regard.
13                   Q.   Okay.  Would that have been true
14       at the time you sent that email that you didn't know
15       anything about the B There account?
16                   A.   Yes, I mean, if I don't know
17       anything about it now, I'm presuming that even back
18       then, never -- not from what I recall.  I didn't
19       handle anything with the S.A.
20                   Q.   Okay.  So then, would it be fair
21       to say that prior to sending this email to Mr.
22       Yarosh, you did not check with any S.A. official as
23       to why it appeared that the College Republicans were
24       de-chartered?
25                   A.   I -- I don't remember.  I don't
```

Page 206

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2       recall.
 3                    Q.   Do you recall whether you spoke
 4       to any other officers of the College Republicans to
 5       see if they understood what was going on in this
 6       aspect?
 7                    A.   I -- I don't remember.
 8                    Q.   Okay.  Now, were you aware --
 9       withdrawn.  Prior to sending this email to the
10       administration, do you know whether or not the
11       College Republicans had re-certified for the coming
12       school year for the 2020, 2021 school year as an
13       organization?
14                    A.   I don't know.  I didn't deal with
15       any of those matters.
16                    Q.   Okay.  Do you know whether or not
17       the College Republicans were sent an email along with
18       various other student organizations in May of 2019
19       that they had not registered and they needed to do
20       so?
21                    A.   I don't recall.  I didn't deal
22       with any of the matters, the email.  I -- I never
23       even had ownership to that email or access tov that,
24       so.
25                    Q.   Okay.  In -- in -- in determining
```

Associated Reporters Int'l., Inc.

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2         or -- withdrawn.  In deciding to send this letter,

3         did you make any effort to determine whether or not

4         the failure to be on the B There page -- page was due

5         to the College Republicans failure to re-certify in

6         May of 2019?

7                        A.   I -- I don't recall.  I just sent

8         -- I don't think it was much that was beyond this

9         email.  It was -- I just wanted an answer from the

10        university why I didn't see it on the B Engaged page.

11        I didn't think much of it.  I mean, that was really

12        the gist of it.

13                       Q.   Okay.  If you didn't think much

14        of it, why did you go directly to the administration

15        rather than to the S.A.?

16                       A.   Because I just decided to do that

17        and I sent the email.

18                       Q.   But why did you just decided to

19        do that?

20                       A.   I was sending an email and that

21        was what I decided at the time, I can't.  There's

22        really no way for me to go back and give you an

23        answer for that.  That was just what I presumed was

24        the best way to go about getting an answer.

25                       Q.   Let me ask you this.  You

Associated Reporters Int'l., Inc.

Page 208

```
1     2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        indicated that you weren't really involved in S.A.

3        matters.  Why wouldn't you have asked the person at

4        the Republicans that dealt with S.A. matters to find

5        out why they were no longer on the B Engaged page?

6                    A.   My recollection, I don't -- I

7        don't know why I just sent this email because I

8        wanted an answer.  Email's a form of communication.

9        So I figured why not just ask.

10                   Q.   Okay.  But you didn't decide to

11       ask the S.A.?

12                   A.   I don't recall exactly what I was

13       doing with these emails.  I mean, I sent this one but

14       --

15                   Q.   Did -- were you aware --

16       withdrawn.  Let me go to Exhibit Thirty-five, if I

17       could.  Defendant's Exhibit Thirty-five.  Okay.  And

18       if you can look at that for a moment.  This is an

19       email that you sent?

20                   A.   Yes, I did send this.

21                   MR. MILLER:  Is -- is there a top

22       portion of that email?

23                   BY MR. SAITTA:  (Cont'g.)

24                   Q.   Yeah, I was going to say.  There

25       we go.  And you sent that to Brian Rose.  And he is
```

Page 209

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        also in the administration?

3                    A.   Yes, he is.

4                    Q.   Okay.  And you referenced a few

5        fellow conservatives have noticed a common theme

6        about not receiving emails from the Student

7        Association.  Which fellow conservatives were you

8        referring to if you know?

9                    A.   I don't recall.  I can't

10       remember.  It's been well over two years.

11                   Q.   Okay.  And in particular, what --

12       you are indicating that you didn't receive emails on

13       the S.A. line and also the B line list.  Is that what

14       that says?

15                   A.   Yes.

16                   MR. MILLER:  Sorry, I don't think we

17       can see that on the -- on the screen right now.

18                   MR. SAITTA:  Oh really, I got it right

19       in front of me.  It says, we found this out when we

20       did not receive their email.  Sent out last night on

21       the S.A. line.  And then, further on it says College

22       Republicans have been removed from the B line list.

23       Do you see that in your email?

24                   MR. MILLER:  I see that now.  It was

25       scrolled up before.

Page 210

```
1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
2                     BY MR. SAITTA:  (Cont'g.)
3                     Q.   Okay.
4                     A.   I see it, yes.
5                     Q.   So first -- okay.  So what's the
6     S.A. line that you were referring to?
7                     A.   I -- I don't recall.  I -- I'm
8     not really familiar with any of this in regards to
9     Binghamton.  I left the uni -- I'm past the
10    university now.  So I don't remember.
11                    Q.   Okay.  So in -- in -- in terms of
12    the S.A. line, do you have an understanding of who
13    administers the S.A. line?
14                    A.   I -- I would not know.  I don't
15    deal with any of them.
16                    Q.   Okay.  And would that same be
17    true for the B-line list?
18                    A.   Yes.  I don't -- I don't know
19    much of it.  All I know is that I wasn't receiving
20    something, so that was that.
21                    Q.   Okay.  Well, given that -- that
22    your -- your lack of working knowledge as to how
23    these lines operate.  What was the basis for your
24    concern that the S.A. had purposely been removing
25    known conservatives from their email list?
```

Page 211

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                        A.   It was stated in the email that I

3      wrote at the time.  A few of us, I don't recall who

4      else, hadn't received the emails and we thought that

5      was kind of strange.

6                        Given the treatment that happened

7      after the event and everything else on the campus

8      that fall.  So that was why I sent out the email.

9                        Q.   Was that also the basis of your

10     concern that S.A. had been purposely removing

11     conservatives from the list?

12                       A.   I can't speak to what I was

13     thinking at the time but going off of what I wrote,

14     presumably that was that.

15                       Q.   So is it fair to say that your

16     concern was merely an assumption that the S.A. had

17     actually been removing conservatives from the list?

18                       A.   I would say, if anything, it was

19     -- I can't go back and say per se, what I was

20     thinking, but it was a presumption that this could

21     have been a possibility given what transpired on the

22     campus.

23                       Q.   So you weren't sure if the S.A.

24     was actually removing known conservatives from their

25     email list, correct?

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                   MR. MILLER:  Objection.
 3         Mischaracterizing the witness's testimony.  She
 4         testified that she doesn't recall, yeah.
 5                   BY MR. SAITTA:  (Cont'g.)
 6                   Q.   Okay.  Do you recall having any
 7         information that made you believe it was the S.A.
 8         that was removing names from the list?
 9                   A.   I don't recall.  All I recall is
10         writing this email because I wanted a response just
11         to see if there was anything they could give me
12         information on.  There's not much besides that.  It
13         wasn't really thought out much with this email.  It
14         was -- I just wanted an answer to a question.
15                   Q.   Well, again, why go to Brian Rose
16         as opposed to the Student Association?
17                   A.   Presumably, even now as I write
18         emails, I take them up to who I think would be the
19         best person to respond back.  At the time, I thought
20         it was Brian Rose, so.
21                   Q.   Okay.  Why didn't you think the
22         S.A. was an appropriate person to put that question
23         to?
24                   A.   I don't recall.  I figured
25         somebody in the administration could give me an
```

Associated Reporters Int'l., Inc.

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        answer and that would be more appropriate.

3                    MR. MILLER:  Tom, I believe that --

4        that John showed emails from Lacey to the Student

5        Association today.

6                    MR. SAITTA:  And I'm talking about

7        this particular complaint.  It's not -- I know what

8        you're referring to.  All right.  Let me go back to -

9        -

10                    MR. MILLER:  But -- but you're -- but

11        you're saying that she never emailed the Student

12        Association and that's false based on what John

13        showed.

14                    MR. SAITTA:  But -- when I was

15        referring to this, I was referring to this particular

16        email in Exhibit Thirty-five.

17                    MR. MILLER:  Okay.

18                    BY MR. SAITTA:  (Cont'g.)

19                    Q.   All right.  Well, let me ask you

20        this.  It says the S.A. has not been responsive to my

21        emails regarding other club matters.  What other club

22        matters had you raised with the S.A. by an email

23        prior to this email?

24                    A.   I don't recall.  Once again, I

25        sent this email well over two years ago.  I -- I

Associated Reporters Int'l., Inc.

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2         don't recall.

3                        Q.   And -- and currently you have no

4         recollection of any issues that the S.A. was

5         nonresponsive to your emails?

6                        A.   I can't remember at this time.

7         It's -- it's been years.

8                        Q.   So you -- can you say one way or

9         the other whether or not the S.A. had been responsive

10        to your emails on other club matters?

11                       A.   I'm not going to make a

12        definitive statement on that.  Simply, I don't

13        remember.  That's all I can say.

14                       Q.   Now, were you aware that the same

15        day you sent your email on July 10th asking about why

16        you weren't being chartered or de-chartered that Kyle

17        Nelson had received an email from the S.A. and had

18        gotten an explanation.  Do you recall that?

19                       A.   I -- I don't recall that.  I

20        don't have access over Kyle's email.  I wouldn't

21        know.

22                       Q.   Before you sent this email that's

23        Exhibit Thirty-five, did you attempt to check with

24        Kyle or any other officer in the College Republicans

25        as to whether they got a response as to the issues

Page 215

1    2/13/2023 - Young America's v Stenger - Lacey Kestecher

2        you raised?

3                    A.   I don't recall.

4                    Q.   Okay.  Now, in response to one of

5        the questions that Mr. Moore had before.  He asked

6        whether or not Mr. Rose had indicated that there were

7        Progressives involved.  Do you recall that there was

8        a meeting you had?

9                    Let me withdraw it.  Do you recall

10       testifying about a meeting you had in which Brian

11       Rose said that he was aware that Progressives had

12       been involved in the tabling event in trying to

13       disrupt you?

14                   A.   I -- I don't recall.  I don't

15       know.  Well -- well, what are you referring to our --

16       when we spoke with Stenger and Rose?

17                   Q.   Right.  That meeting you

18       testified to.  And I thought you had testified -- you

19       can correct me if I'm wrong.  I thought you testified

20       at that meeting, Rose had indicated that he knew

21       members of the Progressives were involved in

22       disrupting the Laffer tabling event.  Do you recall

23       that?

24                   A.   I don't recall what he said but

25       there's an audio recording of it, so.

```
1     2/13/2023 - Young America's v Stenger - Lacey Kestecher
2                    Q.   And -- so you don't recall him
3       saying if Rose explained how he knew there were
4       Progressives involved?
5                    A.   I -- I don't recall much of
6       anything from that meeting.  It was three years ago
7       now.  I -- I don't remember it.
8                    Q.   Okay.  Do you recall whether or
9       not either at this meeting or any -- any other time
10      that Rose told you that he thought Progressives were
11      involved in disrupting the Laffer tabling event?
12                   A.   I -- I don't remember.  I don't -
13      - I don't know.
14                   Q.   Okay.  Do you ever remember Mr.
15      Brian Rose providing you a copy of the letter
16      purportedly written by the College Progressives
17      through encouraging people to disrupt the Laffer
18      tabling event or the Laffer event itself, either one?
19                   A.   I -- I don't recall.  I don't --
20      I don't know.
21                   Q.   All right.  And do you recall
22      whether or not you got any response from Mr. Rose to
23      your email that's Exhibit Thirty-five?
24                   A.   I -- I don't recall.  These are
25      emails from three years ago for --.
```

Page 217

```
1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
2                        Q.   I'm just asking what your
3        recollection is?
4                        A.   I -- I don't recall.
5                        MR. MILLER:  I believe John already
6        showed this and -- and a response from Rose.  Maybe
7        you can -- do you want to pull that up?
8                        MR. MOORE:  We did -- we did actually
9        ask about this.  She didn't remember whether Rose had
10       responded and then we showed her Rose's response.  So
11       that's -- that's in the record.
12                       MR. SAITTA:  Okay.  That's fine.
13       Those are all the questions I have.
14                       MR. MOORE:  I don't have anything
15       further.  Thanks for your time.
16                       MR. SAITTA:  Okay.
17                       MR. MILLER:  Can -- can we -- sorry,
18       can we -- can we just take five minutes?  I just want
19       to look through my notes and see if I have any -- any
20       redirect questions for Lacey.
21                       MR. SAITTA:  All right.  I've got to
22       run real quickly to another video but I'll be right
23       back.  So let me --.
24                       (Off the record; 04:08 p.m. to 04:13
25       p.m.)
```

Page 218

```
 1    2/13/2023 - Young America's v Stenger - Lacey Kestecher
 2                    THE REPORTER:  We're on the record.
 3                    MR. MILLER:  Okay.  I -- I don't have
 4    any further questions.  No -- no redirect from me.
 5                    MR. MOORE:  Okay.  All right.  Well, I
 6    think we're done here.  Thanks very much for your
 7    time, ma'am.
 8                    (The deposition concluded at 4:13
 9    p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

800.523.7887                          Associated Reporters Int'l., Inc.

Page 219

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

 2   STATE OF               )
     COUNTY OF              )
 3
             I, LACEY KESTECHER, have read the foregoing
 4   record of my testimony taken at the time and place noted
     in the heading hereof and do hereby acknowledge:
 5   (Please check one)
             ( ) That it is a true and correct transcript of
 6   same.
             ( ) With the exceptions noted in the attached
 7   errata sheet, it is a true and correct transcript of same.

 8
                                 X
                                    LACEY KESTECHER
 9
     Sworn to before me this
10   _____day of _____, 2023.
     X_____
11   NOTARY PUBLIC
     My Commission Expires:
12   _____

13

14

15

16

17

18

19

20

21

22

23

24

25
```

ARII@courtsteno.com                          www.courtsteno.com

Page 220

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2       I, ANNETTE LAINSON, do hereby certify that the

3    foregoing testimony of LACEY KESTECHER was taken by me, in

4    the cause, at the time and place, and in the presence of

5    counsel, as stated in the caption hereto, at Page 1

6    hereof; that before giving testimony said witness was duly

7    sworn to testify the truth, the whole truth and nothing

8    but the truth; that the foregoing typewritten

9    transcription, consisting of pages number 1 to 219,

10   inclusive, is a true record prepared by me and completed

11   by Associated Reporters Int'l., Inc. from materials

12   provided by me.

13

14   ANNETTE LAINSON, Reporter

15

16

17

18

19

20

21

22

23

24

25

800.523.7887                                    Associated Reporters Int'l., Inc.

Page 221

```
 1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

 2           ASSOCIATED REPORTERS INTERNATIONAL, INC.
                        (800) 523-7887
 3
        Date:
 4      Case Name:  Young America's, et al v Stenger, et al
        Index Number:  20-CV-822(LEK/ML)
 5      Deponent:  Lacey Kestecher
        Deposition Date:  2/13/2023
 6      Examining Attorney:  John Moore, A.A.G.

 7      Dear Lacey Kestecher:

 8
        Please read and make any changes and/or corrections in
        your testimony and sign the transcript in the presence of
 9
        a notary public.  Please do so within thirty (30) days.
10      If you fail to sign the transcript within thirty (30)
        days, it will be delivered to the appropriate parties
11      without signature.  Return the transcript with
        corrections, if any, to:
12
                OFFICE OF THE NEW YORK STATE ATTORNEY GENERAL
13              BY:  JOHN MOORE, A.A.G.
                     AMANDA KURYLUK, A.A.G.
14              The Capitol
                Albany, New York 12224
15
        CORRECTIONS:
16
        _____        Word or phrase:  _____
17
                        Corrected to:    _____
18      _____        Word or phrase:  _____
                        Corrected to:    _____
19      _____        Word or phrase:  _____
                        Corrected to:    _____
20      _____        Word or phrase:  _____
                        Corrected to:    _____
21
        _____        Word or phrase:  _____
22      _____        Corrected to:    _____
                        Word or phrase:  _____
23
                        Corrected to:    _____
24      _____        Word or phrase:  _____
                        Corrected to:    _____
25
```

800.523.7887                              Associated Reporters Int'l., Inc.

                                                        Page 222

1      2/13/2023 - Young America's v Stenger - Lacey Kestecher

2                              LACEY KESTECHER

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

**A-L-A-M** 189:11
**A-S-B-U-R-Y** 14:25
**A.A.G** 2:12,13 221:6,13,13
**a.m** 1:22 8:3 75:12 90:16 103:14
  158:4 160:18 166:7
**abilities** 37:23
**ability** 94:2 163:7
**able** 12:12 115:19 119:2 130:21
  131:5 137:13 166:25 167:5
  174:14 193:22 194:17 196:16
**access** 4:2 12:6 73:11 166:25
  167:5,7,9,17 171:17,23 206:23
  214:20
**accommodations** 183:24
**account** 4:2 5:18 6:8 119:3
  151:21,25 153:13,18 158:22
  159:12 162:5,23 163:7 167:2,6
  205:7,15
**accuracy** 179:11
**accurate** 17:12,23 18:7,15,16
  34:14 35:21 42:10 75:13
  113:24 122:15,19 162:13
  163:13 164:11,15,19,25 178:6
**accurately** 122:12
**accusations** 132:20 133:5
**accusatory** 116:15 119:21
**accused** 132:25
**achieve** 44:4
**achieves** 38:3
**acknowledge** 219:4
**acting** 125:20 143:21 145:12
**action** 111:23 118:23 133:11
  134:18,20 135:9,19,23 136:11
  136:18,22 137:3,4,9,12,18,20
  137:21 142:11 147:9,21 150:10
  150:17
**actions** 32:22 100:11,22 147:25
**active** 37:20
**actively** 183:16
**activities** 38:5 44:6 122:10
  162:22
**activity** 163:7 183:15
**address** 13:12 14:7,22 119:3
  158:2 177:16 185:23,24 202:16
**addressed** 156:5 158:6
**addresses** 14:14
**adjacent** 127:4
**admin** 171:17

**administers** 210:13
**administration** 25:9 96:21 97:4
  126:6 132:23 133:2 147:13
  204:10 206:10 207:14 209:2
  212:25
**administrative** 172:2
**Administrators** 125:20 127:5
**advance** 121:25 123:4
**advanced** 123:15
**advertising** 39:9
**advised** 113:2 115:2,6,10 116:15
  119:21
**adviser** 84:10
**advising** 122:25
**Affairs** 1:12
**affiliated** 33:20,22 57:6,7
  191:13
**affirm** 9:4
**afraid** 118:21
**afternoon** 67:21 172:19
**agents** 143:22
**aggressive** 112:22 113:10
**ago** 16:16 48:22 50:20 51:23
  53:6 54:18 55:20,20 57:14
  62:3 87:8 179:6 205:2 213:25
  216:6,25
**agree** 16:4 41:5 116:11 135:8,18
  137:2 151:19
**ahead** 66:9 80:13
**aid** 37:17
**aides** 126:11
**airport** 126:12,18
**al** 10:10,10 221:4,4
**Alam** 189:8,11
**Albany** 2:15 221:14
**allegation** 113:2
**allegations** 17:12,23 18:5,13
  43:20 51:13 55:6 114:22
**alleged** 24:13 28:8
**allow** 135:23
**allowed** 124:14
**Amanda** 2:13 8:10 186:3,14,25
  196:21 197:3 221:13
**amendment** 83:11 93:24
**America** 26:3
**America's** 1:1 2:1 3:1 4:1 5:1
  6:1 7:1 8:1 9:1 10:1,9 11:1
  12:1 13:1 14:1 15:1,22 16:1
  17:1 18:1 19:1 20:1 21:1 22:1
  23:1 24:1 25:1 26:1 27:1 28:1

29:1 30:1 31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1 57:1 58:1
59:1 60:1 61:1 62:1 63:1 64:1
65:1,13,15,22 66:1,2,5,15
67:1 68:1 69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1 77:1 78:1
79:1 80:1 81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1 89:1 90:1
91:1 92:1 93:1 94:1 95:1 96:1
97:1 98:1 99:1 100:1 101:1
102:1 103:1 104:1 105:1 106:1
107:1 108:1 109:1 110:1 111:1
112:1 113:1 114:1 115:1 116:1
117:1 118:1 119:1 120:1 121:1
122:1 123:1 124:1 125:1 126:1
127:1 128:1 129:1 130:1 131:1
132:1 133:1 134:1 135:1 136:1
137:1 138:1 139:1 140:1 141:1
142:1 143:1 144:1 145:1 146:1
147:1 148:1 149:1 150:1 151:1
152:1 153:1 154:1 155:1 156:1
157:1 158:1 159:1 160:1 161:1
162:1 163:1 164:1 165:1 166:1
167:1 168:1 169:1 170:1 171:1
172:1 173:1 174:1 175:1 176:1
177:1 178:1 179:1 180:1 181:1
182:1 183:1 184:1 185:1 186:1
187:1 188:1 189:1 190:1 191:1
192:1 193:1 194:1 195:1 196:1
197:1 198:1 199:1 200:1 201:1
202:1 203:1 204:1 205:1 206:1
207:1 208:1 209:1 210:1 211:1
212:1 213:1 214:1 215:1 216:1
217:1 218:1 219:1 220:1 221:1
222:1
**America's** 1:5 221:4
**American** 22:22 29:18 65:20
**Americas** 2:6
**amount** 115:4 174:13 178:4
**and/or** 47:19 221:8
**Annette** 1:25 72:25 73:3 87:25
  89:5,19 105:2 110:17 117:5
  160:10 185:18 188:6 191:6
  196:15 200:9 220:2,14
**annual** 158:20
**answer** 11:7,12 17:17,25 18:8
  25:3 54:5 81:18 132:6 135:13

136:14 137:8 178:9 182:14
  204:13 207:9,23,24 208:8
  212:14 213:2
**answered** 66:9 109:15 182:5
**answers** 7:9 10:25 43:7
**Antifa** 70:11
**anybody** 8:19 18:20 27:23 57:3
  61:24,24 62:12,12,18 69:11,19
  69:24 77:12,12 79:19 91:20,23
  92:7 108:13 128:18,20 129:11
  130:4 145:22 146:3 151:5
  179:24 201:21
**anymore** 149:6 167:2 194:25
  204:16
**anytime** 154:3
**anyway** 37:4
**Apartment** 13:22
**appeal** 153:23
**appear** 116:16 119:22 155:23
  204:15
**appearance** 8:6 68:23 76:15
  115:8 116:23,25 120:6
**APPEARANCES** 2:2
**appeared** 95:3,7,14 143:12
  205:23
**appears** 89:13,23 104:7 116:10
  154:22 160:18 162:11 170:15
  172:15 177:7 191:9,19
**applause** 133:6
**applied** 94:20
**appreciate** 73:2
**apprehend** 134:14
**appropriate** 115:11 137:21
  212:22 213:2 221:10
**approval** 147:17 152:9,13,16
**approved** 109:22
**approximately** 35:15 36:13 90:16
  92:17 93:10 112:5 113:14
  116:13 117:25 118:11 119:19
**April** 13:11
**AR-15** 88:25 89:12
**area** 73:9 97:14 123:7,18 201:10
**areas** 200:8,23 201:4,17,25
**argued** 137:19
**array** 83:12
**arrest** 136:8
**arrested** 133:21,23 134:14 135:7
  135:17 136:4,10 145:17,22
  146:2,4 147:4

**arresting** 136:17 137:9,17
**arrived** 90:16 94:17 126:11,15
**Art** 47:24 51:17 52:18 66:7
 190:3
**Arthur** 55:23 80:10 84:10 105:9
**article** 16:25 17:2,3,8 63:23,23
 63:25
**articles** 20:14 22:4 28:5,6,7
 64:4,10,14
**Asbury** 14:25
**asked** 60:4 97:12 121:25 124:11
 124:13,17,21 130:15 132:4
 159:16 164:9,13 175:19 182:4
 202:24 208:3 215:5
**asking** 10:17 12:5 19:10 31:22
 33:21 53:24 59:4 62:14,17
 74:11 84:2 128:7 134:24 136:3
 136:16 161:4,5,5 214:15 217:2
**aspect** 63:14 206:6
**aspects** 22:4 184:7
**assignments** 23:4
**assist** 37:19
**associated** 57:3 85:8 107:14
 119:5 196:12 220:11 221:2
**association** 1:17 2:17 6:16,19
 6:22 8:15 16:3 30:3 35:14
 73:17 75:19 77:23 97:3,6
 121:13 147:12,16 152:8 172:18
 172:22 177:24 209:7 212:16
 213:5,12
**Association's** 152:23
**assume** 15:3
**assumption** 211:16
**Aswad** 2:19 8:14
**attached** 17:2 112:17,19 118:24
 219:6
**attempt** 32:24 185:13 196:13
 214:23
**attempted** 185:9
**attempting** 143:15
**attempts** 33:2
**attend** 41:12,18 67:22 116:22
 120:5 130:22 170:3,25 171:9
 180:14,19
**attendance** 132:4
**attended** 24:9 39:3 40:14 67:24
 116:24 180:13
**attending** 29:8 35:24 41:8,22
 131:15 170:7

**attention** 125:15 132:15 157:5
 157:18 175:6,19 179:17
**attorney** 2:11 7:15 8:9 11:14
 221:6,12
**attorney's** 15:19
**attorneys** 2:19 7:3 8:6 11:22
 62:15,15
**attracts** 27:21
**audio** 187:11,17,20 188:4 197:3
 197:18 215:25
**August** 13:24,25 24:6,12 42:25
**authoring** 104:16
**authorization** 3:24 167:16
**authorize** 167:21
**Avenue** 2:6
**aware** 43:9 50:5 56:3 58:3 65:14
 70:8 75:24 77:23 78:4,8,15
 106:12 125:11 129:4 133:16
 191:16 206:8 208:15 214:14
 215:11

---

**B**

**B** 5:2 6:2,15,18 76:9,10,14,19
 121:5 151:21,24 153:13,18
 155:19,23 158:25 159:11
 171:23 172:2 200:8,24 201:25
 205:7,10,15 207:4,10 208:5
 209:13,22
**B-L-A-K-E-S-L-E-E** 51:9
**B-line** 173:3 179:13 210:17
**B-R-Y-N** 58:23
**B-T-H-E-R-E** 76:9
**B.U** 24:11,17 25:12 28:14 35:21
 38:13,14 40:16,17 41:12 43:17
 43:21 44:10 47:10,12,18 48:24
 66:14 91:16 99:24 100:11,14
 100:22 109:16 118:3 154:15
 155:4 167:11 195:19
**B.U.C.R** 104:19
**Bachelor** 25:9
**back** 32:4 48:13 59:21,25 79:8
 79:12,15 87:18 90:14 102:25
 103:25 111:3 120:13 125:13
 146:7,13 171:12 174:19 180:2
 188:22 191:21 205:17 207:22
 211:19 212:19 213:8 217:23
**backed** 61:9
**background** 149:13,15,20
**ban** 163:2
**barricade** 102:11

**barrier** 142:15,21 143:6,11,17
**base** 87:18
**based** 91:4 113:4 115:3 155:11
  168:18 189:4 213:12
**basically** 74:21 154:11
**basis** 204:16 210:23 211:9
**bates** 157:8 169:4
**Bates-** 166:17
**Bates-stamped** 117:6,8 156:25
  157:3,6,18 160:24 170:12
  172:14 174:7 175:2 176:24
**Beal** 189:2 191:10,11
**Beautiful** 200:2
**began** 41:5 93:9 132:19
**beginning** 10:23 12:11 187:17
**behalf** 48:2 102:7 139:14 175:23
  176:21
**behavior** 113:9,10 115:3
**belief** 152:7 204:17
**believe** 8:21 21:8 33:8 43:7
  46:5 58:20 76:6 80:7 91:7
  95:8 96:11 97:5 99:3 102:16
  108:10 111:3 114:9,15 123:6,8
  123:16 129:14 138:13,17
  141:24 158:13 175:25 179:12
  181:13 183:9 189:10 190:2
  199:20 203:11 212:7 213:3
  217:5
**believed** 101:16 113:6
**Ben** 195:16,18
**best** 39:5 40:19 45:9 46:2 47:8
  99:5 141:4 144:22 171:18
  185:15 207:24 212:19
**bet** 192:6,6
**beyond** 207:8
**bias** 148:23,24 149:2
**big** 107:24 193:22 194:17
**Binghamton** 1:5,7,10,12,14,16,17
  2:17,22 14:8,10,15 15:22 16:3
  18:18 23:14,22 24:2,8 25:15
  27:18,20 28:2,11 32:5,24
  34:22 35:9,12,13,14,25 36:6
  37:17 40:3 42:17 43:8,10,23
  45:24 48:8 49:14,18 50:13
  53:16 55:4 69:12 70:13,20
  86:11 91:20 97:3,5 101:7
  104:8 107:8 109:23 112:7
  116:25 118:17 119:8 125:20
  127:5 128:5 141:20 147:9,13
  147:21,25 150:17 155:24 162:4

  164:10 166:10,21 185:14
  189:14 191:17 192:18 193:6
  194:19 196:6 204:16 210:9
**Binghamton's** 73:10 74:18 113:20
  130:15 201:2
**Binghamton.edu** 4:3 167:17
**binghamtonsa.org** 158:22
**birth** 13:10
**Bishop** 149:25
**bit** 25:15 46:3 89:20 157:15
  166:6 178:17,19 200:10,15
**bitch** 112:25
**black** 114:22 115:15 116:5
  191:19
**Blakeslee** 51:9 165:7
**block** 145:6
**blocking** 73:11
**board** 6:13 39:17,18 68:4 162:21
  164:22 165:5,10,18 171:5
  184:17
**booked** 40:4 67:12
**booking** 29:12 39:19,25 169:25
**bottom** 37:9 73:3 111:19 116:7
  119:15 120:15,24 154:22 157:7
  157:12 166:15 168:16 171:13
  171:13
**bought** 86:13
**box** 90:7,8 111:19
**breadth** 83:9
**break** 11:9,13 59:7,9,11,15,17
  59:18 94:14 102:24 174:10
**breaking** 59:13
**Brian** 1:11 2:9 15:24 71:2 72:2
  99:24 121:6 140:22 150:22,23
  172:16 173:19 175:11 176:4,17
  176:18 208:25 212:15,20
  215:10 216:15
**brief** 49:22 50:24 53:3 67:6
  132:2
**briefly** 16:12 17:21 57:8 66:21
  67:7
**bring** 195:3,18 196:8,13
**bringing** 175:19
**broke** 194:20
**brother** 119:2
**brought** 80:14,20 81:10 85:23
  179:16
**Bryn** 58:17,19,23
**build-up** 91:13

**building** 98:15,18  144:23
**buildings** 73:12  74:25  98:14
**bunch** 89:18  109:5  189:23
**Business** 25:9

---

**C**

**C** 3:2  200:8,24  201:12  202:2
**C-O-U-G-H-L-A-N** 68:22
**C-R-O-W-D-E-R** 196:2
**C.V** 10:14,14
**calendar** 71:4,12,19  72:5,12,19
  195:4
**California** 13:13,22  14:16
**call** 81:17  87:4  133:20  134:22
  196:18
**called** 21:18  38:20  45:7  76:9
  95:5
**Caller** 20:4  21:18,20
**calling** 54:2  112:25  197:25
  198:2
**calls** 17:13  53:21  81:17  135:11
  136:12  192:24
**Campbell** 117:18  119:6,9  120:3,6
**campus** 14:9,11,15  20:18,19  21:3
  21:6  32:20  37:17  38:7,15,23
  40:9,18  42:2,4,13,18,24  43:11
  46:18  47:13,19  73:10  74:15,23
  74:25  78:5  105:14  106:14
  107:8  108:16  113:20  146:8
  148:17,21  149:4,16  152:10,14
  154:11  184:24  193:22  194:18
  194:19,21  195:4,19  196:8
  201:2,5,24  211:7,22
**campuses** 29:19  148:23
**candidates** 37:18
**Capacities** 1:11,13,15
**capacity** 8:22
**capital** 76:9
**Capitol** 2:14  221:14
**caption** 48:13  70:6  220:5
**cardboard** 80:18  82:21  118:14
**case** 8:23  38:20  40:8  46:5,13,22
  47:21  48:10  56:14  65:12  69:7
  69:16,20  117:3  120:9  196:10
  221:4
**cases** 48:9
**catch** 115:24
**cause** 7:16  147:8  220:4
**caused** 147:21,25  150:9,16
  183:18

**causing** 150:24
**CC** 175:11
**cease** 36:10
**cell** 196:19
**cellphone** 60:25
**center** 74:17  75:4
**cents** 183:20
**cer** 125:19
**certain** 125:20
**certainly** 93:21  134:12
**certified** 7:16
**certify** 220:2
**cetera** 87:12
**chain** 177:4
**change** 184:5  197:4
**changed** 95:15
**changes** 221:8
**chanted** 94:23
**chaos** 195:5
**charges** 115:4  119:23
**charter** 32:24  33:3  34:24
**chartered** 30:2,4,7  121:12,15
  122:16,18  155:24  204:15,18
  214:16
**chartering** 163:18  204:21
**chat** 92:21  154:9
**check** 205:22  214:23  219:5
**chief** 1:13  55:3  101:6,20  141:10
  141:13
**chocolate** 105:7  122:11
**choice** 121:15
**chose** 43:3  115:2
**circumstances** 162:20
**City** 22:21
**Civil** 7:5
**claim** 112:18  114:3,4  118:8
**claims** 52:23  112:12,13,16  118:7
  190:21
**clarify** 159:21
**clarity** 163:4
**class** 91:4,6,7
**classes** 41:12,18  105:22
**clear** 149:13  159:25
**clearly** 93:18
**close** 90:17
**close-by** 98:14
**club** 108:16,23  162:20,23  163:2
  169:13  170:24  173:9  213:21,21
  214:10

**club's** 162:5,21 163:4
**co-conspirators** 127:2
**co-hosting** 84:12
**code** 13:17 130:15
**collect** 46:4
**collecting** 107:11
**college** 1:5,6,15 3:11,14 5:10
  5:18 6:8,11,13 15:23,25 24:9
  25:14,15,18,24 26:8,18 28:24
  29:5,18 31:8,21,23,24 33:4,9
  33:24 34:2,4,21,21 35:10 36:3
  36:5,23 37:15 38:2 39:16,20
  39:25 40:11 43:17 44:3,10
  46:9 47:2,6,17 48:2 49:3,10
  49:11 50:13 51:7 52:7 53:14
  53:15 57:4,23 58:11,12,24
  60:6,8 61:16,24 62:12 63:7,13
  68:2 69:5 70:17,22 71:25 72:4
  72:11,19 73:8,10,15 75:17
  76:5,13,18,24 77:21,24 78:19
  78:21 79:6,18,22 80:4,18 82:8
  82:19,23 83:2,13,24 84:11,15
  85:3,17 90:5,15 92:13,18,18
  92:19 93:4,14,19,20 94:19,21
  94:22 95:22 97:17,20 104:9,13
  105:20 106:4 109:16 112:7
  118:3 120:19 121:11 122:20
  123:2 125:19 126:25 127:4,8
  127:17,21,23 128:4,8,10,12,16
  129:5,9 130:13 131:25 132:18
  134:6 138:2 139:4,11,15
  141:17,21 142:9,14,19,24
  143:2 146:2,4,9,23 147:9,13
  147:22 148:2,10,23,25 150:11
  150:12,17,18 151:5,11,14,17
  151:21 152:21,24 153:4,9,12
  153:17 154:2,6,14 155:4,18,22
  159:9,10,11,22 161:17 162:3
  162:12 164:7 165:10,17,19
  169:11 171:22 172:3 173:2
  179:24 180:8 184:10,18 185:3
  185:8,12 189:16,17 191:4,13
  192:18 193:5 195:17 196:7
  198:23 199:7 201:8 202:17
  205:23 206:4,11,17 207:5
  209:21 214:24 216:16
**come** 47:23 53:13 85:16 102:25
  129:15 174:19 200:16
**comes** 26:6

**comfortable** 42:6
**coming** 77:18 80:12 84:19 123:11
  203:12 206:11
**commenced** 8:2 140:7
**commentator** 195:16 196:5
**Commission** 219:11
**common** 172:20 209:5
**communication** 66:2,22 71:3,11
  71:18 72:3,10 208:8
**community** 37:17,25
**commuter** 119:7
**comp** 18:13
**Complainant's** 13:4 15:7
**complaint** 5:13 15:17 16:7,10
  17:20 18:6,13,14 24:14 28:8
  35:4,5 51:2,13 55:6 72:24
  84:6 90:14 120:13 121:8
  125:14 126:22,23 147:2 152:6
  180:3 213:7
**complete** 159:6 176:4
**completed** 220:10
**completing** 163:5
**compliant** 84:6 159:3
**comply** 122:7
**computer** 9:25 12:8
**concentrating** 25:11
**concentration** 25:10
**concern** 24:14 175:19 210:24
  211:10,16
**Concerning** 136:19
**concerns** 61:22 173:5
**conclude** 73:3
**concluded** 218:8
**conclusion** 171:3
**conduct** 175:25 185:5
**conference** 68:14,19
**confine** 58:11
**confirm** 176:10,10 177:17
**confronted** 92:18 93:3
**confuse** 164:20
**confused** 26:25
**confusing** 82:15 164:21
**confusion** 162:22 163:4 164:18
**Congressional** 180:13
**Congressman** 180:11
**consequences** 203:5
**conservative** 20:8,9 26:6 27:22
  65:17,20 179:14 195:15 196:4
**conservatives** 172:20 173:6
  209:5,7 210:25 211:11,17,24

consider 168:6
considered 114:18 137:11
considering 135:24
consistent 163:7
consisting 220:9
conspire 185:2
constitutional 147:11 183:14
Cont'g 13:6 17:15 18:4,11 25:5
  53:23 54:7 55:10 60:3 61:21
  62:10 73:6 74:2 81:19 87:20
  88:2 89:6,22 94:16 103:24
  105:5 111:4 114:20 120:25
  124:10 136:2,25 137:7,16
  146:20 157:16 160:3,14 161:9
  168:11 174:23 176:15 178:15
  182:7,18 188:23 193:3 200:21
  204:4 208:23 210:2 212:5
  213:18
contact 51:18 53:7,9 54:20,22
  55:22 65:25 66:23 67:3 69:15
  71:3,11,18 72:3,10,18 91:15
  91:19,23 92:3,5,5,7,12 104:22
  175:20 193:16
contacted 94:8 175:21
content 92:19
context 122:13 194:7 204:21
continue 133:7 145:5
continuing 102:9
contract 68:12
controlled 147:12
conversation 50:24 53:2
conversations 60:5 77:6 96:3
  101:19,22 141:9 146:10,14
coordinate 83:14
coordinated 83:23
copies 3:9,12,17,22 11:23,25
  12:2,19 61:5,14 62:5 65:9
  168:9
copy 3:20 7:16 15:8 17:5 114:7
  114:10,12 177:10 199:21
  216:15
Cornell 146:24
correct 8:22,24 16:7 17:20
  24:15 26:22 27:13 30:24 31:20
  31:25 41:6,16,24,25 42:9
  44:25 46:9,10 58:9 67:10
  74:20 85:8,24 86:4,7 88:25
  89:2,12,25 109:23,24 124:12
  124:17 125:4 139:12,18 144:7
  148:7 153:12 155:12 156:3

158:8 163:11,21 166:7,10,13
  169:8,23 170:17,20 171:6,19
  173:14,17 190:8 211:25 215:19
  219:5,7
corrected 179:17 221:17,18,19
  221:20,22,23,24
corrections 7:11 221:8,11,15
correctly 26:23 35:16,17 38:9
  39:4 73:18 74:9 90:20 92:22
  94:24 105:15 107:4 112:2
  113:11 115:13 116:17 119:9,24
  120:20 122:13 125:22 126:16
  127:10 130:23 132:9 133:12
  138:5 142:16 143:24 147:18
  152:10,25 159:7 162:7 163:8
  169:14 173:11 180:17 184:2
  185:6
costs 15:19
Coughlan 68:21,22,22
counsel 62:6 220:5
countless 107:2 110:3,5 131:4
COUNTY 219:2
couple 167:25 177:9
course 12:15 32:2 91:13
court 1:2 114:14 115:8 116:17
  116:22,24 119:23 120:5 188:2
covered 198:21
covers 177:12
COVID 42:5
created 162:22
criminal 115:2 116:19 117:3
  120:2,9 147:3
Cross 3:5 198:18
crowd 114:24 130:14,20
Crowder 195:10 196:2,5,8
crushed 98:3
crybabies 194:25
cumguardian 118:16
current 13:12 14:15 48:23
  162:25
currently 18:25 19:6 23:17
  32:19 35:22 36:4 51:18 53:7
  54:20 119:7 165:5 214:3
cut 80:14,18
cutout 82:21 118:14

---

**D**

D 3:2,2 5:2 176:24 200:8,24
  202:2
Daily 20:4 21:18,20

Associated Reporters Int'l., Inc.

**damages** 15:18 183:18
**danger** 95:10
**dash** 166:3
**date** 1:21 13:10 25:19 29:20
  36:20 73:17 75:19 84:20 85:11
  87:2 107:25 111:23,24 154:21
  160:17 170:14 172:6,7,13
  178:23 191:8 221:3,5
**dated** 104:9 117:23 119:17
  160:17 166:19 170:19 171:18
  173:13 175:7 177:8
**day** 57:21 58:7,9 66:21 67:8
  68:19 69:9 83:21 85:15 86:17
  86:20,22 88:8 90:11 91:6
  122:4 125:10,17 127:19 133:4
  133:23 147:10 163:21 173:17
  214:15 219:10
**days** 80:12 84:19 221:9,10
**de-** 204:17
**de-chartered** 205:24 214:16
**de-chartering** 205:5
**deal** 36:18 39:12,13 43:14,18
  66:10,17 67:17 76:3,4 78:12
  104:12 131:8,14 143:25 144:9
  148:8 151:16 152:2,3 155:8
  163:16,24 164:5,16 184:6,12
  184:18,19 199:2,4,4 206:14,21
  210:15
**dealing** 28:4,16,22 69:5
**dealings** 151:3 172:2 199:15
**dealt** 39:15 40:6 48:6,11 63:14
  66:4 67:14 68:24 69:18 70:2
  76:16 77:9 81:21 82:3 184:14
  208:4
**dean** 175:20 176:17
**Dear** 221:7
**December** 27:6,11 116:8 119:18
**decide** 85:18 208:10
**decided** 207:16,18,21
**deciding** 207:2
**decision** 152:22 162:25
**declaratory** 15:18
**decompress** 189:22
**Defendant** 7:6 71:2,10,17 72:2,9
  72:17 90:14 92:17 101:2
  132:18,19 140:22 141:2,6
  150:9,16 153:3,9 169:5 182:24
  183:3
**Defendant's** 5:12,14,16,20,21,23
  5:25 6:3,5,7,10,12,14,17,20

6:23 13:3 15:6 104:6 156:24
  157:19 160:16 167:11 169:2
  172:12,15 174:6,24 175:2
  185:20 204:5 208:17
**defendants** 1:18 2:9,17 3:23
  8:11 10:11 15:23 125:21
  167:10 180:8 183:6
**definitely** 129:22 192:7 193:19
  194:14
**definitive** 214:12
**degree** 23:24 25:6,8
**delayed** 145:3
**deleted** 193:16
**delivered** 221:10
**demand** 13:4 15:7
**demanding** 94:21
**department** 20:13 69:20 113:17
**depicted** 88:9
**Deponent** 221:5
**deposed** 15:15
**deposition** 1:20 7:5,11,14,15,17
  8:2 10:5,9,22 12:7,11 13:5
  15:6 109:15 110:25 111:2
  114:17 168:2 177:3 218:8
  221:5
**depositions** 73:25 199:22
**depth** 16:13
**describe** 83:6 86:6 95:16
**described** 5:4 33:7 84:16 89:25
  112:19 113:11 114:3 115:3
  119:12 126:19 127:16 148:22
**describes** 168:17
**describing** 44:18
**description** 113:4
**designed** 84:18 185:5
**desire** 184:22
**Despite** 158:21
**destroy** 94:3
**detail** 36:9
**detailed** 112:13 118:9
**details** 155:25 163:25
**determine** 207:3
**determining** 206:25
**develop** 37:22
**developments** 173:5
**dick** 112:24
**didn't** 95:21 138:16
**difference** 205:5
**different** 19:20 45:21 64:8
  165:3 191:14

Page 231

**difficult** 32:21
**direct** 3:4 9:16 17:3 71:3,11,18
72:3,10,18 125:14 132:14
157:5 175:5
**directed** 143:22
**directing** 100:11,22 116:16
119:22 157:17 202:21
**direction** 125:21
**directly** 44:23 202:14 207:14
**disagree** 81:15
**disagreed** 132:5 153:4,9
**disagreements** 132:8 152:24
**disclosure** 5:21 156:25 157:2
161:2 170:13 172:15 185:20
**disclosures** 169:5 174:7
**discovery** 199:20
**discuss** 56:20 77:12 180:9
**discussed** 49:20 50:21 52:22
54:13 55:15 56:13 114:14
156:24 167:24
**discussion** 77:18 139:6 168:20
**discussions** 76:24
**disorderly** 185:5
**dispersing** 94:18
**display** 122:3,7 139:19 140:5,9
140:12,19 164:25
**displayed** 83:7 138:3,11 139:17
**displaying** 141:18,22 144:11
**disrupt** 145:5 215:13 216:17
**disrupting** 133:6,11 134:18
135:10,20 215:22 216:11
**disruption** 120:19 183:17
**disruptions** 135:24
**disruptive** 185:4
**disruptor** 132:25 133:20,21
134:22,23 135:18 142:16 143:7
143:11,16 145:3,7,17
**disruptors** 138:4 139:18 185:3
**distance** 14:20
**District** 1:2,3 10:14 180:13
**document** 15:11 36:21 111:5
117:6 199:19,21
**documentation** 39:10
**documented** 112:10 118:5
**documents** 5:21 36:13 39:9
185:21
**doing** 21:13 22:12 32:14 80:2
81:4 134:15 142:3 196:23
208:13

**dollars** 183:20 184:5
**don't** 81:11 82:6 85:4
**Donald** 80:17 118:14
**door** 127:6
**Dr** 3:13 47:23 48:3 55:23 58:4
61:23 67:10,19 68:7,12,19,23
76:15 81:2 83:25 84:10,14
90:19 125:17 126:10,11,15,25
127:6 131:23 132:2,5,17,20,24
133:2 139:21 140:23 141:3,7
143:23 144:2,15,16 145:8
146:11 180:10 183:15,21
184:22
**dreadlocks** 112:20
**drive** 118:24
**driving** 14:20
**due** 130:19 147:15 162:5 207:4
**duly** 7:14 220:6
**Dumbass** 118:16
**duration** 14:18 49:5 111:16
196:11
**duty** 40:6 164:6 183:14 184:15

---
**E**

**E** 3:2,2,2,8,8 5:2,2 6:13 157:3
157:18
**E-** 171:4
**E-Board** 168:19 170:25 171:16
**E-R-I-** 111:9
**E.S.T** 131:24
**E.V.P** 158:21 159:2 166:20
**earlier** 15:6 27:4 45:13 78:6
107:12 109:15 166:12
**early** 107:13
**easier** 12:23
**eat** 146:24
**echo** 198:8
**economic** 23:3
**economist** 84:9 105:9
**editor** 55:3
**Edouard** 175:11
**education** 23:3
**educational** 19:5 24:7
**effort** 153:23 195:18 196:7
207:3
**efforts** 145:3
**eight** 10:15 77:21 117:6,9,13
126:22 131:21,23 158:3 166:7
170:12
**eighteen** 143:20 157:6,18 160:25

**eighty-nine** 126:5,9
**either** 12:13 52:12 68:15 71:23
  87:3,14 123:13 160:2 187:6
  196:13 200:8 201:11,12 216:9
  216:18
**elected** 27:11,15 165:5
**election** 27:6,11 37:18
**eleven** 132:25
**email** 4:2 5:10,17 6:4,6,8,11,13
  6:15,18,21 31:16 62:9 81:12
  82:15 108:24 147:14 148:13,16
  150:4,6,24 151:6,14 154:23,24
  155:2,11,17,20 156:12,17,18
  157:12,21 158:2,3,5,11,14,18
  159:23 160:5,7,11,12,17,20
  161:4,11,13,15,20,22 162:15
  164:3 166:7,9,19,23,25 167:6
  167:9,17 168:12,17 169:7,23
  170:4,4,15 171:14 172:12,16
  172:24,25 173:7,20 175:7,14
  176:8,9,18 177:2,7,11,12,13
  177:14,16,25 178:5,9,20,24
  179:3,8,8,11,21 187:25 204:6
  205:2,14,21 206:9,17,22,23
  207:9,17,20 208:7,19,22
  209:20,23 210:25 211:2,8,25
  212:10,13 213:16,22,23,25
  214:15,17,20,22 216:23
**Email's** 208:8
**emailed** 155:12,15 164:2 213:11
**emailing** 151:20
**emails** 3:17,22 82:14 87:12
  92:10 140:19 151:10 158:23
  166:19 167:9 168:8 169:23,24
  170:5 172:21 173:9 176:25
  177:3,5 179:5,12 208:13 209:6
  209:12 211:4 212:18 213:4,21
  214:5,10 216:25
**employed** 18:20,25 19:6,10,18
**employee** 86:3
**encourage** 37:19 185:3
**encouraging** 183:16 216:17
**ended** 49:6 98:21 99:10,12,16
  140:16
**enforce** 184:25
**enforcement** 152:20
**engage** 185:4
**engaged** 65:10 90:18 155:19,23
  158:25 159:11 207:10 208:5

**engages** 38:4 44:5
**ensure** 95:17 176:4
**enter** 130:21
**entered** 3:16 127:16
**entering** 86:10
**enterprise** 29:17
**entire** 17:11 40:2 41:21 75:8,10
  91:14
**entirety** 178:14
**entry** 116:8 117:14
**environment** 165:24
**equated** 133:4
**Erin** 96:11 111:9,13 113:6,6
  116:16,20 149:25
**errata** 219:7
**escort** 98:16
**ESQ** 2:5,20
**essentially** 74:18 97:25 158:10
  191:13
**establish** 12:10
**et** 10:10,10 87:12 221:4,4
**Ethan** 117:18 119:6,9,22 120:3,6
**evening** 91:8
**event** 3:13 5:24 38:16,18,19,22
  38:24 39:8 40:17,20 44:17,25
  45:3,8,25 46:22,25 47:9 48:3
  48:10,12 51:4,17 52:19,20
  54:8,11 55:11,13 56:6,23 57:3
  57:19,23 58:4 60:9,14,15,19
  61:23,25 63:12,17,18 64:10,17
  64:18 66:6,16,22,24 67:4,8,10
  67:20 68:25 69:8,12,13,17,17
  69:21,25 70:3 71:6,14,21 72:6
  72:6,13,13,20,20 73:9 74:12
  75:6,9,10 76:20 77:3 80:11,23
  81:2,10 82:17 83:15,18,25
  84:8,15,16,19 87:14 90:19
  91:2,11,21,25 92:4,14 93:23
  100:6,18 101:10,18 105:8
  108:6,9,13 110:14 118:13
  120:19 125:17 126:7,11,25
  127:7,22,24 128:2 129:5,10,16
  129:22 130:8,22 131:5,9,12,13
  131:18,19,23 133:12 134:18
  135:10,20,24 136:19 137:21,22
  138:15 139:10 140:7,11,20,23
  141:3,7,10,14 143:13 144:10
  145:6,10 147:5 180:10 183:15
  183:17,24 184:7,19 189:22,25
  190:3 198:24 200:6 201:8

202:11 211:7 215:12,22 216:11
  216:18,18
**events** 3:10 24:13,14 28:8 37:6
  38:15 39:14,20 40:2,9 41:2
  42:6 44:14,14 47:6,21 48:7
  51:2 56:4 57:12 60:7 61:15
  64:2 71:5,13,20 77:23 83:14
  92:8 143:21 163:3 194:24,25
  203:14
**eventually** 145:3
**everybody** 99:9 103:8,11 139:13
  140:9
**everybody's** 198:6
**evidence** 113:2 163:15
**evidently** 70:9 98:20
**evp@binghamtonsa.org** 160:19
  169:7
**exactly** 26:12 27:2 43:24 46:14
  57:13 79:16 83:5 84:3 91:12
  107:23 128:3 129:13 136:15
  154:4 201:12 203:19 208:12
**exaggerated** 195:23,24
**Examination** 3:4,5 9:16 198:18
**Examining** 221:6
**example** 11:3
**exceptions** 219:6
**exchange** 60:19 61:23 62:14 65:5
  108:12 191:20
**exchanged** 60:7 61:6,15 62:11,17
  140:20
**excuse** 19:19
**Executive** 5:17 150:10 151:10
  162:21 165:5,10,18 170:16
  171:14
**exhibit** 13:2,3 15:5,7 18:6
  37:11 72:23 87:21,24 90:14
  92:16 104:7 110:17,19,25
  117:8 120:13,15,22 125:16
  126:10 130:11 131:22 144:25
  148:12 149:13,19 150:25 151:7
  154:19,20 156:23 157:2,19
  160:9,16 163:22 166:3,4,5
  168:25 169:3 170:10,13 172:13
  174:25 176:22,24 180:3,6
  185:18 186:9 188:21 191:7,8
  199:19 203:22 204:5 208:16,17
  213:16 214:23 216:23
**exhibits** 11:22,24 12:6,25
**exist** 39:8 154:7

**exit** 144:20 146:7
**experience** 22:12 36:2
**Expires** 219:11
**explain** 10:7
**explained** 216:3
**explanation** 162:11 214:18
**expression** 145:6
**expressive** 35:10,18 38:4,5 44:4
  44:6
**extend** 154:9
**extent** 29:2 77:10 137:20
**extenuating** 162:19

---

**F**

**F** 3:2
**F-A-I-S-A-L** 189:10
**F.B** 6:24
**F.R.C.P** 5:22
**face** 101:23 112:23 115:19,25
**Facebook** 64:6 65:3 104:8 192:4
**faces** 94:3
**facilitated** 180:11
**fact** 70:20 83:24
**facts** 55:15 56:13
**fail** 159:6 221:10
**failed** 122:12,20 158:19
**failing** 183:13
**failure** 162:6 207:4,5
**fair** 17:6 18:12 29:4 34:25 35:2
  57:16 58:8,10 74:24 75:2 78:8
  80:19 81:25 106:9 124:7
  132:11 137:4 160:8 171:2
  172:8,9 192:22 201:3 205:20
  211:15
**Faisal** 189:7,10,12 191:2,25
  192:3,8 195:6
**fall** 23:15 24:15 25:11,13 26:8
  26:14,15,16,19 28:3,15 30:11
  30:23 31:9,23 32:5 33:5 34:19
  36:17 39:20 40:10 41:13 42:7
  42:25 48:19 52:10,13 211:8
**false** 213:12
**familiar** 76:8 104:11 106:16
  117:20 128:4 142:23 143:4
  210:8
**familiarity** 162:24
**family** 63:3
**far** 34:23 82:25 83:4 179:9
**farther** 130:19
**fascism** 138:13

fashion 163:6 194:8
fear 184:24
feared 113:10
fearful 118:20
featuring 105:8
February 1:21 42:11
Federal 7:4
fee 68:12 89:7
feel 42:5 95:10 118:12,18
 145:14
feeling 96:6
fees 15:19
feet 83:3 89:14
fell 83:20 86:11
fellow 38:7 172:20 209:5,7
female 112:18,20,21 113:5 114:3
 190:7
female's 113:6
fifteen 5:20 118:11 142:8,9,13
 142:19 166:18 185:18 186:9
fifty 75:12 81:13 90:13
fifty- 94:11
fifty-eight 120:14,17
Fifty-five 94:17
fifty-one 92:15 93:11
fifty-seven 121:7
fifty-three 175:8
figure 187:19
figured 208:9 212:24
file 110:12
filed 16:18 17:5 36:21 115:4
filled 131:3
filling 115:7
filming 130:8
final 58:19
finally 11:13 29:14 193:22
 194:17
finance 25:10 68:3
finances 184:13,20
financial 183:18 184:7
find 12:16 20:25 86:12 87:10
 167:9,18 208:4
fine 59:9 103:22 115:9 164:12
 217:12
finish 174:14
finished 23:25
fire 130:15
firm 8:14
first 9:19 10:6,8 11:21 13:2,18
 15:9 16:14 24:9 26:3 44:16,19

58:22 73:5 93:24 108:16
 111:12,22 112:4 124:23 129:14
 129:16 160:11 161:25 177:21
 180:16 192:5 210:5
five 30:19 31:11,12,13 37:12
 59:10 94:12,14 95:9 99:15
 102:18,23 103:10 112:14
 118:10 174:13 177:7 183:12
 217:18
five- 59:16
flights 183:23
flooded 127:9
fly 90:12
flyer 108:18
flyering 43:16
flyers 38:6 43:10 44:6 45:10,16
 45:21,23 46:7,13,15 81:2,5,10
 81:13 82:9,17 108:21
focus 164:8
focused 92:14
focuses 22:21
folded 98:6
follow 62:8 115:12 122:21
 167:12 175:21 177:17
followed 98:20 99:9 121:19
 122:20 144:23
following 26:10 42:9 49:6 83:19
 149:10 162:25 179:7 193:2
follows 37:14 73:14 92:16
 106:19 142:9 143:20 144:25
 147:8 165:6
footage 93:16 111:15
foregoing 219:3 220:3,8
forgot 182:22
form 7:8 32:10 33:6 52:8 138:13
 183:15 208:8
formal 32:23 34:24
formed 31:2 32:9,11 142:14,20
 143:5,10,17
former 50:12 55:3 63:7
forming 25:16 32:19 34:15
forth 32:22 79:8,12,15 135:24
 136:20,20 137:13,22
forty- 74:3 77:20 84:16 183:11
forty-eight 72:23 73:14 74:4
 75:16
forty-five 183:13
forty-nine 84:6 177:8
forty-seven 72:23 73:5 166:20

**forty-six** 184:21
**forward** 48:6 69:25 155:25
  168:22 179:23
**forwarded** 115:11 177:23
**forwarding** 173:2
**found** 64:5 172:23 209:19
**Foundation** 1:5 10:10 15:22
  65:13,16,23 66:2,5,15
**founded** 30:12
**four** 35:6 37:11,11 61:16 112:11
  112:11,14,14 113:14 118:6,6
  118:10 130:12 158:4 165:6
**fourteen** 5:9 37:12 38:2,11
  43:20 44:2 120:15 137:25
  166:3,5,17
**fourth** 106:19
**Frances** 189:2 191:10,11
**free** 22:21 29:17 65:19 83:10,11
  94:19 105:7 138:3,11 139:17
  139:23 140:5 141:18,22 144:12
  183:14
**freedom** 20:9 22:22 26:5 29:18
  65:19
**freshman** 24:17 48:18
**Friday** 160:17 166:6
**friend** 16:21
**friends** 56:22 60:16,17 63:5
  189:24
**front** 2:21 66:11 129:19 138:3,9
  139:16 140:9 142:5 145:24
  153:16 169:21 172:4 209:19
**frozen** 6:9 158:25 162:5
**full** 9:9 103:20 160:12 168:9
**full-time** 19:20
**Fully** 21:15
**function** 25:24 154:5
**functioning** 37:20 154:3
**funded** 68:23
**funding** 68:24
**funds** 184:10,10
**further** 7:7,10,13 133:3 178:19
  178:19 209:21 217:15 218:4
**future** 37:24 85:14
**fuzzy** 27:15

---

### G

**G** 3:2
**G-A-G-L-I-A-N-O** 54:24
**G.P.A** 24:23
**Gagliano** 54:23 55:2 130:8

**garbage** 109:12
**gauge** 88:25
**gear** 94:2
**general** 2:11 83:8 221:12
**General's** 8:9
**generally** 27:21 31:7
**getinvolved@binghamtonsa.org**
  158:7
**getting** 22:11 26:24 66:14 70:2
  77:8 81:22 82:14 85:17 97:13
  98:2,10 101:24 102:11 109:5,6
  123:19 124:18 132:22 141:25
  145:10,11 152:16 184:19 194:3
  198:24 199:8 207:24
**gist** 207:12
**give** 9:4 13:13,16 30:16 73:21
  81:7 163:2 197:2,19,21 207:22
  212:11,25
**given** 23:4 51:7 80:11 86:9
  113:10 114:25 173:4 196:18
  210:21 211:6,21
**giving** 44:14 220:6
**Glock** 88:25
**go** 10:22 12:24 19:4,9 28:25
  33:10 35:5 37:9 42:21 59:14
  59:14,17 66:9 72:22 80:13
  87:21 90:14 94:13 98:11
  106:17 109:11 120:11,12
  126:21 130:10 135:24 136:20
  137:13,22 143:19 146:6,13,25
  147:2 152:5 155:10 156:21
  159:7 160:9 170:10 171:12,13
  174:5,13,18 176:22 177:6
  178:12 180:2 183:11 185:19
  188:16 207:14,22,24 208:16,25
  211:19 212:15 213:8
**goal** 193:21,25 194:3,5
**goes** 75:4 118:17 177:25
**going** 9:4 12:6,24 13:2,4 27:17
  32:22 33:11 48:6,13 51:6 59:5
  61:13 62:4,7 65:8 69:25 77:14
  79:8 80:11 83:18 85:12,14
  86:20 87:9 92:11 102:8 103:20
  106:11 110:16 114:11 121:10
  125:14 132:14 135:25 136:20
  155:20 157:5 160:10 161:6
  162:10 164:18,21 165:2,25
  167:8 168:22 175:5 176:12
  177:15 185:17,18 186:2,14,19
  186:22,24 187:13 188:14 192:7

**193:**19 195:9 198:2,8 206:5
208:24 211:13 214:11
**good** 9:18,21 40:3 103:2 105:4
151:20 155:21 168:21 172:19
174:16,20 200:18
**gotten** 214:18
**government** 37:19
**graduate** 23:21
**graduated** 23:22 24:20 41:15
185:14
**graduation** 42:24 43:9 49:7
**grant** 22:10
**greater** 36:9
**greet** 126:14
**greeted** 133:5
**ground** 33:14
**group** 25:25 29:8 31:20 32:6,7,9
32:12,24 33:25 34:11,15,24
35:23 70:14,14,16,20 77:2
92:21 98:25 109:22 112:8
118:3 121:13,14 128:4 153:14
154:3,7,9,10,15 168:21 171:23
191:13
**group's** 154:14
**groups** 25:12 46:10 121:17 122:2
122:3,9 152:9,12 202:6 203:10
**guess** 11:15 29:2 77:10 82:7
96:8 98:13 200:22
**guests** 130:20
**Guidelines** 5:6
**gun** 88:23 89:10 122:4 125:4,5,5
**guy** 58:16
**guys** 59:9 186:19 187:12,21
188:3 197:9,14,22

---

### H

**H** 5:2 13:21
**H-A-M-P** 13:20
**H-A-M-P-S-H-I-R-E** 13:21
**ha-ha** 193:21
**half** 194:8
**hall** 74:25 127:3,4,16 129:19
130:22 143:23 146:6,11
**halls** 74:18,22
**hallway** 45:18
**Hampshire** 13:18
**hand** 9:3,9 45:23 108:18
**handed** 81:6,14 82:8,19 133:6
139:4,7 145:4
**handful** 99:14

**handing** 45:10,15,21 46:7,12,15
81:2,23 105:7 107:11 122:11
**handle** 43:13 118:16 169:19
205:19
**handled** 169:25 205:9
**happen** 83:17 86:20 118:20
**happened** 32:14,16 40:22,22,25
44:20 63:20 83:20 85:22 86:17
90:24 91:13 92:3 98:9 115:20
136:8 138:10 140:15 144:7
145:20 164:19,25 168:20 211:6
**happening** 115:19 116:2 135:6
137:22 159:3
**harass** 94:3 118:23
**harassment** 112:12 115:5 118:7
**hard** 36:24 115:24 165:21
**Harvey** 1:10 2:9 15:24 71:10
72:9 100:14 141:2
**hat** 88:14 96:13 114:23
**hate** 93:17
**head** 10:24 11:2 28:16 80:25
96:16 114:23 153:19
**heading** 219:4
**hear** 9:20,21,23 10:2 60:11
77:12 141:13 143:24 144:5,6
146:14,16 153:19 186:19,23
187:4,4,5,7,10,10,12,15,21
188:3,4 192:7 193:20 194:4
197:9,14,22 198:10
**heard** 70:10 74:6 76:11 152:4
188:25 189:5 205:11
**hearing** 7:16 8:21 156:2 187:2
197:22 198:8
**hectic** 57:21 96:15 98:9 101:13
101:18 135:6
**held** 27:4,8 29:3,5 33:25 38:15
38:24 40:9 50:15 52:8 65:21
69:8 74:13 84:16 138:12 200:6
**hello** 162:2
**help** 105:7
**helped** 45:11 46:6 105:21
**helping** 45:10 79:25 133:2
**hereof** 219:4 220:6
**hereto** 220:5
**hi** 169:10 170:22 175:18
**hidden** 158:25
**High** 122:5
**high-traffic** 73:9
**higher** 173:7

Page 237

hiring 183:24
history 19:5 24:8
hit 42:12,18
hold 26:7,17 28:13 30:10 40:17
  90:12 149:14 197:13 200:12
holding 48:9 140:16
home 14:17 21:15 41:23 146:13
honest 188:7
honestly 10:16
honorarium 183:22
host 184:22 185:9,13
hosted 38:15 40:10 44:11 47:13
  47:19
hostile 32:21
hosting 38:6 43:21,25 44:9
  47:25
hot 105:7 122:11
hour 59:6 126:24
hours 57:19 90:17 111:17 112:5
  116:14 117:25 118:11 119:20
  126:10
house 15:2
huge 174:13
hundred 81:13 93:7 102:13
  119:20 183:20
hundreds 127:7
Hybrid 23:8,8
hyperbolic 194:8 195:22
hyperlink 17:3,7

**I**

I.P 119:3,6
I'd 23:2
I'll 137:25 156:22
I'm 33:21 173:7
I've 17:21
idea 49:19 54:10 68:10 81:8
  109:13 153:15,25 176:20
ideals 26:3
identifiable 127:18
identification 156:22 169:3
identified 50:25 52:15 115:22
  115:24 127:22 128:13 185:22
identify 128:25
identifying 142:24
identity 56:4 129:24
Idiot 118:16
image 89:11
imagery 125:4,5
images 88:24

imaginary 122:4
in-person 22:6 23:6
inaccurate 34:14 135:8,19 179:9
inactive 158:24
inactivity 162:6
incident 5:8 44:20 90:17 91:14
  104:20 106:21 108:6 112:10,11
  112:13,14 113:5,7 118:5,6,8,9
  118:10 180:10
incidents 18:14 21:4,6 32:14,16
  32:17
incited 92:20
include 34:20 63:6
included 122:3 125:3
includes 167:11 171:5 183:21
including 38:5,14 44:6 47:11,18
  61:16 71:5,13,20 72:5,12,20
  185:3
inclusive 220:10
incorporated 35:14 68:11
increasingly 102:11 145:10
Index 1:9 221:4
indicate 203:17
indicated 208:2 215:6,20
indicates 204:14
indicating 209:12
individual 1:11,13,14 22:21
  26:5 54:21 86:2 96:12 97:8
  133:19 135:7,16,17 136:4
  137:17 158:23
individuals 57:24 61:6,17 93:23
  95:23 132:7 177:10 182:19
inform 151:20
information 38:6 43:22 44:9,11
  44:14 51:12 55:5 115:7 144:4
  144:6 150:21 152:7 153:22
  162:23,23 178:5 212:7,12
informing 147:14
Ingraham 2:19 8:14
initiated 147:4
injunctive 15:17
inquire 159:10
inquiry 163:20
insistence 130:12
Instagram 65:3
institute 20:3,5,7,21 22:17,19
  148:18,22 149:5,17 181:11,18
Institute's 20:18
instrument 116:15 119:21

**Int'l** 220:11
**intended** 122:9
**intentional** 175:25
**interacting** 101:25
**interaction** 96:9
**interactions** 91:10
**intercepted** 126:15
**interested** 32:8 108:23 109:7
  129:22 130:21
**INTERNATIONAL** 221:2
**interned** 20:6 149:10
**internship** 22:25
**internships** 19:19,20,22,25 64:9
**interrupt** 143:13
**interviewed** 113:7
**introduction** 132:2,4
**intruding** 201:21
**invading** 112:22
**invited** 47:12,19 130:20
**inviting** 38:7
**involved** 10:4 29:11 34:5 39:21
  39:24,24 40:24 43:15,21 44:12
  44:17 45:6,14,15 46:12 47:2,4
  47:5,25 49:7 51:16 53:16
  63:10 64:17,21 65:2 66:14
  69:4 76:23 77:6 78:6 112:9
  118:4 126:5 131:17 150:23
  169:20 192:17 193:4 208:2
  215:7,12,21 216:4,11
**involvement** 29:7 39:19 66:6,13
  67:15 100:10,22 148:6 149:4,7
**involving** 68:19 192:18 193:5
**issued** 116:4,16,20 119:22 120:3
  120:18
**issues** 214:4,25
**issuing** 205:6
**It's** 213:7

---

**J**

**J** 5:15
**J.P** 5:7
**James** 123:8 203:3,4
**January** 27:6,7,10 42:11 50:14
  50:14,15 180:9
**Jeff** 68:21
**Jersey** 14:17,22 21:14,16 41:23
  41:24
**job** 19:11 21:12
**Joe** 55:25 57:7 58:15
**John** 1:13 2:9,12 8:8 12:12

15:24 34:10 50:8,11,19 51:4
57:9 58:14 60:21 71:17 72:17
76:6 81:12,24 85:2 98:24 99:4
101:2 104:19 105:20,25 106:8
108:15 111:2 112:6,15 113:8
118:2,10,19,25 119:20 131:24
141:6 159:20 161:3 167:14
174:9 176:12 203:23 213:4,12
217:5 221:6,13
**John's** 112:13
**Johnson** 6:6,21 8:18 158:16
  159:23 160:5 177:9 178:5
  197:2,18
**Johnson's** 178:22,24 179:20,23
**join** 25:19 28:10 29:20 83:25
  92:20
**joined** 38:13 43:8 47:10,16
  85:19 121:13
**joke** 189:23 190:4
**joking** 194:9 195:24
**Jon** 1:6 15:23 33:10 48:14 56:7
  58:15 79:7,14 99:4 165:6
  169:7,13 170:4 171:9,15
  181:10
**journal** 20:24
**journalist** 20:12 21:2
**JP** 110:17,22 111:12 117:8
**July** 36:21,23 37:4 154:22 158:3
  160:17 164:3 165:9,15,17
  166:6,19 173:13 175:7 177:8
  178:24 204:6 214:15
**June** 178:22
**jurisdiction** 86:11 97:14 123:7
  123:18 131:10
**justice** 133:3

---

**K**

**K** 5:10 6:8
**K-A-N-N-A-P-P-A-N** 66:20
**K-E-S-T-E-C-H-E-R** 9:12
**K-K-O-E-K** 168:14
**K-O-E-** 168:13
**K-Y-L-E** 52:3
**Kannappan** 66:19,19 139:2
**keep** 134:18
**kept** 96:7 112:22
**Kestecher** 1:1,20 2:1 3:1,3,10
  3:13,18,21,23 4:1,2 5:1,5,10
  6:1,4,6,15,18,21,24 7:1 8:1
  9:1,6,7,11,12,18 10:1 11:1

12:1 13:1,7 14:1 15:1,10 16:1
17:1 18:1 19:1 20:1 21:1 22:1
23:1 24:1 25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1 33:1 34:1
35:1 36:1 37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1 57:1 58:1
59:1 60:1,4 61:1,11,15 62:1
63:1 64:1 65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1 73:1 74:1
75:1 76:1 77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1 85:1 86:1
87:1 88:1,4 89:1 90:1 91:1
92:1 93:1 94:1 95:1 96:1 97:1
98:1 99:1 100:1 101:1 102:1
103:1,17 104:1,3 105:1 106:1
107:1 108:1 109:1 110:1 111:1
111:6 112:1,6 113:1 114:1,12
115:1 116:1 117:1 118:1,2
119:1 120:1 121:1,3 122:1
123:1 124:1 125:1 126:1 127:1
128:1 129:1 130:1 131:1 132:1
133:1 134:1 135:1 136:1 137:1
138:1 139:1 140:1 141:1 142:1
143:1 144:1 145:1 146:1 147:1
148:1,14 149:1 150:1 151:1
152:1 153:1 154:1,23 155:1
156:1,2 157:1,25 158:1 159:1
159:21 160:1,5 161:1 162:1
163:1 164:1 165:1,8 166:1
167:1,17 168:1 169:1 170:1
171:1 172:1 173:1,10 174:1
175:1,6,11,15 176:1 177:1
178:1 179:1 180:1 181:1 182:1
183:1 184:1 185:1 186:1 187:1
188:1,24 189:1 190:1 191:1
192:1 193:1 194:1 195:1 196:1
197:1 198:1 199:1,18 200:1
201:1 202:1 203:1 204:1 205:1
206:1 207:1 208:1 209:1 210:1
211:1 212:1 213:1 214:1 215:1
216:1 217:1 218:1 219:1,3,8
220:1,3 221:1,5,7 222:1,2
**Khaleel** 123:8,16,24 203:2
**kicking** 98:3
**kids** 193:17
**kind** 63:11,15 65:21 80:20 97:25
179:13 211:5

**King** 2:4 8:16
**knelson8@binghamton.edu** 160:19
**knew** 215:20 216:3
**knock** 96:12
**know** 8:19 11:7,10,17 12:8 15:8
15:13 16:18 17:11,22 18:5,10
30:17,18 31:9,10,16,17,18
32:3 35:19 37:7 44:21 45:11
48:15,16,23,25 49:2,16,17
50:2,3,7,8,15 51:2,9,11,14,17
52:2,4,14,16 53:11,19,24 54:6
54:15,23 55:5,12,21,25 57:6
58:6,7 59:3,14 60:22,23 63:2
63:3,5,9 64:6,11,20 65:12,15
66:8,11,18 68:13,21,23 69:2,3
70:7,12,14,15,16,16,18,20,21
71:8,15 72:7,21,22 76:7,10,13
76:17,18,21 78:13,18 81:9,11
81:18,20,25 82:3,11,16,17
83:5 84:22,23 85:4,5,22 88:11
89:18 93:8,13,18 94:8 95:2,5
95:6,16 96:10,23,24 97:2,7,9
97:10 98:14 99:19,21,23,25
100:3,14 101:2,4,10,13 102:2
102:6 107:6,23,25 108:3
109:20 110:8,10 115:15,17,21
116:3,6,19,21 117:2,4,15,18
117:21 120:2 122:22,23 123:10
123:17,23 125:10 127:15,21
128:9,12,15,18,19,21 129:10
129:14,20,21,24 130:4,5,17,25
131:6,13,15 133:14,19,23
134:5,7,8,10,11,13,13 136:4,6
136:8 138:22 139:5,13 141:6
142:25 143:3,5,10 144:3
145:16 147:20,24 148:5,8,17
149:19,25 150:5 151:2,8,13,14
151:15,24 152:12,17 153:3,8
153:11,16,21,24,25 154:13,17
155:7,10,15 156:7,11 159:16
161:11,12,14,14,19,21 162:12
162:14 163:13 164:10,12,15,17
164:17 165:2,16 168:8,14,15
168:22 169:18 171:17,25 172:7
172:10 176:16 178:3,12 179:9
180:21 181:7,15,19 182:5
184:4,8,9 185:11 186:23 188:3
189:6,13 190:6,11,14 191:2,10
191:14 192:12,15,16 193:7,8
194:2,6,6,10,12,15,21,22

198:7,9,22 199:6 201:18,19
202:2,14 203:11 205:2,4,8,10
205:11,14,16 206:10,14,16
208:7 209:8 210:14,18,19
213:7 214:21 215:15 216:13,20
**knowledge** 11:16 49:13 68:20
70:3 71:2,7,10,17,22 72:2,9
72:14,17 76:22 78:11 82:5
84:25 94:10 100:8,10,13,21,24
109:16,19 113:5 120:4,9 144:8
145:19,22,23 147:3,6 148:3
150:9,16,23 152:16 168:24
191:12 198:22 199:9,13 201:16
201:23 202:3,7,8 210:22
**known** 37:15 48:17 70:10 73:10
121:14 173:6 210:25 211:24
**knows** 182:8
**Koekkoek** 168:13
**Kuryluk** 2:13 8:10 186:6,18,22
187:3,9,16,25 188:10,14
196:23 197:6,12,16,20,25
198:7,12 221:13
**Kyle** 52:2,4,5,16,18 53:5 58:14
60:21 61:7 161:11,14,16 162:2
162:11 163:10,12 164:10 165:7
168:17 169:12 181:10 214:16
214:24
**Kyle's** 160:22 214:20

---

**L**

**L** 3:8 6:4,6,15,18,21,24
**L-A-C-E-Y** 9:12
**L-A-U-R** 58:20
**L-O-G-A-N** 51:8
**L.I** 181:23
**L.L.P** 2:4
**L.M.A.O** 194:25
**L.O.L** 195:5
**L.O.L.L** 195:2
**labeled** 200:24
**Lacey** 1:1,20 2:1 3:1,3 4:1 5:1
6:1 7:1 8:1 9:1,7,11,11 10:1
11:1 12:1 13:1 14:1 15:1 16:1
17:1 18:1,9 19:1 20:1 21:1
22:1 23:1 24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1 56:1 57:1

58:1 59:1 60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1,20 74:1
75:1 76:1 77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1 85:1 86:1
87:1 88:1 89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1 97:1 98:1
99:1 100:1 101:1 102:1 103:1
104:1 105:1 106:1 107:1 108:1
109:1 110:1 111:1 112:1,5,17
112:25 113:1,4,9 114:1,2,21
114:25 115:1,3,10 116:1,14
117:1,25 118:1,25 119:1,2
120:1 121:1 122:1 123:1 124:1
125:1 126:1 127:1 128:1 129:1
130:1 131:1 132:1 133:1 134:1
135:1 136:1 137:1 138:1 139:1
140:1 141:1 142:1 143:1 144:1
145:1 146:1 147:1 148:1 149:1
150:1 151:1 152:1 153:1 154:1
154:23 155:1 156:1,2 157:1,25
158:1 159:1 160:1 161:1 162:1
163:1 164:1 165:1,8 166:1
167:1 168:1 169:1,12 170:1
171:1 172:1 173:1,10 174:1
175:1,11,18 176:1 177:1 178:1
178:8 179:1 180:1 181:1 182:1
183:1 184:1 185:1 186:1 187:1
188:1 189:1 190:1 191:1 192:1
193:1 194:1 195:1 196:1 197:1
198:1,21 199:1 200:1,2,23
201:1 202:1 203:1 204:1 205:1
206:1 207:1 208:1 209:1 210:1
211:1 212:1 213:1,4 214:1
215:1 216:1 217:1,20 218:1
219:1,3,8 220:1,3 221:1,5,7
222:1,2
**Lacey's** 112:16 118:9
**lack** 163:4 210:22
**Lacy** 112:25
**Laffer** 3:13 47:24 48:3 51:17
52:19 54:11 55:13,23 56:23
58:4 61:23,25 64:17,18 66:6,7
66:15 67:10,20 68:8,12,19
71:5,13,21 72:6,13,20 80:10
81:2 83:25 84:10,14 90:19
105:9 125:17 126:6,10,11,16
126:25 127:7,24 129:5,10
131:23 132:2,17,20,24 133:2
138:15 140:20,23 141:3,7

143:23  144:3,15,16  145:8
146:11  147:5  180:10  183:15
184:23  190:3  200:6  201:8
215:22  216:11,17,18
**Laffer's** 68:23  76:15  139:21
183:21
**Laffer's** 132:5
**Lainson** 1:25  220:2,14
**large** 176:25  178:4
**late** 11:22
**Lau** 58:20
**Laur** 58:17,19,20
**law** 2:19  8:13
**lawsuit** 10:13  15:14  16:7  21:7
49:21  50:6,22  52:23,23  53:19
54:14  55:16  56:21  62:13,18,19
64:23,23  65:6,11  192:8,10,10
192:14,21,23  193:7,20  194:5
**lawsuits** 192:18  193:5
**Leaders** 1:16  15:25  70:6
**leadership** 20:3,7,17,21  37:22
148:18,22  149:5,16  181:11,18
**leading** 50:13
**leaning** 27:22  53:14  65:17
179:14
**learn** 119:3
**leave** 94:22  97:22  144:16  167:18
202:24  203:5
**leaving** 98:19,22  99:8  146:13
**lecture** 39:2  74:18,22,25  84:9
122:12  127:3,4,16  129:19
130:22  143:23  146:5,11
**led** 97:25  98:13  162:20
**left** 42:4  49:14  88:22  98:5  99:2
136:6,7  144:15,15  145:8  146:5
146:11  210:9
**left-hand** 88:13
**left-leaning** 70:24
**lengthy** 177:12
**let's** 10:22  24:7  25:18  35:3,5
37:8  58:11  59:16  72:22  75:15
84:5  87:21  94:11  103:9  106:18
108:6  117:13  120:11,12,22
125:13  126:4,4,21  130:10
142:7  143:19  146:25  152:5
154:18  156:21  160:8  164:8
166:2,15  168:25  170:9  172:11
174:5,13  176:22  177:6,6  180:2
183:11  197:17  198:13

**letter** 204:10  207:2  216:15
**level** 37:18  115:5
**levels** 37:21
**liar** 132:24
**liberal** 149:2
**libertarian** 27:22
**Libertarians** 25:16  28:24  29:5
34:22  53:15  189:16  191:5
**liberty** 20:9  26:5  29:18  65:20
**Lieutenant** 112:2  113:13,18
116:11  119:17
**life** 63:4
**light-** 112:19
**Likewise** 196:4
**limited** 163:6
**line** 121:5  147:14  172:25  209:13
209:13,21,22  210:6,12,13
**lined** 127:3
**lines** 210:23
**link** 17:3  188:2
**list** 31:16  82:15  165:6  171:4
173:3,7  209:13,22  210:17,25
211:11,17,25  212:8
**listed** 158:23  177:13  182:20
**listen** 139:20  186:3  190:19,25
**listened** 190:16
**listing** 158:25
**Listserv** 176:3
**litigation** 52:16
**little** 46:3  59:6  89:5,20  105:3
112:25  130:18  157:15  158:16
166:6  175:9  191:21  194:16
199:25  200:10,15
**live** 13:13  14:4,20
**lived** 13:23  14:10,14,17,23
**living** 14:8,9,18
**Lizak** 1:6  15:23  33:10,17,23
34:17  48:14,15  50:23  56:7
57:2  58:15  60:21  61:7  79:7,14
99:4  105:20,25  106:8  108:15
112:6  118:2  165:7  169:7,14
170:4,16  171:15  180:8  181:10
190:13,16
**lkestc1@binghamton.edu** 158:2
**lkestec1@binghamton.edu** 167:5
**lo** 39:12
**local** 37:21
**located** 74:23  107:18
**Logan** 51:8,11,13,15,19,22,24
59:2  165:7

**logistically** 85:15
**logistics** 36:18 39:13,15
**long** 13:23 24:4 37:7 48:17 75:3
  87:8 90:25 91:3 103:22 144:11
  144:13,14 153:17 177:25
**longer** 155:22 208:5
**look** 75:15 84:5 93:15 94:11
  103:20 106:18 111:15 155:25
  172:11 177:23 203:21 208:18
  217:19
**looked** 17:5
**looking** 11:15 103:19 117:9
  120:14 160:11 188:8,12 189:22
  190:4
**looks** 29:17 89:11 104:11 148:23
  158:6 161:25 168:12
**lose** 74:5
**lost** 61:9 73:18,18 87:7 109:13
**lot** 27:21 33:9 58:9 61:9 93:7
  164:17,25 165:3 190:3
**lots** 93:5 125:8
**loud** 123:19
**louder** 97:13,13 140:15,15
  141:25 145:11
**lunch** 59:9,11,18 67:22,24 68:6
  68:9,11,15,16 94:14 102:25
**luncheon** 67:19

--------

**M**

**M** 6:6,21
**ma'am** 35:8 38:9 73:18 125:22
  126:16 133:12 137:10 147:18
  154:24 160:21 218:7
**ma'am** 117:7
**magazine** 20:19
**Maggie** 168:13 169:10 170:4,22
  171:9,18
**mailing** 183:25
**main** 33:18 74:18,23 75:3 170:23
**maintain** 87:5 163:7
**Maintained** 61:5
**maintaining** 22:5 164:5
**majority** 133:5
**making** 31:5 63:11 64:17,22
  113:3
**male** 114:22 115:15 116:5 190:11
**man** 123:17,23 124:3 132:23
  134:3
**management** 168:22
**Manhattan** 20:5 22:17,19

**manner** 105:14 195:24
**map** 200:3,7,15
**March** 41:5 42:3,9,13,22
**Mark** 117:15
**marked** 5:3 15:5 18:6 104:6,6
  111:2 150:24 151:6 154:21
  156:22 160:16 166:4 169:3
  170:14 172:12,13 191:8 200:8
**market** 83:11
**marketing** 183:25
**markets** 22:21
**master's** 24:3
**material** 80:10 90:10
**materials** 80:5 81:22 85:23
  86:14 97:21 98:6 107:11
  183:25 220:11
**Matt** 158:16 159:23 160:5 197:2
**Matt's** 197:17
**matter** 10:9,11 21:7 62:16,18
  64:23 65:6,11 72:24 167:10
**matters** 173:9 206:15,22 208:3,4
  213:21,22 214:10
**Matthew** 177:9 178:5
**meals** 183:23
**mean** 31:6 33:8 35:19 43:24
  45:20 60:16 62:23 80:4 92:3
  95:18 103:4 109:5 130:7
  135:17 154:4 167:21,21,21
  184:13 195:21,22 197:20
  205:16 207:11 208:13
**means** 204:21
**meant** 204:25
**media** 3:18 28:5,16,16,20,22
  63:11,14,17 64:12,18,22,25
  65:2,9,10 87:12 104:7,10,13
  108:8,11 122:10 140:19 191:9
  191:20,22
**medications** 10:19
**meet** 69:11 113:13 146:9 159:2
  168:19
**meeting** 67:7 113:24 119:12
  125:24 126:19 168:23 169:12
  169:17,19 170:6,7,23 171:9
  180:11,14,19,20,22 181:8,16
  182:3,6,10,11,21,25 183:4,7,8
  189:17,21 215:8,10,17,20
  216:6,9
**meetings** 29:2,8,9 126:6 169:25
  170:8 189:15

800.523.7887

Associated Reporters Int'l., Inc.

Page 243

**megaphone** 133:7,20,21 134:22,23
 135:18 142:10,15 143:6,11,16
 145:4,5,7,16,20
**member** 25:12 28:23 29:2 34:13
 36:3,22 40:13 48:24 49:2,10
 49:11 79:23 123:6 128:18,20
 132:18 134:6,9 141:17 142:9
 165:18 168:18 177:24
**members** 3:11,14 30:14 31:4,8,19
 31:24 32:3,7 33:5,5 34:18,20
 34:24 35:15 36:14,16 37:16
 57:22 60:6,8 61:16 63:4,6,7
 68:5 69:16 76:24 79:19 90:15
 92:20 93:14,19 105:11 112:7
 118:3 127:8,17 128:4,8,22
 129:4,8 142:13,18,19 143:2
 161:18 165:5,6 171:5 215:21
**membership** 30:22 49:14 65:22
**memorized** 13:17
**memory** 39:5 40:19 45:9 46:2
 47:8 77:17 99:6 141:4 144:23
 203:3
**mention** 49:22
**mentioned** 22:16 48:14 50:8
 57:24 61:6,17 105:25 112:16
 123:5 130:7 169:12 202:10
**merely** 211:16
**message** 6:2 86:24 87:4 177:22
 185:6 192:16 193:21,23 194:7
 194:20 195:19 196:9
**messages** 3:18 65:5 87:5,11,11
 92:21 191:23,24 192:3 194:9
**messaging** 64:25 65:10
**Messenger** 6:24 192:4,4
**met** 48:18 112:5 117:25 125:19
 180:8
**middle** 157:6
**Miller** 2:5 8:16,16 12:12,17,22
 17:13,24 18:8 25:2 53:21 54:2
 55:9 59:8,13,20 61:12,18
 73:20 81:17 87:17 94:15 103:2
 103:6 114:16 124:8 135:11,21
 136:12 137:5 146:16 159:20
 161:3,8 167:14,20 168:3,5,10
 174:9,16,18 176:12 177:19
 178:8 182:4,16 187:5,24
 192:24 197:10,23 200:9,14,19
 208:21 209:16,24 212:2 213:3
 213:10,17 217:5,17 218:3

**mind** 174:9
**mine** 40:7 187:20
**minimal** 145:2
**minute** 59:17
**minutes** 94:14 142:11 158:17
 174:13 217:18
**Mischaracterizes** 124:9
**Mischaracterizing** 137:6 182:17
 212:3
**missed** 179:13
**mob** 92:17,20 94:18
**mode** 197:4,13,16
**modern** 133:4
**moment** 19:5 35:24 134:16 208:18
**Monday** 84:12 120:17 125:18
**monetary** 15:18
**month** 78:6 107:12
**months** 128:6
**Moore** 2:12 3:4,9,12,15,17,20,22
 3:24 8:8,8,20 9:15,17 12:15
 12:18,24 13:6 17:15,25 18:4
 18:11 25:5 53:23 54:4,7 55:10
 59:5,10,16,21 60:3 61:10,13
 61:20,21 62:7,10 72:25 73:6
 73:24 74:2 81:19 87:19,20,23
 88:2 89:4,6,19,22 94:13,16
 102:23 103:4,9,16,19,24 105:2
 105:5 110:16,21,25 111:4
 114:11,19,20 120:22,25 124:10
 135:13,16 136:2,14,17,24,25
 137:7,14,16 146:20 157:11,14
 157:16 159:25 160:3,10,14,23
 161:6,9 167:15,23,24 168:4,7
 168:11 174:11,17,23 176:14,15
 177:21 178:15 182:7,18 186:7
 186:13,20,25 187:7,14,23
 188:5,16,22,23 193:2,3 196:15
 196:21,25 197:11,15,24 198:4
 198:10,13 215:5 217:8,14
 218:5 221:6,13
**Moorthy** 127:23 128:2
**morning** 9:18 151:20 155:21
**motion** 114:24
**motivated** 152:21
**move** 9:22 97:15 117:5,13 122:2
 123:19 124:6,11,13,16,18,21
 124:21,23,23,24 125:13 126:4
 126:4 137:14,24,25 143:16
 166:2 168:25 198:13 199:25

moved 13:25 134:21,23,25
multicultural 123:10 203:10,14
multiple 158:23
murdered 132:22
music 197:4,13,16
mute 60:9 188:10

---

**N**

N 3:2,2 5:2 111:10
N-E-L-S-O-N 52:3
N.J 14:25
name 9:10 13:18 28:18 34:3
  48:14 51:8 53:10 56:8 58:17
  58:18,19,22 68:4 70:9 96:10
  99:25 101:23 110:4 111:8,9,25
  118:16 119:5,8 128:24 130:5
  162:2 189:11 221:4
named 53:18 58:16 86:2 168:13
names 13:8 34:9 51:7 82:14
  99:20 102:3 131:6 170:25
  212:8
narrative 111:20 117:15,22
  119:16
national 37:21
nature 122:6
near 74:25 85:14 111:18
nearby 126:11,12
nearly 142:11
necessarily 85:14,21 102:2
necessary 11:13 163:5
need 10:25 12:6 13:14,18 54:5
  77:13 168:19 170:24 178:11
  188:13 200:11 201:17
needed 202:24 206:19
needs 197:3
negative 91:9
Nelson 6:8 52:2,3 161:17 162:2
  165:8 168:18 214:17
never 29:5 30:5 32:13 34:23
  39:21,23,24 40:4 116:24 152:4
  164:2 169:25 170:6 171:25
  196:11 205:11,18 206:22
  213:11
new 1:3 2:7,7,11,15,22 8:9
  10:14 14:17,22 21:14,15 22:20
  35:12 41:23,23 155:24 162:20
  163:4 180:12 221:12,14
newly 25:16
news 21:21,22
Nick 58:16

nicknames 34:4
night 128:23 172:24 209:20
nine 25:4 84:17 131:22 132:3
  170:12
nineteen 5:25 120:12,23 157:4
ninety 126:13
ninety- 126:21
ninety-eight 126:22,24
ninety-nine 126:23 127:6
ninety-three 183:20
nod 11:2
noise 197:4
non- 16:24 35:13 137:14
non-political 105:13 106:13
non-students 127:8
nonpartisan 27:23
nonprofit 20:8
nonresponsive 214:5
normalcy 170:24
northeast 86:10
Northern 1:3 10:13
notary 7:12 219:11 221:9
note 8:6 159:23
noted 119:7 132:7 219:4,6
notes 217:19
notice 53:3
noticed 172:20 209:5
notified 121:22
Novem 40:10
November 14:6,13 18:14,17 19:17
  19:24 30:3,7 32:17 38:14
  40:15 44:20,24 45:7,16,25
  46:24 47:7,12,18,23 48:3
  55:23 56:5,15,18 58:4 60:25
  62:19 64:2,3 66:3,16 73:8
  76:20,25 77:25 78:10,14,16,20
  79:6 84:13,21 85:7,10,12
  86:13 87:13 91:10 100:5,11,17
  100:23 101:9 104:9,20 109:18
  110:13 111:23,24 112:10
  113:15 117:23 118:5 119:17
  120:17,20 122:16 125:18
  147:18 154:3,7 185:9
number 10:14 11:22 30:16 36:16
  60:25 61:2,4 81:7 99:18
  102:16 109:6 176:25 220:9
  221:4
numerous 92:21 192:6

---

**O**

O 3:2,2
o'clock 174:12
O-O-F 195:8
objection 17:13,24 25:2,2 53:21
  54:2,4 55:9 81:17 124:8
  135:11,21 136:12 137:5 182:4
  182:16 192:24 212:2
objections 7:7
observational 8:21
observed 118:12
obtain 73:16 75:18 77:22,25
  152:9,13,22,22 168:8,9
obtained 201:25
obtaining 75:25 115:7
obviously 12:18 136:22 137:22
  168:7
occur 143:24
occurred 18:14 24:14 64:19 68:6
  90:22 91:24 92:25 95:13,18
  106:21 108:2 127:13 129:12
  138:7 140:13 168:23 169:17
occurring 40:20 96:5 183:8
October 29:23 69:8,10 107:13
  108:4 111:3 149:9
office 2:11 8:9,10 26:16,18
  27:4,8 29:3,5 30:10 50:16
  52:9 221:12
officer 36:19 96:8 101:23
  111:25 158:23 214:24
officers 97:25 98:12 99:20
  101:22 102:2,18 126:15 133:9
  163:5 206:4
offices 26:8 28:13
official 1:11,13,14 5:15 103:21
  104:18 205:22
officials 91:16
oftentimes 45:17 190:5
oh 8:24 19:14 26:14 153:21
  154:4 174:11 182:22 209:18
okay 8:25 9:8,20 10:2,3,7,19
  11:18,19,21 12:5,22 13:7
  14:10 15:16 17:4 19:15 20:11
  21:5 24:23 25:18 26:7,17 29:4
  29:11 30:6,14 31:17 32:11
  33:4 34:3,23 35:3 36:8,12
  37:3,8 38:11 39:7 40:21 43:6
  43:6,15,19 44:16 46:8 47:5
  49:9 51:6,24 56:3 59:4,13,16
  59:19 60:11,13 61:13,18,20
  64:7,16 65:8 66:13,18 70:25

72:22 73:24 77:17,20 79:14
83:13,23 84:5,23 85:16 87:9
87:14,19 88:14 93:9 97:16,20
101:15 102:4,22 103:11,16
104:5,14 105:2,4 106:18
109:21 110:12,16,24 111:18
114:16 117:5 120:11 121:10
122:15 123:21 124:6,16 125:13
126:2 128:17,21 129:18 130:10
131:17 132:14 136:23 138:14
139:15,22 140:2 142:7 144:5
144:24 146:5 148:5,12,17
149:3 150:8 151:9,13,19 152:5
154:18 156:21 157:13,17,20
158:15 159:19 160:8 161:21
162:16 164:8 165:23 166:2,15
167:4,8 168:3,10,16 169:22
170:3 171:8 172:11 174:17
176:9,22 177:15,18 178:17
180:2 181:22,25 182:8,19
184:21 185:17 186:2,19,22,23
187:16 188:5,20 190:6,15
191:6,18 192:2,5 193:10,18
194:12,16,23 195:17 196:14
198:4,7,10,20,20 199:17,25
200:2,5,22 201:7,16,22 202:5
202:16,22 203:4,15,21 204:2,9
204:14,20 205:13,20 206:8,16
206:25 207:13 208:10,17 209:4
209:11 210:3,5,11,16,21 212:6
212:21 213:17 215:4 216:8,14
217:12,16 218:3,5
once 50:23 54:18 66:25 83:22
  127:6 147:10 175:22 184:22
  195:23 213:24
ongoing 140:11
online 17:6 165:24
open 200:12
opened 127:7
operate 210:23
operated 202:17
operating 23:7
opinion 93:22
opposed 212:16
oppressed 132:22
oppression 133:3
option 42:23 114:25
order 170:24 201:17
org 158:24

**organization** 1:15 16:24,25
  20:22 25:20 29:17,22,25 30:13
  30:23 31:7 33:6 35:11 37:3,20
  38:4 40:6,13 43:13 44:5 50:17
  65:18 70:7,9,24 85:6,11
  106:24 121:12 131:18,19 149:8
  158:20 164:6,22 165:21 184:14
  191:16 196:12 203:7 205:6
  206:13
**organizational** 163:25
**organizations** 20:6 53:14 65:19
  73:15 75:17 78:9,16 105:12,13
  106:14 107:2 110:3,5 155:5
  159:6 199:12 205:9 206:18
**organize** 33:12
**organized** 73:8
**organizing** 131:16
**original** 7:13,17
**Orlando** 111:25 113:14 117:23
**outcome** 117:2 120:9
**outdoor** 74:19
**outlet** 20:23 21:21
**Outline** 20:24
**outside** 70:14,15 121:18 127:3
**overall** 162:24 164:24
**oversee** 162:21
**overwhelming** 93:8 102:3
**ownership** 206:23

**P**

**P** 3:2
**P.D.F** 17:3
**P.D.F.s** 186:12
**p.m** 1:22 59:23,24 91:10,17
  92:17 93:10 103:13 113:14
  166:20 173:14 174:21,22 175:8
  177:9 188:18,19 217:24,25
  218:9
**pack** 94:23 97:21
**packed** 97:23 127:3,9
**page** 15:9 35:6 36:22 37:10,10
  37:11 73:3,4 109:8 111:12,19
  116:7 117:7,13,14,14 120:15
  120:24 130:10,11,19 131:22
  144:25 152:6 154:22 155:19,23
  156:25 157:6,7,11,18 160:12
  166:16,16 169:6 171:14,16
  172:14 175:6 180:5 183:12
  185:19,20,21 207:4,4,10 208:5
  220:5

**pages** 37:11 109:9 117:6,8 157:3
  160:24 166:18 169:4 170:12
  174:7 175:2 176:24 177:6,12
  220:9
**paid** 22:9,11 23:9,11 68:9 69:2
  184:4
**pan** 42:12
**pandemic** 14:19 41:5 42:12,18,19
**pants** 192:7 193:19 194:4
**paperwork** 39:7
**paragraph** 35:5,19 37:12 38:2,11
  43:20 44:2 73:5,13,13 75:12
  75:15 77:20 84:6,16 90:13
  92:15 93:11 94:11 105:6
  106:19 110:2 111:22 112:4
  113:23 114:21 119:12 120:11
  120:14 121:7,11 125:15,16
  126:5,9,13,21 128:8 130:11,18
  131:22 132:16 143:19 144:24
  145:18 146:25 147:7 152:5,18
  156:21 162:2,9,13,17 163:14
  164:9,14 165:4 173:4 174:5
  180:5,17 183:11 184:21 194:13
  195:14
**paragraphs** 72:23 73:18 74:3,8
  126:19 127:17 132:15 142:7
**parcels** 193:11
**parent's** 15:2 41:23
**parentheses** 35:13
**parents** 21:13
**part** 19:2,11 21:23 22:24 25:14
  34:10 68:12 74:23 131:15
  154:11
**Part-time** 19:19
**participants** 182:2,9
**participated** 19:25
**participating** 183:16
**participation** 104:15
**particular** 20:15 83:12 177:5
  209:11 213:7,15
**particularly** 42:6 149:2
**parties** 7:4 221:10
**parts** 165:3
**party** 26:4 37:16,21,25 38:8
  61:11 62:16,16 126:14
**passed** 105:21
**passerbys** 81:6
**passersby** 81:6 90:18 92:8
**passwords** 162:24

**pause** 187:9
**pedestrian** 73:12
**Pelletier** 1:13 2:10 8:12 10:12
  15:24 71:18 72:17 101:3,20
  110:20,22 111:2 125:21 133:8
  141:7,10,13 143:21 145:2
  167:12 183:18 184:25
**pending** 11:12
**pens** 88:19
**people** 27:21 30:20 31:16 32:8
  33:10,19,22 34:21,22 39:3
  40:5 58:6,9 60:23 62:2 69:4
  75:22 92:9 93:3,5,7,19 101:14
  102:24 105:24 106:17 109:2,6
  118:21 123:13 127:15 128:10
  128:22,25 129:15,21,25 130:6
  131:7,16 133:23 142:23,25
  184:13,16 190:11 191:15
  194:10 202:18 216:17
**Pepperdine** 14:19,20 19:7 23:18
  24:5
**perform** 183:13
**period** 27:3 30:8 40:25 47:21
  49:11 75:14 102:12
**permit** 73:16 75:18,23,25 77:22
  77:25 78:10,17 107:3 109:17
  110:4,6,9 152:22 185:3 198:24
  199:3,8,12 201:17,24 202:24
**permits** 78:12 106:25 107:8
  199:5 201:19 202:4,7
**permitted** 91:4 131:9
**permitting** 106:22 183:17
**person** 42:18,20 51:10 86:24
  96:23 97:10 111:13 115:19,21
  116:4 138:24 181:25 190:17
  194:23 202:23 208:3 212:19,22
**personal** 63:16 70:25 71:9,16,25
  72:8,16 91:15 100:9,10,20,21
  112:22 145:21 150:9,15 198:22
  199:13
**personally** 64:7 65:2 75:5 91:19
  96:2 145:14
**persons** 115:11
**pertained** 139:23
**pertains** 66:15 71:24 147:22
  148:25
**phone** 60:24 61:3,9 87:4,6,10
  181:20 192:3 193:14 196:19
  198:2

**photo** 5:24 88:3,10 118:13
**photograph** 88:6 89:8 200:24
**photographer** 183:25
**photographs** 39:9
**phrase** 221:16,18,19,20,21,22,23
**phrased** 80:9
**physical** 12:2,4,19 21:12 22:6
  23:6
**pick** 84:22,24 88:23
**picked** 84:20
**picking** 193:11,11
**picture** 89:8,21 199:24 200:2
**pictures** 39:11 80:5 82:23
**Pinkerton** 143:22
**pinpoint** 101:17
**pins** 105:12
**place** 106:14 219:4 220:4
**places** 19:21
**plaintiff** 1:8 35:9 50:6 65:12
  125:18
**Plaintiff's** 145:6
**plaintiffs** 2:3 8:17 15:21 62:15
  130:20 180:7 183:19 184:22,24
**Plaintiffs'** 183:14 185:5
**plan** 85:13 90:25 139:19,20,22
  140:6,8,19 159:2 195:4
**planned** 77:2
**planning** 39:9,13
**plans** 86:16
**platforms** 65:5,9
**play** 89:9 186:4,22 195:9 196:16
  196:19 198:3
**played** 190:20
**playing** 186:25 187:3
**please** 8:7 9:9,10,24 11:2,7,9
  87:24 120:23 154:20 157:15
  175:10 176:10 177:19 178:8,9
  198:9 200:10 219:5 221:8,9
**PLOT** 1:17 16:2 70:5 71:4,12,19
  127:2,9 128:17,18,20,23
  132:19 134:9 142:10,14,20,24
  143:2 185:4
**podium** 132:17
**point** 9:23 11:9 24:25 25:4,16
  26:10,18,20,21 27:8 29:16
  32:5,5,19 36:25 45:16 46:4,8
  46:15 56:12 57:4,12 78:7,23
  79:25 82:16 83:9,18 85:13
  86:11,16 87:8 93:6,21 97:21
  105:10,18 106:23 107:7 109:13

109:21,22 121:14 128:6 134:17
137:12 154:12,15 181:12
192:13 195:10 202:19 203:11
**Points** 86:8
**police** 3:21 69:16,20 91:16,21
92:2 94:5,9 95:2,13,21 96:3
97:25 98:12,16,18,20 99:7,10
99:11,20 100:11,23 101:7
110:12 111:8 113:17,21 114:6
117:12 133:21 134:14,21,23
143:13,15 144:10 145:18
**policies** 168:18
**policy** 19:8 23:3,4 94:21 133:10
133:15 143:22 147:16 152:20
185:2 199:22 201:25 203:17
**political** 21:22 37:22 105:13
106:13
**poorly** 42:16
**pop** 196:25
**populate** 176:3
**portion** 44:8 75:9 132:6 191:19
208:22
**position** 22:7 23:7,8,9,12 27:12
28:17,19 65:22 86:10 165:18
173:8
**possibility** 211:21
**possibly** 26:24 62:2 63:8 118:22
**post** 40:17 104:8,8,10 121:2
191:10 192:5
**posted** 43:12 63:23,25 104:24
188:25
**poster** 118:15
**posters** 105:12 122:3 125:4
**posting** 28:5 38:5 43:10,16 44:6
45:18 64:14
**posts** 63:11,17 64:18,22 108:9
140:19 191:22
**pre** 129:20
**preceding** 194:13
**prefer** 59:12
**preparation** 37:24
**prepare** 138:14,16
**prepared** 103:16 104:2 114:13
220:10
**preparing** 104:23
**presence** 77:18 220:4 221:8
**present** 8:10 10:20 40:16 45:4
57:19 58:25 68:18 69:20 75:5
92:24 101:7 119:11 125:24
126:18 127:12 129:4,10,11

130:4 133:5 140:22 141:3,7
182:21 191:3
**president** 1:6,10 5:17 6:2 26:22
30:13 50:12,16 82:22 85:3
89:24 93:16 99:23,24 100:14
100:21 104:19 131:25 165:6
169:11 170:16 171:15 177:22
**president@binghamtonsa.org**
158:8
**presidential** 84:10
**press** 68:14,18
**pressing** 96:7
**pressure** 190:4
**Preston** 58:15 181:14
**presumably** 62:24 155:17 157:23
165:12 166:24 175:16 191:15
194:21 211:14 212:17
**presume** 90:10 121:9 176:7
177:13
**presumed** 207:23
**presuming** 39:11 111:8 114:5
117:12 131:2 204:25 205:17
**presumption** 192:22 211:20
**pretty** 27:14,15 92:14 174:14
177:25 189:24
**prevent** 48:9 69:25 133:11 135:9
135:19 141:17,21 159:3
**prevented** 142:2 163:5
**previous** 162:18 166:5
**previously** 15:6 73:15 75:17
77:21 104:6 107:9 114:13
123:5 130:7 149:6
**primarily** 33:24 38:3 39:16 44:4
**principles** 37:16 38:8
**printed** 149:20
**printing** 81:21
**prior** 109:17 138:15 183:7
199:22 205:21 206:9 213:23
**private** 183:22
**pro** 122:3 128:25
**pro-choice** 88:23
**pro-second** 83:10
**probably** 31:15 60:22 87:7 90:9
109:12 114:5 198:8
**problem** 11:5 73:25 179:17
**problems** 106:24 107:7
**Procedure** 7:5
**procedures** 121:19 122:8,21
**proceed** 103:17 104:2

proceedings 147:3
process 67:16 75:25 115:6
 158:21 159:5 176:3
produced 61:11 138:18
producing 20:13
professional 121:22 122:25
 177:23
program 24:3
progressive 1:16 15:25 70:6,9
 93:19 127:17 185:4
progressive-leaning 70:23
Progressives 1:15 15:25 70:18
 70:22 71:25 72:4,11,19 92:18
 92:20 93:14 94:23 127:2,5,9
 127:21,24 128:5,9,11,13,16
 132:18 134:7 142:10,14,20,24
 143:2 191:14 215:7,11,21
 216:4,10,16
project 20:22 148:18,22 149:4
 149:16
promote 20:9 26:3 29:17 37:15
 46:22 84:18 105:7
promoted 84:9 108:15
promotes 65:19
promoting 22:22 44:13,17 122:11
promotional 43:14 45:12,14,17
 45:22 80:7,8,10,23 89:9 90:10
promptly 131:24
proper 106:22 147:17
properly 96:18 121:19 122:21
property 124:5,14 201:20
prosecution 115:2
prospective 34:18,20
protect 183:14
protected 101:25
protecting 94:19 102:4
protective 142:15,20 143:6,11
protest 93:25 96:4
protested 93:23 136:21
protesters 95:19 102:9 129:17
protesting 95:22 111:17
protestor 134:12
protestors 127:19 129:2,23
 131:3 140:15 141:25 145:11
protests 91:10
provide 62:5 65:9 155:21,25
provided 3:15 11:23 15:8 127:4
 177:2 199:19 220:12
providing 131:25 216:15

provocative 122:3,9
public 7:12 17:8 19:8 23:3
 118:18,22 124:4,14,15 201:19
 219:11 221:9
publication 20:16,20 27:20,24
publications 64:9
publish 27:25
pull 217:7
punishment 152:19,19
punitive 15:18
purportedly 216:16
purpose 25:23 37:14 38:3 44:4
purposefully 173:6
purposely 210:24 211:10
pursuant 5:21 7:6 133:10 143:21
pussy 112:25
put 9:8 12:9 15:9 34:16 35:7
 72:25 87:23 108:24 110:17
 114:16 115:19 120:22 148:12
 154:19 167:19 168:5 176:13
 177:19 185:17,18 191:6 199:17
 212:22
putting 13:2

## Q

Q&A 68:7
qualify 62:13 124:22
question 9:19 11:12,21 17:17,18
 18:9 30:6 42:8,16 44:9 46:19
 64:16 77:11 78:14 104:15
 106:21 122:8 124:20 127:20
 130:3 132:6 135:15 137:9,20
 143:9 164:9 165:9 178:10,20
 212:14,22
questioning 9:24 43:7
questions 7:8 10:2,16,24 11:7
 37:13 61:22 71:24 126:24
 132:6 159:14,17 171:18 180:4
 186:5 198:14 215:5 217:13,20
 218:4
quick 73:23 103:5 115:20 168:20
quickly 174:14 217:22
quite 31:2 109:5 123:19 136:7
quote 79:5

## R

R 3:2,8 6:4
R-A-J 66:19
racial 133:3
racist 118:17

**rainbow** 89:12
**raise** 9:3
**raised** 213:22  215:2
**Raj** 66:18,19  139:2
**Randall** 175:11
**ranging** 83:10
**rapidly** 136:7
**re-** 158:19
**re-certified** 206:11
**re-certify** 207:5
**re-posted** 63:24
**re-register** 155:5  162:6,12
**re-registration** 159:6
**reach** 135:4
**reached** 93:6
**reaching** 158:21  162:4
**read** 7:10  16:10,13  17:11,19
  35:7,16,17  36:15  37:13  38:9
  73:4,17  74:3,6,8  84:7  90:19
  92:22  94:23  105:15  106:20
  107:3  111:22  112:2  113:11,23
  115:12  116:17  117:24  119:9,12
  119:23  120:16,20  121:10
  122:13  125:22  126:16,22
  127:10  130:22  132:9,16  133:12
  133:17  137:25  138:4  142:7,16
  143:23  147:18  152:10,25
  155:20  159:7  162:6,10,17,17
  163:8,14  164:9,13  169:14
  173:11  178:6,9,13,22  179:21
  180:16  184:2  185:6  219:3
  221:8
**reads** 37:14  73:7,14  90:15  92:16
  94:17  105:6  112:4  114:21
  121:11  125:15  126:9  130:12,19
  131:23  138:2  142:8  143:20
  144:25  147:7  152:7,18  158:17
  165:4  172:17,18  175:18  177:22
  180:7  183:13  184:22
**ready** 195:4  198:20
**real** 217:22
**really** 27:16  29:10  32:9,13
  33:15  34:16  50:24  51:16  53:2
  57:6  66:10  80:22  95:16  98:9
  102:6,8,20  106:16  128:15
  157:9  165:2,25  173:23  179:5
  181:7  194:10  202:20  203:9,11
  207:11,22  208:2  209:18  210:8
  212:13

**realm** 28:21
**reason** 10:15  81:14  83:22  155:22
**reasonably** 184:24
**recall** 16:15,19  22:11  25:21
  26:12  27:9  28:9,15  33:12
  36:11,11  37:5  38:25  39:4
  44:22  45:10  46:14,16,20,20
  47:3,9  48:5,22  49:8,25  51:25
  52:8,12,21  54:9  56:24  57:5,13
  57:17,20  58:2,17  59:3  60:20
  63:8  64:13,24  65:7  74:10  77:4
  77:5,7,19  78:3  79:16  80:21
  81:3  82:10,20  85:21  86:21
  87:4  88:18,21  90:9  91:3,12
  92:12  95:4,24  96:6,14,20
  97:19  98:8,17  99:13,22  100:19
  101:8,11,21  102:17,20  104:12
  104:17,25  105:22  107:9,10,16
  107:22,23  108:7,14  109:4
  115:18  116:21  119:13  121:4
  127:25  128:3,14  129:7,13
  130:2,16  133:22,24  134:15,19
  135:3,5  138:25  139:3,25  140:8
  140:14,21,24  141:8,15,19
  142:4,22  143:14,18  144:13,22
  145:9,10  146:3,19  148:15
  149:23,23  150:2  154:8,17
  155:14  156:5,8,10  159:13,18
  160:6  161:23  165:25  166:14
  170:7  171:11  173:18,21,22
  179:4,18,25  181:2,7,17  182:12
  185:16  189:7  195:21  201:10
  202:12,20,22,25  203:8,9
  205:18  206:2,3,21  207:7
  208:12  209:9  210:7  211:3
  212:4,6,9,9,24  213:24  214:2
  214:18,19  215:3,7,9,14,22,24
  216:2,5,8,19,21,24  217:4
**recalling** 26:23
**receive** 25:7  160:4  161:10
  166:23  169:23  172:24  175:14
  176:10  177:11  195:5  209:12,20
**received** 151:14  161:4  172:25
  176:6,7  177:17  179:3  211:4
  214:17
**receiving** 156:12  160:6  172:21
  179:4,12  209:6  210:19
**recipients** 150:3  156:19
**recognize** 15:10  88:3  101:23
  104:10  111:5,7  117:7  118:21

121:2 148:13 154:24 157:21
160:20 177:3 191:22 200:23
204:25
**recognized** 121:16 127:24
**recognizes** 161:5
**recollect** 102:15 176:19 179:15
**recollection** 37:9 89:16 154:19
169:17 170:10 171:22 176:5,20
179:3 183:9 185:15 189:4
190:23 208:6 214:4 217:3
**recommend** 111:7
**record** 3:16 8:4,7 9:10 35:8
37:13 54:5 59:23,24 60:2 62:8
66:19 73:5 74:4 84:8 103:13
103:14,15 104:2 106:20 117:24
120:16 132:16 138:2 142:8
155:21 156:23 159:24 160:24
162:10,18 166:17 169:2 170:11
174:21 175:4 176:23 186:8
188:16,18,21,22 217:11,24
218:2 219:4 220:10
**recorded** 181:15 182:2,5,9,10
183:7 189:19
**recording** 180:22,24 182:3,13
185:22 186:3,8 188:25 189:5,6
189:9 190:7,16,19,20 196:16
215:25
**records** 39:8 108:5
**recruiting** 105:11 108:9,13
**redirect** 217:20 218:4
**refer** 75:20 114:4 196:3
**referenced** 114:8 121:7 170:4
186:9 209:4
**referred** 115:16 194:13 195:13
**referring** 45:2,19 174:24 192:11
192:23 193:6,25 194:3,18
209:8 210:6 213:8,15,15
215:15
**refers** 75:21 130:25 190:16
195:15
**reform** 20:18,19 148:18,21 149:4
149:16
**refresh** 37:9 154:19 169:16
170:9 171:21 176:5 179:2
190:22
**refusal** 122:7
**refused** 122:2 124:6
**regard** 110:11 137:12 148:4
150:20 162:5 163:19 199:16
205:12

**regarding** 11:16 39:8 62:13,21
63:11 65:5,11 71:2,10,17 72:2
72:9,17 76:25 87:13 90:19
104:20 108:5,13 113:7 120:18
147:3 173:9 213:21
**Regardless** 176:2
**regards** 21:3 30:21 62:20 63:19
127:19 136:8 144:2 147:16
148:9 152:16 153:6,22 156:16
161:13 163:24 164:19 178:20
179:10 199:3,5,10 202:4,9
203:13 205:9 210:8
**region** 56:12 86:9,9
**register** 158:20
**registered** 35:10 119:8 206:19
**registration** 158:21
**regulations** 94:20
**Reid** 180:11 182:20,21
**reinstatement** 6:11 169:13
**relating** 117:12 144:9
**relation** 119:23
**relatively** 200:25
**relevance** 25:3
**relief** 15:18
**relocate** 121:25 123:22,24 124:2
124:3
**remain** 43:3 159:3
**remainder** 41:9
**remained** 41:20
**remarks** 132:5
**remember** 11:18 16:23 17:9 26:11
27:2,3,12,16 28:18 33:16 34:8
37:5 40:12,14,20,23 44:22
46:15,23,25 49:4,12 54:12,19
57:18,25 60:21 62:3 67:2,7,7
69:9,22 77:16 79:21 80:8 81:8
82:11,24 83:16 90:11 95:8
96:22 97:23 98:2,9,10,19,23
99:6,17 102:19 107:17 108:21
109:6 122:24 123:20 128:3
140:3 141:12,23 145:13 156:13
156:15,20 159:15 164:4 165:12
165:13,20 166:13 173:24 174:2
174:4 175:16,23 176:8 177:14
179:5,11,19,22 182:9 189:20
189:21 190:18,24 192:13 201:7
201:12 203:2,9,19 204:12,19
205:25 206:7 209:10 210:10
214:6,13 216:7,12,14 217:9

**remote** 21:15  22:8  36:25  41:2,14
  41:20  42:9,20,21  43:3  73:25
**remotely** 22:7  23:7  41:9,13,18
**removal** 197:4
**remove** 143:23
**removed** 145:3,7,17  173:3  209:22
**removing** 173:6  210:24  211:10,17
  211:24  212:8
**renowned** 84:9  105:9
**rep** 56:12  79:25  86:7,9  181:18
  181:23
**repeat** 47:14  147:23  198:17
  205:8
**rephrase** 11:8  17:17  18:2  42:15
  84:4  150:14
**report** 3:21  21:4  91:24  111:8
  112:12,17  114:6  115:10  118:7
  148:23
**Reported** 1:25
**Reporter** 8:4,18,25  9:8,13  59:25
  103:15  110:19,24  157:8,13
  160:13  178:11  186:10,16,21
  188:2,7,12,20  196:17  200:11
  200:18  203:23  204:2  218:2
  220:14
**Reporters** 220:11  221:2
**reporting** 21:22
**reports** 5:8  21:21  110:13  117:12
**repost** 64:5
**reposting** 64:15
**represent** 8:11  10:11  122:12
  162:21  186:7
**representative** 8:20  71:4,12,19
  72:4,11,18  180:12  182:20
  202:11
**representatives** 121:17,21
  122:24
**represented** 26:4
**representing** 8:14,17
**Reps** 181:11
**Republican** 3:11,14  5:11  26:4
  33:5  37:16,18,21,23,25  38:8
  39:20  40:2  79:19  184:10
  202:14
**Republican's** 80:18  82:8  83:2
**Republicans** 1:6,7  5:18  6:11,13
  15:23  25:15,19,24  26:8,18
  31:8,21,23,24  33:9,24  34:2,4
  34:21  35:10,22  36:3,5,23
  37:15  38:3,13,15  39:17  40:11

40:17  43:9,10,17,21  44:3,11
  46:9  47:2,6,11,12,17,18  48:3
  48:24  49:3,10,11  50:13  51:8
  52:7  53:14  57:4,23  58:12,13
  58:25  60:6,8  61:16,24  62:12
  63:7,13  66:14  68:3  69:5  73:8
  73:16  75:18  76:5,14,19,25
  77:22,24  78:20,21  79:6,23
  82:19,23  83:14,24  84:12,15
  85:3,18  90:6,15  92:13,18  93:4
  93:20  94:22  95:22  97:18,21
  104:9,13  105:21  106:4  109:17
  112:8  118:3  120:19  121:12
  122:20  123:2  125:19  129:5,9
  130:13  131:25  138:2  139:4,12
  139:16  141:18,21  146:2,4,9,23
  146:24  147:10,13,22  148:2,10
  150:11,12,18,19  151:6,11,14
  151:17,21  152:24  153:13,18
  154:2,6,14  155:4,18,22  159:10
  159:11,22  161:17  162:3,12
  164:7  165:11,17,19  169:11
  171:22  172:3  173:2  179:24
  180:8  184:18  185:8,12  189:17
  191:5  192:19  193:5  195:18
  196:7  198:23  199:7  201:9
  202:12,18  204:17  205:23  206:4
  206:11,17  207:5  208:4  209:22
  214:24
**Republicans'** 73:11  80:4  94:19
  152:21  153:4,10
**request** 50:6  61:14  62:5,8  87:10
  114:12,17  167:13,19
**requests** 3:9,12,15,17,20,22,24
**required** 94:20  106:25  152:9,13
  201:24
**requirement** 107:3  110:4,6
**requirements** 110:9
**research** 23:3
**researcher** 23:2
**reservable** 121:18
**reservation** 5:6  121:24  123:3,14
  123:24
**reservations** 199:16
**reserve** 40:5  77:14  129:19
**reserved** 7:9  77:13  96:19  121:24
  123:3,15  129:15,15,21
**reserving** 39:25  122:8
**resident** 112:6  118:2

**respect** 167:25
**respective** 7:4
**respond** 97:18 151:4,6 156:9
 173:16,19 179:20 212:19
**responded** 173:25 174:2 194:14
 195:8 217:10
**responds** 194:24
**response** 97:17 138:4 139:17
 146:17 158:16 164:3 166:13
 168:17 176:17 179:24 212:10
 214:25 215:4 216:22 217:6,10
**responses** 173:22
**responsibility** 69:6
**responsible** 119:4
**responsive** 137:15 173:8 175:24
 213:20 214:9
**responsiveness** 7:8
**rest** 129:17
**Restate** 17:18
**restaurant** 146:21
**restored** 154:15 171:23 172:5,6
**restraining** 142:12
**restraints** 83:19
**Restuccia** 5:15 34:10,12,17 50:9
 50:11,19 57:9 58:14 60:21
 61:7 76:6 81:13 85:2 98:24
 99:4 104:19,23 131:24 132:4
 132:12 168:2 190:14,21
**result** 110:13 163:2
**return** 42:23 87:24 170:24
 221:11
**returned** 7:15
**returning** 13:4
**review** 16:14 25:15 27:18 28:3
 28:11 34:22 53:16 55:4 177:16
 179:8
**reviewed** 16:9 178:23
**Riccardi** 55:25
**ridiculing** 111:16
**right** 8:25 9:3 12:25 21:9 24:21
 27:22 35:25 44:3 45:13 53:14
 62:4 73:4 84:7 90:13 93:24
 102:23 103:10 113:19 117:10
 136:5,11 143:8 152:15 157:14
 160:23 161:8 167:14 174:12,16
 178:23 185:21 186:6,13,18
 191:21 197:6,7,17,20 198:2
 199:6,24 201:3 204:6,24
 209:17,18 213:8,19 215:17
 216:21 217:21,22 218:5

**right-hand** 88:12
**rights** 94:19 147:11
**ripped** 114:23
**Road** 13:21
**role** 65:22
**Roman** 53:11,11,12 54:14,17
**room** 40:4 58:7,9 67:9,12 76:15
 127:9 128:22 129:11 131:3
 133:9 136:7,7
**rooms** 39:2,19,25 92:21
**Rose** 1:11 2:9 6:2,15,18 8:11
 10:12 15:24 71:2 72:2 99:24
 120:18 121:7 125:21 140:22
 147:8,21,25 150:22,23 152:8
 152:23 153:9 167:11 172:16
 173:19 175:11 176:4,17,18
 177:22 180:9 182:24 183:2,6
 183:18 184:25 208:25 212:15
 212:20 215:6,11,16,20 216:3
 216:10,15,22 217:6,9
**Rose's** 217:10
**row** 132:19 138:3,9 139:16
**rowdy** 102:12
**rows** 129:14
**Rule** 5:22
**rules** 7:5 10:7,23
**rumored** 93:6
**run** 217:22
**Ryan** 154:23 155:9 158:11 204:7

---

**S**

**s** 3:2,8,8 125:3
**S-N-A-S-H-A-L-L** 111:10
**S.A** 5:9,18,18 8:21 30:2 32:25
 121:15,22 122:16,25 123:11
 150:10,11,18,24 151:3,10,11
 151:17 159:5 163:17,24 164:2
 164:10 166:3,4,10,13,17,21
 167:12 169:20,23 170:7,16
 171:15 172:24 173:5,8,16
 175:20,22 176:24 179:17
 199:15 202:11 203:17 204:11
 205:10,19,22 207:15 208:2,4
 208:11 209:13,21 210:6,12,13
 210:24 211:10,16,23 212:7,22
 213:20,22 214:4,9,17
**S.A.'s** 157:2 160:25 162:25
 166:18 169:5 170:13
**safe** 96:6
**safety** 23:3 113:10

800.523.7887

Associated Reporters Int'l., Inc.

Page 254

**Saitta** 2:20  3:5  8:13,13,24
  198:16,19  200:17,21  203:25
  204:4  208:23  209:18  210:2
  212:5  213:6,14,18  217:12,16
  217:21
**sanction** 203:18
**sanctions** 203:6  205:6
**Sandusky** 79:24
**Saugus** 122:5
**save** 132:5  200:12
**saved** 118:24
**saw** 10:23  16:20  17:9  100:2
  115:18  144:19,19
**saying** 42:14  112:24  153:20
  182:12  197:17  201:23  203:16
  213:11  216:3
**says** 15:17  36:4,13  44:9  75:12
  75:16  77:20  81:13  84:8,14
  88:23  104:18  106:19  110:2,22
  111:23  114:2  116:13  119:19
  128:8  139:15  149:16  151:20
  155:21  158:19  162:2,18  168:18
  169:10  170:22  171:14,15
  172:18  187:11  188:10  193:21
  197:3  204:15  209:14,19,21
  213:20
**Scagnelli** 58:15
**scene** 94:18  101:20  102:5
**scheduled** 126:25
**schedules** 86:22  91:4,4
**school** 19:8,9  22:10  41:8  122:5
  125:9  162:19  206:12,12
**Science** 25:9
**scream** 94:3
**screaming** 112:23
**screen** 12:9,14  13:3  15:9  35:4,7
  44:3  73:2  84:7  87:24  92:16
  110:18  120:23  148:13  149:15
  149:17  154:20  157:22  185:19
  186:14  188:11  191:7  196:24
  199:18  209:17
**screenshot** 118:23
**Screenshots** 6:24
**scroll** 89:4,20  105:3  120:24
  157:15  166:5,15  175:9  178:12
  178:17,18,18,19  191:20  199:23
  200:15
**scrolled** 209:25
**scrolling** 158:15  191:18  194:16

**scurried** 97:24
**se** 16:13  31:2  34:16  95:17
  101:24  102:7  105:23  110:9
  115:18  129:21  211:19
**sealed** 114:15
**search** 65:9  87:10  167:22  176:9
**seats** 129:19  130:16
**Sebastian** 53:10,11,12  54:14,17
**second** 10:8  13:14,16  73:21,23
  105:6  114:21  132:19  162:9
  185:19,20  197:21  200:13
**Secondly** 11:6
**seconds** 132:17  187:18
**secretary** 27:9  52:7  165:8,16
  171:5
**sectioned** 129:16
**secure** 76:15,20  77:2  87:2
  106:25  121:19  122:21
**secured** 85:11
**security** 144:3,10  183:22
**see** 10:25  15:19  16:2  36:14,21
  37:8  53:10  75:12  89:17,20,23
  93:16  101:16  103:11,22  104:20
  105:3  110:19  111:19,20  116:8
  144:16  149:12,15,17  151:9,11
  151:12,22,23  154:18  155:18
  157:9,11  166:6,19  170:9
  175:10,12  185:23,24  187:11,12
  187:14,19  188:12  192:5  197:6
  197:8,13,17  198:3  200:2  206:5
  207:10  209:17,23,24  210:4
  212:11  217:19
**seeks** 20:9
**seen** 56:14  93:18  117:11
**selected** 67:10
**selecting** 162:20
**Self-evidently** 122:6
**semester** 24:15  26:11,16  27:4
  41:9  163:2
**semesters** 162:19
**Senator** 182:20
**send** 92:10  108:8  150:6,24
  154:25  156:17  158:3  168:9
  169:22,24  170:25  204:10  207:2
  208:20
**sending** 92:21  205:21  206:9
  207:20
**sense** 45:20,21
**sent** 11:21  16:20,22,24  17:2,5
  86:25  121:4  147:13  155:2

158:11,18 161:11,13,22 163:20
166:9 167:10 172:12,24 195:20
196:9 199:18 204:6 205:14
206:17 207:7,17 208:7,13,19
208:25 209:20 211:8 213:25
214:15,22
**sentence** 44:8 177:21
**separate** 46:10,10,11
**September** 25:22 28:12 29:23
38:13,16 47:11,17 107:13
108:4 149:9 170:19 171:19,24
**seriously** 194:11
**serve** 102:10
**service** 37:24
**session** 171:2
**set** 121:17 159:2 171:16
**setting** 75:22 77:8
**settings** 188:8,15 197:3
**seven** 74:4 112:11 117:6,9,9
118:6 130:18 131:24 152:7
156:25 172:14 174:7,8 175:2,3
175:7 176:25 177:7 180:6
183:19 184:5
**seventeen** 5:23 87:22 157:3
183:20
**seventy-five** 35:6 183:12
**seventy-seven** 125:15,16
**severely** 136:21
**shake** 11:2
**shaking** 10:24 153:19
**shape** 89:12
**Shapiro** 195:9,13,16,18
**share** 12:13 186:3,15,24 187:20
196:24 197:7
**shared** 188:11
**sheet** 82:11,12 219:7
**shit** 192:7 193:19 194:4
**shooting** 122:5 125:10
**short** 59:6 174:10
**shortly** 200:6
**shouting** 132:20
**show** 36:12 189:15
**showed** 48:12 54:9 57:10,12 92:2
94:5 95:20 131:14 213:4,13
217:6,10
**showing** 104:5 160:15
**shuffling** 79:12,15
**shut** 194:25
**shutting** 194:24

**side** 75:22 88:12,13 124:5,15
138:9 201:20
**sides** 105:13
**sidewalk** 74:24
**sight** 99:24 100:15 101:3
**sign** 7:11 45:18 83:9,10,11
88:22 89:3,15,16 107:24
108:24,25 116:15 119:21
138:11,12,14 139:9,12,14
140:12 221:8,10
**sign-up** 82:11,12 131:11
**signature** 221:11
**signatures** 30:18,21 46:5 107:12
108:22 109:3,9
**signed** 7:14
**significantly** 177:25
**signs** 38:6 43:11,12,16 44:7
80:5 82:22 83:11 86:14 89:18
125:6,7 138:4,16,17 139:7,17
139:19,23 140:6,10,17,20
141:18,22,24 142:6 144:12
**signups** 131:9
**silencing** 138:13
**Silverio** 117:15
**Silverstein** 57:8 58:16
**similar** 34:2 65:18 70:11 156:18
175:22 184:23
**similarly** 107:2 110:3
**simply** 123:17 125:7 214:12
**Sincerely** 176:4
**sir** 180:15
**sit** 40:23 107:21 130:3 131:4
155:16 172:7 174:3
**sitting** 129:23 138:2 139:16
**situation** 12:16 98:10 162:25
**six** 112:11 117:25 118:6,11
158:17 174:6,19
**sixteen** 112:5 142:8,13 156:25
160:25
**size** 130:14,19
**skills** 37:22
**skinned** 112:20
**slavery** 133:4
**slowly** 31:5
**small** 49:25 68:8
**Snashall** 96:11 111:9,13 113:6
116:20
**social** 3:18 28:4,16,16,20,22
63:11,14,16 64:12,18,22,25
65:2,9,10 87:12 104:7,10,12

108:8,11 122:10 140:18 191:9
191:20,22
**socialism** 38:19,21 40:9 46:6,13
46:22 47:22 48:10 69:7,17,21
**society** 68:3 189:2 191:10,11
**somebody** 16:20,23 17:2 62:24
96:15,15,21 98:18 138:23
168:13 196:18 204:10 212:25
**somebody's** 181:20
**somewhat** 43:8 70:11
**soon** 144:14,22
**sorry** 13:16 23:10 40:10 47:14
60:10 68:8 73:22 84:3 98:15
103:18 119:17 120:12 134:24
135:14 147:23 150:13 157:10
161:3 167:20 176:12 178:18
186:16 188:21 198:12 209:16
217:17
**sort** 20:20 86:24 89:11 106:25
149:12
**sound** 174:19
**sounds** 103:2 117:20 174:16
**sources** 64:15
**space** 29:12 76:20 77:2,13,13,14
96:19 112:22 121:18,20,24
122:8,22 123:3,14
**spaces** 118:18
**Spalding** 2:4 8:17
**speak** 11:14 102:7 110:10 137:13
139:14 150:20 151:18 153:6
179:10 202:18 204:23 211:12
**speaker** 66:8 134:22 137:13
143:6 185:9,13
**speakers** 38:7 47:13,19,23 48:2
48:7 184:23 193:22 194:18
196:11
**speaking** 67:20 143:14 163:3
**specialist** 28:20
**specifically** 57:18 148:25
**specification** 81:15
**specifics** 175:23
**speculation** 17:14 53:22 54:3
55:9 81:18 135:12 136:13
192:25
**speech** 65:19 83:10 94:19,21
133:10,14 138:3,11,13 139:17
139:21,23 140:6 141:18,22
143:21 144:12 183:15 185:2
200:6

**spell** 9:9 13:19
**spend** 42:2
**Spine** 44:25 73:10 74:14,16
75:23 76:2 78:10,16 79:3
85:18 90:16 94:22 97:22 98:11
99:16 107:20 198:24 199:8,12
199:24 201:4
**spit** 112:23
**spoke** 48:20 50:18 51:21 54:16
55:18 68:16 123:12 142:10
206:3 215:16
**spoken** 50:3 96:21 202:12
**sponsored** 105:8
**spontaneously** 140:5
**spot** 98:21 101:17 107:19
**spring** 41:9,16,19 42:3,16 52:13
155:5
**staff** 121:22 122:25 123:6
177:23
**stamp** 157:8 169:4
**stamped** 166:18
**stand** 95:21 140:4,9,12 144:11
**stand-up** 89:23,24
**standing** 58:7 130:15 138:9
140:16
**start** 24:11 25:18 29:23 103:3
178:21 187:18 197:19,21
200:22
**started** 10:24 29:22 30:25 33:13
46:4 131:23
**starting** 24:8 30:17 32:6,10
**starts** 73:2 120:14 187:18
191:21
**state** 2:11 8:9 9:9 10:11 35:11
37:21 117:7 156:23,24 160:23
166:17 168:7 169:2 170:11
172:15 174:6,25 176:23 219:2
221:12
**stated** 112:21 113:8,9 115:9
118:10,19 119:2,5 124:7
145:18 174:25 211:2 220:5
**statement** 3:20 5:15 17:6 34:25
35:2 40:3 57:16 58:8,10 75:2
80:19 82:2 103:21,22 104:16
104:19,23 105:4 106:9,15
112:17,19 114:4,8,12 115:11
115:16 120:18 121:6 124:7,7
130:14 202:6 214:12
**states** 1:2 93:10 106:15 118:17

**station** 116:14  119:2,20
**stationed** 133:9
**status** 154:14  159:11
**Sten** 10:10
**Stenger** 1:1,10  2:1,9  3:1  4:1
  5:1  6:1  7:1  8:1,11  9:1  10:1
  10:10,12  11:1  12:1  13:1  14:1
  15:1,24  16:1  17:1  18:1  19:1
  20:1  21:1  22:1  23:1  24:1  25:1
  26:1  27:1  28:1  29:1  30:1  31:1
  32:1  33:1  34:1  35:1  36:1  37:1
  38:1  39:1  40:1  41:1  42:1  43:1
  44:1  45:1  46:1  47:1  48:1  49:1
  50:1  51:1  52:1  53:1  54:1  55:1
  56:1  57:1  58:1  59:1  60:1  61:1
  62:1  63:1  64:1  65:1  66:1  67:1
  68:1  69:1  70:1  71:1,10  72:1,9
  73:1  74:1  75:1  76:1  77:1  78:1
  79:1  80:1  81:1  82:1  83:1  84:1
  85:1  86:1  87:1  88:1  89:1  90:1
  91:1  92:1  93:1  94:1  95:1  96:1
  97:1  98:1  99:1  100:1,15,21
  101:1  102:1  103:1  104:1  105:1
  106:1  107:1  108:1  109:1  110:1
  111:1  112:1  113:1  114:1  115:1
  116:1  117:1  118:1  119:1  120:1
  121:1  122:1  123:1  124:1  125:1
  126:1  127:1  128:1  129:1  130:1
  131:1  132:1  133:1  134:1  135:1
  136:1  137:1  138:1  139:1  140:1
  141:1,2  142:1  143:1  144:1
  145:1  146:1  147:1,8,20,24
  148:1  149:1  150:1,9,16  151:1
  152:1,8,23  153:1,4  154:1
  155:1  156:1  157:1  158:1  159:1
  160:1  161:1  162:1  163:1  164:1
  165:1  166:1  167:1,11  168:1
  169:1  170:1  171:1  172:1  173:1
  174:1  175:1  176:1  177:1  178:1
  179:1  180:1,9  181:1  182:1
  183:1,3,6,17  184:1,25  185:1
  186:1  187:1  188:1  189:1  190:1
  191:1  192:1  193:1  194:1  195:1
  196:1  197:1  198:1  199:1  200:1
  201:1  202:1  203:1  204:1  205:1
  206:1  207:1  208:1  209:1  210:1
  211:1  212:1  213:1  214:1  215:1
  215:16  216:1  217:1  218:1
  219:1  220:1  221:1,4  222:1

**stenographer** 11:4  12:9  15:9
**Stephen** 8:16
**steps** 163:6  176:16
**Steve** 2:5  59:7,12  61:10  62:7
  73:19  94:13  114:11  167:13,15
  174:15  177:18
**Steven** 196:5,8
**sticker** 110:22
**stickers** 88:19
**sticking** 43:19
**Stinger** 125:21
**STIPULATED** 7:3,7,10,13
**STIPULATIONS** 7:2
**stood** 132:19  138:3  139:16
  141:24  142:5
**stop** 134:16  136:21  137:23
  185:21  198:5
**straightaway** 74:22
**strange** 179:14  211:5
**Street** 2:21
**stressed** 189:24
**strictly** 106:4
**strike** 120:12  137:14,24
**student** 1:12,15,17  2:17  6:16,19
  6:22  8:14  16:3  18:18,23  19:3
  23:14,17,21  25:12,24  30:2
  35:11,22  42:9,13,17  49:18
  70:14  73:15,16  75:16,18  77:22
  78:9,15  90:18  97:3,6  109:22
  113:6  119:7  121:12  122:5
  133:6,11  134:4  135:9,20
  147:12,16  152:8,23  154:7,15
  154:16  155:5  171:23  172:17,21
  177:24  189:14,14  199:11  205:6
  206:18  209:6  212:16  213:4,11
**students** 34:21  35:14  37:23  38:8
  88:11  89:14  92:22  99:5  102:11
  102:14  112:6  118:2  121:23
  124:19,25  127:7  130:21  131:4
  149:2  173:2  175:20  176:17
  179:14
**stuff** 45:10  90:12  97:24  169:19
**subject** 21:6  62:18  64:22  65:6
  65:11
**subpoena** 7:6
**substance** 158:11
**success** 159:2  196:16
**suck** 112:24
**sufficient** 135:23  136:22  137:3

suggested 106:20
suggesting 122:10
suggestion 196:17
sum 158:10
summary 113:24 132:11
summer 20:2,2,3,5 21:10,11,17
  22:14,15 37:2
summers 19:21
summons 115:8 116:4,16,19
  119:22 120:2
Sunday's 171:2
SUNY 1:10,12,14,16 35:13,14
  36:6 37:17 43:22 73:9 125:20
  126:6 127:5 130:14 147:8,12
  147:21,25 150:16 177:16
SUNY-Binghamton's 184:23
support 168:21
supports 132:24
supposed 83:17 197:21
suppress 185:5
suppression 94:21 133:10,15
  143:22 185:2
sure 9:25 10:2 13:15 17:19
  27:14 32:4 35:20 101:24
  114:19 140:25 159:21 168:21
  174:11 176:14 178:16,22 188:4
  196:20 211:23
surround 102:10
surrounded 124:19,24
surrounding 162:22
suspect 113:11
suspect's 115:8
suspend 150:12,18 165:22
suspended 5:19 35:11,22 36:4,6
  37:4,6,7 147:15 151:22 153:13
  153:18 154:8,10
suspension 36:10 148:6,9 153:24
  164:22 205:7
swear 8:5 9:3
switch 197:13
switched 197:8
swore 112:24
sworn 3:3 9:7,14 219:9 220:7
system 76:9,14,19 133:3

---

**T**

T 3:8,8 5:2
T-O-R-R-E-S 111:25
T.P.U.S.A 29:15,21 30:11,22
  33:6 34:6,13,19 79:10,23

82:25 83:7,15,25 85:8,10,19
  85:23 86:3 88:17 106:6 122:16
  122:20 125:3
t's 192:6
table 44:17 45:11 73:11,17
  75:19,22 77:13,23 78:22,22,23
  79:6,10,23 80:2,5,16,18 82:8
  82:16,23 83:2,2,7 85:12 86:14
  86:16 88:16,17 90:4,4,6 92:9
  105:11,18 106:4,5 107:10,15
  107:22 125:3 201:17 202:17,24
tabled 78:9,16 90:17 105:14
  106:14,24 107:2,7 109:17
  110:3,5 199:8 202:6
tables 38:6 39:25 40:5 43:21,25
  44:9,11,13 77:8 78:19 79:2,4
  79:8,15,20 80:4,21 83:22
  97:21 98:2,6 105:25 106:9
  121:17 202:13
tabling 3:10,19 5:24 44:25 45:7
  45:8,25 46:17,21,25 47:6,7,9
  52:20 54:8 55:11 56:4,6 57:3
  57:19,23 60:8,14,14,19 61:14
  63:12,17,18 64:2,10 71:5,13
  71:20 72:5,12,20 73:9 74:12
  75:6,25 76:20 77:3,15,25
  81:14 83:14,24 84:8,15 85:18
  86:13 87:13 88:7 91:2,11,21
  91:25,25 92:4,8,11,19 93:23
  96:18,19 100:6,18 101:10
  106:17 110:8,9,14 118:13
  120:19 121:23,23 123:2,14
  125:12 127:22 128:14 147:17
  152:10,13,17,20 163:3 180:10
  190:3 198:23,24 199:12,15,22
  200:6,8 201:8,9,9,25 202:11
  215:12,22 216:11,18
take 11:9,13 32:21 59:6,16 94:2
  94:14 102:24 118:22 130:16
  134:17 135:23 147:9,21,25
  150:10,17 174:10,13 178:6
  194:10 212:18 217:18
takeaway 170:23
taken 7:6 136:23 176:16,20
  219:4 220:3
talk 24:7 36:8 49:25 53:4 61:19
  68:8
talked 34:4 53:2 70:5 127:22
  161:16 163:21

**talking** 38:7  62:24  63:4  194:22
  213:6
**talks** 38:11
**tall** 112:19
**tank** 22:20,23
**tariffs** 80:9  84:11
**tasks** 43:14
**taxes** 80:9
**Taylor** 3:19  56:7,9,10,14,14,23
  57:2  79:24  86:3,12,25  87:2,6
  87:13  88:23  99:3  105:19  106:2
  106:3  181:11,19
**Taylor's** 88:12
**team** 31:5  33:7,18
**technological** 22:4
**tell** 11:18  12:25  34:5  86:19
  103:4  123:13,21  140:12  182:2
  200:7
**telling** 45:15
**ten** 31:14  59:22  75:12  90:16
  132:15,16  142:13,19  160:18,18
  169:4
**term** 28:17  201:5
**terms** 28:21  195:24  200:5  210:11
**testified** 34:13  125:3  202:23
  212:4  215:18,18,19
**testify** 10:16  220:7
**testifying** 215:10
**testimony** 9:4  124:9  137:6
  182:17  212:3  219:4  220:3,6
  221:8
**text** 60:13,17  61:5  62:14,17
  87:3,5,11  191:24  192:2,16
  194:8,11,20  195:5,22,23
**texted** 16:21  60:12  62:3
**texting** 194:23  195:22
**texts** 3:9,12,15,17  60:7,19
  61:14,23  62:5,11,15  92:10
  108:12  140:18
**th** 66:15
**thank** 9:2,13,15,19  169:13
  170:22  173:9
**thanks** 103:12  167:14  174:18
  175:18  177:20  198:11  217:15
  218:6
**that'd** 35:2  59:8
**theme** 172:20  209:5
**thing** 11:11  17:11  22:16  57:11
  162:10  167:15  186:11  198:5

**things** 112:24  125:8  157:9
**think** 12:22,22  16:21,24  22:20
  22:23  25:21  26:9,9,15,24  27:5
  27:7,8  33:19  34:11  39:6  41:2
  41:5  44:19  46:3,6  47:22  49:6
  49:7,9  51:15,16  52:8  53:15,15
  54:15  55:14  57:5,7,10,12
  58:15,15  59:8  60:9  61:8  62:23
  63:22  64:14  67:5  68:3  69:22
  73:22  74:6  76:11  79:17  80:9
  90:11  93:5  96:20  98:18,23
  99:4,4,17  101:6,7  108:20
  109:14  114:13  115:23,23  123:9
  127:21,25  128:14  130:7,9
  133:22  137:3  139:24  141:5
  146:13  159:13  167:24  179:4
  181:4,6,7,14,17,20,23  190:13
  191:15  192:20  193:15  197:18
  200:14,15,19  202:22  203:22
  207:8,11,13  209:16  212:18,21
  218:6
**thinking** 211:13,20
**third** 22:16  56:8  121:11  190:17
**thirteen** 5:16  37:12  73:4  132:15
  133:8  148:13  149:13  150:25
  151:7  166:18
**thirty** 6:3  39:5  59:15,18  92:17
  93:10  103:7,9,11,12  131:24
  146:25  147:7  154:20,21  156:23
  183:12  203:22  204:5  221:9,10
**thirty-** 158:3  168:25  174:5
  184:4
**Thirty-eight** 6:23  191:7,8
**Thirty-five** 6:14  172:13  208:16
  208:17  213:16  214:23  216:23
**thirty-four** 6:12  166:7  170:10
  170:13  180:5,7
**thirty-one** 6:5  152:6  156:22
  157:2,19  163:22
**thirty-seven** 6:20  176:23,24
  183:19
**thirty-six** 6:17  174:25  187:18
**Thirty-three** 6:10  169:3
**thirty-two** 6:7  152:18  160:9,16
**Thomas** 2:20  54:23  55:2,6,16,19
  180:11
**thought** 186:16  211:4  212:13,19
  215:18,19  216:10
**thousand** 183:19  184:5

thread 193:9,13
threatened 112:23
three 5:7 24:25 25:4 27:16
  47:22 53:6 55:20 57:14 62:3
  88:24 90:17 95:9 99:15 102:17
  102:20 105:24 110:17,20,22,22
  111:12 117:8 118:10 155:14
  166:20 169:2 173:23 174:11,12
  174:19 177:12 179:5 205:2
  216:6,25
threw 114:23
Thursday 73:7 147:17 171:18
  177:8
till 59:17
time 1:22 7:6,15 9:19 10:20
  14:9 18:3,21,22 19:2,11 24:18
  27:3 28:14 30:7 33:25 34:16
  36:6,9 38:12 39:19 40:2,16,16
  40:25 42:2,12,24 43:8,16,22
  44:10,16,19 45:24 47:10,15,16
  47:20 48:20 50:18 51:21 52:11
  53:4 54:16 55:18 56:11,17
  57:11,15,16,21 58:25 75:11,14
  83:19 85:3 90:18 93:12 95:2
  95:11 101:8 102:12 103:3
  108:11,16 109:23 116:25
  123:10 124:25 132:8 143:17
  146:15 161:22 164:21 178:6
  179:11 184:18 185:13 189:15
  191:16 195:19 196:8 198:6
  204:24 205:14 207:21 211:3,13
  212:19 214:6 216:9 217:15
  218:7 219:4 220:4
timeframe 26:12
timely 163:6
times 56:16 91:12 107:6 158:23
tired 132:21,22
title 15:17
titled 84:10 111:19 172:17
today 9:19 10:5,16 11:15 12:3
  14:13 16:10 19:18,25 40:23
  61:19 100:2 107:21 130:4
  155:16 156:22 169:3 172:8
  174:3 189:5 199:18 205:11
  213:5
today's 154:21 160:16 170:14
  172:13 191:8
told 96:5 98:19,22 123:17 124:3
  129:3,9 182:10,15 183:7
  216:10

Tom 8:13,22 198:14 213:3
Tommy 130:7
Tomorrow 1:16 16:2 70:7
top 36:22 37:10 73:4 89:20 90:7
  104:18 117:14 130:11 160:11
  166:16 169:6 185:19 191:9,21
  208:21
Torres 111:25 113:14,18 116:11
  117:23 119:17
total 78:23 183:21
totaling 183:19
touch 87:18
tov 206:23
trade 84:11
traffic 73:12
Trail 14:25
training 171:2
transcribing 11:5
transcript 219:5,7 221:8,10,11
transcription 220:9
transpired 37:6 42:7 51:5 57:13
  112:10 118:5 211:21
transportation 183:22
transportations 183:23
treasurer 27:9 52:7 162:3 165:7
treatment 211:6
trial 7:9,16
tried 76:19 95:16
true 80:25 81:25 205:13 210:17
  219:5,7 220:10
Trump 80:8,14,17 82:22 84:11
  88:15 89:24 118:14 132:23
  133:2
truth 9:5,5,5 220:7,7,8
try 29:22 160:12 187:10,19,21
  196:21,23 197:12,25 198:2,5
  198:17
trying 12:10,16 20:24 33:6,12
  33:13 46:4 89:9 95:17,25
  101:24 102:5,7,10 108:22
  195:3 204:13 215:12
Tuesday 173:13
turn 9:24 12:19 35:3 87:25
turned 140:5
Turning 25:16 29:16 32:4,4,5,19
  46:3,8 56:11 57:4 78:23 79:25
  82:16 83:9,17 86:8 105:10,18
  106:23 107:7 109:21 121:14
  131:21 181:12 202:19

**tweet** 118:12,13,15,19,22,24
 119:4
**twelve** 5:14 35:5 59:10,14,18,21
 73:3 104:7 112:5 113:14
 117:25 133:4 169:4 177:8
**twenty** 10:14 35:15 36:14 172:14
**twenty-** 116:13 152:6 180:5
**twenty-eight** 116:14
**twenty-five** 103:7 145:2 174:8
 175:3
**twenty-one** 119:20 174:7 175:2
**twenty-three** 130:11
**twenty-two** 144:24 145:18 173:14
**twice** 122:2
**Twitter** 118:15 119:3 188:25
**twitter.com** 185:23 186:8
**two** 10:15,15 24:2 47:21 78:23
 78:24 79:2,4,8,13 93:6 102:13
 106:10,11 121:17 126:14
 129:14 142:11 147:14 172:19
 173:14 181:20 191:14 209:10
 213:25
**Two-A-related** 125:7
**two-minute** 132:2
**two-year** 23:24
**typewritten** 220:8
**typical** 83:8

---

**U**

**U** 3:8
**U.P.D** 1:14 94:17 125:19 126:15
 130:13 133:9 141:16 142:11
 146:2
**U.P.D.'s** 145:2
**U.S** 180:12
**U.S.A** 25:16 29:16 32:5,5,19
 46:8 57:4 105:10,18 106:23
 107:7 109:22 181:12
**uh-huh** 11:4 19:23 24:22 186:21
**unable** 136:20
**uncivilized** 95:19 145:12
**unconstitutional** 152:19
**undergrad** 23:21
**undergraduate** 23:25 25:8
**Underneath** 193:20
**understand** 11:6,8 17:16 46:19
 84:2 201:22 205:4
**Understandable** 11:20
**understanding** 25:25 26:2 204:20
 210:12

**understood** 17:10 19:4 60:18
 206:5
**unfolded** 163:3
**uni** 210:9
**unidentified** 116:4
**union** 121:18,21 122:25
**UNITED** 1:2
**Univer** 49:14
**university** 1:5,7,17 2:18 14:11
 14:15,19 15:22 16:3 18:18
 19:7,8,14 23:15 24:2,8 25:7
 32:25 35:9,12,25 40:3 41:23
 42:17 45:24 48:9 49:15,18
 50:13 69:12,16,19,24 70:13,24
 91:16,20,21 97:4 104:9 107:8
 109:23 112:7 113:21 118:18
 119:8 121:16 124:15 141:21
 147:10,16 155:24 158:12 162:4
 167:22 185:14 192:18 193:6
 194:19 196:7 204:16,18 207:10
 210:10
**university's** 21:4 152:20 203:16
**unmute** 9:2
**unquote** 79:5
**unsafe** 118:12,18 145:14
**upcoming** 84:9,19 90:19 105:8
 122:12
**urge** 133:7
**use** 29:14 65:4 121:19 122:21
 167:3 176:3
**usually** 194:7,9
**utilize** 76:19
**utilized** 76:14

---

**V**

**v** 1:1,9 2:1 3:1 4:1 5:1 6:1 7:1
 8:1 9:1 10:1 11:1 12:1 13:1
 14:1 15:1 16:1 17:1 18:1 19:1
 20:1 21:1 22:1 23:1 24:1 25:1
 26:1 27:1 28:1 29:1 30:1 31:1
 32:1 33:1 34:1 35:1 36:1 37:1
 38:1 39:1 40:1 41:1 42:1 43:1
 44:1 45:1 46:1 47:1 48:1 49:1
 50:1 51:1 52:1 53:1 54:1 55:1
 56:1 57:1 58:1 59:1 60:1 61:1
 62:1 63:1 64:1 65:1 66:1 67:1
 68:1 69:1 70:1 71:1 72:1 73:1
 74:1 75:1 76:1 77:1 78:1 79:1
 80:1 81:1 82:1 83:1 84:1 85:1
 86:1 87:1 88:1 89:1 90:1 91:1

92:1 93:1 94:1 95:1 96:1 97:1
98:1 99:1 100:1 101:1 102:1
103:1 104:1 105:1 106:1 107:1
108:1 109:1 110:1 111:1 112:1
113:1 114:1 115:1 116:1 117:1
118:1 119:1 120:1 121:1 122:1
123:1 124:1 125:1 126:1 127:1
128:1 129:1 130:1 131:1 132:1
133:1 134:1 135:1 136:1 137:1
138:1 139:1 140:1 141:1 142:1
143:1 144:1 145:1 146:1 147:1
148:1 149:1 150:1 151:1 152:1
153:1 154:1 155:1 156:1 157:1
158:1 159:1 160:1 161:1 162:1
163:1 164:1 165:1 166:1 167:1
168:1 169:1 170:1 171:1 172:1
173:1 174:1 175:1 176:1 177:1
178:1 179:1 180:1 181:1 182:1
183:1 184:1 185:1 186:1 187:1
188:1 189:1 190:1 191:1 192:1
193:1 194:1 195:1 196:1 197:1
198:1 199:1 200:1 201:1 202:1
203:1 204:1 205:1 206:1 207:1
208:1 209:1 210:1 211:1 212:1
213:1 214:1 215:1 216:1 217:1
218:1 219:1 220:1 221:1,4
222:1
**V.P** 1:12 26:10,21,24 33:11,11
  93:16 123:10 203:10
**values** 20:10 22:22 29:18 65:20
**variety** 38:5 44:5
**various** 60:5 206:18
**VENUE** 1:23
**verbal** 10:25 11:3
**verified** 15:17 16:6,10 18:6
  72:24
**versa** 84:2
**version** 156:18
**versus** 10:10
**vice** 5:17 6:2 26:22 84:2 99:23
  99:24 170:16 171:15 177:22
**Vice-President** 150:10 151:10
  165:7
**vicinity** 90:3
**victim** 114:25
**video** 39:9 93:15,17 96:7 111:14
  113:2 115:18 217:22
**view** 12:7,13 33:25
**viewed** 16:19

**viewpoint** 26:6
**views** 34:2 152:25 153:5,7,10
**Village** 13:22 14:16
**violated** 147:11
**violation** 115:5 147:15 203:16
**vital** 162:22
**voice** 132:8 190:7
**voices** 190:6,11,22
**volunteers** 105:10,17
**vpf@binghamtonsa.org** 160:20

---

**W**

**walk** 108:18,25 144:19
**walking** 46:18 74:24
**walkway** 74:17,19,19 75:4
**want** 9:25 11:9,14 27:25 59:6,9
  59:15 82:6 93:25 102:24 103:3
  108:24 159:20,23 162:18 178:7
  195:9 196:21 217:7,18
**wanted** 131:4 196:18 207:9 208:8
  212:10,14
**wars** 84:11
**wasn't** 26:15 31:2 34:16 36:19
  40:7,24 53:16 57:11,20 69:6
  82:4 83:11,17 85:14 96:6
  101:24 107:14 115:19 124:20
  128:3 143:25 144:14 164:6
  179:12 184:15 210:19 212:13
**wasting** 198:6
**watch** 97:14
**watching** 57:21
**way** 12:7,20 23:5 82:6 85:19
  105:21 137:24 167:18 178:3
  187:21 190:4 200:23 207:22,24
  214:8
**we'll** 11:13 19:4 36:8 59:15,18
  59:21 61:19,19 87:17,17,18,24
  103:10,11 114:17 134:22
  137:25 167:18 168:6,6,21
  170:10 171:13 174:18,19
  178:21 198:5
**we're** 10:8 12:6 13:2 37:10
  56:22 59:25 77:14 79:8 98:19
  103:15,25,25 106:10 117:9
  174:24 175:3 195:8 218:2,6
**we've** 15:5 18:6 35:4 45:7 51:7
  59:5 114:13 125:2 151:6
  161:16 167:24 185:22
**we'll** 133:20
**web** 185:23

**Webex** 1:23 157:9
**website** 21:24,25 22:5
**week** 11:22 83:19 105:14 106:15
  172:18,19
**welcome** 132:8
**went** 21:4 29:9 42:20 73:23 74:7
  74:11 80:23 99:16 108:15
  131:16 146:8,8,21,24
**weren't** 29:11 43:15 45:14 64:4
  68:18 83:4,4 106:25 129:22
  130:21 131:5,17 208:2 211:23
  214:16
**Westlake** 13:22 14:16
**Weston** 60:22 61:7
**when's** 48:20 51:21 53:4 54:16
  55:18 56:17
**white** 112:25
**Wi-Fi** 73:22
**wide** 38:4 44:5 83:9,12
**wielding** 142:15 143:16
**Wildcat** 14:24
**windy** 90:11
**wish** 112:11
**wished** 112:18 114:2 118:6
**withdraw** 50:6 215:9
**withdrawn** 206:9 207:2 208:16
**witness** 7:10,14 8:5 9:2,7,11,13
  18:2,10 25:4 50:25 51:3 52:15
  52:17 53:18,20,25 54:6 61:11
  73:22 103:18,23 112:15 135:14
  135:22 136:15 146:18 178:13
  186:4 220:6
**witness's** 182:17 212:3
**witnessed** 54:3 113:8
**witnesses** 8:5 56:4 58:4
**woman** 96:7 111:14
**wondering** 164:14
**word** 14:24 16:2 29:15 35:18
  45:20,22 117:15 221:16,18,19
  221:20,21,22,23
**worded** 42:16
**words** 92:9 103:21
**work** 19:14 20:12 21:17 86:10,23
  103:8,11 108:19 113:18 172:2
  176:2 197:5 198:5
**worked** 19:12,12 21:23 85:15
  86:17,21,22
**working** 79:5,9,11,19,23 105:25
  106:3,9 210:22

**works** 59:20 197:8
**would've** 105:22 181:5
**wouldn't** 70:3 71:15 78:13,18
  81:16 82:3,4 90:12 99:21,21
  100:4,4,7 101:13 109:20
  122:23 125:6 143:3 144:3
  148:8 150:21 151:2 199:6
  208:3 214:20
**write** 21:5 27:23,24 28:7 194:8
  195:11,12,24 212:17
**writes** 164:14
**writing** 20:13 64:8 114:17
  167:13 168:5 176:11,13 177:18
  177:20 204:24 212:10
**written** 64:9 86:14,24 94:20
  111:24 112:17 116:10 119:14
  192:16 216:16
**wrong** 215:19
**wrote** 21:3 22:3,3 28:5 81:24
  156:2 157:24 163:10,12,14
  164:10,11 193:18,24 194:7
  205:2 211:3,13

| X |
|---|
| **X** 1:19 3:2 5:2,2 219:8,10 |

| Y |
|---|

**Y.A.F** 84:12 105:8 125:18 126:13
  130:13 138:18,20 184:10
**Y.A.F.'s** 152:25 183:23
**YAF** 69:3
**Yarosh** 6:4 154:23 155:9 156:6
  158:11 204:7 205:22
**yeah** 12:15,17 60:18 61:18 68:22
  87:17 92:23 94:15 103:2,18
  109:10,24 110:21 115:14 135:2
  138:17 161:6,6,12 167:23
  168:4 177:19,19 178:8 186:13
  186:20 187:7 197:20 198:13,16
  199:24 200:16,17,19 201:13
  204:2 208:24 212:4
**year** 23:20 24:24 41:21 48:19
  49:5,6 50:20 71:4,12,20 72:5
  72:12,19 89:7 111:3 149:10
  162:19 195:9 206:12,12
**years** 16:16 24:2 27:16 48:22
  50:4 51:23 53:6 54:18 55:20
  55:20 57:14 61:9 62:3 102:20
  155:14 165:14 173:23 179:5
  195:10 200:25 205:2 209:10

213:25 214:7 216:6,25
**yell** 9:24
**yelling** 93:17 132:21
**York** 1:3 2:7,7,11,15,22 8:9
  10:14 22:20 35:12 155:24
  221:12,14
**York's** 180:12
**you're** 161:5
**Young** 1:1,5 2:1 3:1 4:1 5:1 6:1
  7:1 8:1 9:1 10:1,9 11:1 12:1
  13:1 14:1 15:1,22 16:1 17:1
  18:1 19:1 20:1 21:1 22:1 23:1
  24:1 25:1 26:1 27:1 28:1 29:1
  30:1 31:1 32:1 33:1 34:1 35:1
  36:1 37:1 38:1 39:1 40:1 41:1
  42:1 43:1 44:1 45:1 46:1 47:1
  48:1 49:1 50:1 51:1 52:1 53:1
  54:1 55:1 56:1 57:1 58:1 59:1
  60:1 61:1 62:1 63:1 64:1 65:1
  65:12,15,22 66:1,2,5,14 67:1
  68:1 69:1 70:1 71:1 72:1 73:1
  74:1 75:1 76:1 77:1 78:1 79:1
  80:1 81:1 82:1 83:1 84:1 85:1
  86:1 87:1 88:1 89:1 90:1 91:1
  92:1 93:1 94:1 95:1 96:1 97:1
  98:1 99:1 100:1 101:1 102:1
  103:1 104:1 105:1 106:1 107:1
  108:1 109:1 110:1 111:1 112:1
  113:1 114:1 115:1 116:1 117:1
  118:1 119:1 120:1 121:1 122:1
  123:1 124:1 125:1 126:1 127:1
  128:1 129:1 130:1 131:1 132:1
  133:1 134:1 135:1 136:1 137:1
  138:1 139:1 140:1 141:1 142:1
  143:1 144:1 145:1 146:1 147:1
  148:1 149:1 150:1 151:1 152:1
  153:1 154:1 155:1 156:1 157:1
  158:1 159:1 160:1 161:1 162:1
  163:1 164:1 165:1 166:1 167:1
  168:1 169:1 170:1 171:1 172:1
  173:1 174:1 175:1 176:1 177:1
  178:1 179:1 180:1 181:1 182:1
  183:1 184:1 185:1 186:1 187:1
  188:1 189:1 190:1 191:1 192:1
  193:1 194:1 195:1 196:1 197:1
  198:1 199:1 200:1 201:1 202:1
  203:1 204:1 205:1 206:1 207:1
  208:1 209:1 210:1 211:1 212:1
  213:1 214:1 215:1 216:1 217:1
  218:1 219:1 220:1 221:1,4

  222:1

## Z

**Z-I-N-I-S-K-I** 56:12
**zero** 59:10 102:23 103:10 112:11
  112:14,14 118:6,10,10 130:12
  130:18 131:21,22,23 132:3
  174:12,19
**Ziniski** 56:7,9 181:11
**zip** 13:17
**zoom** 200:9

## 0

**01:35** 103:14
**03:28** 188:18
**03:30** 188:18
**04:08** 217:24
**04:13** 217:24
**08802** 14:25

## 1

**1** 220:5,9
**1:05** 103:13
**10** 166:6
**10036** 2:7
**101** 14:24
**104** 5:14
**10th** 154:23 158:3 160:17 164:3
  204:7 214:15
**11/14/2019** 3:19 5:15 6:2 118:11
**11/19/2019** 5:17
**11:03** 1:22 8:2
**110** 5:7
**114** 3:20
**118** 13:22
**1185** 2:6
**12** 88:25
**12:05** 59:23
**12:13** 59:24
**120** 5:25
**12224** 2:15 221:14
**131** 1:21 5:12
**13905** 2:22
**14** 66:16 73:8 76:20,25 78:2,10
  78:15,17,20 84:21 85:10,12
  86:13 87:13 91:11 100:11,17
  100:23 101:9 178:22
**148** 5:16
**14th** 44:24 45:25 46:24 47:7
  56:5,15 79:6 100:5 104:20

109:18 110:13 112:10 118:5
120:20 122:16 147:18 166:20
173:13 175:7
**154** 6:3
**157** 6:5
**160** 6:7
**166** 5:9
**167** 3:22,24
**168** 6:10
**16th** 111:23,24 113:15 117:23
177:8 178:24
**170** 6:12
**172** 6:14
**174** 6:17
**176** 6:20
**17th** 104:9
**18** 84:13
**185** 5:20
**18th** 48:3 55:23 58:4 120:17
125:18
**191** 6:23
**198** 3:5
**199** 5:5
**1st** 13:11

---

### 2

**2/13/2023** 1:1 2:1 3:1 4:1 5:1
6:1 7:1 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1 100:1
101:1 102:1 103:1 104:1 105:1
106:1 107:1 108:1 109:1 110:1
111:1 112:1 113:1 114:1 115:1
116:1 117:1 118:1 119:1 120:1
121:1 122:1 123:1 124:1 125:1
126:1 127:1 128:1 129:1 130:1
131:1 132:1 133:1 134:1 135:1
136:1 137:1 138:1 139:1 140:1
141:1 142:1 143:1 144:1 145:1
146:1 147:1 148:1 149:1 150:1
151:1 152:1 153:1 154:1 155:1
156:1 157:1 158:1 159:1 160:1
161:1 162:1 163:1 164:1 165:1
166:1 167:1 168:1 169:1 170:1
171:1 172:1 173:1 174:1 175:1
176:1 177:1 178:1 179:1 180:1
181:1 182:1 183:1 184:1 185:1
186:1 187:1 188:1 189:1 190:1
191:1 192:1 193:1 194:1 195:1
196:1 197:1 198:1 199:1 200:1
201:1 202:1 203:1 204:1 205:1
206:1 207:1 208:1 209:1 210:1
211:1 212:1 213:1 214:1 215:1
216:1 217:1 218:1 219:1 220:1
221:1,5 222:1
**20** 178:22 180:9
**20-CV-822(LEK/ML)** 1:9 221:4
**2000** 13:11
**2019** 14:6,13 18:15,17 19:17,24
23:15 24:12,15 25:11,13 26:8
26:19 27:11 28:3,12 29:24
30:3,7,11,23 31:9,24 32:6,17
33:5 34:19 36:17 38:13,14,17
39:20 40:10,15 42:7 44:20,25
45:7,16,25 46:25 47:7,11,12
47:17,18 48:4,19 52:10 55:23
56:5,15 58:5 60:9,25 62:19
64:2,3 66:3,16 69:8,10 71:4
71:12,20 72:5,12,19 73:8
76:25 78:2,10,15,17,20 79:6
84:13,21 85:7,11,12 86:13
87:13 91:11 100:5,12,17,23
101:9 104:10 109:18 110:13
111:23,24 113:15 116:8 117:23
119:18 120:18 122:17 125:18
149:10 154:3,7 185:10 206:18
207:6
**2020** 20:2 21:10 27:10 36:21,23
37:4 41:6,10,13 42:3,9,13,17
42:22 43:2 49:5 50:14,14,15
88:15 154:23 155:6 158:3
160:17 164:3 165:10,16,17
166:6,20 170:20 171:19,24
173:14 175:7 177:8 178:24
180:9 206:12
**2021** 20:4 21:17 22:14 23:23
24:6,20 41:16,19 42:3,14 49:6

```
 206:12
2022 13:25 56:19
2023 1:21 219:10
21 23:24 154:3
219 220:9
22nd 36:21
23rd 180:12
24th 170:19 171:19,24
26 5:22
27 88:25
28th 69:8
```

---
**3**
---

```
3:01 174:21
3:08 174:21
30 221:9,10
```

---
**4**
---

```
4:13 1:22 218:8
46 2:21
```

---
**5**
---

```
523-7887 221:2
5th 116:8 119:18
```

---
**6**
---

```
61 3:9
62 3:12,15
693 13:18
```

---
**7**
---

```
7/10/2020 5:10 6:4,6,8
7/14/2020 6:15,18
7/6/2020 6:21
```

---
**8**
---

```
800 221:2
87 3:17 5:23
```

---
**9**
---

```
9 3:4
9/18/2020 6:11
9/24/2020 6:13
91361 13:22
```



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct:  (518) 776-2293

March 6, 2023

Steve Miller, Esq.
King & Spalding, L.L.P.
1185 Avenue of the Americas
New York, New York 10036

Re:    *Young America's Foundation, et al v. Stenger, Harvey, et al.*
       *Northern District of New York*
       20-CV-0822 (LEK)(ML)

Dear Mr. Miller:

Enclosed please find the original deposition transcript of Lacey Kestecher.  Please ask the witness review the transcript for accuracy, correct any errors on the accompanying Errata Sheet, sign the accompanying acknowledgment before a notary, and **return the original deposition transcript with signed Errata Sheet and Acknowledgment to this office within 30 days**.  Please be advised that if you fail to return the original errata sheet and acknowledgment to me signed, I will assume there are no errors and will ask the Court to deem it signed.

Very truly yours,

*s/ John F. Moore*

John F. Moore
Assistant Attorney General

Enclosure

## <u>WHAT TO DO WITH YOUR DEPOSITION TRANSCRIPT</u>

1.    The transcript is supposed to be an exact record of the questions you were asked at your deposition and the answers you gave.

2.    The purpose of having you review the transcript is to make sure that the court reporter did not make any mistakes taking down your testimony, and to give you a chance to correct any mistakes you made in giving the testimony.

3.    You should read the transcript carefully.

4.    Make a list of any errors you find.  Use the errata sheet in the transcript, and create and use additional (similar) sheets as necessary.  The list should give the page, line number, error, and correction.  Example:

PAGE:LINE:          CHANGE FROM:          CHANGE TO:
Page 5 Line 10       "Pittsburgh"           "Plattsburgh"

5.    If on rereading the transcript you realize that you made a mistake in your testimony, this is your chance to correct it in the manner described above.

6.    The list does not need to be typed.

7.    You SHOULD NOT mark corrections on the transcript itself.

8.    IF YOU HAVE MADE A LIST OF ERRORS, MAKE SURE THAT YOU WRITE NEXT TO YOUR SIGNATURE ON THE TRANSCRIPT, "SUBJECT TO THE ATTACHED LIST OF CHANGES."

9.    After you have made a complete list of any corrections you think are needed, you must SIGN AND DATE BOTH THE TRANSCRIPT (the signature page is at the end) AND THE CORRECTION SHEET, if any, in front of a NOTARY PUBLIC.

10.   Mail the transcript and the correction sheet back to me.

Please remember to call with any questions or concerns: (518) 776-2293

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

BINGHAMTON UNIVERSITY COLLEGE
REPUBLICANS, JOHN LIZAK, YOUNG AMERICA'S
FOUNDATION,

                     *Plaintiffs*,        Index No. 20-CV-0822

                                               LEK/ML

        -against-

BRIAN ROSE, JOHN PELLETIER, COLLEGE
PROGRESSIVES, PROGRESSIVE LEADERS OF
TOMORROW, STUDENT ASSOCIATION OF
BINGHAMTON UNIVERSITY, HARVEY G.
STENGER,

                     *Defendants*.
_____


**CORRECTION SHEET: DEPOSITION OF LACEY KESTECHER**


<u>PAGE/LINE</u>  <u>CHANGE FROM</u>                <u>CHANGE TO</u>

_____

_____

_____

_____

_____

                                        _____


Sworn to before me this     day of       , 2023


_____
Notary Public

**Correction Sheet**
**Page 2**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____


_____

Sworn to before me this    day of              , 2023


_____
Notary Public