# EXHIBIT KK

EXHIBIT SA-9

Executive Vice President SA <evp@binghamtonsa.org>

# FW: progressive message

1 message

**Matthew Johnson** <assistantdirector@binghamtonsa.org> Mon, Nov 25, 2019 at 4:48 PM
To: Executive Vice President SA <evp@binghamtonsa.org>

FYI – Just saw Brian only sent this to me and Emma. This is the message he was referring to about the Progressives from Friday's meeting. I've highlighted the section of concern that specifically calls for violation of policy and, potentially, law.

Based on this and the subsequent successful disruption of the event, we have grounds to at the very least issue an initial sanction, if not completely suspend the charter (Policy VII.6: "Only organizations which violate Student Association rules can be suspended, which means their charter is temporarily frozen.")

If, in fact, the Progressives broke the law, I would lean more towards charter suspension. If they did not break the law, then I'd recommend 2nd level sanction: full revocation of B-There access.

-M

**Matt W. Johnson, M.S.**

Assistant Director

Student Association of Binghamton University, Inc.

(607) 777-2020 | binghamtonsa.org | UUW 203

**From:** Brian T Rose <brose@binghamton.edu>
**Sent:** Friday, November 22, 2019 11:49 AM
**To:** Mark Soriano <president@binghamtonsa.org>; Matthew Johnson <assistantdirector@binghamtonsa.org>
**Subject:** progressive message

Emma / Matt:

Here is the message we have discussed today:

**FYI below including more on tonight's event**

**November 16th, 2019**

**Thursday afternoon, a national organization known as Turning Point USA invaded the Binghamton University campus in the hopes of spreading their racist, xenophobic, pro-Trump rehetoric. TPUSA is a violent right-wing reactionary group that aims to disrupt and threaten marginalized students and faculty on college campuses across the country. Their presence and ensuing actions on 'The Spine' were a vile yet unsurprising display of fascism and white supremacy. They were unsurprising because we have seen these events replay for years, and we have written statements similar to this one many times over.**

**In response to the bigotry on display, several students of color gathered to denounce and challenge the conservative group. TPUSA is known for provoking left-leaning students, documenting our reactions devoid of context, and exploiting those reactions for publicity and funding. TPUSA is not subtle or discreet about their intention to cause harm. White supremacy is not a shark, but the water we are surrounded by in Amerikkka. We live, learn, and go to school with white supremacists daily, including members of TPUSA, whether or not they are given a legitimate platform and taken seriously.**

**After provoking unrest, TPUSA put additional students of color at risk by calling the University Police Department, who responded by dispatching more than ten police officers to the area. Given patterns of policing on and off our campus, this itself was a violent act. Several white student spectators recorded the reactions of students of color instead of creating barriers between our bodies and the police — this was also violent.**

**TPUSA's unauthorized table was guarded by UPD for more than an hour. The officers then proceeded to touch and threaten Black and Brown womxn responding to the blatant display of white supremacy taking place at the very institution they pay to attend. The actions taken by the University Police Department reinforced what we have known for decades: p*lice are only here to protect white people and property at the expense and safety of people of color, undocumented students, and other marginalized folx who are consistently demonized and criminalized.**

**Photos of the incident later published by Pipe Dream Press further harmed our communities by putting the demonstrating students of color at risk of doxxing and harassment by TPUSA members and their far-right supporters. Pipe Dream's coverage failed to adequately explain the situation and the severity of the danger that TPUSA poses. Similarly, TPUSA recorded and published footage showing protestors' faces on conservative websites resulting in thousands of views and threatening comments.**

**We have never and *can never* rely on the administration, the Student Association, the police department, and the media to protect us. They have demonstrated that they are all instruments to uphold and strengthen the white supremacist, misogynist, and capitalist project that thrives off of the suffering, stunting, and exploitation of people of color for whiteness. This issue expands far beyond the sphere of our campus and permeates every aspect of our lives while remaining deeply entrenched within the Binghamton Community.**

**UPD works closely with the Binghamton and Johnson City Police Departments, which over-police and hyper-surveil poor people of color, ultimately leading to disproportionately high rates of incarceration and a lifetime under scrutiny throughout the region. Our approach to disempowering racists must be one of mass organizing with the wider community that has mobilized against these structures for years. Local organizations like Progressive Leaders of Tomorrow (PLOT), Justice and Unity for the Southern Tier (JUST) and Truth Pharm have been doing this work, and we need to consolidate and fortify our efforts.**

**We are not simply *individuals* who are oppressed by these systems — we are a community whose exploitation fuels institutions of power. Collective action is the only way to strengthen our community, ensure our safety, build the world we envision, and more importantly, live long enough to see it.**

**We encourage everyone to join the aforementioned organizing spaces, including ours. We will fail ourselves by splitting movements that are inconsistent and reactionary. The only way to become empowered is to create power within ourselves. We are our own strongest base. The organic and spontaneous gathering of hundreds of students of color against Turning Point's demonstration was a revolutionary display of the tremendous power that we collectively possess, but we must be persistent in our efforts and refuse to allow the administration to wait us out or use superficial tactics to pacify us.**

**On Monday November 18th at 7:15pm in Academic A G008, we will be taking away Turning Point USA's and the College Republicans' space by disrupting their event. Instead of allowing their speaker to have a platform to spread their theories on economic exploitation, we will hold a speak-out against the white supremacy that these groups and the University Police Department continue to uphold and perpetuate. We hope to see you all there.**

**In solidarity,**

**BU Progressives**

**Progressive Leaders of Tomorrow (PLOT)**

**Frances Beal Society**

**Truth Pharm**

Brian T. Rose

Vice President for Student Affairs

Binghamton University

607-777-4788

brose@binghamton.edu

G000007