# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Andrew C. Hruska
Partner
Direct Dial: +1 212 556 2278
Direct Fax: +1 212 556 2222
ahruska@kslaw.com

June 10, 2024

**VIA ECF**

Hon. Lawrence E. Kahn
U.S. District Court for the Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NY 12207-2926

Re:   *Young America's Foundation et al v. Stenger et al*, 3:20-cv-822-LEK-TWD

Dear Judge Kahn:

Pursuant to Local Rule 7.1(b)(1), and for purposes of efficiency, Plaintiffs respectfully request leave of the Court to file a single, omnibus memorandum of law not to exceed 50 pages – rather than four separate legal memoranda of 25 pages each – in response to the Defendants' four separate motions for summary judgment (*see* Dkt. Nos. 307, 308, 311, 313). Plaintiffs conferred with counsel for each of the Defendants, and all consented to this relief.

If Plaintiffs' request is granted, Plaintiffs will file four separate Responses to Statements of Material Fact filed by the Defendants, as contemplated by Local Rule 56.1(b), and a single omnibus Statement of Additional Material Facts in Dispute.

Respectfully Submitted,

/s/ Andrew C. Hruska
ANDREW C. HRUSKA
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
(212) 556-2100
ahruska@kslaw.com