# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Andrew C. Hruska
Partner
Direct Dial: +1 212 556 2278
Direct Fax: +1 212 556 2222
ahruska@kslaw.com

April 4, 2025

**VIA ECF**

The Honorable Lawrence E. Kahn
James T. Foley U.S. Courthouse
445 Broadway, Suite 509
Albany, NY 12207

Re:   *Young America's Foundation et al v. Stenger et al*, 3:20-cv-822-LEK-TWD

Dear Judge Kahn,

We write on behalf of Plaintiffs Young America's Foundation, Binghamton University College Republicans, and Shane Rossi, in his official capacity as President of the College Republicans of Binghamton University, to request that this Court schedule a Rule 16 status conference.

In its March 20, 2025 order, this Court ruled that Plaintiffs can proceed to trial with claims against Student Association of Binghamton University and John Pelletier in his individual capacity. *See* ECF No. 352. Plaintiffs filed this case nearly five years ago. As such, they are eager to finally present their case to a jury.

We respectfully request this Court make reasonably expeditious efforts to schedule a Rule 16 status conference so that this matter may progress in earnest towards trial.

Sincerely,

Andrew C. Hruska