UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

YOUNG AMERICA'S FOUNDATION, ET AL.,

                    Plaintiffs,

-against-

JOHN PELLETIER, ET AL.,

                    Defendants.

**CERTIFICATE OF SERVICE**

Civil Action No.: 3:20-cv-822 (ECC/TWD)

I hereby certify that on June 2, 2025, I electronically filed a Notice of Motion, Declaration and Memorandum of Law in Support of Motion for Reconsideration on Behalf of Defendant, Student Association of Binghamton University, with the Clerk of the District Court for the Northern District of New York using the CM/ECF system, which sent notification of such filing to the following:

Andrew Hruska, Esq. and Joseph Zales, Esq.
King Spaulding Law Firm- NY Office
*Attorneys for Plaintiffs*
1185 Avenue of the Americas
New York, NY 10036-4003
212-556-2278
Email: ahruska@kslaw.com
Email: jzales@kslaw.com

Molly M. Ryan, Esq.
Goldberg, Segalla Law Firm- Syracuse Office
*Attorneys for John Pelletier in his official
And individual capacity*
5786 Widewaters Parkway
Syracuse NY 13214
315-413-5400
Email: Mryan@goldbergsegalla.com

Jonathan A. Scruggs, Esq. and Tyson Charles Langhofer, Esq.
Alliance Defending Freedom- AZ Office
*Attorneys for Plaintiffs*
15100 N. 90th Street
Scottsdale, AZ 85260
480-444-0020
Email: jscruggs@alliancedefendingfreedon.org
Email: tlanghofer@adflegal.org

Meghan Brown, Esq.
Goldberg Segalla, LLP
*Attorneys for John Pelletier in his official
AndiIndividual capacity*
665 Main Street
Buffalo, NY 14203-1425
716-566-5400
Email: Mbrown@goldbcrgsegalla.com

                                              */s/ James S. Gleason*
                                              James S. Gleason