# KING & SPALDING

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
Tel: +1 212 556 2100
www.kslaw.com

Andrew C. Hruska
Direct Dial: +1 212 556 2278
ahruska@kslaw.com

March 11, 2026

**Via ECF**

Hon. Elizabeth C. Coombe
James M. Hanley Federal Building
100 S Clinton St.
Syracuse, NY 13261

Re:   *Young America's Foundation et al v. Stenger et al.*
      Northern District of New York – 20-cv-822 (ECC/CBF)

Dear Judge Coombe,

      In the interest of orderly trial preparation, Plaintiffs respectfully request a decision from the Court in advance of the pretrial conference scheduled for March 24 on the scheduling issue raised in our letter of February 25, 2026 reviewing the availability of Plaintiffs' witnesses.

      If the Court were to deny Plaintiffs' request for a different trial date, then Plaintiffs intend to request the Court's authorization to conduct trial depositions of Dr. Laffer and Mr. Kannappan in order to secure their testimony for trial.

Respectfully submitted,

/s/ *Andrew C. Hruska*

Andrew C. Hruska
King & Spalding LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 556-2278
ahruska@kslaw.com

*Attorney for Plaintiffs*