## United States District Court
### For The Northern District Of New York

Case No. 3:20-cv-00822-ECC-CBF
Date: <u>July 7, 2026 (Updated)</u>
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                           ( ) Defendant                           ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-1 | | | | | July 22, 2020 *YAF v. Stenger* Complaint (Defendant's Deposition Exhibit No. 1) |
| P-2 | 7/13/2026 | | | J. Restuccia | July 29, 2019 Email Chain re: "Connecting YAF & BU College GOP" (Defendant's Deposition Exhibit No. 2) |
| P-3 | 7/13/2026 | 7/13/2026 | | J. Restuccia | November 21, 2019 Email Chain re: "Fwd: B There Room Approved – 014 – LH – M" (Defendant's Deposition Exhibit No. 3) |
| P-4 | 7/13/2026 | 7/13/2026 | | J. Restuccia | October 18, 2019 Email Chain re: "Dates in an email and Word Document" (Defendant's Deposition Exhibit No. 4) |
| P-5 | | | | | [REMOVED] |
| P-6 | 7/13/2026 | | | J. Restuccia | May 26, 2022 Email Chain re: "Binghamton University, College Republicans" (Defendant's Deposition Exhibit No. 6) |
| P-7 | 7/13/2026 | 7/13/2026 | | J. Restuccia | October 25, 2019 Email Chain re: "College Republicans Event" (Defendant's Deposition Exhibit No. 7) |
| P-8 | | | | | October 28, 2019 Email Chain re: "On campus today?" (Defendant's Deposition Exhibit No. 8) |
| P-9 | 7/13/2026 | 7/13/2026 | | J. Restuccia | November 21, 2019 Email Chain re: "Dr. Laffer Event" (Defendant's Deposition Exhibit No. 9) |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: July 7, 2026 (Updated)
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-10 | 7/13/2026 | 7/13/2026 | | J. Restuccia | November 14, 2019 Email Chain re: "B There Reservation, Request # SG GPC-3008-Request, has been MODIFIED" (Defendant's Deposition Exhibit No. 10) |
| P-11 | | | | | November 21, 2019 Email Chain re: "EVENT APPROVED: Dr. Arthur Laffer: Trump, Tariffs, Trade Wars" (Defendant's Deposition Exhibit No. 11) |
| P-12 | | | | | November 17, 2019 College Republicans Official Statement (Defendant's Deposition Exhibit No. 12) |
| P-13 | | | | | [REMOVED] |
| P-14 | | | | | [REMOVED] |
| P-15 | | | | | Defendant's Disclosure of Documents Pursuant to FRCP Rule 26 (Defendant's Deposition Exhibit No. 15) |
| P-16 | | | | | November 21, 2019 Email Chain re: "Room Request Talk" (Defendant's Deposition Exhibit No. 16) |
| P-17 | | | | | Tabling Event Photograph (Defendant's Deposition Exhibit No. 17) |
| P-18 | | | | | November 15, 2019 Email Chain re: "Following up about Binghamton" (Defendant's Deposition Exhibit No. 18) |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: <u>July 7, 2026 (Updated)</u>
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-19 | | | | | November 18, 2019 Email Chain re: "B-line News Addition – Nov 18: A message from Vice President Brian Rose about Thursday, Nov. 14" (Defendant's Deposition Exhibit No. 19) |
| P-20 | | | | | November 16, 2019 Email Chain re: "YAF event" (Defendant's Deposition Exhibit No. 20) |
| P-21 | | | | | November 18, 2019 Email Chain re: "B-line News Addition – Nov 18: A message from Vice President Brian Rose" (Defendant's Deposition Exhibit No. 21) |
| P-22 | | | | | November 20, 2019 Email Chain re: "Report on Laffer lecture at Binghamton University" (Defendant's Deposition Exhibit No. 22) |
| P-23 | | | | | May 26, 2022 Email Chain re: "Fox coverage of Binghamton event" (Defendant's Deposition Exhibit No. 23) |
| P-24 | | | | | January 8, 2020 Email Chain re: "YAF Binghamton event and Trump invitation letter" (Defendant's Deposition Exhibit No. 24) |
| P-25 | | | | | December 12, 2019 Email Chain re: "Young America's Foundation Pinkerton Invoice #741716" (Defendant's Deposition Exhibit No. 25) |
| P-26 | | | | | February 6, 2020 Email Chain re: "WNBF Radio – Binghamton" (Defendant's Deposition Exhibit No. 26) |
| P-27 | | | | | [REMOVED] |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: July 7, 2026 (Updated)
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                     ( ) Defendant                     ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-28 | | | | | [REMOVED] |
| P-29 | | | | | [REMOVED] |
| P-30 | | | | | [REMOVED] |
| P-31 | | | | | [REMOVED] |
| P-32 | | | | | [REMOVED] |
| P-33 | | | | | [REMOVED] |
| P-34 | | | | | Francis Beal Society Tweet (Defendant's Deposition Exhibit No. 38) |
| P-35 | | | | | Plaintiff College Republicans' Responses and Objections to State Defendants' First Set of Interrogatories (Defendant's Deposition Exhibit No. 40) |
| P-36 | | | | | October 26, 2022 Binghamton Review Article (Defendant's Deposition Exhibit No. 41) |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: <u>July 7, 2026 (Updated)</u>
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-37 | | | | | Plaintiff Jon Lizak's Responses and Objections to State Defendants' First Set of Interrogatories (Defendant's Deposition Exhibit No. 42) |
| P-38 | | | | | February 3, 2020 Binghamton Review Article (Defendant's Deposition Exhibit No. 43) |
| P-39 | 7/14/2026 | | | B. Rose | November 18, 2019 B-Line Statement from Brian Rose (Deposition Exhibit BR1) |
| P-40 | 7/14/2026 | | This cross-references JP-6 | S. Faulkner | September 30, 2022 Email re: "Protest email from College Progressives" (Deposition Exhibit BR2) |
| P-41 | | | | | November 18, 2019 Email Chain re: "B-line News Addition – Nov 18: A message from Vice President Brian Rose" (Deposition Exhibit BR3) |
| P-42 | | | | | November 20, 2019 Email Chain re: "1st Amendment Concerns" (Deposition Exhibit BR4) |
| P-43 | | | | | [REMOVED] |
| P-44 | | | | | [REMOVED] |
| P-45 | | | | | [REMOVED] |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: <u>July 7, 2026 (Updated)</u>
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-46 | | | | | [REMOVED] |
| P-47 | 7/14/2026 | | | S. Faulkner, J. Gallagher, J. Pelletier | Copy of 8 CRR-NY 535.3 (Deposition Exhibit BR9) |
| P-48 | | | | | *Center for Bio-Ethical Reform v. SUNY-Buffalo* Settlement (Deposition Exhibit BR10) |
| P-49 | | | | | January 24, 2020 Email Chain re: "Senior Officers Group Oversight Committee" (Deposition Exhibit BR11) |
| P-50 | | | | | May 6, 2020 Email Chain re: "Policy Issues" (Deposition Exhibit BR12) |
| P-51 | 7/13/2026 | 7/13/2026 | Stipulated. | A. Raganella, J. Pelletier | NY State University Police Disaster Plans Critical Standard (Deposition Exhibit F1) [Admissibility stipulated to by Defendant] |
| P-52 | 7/14/2026 | 7/15/2026 | | S. Faulkner | November 14, 2019 Police Narrative (Deposition Exhibit F2) |
| P-53 | | | | | October 28, 2019 Email re: "November Event of concern" (Deposition Exhibit F3) |
| P-54 | 7/13/2026 | 7/13/2026 | Stipulated. | | November 11, 2019 Email Chain re: Laffer Event Security (Deposition Exhibit F4) [Admissibility stipulated to by Defendant] |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: July 7, 2026 (Updated)
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-55 | | | | | September 30, 2022 Email Chain re: "Protest email from College Progressives" (Deposition Exhibit F5) |
| P-56 | 7/13/2026 | 7/13/2026 | Stipulated. This cross-references JP-1 | S. Faulkner, J. Gallagher, J. Pelletier | September 30, 2022 Email Chain re: "Dr. Arthur Laffer IAP" (Deposition Exhibit F6) [Admissibility stipulated to by Defendant] |
| P-57 | 7/14/2026 | 7/14/2026 | | S. Faulkner | NYS University Police Report for Case No.19-50-020 (Deposition Exhibit F7) |
| P-58 | | | | | November 18, 2019 Email Chain re: "B-line News Addition – Nov 18: A message from Vice President Brian Rose" (Deposition Exhibit F8) |
| P-59 | | | | | *Center for Bio-Ethical Reform v. Black* Decision and Order (Deposition Exhibit G1) |
| P-60 | | | | | November 14, 2019 Email Chain re: "Disturbance on Campus" (Deposition Exhibit G2) |
| P-61 | 7/14/2026 | 7/14/2026 | | J. Gallagher | October 28, 2019 Email re: "November Event of concern" (Deposition Exhibit G3) |
| P-62 | 7/13/2026 | 7/13/2026 | Stipulated. This cross-references JP-3. | J. Gallagher | November 17, 2019 Email Chain re: "Update for Binghamton College Republicans" (Deposition Exhibit G4) [Admissibility stipulated to by Defendant] |
| P-63 | 7/13/2026 | 7/13/2026 | Stipulated. This cross-references JP-5. | J. Gallagher | November 17, 2019 Email Chain re: "Contact Form on Young America's Foundation" (Deposition Exhibit G5) [Admissibility stipulated to by Defendant] |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: July 7, 2026 (Updated)
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-64 | 7/13/2026 | 7/13/2026 | Stipulated. This cross-references JP-6. | J. Gallagher | September 30, 2022 Email re: "Protest email from College Progressives" (Deposition Exhibit G6) |
| P-65 | 7/13/2026 | 7/13/2026 | Stipulated. This cross-references JP-7. | J. Gallagher | September 30, 2022 Email Chain re: "Post at 1:00PM from Roderick Douglas" (Deposition Exhibit G7) [Admissibility stipulated to by Defendant] |
| P-66 | | | | | November 20, 2019 Email re: "Subject List" (Deposition Exhibit G8) |
| P-67 | | | | | November 20, 2019 Email Chain re: "Subject List" (Deposition Exhibit G9) [Admissibility stipulated to by Defendant] |
| P-68 | | | | | November 18, 2019 Email Chain re: "B-line News Addition – Nov 18: A message from Vice President Brian Rose" (Deposition Exhibit G10) |
| P-69 | | | | | December 16, 2019 Email Chain re: "Letter to Assembly" (Deposition Exhibit JP1) |
| P-70 | 7/15/2026 | 7/15/2026 | | J. Pelletier | November 20, 2019 Email re: "BU Protests" (Deposition Exhibit JP2) |
| P-71 | | | | | December 5, 2019 Police Narrative on Suspect Erin Snashall (Deposition Exhibit JP3) |
| P-72 | | | | | September 30, 2022 Email Chain re: "Letter of Commendation / incident #40467" (Deposition Exhibit JP4) |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: July 7, 2026 (Updated)
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                         ( ) Defendant                         ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-73 | 7/13/2026 | 7/13/2026 | Stipulated. This cross-references JP-4. | | November 17, 2019 Email Chain re: "Floor Plan for BU event and other related info" (Deposition Exhibit JP5) [Admissibility stipulated to by Defendant] |
| P-74 | 7/15/2026 | 7/15/2026 | | J. Pelletier | November 18, 2019 Email Chain re: "Protest" (Deposition Exhibit JP6) |
| P-75 | | | | | November 20, 2019 Email Chain re: "Suspect list" (Deposition Exhibit JP7) |
| P-76 | | | | | November 20, 2019 Email Chain re: "Suspect list" (Deposition Exhibit JP8) |
| P-77 | 7/15/2026 | 7/15/2026 | | J. Pelletier | November 20, 2019 Email Chain re: "Suspect list" (Deposition Exhibit JP9) |
| P-78 | | | | | November 20, 2019 Email Chain re: "Suspect list" (Deposition Exhibit JP10) |
| P-79 | 7/15/2026 | 7/15/2026 | | A. Raganella, J. Pelletier | December 17, 2019 Email Chain re: "Protest AAR" (Deposition Exhibit JP11) |
| P-80 | | | | | November 16, 2019 Email Chain re: "Background on incident on campus" (Deposition Exhibit RY1) |
| P-81 | 7/14/2026 | | | R. Yarosh | November 18, 2019 Email re: "Protest email from College Progressives" (Deposition Exhibit RY2) |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: July 7, 2026 (Updated)
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs        ( ) Defendant        ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-82 | | | | | November 19, 2019 Email Chain re: "PLOT Posting on Facebook" (Deposition Exhibit RY3) |
| P-83 | | | | | November 19, 2019 Email Chain re: "Dateline addition – Nov 18: A message from Vice President Brian Rose" (Deposition Exhibit RY4) |
| P-84 | | | | | November 21, 2019 Email Chain re: "Latest Talking Points for Review" (Deposition Exhibit RY5) |
| P-85 | | | | | November 22, 2019 Email Chain re: "Protests_status overview" (Deposition Exhibit RY6) |
| P-86 | | | | | November 26, 2019 Email Chain re: "Materials to use/share if needed" (Deposition Exhibit RY7) |
| P-87 | | | | | December 17, 2019 Email Chain re: "Chancellor Response" (Deposition Exhibit RY8) |
| P-88 | | | | | November 19, 2019 Email Chain re: "Campus Reform Media Request" (Deposition Exhibit RY9) |
| P-89 | | | | | [REMOVED] |
| P-90 | | | | | [REMOVED] |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: <u>July 7, 2026 (Updated)</u>
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-91 | | | | | [REMOVED] |
| P-92 | | | | | [REMOVED] |
| P-93 | | | | | [REMOVED] |
| P-94 | | | | | [REMOVED] |
| P-95 | | | | | [REMOVED] |
| P-96 | | | | | [REMOVED] |
| P-97 | | | | | [REMOVED] |
| P-98 | | | | | [REMOVED] |
| P-99 | | | | | [REMOVED] |

## United States District Court
### For The Northern District Of New York

Case No. 3:20-cv-00822-ECC-CBF
Date: <u>July 7, 2026 (Updated)</u>
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-100 | | | | | [REMOVED] |
| P-101 | | | | | [REMOVED] |
| P-102 | | | | | [REMOVED] |
| P-103 | | | | | [REMOVED] |
| P-104 | | | | | [REMOVED] |
| P-105 | | | | | [REMOVED] |
| P-106 | | | | | [REMOVED] |
| P-107 | | | | | [REMOVED] |
| P-108 | | | | | [REMOVED] |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: <u>July 7, 2026 (Updated)</u>
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-109 | | | | | [REMOVED] |
| P-110 | | | | | November 19, 2019 Email Chain re: "PLOT Posting on Facebook" (Deposition Exhibit TF-1) |
| P-111 | | | | | November 19, 2019 Email Chain re: "PLOT Posting on Facebook" (Deposition Exhibit TF-2) |
| P-112 | | | | | November 20, 2019 Email Chain re: "Suspect list" (Deposition Exhibit TF-3) |
| P-113 | | | | | November 26, 2019 Email Chain re: "Planned Vet protest" (Deposition Exhibit TF-4) |
| P-114 | 7/14/2026 | 7/15/2026 | | H. Stenger, J. Pelletier | November 27, 2019 Email re: "Review and Report" (Deposition Exhibit TF-5) |
| P-115 | | | | | January 24, 2020 Email Chain re: "Senior Officers Group Oversight Committee" (Deposition Exhibit TF-6) |
| P-116 | | | | | Laffer Event Video (BING_PL_00000588) |
| P-117 | | | | | Laffer Event Video (BING_PL_00000589) |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: <u>July 7, 2026 (Updated)</u>
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-118 | | | | | Laffer Event Video (BING_PL_00000590) |
| P-119 | | | | | Laffer Event Video (BING_PL_00000591) |
| P-120 | | | | | Laffer Event Video (BING_PL_00000592) |
| P-121 | | | | | Laffer Event Video (BING_PL_00000593) |
| P-122 | | | | | Laffer Event Video (BING_PL_00000594) |
| P-123 | | | | | Laffer Event Video (BING_PL_00000595) |
| P-124 | | | | | Laffer Event Video (BING_PL_00000596) |
| P-125 | | | | | Laffer Event Video (BING_PL_00000597) |
| P-126 | | | | | Laffer Event Video (BING_PL_00000598) |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: <u>July 7, 2026 (Updated)</u>
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                        ( ) Defendant                        ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-127 | | | | | Laffer Event Video (BING_PL_00000599) |
| P-128 | | | | | Tabling Event Video (BING_PL_00000600) |
| P-129 | | | | | Tabling Event Video (BING_PL_00000601) |
| P-130 | | | | | Tabling Event Video (BING_PL_00000602) |
| P-131 | | | | | Laffer Event Video (BING_PL_00000603) |
| P-132 | | | | | [REMOVED] |
| P-133 | | | | | [REMOVED] |
| P-134 | 7/13/2026 | 7/13/2026 | Stipulated. | | Excerpt of Laffer Event Surveillance Video [Admissibility stipulated to by Defendant] |
| P-135 | | | | | [REMOVED] |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: <u>July 7, 2026 (Updated)</u>
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-136 | | | | | [REMOVED] |
| P-137 | | | | | [REMOVED] |
| P-138 | | | | | [REMOVED] |
| P-139 | | | | | Excerpt of Tabling Event Surveillance Video No. 1 |
| P-140 | | | | | Excerpt of Tabling Event Surveillance Video No. 2 |
| P-141 | | | | | Excerpt of Tabling Event Surveillance Video No. 3 |
| P-142 | 7/13/2026 | 7/13/2026 | Stipulated. This cross-references JP-3 and P62. | J. Restuccia | November 17, 2019 Email Chain re: "Update for Binghamton College Republicans event on Monday, November 18" (BING_PL_00000392) [Admissibility stipulated to by Defendant] |
| P-143 | | | | | October 17, 2019 Email Chain re: "Young Americans for Freedom – New Group – ASAP" (E000038) |
| P-144 | | | | | November 1, 2019 Email Chain re: "Speaker Room Assistance" (BING_PL_0000541) |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: <u>July 7, 2026 (Updated)</u>
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                     ( ) Defendant                     ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-145 | | | | | [REMOVED] |
| P-146 | | | | | [REMOVED] |
| P-147 | | | | | [REMOVED] |
| P-148 | | | | | November 16, 2019 Email Chain re: "Response to Protest from Assemblyman" (Bates No. 001232) |
| P-149 | 7/14/2026 | 7/14/2026 | | A. Raganella | A. Raganella CV (Updated) |
| P-150 | 7/13/20266 | 7/13/2026 | Stipulated. This cross-references JP-1 and P56. | A. Raganella | Police Plan (Bates No. 001122-001124) [Admissibility stipulated to by Defendant] |
| P-151 | | | | | November 14, 2019 Incident Report on Tabling Event (Bates No. 01126) |
| P-152 | 7/14/2026 | 7/14/2026 | | R. Kannappan | *YAF v. Stenger* ECF No. 37-7 |
| P-153 | 7/14/2026 | 7/14/2026 | | R. Kannappan | *YAF v. Stenger* ECF No. 37-8 |

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF
Date: July 7, 2026 (Updated)
Presiding Judge: Hon. Elizabeth C. Coombe

( X ) Plaintiffs                    ( ) Defendant                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| P-154 | 7/14/2026 | 7/14/2026 | | R. Kannappan | *YAF v. Stenger* ECF No. 37-9 |
| P-155 | 7/14/2026 | 7/14/2026 | | R. Kannappan | *YAF v. Stenger* ECF No. 37-10 |
| P-156 | | | | | *YAF v. Stenger* ECF No. 37-11 |

Exhibits Returned To Counsel (Date):7/16/2026

Signature

Page 18