## United States District Court
## For The Northern District Of New York

Case No. 3:20-cv-00822-ECC-CBF_____

Date: _____

Presiding Judge: Hon. Elizabeth C. Coombe

( ) Plaintiffs                    (X ) Defendant John Pelletier                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| JP-1 | 7/13/2026 | 7/13/2026 | Stipulated. | J. Gallagher, J. Pelletier | Operational Order for Dr. Arthur Laffer Talk (marked as Deposition Exhibit F6) |
| JP-2 | 7/13/2026 | 7/13/2026 | Stipulated. | | 11/11/19 emails re Laffer event (marked as Deposition Exhibit F4) |
| JP-3 | 7/13/2026 | 7/13/2026 | Stipulated. | | 11/16/19-11/17/19 emails re "Update for Binghamton College Republicans event on Monday, November 18" (marked as Deposition Exhibit G4) |
| JP-4 | 7/13/2026 | 7/13/2026 | Stipulated. | | 11/17/19 email re "Floor Plan for BU event and other related info" (marked as Deposition Exhibit JP-5) |
| JP-5 | 7/13/2026 | 7/13/2026 | Stipulated. | J. Restuccia, R. Kannappan | 11/17/19 emails re "Contact Form on Young America's Foundation" (marked as Deposition Exhibit G5) |
| JP-6 | 7/13/2026 | 7/13/2026 | Stipulated. | | 11/18/19 emails re "Protest email from College Progressives" (marked as Deposition Exhibit G6) |
| JP-7 | 7/13/2026 | 7/13/2026 | Stipulated. | J. Restuccia | 11/18/19 email re "Post at 1:00PM from Roderick Douglas" (marked as Deposition Exhibit G7) |
| JP-8 | 7/13/2026 | 7/13/2026 | Stipulated. | | Binghamton University General Order 342 (marked as Deposition Exhibit F1) |
| JP-9 | | | | | Daily Caller interview with Preston Scagnelli of the College Republicans. The interview is available on YouTube at https://www.youtube.com/watch?v=jxr7-adFzpE. |

55087962.v1

## United States District Court
### For The Northern District Of New York

Case No. 3:20-cv-00822-ECC-CBF_____

Date: _____

Presiding Judge: Hon. Elizabeth C. Coombe

( ) Plaintiffs                    (X ) Defendant John Pelletier                    ( ) Court

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description |
|---|---|---|---|---|---|
| JP-10-Part 1 | 7/13/2026 | 7/13/2026 | Stipulated. | J. Restuccia, R. Kannappan, A. Laffer, J. Gallagher | Binghamton University video footage from 11/18/19 Laffer Event |
| JP-10- Part 2 | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

55087962.v1

**United States District Court**
**For The Northern District Of New York**

Case No. 3:20-cv-00822-ECC-CBF_____

Date: _____

Presiding Judge: Hon. Elizabeth C. Coombe

( ) Plaintiffs                 (X ) Defendant John Pelletier                 ( ) Court


Exhibits Returned To Counsel (Date):7/16/2026

Signature:_____

Page 3

55087962.v1