**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

YOUNG AMERICA'S FOUNDATION;
BINGHAMTON UNIVERSITY
COLLEGE REPUBLICANS; and
NICHOLAS APARICIO, in his official capacity
as President of the College Republicans          3:20-cv-822 (ECC/CBF)
of Binghamton University,

                              Plaintiffs,

v.

JOHN PELLETIER, Chief of SUNY-
Binghamton UPD, in his
individual capacity,

                              Defendant.

---

**Hon. Elizabeth C. Coombe, United States District Judge:**

**VERDICT SHEET**

## Question 1

### First Amendment – Free Speech

Do you find that Plaintiff Young America's Foundation has proven by a preponderance of the evidence each and every element of its First Amendment claim under 42 U.S.C. § 1983 for violation of the right to freedom of speech as to Defendant John Pelletier?

Yes_____    No__X__

**Proceed to Question 2.**

## Question 2

**If you answered "Yes" on Question 1, you must also answer "Yes" on Question 2. If you answered "No" on Question 1, you must also answer "No" on Question 2.**

### Fourteenth Amendment – Equal Protection

Do you find that Plaintiff Young America's Foundation has proven by a preponderance of the evidence each and every element of its Fourteenth Amendment claim under 42 U.S.C. § 1983 for violation of the right to equal protection as to Defendant John Pelletier?

Yes_____    No__X__

**Proceed to Question 3.**

## Question 3

### First Amendment – Free Speech

Do you find that Plaintiffs Binghamton University College Republicans and Nicholas Aparicio, in his official capacity as President of the College Republicans of Binghamton University, have proven by a preponderance of the evidence each and every element of their First Amendment claim under 42 U.S.C. § 1983 for violation of the right to freedom of speech as to Defendant John Pelletier?

Yes_____    No___X____

**Proceed to Question 4.**

## Question 4

**If you answered "Yes" on Question 3, you must also answer "Yes" on Question 4. If you answered "No" on Question 3, you must also answer "No" on Question 4.**

### Fourteenth Amendment – Equal Protection

Do you find that Plaintiffs Binghamton University College Republicans and Nicholas Aparicio, in his official capacity as President of the College Republicans of Binghamton University, have proven by a preponderance of the evidence each and every element of their Fourteenth Amendment claim under 42 U.S.C. § 1983 for violation of the right to equal protection as to Defendant John Pelletier?



Yes_____    No___X____

**If you answered "No" to Question 1, Question 2, Question 3, and Question 4, your deliberations are complete. The Foreperson should sign and date the final page of this Verdict Sheet and inform the Court Security Officer that a unanimous verdict has been reached.**

**If you answered "Yes" to Question 1 and Question 2, you should proceed to Question 5. If you answered "No" to Question 1 and Question 2, and answered "Yes" to Question 3 and Question 4, you should proceed to Question 7.**

## Question 5

### Compensatory Damages: Plaintiff Young America's Foundation

What amount, if any, do you award Plaintiff Young America's Foundation as compensatory damages against Defendant John Pelletier?   Please Note: If you find that Plaintiff Young America's Foundation's rights were violated, but that it has failed to prove by a preponderance of the evidence that it suffered any actual damages, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.

$_____

**Proceed to Question 6.**

## Question 6

### Punitive Damages: Plaintiff Young America's Foundation

Do you find that Plaintiff Young America's Foundation is entitled to an award of punitive damages in connection with its claims against Defendant John Pelletier?

Yes_____    No_____

**If you answered "No" to Question 3 and Question 4, your deliberations are complete. The Foreperson should sign and date the final page of this Verdict Sheet and inform the Court Security Officer that a unanimous verdict has been reached. If you answered "Yes" to Question 3 and Question 4, you should proceed to Question 7.**

## Question 7

### Nominal Damages: Plaintiffs Binghamton University College Republicans and Nicholas Aparicio, in his Official Capacity as President of the College Republicans of Binghamton University

If you find that the rights of Plaintiffs Binghamton University College Republicans and Nicholas Aparicio, in his official capacity as President of the College Republicans of Binghamton University, were violated, then you must return an award of damages in the sum of $1.00, evidencing that liability has been proved.

$_____

**Proceed to Question 8.**

## Question 8

### Punitive Damages: Plaintiffs Binghamton University College Republicans and Nicholas Aparicio, in his Official Capacity as President of the College Republicans of Binghamton University

Do you find that Plaintiffs Binghamton University College Republicans and Nicholas Aparicio, in his official capacity as President of the College Republicans of Binghamton University, are entitled to an award of punitive damages in connection with their claims against Defendant John Pelletier?

Yes_____    No_____

**Please proceed to the next page.**

Page **5** of **6**

The Foreperson should sign and date this Verdict Form and inform the Court Security Officer that a unanimous verdict has been reached.

Foreperson: ████████████████████    Date: 7/14/26

**NAME REDACTED**