# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**John M. Domurad**
**Clerk of Court**

**Maurice L. Christopher**
**Chief Deputy**

**Lori M. Welch**
**Chief Deputy**

**Alexander Pirnie Federal Building**
**10 Broad Street**
**Utica, New York 13501**
**(315) 793-8151**

**<u>ELECTRONIC NOTICE OF CIVIL OR PRISONER APPEAL & CLERK'S CERTIFICATION</u>**

Dear Clerk of the Court,

Please take notice that on August 13, 2026 the court received a notice of appeal. This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, John M. Domurad, Clerk, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents are not available electronically. Please notify the Syracuse Clerk's Office if you need any of the following documents:

Docket No.(s): 313, 396, 397, 399, 401, 408, 412, 446, 455, 469, 473, 474, 475, and 476.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Utica, New York, August 17, 2026.

Clerk of Court

By: Helen Reese, Deputy Clerk

**Case Information**

Case Name: Young America's Foundation, et al. v. John Pelletier
Case No.: 3:20-CV-0822 (ECC/CBF)
Docket No. Appealed: Dkt. No. 477- Notice of Appeal
Document Appealed: Dkt. No. 352 - Memorandum-Decision and Order, Dkt. No. 452 Proposed Jury Instructiona and Dkt. No. 468 - Jury Instructions

Fee Status:
__X__ Paid
_____ Due
_____ Waived (IFP/CJA)
_____ IFP revoked
_____ Application Attached
_____ IFP pending before USDJ

Counsel:
__X__ Retained
_____ Pro Se

Time Status:
__X__ Timely
_____ Untimely

Motion for Extension of Time:
_____ Granted
_____ Denied

Certificate of Appealability:
_____ Granted
_____ Denied
__X__ N/A