KING & SPALDING

King & Spalding LLP
1290 Avenue of the Americas
14th Floor
New York, NY 10104
Tel: +1 212 556 2100
www.kslaw.com

Andrew C. Hruska
Direct Dial: +1 212 556 2278
ahruska@kslaw.com

September 3, 2026

**Via ECF**

Hon. Elizabeth C. Coombe
James M. Hanley Federal Building
100 S Clinton St.
Syracuse, NY 13261

Re: *Young America's Foundation et al v. Stenger et al.*
Northern District of New York – 20-cv-822 (ECC/CBF)

Dear Judge Coombe,

Pursuant to Local Rule 11.1(b), I write to respectfully request that Kyle Maury be removed from the docket as counsel for Plaintiffs. Mr. Maury will be leaving King & Spalding LLP this month and will be unable to continue representing Plaintiffs once he does.

Plaintiffs will continue to be represented by counsel currently listed on the docket from King & Spalding LLP and Alliance Defending Freedom, who have already appeared on their behalf in this case.

Sincerely,

*<u>/s/ Andrew C. Hruska</u>*

Andrew C. Hruska
King & Spalding LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 556-2278
ahruska@kslaw.com

*/s/ Kyle Maury*
King & Spalding LLP
500 West 2nd Street
Suite 1800

Austin, TX 78701
(512) 457-2012
kmaury@kslaw.com

*Attorneys for Plaintiffs*