ALLIANCE DEFENDING FREEDOM

That *all* might be free.

September 17, 2026

**VIA ELECTRONIC CASE FILING**

Hon. Elizabeth C. Coombe
U.S. District Judge
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261

**Re: *Young America's Foundation, et al. v. Stenger, et al.***
**Case No. 3:20-cv-00822-ECC-CBF**

Your Honor:

Pursuant to L.R. 11.1(b), the undersigned, Philip A. Sechler, hereby moves for leave to withdraw as counsel for Plaintiffs. Plaintiffs will continue to be represented by Andrew Hruska, Kyle Sheahen, John Leahey and Hamilton Craig of King & Spalding. LLP; and Tyson Langhofer of Alliance Defending Freedom, who have already appeared on their behalf in this case. Pursuant to Local Rule 11.1(b), counsel has notified all parties to the case of his intent to withdraw, either through email or through the court's ECF system.

Respectfully submitted,

*s/ Philip A. Sechler*
Philip A. Sechler, DC Bar No. 426358
psechler@ADFlegal.org
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, Virginia 20176
(571) 707-4655

*Attorney for Plaintiffs*

cc: All Counsel of Record (via ECF)